CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

THOMAS WEBSTER

Civil/Criminal No.: 21-cr-208 (APM)

## NOTE FROM JURY

WE HAVE COMPLETED THE VERDICT FORM

Date: 5/2/22

Time: 11:15 AM