```
               IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA,          )
                                   )
          Plaintiff,               )
                                   )    CR No. 21-208
                                   )    Washington, D.C.
       vs.                         )    April 25, 2022
                                   )    9:30 a.m.
THOMAS WEBSTER,                    )
                                   )    Day 1
          Defendant.               )    Morning Session
_____)


           TRANSCRIPT OF JURY SELECTION PROCEEDINGS
           BEFORE THE HONORABLE AMIT P. MEHTA
                UNITED STATES DISTRICT JUDGE


APPEARANCES:

For the Government:          Brian P. Kelly
                             U.S. ATTORNEY'S OFFICE
                             555 Fourth Street NW
                             Suite 3816
                             Washington, D.C. 20530
                             (202) 252-7503
                             Email: brian.kelly3@usdoj.gov

                             Hava Arin Levenson Mirell
                             U.S. ATTORNEY'S OFFICE
                             312 N. Spring St.
                             Suite 1200
                             Los Angeles, CA 90012
                             (213) 894-0717
                             Email: hava.mirell@usdoj.gov

                             Katherine Nielsen
                             Fraud Section
                             1400 New York Ave., NW
                             Washington, D.C. 20530
                             (202) 355-5736
                             Email:
                             katherine.nielsen@usdoj.gov
```

APPEARANCES CONTINUED:

For the Defendant:          James E. Monroe
                            Walter Machnicki
                            DUPEE & MONROE, P.C.
                            211 Main Street
                            PO Box 470
                            Goshen, NY 10924
                            (845) 294-8900
                            Email:
                            marina@dupeemonroelaw.com


Court Reporter:             William P. Zaremba
                            Registered Merit Reporter
                            Certified Realtime Reporter
                            Official Court Reporter
                            E. Barrett Prettyman CH
                            333 Constitution Avenue, NW
                            Washington, D.C. 20001
                            (202) 354-3249


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

```
 1                    P R O C E E D I N G S
 2           COURTROOM DEPUTY:  Criminal Case No. 21-208,
 3   United States of America versus Thomas Webster.
 4           Brian Kelly, Hava Mirell, and Katherine Nielsen
 5   for the government.
 6           James Monroe for the defense.
 7           The defendant is appearing in person for these
 8   proceedings.
 9           THE COURT:  Okay.  Counsel, good morning.
10           Mr. Webster, good morning to you, sir.
11           THE DEFENDANT:  Good morning.
12           MR. MONROE:  I want to introduce, Judge, my
13   associate, Walter Machnicki.
14           Good morning, Judge.  I just wanted to introduce
15   my associate, Walter Machnicki.
16           THE COURT:  Walter --
17           MR. MONROE:  Machnicki.
18           THE COURT:  All right.  Mr. Machnicki, welcome.
19   You can have a seat.  Can you just spell the last name?
20           MR. MACHNICKI:  Yes, Your Honor.  It's M, as in
21   Mary, a-c-h-n, as in Nancy, i-c-k-i.  It's an honor to be
22   here, Judge.  Thank you.
23           THE COURT:  Okay.  Mr. Machnicki, welcome.
24           All right.  I just want to make sure I have your
25   name so I can introduce you along with Mr. Monroe.
```

```
 1              Okay.  So jurors are about ready.  Are there any
 2    preliminary matters?  Most importantly, we did circulate the
 3    voir dire revisions over the weekend, or maybe it was on
 4    Friday, and I want to confirm that everybody is okay with
 5    the final voir dire as it's been circulated.
 6              MS. NIELSEN:  Yes, Your Honor, the government is
 7    fine with it.
 8              THE COURT:  Defense.
 9              MR. MONROE:  The defense is as well.
10              THE COURT:  Okay.  Terrific.  Anything else we
11    need to talk about before we bring the jurors in?
12              MS. NIELSEN:  Your Honor, there is one thing.  I
13    don't know if the Court received the request from the press
14    coalition regarding exhibits to be admitted on a delay
15    basis.
16              THE COURT:  You know, I haven't received it, but I
17    certainly have no objection to it.  It's sort of more on you
18    all than me, I guess, at some level.  You know, it's not
19    anything I think we need to deal with today, let's put it
20    that way, or at this present moment, given that we're not
21    going to have any evidence.
22              I just want to think about it a little bit.
23              MS. NIELSEN:  That's fine, Your Honor.  I just
24    wanted to bring it up, and if you want to deal with it
25    tomorrow before we start, that's totally fine.
```

1          THE COURT:  You know, it's something I want to

2   talk to my colleagues about because I do have a concern

3   about -- anyway, we'll talk about it.

4          (Pause)

5          (Prospective jurors entered courtroom.)

6          COURTROOM DEPUTY:  Your Honor, this is Case No.

7   21-208 -- let me do that again, sorry.

8          Your Honor, this is Criminal Case No. 21-208,

9   United States of America versus Thomas Webster.

10         Brian Kelly, Hava Mirell, and Katherine Nielsen

11  for the government.

12         James Monroe for the defense.

13         The defendant is appearing in person for these

14  proceedings.

15         THE COURT:  Okay.  Ladies and gentlemen,

16  good morning to all of you and welcome.  It's nice to be

17  here with all of you.

18         My name is Judge Amit Mehta.  I am a judge here in

19  the U.S. District Court for the District of Columbia.  And

20  so welcome to all of you.  I appreciate you being here this

21  morning and being on time.

22         You are here today as a potential juror in the

23  case of United States versus Thomas Webster.  This is a

24  criminal case.  In a moment, I will provide you with some

25  additional details about the case, but before we get

1    started, I want to extend to you my gratitude for making

2    yourself available for jury service.  As you know, in our

3    system of justice, juries and jurors play a critical role.

4    Indeed, it is a fundamental element of our democracy to have

5    ordinary citizens serve as decision-makers in our courts of

6    law.  You are, therefore, performing an important duty today

7    so I want to thank you in advance for your service.

8            Now, before we get started, I want to address the

9    COVID protocols that we will be using during -- for today,

10   as well as if you are selected as juror.  We have in this

11   courthouse for the last year plus been using a number of

12   COVID protocols to ensure and promote everyone's safety and

13   health and well-being.  We have been holding trials and

14   having grand juries convene in this courthouse now since

15   last spring, and we have done it safely and effectively.  So

16   we've both been able to keep everybody safe and healthy, as

17   well as carry out our functions here in the courthouse.

18           As I said, we've instituted a number of protocols,

19   the first one of which is that we are here.  We are in this

20   Ceremonial Courtroom.  Those of you who have participated in

21   jury service in the past know that you usually come

22   initially into a smaller courtroom, in which you're sort of

23   packed shoulder to shoulder with everyone.  In order to

24   ensure that there's a little bit of social distancing here,

25   we've moved jury selection, the first part of the jury

1   selection into this courtroom.

2          You also -- those of you who have been in jury

3   service before will remember that after the initial

4   questions are asked by the judge, each person on the jury

5   panel comes up and the lawyers are surrounding that person

6   up here at the bench where we follow up with some questions.

7   That's usually how it's done.

8          That's not how we're going to do it today.  We're

9   actually going to -- once the initial questions are over,

10  we're going to individually bring you into a separate

11  courtroom, a separate courtroom in which you are not being

12  brought up to the bench but, rather, will sit in a jury box,

13  the lawyers will remain at their tables, and you'll be asked

14  follow-up questions by me from the bench in that manner.

15         The next thing is we're going to ask everybody to

16  maintain your masking for not only today but for the

17  duration of trial if you are selected as a juror.  And the

18  reason for that is twofold.  I know there have been a lot of

19  changes within the district and elsewhere in terms of

20  masking rules, but there are really sort of two reasons why

21  we're maintaining that masking policy in this district court

22  for at least for now.

23         The first is, you know, we are all members of the

24  public, we don't know who we are, all strangers for the most

25  part to one another, so we don't know what everybody's

1  health circumstances are, and so, you know, to ensure that

2  we are sensitive to folks who may have particular health

3  issues, maintaining masking is something we are going to do.

4       Secondly, and from my perspective why it's really

5  important, is that the last thing I want to have happen is

6  have a juror come down with COVID during the trial or have

7  any one of the lawyers come down with COVID during the

8  trial, because what that likely would mean is that we would

9  have to interrupt trial, and I don't want that to happen and

10  if you're selected for the jury, I don't think you'll want

11  to happen either.

12       And so for those two reasons I'm going to ask

13  everybody, please keep your masks on.  If you don't have

14  one, we can get you one.  And so -- I think there's a

15  gentleman in the front row, JC, who may need one.  And so

16  that's two.

17       The courtrooms that you will be in today, and if

18  you are selected as a juror afterwards, have all been tested

19  in terms of the airflow and the air quality.  They are

20  courtrooms in which the airflow is optimized in a way to

21  ensure that particles and the like are removed from the

22  courtroom as quickly as possible.  And so that is something

23  that is also a COVID rule or procedure.

24       The final thing that is different, if any of you

25  have actually been selected for jury service and

1   deliberated, you'll remember that typically your

2   deliberations and where you take breaks will be in a very

3   small windowless room in which there's not a lot of room to

4   maneuver.

5          That's not how we're going to do things for this

6   trial and not how we've been doing things for the last year

7   plus.  You will have a separate courtroom in which you will

8   take your breaks and you will do your deliberations in that

9   courtroom.  And so that'll give you plenty of room to

10  distance from one another.  It will be up to jurors who

11  ultimately get selected whether they want to remain masked

12  or not, we can talk about that once you all -- if you are

13  selected.

14         So those are going to be the COVID protocols that

15  will be in place both for today and if you get selected as a

16  juror.

17         So before we get started, does anybody have any

18  questions about COVID rules or anything of that nature

19  before we get going?

20         Okay.  Terrific.

21         And I should add one last thing, which is that not

22  only will you as jurors be masked and courtroom staff will

23  be masked, and I'll be masked except for when I'm speaking,

24  but our lawyers will be masked and our witnesses -- excuse

25  me, our lawyers will be masked, and the only exceptions in

1    the courtroom will be if a lawyer is asking questions and

2    the witness will be unmasked if the witness feels

3    comfortable being unmasked.  So those will be the only two

4    people that are unmasked in the courtroom at any particular

5    time if you are selected for jury service.  Okay?

6              All right.  So if there are no questions, let's

7    go ahead and proceed.  Before we get started, I'm going ask

8    everybody to stand and raise your right hand because I need

9    to please be sworn in.

10             COURTROOM DEPUTY:  Raise your right hands.

11             (Prospective Jurors sworn.)

12             PROSPECTIVE JURORS:  I do.

13             COURTROOM DEPUTY:  Thank you.

14             THE COURT:  All right.  Please be seated,

15   everyone.

16             Okay.  Let's get started.

17             The purpose of jury selection is to select a panel

18   of neutral jurors who will hear the evidence in this case

19   and who can be fair and impartial in their decision-making.

20   To help us to select a jury, I will be asking you a number

21   of questions this morning.  You all have been sworn.  What

22   that means is that you are now bound to answer my questions

23   truthfully.

24             Now, before I turn to those questions, let me

25   forewarn you will spend some time waiting this morning and

1    this afternoon.  I promise I will try to keep your waiting

2    to a minimum, but some amount of wait time is unavoidable.

3    While you are waiting during jury selection, just not only

4    just this morning but throughout the afternoon, please feel

5    free, if you wish, to talk quietly amongst yourselves, to

6    read a book, magazine, or whatever you have brought with

7    you.  The courtroom and the courthouse is WiFi enabled so

8    you should feel free to use your phones or other mobile

9    devices to read or surf the Internet, check emails, and the

10   like.  I would ask, however, that while you are in the

11   courtroom, please place all of your devices on silent mode.

12           Now, this is really important.  While you may use

13   your mobile devices, you should not at any point during the

14   jury selection process -- and this will be true afterwards

15   if you are selected -- communicate with anybody about this

16   case or do any online research about the case or the

17   parties.  That means do not email, tweet, text, or Snapchat

18   a friend or family member or all of your followers about

19   this case.  Don't post on Facebook or Instagram.  Don't go

20   online and start doing research about the case or the

21   parties.

22           A juror who violates these restrictions

23   jeopardizes the jury selection process and possibly the

24   trial itself, which could require the entire trial process

25   to start over.

1          Now, the questions I am about to ask you may touch

2     on matters that are personal to you.  Rest assured, it is

3     not my intention or desire, nor is it the intention or

4     desire of the lawyers, to invade your privacy or embarrass

5     you.  Our only wish is to select the fairest, most impartial

6     jury possible so that the parties can be assured that the

7     jurors selected will not be biased or pre-judge the case and

8     will return a verdict based solely on the law and the

9     evidence that is presented.

10          Now, each of you should have a notecard and a

11     writing instrument.  Does everybody have a notecard and a

12     writing instrument?  If you do not, please raise your hand.

13     Okay, everybody has a notecard and writing instrument.

14          All right.  I am about to read to you 21

15     questions, 21 questions.  You will be able to answer each

16     question with a yes or no.  Now, this is important.  If your

17     answer to a question is yes, write down the number of that

18     question on your notecard.  If your answer to the question

19     is no, you don't need to write anything on the notecard.

20          So, for example, if I ask you question 3 and your

21     answer to question 3 happens to be yes, write down 3 on your

22     notecard.  If the answer to question 3 happens to be no, you

23     need not write anything on your notecard.  Okay?

24          Now, after I've gone through all 21 questions,

25     I will call each one of you individually into the other

courtroom for follow-up to the questions to which you have answered yes.  I am likely to ask you some follow-up questions and the lawyers may ask you some limited follow-up questions.

We will use a husher in the other courtroom, which sounds like this, if you wish to have any of your responses made in private, okay, because otherwise we are on the public record.  If there's something particularly sensitive that you would like to let us know in response to the questions, you can simply ask, we'll put that husher on, and there will be a phone near you that you can pick up and speak into privately with myself and the lawyers, okay? We will continue that process until we have a qualified number of jurors.

Now, for your own timing purposes, I expect this process is likely to last all day, okay?  This process in this courtroom, and in this courtroom is likely to last about 15, 20 minutes, not much longer than that.  But the process when we move into the other courtroom and individually question people in order to qualify a slate of jurors is likely to take most of the day and certainly past lunch.  So I just want all of you to be on -- have a sense of what today is going to look like.  And, as I said, during the course of the day, you can communicate with one another, others, use your phone, et cetera, read.  Again, a remainder

1    not to communicate with anyone, including your fellow

2    jurors, about the case, and also no independent research

3    online about the parties or the subject matter of the case

4    as we move forward, okay?  So with all of that, let us get

5    started.  And so I am going to begin asking you the first of

6    these 21 questions.

7              Question 1 is as follows.  This case is titled

8    United States versus Thomas Webster.  Mr. Webster is accused

9    of assaulting a Metropolitan Police Department officer with

10   a dangerous weapon on January the 6th of 2021 at the U.S.

11   Capitol building.  Mr. Webster maintains his innocence.

12             The question is as follows:  Do you know or have

13   you heard anything about this particular case or

14   Mr. Webster?

15             Now, when I ask that question, it's not about

16   January 6th in general.  We'll ask you some more questions

17   about that when we get into the other room.  This is a

18   question about whether you know anything about this case and

19   the case that is brought against Mr. Webster.  So let me

20   just read this one more time.

21             Question 1:  This case is entitled United States

22   versus Thomas Webster.  Mr. Webster is accused of assaulting

23   a Metropolitan Police Department officer with a dangerous

24   weapon on January the 6th of 2021 at the U.S. Capitol

25   building.  Mr. Webster maintains his innocence.  Do you know

1   or have you heard anything about this particular case or

2   Mr. Webster?  That is question 1.  Again, if the answer is

3   yes, you write down 1.  If the answer is no, you need not

4   write down anything on your card.

5           Question 2 is as follows.  And I'll ask government

6   counsel to stand up, and you can lower your mask so

7   everybody can see you face.  The government in this case is

8   represented by the Assistant United States Attorneys, Hava

9   Mirell and Brian Kelly and Department of Justice trial

10  attorney Katherine Nielsen.  Also sitting with the

11  government are FBI Special Agent Riley Palmertree and

12  paralegal Kyle Clements.

13          Now, the defendant in this case is Thomas Webster.

14  Mr. Webster, I'll ask you to stand and just turn to the

15  jury.

16          Mr. Webster is represented by James Monroe and

17  Walter Machnicki.

18          All right.  Question 2 is as follows:  Do you know

19  any of these people?  Question 2 is:  Do you know any of the

20  people that have just been introduced to you?

21          All right.  Gentlemen, you can have a seat.

22          Question 3.  Now, during the course of trial, you

23  may hear testimony from a number of people.  I am now going

24  to ask each side to stand up and introduce to you the names

25  of the people who may testify or the names of the people

1   that you might hear about during the course of trial.

2           I'm going ask all of you to pay attention to those

3   names because at the end of the names being listed, I am

4   going to ask you whether you know or recognize any of the

5   people that have been introduced to you.  So question 3 is:

6   Do you know or recognize any of the people who have been

7   introduced to you?

8           So first let me turn to the government, Mr. Kelly.

9           MR. KELLY:  The witnesses for the government you

10  may hear from in this trial are Carneysha Mendoza, a captain

11  with the United States Capitol Police; Mark Gazelle, an

12  officer with the United States Capitol Police; Joanna

13  Burger, an officer with the United States Capitol Police;

14  Paul Wade, assistant to the Special Agent in Charge with the

15  United States Secret Service; Patricia Norden, Special Agent

16  with the Federal Bureau of Investigation; Virginia Donnelly,

17  a Special Agent with the Federal Bureau of Investigation;

18  Riley Palmertree, a Special Agent with the Federal Bureau of

19  Investigation; Noah Rathbun, an officer with the

20  Metropolitan Police Department; Jonathan Lauderdale, a

21  detective with the Metropolitan Police Department; and Ed

22  Tippett, district manager at a Safeway.

23          THE COURT:  Okay.  So question 3 again, you just

24  heard the names of witnesses or potential people you'll hear

25  about from the government.  Do you know or do you recognize

1   any of the people who have just been introduced to you?

2               All right.  I'll turn now to Mr. Monroe.

3               MR. MONROE:  Good morning, ladies and gentlemen.

4   You may hear a witness presented on behalf of the defense, a

5   character witness named Laura Moritz; a character witness

6   named Brian Gallo; a character witness named Frank Sialiano.

7               THE COURT:  Thank you, Counsel.

8               Again, the same question.  Question 3 is, have you

9   heard or did you recognize any of the names that have just

10  been introduced to you?

11              All right.  Question 4 is as follows, and this is

12  going to require you to move your necks around a little bit.

13  The question is as follows:  Do you know or recognize any

14  other potential juror in the panel, the courtroom, or the

15  staff or me?  So just take a look around.  Hopefully you can

16  recognize each other through your masks.

17              All right.  Question 4, again:  Do you know or

18  recognize any of the other potential jurors in the panel,

19  the courtroom staff, or me?

20              Question 5 is:  Do any of you live or work at or

21  near the U.S. Capitol?  Question 5 is:  Do any of you live

22  or work at or near the U.S. Capitol building?

23              Question 6 is as follows:  Were you or someone you

24  know a participant in or physically present as a witness to

25  the events that occurred at the U.S. Capitol on January the

1    6th of 2021?

2              Question 6 is as follows:  Were you or someone you

3    know a participant in or physically present as a witness to

4    the events that occurred at the U.S. Capitol on January the

5    6th of 2021?

6              Question 7 is as follows:  Have you closely or

7    regularly followed the news about the events that took place

8    at the U.S. Capitol on January 6th, 2021, or of the

9    government's investigation of those events?

10             Question 7 is, one more time:  Have you closely or

11   regularly followed the news about the events that took place

12   at the U.S. Capitol on January 6th of 2021 or the

13   government's investigation of those events?

14             All right.  Question 8 is as follows:  Have you

15   ever watched video of what happened at the U.S. Capitol on

16   January 6th, 2021, on the news, that is, television news, or

17   on the Internet?

18             Question 8:  Have you ever watched video of what

19   happened at the U.S. Capitol on January 6th, 2021, on the

20   news or on the Internet?

21             Question 9 is as follows:  Have you ever watched

22   video of this defendant, that is, Mr. Webster, from

23   January 6th of 2021, on the news or on the Internet or read

24   a news story about this defendant?

25             Question 9 again is:  Have you ever watched video

of this defendant from January 6th of 2021 on the news or on
the Internet or read a news story about this defendant?

All right.  Question 10 is as follows:  Do you
have such strong feelings or opinions about the events that
took place at the U.S. Capitol on January 6th of 2021 such
that it would be difficult for you to serve as a fair and
impartial juror in this case?

Question 10 again is:  Do you have such strong
feelings or opinions about the events that took place at the
U.S. Capitol on January 6th of 2021 that would make it
difficult for you to serve as a fair and impartial juror in
this case?

All right.  Let's turn to question 11.
Do you have such strong feelings about former-President
Donald Trump or his supporters, positive or negative, that
would make it difficult for you to serve as a fair and
impartial juror in this case?

Question 11 is:  Do you have such strong feelings
about former-President Donald Trump or his supporters,
positive or negative, that would make it difficult for you
to serve as a fair and impartial juror in this case?

All right.  Question 12 is as follows:  The
testimony of a police officer should be treated the same as
the testimony of any other witness and the jury should not
give either greater or lesser weight to the testimony of a

1   witness simply because the witness is or was a police

2   officer.

3          The question is as follows, this is question 12.

4   Do you have such strong feelings or opinion about the

5   police, either positive or negative, that would make it

6   difficult for you to treat the testimony of current or

7   former police officers the same as for any other witness?

8          Let me read question 12 one more time:  The

9   testimony of a police officer should be treated the same as

10  the testimony of any other witness and the jury should not

11  give either greater or lesser weight to the testimony of a

12  witness simply because the witness is or was a police

13  officer.

14         Do you have such strong feelings or opinions about

15  the police, either positive or negative, that would make it

16  difficult for you to treat the testimony of current or

17  former police officers the same as for any other witness?

18         Okay.  Now, question 13 actually has five

19  subparts, okay?  So these questions, under question 13, and

20  they're going to be question 13A, B, C, D, and E, relate not

21  only to you but to members of your immediate family and

22  close, personal friends.  I'm going to refer to that

23  collective as the group, okay?

24         So question 13A is as follows.  Does anyone in the

25  group, you, members of your immediate family or close,

1  personal friends, any member of that group now work for or

2  previously work for any law enforcement agency?  That's

3  question 13A.

4          This includes any police department in or outside

5  the district, including the Metropolitan Police Department

6  and the New York City Police Department, and it includes

7  special police officers, as well as prosecutors offices,

8  such as the U.S. Attorney's Office or a state's attorneys

9  office.  It also includes federal law enforcement agencies

10  like the Department of Justice, the FBI, the Secret Service,

11  the Department of Homeland Security, the U.S. Capitol

12  Police, and the U.S. Park Police, and it includes any local

13  police or sheriff's departments.

14          Now, again, the question is 13A, question 13A is:

15  Does anyone in this group -- now work for or previously work

16  for any law enforcement agency?

17          So for this particular -- if the answer is yes,

18  write down 13A, not just 13, 13A, okay, and that'll be true

19  for all the other 13 question subparts.

20          All right.  Question 13B is:  Has any member of

21  that group ever served in the Armed Forces?

22          Question 13B, again, that relates to you, members

23  of your immediate family or close, personal friends, has any

24  member of that group ever served in the Armed Forces.  That

25  is 13B.  If the answer is yes, write down 13B.

1          13C is as follows:  Has any member of that group

2    ever attended law school, worked as a lawyer or worked in

3    law office?

4          Question 13C relates to, again, you, members of

5    your immediate family and close, personal friends.  Has any

6    member of that group ever attended law school, worked as a

7    lawyer or worked in a law office?

8          Question 13D is as follows:  Has any member of

9    that group ever been arrested for, charged with or convicted

10   of a crime or been a victim of or witness to a crime?

11         Question 13D is:  Has any member of that group

12   ever been arrested for, charged with, or convicted of a

13   crime or been a victim of or witness to a crime?

14         Question 13E, and this is the last of the 13

15   series questions is -- 13E is:  Has any member of that group

16   ever in been involved in a physical altercation with a

17   member of law enforcement?

18         Question 13E is:  Has any member of that group

19   ever been involved in a physical altercation with a member

20   of law enforcement?

21         Okay.  We're now going to move over to question

22   14.  Question 14 is as follows:  The government bears the

23   burden of proving Mr. Webster guilty beyond a reasonable

24   doubt and he is presumed innocent unless and until the

25   government meets that burden.  This burden of proof never

shifts to Mr. Webster and he has no obligation to offer his own evidence.

Question 14 is as follows:  Would you have any difficulty presuming Mr. Webster to be innocent or with this allocation of the burden of proof?

Let me repeat 14 one more time:  The government bears the burden of proving Mr. Webster guilty beyond a reasonable doubt and he is presumed innocent unless and until the government meets that burden.  This burden of proof never shifts to Mr. Webster, and he has no obligation to offer his own evidence.

Question 14 is:  Would you have any difficulty presuming Mr. Webster to be innocent or with this allocation of the burden of proof?

Question 15 is as follows:  A defendant has a constitutional right not to testify, and if Mr. Webster decides not to testify, I will instruct you that you cannot hold his silence against him.

Question 15 is:  Would you have any difficulty following that instruction?

Question 15 again:  A defendant has a constitutional right not to testify, and if Mr. Webster decides not to testify, I will instruct you that you cannot hold his silence against him.  Would you have any difficulty following that instruction?

Question 16 is as follows:  Jurors are the sole
judges of the facts, but they must follow the principles of
law as I instruct.  The jury may not follow some rules of
law and ignore others, and even if the jury disagrees or
dislikes a rule of law or does not understand the reasons
for some of the rules, it is not the jury's -- it is the
jury's duty to follow them; that is, the rules of law.

Question 16 is as follows:  Is there any reason
you would find it difficult to follow my legal instructions,
whatever they may be?

So Question 16 one more time:  Judges are --
excuse me.  Jurors are the sole judges of the facts, but
they must follow the principles of law as I instruct.  The
jury may not follow some rules of law and ignore others.
And even if the jury disagrees or dislikes a rule of law or
does not understand the reasons for some of the rules, it is
the jury's duty to follow them.

Question 16 is:  Is there any reason you would
find it difficult to follow my legal instructions, whatever
they may be?

Question 17 is as follows:  To reach a verdict on
a particular charge, every juror must agree on the verdict;
that is, any verdict must be unanimous.  In deliberations,
you must consider the opinions and points of your fellow
jurors, but you must also follow your own conscious and be

1    personally satisfied with any verdict.

2             Question 17 is as follows:  Would you have any

3    difficulty expressing your own opinions and thoughts about

4    this case to your fellow jurors?

5             Question 17 again is:  Would you have any

6    difficulty expressing your own opinions and thoughts about

7    this case to your fellow jurors?

8             Question 18.  Now, if you are selected as juror in

9    this case, this is very important, I will instruct you to

10   avoid all media coverage relating to this case.  That

11   includes radio, television, podcasts, social media or other

12   Internet sources; that is, you will be forbidden from

13   reading any newspaper articles about this case, listening to

14   any radio or podcast stories about this case or watching any

15   TV news about this case.  You also will be forbidden from

16   googling this case or blogging, tweeting, reading or posting

17   comments about this case on social media sites or anywhere

18   else on the Internet.

19            Question 18 is:  Do you have any reservations or

20   concerns about your ability or willingness to follow this

21   instruction?

22            Let me repeat 18 one more time.

23            If you are selected as a juror in this case,

24   I will instruct you to avoid all media coverage relating to

25   this case, including radio, television, podcasts, social

1    media and any other Internet source.  That is, you will be

2    forbidden from reading any newspaper articles about this

3    case, listening to any radio, or podcast stories about the

4    case or watching any TV news about the case.  You will also

5    be forbidden from googling or otherwise searching for the

6    case, or blogging, tweeting, reading or posting comments

7    about this case on social media sites or anywhere else on

8    the Internet.

9            Question 18:  Do you have any reservations or

10   concerns about your ability or willingness to follow this

11   instruction?

12           Okay.  Question 19.  We're getting close to the

13   end.  Today is Monday, April the 25th.  The parties expect

14   the presentation of evidence in this case to conclude either

15   at the end of this week or early next week.  You will begin

16   deliberating after the close of evidence.  Once you begin

17   deliberating, I do not know how long your deliberations will

18   last.  The jury will sit Monday through Friday, generally

19   from 9:30 to 5:00 p.m.

20           Question 19 is as follows:  Knowing this schedule,

21   do you have any urgent or extremely important matter to

22   attend to this week or next such that serving as a juror in

23   this case would be an extreme hardship for you?

24           Question 19 one more time:  Today is Monday,

25   April 25th.  The parties expect the presentation of evidence

1    in this case to conclude either at the end of this week or

2    early next week.  You will begin deliberating after the

3    close of evidence.  Once you begin deliberating, I do not

4    thought know how long your deliberations will last.  The

5    jury will sit Monday through Friday, generally from 9:30

6    a.m. to 5:00 p.m.

7           Knowing this schedule, do you have any urgent or

8    extremely important matter to attend to this week or next

9    such that serving as a juror in this case would be an

10   extreme hardship for you?

11          Question 20 is far as follows:  Do you have such

12   strong feels about the COVID-19 global pandemic and being in

13   a room with other jurors, attorneys, and witnesses such that

14   it would be difficult for you to participate in the trial?

15          Again, question 20 is:  Do you have such strong

16   feelings about the COVID-19 global pandemic and being in a

17   room with other jurors, attorneys, and witnesses such that

18   it would be difficult for you to participate in the trial?

19   That's question 20.

20          Question 21, the final question, is the -- what I

21   sort of call my catch-all question.  It is as follows:

22   Do you have any religious, moral or philosophical reason or

23   personal or political beliefs, or is there any other reason

24   not already mentioned that you believe would make it hard

25   for you to be a fair and impartial juror in this case or to

1    sit in judgment of another person?

2            Question 21:  Do you have any religious, moral, or

3    philosophical reason or personal or political beliefs, or

4    is there any other reason not already mentioned that you

5    believe would make it hard for you to be a fair and

6    impartial juror in this case or to sit in judgment of

7    another person?

8            Okay.  So we have now gone through the 21

9    questions, we have completed phase 1 of the jury selection

10   process.  What we will now do, as I said earlier, is we are

11   going to move to the other courtroom.

12           We will bring each of you individually into the

13   courtroom to follow up on the questions I have just asked

14   you, and we will continue that process up until the point we

15   have qualified the number of jurors we need to qualify.

16           As I said earlier, this process I expect will last

17   most of the day.  Again, a reminder as not to talk about the

18   case with anyone, and particularly, more importantly, no

19   Internet research now that you know a little bit about the

20   case and no communicating online or otherwise about the case

21   during the jury selection process.

22           Thank you very much, ladies and gentlemen.  Our

23   Courtroom Deputy will instruct you on where you need to go

24   next, and we will look forward to seeing each of you in the

25   other courtroom if not this morning, then this afternoon.

1    Thank you, everyone.

2              COURTROOM DEPUTY:  All rise.

3              THE COURT:  Don't wait for me, everyone.

4    Thank you.

5              COURTROOM DEPUTY:  This Court stands in recess.

6              (Recess from 10:20 a.m. to 10:29 a.m.)

7              THE COURT:  Counsel, we're going to seat the juror

8    in the jury box so everybody has a clear line of sight to

9    the juror while the juror is answering questions.

10             Just a reminder, please, if you wish to strike for

11   cause, please do so after the juror exits but before the

12   next juror comes in.  So please make your motion for a

13   for-cause strike during that time, all right?  Thanks.

14             Hi, ma'am, how are you?

15             PROSPECTIVE JUROR:  Good.  How are you?

16             THE COURT:  I'm going ask you to keep your voice

17   up, and if you'd like to take your mask off for present

18   purposes, you're welcome to do so.

19             You are juror 0864; is that correct?

20             PROSPECTIVE JUROR:  Yes.

21             THE COURT:  Okay.

22             So you answered two questions yes.  You answered

23   Question 8 and Question 13C.  Let's start with Question 8,

24   which was:  Have you ever watched video of what happened at

25   the U.S. Capitol on January the 6th on the news or on the

```
 1    Internet?  You answered that question yes.
 2              Can you sort of estimate how many times total you
 3    think you may have watched video of what happened on the
 4    6th?
 5              PROSPECTIVE JUROR:  Just in passing on the news,
 6    maybe ten times when it kind of came on the news.
 7              THE COURT:  Ten times or so.
 8              PROSPECTIVE JUROR:  Probably.
 9              THE COURT:  Do you think the fact that you've
10    watched that video the number of times that you have,
11    do you think that would cause you to think you might not be
12    able to be fair and impartial if you were selected in this
13    case?
14              PROSPECTIVE JUROR:  No.
15              THE COURT:  Okay.
16              And have you developed feelings or thoughts or
17    strong views upon what you've observed or seen on video that
18    might make you think you couldn't be fair and impartial in
19    this case if you were selected?
20              PROSPECTIVE JUROR:  No, I think I could be fair.
21              THE COURT:  Okay.
22              Question 13C asks whether you or any member of the
23    group had attended law school or worked as a lawyer or
24    worked in a law office.  Can you tell us about that?
25              PROSPECTIVE JUROR:  My sister works at a law firm
```

1   and a friend of mine works at a law firm.  Neither are

2   lawyers, but they are employed there.

3           THE COURT:  That's okay.  I don't think it's you.

4   If you just bring up to.

5           So your sister is a lawyer.  Does she practice any

6   criminal work to your knowledge?

7           PROSPECTIVE JUROR:  Neither of them are lawyers.

8   They just are employed in a law firm.

9           THE COURT:  I'm sorry, okay.  I misunderstood.

10          So the firms that they are employed with,

11  do you know if those law firms practice criminal work?

12          PROSPECTIVE JUROR:  I don't know.

13          THE COURT:  All right.  Any follow-up question by

14  the government?

15          MR. KELLY:  No, Your Honor.

16          THE COURT:  From the defense?

17          MR. MONROE:  No, sir.  Thank you, Your Honor.

18          THE COURT:  Ma'am, thank you very much.

19          MR. MONROE:  Do you have a record of what juror

20  number that was?

21          THE COURT:  That was Juror 0486, first juror on

22  the list.

23          MR. MONROE:  Oh, very first one, got you.

24          THE COURT:  We're just going right down the line.

25          Hi, ma'am, you are juror 0482; is that right?

1          PROSPECTIVE JUROR:  Yes.

2          THE COURT:  Okay.  And if you'd like to put your

3    mask down or remove it for present purposes, feel free to do

4    that.

5          PROSPECTIVE JUROR:  Okay.

6          THE COURT:  Okay.  You answered five questions

7    yes, they are 8, 10, 11, 13B and 13D, so let's start with

8    Question 8 which asks, whether you have watched video of

9    what happened at the U.S. Capitol on January 6th on the news

10   or on the Internet.  And you answered that question yes.

11         You've also answered Question 10 about strong

12   feelings or opinions about the events that took place at the

13   U.S. Capitol, and you've answered Question 11 about strong

14   feelings about former-President Trump or his supporters.

15         So can you tell us a little bit about how much you

16   followed via video or news the events of January the 6th and

17   what your feelings are of the events of that day.

18         PROSPECTIVE JUROR:  At the time, I followed it

19   closely when it was happening, the day of and around the

20   time surrounding it.  Since then, I have not followed it as

21   closely.  So I would say my exposure to the media was mostly

22   around the time when it happened.

23         THE COURT:  Okay.

24         And you've answered 10 and 11, that you do have

25   these strong feelings.  Tell us about what those feelings

1   are and why you think they might not -- why they might

2   prevent you from being fair and impartial in this case.

3           PROSPECTIVE JUROR:  I think I have a belief that

4   the people who were protesting on that day were in the

5   wrong, and I also disagree with and dislike the former

6   President.

7           THE COURT:  Okay.

8           So everyone has their own political views about

9   the current President, the former President, and we all come

10  to a courtroom with that in mind.  And not surprising, given

11  the events of January the 6th, people may have formed some

12  general opinions about what happened that day; but the

13  question for you is whether you could put those feelings

14  aside and judge this defendant based upon the evidence

15  that's presented in this case and based upon the law as I

16  instruct you to?  Is that something you think you could do?

17          PROSPECTIVE JUROR:  Yes, I believe I can.

18          THE COURT:  Okay.

19          Question 13B asks whether any member of the group

20  has served in the Armed Forces; is that right?

21          PROSPECTIVE JUROR:  Yes.

22          THE COURT:  Can you tell us who in the group and

23  what branch of the Armed Services?

24          PROSPECTIVE JUROR:  My father was in the Army.

25          THE COURT:  In the Army.  Okay.

1          And can you just tell us how long he served.

2          PROSPECTIVE JUROR:  I don't know.  In the late

3  '70s, around Vietnam, but not in Vietnam.

4          THE COURT:  Okay.

5          Question 13D asked whether any member of the

6  group's been arrested for, charged with or convicted of a

7  crime or been a victim or a witness to a crime.  Can you

8  tell us about that?

9          PROSPECTIVE JUROR:  Yes.

10         My brother was convicted of a crime and my husband

11  has been the victim of a crime.

12         THE COURT:  Okay.

13         Let's start with your brother.  Can you tell us

14  what the nature of the crime was?

15         PROSPECTIVE JUROR:  He was convicted of robbery or

16  burglary.  I don't remember.

17         THE COURT:  Was that in the District of Columbia

18  or elsewhere?

19         PROSPECTIVE JUROR:  No, this was not in D.C.

20         THE COURT:  Okay.

21         And do you believe he was treated fairly by police

22  and the prosecution in that case?

23         PROSPECTIVE JUROR:  I don't know.  I was a child

24  at the time.

25         THE COURT:  Okay.

1          Any feelings, either positively or negatively,

2    about your brother's experience that might think -- that

3    might cause you to think you couldn't be fair and impartial

4    in this case?

5          PROSPECTIVE JUROR:  No.

6          THE COURT:  And then you said your husband,

7    I believe you said, has been a victim of a crime.  Can you

8    tell us about that was.

9          PROSPECTIVE JUROR:  My husband was held at

10   gunpoint during a robbery.

11         THE COURT:  Was that in the District of Columbia

12   or elsewhere?

13         PROSPECTIVE JUROR:  No, not in D.C.

14         THE COURT:  And was a person arrested for that

15   crime?

16         PROSPECTIVE JUROR:  I don't know.

17         THE COURT:  And anything about your husband's

18   experience with law enforcement or prosecutors in that case

19   that might cause you to think you wouldn't be able to be

20   fair and impartial here.

21         PROSPECTIVE JUROR:  No.

22         THE COURT:  Any follow-up from the government?

23         MR. KELLY:  Yes, Your Honor.

24         I see here that --

25         THE COURT:  Government counsel, just make sure

```
 1   you're speaking into the microphone.  You don't need to

 2   stand.  You can sit.

 3           MR. KELLY:  Yes, Your Honor.

 4           I see here that you are a research psychologist

 5   with the U.S. Department of Transportation.  What kind of

 6   research do you do there?

 7           PROSPECTIVE JUROR:  I do research on teen drivers.

 8           MR. KELLY:  Teen drivers.

 9           PROSPECTIVE JUROR:  People learning to drive.

10           MR. KELLY:  Nothing else.

11           THE COURT:  I would appreciate any knowledge you

12   may have.  My daughter is about to start.

13           PROSPECTIVE JUROR:  Good luck.

14           MR. MONROE:  Good morning.

15           I have to ask:  Let's assume that Mr. Webster is a

16   Trump supporter.  Does that, in your mind, put him at a

17   slight disadvantage in your ability to be fair and impartial

18   in this case?  I need to insist upon your honesty on this

19   point.

20           PROSPECTIVE JUROR:  I don't -- I'm not sure if

21   you're asking if I think a Trump supporter is more likely to

22   have committed a crime, I don't think the answer -- I would

23   say no.

24           MR. MONROE:  I'm driving at your own personal view

25   of the world and other people, other Americans.  I'll ask
```

1  you based upon that presumption, just alone, you don't know

2  anything about Mr. Webster other than that he's a Trump

3  supporter, does that put him -- without knowing more about

4  the case or hearing any evidence, does that put him at a

5  disadvantage in your mind personally as for you?

6         PROSPECTIVE JUROR:  Yes, I think so.

7         MR. MONROE:  Okay.

8         And those folks that were present at the

9  January 6th protest, what was your general opinion or

10 consensus of what occurred on that day?  I'm just asking

11 about your take on it.

12        PROSPECTIVE JUROR:  About what?

13        MR. MONROE:  Your personal take about what

14 happened on January 6th.  What's your opinion about it?

15        PROSPECTIVE JUROR:  That people who disagreed with

16 outcome of the election protested it and that some of those

17 protesters did things that were not lawful.

18        MR. MONROE:  That was not what?

19        PROSPECTIVE JUROR:  Lawful.

20        MR. MONROE:  Now, I'm going to ask you to assume

21 another point.  I want you to assume that Mr. Webster was at

22 the Capitol on January 6th.  Without having heard any

23 evidence from the government, does that place in your mind

24 the thought that he may have committed a crime?

25        PROSPECTIVE JUROR:  No.

1          MR. MONROE:  Okay.  Thanks so much for speaking
2   with me.
3          THE COURT:  Can I just follow up?  You said that
4   there may be some disadvantage, but I asked you earlier
5   whether you could sort of set aside your political views
6   about people who may have supported the former President and
7   judge the evidence against this defendant in this case
8   fairly and impartially.  Is that something you're confident
9   you could do?
10          PROSPECTIVE JUROR:  I think I can.  I'm basing
11   that on the fact that my job also involves evaluating
12   evidence in an impartial way.  So I think that I can do
13   that.
14          THE COURT:  Okay.  All right.  Thank you.
15          Okay.  Let's bring our next juror in.
16          MR. MONROE:  Oh, are you entertaining for cause or
17   can we hear from the government?
18          THE COURT:  I assume if nobody is standing up to
19   strike -- hang on.
20          MR. MONROE:  I was waiting for --
21          Brian, if you want to say anything.
22          MR. KELLY:  No.
23          MR. MONROE:  I rise to offer a challenge for
24   cause, Judge.
25          We all have our political beliefs, every one of

```
1    us, but I asked this prospective juror squarely whether if
2    she took it to the presumption that Mr. Webster was a Trump
3    supporter, whether he would be at a disadvantage having not
4    heard any evidence in the case, and her response with
5    complete clarity is yes.  I don't think she's a juror that
6    should be sitting on this case and would give my client a
7    distinct disadvantage.  I would for move for cause.
8    Thank you.
9             THE COURT:  I'm going to deny the motion.  I think
10   she was quite honest when she was pressed by you, but then
11   ultimately said, you know, she can set aside whatever her
12   political views are and assess the evidence honestly and
13   fairly as to this defendant.  And so I think that's all we
14   can ask for jurors and I think that's what she said she's
15   capable of doing.
16            MR. MONROE:  I would offer the Court my respectful
17   exception.
18            THE COURT:  All right.  Let's bring the next
19   juror.
20            PROSPECTIVE JUROR:  Good morning.
21            THE COURT:  Hi, ma'am.  You are Juror 0453.
22            PROSPECTIVE JUROR:  Yes.
23            THE COURT:  Feel free to remove your mask if you
24   feel more comfortable doing that for present purposes.
25            PROSPECTIVE JUROR:  Okay.
```

1           THE COURT:  So you've answered several questions

2   yes.  They include 7, 8, 10, 11, 15, 18, and 21.  So why

3   don't we start with 21, which was the catch-all question

4   about any religious, moral or philosophical reason or

5   personal beliefs.  Can you tell us about that?

6           PROSPECTIVE JUROR:  Really, just personal beliefs

7   that I watched the events and have followed along and

8   believe that it was a coup and mostly moral.

9           THE COURT:  All right.

10          So I taken it that is also sort of the response to

11  Question 7, 8.  Question 7 asked about following the news

12  regularly.  How often would you say you followed the news

13  about those events?

14          PROSPECTIVE JUROR:  I have followed along

15  generally.  I have not followed any particular individual's

16  stories, but I watched, you know, from that -- the whole day

17  and all the follow-up coverage.

18          THE COURT:  Right.

19          And have you watched videos of the events since

20  then.

21          PROSPECTIVE JUROR:  I have, yeah.

22          THE COURT:  And about how frequently would you say

23  that happened?

24          PROSPECTIVE JUROR:  I'm really just anytime it

25  came back up in a big way.

```
 1                  THE COURT:  Okay.

 2                  Is it something that you would say you've been

 3       regularly seeking out or just something, if it happens to

 4       come across in a news story?

 5                  PROSPECTIVE JUROR:  More if it happens to come

 6       across.

 7                  THE COURT:  So let me just ask, you know, we all

 8       have our political beliefs.  We all may have formed an

 9       opinion about what occurred on January the 6th.  The

10       question here is not whether there was a coup or not, that's

11       really not what is before this Court.  What's before this

12       Court is whether the government can prove this defendant

13       guilty beyond a reasonable doubt with what he's accused of

14       on that date.

15                  Would you be able to put aside whatever views you

16       formed of the events of that date and evaluate the evidence

17       as it relates to this defendant and give him a fair and

18       honest trial based upon the evidence presented in this case?

19                  PROSPECTIVE JUROR:  Sure, I think so.  That

20       context is helpful to hear.

21                  THE COURT:  Okay.

22                  And if at the end of the evidence you concluded

23       that the government had not carried its burden beyond a

24       reasonable doubt, would you have any trouble in your mind

25       convicting Mr. -- excuse me, acquitting Mr. Webster merely
```

1    because he was present on January the 6th and because,

2    perhaps, he is a Trump supporter?

3             PROSPECTIVE JUROR:  No.

4             THE COURT:  Do you have any doubt in your mind

5    about that?

6             PROSPECTIVE JUROR:  Yes.

7             THE COURT:  All right.

8             Let's turn to Question 15 and 18 just quickly.

9             This was about the right to testify.  You

10   indicated you would have difficulty with that instruction.

11            PROSPECTIVE JUROR:  I'm sorry, can you repeat

12   that?

13            THE COURT:  Sorry.  Question 15 was:  The

14   defendant has a constitutional right not to testify.  If

15   Mr. Webster decides not to testify, I'll instruct that that

16   decision could not be held against him.

17            PROSPECTIVE JUROR:  I'm sorry, I don't -- so if he

18   chose not to testify, I would not hold --

19            THE COURT:  Yeah.  So the question was as follows:

20   The defendant has a constitutional right not to testify and

21   if Mr. Webster decides not to testify, I will instruct you

22   that you cannot hold his silence against him.  And the

23   question was:  Would you have any difficulty following that

24   instruction?

25            PROSPECTIVE JUROR:  Okay.  Thank you.

```
 1              I would just find it bizarre.

 2              THE COURT:  Okay.

 3              And then question 18 concerned media coverage of

 4   the case.  You think you would have trouble avoiding media

 5   coverage of this case if I instructed you to do that.

 6              PROSPECTIVE JUROR:  My roommates are reporters for

 7   Politico so that would be my only concern.

 8              THE COURT:  Does your roommate cover January 6th

 9   events?

10              PROSPECTIVE JUROR:  No, they cover elections,

11   but -- it seems tangential, but not directly January 6th

12   events.

13              THE COURT:  All right, ma'am.  Thank you very

14   much.

15              PROSPECTIVE JUROR:  Sure.  Thank you.

16              THE COURT:  You may be dismissed.  Thank you.

17              All right.  I'm going to strike Juror 0453 for

18   cause.  If I don't ask you all for any follow-up, it's

19   because I've concluded the juror's going to go for cause,

20   okay?

21              Hello, ma'am.  How are you?

22              PROSPECTIVE JUROR:  Good.

23              THE COURT:  You can lower or remove your mask for

24   present purposes if you feel comfortable doing so, okay.

25              PROSPECTIVE JUROR:  Okay.
```

```
1              THE COURT:  But you can also leave it on.

2              You answered four questions yes:  4, 12, 13D and

3   20.

4              Let's start with 20, which is the question about

5   COVID and the global pandemic and concerns about serving.

6              Can you tell us what your concerns are about

7   serving in light of the pandemic?

8              PROSPECTIVE JUROR:  My concerns are that -- I am

9   now about four months pregnant, and I have bad anxiety so,

10  like --

11             THE COURT:  That's okay.  Take your time.

12             Well, let me ask you this, ma'am.  I think I heard

13  you say you're four months pregnant.

14             PROSPECTIVE JUROR:  Yes.

15             THE COURT:  Congratulations.

16             PROSPECTIVE JUROR:  Thank you.

17             THE COURT:  And you have anxiety, is that what I

18  heard you say?

19             PROSPECTIVE JUROR:  Yes.

20             THE COURT:  Do you think -- I described to you

21  earlier what steps we've taken in the courthouse to keep

22  everybody healthy, the steps that we will take if you are

23  selected as a juror.  Notwithstanding all of that, do you

24  think you would have difficulty paying attention to the

25  evidence that's presented in this case because of your
```

1    concerns about COVID?

2             PROSPECTIVE JUROR:  Not really.  Not really.

3             THE COURT:  Okay.  All right.

4             So then just, you know, you did answer question

5    20.  So I want make sure that if you were selected, your

6    concerns about COVID or your worries about COVID would --

7    that that would not prevent you from paying attention and

8    listening to the evidence and being able to be seated in a

9    jury box with other jurors and then being able to deliberate

10   with them after the end of the case.  Do you think your

11   concerns would cause any problem with doing that?

12            PROSPECTIVE JUROR:  My anxiety, yes.  Just because

13   I can get a little, like, nervous and hesitant.

14            THE COURT:  You can get nervous; is that right?

15            PROSPECTIVE JUROR:  Yes, and stuff like that.  And

16   then I'll start to, like, panic.

17            THE COURT:  I'm sorry, say that again.

18            PROSPECTIVE JUROR:  I'll start to, like, panic and

19   things.

20            THE COURT:  Do you think that's something that --

21   and I'm sorry to pry, I don't mean to do this, but I just

22   need to ask.  Is that something that could come on at any

23   time or is that something you think would be -- come about

24   because you would be sort of with other jurors in the

25   courtroom?

```
 1              PROSPECTIVE JUROR:  So, yeah, it would come up at
 2  any time, but -- yeah.
 3              THE COURT:  All right.
 4              Okay, ma'am, I'm going to excuse you now.
 5  Thank you very much.
 6              PROSPECTIVE JUROR:  Thank you.
 7              THE COURT:  All right.  I'm going to strike 1464
 8  for cause.  I just had no confidence, based upon her
 9  difficulty in answering the questions, that she would be
10  able to remain focused on the evidence and serve through the
11  entirety.
12              All right.  I've got a juror who's coming in who's
13  misbehaving a little bit, so we're taking this person out of
14  order.  So just bear with me, everyone, okay?
15              Hi, ma'am.  How are you?
16              PROSPECTIVE JUROR:  Good morning.  Fine.
17              THE COURT:  Good morning.
18              You can take your mask down if you'd like and feel
19  comfortable doing that.
20              Can you tell us you're juror number, please?
21              PROSPECTIVE JUROR:  66.
22              THE COURT:  66?
23              So 00 --
24              PROSPECTIVE JUROR:  I'm sorry, 0216.
25              THE COURT:  0216.
```

1          Okay.

2          Ma'am, I understand you've expressed some concerns

3   about being here today and about serving as a juror; is that

4   right?

5          PROSPECTIVE JUROR:  Am I answering this with yes

6   or no?

7          THE COURT:  You can answer --

8          PROSPECTIVE JUROR:  Yes, only because I have

9   received a text while I was sitting in the courtroom that my

10  niece was across from me.

11         THE COURT:  In other words --

12         PROSPECTIVE JUROR:  I have a niece that evidently

13  that was in the courtroom with me at the time, at like,

14  8:52, she texts me.

15         THE COURT:  Oh, I see.

16         PROSPECTIVE JUROR:  And I was asking the lady how

17  was a way I can be excused because I just noticed that my

18  niece was in the courtroom.  And she got agitated.  She said

19  I got agitated, but that's all I was talking about.

20         THE COURT:  So you think your niece is a juror, is

21  that right, a potential juror.

22         PROSPECTIVE JUROR:  Yes.

23         THE COURT:  So, look, here's, you know, I'm going

24  to ask you to return to the courtroom and then we'll call

25  you back in a little bit later.  The fact that you are on

1    the panel right now with your niece doesn't necessarily

2    disqualify you, because there's no guarantee that either you

3    or she will be on the jury or both of you will be on the

4    jury.

5              PROSPECTIVE JUROR:  Well, is there any way that

6    I can just be excused besides that or I have to have another

7    reason, because my brother is in an ex -- I have a brother

8    that's a ex-Metropolitan Police officer, which is her

9    grandfather.

10             THE COURT:  I understand.  All right.  Well, look,

11   we'll go through those questions and your answers in a

12   little bit.  So I'm going to ask you to sort of go back and

13   re-take your seat.  I just wanted to hear whatever concerns

14   you had, because I'd learned of them.

15             PROSPECTIVE JUROR:  Another concern, I was asking,

16   could we leave the court building mainly just to smoke a

17   cigarette, and things of that nature.  She told me no but we

18   were able to do that earlier.  That's all I wanted to find

19   out.

20             THE COURT:  So I think when -- I'll defer to the

21   courtroom staff.  I think when we take a break, you may be

22   able to step outside and do that, but while court is in

23   session, we're going to ask you to stay in the courtroom and

24   avoid going outside.  Okay?

25             PROSPECTIVE JUROR:  Yes, sir.

```
1              THE COURT:  So we'll be with you in a little bit.
2    Thank you, ma'am.
3              All right.  So that was 0216.  She's fairly far
4    down our list.  She's Juror No. 66.  So...
5              All right, ma'am, how are you?
6              PROSPECTIVE JUROR:  I'm fine.  And yourself?
7              THE COURT:  Good, thank you.
8              You are juror 1132?
9              PROSPECTIVE JUROR:  Yes.
10             THE COURT:  All right.
11             And feel free to pull down your mask or remove it
12   if you feel comfortable for present purposes.
13             All right.  You answered several of our questions
14   yes:  7, 8, 10, 11, 13A and B, as well as 19.  So why don't
15   we start with 19, which is the hardship question.  Can you
16   tell us what the hardship would be for serving as a juror,
17   both this week and perhaps a part of next week?
18             PROSPECTIVE JUROR:  My uncle passed last Thursday,
19   and we still making arrangements for his service, and I
20   don't know if it's going to be this week or next week.
21             THE COURT:  Okay.
22             And I'm sorry for your loss.
23             PROSPECTIVE JUROR:  Thank you.
24             THE COURT:  Is your uncle -- will the services be
25   local, or is that something you might have to travel out of
```

1   town for?

2          PROSPECTIVE JUROR:  They trying to decide whether

3   they going to take him back to South Carolina or keep him

4   here.

5          THE COURT:  Okay.

6          All right.  I'm going to excuse you, ma'am.

7   Thank you very much.

8          PROSPECTIVE JUROR:  All right.  Thank you.

9          THE COURT:  Okay.  Sir, you are juror 0087; is

10  that right?

11         PROSPECTIVE JUROR:  Yes, sir.

12         THE COURT:  Okay.  You answered four questions

13  yes:  Question 5, 7, 8, and 10.

14         PROSPECTIVE JUROR:  Yes, sir.

15         THE COURT:  All right.

16         Let's start with Question 5, and that was whether

17  you live or work at or near the U.S. Capitol.

18         And, by the way, if you'd like to take your mask

19  down or remove it for present purposes, that's fine.

20         PROSPECTIVE JUROR:  All right.  Thank you.

21         THE COURT:  So can you tell us about whether --

22  first, whether you live or work near the Capitol.

23         PROSPECTIVE JUROR:  I live.

24         THE COURT:  And can you just approximate --

25  I don't need an exact address, but approximate how many

 1    blocks away from the Capitol building?

 2              PROSPECTIVE JUROR:  Probably, let me think about

 3    that.  Probably about 12.

 4              THE COURT:  12.  Okay.

 5              PROSPECTIVE JUROR:  Maybe a little bit less.

 6              THE COURT:  So 8 to 12.

 7              PROSPECTIVE JUROR:  Just like -- yeah, less.

 8              THE COURT:  So you were -- were you -- can I just

 9    ask whether you -- that's where your home is, I take it?

10              PROSPECTIVE JUROR:  Yes, that's where I live,

11    yeah.

12              THE COURT:  Were you at your home and where you

13    live on January the 6th of 2021 when the events happened?

14              PROSPECTIVE JUROR:  No, I was in a different spot.

15              THE COURT:  You were in a different spot.

16              PROSPECTIVE JUROR:  Yeah, yeah.

17              Over in River Terrace.  Just the other direction

18    from where I was at.

19              THE COURT:  I see.

20              So you were still on Capitol Hill.

21              PROSPECTIVE JUROR:  Yeah.

22              THE COURT:  But just at a different address.

23              PROSPECTIVE JUROR:  Yes, sir.

24              THE COURT:  And were you actually at your house

25    that day when events --

```
 1              PROSPECTIVE JUROR:  I was at work.

 2              THE COURT:  Hang on one second.

 3              PROSPECTIVE JUROR:  Oh, sorry.

 4              THE COURT:  Because we have a court reporter, I

 5   need you to let me finish answering -- asking my questions

 6   before you answer so he can keep a clean record.

 7              But you said you were at work; is that right?

 8              PROSPECTIVE JUROR:  Yes, sir.

 9              THE COURT:  So is it fair to say that you didn't

10   witness firsthand any of the events of what happened?

11              PROSPECTIVE JUROR:  I did some when I got off

12   work.

13              THE COURT:  You did, okay.

14              PROSPECTIVE JUROR:  Yeah.

15              THE COURT:  Can you tell us what you witnessed

16   when you got off work?

17              PROSPECTIVE JUROR:  People fleeing the scene.

18              THE COURT:  I'm sorry?

19              PROSPECTIVE JUROR:  People fleeing the scene.

20              THE COURT:  Okay.  When you say "fleeing," what do

21   you mean?

22              PROSPECTIVE JUROR:  Walking very hurriedly away

23   from the Capitol.

24              THE COURT:  Okay.

25              And let me just ask you:  Now, you've also
```

 1    answered Question 7 and 8.  Question 7 concerns close or

 2    regular following the news about the events --

 3              THE WITNESS:  Yeah.

 4              THE COURT:  -- that took place at the Capitol.

 5    Can you tell us sort of how frequently you followed the

 6    events?

 7              PROSPECTIVE JUROR:  Generally whatever comes up in

 8    my newsfeed.  So, yeah, usually it would be something, you

 9    know, maybe once a day, different articles.

10              THE COURT:  And can you tell us sort of the

11    typical sources from which your newsfeed pulls articles.

12              PROSPECTIVE JUROR:  Anywhere from CNN to Post, the

13    Times.  So, yeah, just --

14              THE COURT:  And, also, you've answered the

15    question about video and having seen and watched video of

16    the events of January the 6th.  Can you tell us sort of,

17    just generally speaking, how many times or how many numbers

18    of videos you think you may have seen.

19              PROSPECTIVE JUROR:  Over two dozen.

20              THE COURT:  Okay.

21              PROSPECTIVE JUROR:  Easily.

22              THE COURT:  And is that something -- either

23    whether it's news or videos, is that something you've

24    actively searched out or something that you've viewed or --

25    viewed if it happens to be embedded in a news story?

1          PROSPECTIVE JUROR:  Viewed if it was embedded in a

2    story.

3          THE COURT:  You answered Question 10, which is

4    about strong feelings or opinions about the events that took

5    place that would make it difficult for you to be fair and

6    impartial.  Can you tell us about that?

7          PROSPECTIVE JUROR:  Yeah, I mean, being in such

8    close proximity to it and understanding what happened that

9    day, angers me severely.

10         You know, I contract for the military, for the

11   wounded warriors, and for what they've served to protect and

12   then what happened that day, it upsets me greatly.

13         THE COURT:  Okay.

14         So, look, that's not an uncommon reaction, not

15   just for you but for people elsewhere; but, you know, the

16   events at large are not on trial here in this case.  What's

17   at issue in this case is the conduct of this defendant and

18   the question of whether the government can make its case

19   against this defendant.

20         Would you be able to set aside your feelings about

21   those events and honestly and dispassionately evaluate the

22   evidence in this case?

23         PROSPECTIVE JUROR:  In honesty, I could not

24   guarantee that it would not -- I would not be affected in

25   one way -- I mean, it would depend on, you know, if anything

1   triggered or something along those lines.

2          THE COURT:  What do you mean by that, triggered?

3          THE WITNESS:  Well, just, you know, if whatever

4   occurred and, again, what I have in my mind that I saw and

5   have seen, and I don't want to be -- I'm not 100 percent

6   sure that I could be, yeah.

7          THE COURT:  So let me ask the question a different

8   way, which is that if you sat as a juror and were convinced

9   that the government has not met its burden of proof beyond a

10  reasonable doubt, okay, would you have any difficulty

11  entering or acquitting this defendant if you felt the

12  government had not carried its proof beyond a reasonable

13  doubt?

14         PROSPECTIVE JUROR:  I could.  I mean, again, like

15  you said, if they prove their case or not prove their case.

16         THE COURT:  Okay.

17         And so to go back to what we were talking about

18  earlier, I mean, again, this is a case about the evidence

19  that's presented in this trial.  The question is in again,

20  can you leave aside what you've learned, how you may feel,

21  and your job as a juror would just be to evaluate the

22  evidence as it's presented in this case against this

23  defendant?

24         PROSPECTIVE JUROR:  Again, I don't want to say

25  that I could and be -- I don't want to put myself in a

1  position where it's like, you know, because I can't --

2  again, like I said, it's like, I can't say for 100 percent

3  certainty.

4            THE COURT:  Okay.  I appreciate it.  I'm going to

5  excuse you.  Thank you very much.

6            PROSPECTIVE JUROR:  All right.  Thank you very

7  much.

8            MR. MONROE:  Judge, I'm assuming that witness is

9  being excused for cause?

10           THE COURT:  Yes.  I'm sorry, I should put that on

11  the record.  Juror 0087 is excused for cause.

12           Hi, ma'am.  How are you?

13           PROSPECTIVE JUROR:  I'm good.  Thank you.

14           THE COURT:  All right.  I'm going to just ask you,

15  if you wish to take your mask off, you can, and I may just

16  ask you to hold that lapel mic in your hand and keep it up

17  to your mouth so we can hear you clearly.

18           PROSPECTIVE JUROR:  Okay.

19           THE COURT:  So you're Juror 0689; is that right?

20           PROSPECTIVE JUROR:  I'm sorry, what.

21           THE COURT:  You are juror -- I'm sorry, yeah,

22  Juror 0689.

23           PROSPECTIVE JUROR:  Yes.

24           THE COURT:  Okay.

25           All right.  So you've answered a number of these

1    questions yes.  Question 5, 6, 7, 8, 10, 13C, 13D, and 15.

2    So why don't we start with 5 and 6.  They are questions

3    about whether you live or work at or near the U.S. Capitol.

4    Can you tell us whether it's you work or live?

5                PROSPECTIVE JUROR:  Both.

6                THE COURT:  Both.

7                PROSPECTIVE JUROR:  Work, uh-huh.

8                THE COURT:  And can you tell us what capacity in

9    which you work?  Let me ask.  Do you work in a U.S. Capitol

10   building?

11               PROSPECTIVE JUROR:  Yes.

12               THE COURT:  Can you tell us which building?

13               PROSPECTIVE JUROR:  Cannon.

14               THE COURT:  Cannon.  You don't need to identify

15   who you work for, but can you tell us in what capacity you

16   work for?

17               PROSPECTIVE JUROR:  I'm Deputy Chief of Staff for

18   a member of Congress.

19               THE COURT:  And were you at -- were you Deputy

20   Chief of Staff or working on the Hill back on January the

21   6th.

22               PROSPECTIVE JUROR:  Yes.

23               THE COURT:  Were you present on that day?

24               PROSPECTIVE JUROR:  I wasn't.  I was working

25   remotely.

```
1              THE COURT:  You were working remotely.

2              PROSPECTIVE JUROR:  Yeah.

3              THE COURT:  Do you know who people who were

4    present that day?

5              PROSPECTIVE JUROR:  Yes, oh, yes.

6              THE COURT:  And the person you worked for

7    presumably apparently at the time was there.

8              PROSPECTIVE JUROR:  Yeah, he was there.

9              THE COURT:  Let me just, and, you know, the fact

10   that you work on the Hill, you know people, you live near

11   the Hill, do you think you could be fair and impartial in

12   light of those experiences with respect to -- well, let me

13   back up.

14             Do you think you can be fair and impartial in this

15   case given your job and the fact that you know people who

16   were present on January the 6th?

17             PROSPECTIVE JUROR:  I think I could be fair and

18   impartial.  You know, I did answer yes on the -- whichever

19   the question was on would it be difficult for me to be.  And

20   so, yes, it would be difficult, but to answer your latest

21   question, Your Honor, that, yes, I believe I could.

22             THE COURT:  Okay.

23             So the member of Congress for whom you work, is

24   that person on the January 6th commission?

25             PROSPECTIVE JUROR:  No.
```

1          THE COURT:  And do you do any work relating to
2    January 6th in your capacity?
3          PROSPECTIVE JUROR:  I don't.
4          I don't -- maybe I should mention, I mean, I do
5    know another member of Congress I've worked closely with who
6    is on the January 6th commission.
7          THE COURT:  Okay.  And have you received any
8    information from that individual --
9          PROSPECTIVE JUROR:  No.
10         THE COURT:  -- about the work of that committee.
11         PROSPECTIVE JUROR:  Nothing that's not public.
12         THE COURT:  Nothing that's not public.  Okay.
13         You've also indicated that you follow the news
14   closely about the events of January 6th.  When you say
15   closely, can you give us a sense of how frequently you read
16   news stories or watch video of those days -- of the events
17   of that day.
18         PROSPECTIVE JUROR:  It's mainly as a result of my
19   work that, you know, my boss has asked about it.  So, you
20   know, sometimes -- I don't cover the issue explicitly for
21   him, but I have a management role in the office, I supervise
22   people who do, I have provided talking points for him.
23   Yeah, that kind of thing.
24         THE COURT:  All right.
25         Okay.  Ma'am, I'm going to excuse you from jury

1   service on this matter.  Thank you very much.

2            PROSPECTIVE JUROR:  Thank you.

3            THE COURT:  Juror No. 0689 is excused for cause,

4   given her employment and knowledge of those events.

5            Hi, ma'am, how are you?

6            PROSPECTIVE JUROR:  Fine.  And you?

7            THE COURT:  Good.  You are juror 1153?

8            PROSPECTIVE JUROR:  Yes.

9            THE COURT:  Okay.  So if you'd like to take your

10  mask off for present purposes, feel free; otherwise,

11  do you have a microphone there in your hands?

12           PROSPECTIVE JUROR:  No.

13           THE COURT:  Okay.  Hang on one second, all right?

14           Okay.  So, ma'am, you've answered three questions,

15  Question 11, Question 18, and Question 19.  Why don't we

16  start with Question 19 which was the question about what the

17  hardship would be, which is that you've indicated there

18  would be hardship from service.  Can you tell us what that

19  would be?

20           PROSPECTIVE JUROR:  I have --

21           I have three children that have birthdays coming

22  up, and I had planned on taking them out this Thursday, we

23  supposed to go out of town.  And I'm trying to celebrate

24  their birthdays.  One of their birthdays are today, and

25  I have to be in here and I could be trying to do things for

 1    their birthday.

 2          And then I have two more, May the 9th and May the

 3    16th, and it would just be hard to be here and still try to

 4    celebrate those kids' birthdays.

 5          THE COURT:  Okay.  Can I just ask you to put the

 6    microphone a little bit closer to your -- there you go.

 7    I think I was just having some trouble hearing you.

 8          So did I understand you correctly that you have

 9    plans to be absent on Thursday with your children; is that

10    right?

11          PROSPECTIVE JUROR:  Yes.

12          THE COURT:  All right.  And then other than

13    Thursday, are there any other days?

14          PROSPECTIVE JUROR:  Well, Thursday, Friday, up

15    until Sunday.

16          THE COURT:  I'm sorry, Thursday and Friday you

17    plan to be away.

18          PROSPECTIVE JUROR:  Yes.

19          THE COURT:  Okay.  Any objection?

20          I'm going to excuse you, ma'am.  Thank you very

21    much.

22          PROSPECTIVE JUROR:  Thank you.

23          THE COURT:  Hi, ma'am.  How are you?

24          PROSPECTIVE JUROR:  Good.

25          THE COURT:  Feel free to remove your mask for

```
 1    present purposes if you'd like.
 2            You're juror 1554; is that right?
 3            PROSPECTIVE JUROR:  That's correct.
 4            THE COURT:  You answered several of these
 5    questions yes.  Why don't we start -- let me just say that
 6    5, 6, 7, 8, 10, 11, 12, 13D, 14, and -- 14.
 7            So why don't we start with 5, which is, do you
 8    live or work at or near the U.S. Capitol?
 9            PROSPECTIVE JUROR:  Yes, I'm a lobbyist.
10    I'm former staff director of the Senate Appropriations
11    Committee.
12            THE COURT:  And you're currently a lobbyist which
13    means you're not presently an employee on the Hill?
14            PROSPECTIVE JUROR:  I am not, but I'm on the Hill
15    all the time.
16            THE COURT:  Okay.
17            Are your offices on the Hill, ma'am?
18            PROSPECTIVE JUROR:  Yes.  I'm at 101 Constitution,
19    down below Charlie Palmers.
20            THE COURT:  Okay.
21            And were you on the Hill or at work on January the
22    6th.
23            PROSPECTIVE JUROR:  I was at work.
24            THE COURT:  Physically at work as opposed to
25    remote?
```

```
1                    PROSPECTIVE JUROR:  No.  I was at work.

2                    THE COURT:  You were at work.  Okay.

3                    And do you know people who were present on the

4       Hill on January the 6th?

5                    PROSPECTIVE JUROR:  Yes, my former Senate

6       Appropriations colleagues.

7                    THE COURT:  Okay.

8                    And have you talked to them about those events.

9                    PROSPECTIVE JUROR:  Oh, yes.

10                   THE COURT:  And let me ask you:  Given what you've

11      heard from them, do you think you would have difficulty

12      being fair and impartial in this case?

13                   PROSPECTIVE JUROR:  I would have a lot of

14      difficulty.

15                   THE COURT:  Okay.

16                   Even if you were instructed to put aside your

17      feelings and what you've learned from others?

18                   PROSPECTIVE JUROR:  The Capitol Police protected

19      me for 45 years, and I really could not be impartial.

20                   THE COURT:  Okay.

21                   Any objection, Counsel?

22                   MR. MONROE:  No objection.

23                   THE COURT:  All right.  Ma'am, we'll excuse you.

24      Thank you very much.

25                   PROSPECTIVE JUROR:  I have one question.  I'm
```

1    almost 74.  I thought I was exempt from serving on a jury.

2    I would like to be excused.

3              THE COURT:  You'll be excused.

4              PROSPECTIVE JUROR:  Thank you.

5              THE COURT:  Yes, you're excused for the day.

6    Thank you.

7              PROSPECTIVE JUROR:  Thank you.

8              THE COURT:  Okay.

9              Sir, how are you?

10             PROSPECTIVE JUROR:  I'm good.

11             THE COURT:  You're Juror 1429?

12             PROSPECTIVE JUROR:  That's correct.

13             THE COURT:  Feel free to take your mask off if you

14   feel comfortable doing so.

15             All right.  So you answered three questions:  7,

16   8, and 11.  Question 7 concerns whether you have closely or

17   regularly followed the news about the events that took place

18   on the Capitol.

19             Can you tell us how frequently you follow news

20   about the events of January the 6th?

21             PROSPECTIVE JUROR:  Probably in the beginning,

22   right afterwards, a lot.

23             I don't recall seeing any news stories in the last

24   couple of months, but up until the summer probably.

25             THE COURT:  Can you tell us, to the extent that

1  you've viewed news or read news about those events, the

2  sources of that information?

3         PROSPECTIVE JUROR:  *New York Times*, *Washington*

4  *Post*, and CNN probably.

5         THE COURT:  Okay.

6         Question 8 concerns having watched video of what

7  happened at the Capitol on January the 6th.  Can you tell

8  how many times you've watched videos of those events?

9         PROSPECTIVE JUROR:  The day of, when the news

10 reports were out.

11        THE COURT:  Okay.

12        PROSPECTIVE JUROR:  And after that, I didn't

13 really watch a whole lot of the video.

14        THE COURT:  So -- and then Question 11 concerns

15 your feelings about President Trump or his supporters that

16 would make it difficult for you to be fair and impartial in

17 this case.  Can you tell us about that a little bit?

18        PROSPECTIVE JUROR:  I certainly don't have a high

19 opinion of former-President Donald Trump, and by extension,

20 I don't think his supporters are particularly smart for

21 supporting him.

22        THE COURT:  Okay.

23        So, you know, look, we all have our political

24 views.  We all have feelings about the current President,

25 the former President.  Those are not the questions that are

```
 1    before the Court in this case.  The question for you is
 2    given what you know about the events of the 6th, given your
 3    feelings, could you set all that aside and focus on the
 4    evidence and the facts as they're presented in this case and
 5    be fair and impartial to this defendant?
 6              PROSPECTIVE JUROR:  I believe so, yes.
 7              THE COURT:  And if you were convinced after
 8    hearing that evidence that the government had not carried
 9    its burden beyond a reasonable doubt, would you be able to
10    acquit this defendant?
11              PROSPECTIVE JUROR:  Yes.
12              THE COURT:  Okay.
13              Any follow-up questions?
14              MR. KELLY:  Just one, Your Honor.  Good morning.
15              What do you do for a living?
16              PROSPECTIVE JUROR:  I work for Army Research
17    Laboratory.  I am a researcher for the Army.
18              MR. KELLY:  What kind of research do you do?
19              PROSPECTIVE JUROR:  Microelectronics.  So
20    designing the chips that go into effectively like a cell
21    phone.
22              MR. KELLY:  Thank you.
23              THE COURT:  Any follow-up?
24              MR. MONROE:  Good morning.
25              I represent the defendant, Mr. Webster.  I think
```

```
1    you've already heard the Court tell you into the government
2    has the burden of proof on all these issues they're going to
3    attempt to present to you.  But having not heard any
4    evidence, I want to ask you to presume something.
5              PROSPECTIVE JUROR:  Okay.
6              MR. MONROE:  I want you to presume that
7    Mr. Webster was at the Capitol on January the 6th and he was
8    someone who supported either the issues of that day or
9    former-President Trump.
10             Having not heard any evidence, has that put
11   Mr. Webster at a disadvantage, to the extent that you're
12   going to be one of the judges of the facts in this case?
13             PROSPECTIVE JUROR:  No.
14             MR. MONROE:  No?  Okay.
15             What is your -- what's your collective thoughts
16   about what took place on January the 6th?  What's your take
17   on things?
18             THE COURT:  Counsel, I think he's sort of answered
19   that a little bit.
20             MR. MONROE:  Okay.
21             That's all I have, sir.  Thank you.
22             THE COURT:  Thank you very much.  You may step
23   down, sir.
24             Hi, ma'am.  How are you?
25             PROSPECTIVE JUROR:  I'm good.  Thank you.
```

```
 1              THE COURT:  Feel free to remove your mask for
 2  present purposes if you feel comfortable doing so.
 3              You are Juror 0951?
 4              PROSPECTIVE JUROR:  Yes.
 5              THE COURT:  Okay.
 6              So you've answered four questions yes.  They are
 7  8, 10, 11, and 19.  Why don't we start with question 19,
 8  which was the hardship question.  Can you tell us what would
 9  cause a hardship for you if you were selected to serve?
10              PROSPECTIVE JUROR:  We found out yesterday that my
11  husband's younger brother died, and he's in Miami, Florida.
12  So we don't know what our schedule is for the next week or
13  two.  I don't know if my husband has to go to Miami to
14  gather his things.  And I have a 12-year-old child that
15  I have to take to and from school.
16              THE COURT:  Okay.  I'm sorry about the loss in
17  your family.
18              Any objections, Counsel?
19              MR. KELLY:  No, Your Honor.
20              THE COURT:  All right, ma'am, we'll excuse you.
21  Thank you very much.  My condolences.
22              Hi, ma'am.  How are you?
23              PROSPECTIVE JUROR:  I'm doing well, thank you.
24              THE COURT:  Feel free to take your mask off if
25  you'd like while we're questioning you.
```

1               You are Juror 0479; is that right?

2               PROSPECTIVE JUROR:  That's correct.

3               THE COURT:  Okay.

4               So you answered three questions yes:  7, 8, and

5  20.  Why don't we start with 20, and that concerns your

6  feelings about COVID and how that might affect your ability

7  to serve.

8               PROSPECTIVE JUROR:  Well, COVID is so frightening

9  and because of it I haven't been out of my house in over a

10  year.  And this is pretty much the first time I've been out

11  since the pandemic, but I knew I had to come in based on the

12  service I needed to do.

13               THE COURT:  Okay.

14               PROSPECTIVE JUROR:  But, yeah.

15               THE COURT:  I appreciate you coming down, and

16  I hope you're feeling comfortable.

17               So let me ask you, you know, look, we all have

18  various levels of concern, anxiety.  I described to you

19  earlier all the steps that we're taking in order to keep

20  people safe and protected.  Do you think that

21  notwithstanding those protections, that you would feel

22  uncomfortable serving?

23               PROSPECTIVE JUROR:  I will probably still be

24  anxious, but I will do the job I need to do if selected.

25               THE COURT:  Okay.

1          And you would be seated in that jury box, you

2   would remain masked, you would be in a courtroom with other

3   jurors and remain masked.  And that's something you think

4   you could do and pay attention to the evidence throughout

5   the case.

6          PROSPECTIVE JUROR:  I believe I can.

7          THE COURT:  Okay.  Terrific.

8          Let's turn to Question 7 and 8 then.  Question 7

9   and 8 sort of touch closely on the same question, and that

10  is how closely you followed the news about the events of

11  January the 6th and how many videos you've watched.  So why

12  don't we start with the news.  How often have you read news

13  stories about January the 6th?

14         PROSPECTIVE JUROR:  I saw it when it first

15  happened, and whenever anything came on the news about it,

16  I did see it.

17         Then I also have a news app that comes up on my

18  phone so, like, if anything about what happened on January

19  the 6th, you know, came across, I would skim through the

20  app, I would read some of it.

21         THE COURT:  Okay.

22         And can you just give us a sense of what sources

23  of news come across your news app.

24         PROSPECTIVE JUROR:  News Break.  It's a news app

25  that comes on my phone.

```
 1              THE COURT:  Okay.  And then I guess it feeds
 2  different news sources.  Can you tell us what sources are --
 3              PROSPECTIVE JUROR:  It touches on a lot of
 4  different topics.
 5              THE COURT:  Is it an app that has sort of original
 6  content, or does it pull from other publications?
 7              PROSPECTIVE JUROR:  It pulls from other sources
 8  like maybe the local network news and such.
 9              THE COURT:  Okay.
10              PROSPECTIVE JUROR:  Yeah.
11              THE COURT:  And in terms of videos, how many
12  videos do you think you've seen of those events?
13              PROSPECTIVE JUROR:  I've seen a few.
14              THE COURT:  When you say a few, can you estimate?
15              PROSPECTIVE JUROR:  Less than 50, more than ten.
16              THE COURT:  All right.  Fair enough.
17              And so, look, you're like most citizens who have
18  read news or watched videos.  Could you put those, whatever
19  you've seen and read, aside and focus on the evidence as
20  it's presented in this case, ma'am?
21              PROSPECTIVE JUROR:  I most certainly can.
22              THE COURT:  Any reason to think you can't be fair
23  and impartial to this defendant?
24              PROSPECTIVE JUROR:  Not at all.
25              THE COURT:  And if you were convinced that the
```

1   government had not carried its burden beyond a reasonable

2   doubt, would you have any trouble acquitting this defendant?

3            PROSPECTIVE JUROR:  No, if I don't think that they

4   met the burden of proof, then, no, I would do what I have to

5   do as a juror.

6            THE COURT:  Okay.  Thank you, ma'am.

7            Any follow-up question from the government?

8            MR. KELLY:  Just one, Your Honor.  Good morning.

9            PROSPECTIVE JUROR:  Good morning.

10           MR. KELLY:  What do you do for a living?

11           PROSPECTIVE JUROR:  I am a customer service rep

12   for the D.C. Health COVID Call Center.

13           (Laughter)

14           MR. KELLY:  Perfect.  I think we all needed that.

15           And I assume that you've been teleworking as

16   you've been doing this?

17           PROSPECTIVE JUROR:  I'm sorry?

18           MR. KELLY:  You have been teleworking during the

19   pandemic?

20           PROSPECTIVE JUROR:  That is correct.

21           MR. KELLY:  Thank you.

22           THE COURT:  Mr. Monroe?

23           MR. MONROE:  Judge, I have no questions for her.

24           THE COURT:  Thank you very much, ma'am.

25           Mr. Douyon will show you out.

```
 1                    Hi, ma'am.  How are you?
 2             PROSPECTIVE JUROR:  Okay.  I'm having a little
 3   trouble hearing everybody, but --
 4             THE COURT:  Okay.  Are you Juror 0419?
 5             PROSPECTIVE JUROR:  Yes.
 6             THE COURT:  Okay.
 7             Can I just ask you, did you have any trouble
 8   hearing the questions that I asked you?
 9             PROSPECTIVE JUROR:  Yes, I did, because I was in
10   the back.
11             THE COURT:  I'm sorry, what was that?
12             PROSPECTIVE JUROR:  I was in the back, yes.
13             THE COURT:  You were in the back.
14             And I don't mean to intrude.  Is that because I
15   wasn't speaking loudly enough or because you may have some
16   hearing issues?
17             PROSPECTIVE JUROR:  I probably do have some
18   hearing difficulty, but with all the barriers and the masks,
19   it was difficult.
20             THE COURT:  Are you having trouble --
21             PROSPECTIVE JUROR:  Just your voice registers
22   difficult for me.
23             THE COURT:  Are you having difficulty hearing me
24   now?
25             PROSPECTIVE JUROR:  A little bit, but this is
```

 1    better.

 2              THE COURT:  Okay.

 3              Would it aid you if you had headphones?

 4              PROSPECTIVE JUROR:  I do have headphones.

 5              THE COURT:  If we have headphones that would

 6    assist you in being able to hear?

 7              PROSPECTIVE JUROR:  I mean, I don't have

 8    headphones -- I don't have hearing aids with me, if that's

 9    what you're asking.

10              THE COURT:  No, no.  I'm asking you, if we

11    supplied you with headphones, so we have headphones that --

12              PROSPECTIVE JUROR:  If you supplied me --

13              THE COURT:  -- may assist you.

14              PROSPECTIVE JUROR:  Yes, that would help.

15              THE COURT:  I'm going to ask Mr. Douyon to provide

16    you those headphones now.

17              Okay.  How's that?

18              PROSPECTIVE JUROR:  Much better.

19              THE COURT:  Much better.  Good.  Okay.

20              So let me just ask you, ma'am:  If you were

21    selected as a juror and were wearing those headphones, would

22    you have any trouble being able to follow the testimony and

23    hear the evidence?

24              PROSPECTIVE JUROR:  No, I would not.

25              THE COURT:  Okay.

```
 1              So then going back to the questions, so is it fair
 2    to say that you were not -- did you hear everything I asked
 3    you?
 4              PROSPECTIVE JUROR:  I cannot say that I heard
 5    every word.
 6              THE COURT:  Okay.
 7              Do you think you were able to answer all the
 8    questions based upon what you did hear?
 9              PROSPECTIVE JUROR:  I don't want to say that I
10    caught every word.  For example, Question 14, that was a
11    complicated question.  I wasn't sure I caught everything in
12    that question.
13              THE COURT:  Okay.
14              So the only question you answered yes was Question
15    8, and that concerned having watched videos of what happened
16    at the Capitol on January the 6th.
17              PROSPECTIVE JUROR:  Well, I actually answered a
18    few questions with yes.  That was one of them.
19              THE COURT:  Okay.  Because your card only has 8
20    written down on it.
21              PROSPECTIVE JUROR:  Is that No. 13?
22              THE COURT:  I'm sorry, is what No. 13?
23              PROSPECTIVE JUROR:  My juror number?
24              THE COURT:  You're Juror 0419?
25              PROSPECTIVE JUROR:  Yes.
```

1          THE COURT:  Okay.

2          PROSPECTIVE JUROR:  The card -- on the card --

3          THE COURT:  You're in seat 13?

4          PROSPECTIVE JUROR:  I meant seat 13, yes.

5          THE COURT:  Okay.

6          So you thought you had answered more questions yes

7     than what's on the card?

8          PROSPECTIVE JUROR:  Yeah.

9          THE COURT:  Okay.

10         And but I've got a card that only says 8 on it.

11    That's the only number you wrote down.

12         PROSPECTIVE JUROR:  So what I thought the

13    instructions were, were to write down yes for any question

14    that you wanted to say yes and don't write down anything for

15    any other question.

16         THE COURT:  Right.

17         PROSPECTIVE JUROR:  And I answered -- I don't

18    know, a handful of questions -- or more than a handful,

19    about seven or eight questions yes.  So I'm not sure --

20    I don't know.

21         THE COURT:  And you're Juror 0419?

22         PROSPECTIVE JUROR:  Yes.

23         THE COURT:  Let me just hand this card back up to

24    you and have you take a look at this card and tell me

25    whether that's the card that you had with you and wrote down

1    numbers on.

2              PROSPECTIVE JUROR:  That's not my card.

3              THE COURT:  That's not your card?

4              (Pause)

5              THE COURT:  All right.  Ma'am, sorry, that was a

6    bit of a mix-up by -- that we had here in terms of

7    questions.

8              All right.  So you did answer a number of

9    questions yes:  7, 8, 10, 11, 18, 19, and 20.  So why don't

10   we start at the back with 19 and 20.

11             So can you tell us, No. 19 was the hardship

12   question, that service would present a hardship for you.

13   Can you tell us what that hardship would be?

14             PROSPECTIVE JUROR:  Well, I think in terms of --

15   I have a pretty demanding job, so I don't know if that

16   qualifies as hardship.  I probably didn't hear all the words

17   in that question that you asked.

18             THE COURT:  Okay.

19             PROSPECTIVE JUROR:  But that would be something I

20   would say to answer my question.

21             THE COURT:  So the answer was that she said she

22   had a demanding job.  So can you tell us what kind of work

23   you do?

24             PROSPECTIVE JUROR:  So I work at the National

25   Institutes of Health.  I work in the immediate Office of

1  the -- Office of the Director of the National Institute of

2  Allergy and Infectious Diseases, that's Dr. Anthony Fauci.

3             THE COURT:  Okay.

4             And so is there anything in particular about the

5  work that is coming up in the next week or week and a half

6  that would make it an extreme hardship for you to serve?

7             PROSPECTIVE JUROR:  Well, my job is science

8  communications, so I'm basically a science writer.  And I am

9  helping doing some drafts of upcoming speeches that he is

10 going to be giving this spring, primarily for commencement.

11            THE COURT:  Okay.

12            All right.  Counsel, is there any objection from

13 either side?

14            MR. KELLY:  No, Your Honor.

15            THE COURT:  All right.  Ma'am, we're going excuse

16 you.  Thank you very much.

17            All right.  Juror 0419 will be stricken for cause.

18 She had clear difficulty hearing and following.

19            Hi, ma'am.  How are you?  Feel free to take your

20 mask down if you are comfortable doing so.

21            All right.  You are Juror 0518; is that right?

22            PROSPECTIVE JUROR:  Yes, sir.

23            THE COURT:  All right.  So you answered several

24 questions yes:  5, 6, 7, 8, 10, and then 13 A, B, C, and D.

25 So why don't we start with Question 5 which asks whether you

```
 1    live or work at or near the Capitol building.

 2              PROSPECTIVE JUROR:  I live at 8th and C,

 3    Northeast.

 4              THE COURT:  8th and C, Northeast?

 5              PROSPECTIVE JUROR:  Yes.

 6              THE COURT:  Do you work at the Capitol?

 7              PROSPECTIVE JUROR:  Not anymore.

 8              THE COURT:  Did you work at the Capitol as of

 9    January the 6th?

10              PROSPECTIVE JUROR:  No.

11              THE COURT:  Do you know people that still work on

12    the Capitol?

13              PROSPECTIVE JUROR:  Yes.

14              THE COURT:  And did any of those people -- were

15    any of those people at work on January the 6th?

16              PROSPECTIVE JUROR:  Yes.

17              THE COURT:  And you've spoken with those folks?

18              PROSPECTIVE JUROR:  Yes.

19              THE COURT:  And can I -- let me ask:  Based upon

20    what you've been told and what they experienced, do you

21    think you could be fair and impartial to the defendant in

22    this case?

23              PROSPECTIVE JUROR:  I think it is a struggle.

24              THE COURT:  I'm sorry?

25              PROSPECTIVE JUROR:  I think it is a struggle.
```

```
 1              THE COURT:  A struggle.  Okay.

 2              So I appreciate that.  You know, look, the

 3     question here is, you know, we've all had varying degrees of

 4     association with what happened that day.

 5              PROSPECTIVE JUROR:  No.

 6              THE COURT:  No, I'm sorry?

 7              PROSPECTIVE JUROR:  I can't do it.  One of my good

 8     friends is also an officer that was there.  I can't do it.

 9              THE COURT:  All right.  Fair enough.  I appreciate

10     your candor.

11              All right.  We'll excuse you.  Thank you very

12     much, ma'am.

13              Hi, sir.  How are you?

14              PROSPECTIVE JUROR:  Well, thank you.

15              THE COURT:  Feel free to remove your mask if

16     you're comfortable doing so.

17              PROSPECTIVE JUROR:  Yes.

18              THE COURT:  You are Juror 0378?

19              PROSPECTIVE JUROR:  That's correct.

20              THE COURT:  And I have a card here that indicates

21     you answered one question yes; is that right?

22              PROSPECTIVE JUROR:  That's correct.

23              THE COURT:  All right.  That was Question 8.  Did

24     you have any trouble hearing or understanding any of the

25     other questions I asked?
```

1          PROSPECTIVE JUROR:  I don't believe so.  And the

2     only issue I had was what defines close to the Capitol.

3     I live more than a mile away.

4          THE COURT:  Okay.  Yeah, that's not close, at

5     least by our definition.

6          PROSPECTIVE JUROR:  That's sort of what I thought.

7          THE COURT:  So Question 8 concerned whether you've

8     watched videos of what happened at the U.S. Capitol on

9     January the 6th.  Can you tell us how many, approximately

10    how many such videos you may have seen?

11         PROSPECTIVE JUROR:  Only the videos that were

12    carried on the nightly news.

13         THE COURT:  Okay.

14         PROSPECTIVE JUROR:  So maybe over the course of

15    the days, maybe six or seven of those, you know, snippets

16    that were on the news.

17         THE COURT:  Okay.  Can you tell us -- you say the

18    nightly news.  Can you tell us what news you're referring

19    to?

20         PROSPECTIVE JUROR:  Let's see.  Well, the News

21    Hour, or whatever that is now on public television; CBS, and

22    perhaps CNN.

23         THE COURT:  Okay.

24         So the fact, sir, that you've watched some videos

25    about what transpired that day, the question in this case is

```
 1    the evidence against this defendant and whether the

 2    government can carry its burden with respect to this

 3    defendant.  Would you be able to set aside what you've seen

 4    and evaluate the evidence fairly and dispassionately with

 5    respect to this defendant and this case?

 6              PROSPECTIVE JUROR:  Yes.

 7              THE COURT:  All right.

 8              Any follow-up from the government?

 9              MR. KELLY:  Just one, Your Honor.

10              Good morning, sir.

11              PROSPECTIVE JUROR:  Good morning.

12              MR. KELLY:  What do you do for a living?

13              PROSPECTIVE JUROR:  I work for the Federal

14    Government.

15              MR. KELLY:  And where do you work at the Federal

16    Government?

17              PROSPECTIVE JUROR:  CFPB.

18              THE COURT:  What do you do for them?

19              PROSPECTIVE JUROR:  I'm an executive there,

20    assistant director for small business lending.

21              MR. KELLY:  Are you an attorney by chance?

22              PROSPECTIVE JUROR:  No.

23              MR. KELLY:  Thank you.

24              THE COURT:  Counsel?

25              MR. MONROE:  I have no questions for this juror.
```

```
1              THE COURT:  All right, sir.  Thank you very much.
2              Hi, sir.  How are you?
3              PROSPECTIVE JUROR:  Good morning.
4              THE COURT:  You are Juror 1156.
5              PROSPECTIVE JUROR:  Correct.
6              THE COURT:  Feel free to remove your mask or pull
7    it down for present purposes if you'd like.
8              Okay.  So you've answered a number of these
9    questions yes:  7, 8, 10, 11, 13B and 13C, and then question
10   19.  So let's go to 19 first which is the hardship question.
11   Can you tell us what would cause a hardship if you were to
12   serve over the next week, week and a half or so.
13             PROSPECTIVE JUROR:  Yeah.  I'm transitioning jobs
14   so trying to close out everything in my current job before I
15   take a week vacation and start my new job.
16             THE COURT:  Can you tell us when you're scheduled
17   to complete work?
18             PROSPECTIVE JUROR:  Friday, May 6th.
19             THE COURT:  And if you were to serve -- and your
20   vacation begins May the 9th?
21             PROSPECTIVE JUROR:  May 7th to the 14th.
22             THE COURT:  Okay.
23             And the work that you need to transition, is that
24   something you think you could perform either sort of before
25   court hours and after court hours?
```

 1          PROSPECTIVE JUROR:  Reasonably, sure.

 2          THE COURT:  Okay.  Terrific.

 3          And your plans for vacation, do they involve

 4   purchase of airline ticket, hotel, or any prepaid travel

 5   plans?

 6          PROSPECTIVE JUROR:  Yes.

 7          THE COURT:  You don't need to tell us where you're

 8   going.

 9          PROSPECTIVE JUROR:  I'm sitting on a beach for a

10   week.

11          THE COURT:  We will all join you.

12          Okay.  So, look, I think my expectation is that

13   the case should reach a conclusion by May the 6th.

14          PROSPECTIVE JUROR:  Sure.

15          THE COURT:  But we'll figure that out as we move

16   forward.

17          Question 7 and 8 concern your exposure to media

18   and videos about the events of January the 6th.  And then

19   Question 10 concerned strong feelings and opinions, and then

20   sort of Question 11.

21          Let's start with 7 and 8.  Can you just tell us

22   how frequently you read news about the events of January the

23   6th?

24          PROSPECTIVE JUROR:  I'm a pretty regular news

25   watcher, and there tends to be a lot of events around

1    January the 6th, you know, I live a mile from the Capitol,

2    so I was not present there, but certainly there were people

3    walking up and down my street that were there.  So it's

4    just -- it's not something that like comes up perhaps in

5    daily conversations with my friends but it's something

6    that --

7                 THE COURT:  Right.

8                 PROSPECTIVE JUROR:  You know, it's like I hear on

9    the news and it's on the news quite a bit.

10                THE COURT:  Sure.

11                And can you tell us the sources from which you

12   primarily get your news?

13                PROSPECTIVE JUROR:  I read Twitter a lot, but I

14   watch, you know, nightly news, I don't know.  TV, I guess.

15                THE COURT:  So the folks you follow on Twitter,

16   do you know whether any of them are sort of dedicated

17   reporters to the events of January the 6th?

18                PROSPECTIVE JUROR:  Yes.

19                THE COURT:  Can you just identify who those

20   reporters might be?

21                PROSPECTIVE JUROR:  Scott McFarland.  I'm not sure

22   I'm saying his name right, but I think he's a correspondent

23   of some kind, but he tends tween -- I think, tweet lot

24   about -- I mean, I don't -- yeah, I don't know individual

25   names and cases, but I think I follow him on Twitter.

1          THE COURT:  Okay.

2          And then in terms of videos of what happened on

3   January the 6th, can you tell us just ballpark how many of

4   such videos you may have seen.

5          PROSPECTIVE JUROR:  Just kind of in the occurrence

6   of watching the news, I just certainly no way I can point

7   out names or faces or anything like that.

8          THE COURT:  Am I accurate in characterizing your

9   watching of videos as something that you may have seen if it

10  was embedded in a news story?

11         PROSPECTIVE JUROR:  Yeah.  I haven't exactly went

12  out and sought that.  It's probably embedded in a news

13  source, I think, would be appropriate.

14         THE COURT:  So Question 10 asks whether you have

15  such strong feelings or opinions about the events of January

16  the 6th.

17         So let me just say this.  You know, we've all --

18  everyone has been exposed to those events to some degree,

19  and undoubtedly formed some opinions about it, but the --

20  you know, the whole event is not on trial here.  The

21  question that's at issue in this case is the evidence

22  against this defendant and what he may or may not have done

23  that day.

24         Would you be able to set side what you've seen and

25  read and whatever views you may have formed and view the

1    evidence fairly and honestly against the defendant in this

2    case?

3              PROSPECTIVE JUROR:  Yeah, it's a hard question.

4    I mean, I think we've all been affected by it in some way.

5              THE COURT:  Sure.

6              PROSPECTIVE JUROR:  You know, so I -- yeah, I mean

7    -- you know, I think also given the line of work that I do,

8    my job is to make a decision -- help make decisions with

9    data presented to me.  I'm a data scientist.

10             THE COURT:  Okay.

11             PROSPECTIVE JUROR:  So that's something I do over

12   the course of a business day is to look at data and make

13   decisions based on that.

14             THE COURT:  Yeah.

15             So here's a question.  So, you know, say

16   hypothetically you were selected to serve, you did serve,

17   and at the end, you were convinced that the government had

18   not carried its burden of proof in this case.  Would you

19   have any trouble in acquitting the defendant if you

20   determine that the government had not carried its burden of

21   proof?

22             PROSPECTIVE JUROR:  No.

23             THE COURT:  Okay.

24             Question 11 concerned your feelings of the former

25   President and his supporters.  Let me ask you, again, same

1   question that I've just been asking.  We all have feelings

2   about the current President, the former President, politics

3   and the policies, et cetera.

4           Would you be able to set that aside and any views

5   you may have, and, again, fairly and honestly view the

6   evidence in this case against this defendant?

7           PROSPECTIVE JUROR:  Yeah, I think that's

8   reasonable.  I mean, I'd say, you know, I voted for the

9   other guy, you know, the guy who won.  I was a contributor

10  to the campaign.

11          THE COURT:  Okay.

12          PROSPECTIVE JUROR:  So that's when I say strong

13  support, I feel like -- that's why I answered the question.

14          THE COURT:  Your support or lack of support for

15  the former President or current President, again, it's not

16  at issue.  What is at issue is whether you think you could

17  confidently say today that you would be able to set aside

18  your voting history, your political affiliation, and, again,

19  the question is, viewing the evidence in this case and

20  evaluating the evidence in this case against the legal

21  principles and standards?

22          PROSPECTIVE JUROR:  Yeah, I think that's

23  reasonable.

24          THE COURT:  Okay.

25          Why don't we just turn to Question 13B and 13C.

```
 1              13B asked whether any member of the group had ever
 2   served in the Armed Forces.  Can you tell us about that?
 3              PROSPECTIVE JUROR:  Sure.  Both my grandfathers
 4   were in the Army.
 5              And I have a cousin who's currently in the Marines
 6   and is actually stationed in Africa presently.
 7              THE COURT:  Okay.
 8              And just can you just tell us a little bit about
 9   your grandfathers who were in the Army, some length of
10   service, rank they may have achieved?
11              PROSPECTIVE JUROR:  Well, they're -- one's
12   deceased, the other has just turned 94.  So this was a few
13   years ago.  And they were, I know, certainly he was
14   stationed in Japan for a while, long, long time ago.
15   I can't give you the exact years, but probably around when
16   he was around 22, which would be, 94 minus 22, is 72 years
17   ago.
18              THE COURT:  All right.  And then your cousin is
19   currently in the Marines.
20              PROSPECTIVE JUROR:  Currently serving -- I
21   actually don't know where.  I know he's somewhere in West
22   Africa, but that's all I know.
23              THE COURT:  Do you know approximately how long
24   he's been in the service?
25              PROSPECTIVE JUROR:  He's been -- he was ROTC and
```

 1  has graduated from college in 2019.

 2          THE COURT:  Okay.

 3          PROSPECTIVE JUROR:  He has been in the service

 4  since and has been stationed in West Africa since October.

 5          THE COURT:  Okay.

 6          All right.  Any follow-up from the government?

 7          MR. KELLY:  Just briefly, Your Honor.

 8          Good morning, still.

 9          You said you're a data scientist.  Is that your

10  current job?

11          PROSPECTIVE JUROR:  Yes, and new job, just for --

12  I'm currently a government consultant but moving to a

13  private company.

14          MR. KELLY:  Okay.

15          Do you do consulting for any particular government

16  agencies?

17          PROSPECTIVE JUROR:  The Food and Drug

18  Administration.

19          MR. KELLY:  So that's your current position?

20          PROSPECTIVE JUROR:  Yep.

21          MR. KELLY:  Where are you transitioning to?

22          PROSPECTIVE JUROR:  Private company, outside the

23  government space.

24          MR. KELLY:  Are you going to be remaining in D.C.?

25          PROSPECTIVE JUROR:  My new job is remote, so I'll

```
 1   be here for a while.

 2            MR. KELLY:  Okay.  Very 2022 of you.

 3            PROSPECTIVE JUROR:  Yes.

 4            MR. KELLY:  Thank you.

 5            THE COURT:  Any follow-up, Counsel?

 6            MR. MONROE:  Yeah.

 7            Good morning.

 8            PROSPECTIVE JUROR:  Good morning.

 9            MR. MONROE:  A couple of times the Judge asked you

10   questions dealing with your ability to be fair and

11   impartial.  I mean, we're adults here, so we know we have

12   friends or acquaintances that have a little bit more opinion

13   or a little bit more political vigor than others.

14            This is my concern.  I want to make sure that

15   every juror that sits is going to be fair and impartial,

16   rule on the facts as they see it.

17            Mr. Webster was -- I'm going to want you to assume

18   Mr. Webster was at the Capitol on January 6th and also

19   assume that he's either a Trump supporter or supported

20   President Trump positions on at least some of the bigger

21   issues, right.

22            PROSPECTIVE JUROR:  Sure.

23            MR. MONROE:  I understand that you infer that you

24   supported Biden.  You may have even been a contributor.

25            Just that sentiment alone, in your mind, we don't
```

1    know each other, but does that put my client at a

2    disadvantage?

3            PROSPECTIVE JUROR:  Yes.

4            MR. MONROE:  Does the government -- before the

5    government has the burden of proof as to all issues and

6    that -- you know, if you sat as a juror, you would start

7    here as to compile the evidence they are willing to present,

8    but you've not heard any evidence, I appreciate your

9    honestly, sitting here now --

10           PROSPECTIVE JUROR:  Now sure.

11           MR. MONROE:  -- my client is at a disadvantage in

12   your mind.

13           PROSPECTIVE JUROR:  Yeah, I would say so.  And

14   that's why I answered the question, I feel strongly about

15   the events.

16           MR. MONROE:  Sir, from the heart, I appreciate

17   your candor.

18           PROSPECTIVE JUROR:  Sure.

19           MR. MONROE:  That means a lot to me.  Thank you,

20   sir.

21           THE COURT:  So can I just ask you, when you say a

22   disadvantage, I mean, we talked about this earlier.

23   Regardless of his political affiliation and views, he's

24   presumed to be innocent.

25           PROSPECTIVE JUROR:  Sure.

1          THE COURT:  And could you follow that presumption

2     of law?

3          PROSPECTIVE JUROR:  Yeah, I mean, I think so.

4          You know, I understand the burden of proof is on

5     the government to prove their case to explain to me what the

6     law is.  I'm not a lawyer obviously.

7          THE COURT:  Well, it would be my job to say what

8     the law Is.  It would be your job to evaluate the evidence.

9          PROSPECTIVE JUROR:  Clearly I'm not a lawyer.

10         THE COURT:  That's okay.  You've probably made

11    some good decisions in life.

12         PROSPECTIVE JUROR:  You know, but I have -- that's

13    why I answered the question affirmatively.  I have strong

14    feelings about the events of January the 6th, about the

15    folks who were there.  And so, yes, I understand the burden

16    of proof is on the government, but I think that's

17    different -- that's a different sort of sentiment than the

18    notion of a disadvantage.

19         THE COURT:  What do you mean by a disadvantage?

20         PROSPECTIVE JUROR:  You know, like, I still

21    presume the defendant to be innocent until the government

22    proves their case.  But, like, I don't start off with this

23    as like a clean slate, I guess.  I don't think of this as

24    like a zero-zero game to start.

25         THE COURT:  But, again, let me make sure

1    I understand, because this is really important.

2             PROSPECTIVE JUROR:  Sure.

3             THE COURT:  For purposes of being a juror, you do

4    have to start from the presumption that he is innocent.

5             PROSPECTIVE JUROR:  Okay.

6             THE COURT:  And whether you call that a zero-zero

7    game or however you want to characterize it, that has to be

8    the presumption from which you start.

9             PROSPECTIVE JUROR:  Sure.

10            THE COURT:  Do you think you could do that?

11            PROSPECTIVE JUROR:  I really, I honestly don't

12    think so.  You know, I just generally -- again, I have

13    strong feels about this.  I believe that folks who were

14    there did something wrong and, you know, in some cases, you

15    know, feel sorry that they led -- read news articles or to

16    believe that they should be there for those reasons.  So --

17            THE COURT:  But, look, at the end of the day,

18    do you have sort of general views but, again, the question

19    is --

20            PROSPECTIVE JUROR:  I have no specific views about

21    the defendant or, you know, his action that he may or may

22    not have taken.  I know nothing about the defendant.

23            THE COURT:  Right.

24            PROSPECTIVE JUROR:  You know, so I can set aside

25    my general views for -- to hearing evidence and

1    understanding what the law is.

2             THE COURT:  Okay.

3             So, again, you know, I don't mean to be redundant

4    but, again, the question is, again, putting aside -- you

5    know, we've developed some views, not surprisingly, many

6    people have; but the question for -- if you were selected as

7    juror, could you presume him to be innocent from the start

8    of the case?

9             PROSPECTIVE JUROR:  Sure, yeah.  I understand that

10   someone is innocent until proven guilty.

11            THE COURT:  Right.

12            And if the government failed in its burden of

13   proof, proving him guilty beyond a reasonable doubt,

14   is there any doubt in your mind that you would not be able

15   to vote in favor of acquitting him?

16            PROSPECTIVE JUROR:  Sure.

17            THE COURT:  That's something you could do?

18            PROSPECTIVE JUROR:  Yeah, you know, I understand

19   the burden of proof is on the government.  And I also am of

20   the mindset where if they have not met that burden of proof,

21   somebody shouldn't be convicted for something that the

22   government hasn't clearly proved that they've done.

23            THE COURT:  Okay.

24            PROSPECTIVE JUROR:  You know, again, I know

25   nothing about the specifics of the case.

1          THE COURT:  All right.  Thank you very much, sir.

2          PROSPECTIVE JUROR:  Sure.

3          THE COURT:  All right.  Is there a motion?

4          MR. MONROE:  Does the government have anything to

5    say?

6          THE COURT:  I don't think the government is making

7    a motion.  Do you have a motion?  You don't always have to

8    defer to them.

9          MR. MONROE:  I'm just being polite, Judge.

10         I think this juror nailed it head on.  He's not

11   going to accept the presumption of instance.  His strongly

12   held beliefs are such that, from the outset, my client is at

13   a distinct disadvantage.  That's not a juror who's going to

14   keep an open mind and put the government to their test.  The

15   government has a sizable advantage with this type of juror.

16   It's totally inappropriate that he be impaneled.  He should

17   be dismissed for cause with the thanks to the Court.

18         MR. KELLY:  Your Honor, you asked the juror any

19   number of times and any number of different ways if he can

20   accept the burden of proof, if he can presume the defendant

21   to be innocent at the outset of the case; if the government

22   doesn't meet its burden of proof, would he be able to vote

23   to acquit the defendant, he answered yes to all of those

24   questions, Your Honor, and he was consistent.

25         THE COURT:  Yeah, look, I think -- look, you've

```
 1   been asking this question, Mr. Monroe, and I don't fault you
 2   for asking it, but this question of, you know, would the
 3   person be at a disadvantage, I mean, that's a fairly
 4   non-specific question, and it's one that doesn't sort of
 5   hone in on what the legal principles are and what the
 6   presumptions are with respect to your client.  So
 7   disadvantage can mean lots of things to lots of different
 8   people and likely, if anything, elicits a general sentiment,
 9   in my view, of what the person generally thinks about the
10   events of that day and, arguably, even the people that
11   participated in that day.  But when he was asked
12   specifically about the presumption of innocence on multiple
13   occasions and about would he vote to acquit, he said
14   unequivocally he would be able to do that.  And, in fact,
15   he said, look, I'm a data scientist, this is sort of what I
16   do.  So I'm not going to strike that individual for cause.
17             So all right.  We're sort of approaching the noon
18   hour, and I've got a 12:00.  So why don't we take a break
19   now.  We'll break for lunch till 1:00, and then we'll come
20   back at 1:00 to continue the voir dire.  I'll just ask
21   everybody to make sure you're back in the courtroom and
22   seated by 12:55 or so, and we'll continue on with the voir
23   dire.
24             Thanks very much, everyone.  Don't wait for me.
25             (Recess from 11:59 a.m. to 1:00 p.m.)
```

C E R T I F I C A T E

I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.

Please note:  This hearing occurred during the COVID-19 pandemic and is therefore subject to the technological limitations of court reporting remotely.


Date:__May 2, 2022_____     

William P. Zaremba, RMR, CRR

COURTROOM
DEPUTY: [6] 3/2 5/6
10/10 10/13 29/2 29/5
MR. KELLY: [30] 16/9
31/15 35/23 36/3 36/8
36/10 38/22 66/14
66/18 66/22 68/19 72/8
72/10 72/14 72/18
72/21 78/14 82/9 82/12
82/15 82/21 82/23 90/7
90/14 90/19 90/21
90/24 91/2 91/4 96/18
MR. MACHNICKI: [1]
3/20
MR. MONROE: [35]
3/12 3/17 4/9 17/3
31/17 31/19 31/23
36/14 36/24 37/7 37/13
37/18 37/20 38/1 38/16
38/20 38/23 39/16 56/8
63/22 66/24 67/6 67/14
67/20 72/23 82/25 91/6
91/9 91/23 92/4 92/11
92/16 92/19 96/4 96/9
MS. NIELSEN: [3] 4/6
4/12 4/23
PROSPECTIVE
JUROR: [304]
PROSPECTIVE
JURORS: [1] 10/12
THE COURT: [312]
THE DEFENDANT: [1]
3/11
THE WITNESS: [2]
53/3 55/3

**'**

**'70s [1]** 34/3

**0**

**00 [1]** 46/23
**0087 [2]** 50/9 56/11
**0216 [3]** 46/24 46/25
49/3
**0378 [1]** 80/18
**0419 [4]** 73/4 75/24
76/21 78/17
**0453 [2]** 39/21 43/17
**0479 [1]** 69/1
**0482 [1]** 31/25
**0486 [1]** 31/21
**0518 [1]** 78/21
**0689 [3]** 56/19 56/22
60/3
**0717 [1]** 1/19
**0864 [1]** 29/19
**0951 [1]** 68/3

**1**

**10 [17]** 19/3 19/8 32/7
32/11 32/24 40/2 49/14
50/13 54/3 57/1 62/6
68/7 77/9 78/24 83/9
84/19 86/14
**100 [2]** 55/5 56/2
**101 [1]** 62/18
**10924 [1]** 2/4

**10:29 [1]** 29/6
**11 [16]** 19/13 19/18
32/7 32/13 32/24 40/2
49/14 60/15 62/6 64/16
65/14 68/7 77/9 83/9
84/20 87/24
**1132 [1]** 49/8
**1153 [1]** 60/7
**1156 [1]** 83/4
**11:59 [1]** 97/25
**12 [8]** 19/22 20/3 20/8
44/2 51/3 51/4 51/6
62/6
**12-year-old [1]** 68/14
**1200 [1]** 1/18
**12:00 [1]** 97/18
**12:55 [1]** 97/22
**13 [10]** 20/18 20/19
21/18 21/19 22/14
75/21 75/22 76/3 76/4
78/24
**13A [8]** 20/20 20/24
21/3 21/14 21/14 21/18
21/18 49/14
**13B [9]** 21/20 21/22
21/25 21/25 32/7 33/19
83/9 88/25 89/1
**13C [7]** 22/1 22/4 29/23
30/22 57/1 83/9 88/25
**13D [7]** 22/8 22/11 32/7
34/5 44/2 57/1 62/6
**13E [3]** 22/14 22/15
22/18
**14 [8]** 22/22 22/22 23/3
23/6 23/12 62/6 62/6
75/10
**1400 [1]** 1/22
**1429 [1]** 64/11
**1464 [1]** 46/7
**14th [1]** 83/21
**15 [8]** 13/18 23/15
23/19 23/21 40/2 42/8
42/13 57/1
**1554 [1]** 62/2
**16 [4]** 24/1 24/8 24/11
24/18
**16th [1]** 61/3
**17 [3]** 24/21 25/2 25/5
**18 [9]** 25/8 25/19 25/22
26/9 40/2 42/8 43/3
60/15 77/9
**19 [17]** 26/12 26/20
26/24 27/12 27/16
49/14 49/15 60/15
60/16 68/7 68/7 77/9
77/10 77/11 83/10
83/10 98/6
**1:00 [3]** 97/19 97/20
97/25

**2**

**20 [11]** 13/18 27/11
27/15 27/19 44/3 44/4
45/5 69/5 69/5 77/9
77/10
**20001 [1]** 2/10
**2019 [1]** 90/1

**2021 [13]** 14/10 14/24
18/1 18/5 18/8 18/12
18/16 18/19 18/23 19/1
19/5 19/10 51/13
**2022 [3]** 1/5 91/2 98/10
**20530 [1]** 1/15 1/22
**208 [4]** 1/4 3/2 5/7 5/8
**21 [9]** 12/14 12/15
12/24 14/6 27/20 28/2
28/8 40/2 40/3
**21-208 [4]** 1/4 3/2 5/7
5/8
**211 [1]** 2/3
**213 [1]** 1/19
**22 [2]** 89/16 89/16
**25 [1]** 1/5
**252-7503 [1]** 1/15
**25th [2]** 26/13 26/25
**294-8900 [1]** 2/5

**3**

**312 [1]** 1/18
**3249 [1]** 2/10
**333 [1]** 2/9
**354-3249 [1]** 2/10
**355-5736 [1]** 1/23
**3816 [1]** 1/14

**4**

**45 [1]** 63/19
**470 [1]** 2/4

**5**

**50 [1]** 71/15
**555 [1]** 1/14
**5736 [1]** 1/23
**5:00 [2]** 26/19 27/6

**6**

**66 [3]** 46/21 46/22 49/4
**6th [57]** 14/10 14/16
14/24 18/1 18/5 18/8
18/12 18/16 18/19
18/23 19/1 19/5 19/10
29/25 30/4 32/9 32/16
33/11 37/9 37/14 37/22
41/9 42/1 43/8 43/11
51/13 53/16 57/21
58/16 58/24 59/2 59/6
59/14 62/22 63/4 64/20
65/7 66/2 67/7 67/16
70/11 70/13 70/19
75/16 79/9 79/15 81/9
83/18 84/13 84/18
84/23 85/1 85/17 86/3
86/16 91/18 91/14

**7**

**72 [1]** 89/16
**74 [1]** 64/1
**7503 [1]** 1/15
**7th [1]** 83/21

**8**

**845 [1]** 2/5
**8900 [1]** 2/5
**894-0717 [1]** 1/19
**8:52 [1]** 47/14

**9**

**90012 [1]** 1/19
**94 [2]** 89/12 89/16
**9:30 [1]** 1/6 26/19 27/5
**9th [2]** 61/2 83/20

**A**

**a.m [5]** 1/6 27/6 29/6
29/6 97/25
**ability [5]** 25/20 26/10
36/17 69/6 91/10
**able [22]** 6/16 12/15
30/12 35/19 41/15 45/8
45/9 46/10 48/18 48/22
54/20 66/9 74/6 74/22
75/7 82/3 86/24 88/4
88/17 95/14 96/22
97/14
**about [146]**
**above [1]** 98/4
**above-titled [1]** 98/4
**absent [1]** 61/9
**accept [2]** 96/11 96/20
**accurate [1]** 86/8
**accused** [4] 14/8 14/22
41/13
**achieved [1]** 89/10
**acquaintances [1]**
91/12
**acquit [2]** 66/10 96/23
97/13
**acquitting [5]** 41/25
55/11 72/2 87/19 95/15
**across [5]** 41/4 41/6
47/10 70/19 70/23
**action [1]** 94/21
**actively [1]** 53/24
**actually [7]** 7/9 8/25
20/18 51/24 75/17 89/6
89/21
**add [1]** 9/21
**additional [1]** 5/25
**address [3]** 6/8 50/25
51/22
**Administration [1]**
90/18
**admitted [1]** 4/14
**adults [1]** 91/11
**advance [1]** 6/7
**advantage [1]** 96/15
**affect [1]** 69/6
**affected [2]** 54/24 87/4
**affiliation [2]** 88/18
92/23
**affirmatively [1]** 93/13
**Africa [3]** 89/6 89/22
90/4
**after [9]** 7/3 12/24
26/16 27/22 29/11 45/10
65/12 66/7 83/25
**afternoon [3]** 11/1 11/4
28/25
**afterwards [3]** 8/18
11/14 64/22
**again [33]** 5/7 13/25
15/2 16/23 17/8 17/17

18/25 19/8 21/14 21/22
22/4 23/21 25/5 27/15
28/17 45/17 55/4 55/14
55/18 55/19 55/24 56/2
87/25 88/5 88/15 88/18
93/25 94/12 94/18 95/3
95/4 95/4 95/24
**against [13]** 14/19
23/18 23/24 38/7 42/16
42/22 54/19 55/22 82/1
86/22 87/1 88/6 88/20
**agencies [2]** 21/9
90/16
**agency [2]** 21/2 21/16
**Agent [5]** 15/11 16/14
16/15 16/17 16/18
**agitated [2]** 47/18
47/19
**ago [3]** 89/13 89/14
89/17
**agree [1]** 24/22
**ahead [1]** 10/7
**aid [1]** 74/3
**aided [1]** 2/12
**aids [1]** 74/8
**air [1]** 8/19
**airflow [2]** 8/19 8/20
**airline [1]** 84/4
**all [116]**
**all right [14]** 17/17
19/22 29/13 40/9 43/13
45/3 46/7 49/5 49/10
60/13 61/12 77/5 78/17
82/7
**Allergy [1]** 78/2
**allocation [2]** 23/5
23/13
**almost [1]** 64/1
**alone [2]** 37/1 91/25
**along [3]** 3/25 40/7
40/14 55/1
**already [3]** 27/24 28/4
67/1
**also [21]** 7/2 8/23 14/2
15/10 21/9 24/25 25/15
26/4 32/11 33/5 38/11
40/10 44/1 52/25 53/14
59/13 70/17 80/8 87/7
91/18 95/19
**altercation [2]** 22/16
22/19
**always [1]** 96/7
**am [15]** 5/18 12/1
12/14 13/2 14/6 15/25
16/3 44/8 47/5 62/14
66/17 72/11 78/8 86/8
95/19
**AMERICA [3]** 1/3 3/3
5/9
**Americans [1]** 36/25
**AMIT [2]** 1/10 5/18
**amongst [1]** 11/5
**amount [1]** 11/2
**Angeles [1]** 1/19
**angers [1]** 54/9
**another [9]** 7/25 9/10
13/24 28/1 28/7 37/21
48/6 48/15 59/5

**A**

**answer [20]** 10/22 12/15 12/17 12/18 12/21 12/22 15/2 15/3 21/17 21/25 36/22 45/4 47/7 52/6 58/18 58/20 75/7 77/8 77/20 77/21
**answered [34]** 13/2 29/22 29/22 30/1 32/6 32/10 32/11 32/13 32/24 40/1 44/2 49/13 50/12 53/1 53/14 54/3 56/25 60/14 62/4 64/15 67/18 68/6 69/4 75/14 75/17 76/6 76/17 78/23 80/21 83/8 88/13 92/14 93/13 96/23
**answering [4]** 29/9 46/9 47/5 52/5
**answers [1]** 48/11
**Anthony [1]** 78/2
**anxiety [4]** 44/9 44/17 45/12 69/18
**anxious [1]** 69/24
**any [120]**
**anybody [2]** 9/17 11/15
**anymore [1]** 79/7
**anyone [4]** 14/1 20/24 21/15 28/18
**anything [20]** 4/10 4/19 9/18 12/19 12/23 14/13 14/18 15/1 15/4 35/17 37/2 38/21 54/25 70/15 70/18 76/14 78/4 86/7 96/4 97/8
**anytime [1]** 40/24
**anyway [1]** 5/3
**anywhere [3]** 25/17 26/7 53/12
**app [5]** 70/17 70/20 70/23 70/24 71/5
**apparently [1]** 58/7
**APPEARANCES [2]** 1/12 2/1
**appearing [2]** 3/7 5/13
**appreciate [8]** 5/20 36/11 56/4 69/15 80/2 80/9 92/8 92/16
**approaching [1]** 97/17
**appropriate [1]** 86/13
**Appropriations [2]** 62/10 63/6
**approximate [2]** 50/24 50/25
**approximately [2]** 81/9 89/23
**April [3]** 1/5 26/13 26/25
**April 25th [1]** 26/25
**are [105]**
**arguably [1]** 97/10
**Arin [1]** 1/17
**Armed [5]** 21/21 21/24 33/20 33/23 89/2
**Army [6]** 33/24 33/25 66/16 66/17 89/4 89/9
**around [8]** 17/12 17/15 32/19 32/22 34/3 84/25

**arrangements [1]** 49/19
**arrested [4]** 22/9 22/12 34/6 35/14
**articles [5]** 25/13 26/2 53/9 53/11 94/15
**as [106]**
**aside [14]** 33/14 38/5 39/11 41/15 54/20 55/20 63/16 66/3 71/19 82/3 88/4 88/17 94/24 95/4
**ask [45]** 7/15 8/12 10/7 11/10 12/1 12/20 13/2 13/3 13/10 14/15 14/16 15/5 15/14 15/24 16/2 16/4 29/16 36/15 36/25 37/20 39/14 41/7 43/18 44/12 45/22 47/24 48/12 48/23 51/9 52/25 55/7 56/14 56/16 57/9 61/5 63/10 67/4 69/17 73/7 74/15 74/20 79/19 87/25 92/21 97/20
**asked [16]** 7/4 7/13 28/13 34/5 38/4 39/1 40/11 59/19 73/8 75/2 77/17 80/25 89/1 91/9 96/18 97/11
**asking [13]** 10/1 10/20 14/5 36/21 37/10 47/16 48/15 52/5 74/9 74/10 88/1 97/1 97/2
**asks [5]** 30/22 32/8 33/19 78/25 86/14
**assaulting [2]** 14/9 14/22
**assess [1]** 39/12
**assist [2]** 74/6 74/13
**assistant [3]** 15/8 16/14 82/20
**Assistant United States [1]** 15/8
**associate [2]** 3/13 3/15
**association [1]** 80/4
**assume [7]** 36/15 37/20 37/21 38/18 72/15 91/17 91/19
**assuming [1]** 56/8
**assured [2]** 12/2 12/6
**attempt [1]** 67/3
**attend [2]** 26/22 27/8
**attended [3]** 22/2 22/6 30/23
**attention [4]** 16/2 44/24 45/7 70/4
**attorney [2]** 15/10 82/21
**ATTORNEY'S [3]** 1/13 1/17 21/8
**attorneys [4]** 15/8 21/8 27/13 27/17
**available [1]** 6/2
**Ave [1]** 1/22
**Avenue [1]** 2/9
**avoid [3]** 25/10 25/24 48/24

**avoiding [1]** 48/1
**away [4]** 51/1 52/22 61/17 81/3

**B**

**back [15]** 40/25 47/25 48/12 50/3 55/17 57/20 58/13 73/10 73/12 73/13 75/1 76/23 77/10 97/20 97/21
**bad [1]** 44/9
**ballpark [1]** 86/3
**Barrett [1]** 2/9
**barriers [1]** 73/18
**based [10]** 12/8 33/14 33/15 37/1 41/18 46/8 69/11 73/8 79/19 87/13
**basically [1]** 78/8
**basing [1]** 38/10
**basis [1]** 4/15
**be [147]**
**beach [1]** 84/9
**bear [1]** 46/14
**bears [2]** 22/22 23/7
**because [26]** 5/2 8/8 10/8 13/7 16/3 20/1 20/12 42/1 42/1 43/19 44/25 45/12 45/24 47/8 47/17 48/2 48/7 48/14 52/4 56/1 69/9 73/9 73/14 73/15 75/19 94/1 94/5 6/11 6/13 6/16 6/17 2/7 18 8/18 8/25 9/6 10/21 15/20 16/5 16/6 17/1 17/10 22/9 22/10 22/12 22/13 22/16 22/19 34/6 34/7 34/11 35/7 41/2 69/9 69/10 72/15 72/16 72/18 79/20 86/18 87/4 88/1 89/24 89/25 90/3 90/4 91/24 97/1
**before [18]** 1/10 4/11 4/25 5/25 6/8 7/3 9/17 9/19 10/7 10/24 29/11 41/11 41/11 52/6 66/11 83/14 83/24 92/4
**begin [5]** 14/5 26/15 26/16 27/2 27/3
**beginning [1]** 64/21
**begins [1]** 83/20
**behalf [1]** 17/4
**being [19]** 5/20 5/21 6/13 7/11 10/3 16/3 27/12 27/16 33/2 45/8 45/9 47/3 54/7 56/9 63/12 74/6 74/22 94/3 96/9
**belief [1]** 33/3
**beliefs [7]** 27/23 28/3 38/25 40/5 40/6 41/8 96/12
**believe [12]** 27/24 28/5 33/17 34/21 35/7 40/8 58/21 66/6 70/6 81/1 94/13 94/16
**below [1]** 62/19
**bench [3]** 7/6 7/12 7/14

**besides [1]** 48/6

**better [3]** 74/1 74/18 74/19
**beyond [9]** 22/23 23/7 41/13 41/23 55/9 55/12 66/9 72/1 95/13
**biased [1]** 12/7
**Biden [1]** 91/24
**big [1]** 40/25
**bigger [1]** 91/20
**birthday [1]** 61/1
**birthdays [4]** 60/21 60/24 60/24 61/4
**bit [19]** 4/22 6/24 17/12 28/19 32/15 46/13 47/25 48/12 49/15 51/6 61/6 65/17 67/19 73/25 77/6 85/9 89/8 91/12 91/13
**bizarre [1]** 43/1
**blocks [1]** 51/1
**blogging [2]** 25/16 26/6
**book [1]** 11/6
**boss [1]** 59/19
**both [7]** 6/16 9/15 48/3 49/17 57/5 57/6 89/3
**bound [1]** 10/22
**box [5]** 2/4 7/12 29/8 45/9 70/1
**branch [1]** 33/23
**break [4]** 48/21 70/24 97/18 97/19
**breaks [2]** 9/2 9/8
**Brian [6]** 1/13 3/4 5/10 15/9 17/6 38/21
**brian.kelly3 [1]** 1/16
**briefly [1]** 90/7
**bring [4]** 4/11 4/24 7/10 28/12 31/4 38/15 39/18
**brother [5]** 34/10 34/13 48/7 48/7 68/11
**brother's [1]** 35/2
**brought [2]** 7/12 11/6 14/19
**building [8]** 14/11 14/25 17/22 48/16 51/1 57/10 57/12 79/1 57/12 79/1
**burden [25]** 22/23 22/25 22/25 23/5 23/7 23/9 23/9 23/14 41/23 55/9 66/9 67/2 72/1 72/4 82/2 87/18 87/20 92/5 93/4 93/15 95/12 95/19 95/20 96/20 96/22
**Bureau [3]** 16/16 16/17 16/18
**Burger [1]** 16/13
**burglary [1]** 34/16
**business [2]** 82/20 87/12

**C**

**CA [1]** 1/19
**call [5]** 12/25 27/21 47/24 72/12 94/6

**came [4]** 30/6 40/25 70/15 70/19
**campaign [1]** 88/10
**can [98]** 3/19 3/19 3/25 8/14 9/12 10/19 12/6 13/10 13/11 13/24 15/6 15/7 15/21 17/15 30/2 30/24 32/15 33/17 33/22 34/1 34/7 34/13 35/7 36/2 38/3 38/10 38/12 38/17 39/11 39/14 40/5 41/12 42/11 43/23 44/1 44/6 45/13 45/14 46/18 46/20 47/7 47/17 48/6 49/15 50/21 50/24 51/8 52/6 52/15 53/5 53/10 53/16 54/6 54/18 55/20 56/15 56/17 57/4 57/8 57/12 57/15 58/14 59/15 60/18 61/5 64/19 64/25 65/7 65/17 68/8 70/6 70/22 71/2 71/14 71/21 73/7 77/11 77/13 77/22 79/19 81/9 81/17 81/18 82/2 83/11 83/16 84/21 85/11 85/19 86/3 86/6 89/2 89/8 92/21 94/24 96/19 96/20 97/7
**can't [6]** 56/1 56/2 71/22 80/7 80/8 89/15
**candor [2]** 80/10 92/17
**Cannon [2]** 57/13 57/14
**cannot [4]** 23/17 23/23 42/22 75/4
**capable [1]** 39/15
**capacity [3]** 57/8 57/15 59/2
**Capitol [42]** 14/11 14/24 16/11 16/12 16/13 17/21 17/22 17/25 18/4 18/8 18/12 18/15 18/19 19/5 19/10 21/11 29/25 32/9 32/13 37/22 50/17 50/22 51/1 51/20 52/23 53/4 57/3 57/9 62/8 63/18 64/18 65/7 67/7 75/16 79/1 79/6 79/8 79/12 81/2 81/8 85/1 91/18 **captain [1]** 16/10
**card [12]** 15/4 75/16 76/2 76/2 76/7 76/10 76/23 76/24 76/25 77/2 77/3 80/20
**Carneysha [1]** 16/10
**Carolina [1]** 50/3
**carried [7]** 41/23 55/12 66/8 72/1 81/12 87/18 87/20
**carry [2]** 6/17 82/2
**case [99]**
**cases [2]** 85/25 94/14
**catch [2]** 27/21 40/3
**catch-all [2]** 27/21 40/3
**caught [2]** 75/10 75/11
**cause [20]** 29/11 29/13

**C**

cause... [18] 30/11
35/3 35/19 38/16 38/24
39/7 43/18 43/19 45/11
46/8 56/9 56/11 60/3
68/9 78/17 83/11 96/17
97/16
CBS [1] 81/21
celebrate [2] 60/23
61/4
cell [1] 66/20
Center [1] 72/12
Ceremonial [1] 6/20
certainly [7] 4/17 13/21
65/18 71/21 85/2 86/6
89/13
certainty [1] 56/3
Certified [1] 2/8
certify [1] 98/2
cetera [2] 13/25 88/3
CFPB [1] 82/17
CH [1] 2/9
challenge [1] 38/23
chance [1] 82/21
changes [1] 7/19
character [3] 17/5 17/5
17/6
characterize [1] 94/7
characterizing [1] 86/8
charge [2] 16/14 24/22
charged [3] 22/9 22/12
34/6
Charlie [1] 62/19
check [1] 11/9
Chief [3] 57/17 57/20
57/19
child [2] 34/23 68/14
children [2] 60/21 61/9
chips [1] 66/20
chose [1] 42/18
cigarette [1] 48/17
circulate [1] 4/2
circulated [1] 4/5
circumstances [1] 8/1
citizens [2] 6/5 71/17
City [1] 21/6
clarity [1] 39/5
clean [2] 52/6 93/23
clear [2] 29/8 78/18
clearly [3] 56/17 93/9
95/22
Clements [1] 15/12
client [5] 39/6 92/1
92/11 96/12 97/6
close [12] 20/22 20/25
21/23 22/5 26/12 26/16
27/3 53/1 54/8 81/2
81/4 83/14
closely [10] 18/6 18/10
32/19 32/21 59/5 59/14
59/15 64/16 70/9 70/10
closer [1] 61/6
CNN [3] 53/12 65/4
81/22
coalition [1] 4/14
colleagues [2] 5/2 63/6
collective [2] 20/23
67/15
college [1] 90/1

**COMPANY [4]** [left column continued]
5/19 34/17 35/11
come [12] 6/21 8/6 8/7
33/9 41/4 41/5 45/22
45/23 46/1 69/11 70/23
97/19
comes [6] 7/5 29/12
53/7 70/17 70/25 85/4
comfortable [10] 10/3
39/24 43/24 46/19
49/12 64/14 68/2 69/16
78/20 80/16
coming [4] 46/12 60/21
69/15 78/5
commencement [1]
78/10
comments [2] 25/17
26/6
commission [2] 58/24
59/6
committed [2] 36/22
37/24
committee [2] 59/10
62/11
communicate [3]
11/15 13/24 14/1
communicating [1]
28/20
communications [1]
78/8
company [2] 90/13
90/22
compile [1] 92/7
complete [2] 39/5
83/17
completed [1] 28/9
complicated [1] 75/11
computer [1] 2/12
computer-aided [1]
2/12
concern [2] 5/2 43/7
48/15 69/18 84/17
91/14
concerned [5] 43/3
75/15 81/7 84/19 87/24
concerns [15] 25/20
26/10 44/5 44/6 44/8
45/1 45/6 45/11 47/2
48/13 53/1 64/16 65/6
65/14 69/5
conclude [2] 26/14
27/1
concluded [2] 41/22
43/19
conclusion [1] 84/13
condolences [1] 68/21
conduct [1] 54/17
confidence [1] 46/8
confident [1] 38/8
confidently [1] 88/17
confirm [1] 4/4
Congratulations [1]
44/15
Congress [3] 57/18
58/23 59/5
conscious [1] 24/25
consensus [1] 37/10
consider [1] 24/24

**consistent [1]** [center column]
Constitution [2] 2/9
62/18
constitutional [4]
23/16 23/22 42/14
42/20
consultant [1] 90/12
consulting [1] 90/15
content [1] 71/6
context [1] 41/20
continue [4] 13/13
28/14 97/20 97/22
CONTINUED [2] 2/1
contract [1] 54/10
contributor [2] 88/9
91/24
convene [1] 6/14
conversations [1] 85/5
convicted [6] 22/9
22/12 34/6 34/10 34/15
95/21
convicting [1] 41/25
convinced [4] 55/8
66/7 71/25 87/17
correct [9] 29/19 62/3
64/12 69/2 72/20 80/19
80/22 83/5 98/3
correctly [1] 61/8
correspondent [1]
85/22
could [28] 11/24 30/20
33/13 33/16 38/5 38/9
42/16 45/22 48/16
54/23 55/6 55/14 55/25
58/11 58/17 58/21
60/25 63/19 66/3 70/4
71/18 79/21 83/24
88/16 93/1 94/10 95/7
95/17
couldn't [2] 30/18 35/3
counsel [11] 3/9 15/6
17/7 29/7 35/25 63/21
67/18 68/18 78/12
82/24 91/5
coup [2] 40/8 41/10
couple [2] 64/24 91/9
course [5] 13/24 15/22
16/1 81/14 87/12
court [19] 1/1 2/7 2/8
4/13 5/19 7/21 29/5
39/16 41/11 41/12
48/16 48/22 52/4 66/1
67/1 83/25 83/25 96/17
98/7
courthouse [5] 6/11
6/14 6/17 11/7 44/21
courtroom [35] 5/5
6/20 6/22 7/1 7/11 7/11
8/22 9/7 9/9 9/22 10/1
10/4 11/7 11/11 13/1
13/5 13/17 13/17 13/19
17/14 17/19 28/11
28/13 28/23 28/25
33/10 45/25 47/9 47/13
47/18 47/24 48/21
48/23 70/2 97/21
courtrooms [2] 8/17
8/20

**cousin [2]** [right-center column]
cousin [2] 89/5 89/18
cover [3] 43/8 43/10
59/20
coverage [5] 25/10
25/24 40/17 43/3 43/5
COVID [17] 6/9 6/12
8/6 8/7 8/23 9/14 9/18
27/12 27/16 44/5 45/1
45/6 45/6 69/6 69/8
72/12 98/6
COVID-19 [3] 27/12
27/16 98/6
CR [1] 1/4
crime [13] 22/10 22/10
22/13 22/13 34/7 34/7
34/10 34/11 34/14 35/7
35/15 36/22 37/24
criminal [5] 3/2 5/8
5/24 31/6 31/11
critical [1] 6/3
CRR [2] 98/2 98/11
current [9] 20/6 20/16
33/9 65/24 83/14 88/2
88/15 90/10 90/19
currently [5] 62/12
89/5 89/19 89/20 90/12
customer [1] 72/11

**D**

D.C [8] 1/5 1/15 1/22
2/10 34/19 35/13 72/12
90/24
daily [1] 85/5
dangerous [2] 14/10
14/23
data [5] 87/9 87/9
87/12 90/9 97/15
date [3] 41/14 41/16
98/10
daughter [1] 36/12
day [28] 1/7 13/16
13/21 13/24 28/17
32/17 32/19 33/4 33/12
37/10 40/16 51/25 53/9
54/9 54/12 57/23 58/4
59/17 64/5 65/9 67/8
80/4 81/25 86/23 87/12
94/17 97/10 97/11
days [3] 59/16 61/13
81/15
deal [2] 4/19 4/24
dealing [1] 91/10
deceased [1] 89/12
decide [1] 50/2
decides [4] 23/17
23/23 42/15 42/21
decision [4] 6/5 10/19
42/16 87/8
decision-makers [1]
6/5
decision-making [1]
10/19
decisions [3] 87/8
87/13 93/11
dedicated [1] 85/16
defendant [40] 1/7 2/2
3/7 5/13 15/13 18/22

**[rightmost column]**
18/24 19/1 19/2 23/15
23/21 33/14 38/7 39/13
41/12 41/17 42/14
42/20 54/17 54/19
55/11 55/23 66/5 66/10
66/25 71/23 72/2 79/21
82/1 82/3 82/5 86/22
87/1 87/19 88/6 93/21
94/21 94/22 96/20
96/23
defense [6] 3/6 4/8 4/9
5/12 17/4 31/16
defer [2] 48/20 96/8
defines [1] 81/2
definition [1] 81/5
degree [1] 86/18
degrees [1] 80/3
delay [1] 4/14
deliberate [1] 45/9
deliberated [1] 9/1
deliberating [4] 26/16
26/17 27/2 27/3
deliberations [5] 9/2
9/8 24/23 26/17 27/4
demanding [2] 77/15
77/22
democracy [1] 6/4
deny [1] 39/9
department [11] 14/9
14/23 15/9 16/20 16/21
21/4 21/5 21/6 21/10
21/11 36/5
departments [1] 21/13
depend [1] 54/25
Deputy [3] 28/23 57/17
57/19
described [2] 44/20
69/18
designing [1] 66/20
desire [2] 12/3 12/4
details [1] 5/25
detective [1] 16/21
determine [1] 87/20
developed [2] 30/16
95/5
devices [3] 11/9 11/11
11/13
did [19] 4/2 17/9 37/17
45/4 52/11 52/13 58/18
61/8 70/16 73/7 73/9
75/2 75/8 77/8 77/9
79/14 80/23 87/16
94/14
did you [2] 17/9 79/8
didn't [2] 52/9 65/12
77/16
died [1] 68/11
different [12] 8/24
51/14 51/15 51/22 53/9
55/7 71/2 71/4 93/17
93/17 96/19 97/7
difficult [16] 19/6
19/11 19/16 19/20 20/6
20/16 24/9 24/19 27/14
27/18 54/5 58/19 58/20
65/16 73/19 73/22
difficulty [16] 23/4
23/12 23/19 23/24 25/3

**D**

difficulty... [11] 25/6
42/10 42/23 44/24 46/9
55/10 63/11 63/14
73/18 73/23 78/18
**dire [4]** 4/3 4/5 97/20
97/23
**direction [1]** 51/17
**directly [1]** 43/11
**director [3]** 62/10 78/1
82/20
**disadvantage [14]**
36/17 37/5 38/4 39/3
39/7 67/11 92/2 92/11
92/22 93/18 93/19
96/13 97/3 97/7
**disagree [1]** 33/5
**disagreed [1]** 37/15
**disagrees [2]** 24/4
24/15
**Diseases [1]** 78/2
**dislike [1]** 33/5
**dislikes [2]** 24/5 24/15
**dismissed [2]** 43/16
96/17
**dispassionately [2]**
54/21 82/4
**distance [1]** 9/10
**distancing [1]** 6/24
**distinct [2]** 39/7 96/13
**district [11]** 1/1 1/1
1/10 5/19 5/19 7/19
7/21 16/22 21/5 34/17
35/11
**do [121]**
**do you [4]** 57/9 62/7
79/6 82/15
**do you believe [1]**
34/21
**do you have [18]** 19/8
19/14 19/18 20/4 20/14
25/19 26/9 26/21 27/7
27/11 27/15 27/22 28/2
31/19 42/4 60/11 94/18
96/7
**do you know [11]**
14/12 14/25 15/18
15/19 16/6 17/13 17/17
31/11 58/3 85/16 89/23
**do you recognize [1]**
16/25
**do you think [1]** 30/11
**does [16]** 9/17 12/11
20/24 21/15 24/5 24/16
31/5 36/16 37/3 37/4
37/23 43/8 71/6 92/1
92/4 96/4
**doesn't [3]** 48/1 96/22
97/4
**doing [14]** 9/6 11/20
39/15 39/24 43/24
45/11 46/19 64/14 68/2
68/23 72/16 78/9 78/20
80/16
**don't [75]** 4/13 7/24
7/25 8/9 8/10 8/13
11/19 11/19 12/19 29/3

34/23 35/16 36/1 36/20
36/22 37/1 39/5 40/3
42/17 43/18 45/21
49/14 49/20 50/25 55/5
55/24 55/25 57/2 57/14
59/3 59/4 59/20 60/15
62/5 62/7 64/23 65/18
65/20 68/7 68/12 68/13
69/5 70/12 72/3 73/14
74/7 74/8 75/9 76/14
76/17 76/20 77/9 77/15
78/25 81/1 84/7 85/14
85/24 85/24 88/25
89/21 91/25 93/22
93/23 94/11 95/3 96/6
96/7 97/1 97/18 97/24
**Donald [3]** 19/15 19/19
65/19
**Donald Trump [3]**
19/15 19/19 65/19
**done [4]** 6/15 7/7 86/22
95/22
**Donnelly [1]** 16/16
**doubt [11]** 22/24 23/8
41/13 41/24 42/4 55/10
55/13 66/9 72/2 95/13
95/14
**Douyon [2]** 72/25
74/15
**down [25]** 8/6 8/7
12/17 12/21 15/3 15/4
21/18 21/25 31/24 32/3
46/18 49/4 49/11 50/19
62/19 67/23 69/15
75/20 76/11 76/13
76/14 76/25 78/20 83/7
85/3
**dozen [1]** 53/19
**Dr. [1]** 78/2
**Dr. Anthony [1]** 78/2
**drafts [1]** 78/9
**drive [1]** 36/9
**drivers [2]** 36/7 36/8
**driving [1]** 36/24
**Drug [1]** 90/17
**DUPEE [1]** 2/3
**dupeemonroelaw.com
[1]** 2/6
**duration [1]** 7/17
**during [13]** 6/9 8/6 8/7
11/3 11/13 13/23 15/22
16/1 28/21 29/13 35/10
72/18 98/5
**duty [3]** 6/6 24/7 24/17

**E**

**each [9]** 7/4 12/10
12/15 12/25 15/24
17/16 28/12 28/24 92/1
**earlier [8]** 28/10 28/16
38/4 44/21 48/18 55/18
69/19 92/22
**early [2]** 26/15 27/2
**Easily [1]** 53/21
**Ed [1]** 16/21
**effectively [2]** 6/15
66/20

**either [14]** 8/11 19/25
20/5 20/11 20/15 26/14
27/1 35/1 48/2 53/22
67/8 78/13 83/24 91/19
**election [1]** 37/16
**elections [1]** 43/10
**element [1]** 6/4
**elicits [1]** 97/8
**else [4]** 4/10 25/18
26/7 36/10
**elsewhere [4]** 7/19
34/18 35/12 54/15
**email [5]** 1/16 1/20
1/23 2/5 11/17
**emails [1]** 11/9
**embarrass [1]** 12/4
**embedded [4]** 53/25
54/1 86/10 86/12
**employed [3]** 31/2 31/8
31/10
**employee [1]** 62/13
**employment [1]** 60/4
**enabled [1]** 11/7
**end [8]** 16/3 26/13
26/15 27/1 41/22 45/10
87/17 94/17
**enforcement [6]** 21/2
21/9 21/16 22/17 22/20
35/18
**enough [3]** 71/16
73/15 80/9
**ensure [4]** 6/12 6/24
8/1 8/21
**entered [1]** 5/5
**entering [1]** 55/11
**entertaining [1]** 38/16
**entire [1]** 11/24
**entirety [1]** 46/11
**entitled [1]** 14/21
**estimate [2]** 30/2 71/14
**et [2]** 13/25 88/3
**et cetera [2]** 13/25 88/3
**evaluate [5]** 41/16
54/21 55/21 82/4 93/8
**evaluating [2]** 38/11
88/20
**even [5]** 24/4 24/15
63/16 91/24 97/10
**event [1]** 86/20
**events [47]** 17/25 18/4
18/7 18/9 18/11 18/13
19/4 19/9 32/12 32/16
32/17 33/11 40/7 40/13
40/19 41/16 43/9 43/12
51/13 51/25 52/10 53/2
53/6 53/16 54/4 54/16
54/21 59/14 59/16 60/4
63/8 64/17 64/20 65/1
65/8 66/2 70/10 71/12
84/18 84/22 84/25
85/17 86/15 86/18
92/15 93/14 97/10
**ever [14]** 18/15 18/18
18/21 18/25 21/21
21/24 22/2 22/6 22/9
22/12 22/16 22/19
29/24 89/1

**every [4]** 4/4 66/13
75/5 75/10 91/15
**everybody [12]** 4/4
6/16 7/15 8/13 10/8
12/11 12/13 15/7 29/8
44/22 73/3 97/17
**everybody's [1]** 7/25
**everyone [6]** 6/23
10/15 29/1 29/3 33/8
46/14 86/18 97/24
**everyone's [1]** 6/12
**everything [3]** 75/2
75/11 83/14
**evidence [43]** 4/21
10/18 12/9 23/2 23/11
26/14 26/16 26/25 27/3
33/14 37/4 37/23 38/7
38/12 39/4 39/12 41/16
41/18 41/22 44/25 45/8
46/10 54/22 55/18
55/22 66/4 66/8 67/4
67/10 70/4 71/19 74/23
82/1 82/4 86/21 87/1
88/6 88/19 88/20 92/7
92/8 93/8 94/25
**evident [1]** 47/12
**ex [2]** 48/7 48/8
**ex-Metropolitan [1]**
48/8
**exact [2]** 50/25 89/15
**exactly [1]** 86/11
**example [2]** 12/20
75/10
**except [1]** 9/23
**exception [1]** 39/17
**exceptions [1]** 9/25
**excuse [12]** 9/24 24/12
41/25 46/4 50/6 56/5
59/25 61/20 63/23
68/20 78/15 80/11
**excused [8]** 47/17 48/6
56/9 56/11 60/3 64/2
64/3 64/5
**executive [1]** 82/19
**exempt [1]** 64/1
**exhibits [1]** 4/14
**exits [1]** 29/11
**expect [4]** 13/15 26/13
26/25 28/16
**expectation [1]** 84/12
**experience [2]** 35/2
35/18
**experienced [1]** 79/20
**experiences [1]** 58/12
**explain [1]** 93/5
**explicitly [1]** 59/20
**explicitly for [1]** 59/20
**exposed [1]** 86/18
**exposure [2]** 32/21
84/17
**expressed [1]** 47/2
**expressing [2]** 25/3
25/6
**extend [1]** 6/1
**extension [1]** 65/19
**extent [2]** 64/25 67/11
**extreme [3]** 26/23
27/10 78/6

**extremely [2]** 26/21
27/8

**F**

**face [1]** 15/7
**Facebook [1]** 11/19
**faces [1]** 86/7
**fact [7]** 30/9 38/11
47/25 58/9 58/15 81/24
97/14
**facts [5]** 24/2 24/12
66/4 67/12 91/16
**failed [1]** 95/12
**fair [30]** 10/19 19/6
19/11 19/16 19/21
27/25 28/5 30/12 30/18
30/20 33/2 35/3 35/20
36/17 41/17 52/9 54/5
58/11 58/14 58/17
63/12 65/16 66/5 71/16
71/22 75/1 79/21 80/9
91/10 91/15
**fairest [1]** 12/5
**fairly [8]** 34/21 38/8
39/13 49/3 82/4 87/1
88/5 97/3
**family [6]** 11/18 20/21
20/25 21/23 22/5 68/17
**far [2]** 27/11 49/3
**father [1]** 33/24
**Fauci [1]** 78/2
**fault [1]** 97/1
**favor [1]** 95/15
**FBI [2]** 15/11 21/10
**federal [6]** 16/16 16/17
16/18 21/9 82/13 82/15
**feeds [1]** 71/1
**feel [24]** 11/4 11/8 32/3
39/23 39/24 43/24
46/18 49/11 49/12
55/20 60/10 61/25
64/13 64/14 68/1 68/2
68/24 69/21 78/19
80/15 83/6 88/13 92/14
94/15
**feeling [1]** 69/16
**feelings [27]** 19/4 19/9
19/14 19/18 20/4 20/14
27/16 30/16 32/12
32/14 32/17 32/25
32/25 33/13 35/1 54/4
54/20 63/17 65/15
65/24 66/3 69/6 84/19
86/15 87/24 88/1 93/14
**feels [1]** 10/2 27/12
94/13
**fellow [4]** 14/1 24/24
25/4 25/7
**felt [1]** 55/11
**few [4]** 71/13 71/14
75/18 89/12
**figure [1]** 84/15
**final [3]** 4/5 8/24 27/20
**find [4]** 24/9 24/19 43/1
48/18
**fine [7]** 4/7 4/23 4/25
46/16 49/6 50/19 60/6
**finish [1]** 52/5

**F**

**firm [3]** 30/25 31/1 31/8
**firms [2]** 31/10 31/11
**first [11]** 6/19 6/25 7/23
14/5 16/8 31/21 31/23
50/22 69/10 70/14
83/10
**firsthand [1]** 52/10
**five [2]** 20/18 32/6
**fleeing [3]** 52/17 52/19
52/20
**Florida [1]** 68/11
**focus [2]** 66/3 71/19
**focused [1]** 46/10
**folks [6]** 8/2 37/8 79/17
85/15 93/15 94/13
**follow [34]** 7/6 7/14
13/1 13/2 13/3 24/2
24/3 24/7 24/9 24/13
24/14 24/17 24/19
24/25 25/20 26/10
28/13 31/13 35/22 38/3
40/17 43/18 59/13
64/19 66/13 66/23 72/7
74/22 82/8 85/15 85/25
90/6 91/5 93/1
**follow-up [14]** 7/14
13/1 13/2 13/3 31/13
35/22 40/17 43/18
66/13 66/23 72/7 82/8
90/6 91/5
**followed [12]** 18/7
18/11 32/16 32/18
32/20 40/7 40/12 40/14
40/15 53/5 64/17 70/10
**followers [1]** 11/18
**following [6]** 23/20
23/25 40/11 42/23 53/2
78/18
**follows [28]** 14/7 14/12
15/5 15/18 17/11 17/13
17/23 18/2 18/6 18/14
18/21 19/3 19/22 20/3
20/24 22/1 22/8 22/22
23/3 23/15 24/1 24/8
24/21 25/2 26/20 27/11
27/21 42/19
**Food [1]** 90/17
**forbidden [4]** 25/12
25/15 26/2 26/5
**Forces [4]** 21/21 21/24
33/20 89/2
**foregoing [1]** 98/3
**forewarn [1]** 10/25
**formed [5]** 33/11 41/8
41/16 86/19 86/25
**former [16]** 19/14
19/19 20/7 20/17 32/14
33/5 33/9 38/6 62/10
63/5 65/19 65/25 67/9
87/24 88/2 88/15
**former-President [5]**
19/14 19/19 32/14
65/19 67/9
**forward [3]** 14/4 28/24
84/16
**found [1]** 68/10
**four [5]** 44/2 44/9

**Fourth [1]** 1/14
**Frank [1]** 17/6
**Fraud [1]** 1/21
**free [13]** 11/5 11/8 32/3
39/23 49/11 60/10
61/25 64/13 68/1 68/24
78/19 80/15 83/6
**frequently [5]** 40/22
53/5 59/15 64/19 84/22
**Friday [6]** 4/4 26/18
27/5 61/14 61/16 83/18
**friend [2]** 11/2 31/1
**friends [7]** 20/22 21/1
21/23 22/5 80/8 85/5
91/12
**frightening [1]** 69/8
**front [1]** 8/15
**functions [1]** 6/17
**fundamental [1]** 6/4

**G**

**Gallo [1]** 17/6
**game [2]** 93/24 94/7
**gather [1]** 68/14
**Gazelle [1]** 16/11
**general [6]** 14/16 33/12
37/9 94/18 94/25 97/8
**generally [7]** 26/18
27/5 40/15 53/7 53/17
94/12 97/9
**gentleman [1]** 8/15
**gentlemen [4]** 5/15
15/21 17/3 28/22
**get [14]** 5/25 6/8 8/14
9/11 9/15 9/17 9/19
10/7 10/16 14/4 14/17
45/13 45/14 85/12
**getting [2]** 26/12
**give [8]** 9/9 19/25
20/11 39/6 41/17 59/15
70/22 89/15
**given [8]** 4/20 33/10
58/15 60/4 63/10 66/2
66/2 87/7
**giving [1]** 78/10
**global [3]** 27/12 27/16
44/5
**go [12]** 10/7 11/19
28/23 43/19 48/11
48/12 55/17 60/23 61/6
66/20 68/13 83/10
**go ahead [1]** 10/7
**going [54]** 4/21 7/8 7/9
7/10 7/15 8/3 8/12 9/5
9/14 9/19 10/7 13/23
14/5 15/23 16/2 16/4
17/12 20/20 20/22
22/21 28/11 29/7 29/16
31/24 37/20 39/9 43/17
43/19 46/4 46/7 47/23
48/12 48/23 48/24
49/20 50/3 50/6 56/4
56/14 59/25 61/20 67/2
67/12 74/15 75/1 78/10
78/15 84/8 90/24 91/15
91/17 96/11 96/13
97/16

**gone [1]** 31/23
**good [32]** 3/9 3/10
3/11 3/14 5/16 17/3
29/15 36/13 36/14
39/20 43/22 46/16
46/17 49/7 56/13 60/7
61/24 64/10 66/14
66/24 67/25 72/8 72/9
74/19 80/7 82/10 82/11
83/3 90/8 91/7 91/8
93/11
**good morning [18]** 3/9
3/10 3/11 5/16 17/3
36/14 39/20 46/16
46/17 66/14 66/24 72/8
82/10 82/11 83/3 90/8
91/7 91/8
**googling [2]** 25/16
26/5
**Goshen [1]** 2/4
**got [8]** 31/23 46/12
47/18 47/19 52/11
52/16 76/10 97/18
**government [51]** 1/13
3/5 4/6 5/11 15/5 15/7
15/11 16/8 16/9 16/25
22/22 22/25 23/6 23/9
31/14 35/22 35/25
37/23 38/17 41/12
41/23 54/18 55/9 55/12
66/8 67/1 72/1 72/7
82/2 82/8 82/14 82/16
87/17 87/20 90/6 90/12
90/15 90/23 92/4 92/5
93/5 93/16 93/21 95/12
95/19 95/22 96/4 96/6
96/14 96/15 96/21
**government's [2]** 18/9
18/13
**graduated [1]** 90/1
**grand [1]** 6/14
**grandfather [1]** 48/9
**grandfathers [2]** 89/3
89/9
**gratitude [1]** 6/1
**greater [2]** 19/25 20/11
**greatly [1]** 54/12
**group [16]** 20/23 20/25
21/1 21/15 21/21 21/24
22/1 22/6 22/9 22/11
22/15 22/18 30/23
33/19 33/22 89/1
**group's [1]** 34/6
**guarantee [2]** 48/2
54/24
**guess [4]** 4/18 71/1
85/14 93/23
**guilty [5]** 22/23 23/7
41/13 95/10 95/13
**gunpoint [1]** 35/10
**guy [1]** 88/9 88/9

**H**

**had [20]** 30/23 41/23
46/8 48/14 55/12 60/22
66/8 69/11 72/1 74/3
76/6 76/25 77/6 77/22
78/18 80/3 81/2 87/17

**half [2]** 78/5 83/12
**hand [4]** 10/8 12/12
56/16 76/23
**handful [2]** 76/18
76/18
**hands [2]** 10/10 60/11
**hang [3]** 38/19 52/2
60/13
**happen [3]** 8/5 8/9
8/11
**happened [20]** 18/15
18/19 29/24 30/3 32/9
32/22 33/12 37/14
40/23 51/13 52/10 54/8
54/12 65/7 70/15 70/18
75/15 80/4 81/8 86/2
**happening [1]** 32/19
**happens [5]** 12/21
12/22 41/3 41/5 53/25
**hard [4]** 27/24 28/5
61/3 87/3
**hardship [15]** 26/23
27/10 49/15 49/16
60/17 60/18 68/8 68/9
77/11 77/12 77/13
77/16 78/6 83/10 83/11
**has [36]** 12/13 20/18
21/20 21/21 22/1 22/5
22/8 22/11 22/15 22/18
23/1 23/10 23/15 23/21
29/8 33/8 33/20 34/11
35/7 42/14 42/20 55/9
55/19 67/2 67/10 68/13
71/5 75/19 86/18 89/12
90/1 90/3 90/4 92/5
94/7 96/15
**hasn't [1]** 95/22
**Hava [4]** 1/17 3/4 5/10
15/8
**hava.mirell [1]** 1/20
**have [180]**
**haven't [3]** 4/16 69/9
86/11
**having [12]** 6/14 37/22
39/3 53/15 61/7 65/6
67/3 67/10 73/2 73/20
73/23 75/15
**he [36]** 22/24 23/1 23/8
23/10 34/1 34/15 34/21
37/24 39/3 42/1 42/2
42/17 52/6 58/8 67/7
78/9 85/23 86/22 89/13
89/16 89/25 90/3 94/4
94/21 96/16 96/16
96/19 96/20 96/22
96/23 96/24 97/11
97/13 97/13 97/14
97/15
**he said [1]** 97/15
**he's [11]** 37/2 41/13
67/18 68/1 85/22
89/21 89/24 89/25
91/19 92/23 96/10
**head [1]** 96/10
**headphones [8]** 74/3
74/4 74/5 74/8 74/11
74/11 74/16 74/21

**health [5]** 6/13 8/1 8/2
72/12 77/25
**healthy [2]** 6/16 44/22
**hear [16]** 10/18 15/23
16/1 16/10 16/24 17/4
38/17 41/20 48/13
56/17 74/6 74/23 75/2
75/8 77/16 85/8
**heard [14]** 14/13 15/1
16/24 17/9 37/22 39/4
44/12 44/18 63/11 67/1
67/3 67/10 75/4 92/8
**hearing [13]** 37/4 61/7
66/8 73/3 73/8 73/16
73/18 73/23 74/8 78/18
80/24 94/25 98/5
**heart [1]** 92/16
**held [3]** 35/9 42/16
96/12
**Hello [1]** 43/21
**help [3]** 10/20 74/14
77/8
**helpful [1]** 41/20
**helping [1]** 78/9
**her [6]** 39/4 39/11 46/8
48/8 60/4 72/23
**here [26]** 3/22 5/17
5/18 5/20 5/22 6/17
6/19 6/24 7/6 35/20
35/24 36/4 41/10 47/3
50/4 54/16 60/25 61/3
77/6 80/3 80/20 86/20
91/1 91/11 92/7 92/9
**here's [2]** 47/23 87/15
**hesitant [1]** 45/13
**Hi [13]** 29/14 31/25
39/21 46/15 56/12 60/5
61/23 67/24 68/22 73/1
78/19 80/13 83/2
**high [1]** 65/18
**Hill [9]** 51/20 57/20
58/10 58/11 62/13
62/14 62/17 62/21 63/4
**him [17]** 23/18 23/24
36/16 37/3 37/4 41/17
42/16 42/22 50/3 50/3
59/21 59/22 65/21
85/25 95/7 95/13 95/15
**his [19]** 14/11 14/25
19/15 19/19 23/1 23/11
23/18 23/24 32/14
42/22 49/19 65/15
65/20 68/14 85/22
87/25 92/23 94/21
96/11
**history [1]** 88/18
**hold [5]** 23/18 23/24
42/18 42/22 56/16
**holding [1]** 6/13
**home [2]** 51/9 51/12
**Homeland [1]** 21/11
**hone [1]** 97/5
**honest [2]** 39/10 41/18
**honestly [6]** 39/12
54/21 87/1 88/5 92/9
94/11
**honesty [2]** 36/18
54/23

104

**H**

honor [20]  3/20 3/21
4/6 4/12 4/23 5/6 5/8
31/15 31/17 35/23 36/3
58/21 66/14 68/19 72/8
78/14 82/9 90/7 96/18
96/24

HONORABLE [1]  1/10
hope [1]  69/16
Hopefully [1]  17/15
hotel [1]  84/4
hour [2]  81/21 97/18
hours [2]  83/25 83/25
house [2]  51/24 69/9
how [45]  7/7 7/8 9/5
9/6 26/17 27/4 29/14
29/15 30/2 32/15 34/1
40/12 40/22 43/21
46/15 47/16 49/5 50/25
53/5 53/17 53/17 55/20
56/12 59/15 60/5 61/23
64/9 64/19 65/8 67/24
68/22 69/6 70/10 70/11
70/12 71/11 73/1 78/19
80/13 81/9 81/10 83/2
84/22 86/3 89/23
How's [1]  74/17
however [2]  11/10 94/7
huh [1]  57/7
hurriedly [1]  52/22
husband [4]  34/10
35/6 35/9 68/13
husband's [2]  35/17
68/11
husher [2]  13/5 13/10
hypothetically [1]
87/16

**I**

I also [3]  33/5 70/17
95/19
I am [12]  5/18 12/1
12/14 13/2 14/5 15/23
16/3 44/8 62/14 66/17
72/1 78/8
I believe [6]  33/17 35/7
58/21 66/6 70/6 94/13
I can [10]  3/25 33/17
38/10 38/12 45/13
47/17 48/6 70/6 86/6
94/24
I can't [5]  56/1 56/2
80/7 80/8 89/15
I cannot [1]  75/4
I did [3]  52/11 58/18
70/16
I didn't [1]  65/12
I don't [19]  8/10 31/3
34/16 36/20 36/22 39/5
42/17 50/25 59/3 59/4
59/20 65/20 74/7 76/20
85/24 93/22 93/23 96/6
97/1
I don't have [1]  74/8
I don't recall [1]  64/23
I guess [2]  71/1 93/23
I have [32]  3/24 28/13
33/3 36/15 40/14 40/15

48/6 48/7 55/4 59/21
59/22 60/20 60/21
60/25 61/2 63/25 67/21
68/14 68/15 72/4 72/23
77/15 82/25 89/5 93/12
93/13 94/12 94/20
I haven't [2]  4/16 86/11
I hope [1]  69/16
I just [10]  3/24 4/22
4/23 13/22 45/21 46/8
47/17 48/13 86/6 94/12
I know [5]  7/18 89/21
89/22 94/22 95/24
I live [1]  81/3
I mean [12]  54/7 54/25
55/14 59/4 74/7 85/24
87/4 87/6 88/8 91/11
92/22 93/3
I should [3]  9/21 56/10
59/4
I think [28]  4/19 8/14
30/20 33/3 38/10 39/9
39/14 44/12 48/21
58/17 61/7 66/25 72/14
77/14 79/23 79/25
84/12 85/22 85/23
85/25 86/13 87/4 87/7
88/7 88/22 93/16 96/10
96/25
I thought [3]  64/1
76/12 81/6
I understand [9]  47/2
48/10 61/8 91/23 93/4
93/15 94/1 95/9 95/18
I want [9]  4/4 5/1 6/1
6/7 8/5 37/21 45/5 67/4
91/14
I wanted [1]  48/18
I was [17]  34/23 38/20
47/9 47/16 47/19 48/15
51/14 52/1 57/24 61/7
62/23 63/1 64/1 73/9
73/12 85/2 88/9
I will [10]  5/24 11/1
12/25 23/17 23/23 25/9
25/24 42/21 69/23
69/24
I work [2]  66/16 82/13
I'd [2]  48/14 88/8
I'll [11]  9/23 15/15 15/14
17/2 36/25 42/15 45/16
45/18 48/20 90/25
97/20
I'm [74]  8/12 9/23 10/7
16/2 20/22 29/16 31/9
36/20 36/24 37/10
37/20 38/10 39/9 40/24
42/11 42/17 43/17
45/17 45/21 46/4 46/7
46/24 47/23 48/12 49/6
49/22 50/6 52/8 55/15
56/4 56/8 56/10 56/13
56/14 56/20 56/21
57/17 59/25 60/23
61/16 61/20 62/9 62/10
62/14 62/18 63/25
64/10 67/25 68/16

74/10 74/15 75/22
76/19 78/8 79/24 80/6
82/19 83/13 84/9 84/24
85/21 85/22 87/9 90/12
91/17 93/6 93/9 96/9
97/15 97/16
I'm former [1]  62/10
I'm going [19]  8/12
10/7 16/2 20/22 29/16
37/20 39/9 43/17 46/4
46/7 47/23 48/12 50/6
56/4 56/14 59/25 61/20
74/15 91/17
I'm just [2]  37/10 96/9
I'm not [4]  55/5 93/6
93/9 97/16
I'm not sure [1]  85/21
I'm sorry [15]  31/9
42/11 42/17 45/21
46/24 49/22 56/20
56/21 61/16 68/16
72/17 73/11 75/22
79/24 80/6
I've [9]  12/24 43/19
46/12 59/5 69/10 71/13
76/10 88/1 97/18
i-c-k-i [1]  3/21
identify [2]  57/14 85/19
ignore [2]  24/4 24/14
immediate [5]  20/21
20/25 21/23 22/5 77/25
impaneled [1]  96/16
impartial [27]  10/19
12/5 19/7 19/11 19/17
19/21 27/25 28/6 30/12
30/18 33/2 35/3 35/20
36/17 38/12 54/6 58/11
58/14 58/18 63/12
63/19 65/16 66/5 71/23
79/21 91/11 91/15
impartially [1]  38/8
important [8]  6/6 8/5
11/12 12/16 25/9 26/21
27/8 94/1
importantly [2]  4/2
28/18
inappropriate [1]
96/16
include [1]  40/2
includes [5]  21/4 21/6
21/9 21/12 25/11
including [3]  14/1 21/5
25/25
Indeed [1]  6/4
independent [1]  14/2
indicated [3]  42/10
59/13 60/17
indicates [1]  80/20
individual [3]  59/8
85/24 97/16
individual's [1]  40/15
individually [4]  7/10
12/25 13/20 28/12
Infectious [1]  78/2
infer [1]  91/23
information [2]  59/8
65/2

initially [1]  6/22
innocence [3]  14/11
14/25 97/12
innocent [10]  22/24
23/4 23/8 23/13 92/24
93/21 94/4 95/7 95/10
96/21
insist [1]  36/18
Instagram [1]  11/19
instance [1]  96/11
Institute [1]  78/1
instituted [1]  6/18
Institutes [1]  77/25
instruct [10]  23/17
23/23 24/3 24/13 25/9
25/24 28/23 33/16
42/15 42/21
instructed [2]  43/5
63/16
instruction [6]  23/20
23/25 25/21 26/11
42/10 42/24
instructions [3]  24/9
24/19 76/13
instrument [3]  12/11
12/12 12/13
intention [2]  12/3 12/3
Internet [12]  11/9
18/17 18/20 18/23 19/2
25/12 25/18 26/1 26/8
28/19 30/1 32/10
interrupt [1]  8/9
introduce [4]  3/12 3/14
3/25 15/24
introduced [5]  15/20
16/5 16/7 17/1 17/10
intrude [1]  73/14
invade [1]  12/4
investigation [5]  16/16
16/17 16/19 18/9 18/13
involve [1]  84/3
involved [2]  22/16
22/19
involves [1]  38/11
is [249]
is that correct [1]
29/19
is there [8]  24/8 24/18
28/4 48/5 78/4 78/12
95/14 96/3
issue [6]  54/17 59/20
81/2 86/21 88/16 88/16
issues [6]  8/3 67/2
67/8 73/16 91/21 92/5
it [106]
it happened [1]  32/22
it would be [5]  19/6
27/18 53/8 58/20 93/7
it's [31]  3/20 3/21 4/5
4/17 4/18 5/1 5/16 7/7
8/4 14/15 31/3 43/18
49/20 53/23 55/22 56/1
56/2 57/4 59/18 70/24
71/20 85/3 85/4 85/5
85/8 85/9 86/12 87/3
88/15 96/16 97/4
it's like [1]  56/1

its [11]  41/23 54/18
55/9 55/12 66/9 72/1
82/2 87/18 87/20 95/12
96/22
itself [1]  11/24

**J**

James [4]  2/2 3/6 5/12
15/16
January [53]  14/10
14/16 14/24 17/25 18/4
18/8 18/12 18/16 18/19
18/23 19/1 19/5 19/10
29/25 32/9 32/16 33/11
37/9 37/14 37/22 41/9
42/1 43/8 43/11 51/13
53/16 57/20 58/16
58/24 59/2 59/6 59/14
62/21 63/4 64/20 65/7
67/7 67/16 70/11 70/13
70/18 75/16 76/9 79/15
81/9 84/18 84/22 85/1
85/17 86/3 86/15 91/18
93/14
January 6th [2]  18/23
37/9
Japan [1]  89/14
JC [1]  8/15
jeopardizes [1]  11/23
Joanna [1]  16/12
job [15]  38/11 55/21
58/15 69/24 77/15
77/22 78/7 83/14 83/15
87/8 90/10 90/11 90/25
93/7 93/8
jobs [1]  83/13
join [1]  84/11
Jonathan [1]  16/20
judge [15]  1/10 3/12
3/14 3/22 5/18 5/18 7/4
12/7 33/14 38/7 38/24
56/8 72/23 91/9 96/9
judges [4]  24/2 24/11
24/12 67/12
judgment [2]  28/1 28/6
juries [2]  6/3 6/14
juror [76]  5/22 6/10
7/17 8/6 8/18 9/16
11/22 17/14 19/7 19/11
19/17 19/21 24/22 25/8
25/23 26/22 27/9 27/25
28/6 29/7 29/9 29/9
29/11 29/12 29/19
31/19 31/21 31/21
31/25 38/15 39/1 39/5
39/19 39/21 43/17
44/23 46/12 46/20 47/3
47/20 47/21 49/4 49/8
49/16 50/9 55/8 55/21
56/11 56/19 56/21
56/22 60/3 60/7 62/2
64/11 68/3 69/1 72/5
73/4 74/21 75/23 75/24
76/21 78/17 78/21
80/18 82/25 83/4 91/15
92/6 94/3 95/7 96/10
93/16 95/18 96/18
juror's [1]  43/19

**J**

**jurors [25]**  4/1 4/11 5/5 6/3 9/10 9/22 10/11 10/18 12/7 13/14 13/21 14/2 17/18 24/1 24/12 24/25 25/4 25/7 27/13 27/17 28/15 39/14 45/9 45/24 70/3

**jury [35]**  1/9 6/2 6/21 6/25 6/25 7/2 7/4 7/12 8/10 8/25 10/5 10/17 10/20 11/3 11/14 11/23 12/6 15/15 19/24 20/10 24/3 24/4 24/14 24/15 26/18 27/5 28/9 28/21 29/8 45/9 48/3 48/4 59/25 64/1 70/1

**jury's [3]**  24/6 24/7 24/17

**just [87]**  3/14 3/19 3/24 4/22 4/23 11/3 11/4 13/22 14/20 15/14 15/20 16/23 17/1 17/9 17/15 21/18 28/13 29/10 30/5 31/4 31/8 31/24 34/1 35/25 37/1 37/10 38/3 40/6 40/24 41/3 41/7 42/8 43/1 45/4 45/12 45/21 46/8 46/14 47/17 48/6 48/13 48/16 50/24 51/7 51/8 51/17 51/22 52/25 53/13 53/17 54/15 55/3 55/21 56/14 56/15 58/9 61/3 61/5 61/7 62/5 66/14 70/22 72/8 73/7 73/21 74/20 76/23 82/9 84/21 85/4 85/19 86/3 86/5 86/6 86/17 88/1 88/25 89/8 89/8 89/12 90/7 90/11 91/25 92/21 94/12 96/9 97/20

**justice [2]**  6/3 15/9 21/10

**K**

**Katherine [4]**  1/21 3/4 5/10 15/10

**katherine.nielsen [1]** 1/24

**keep [10]**  6/16 8/13 11/1 29/16 44/21 50/3 52/6 56/16 69/19 96/14 15/9 16/8

**Kelly [5]**  1/13 3/4 5/10 15/9 16/8

**kids' [1]**  61/4

**kind [7]**  30/6 36/5 59/23 66/18 77/22 85/23 86/5

**knew [1]**  69/11

**know [103]**

**knowing [3]**  26/20 27/7 37/3

**knowledge [3]**  31/6 36/11 60/4

**Kyle [1]**  15/12

**L**

**Laboratory [1]**  66/17

**lack [1]**  88/14

**ladies [3]**  5/15 17/3 28/22

**lady [1]**  47/16

**lapel [1]**  56/16

**large [1]**  54/16

**last [14]**  3/19 6/11 6/15 8/5 9/6 9/21 13/16 13/17 22/14 26/18 27/4 28/16 49/18 64/23

**late [1]**  34/2

**later [1]**  47/25

**latest [1]**  58/20

**Lauderdale [1]**  16/20

**Laughter [1]**  72/13

**Laura [1]**  17/5

**law [30]**  6/6 12/8 21/2 21/9 21/16 22/2 22/3 22/6 22/7 22/17 22/20 24/3 24/4 24/5 24/7 24/13 24/14 24/15 30/23 30/24 30/25 31/1 31/8 31/11 33/15 35/18 93/2 93/6 93/8 95/1

**lawful [2]**  37/17 37/19

**lawyer [7]**  10/1 22/2 22/7 30/23 31/5 93/6 93/9

**lawyers [10]**  7/5 7/13 8/7 9/24 9/25 12/4 13/3 13/12 31/2 31/7

**learned [3]**  48/14 55/20 63/17

**learning [1]**  36/9

**least [3]**  7/22 81/5 91/20

**leave [1]**  44/1 48/16 55/20

**led [1]**  94/15

**legal [4]**  24/9 24/19 88/20 97/5

**lending [1]**  82/20

**length [1]**  89/9

**less [3]**  51/5 51/7 71/15

**lesser [2]**  19/25 20/11

**let [27]**  5/7 10/24 13/9 14/4 14/19 16/8 20/8 23/6 25/22 41/7 44/12 51/2 52/5 52/25 55/7 57/9 58/9 58/12 62/5 63/10 69/17 74/20 76/23 79/19 86/17 87/25 93/25

**let's [17]**  4/19 10/6 10/16 19/13 29/23 32/7 34/13 36/15 38/15 39/18 42/8 44/4 50/16 70/8 81/20 83/10 84/21

**Let's see [1]**  81/20

**level [1]**  4/18

**levels [1]**  69/18

**Levenson [1]**  1/17

**life [1]**  93/11

**light [2]**  44/7 58/12

**like [38]**  8/21 11/10

ema 116-18 13/1 21/14 28/14 29/17 32/2 44/10 45/13 45/15 45/16 45/18 46/18 47/13 50/18 51/7 55/14 56/1 56/2 56/2 60/9 62/17 64/2 66/20 68/25 70/18 71/8 71/17 83/7 85/4 85/8 86/7 88/13 93/20 93/22 93/23 93/24

**likely [7]**  8/8 13/2 13/16 13/17 13/21 36/21 97/8

**limitations [1]**  98/7

**limited [1]**  13/3

**line [3]**  29/8 31/24 87/7

**lines [1]**  55/1

**list [2]**  31/22 49/4

**listed [1]**  16/3

**listening [3]**  25/13 26/3 45/8

**little [19]**  4/22 6/24 17/12 28/19 32/15 45/13 46/13 47/25 48/12 49/1 51/5 61/6 65/17 67/19 73/2 73/25 89/8 91/12 91/13

**live [15]**  17/20 17/21 50/17 50/22 50/23 51/10 51/13 57/3 57/4 58/10 62/8 79/1 79/2 81/3 85/1

**living [3]**  66/15 72/10 82/12

**lobbyist [2]**  62/9 62/12

**local [1]**  21/12 49/25 71/8

**long [6]**  26/17 27/4 34/1 89/14 89/14 89/23

**longer [1]**  13/18

**look [15]**  13/23 17/15 28/24 47/23 48/10 54/14 65/23 69/17 71/17 76/24 80/2 84/12 87/12 94/17 96/25

**Los [1]**  1/19

**loss [2]**  49/22 68/16

**lot [10]**  7/18 9/3 63/13 64/22 65/13 71/3 84/25 85/13 85/23 92/19

**lots [2]**  97/7 97/7

**loudly [1]**  73/15

**lower [2]**  15/6 43/23

**luck [1]**  36/13

**lunch [2]**  13/22 97/19

**M**

**ma'am [33]**  29/14 31/18 31/25 39/21 43/13 43/21 44/12 46/4 46/15 47/2 49/2 49/5 50/6 56/12 59/25 60/5 60/14 61/20 61/23 62/17 63/23 67/24 68/20 68/22 71/20 72/6 72/24 73/1 74/20 77/5 78/15 78/19 80/12

Mach 1:21-cr-... 3/15 3/17 3/18 3/23 15/17

**made [2]**  13/7 93/10

**magazine [1]**  11/6

**Main [1]**  2/3

**mainly [2]**  48/16 59/18

**maintain [1]**  7/16

**maintaining [2]**  7/21 8/3

**maintains [2]**  14/11 14/25

**make [22]**  3/24 19/10 19/16 19/20 20/5 20/15 27/24 28/5 29/12 30/18 35/25 45/5 54/5 54/18 65/16 78/6 87/8 87/8 87/12 91/14 93/25 97/21

**makers [1]**  6/5

**making [4]**  6/1 10/19 49/19 96/6

**management [1]**  59/21

**manager [1]**  16/22

**maneuver [1]**  9/4

**manner [1]**  7/14

**many [11]**  30/2 50/25 53/17 53/17 65/8 70/11 71/11 81/9 81/10 86/3 95/5

**marina [1]**  2/6

**Marines [2]**  89/5 89/19

**Mark [1]**  16/11

**Mary [1]**  3/21

**mask [17]**  15/6 29/17 32/3 39/23 43/23 46/18 49/11 50/18 56/15 60/10 61/25 64/13 68/1 68/24 78/20 80/15 83/6

**masked [8]**  9/11 9/22 9/23 9/23 9/24 9/25 70/2 70/3

**masking [4]**  7/16 7/20 7/21 8/3

**masks [3]**  8/13 17/16 73/18

**matter [5]**  14/3 26/21 27/8 60/1 98/4

**matters [2]**  4/2 12/2

**may [46]**  8/2 8/15 11/12 12/1 13/3 15/23 15/25 16/10 17/4 24/3 24/10 24/14 24/20 30/3 33/11 36/12 37/24 38/4 38/6 41/8 43/16 48/21 53/18 55/20 56/15 61/2 61/2 67/22 73/15 74/13 81/10 83/18 83/20 83/21 84/13 86/4 86/9 86/22 86/22 86/25 88/5 89/10 91/24 94/21 94/21 98/10

**maybe [8]**  4/3 30/6 51/5 53/9 59/4 71/8 81/14 81/15

**McFarland [1]**  85/21

**me [52]**  4/18 5/7 7/14 10/24 14/19 16/8

Mach nickname... 2/12 lo5

**made...**

**magazine...**

... 15/25 17/19 20/8 23/6 24/12 25/22 29/3 38/2 41/7 41/25 44/12 46/14 47/10 47/13 47/14 48/17 51/2 52/5 52/25 54/9 54/12 55/7 57/9 58/9 58/12 58/19 62/5 63/10 63/19 69/17 73/22 73/23 74/8 74/12 74/20 76/23 76/24 79/19 86/17 87/9 87/25 92/19 93/5 93/25 97/24

**mean [22]**  8/8 45/21 52/21 54/7 54/25 55/2 55/14 55/18 59/4 73/14 74/7 85/24 87/4 87/6 88/8 91/11 92/22 93/3 93/19 95/3 97/3 97/25

**means [4]**  10/22 11/17 62/13 92/19

**meant [1]**  76/4

**mechanical [1]**  2/12

**media [10]**  25/10 25/11 25/17 25/24 26/1 26/7 32/21 43/3 43/4 84/17

**meet [1]**  96/22

**meets [2]**  22/25 23/9

**MEHTA [2]**  1/10 5/18

**member [19]**  11/18 21/1 21/20 21/24 22/1 22/6 22/8 22/11 22/15 22/17 22/18 22/19 30/22 33/19 34/5 57/18 58/23 59/5 89/1

**members [1]**  7/23 20/21 20/25 21/22 22/4

**Mendoza [1]**  16/10

**mention [1]**  59/4

**mentioned [2]**  27/24 28/4

**merely [1]**  41/25

**Merit [1]**  2/7

**met [3]**  55/9 72/4 95/20

**Metropolitan [6]**  14/9 14/23 16/20 16/21 21/5 48/8

**Miami [2]**  68/11 68/13

**mic [1]**  56/16

**Microelectronics [1]** 66/19

**microphone [3]**  36/1 60/11 61/6

**might [11]**  16/1 30/11 30/18 33/1 33/1 35/2 35/3 35/19 49/25 69/6 85/20

**mile [2]**  81/3 85/1

**military [1]**  54/10

**mind [11]**  33/10 36/16 37/5 37/23 41/24 42/4 55/4 91/25 92/12 95/14 96/14

**mindset [1]**  95/20

**mine [1]**  31/1

**minimum [1]**  11/2

**minus [1]**  89/16

**minutes [1]**  13/18

**Mirell [4]**  1/17 3/4 5/10

**M**

Mirell... [1]  15/9
misbehaving [1]  46/13
misunderstood [1]
31/9
mix [1]  77/6
mix-up [1]  77/6
mobile [2]  11/8 11/13
mode [1]  11/11
moment [2]  4/20 5/24
Monday [4]  26/13
26/18 26/24 27/5
Monroe [9]  2/2 2/3 3/6
3/25 5/12 15/16 17/2
72/22 97/1
months [3]  44/9 44/13
64/24
moral [4]  27/22 28/2
40/4 40/8
more [21]  4/17 14/16
14/20 18/10 20/8 23/6
24/11 25/22 26/24
28/18 36/21 37/3 39/24
41/5 61/2 71/15 76/6
76/18 81/3 91/12 91/13
Moritz [1]  17/5
morning [26]  1/7 3/9
3/10 3/11 3/14 5/16
5/21 10/21 10/25 11/4
17/3 28/25 36/14 39/20
46/16 46/17 66/14
66/24 72/8 72/9 82/10
82/11 83/3 90/8 91/7
91/8
most [7]  4/2 7/24 12/5
13/21 28/17 71/17
71/21
mostly [2]  32/21 40/8
motion [5]  29/12 39/9
96/3 96/7 96/7
mouth [1]  56/17
move [7]  13/19 14/4
17/12 22/21 28/11 39/7
84/15
moved [1]  6/25
moving [1]  90/12
Mr [3]  3/18 15/14 41/25
Mr. [38]  3/10 3/23 3/25
14/8 14/11 14/14 14/19
14/22 14/25 15/2 15/16
16/8 17/2 18/22 22/23
23/1 23/4 23/7 23/10
23/13 23/16 23/22
41/25 42/15 42/21
66/25 67/7 67/11 72/22
72/25 74/15 91/17
91/18 97/1
Mr. Douyon [2]  72/25
74/15
Mr. Kelly [1]  16/8
Mr. Machnicki [1]  3/23
Mr. Monroe [4]  3/25
17/2 72/22 97/1
Mr. Webster [30]  3/10
14/8 14/11 14/14 14/19
14/22 14/25 15/2 15/16
18/22 22/23 23/1 23/4

much [24]  13/18 28/22
31/18 32/15 38/1 43/14
46/5 50/7 56/5 56/7
60/1 61/21 63/24 67/22
68/21 69/10 72/24
74/18 74/19 78/16
80/12 83/1 96/1 97/24
multiple [1]  97/12
must [6]  24/2 24/13
24/22 24/23 24/24
24/25
my [61]  3/12 3/15 5/2
5/18 6/1 8/4 10/22 12/3
24/9 24/19 27/21 30/25
32/21 33/24 34/10
34/10 35/9 36/12 38/11
39/6 39/16 43/6 43/7
44/8 45/12 47/9 47/17
48/7 49/18 52/5 53/8
55/4 59/18 59/19 63/5
68/10 68/13 68/21 69/9
70/17 70/25 75/23 77/2
77/20 78/7 80/7 83/14
83/15 84/12 85/3 85/5
87/8 89/3 90/25 91/14
92/1 92/11 93/7 94/25
96/12 97/9
myself [2]  13/12 55/25

**N**

nailed [1]  96/10
name [4]  3/19 3/25
5/18 85/22
named [3]  17/5 17/6
17/6
names [8]  15/24 15/25
16/3 16/3 16/24 17/9
85/25 86/7
Nancy [1]  3/21
National [2]  77/24 78/1
nature [3]  9/18 34/14
48/17
near [9]  13/11 17/21
17/22 50/17 50/22 57/3
58/10 62/8 79/1
necessarily [1]  48/1
necks [1]  17/12
need [18]  4/11 4/19
8/15 10/8 12/19 12/23
15/3 28/15 28/23 36/1
36/18 45/22 50/25 52/5
57/14 69/24 83/23 84/7
needed [2]  69/12 72/14
negative [4]  19/15
19/20 20/5 20/15
negatively [1]  35/1
Neither [2]  31/1 31/7
nervous [2]  45/13
45/14
network [1]  71/8
neutral [1]  10/18
never [2]  22/25 23/10
new [6]  1/22 21/6 65/3

New York [2]  21/6 65/3
news [57]  18/7 18/11
18/16 18/16 18/20
18/23 18/24 19/1 19/2
25/15 26/4 29/25 30/5
30/6 32/9 32/16 40/11
40/12 41/4 53/2 53/23
53/25 59/13 59/16
64/17 64/19 64/23 65/1
65/1 65/9 70/10 70/12
70/12 70/15 70/17
70/23 70/23 70/24
70/24 71/2 71/8 71/18
81/12 81/16 81/18
81/18 81/20 84/22
84/24 85/9 85/9 85/12
85/14 86/6 86/10 86/12
94/15
newsfeed [2]  53/8
53/11
newspaper [2]  25/13
26/2
next [14]  7/15 26/15
26/22 27/2 27/8 28/24
29/12 38/15 39/18
49/17 49/20 68/12 78/5
83/12
nice [1]  5/16
niece [5]  47/10 47/12
47/18 47/20 48/1
Nielsen [4]  1/21 3/4
5/10 15/10
nightly [3]  81/12 81/18
85/14
no [61]  1/4 3/2 4/17 5/6
5/8 10/6 12/16 12/19
12/22 14/2 15/3 23/1
23/10 28/18 28/20
30/14 30/20 31/15
31/17 34/19 35/5 35/13
35/21 36/23 37/25
38/22 42/3 43/10 46/8
47/6 48/2 48/17 49/4
51/14 58/25 59/9 60/3
60/12 63/1 63/22 67/13
67/14 68/19 72/3 72/4
72/23 74/10 74/10
74/24 75/21 75/22
77/11 78/14 79/10 80/5
80/6 82/22 82/25 86/6
87/22 94/20
Noah [1]  16/19
nobody [1]  38/18
non [1]  97/4
non-specific [1]  97/4
noon [1]  97/17
Norden [1]  16/15
Northeast [2]  79/3 79/4
not [113]
note [1]  98/5
notecard [7]  12/10
12/11 12/13 12/18
12/19 12/22 12/23
nothing [5]  36/10
59/11 59/12 94/22
95/25
noticed [1]  47/17

notwithstanding [1]
44/23 69/21
now [36]  6/8 6/14 7/22
10/22 10/24 11/12 12/1
12/10 12/16 12/24
13/15 14/15 15/13
15/22 15/23 17/2 20/18
21/1 21/14 21/15 22/21
25/8 28/8 28/10 28/19
37/20 44/9 46/4 48/1
52/25 73/24 74/16
81/21 92/9 92/10 97/19
number [17]  6/11 6/18
10/20 12/17 13/14
15/23 28/15 30/10
31/20 46/20 56/25
75/23 76/11 77/8 83/8
96/19 96/19
numbers [2]  53/17
77/1
NW [3]  1/14 1/22 2/9
NY [1]  2/4

**O**

objection [5]  4/17
61/19 63/21 63/22
78/12
objections [1]  68/18
obligation [2]  23/1
23/10
observed [1]  30/17
obviously [1]  93/6
occasions [1]  97/13
occurred [6]  17/25
18/4 37/10 41/9 55/4
98/5
occurrence [1]  86/5
October [1]  90/4
off [8]  29/17 52/11
52/16 56/15 60/10
64/13 68/24 93/22
offer [4]  23/1 23/11
38/23 39/16
office [10]  1/13 1/17
21/8 21/9 22/3 22/7
30/24 59/21 77/25 78/1
officer [11]  14/9 14/23
16/12 16/13 16/19
19/23 20/2 20/9 20/13
48/8 80/8
officers [3]  20/7 20/17
21/7
offices [2]  21/7 62/17
Official [1]  2/8
often [2]  40/12 70/12
oh [6]  31/23 38/16
47/15 52/3 58/5 63/9
okay [144]
old [1]  68/14
once [5]  7/9 9/12 26/16
27/3 53/9
one [33]  4/12 6/19 7/25
8/7 8/14 8/14 8/15 9/10
9/21 12/25 13/24 14/20
18/10 20/8 23/6 24/11
25/22 26/24 31/23
38/25 52/2 54/25 60/13

notion [Page 1:8/13 18/24]  63/25 66/14
67/12 72/8 75/18 80/7
80/21 82/9 97/4
one's [1]  89/11
online [4]  11/16 11/20
14/3 28/20
only [15]  7/16 9/22
9/25 10/3 11/3 12/5
20/21 43/7 47/8 75/14
75/19 76/10 76/11 81/2
81/11
open [1]  96/14
opinion [6]  20/4 37/9
37/14 41/9 65/19 91/12
opinions [12]  19/4
19/9 20/14 24/24 25/3
25/6 32/12 33/12 54/4
84/19 86/15 86/19
opposed [1]  62/24
optimized [1]  8/20
order [4]  6/23 13/20
46/14 69/19
ordinary [1]  6/5
original [1]  71/5
other [38]  11/8 12/25
13/5 13/19 14/17 17/14
17/16 17/18 19/24 20/7
20/10 20/17 21/19
25/11 26/1 27/13 27/17
27/23 28/4 28/11 28/25
36/25 36/25 37/2 45/9
45/24 47/11 51/17
61/12 61/13 70/2 71/6
71/7 76/15 80/25 88/9
89/12 92/1
others [5]  13/25 24/4
24/14 63/17 91/13
otherwise [4]  13/7
26/5 28/20 60/10
our [17]  6/2 6/4 6/5
6/17 9/24 9/24 9/25
12/5 28/22 38/15 38/25
41/8 49/4 49/13 65/23
68/12 81/5
out [17]  6/17 41/3
46/13 48/19 49/25
53/24 60/22 60/23
65/10 68/10 69/9 69/10
72/25 83/14 84/15 86/7
86/12
outcome [1]  37/16
outset [2]  96/12 96/21
outside [4]  21/4 48/22
48/24 90/22
over [10]  4/3 7/9 11/25
22/21 51/17 53/19 69/9
81/14 83/12 87/11
own [8]  13/15 23/2
23/11 24/25 25/3 25/6
33/8 36/24

**P**

P.C [1]  2/3
p.m [3]  26/19 27/6
97/25
packed [1]  6/23
Palmers [1]  62/19
Palmertree [1]  15/11

## P

**Palmertree...** [1]  16/18
**pandemic** [7]  27/12 27/16 44/5 44/7 69/11 72/19 98/6
**panel** [5]  7/5 10/17 17/14 17/18 48/1
**panic** [2]  45/16 45/18
**paralegal** [1]  15/12
**Park** [1]  21/12
**part** [3]  6/25 7/25 49/17
**participant** [2]  17/24 18/3
**participate** [2]  27/14 27/18
**participated** [2]  6/20 97/11
**particles** [1]  8/21
**particular** [9]  8/2 10/4 14/13 15/1 21/17 24/22 40/15 78/4 90/15
**particularly** [3]  13/8 28/18 65/20
**parties** [6]  11/17 11/21 12/6 14/3 26/13 26/25
**passed** [1]  49/18
**passing** [1]  30/5
**past** [2]  6/21 13/21
**Patricia** [1]  16/15
**Paul** [1]  16/14
**Pause** [2]  5/4 77/4
**pay** [2]  16/2 70/4
**paying** [2]  44/24 45/7
**people** [33]  10/4 13/20 15/19 15/20 15/23 15/25 15/25 16/5 16/6 16/24 17/1 33/4 33/11 36/9 36/25 37/15 38/6 52/17 52/19 54/15 58/3 58/10 58/15 59/22 63/3 69/20 79/11 79/14 79/15 85/2 95/6 97/8 97/10
**percent** [2]  55/5 56/2
**Perfect** [1]  72/14
**perform** [1]  83/24
**performing** [1]  6/6
**perhaps** [4]  42/2 49/17 81/22 85/4
**person** [12]  3/7 5/13 7/4 7/5 28/1 28/7 35/14 46/13 58/6 58/24 97/3 97/9
**personal** [11]  12/2 20/22 21/1 21/23 22/5 27/23 28/3 36/24 37/13 40/5 40/6
**personally** [2]  25/1 37/5
**perspective** [1]  8/4
**phase** [1]  28/9
**philosophical** [3]  27/22 28/3 40/4
**phone** [5]  13/11 13/25 66/21 70/18 70/25
**phones** [1]  11/8
**physical** [2]  22/16 22/19
physically [3]  17/24 18/3 62/24
**pick** [1]  13/11
**place** [4]  9/15 11/11 18/7 18/11 19/5 19/9 32/12 37/23 53/4 54/5 64/17 67/16
**Plaintiff** [1]  1/4
**plan** [1]  61/17
**planned** [1]  60/22
**plans** [3]  61/9 84/3 84/5
**play** [1]  6/3
**please** [11]  8/13 10/9 10/14 11/4 11/11 12/12 29/10 29/11 29/12 46/20 98/5
**plenty** [1]  9/9
**plus** [2]  6/11 9/7
**PO** [1]  2/4
**podcast** [2]  25/14 26/3
**podcasts** [2]  25/11 25/25
**point** [5]  11/13 28/14 36/19 37/21 86/6
**points** [2]  24/24 59/22
**police** [25]  14/9 14/23 16/11 16/12 16/13 16/20 16/21 19/23 20/1 20/5 20/7 20/9 20/12 20/15 20/17 21/4 21/5 21/6 21/7 21/12 21/12 21/13 34/21 48/8 63/18
**policies** [1]  88/3
**policy** [1]  7/21
**polite** [1]  96/9
**political** [11]  27/23 28/3 33/8 38/5 38/25 39/12 41/8 65/23 88/18 91/13 92/23
**Politico** [1]  43/7
**politics** [1]  88/2
**position** [2]  56/1 90/19
**positions** [1]  91/20
**positive** [4]  19/15 19/20 20/5 20/15
**positively** [1]  35/1
**possible** [2]  8/22 12/6
**possibly** [1]  11/23
**post** [3]  11/19 53/12 65/4
**posting** [2]  25/16 26/6
**potential** [5]  5/22 16/24 17/14 17/18 47/21
**practice** [2]  31/5 31/11
**pre** [1]  12/7
**pre-judge** [1]  12/7
**pregnant** [2]  44/9 44/13
**preliminary** [1]  4/2
**prepaid** [1]  84/4
**present** [23]  4/20 17/24 18/3 29/17 32/3 37/8 39/24 42/1 43/24 49/12 50/19 57/23 58/4 58/16 60/10 62/1 63/3 67/3 68/2 77/12 83/7
**presentation** [2]  26/14 26/25
**presented** [10]  12/9 17/4 33/15 41/18 44/25 55/19 55/22 66/4 71/20 87/9
**presently** [2]  62/13 89/6
**President** [18]  19/14 19/19 32/14 33/6 33/9 33/9 38/6 65/15 65/19 65/24 65/25 67/9 87/25 88/2 88/2 88/15 88/15 91/20
**President Trump** [2]  65/15 91/20
**press** [1]  4/13
**pressed** [1]  39/10
**presumably** [1]  58/7
**presume** [5]  67/4 67/6 93/21 95/7 96/20
**presumed** [3]  22/24 23/8 92/24
**presuming** [2]  23/4 23/13
**presumption** [7]  37/1 39/2 93/1 94/4 94/8 96/11 97/12
**presumptions** [1]  97/6
**pretty** [3]  69/10 77/15 84/24
**Prettyman** [1]  2/9
**prevent** [2]  33/2 45/7
**previously** [2]  21/2 21/15
**primarily** [2]  78/10 85/12
**principles** [4]  24/2 24/13 88/21 97/5
**privacy** [1]  12/4
**private** [3]  13/7 90/13 90/22
**privately** [1]  13/12
**probably** [12]  30/8 51/2 51/3 64/21 64/24 65/4 69/23 73/17 77/16 86/12 89/15 93/10
**problem** [1]  45/11
**procedure** [1]  8/23
**proceed** [1]  10/7
**proceedings** [5]  1/9 2/12 3/8 5/14 98/4
**process** [11]  11/14 11/23 11/24 13/13 13/16 13/19 18/10 28/14 28/16 28/21
**produced** [1]  2/12
**promise** [1]  11/1
**promote** [1]  6/12
**proof** [18]  22/25 23/5 23/10 23/14 55/9 55/12 67/2 72/4 87/18 87/21 92/5 93/4 93/16 95/13 95/19 95/20 96/20 96/22
**prosecution** [1]  34/22
prosecuting [2]  1/7 35/18
**prospective** [3]  5/5 10/11 39/1
**protect** [1]  54/11
**protected** [2]  63/18 69/20
**protections** [1]  69/21
**protest** [1]  37/9
**protested** [1]  37/16
**protesters** [1]  37/17
**protesting** [1]  33/4
**protocols** [4]  6/9 6/12 6/18 9/14
**prove** [4]  41/12 55/15 55/15 93/5
**proved** [1]  95/22
**proven** [1]  95/10
**proves** [1]  93/22
**provide** [2]  5/24 74/15
**provided** [1]  59/22
**proving** [3]  22/23 23/7 95/13
**proximity** [1]  54/8
**pry** [1]  45/21
**psychologist** [1]  36/4
**public** [5]  7/24 13/8 59/11 59/12 81/21
**publications** [1]  71/6
**pull** [3]  49/11 71/6 83/6
**pulls** [2]  53/11 71/7
**purchase** [1]  84/4
**purpose** [1]  10/17
**purposes** [12]  13/15 29/18 32/3 39/24 43/24 49/12 50/19 60/10 62/1 68/2 83/7 94/3
**put** [16]  4/19 13/10 32/2 33/13 36/16 37/3 37/4 41/15 55/25 56/10 61/5 63/16 67/10 71/18 92/1 96/14
**putting** [1]  95/4

## Q

**qualified** [2]  13/13 28/15
**qualifies** [1]  77/16
**qualify** [2]  13/20 28/15
**quality** [1]  8/19
**question** [176]
**Question 10** [4]  32/11 54/3 84/19 86/14
**Question 11** [5]  32/13 60/15 65/14 84/20 87/24
**Question 13B** [2]  33/19 88/25
**Question 13C** [2]  29/23 30/22
**Question 14** [1]  75/10
**Question 15** [2]  42/8 42/13
**Question 5** [4]  50/13 50/16 57/1 78/25
**Question 7** [5]  40/11 40/11 53/1 64/16 84/17
**Question 8** [6]  29/23
physically [3]  32/8 65/6 80/23 81/7
**questioning** [1]  68/25
**questions** [59]  7/4 7/6 7/9 7/14 9/18 10/1 10/6 10/21 10/22 10/24 12/1 12/15 12/15 12/24 13/1 13/3 13/4 13/10 14/6 14/16 20/19 22/15 28/9 28/13 29/9 29/22 32/6 40/1 44/2 46/9 48/11 49/13 50/12 52/5 57/1 57/2 60/14 62/5 64/15 65/25 66/13 68/6 69/4 72/23 73/8 75/1 75/8 75/18 76/16 76/18 76/19 77/7 77/9 78/24 80/25 82/25 83/9 91/10 96/24

## R

**radio** [4]  25/11 25/14 25/25 26/3
**raise** [3]  10/8 10/10 12/12
**rank** [1]  89/10
**Rathbun** [1]  16/19
**rather** [1]  7/12
**re** [1]  48/13
**re-take** [1]  48/13
**reach** [2]  24/21 84/13
**reaction** [1]  54/14
**read** [18]  11/6 11/9 12/14 13/25 14/20 18/23 19/2 20/8 59/15 65/1 70/12 70/20 71/18 71/19 84/22 85/13 86/25 94/15
**reading** [4]  25/13 25/16 26/2 26/6
**ready** [1]  4/1
**really** [7]  7/20 8/4 11/12 40/6 40/24 41/11 45/2 45/2 63/19 65/13 94/1 94/11
**Realtime** [1]  2/8
**reason** [10]  7/18 24/8 24/18 27/22 27/23 28/3 28/4 40/4 48/7 71/22
**reasonable** [11]  22/23 23/8 41/13 41/24 55/10 55/12 66/9 72/1 88/8 88/23 95/13
**Reasonably** [1]  84/1
**reasons** [5]  7/20 8/12 24/5 24/16 94/16
**recall** [1]  64/23
**received** [4]  4/13 4/16 47/9 59/7
**recess** [3]  29/5 29/6 97/25
**recognize** [7]  16/4 16/6 16/25 17/9 17/13 17/16 17/18
**record** [5]  13/8 31/19 52/6 56/11 98/3

108

**R**

**recorded [1]** 2/12
**redundant [1]** 95/3
**refer [1]** 20/22
**referring [1]** 81/18
**regarding [1]** 4/14
**Regardless [1]** 92/23
**Registered [1]** 2/7
**registers [1]** 73/21
**regular [2]** 53/2 84/24
**regularly [5]** 18/7
  18/11 40/12 41/3 64/17
**relate [1]** 20/20
**relates [3]** 21/22 22/4
  41/17
**relating [3]** 25/10
  25/24 59/1
**religious [1]** 27/22
  28/2 40/4
**remain [5]** 7/13 9/11
  46/10 70/2 70/3
**remainder [1]** 13/25
**remaining [1]** 90/24
**remember [3]** 7/3 9/1
  34/16
**reminder [2]** 28/17
  29/10
**remote [2]** 62/25 90/25
**remotely [5]** 57/25
  58/1 98/7
**remove [9]** 32/3 39/23
  43/23 49/11 50/19
  61/25 68/1 80/15 83/6
**removed [1]** 8/21
**rep [1]** 72/11
**repeat [3]** 23/6 25/22
  42/11
**reporter [5]** 2/7 2/7 2/8
  2/8 52/4
**reporters [3]** 43/6
  85/17 85/20
**reporting [1]** 98/7
**reports [1]** 65/10
**represent [1]** 66/25
**represented [2]** 15/8
  15/16
**request [1]** 4/13
**require [2]** 11/24 17/12
**research [9]** 11/16
  11/20 14/2 28/19 36/4
  36/6 36/7 66/16 66/18
**researcher [1]** 66/17
**reservations [2]** 25/19
  26/9
**respect [4]** 58/12 82/2
  82/5 97/6
**respectful [1]** 39/16
**response [3]** 13/9 39/4
  40/10
**responses [1]** 13/6
**Rest [1]** 12/2
**restrictions [1]** 11/22
**result [1]** 59/18
**return [2]** 12/8 47/24
**revisions [1]** 4/3
**right [93]** 3/18 3/24
  10/6 10/8 10/10 10/14
  12/14 15/18 15/21 17/2

19/13 19/22 21/20
23/16 23/22 29/13
31/13 31/24 31/25
33/20 38/14 39/18 40/9
40/18 42/7 42/9 42/14
42/20 43/13 43/17 45/3
45/14 46/3 46/7 46/12
47/4 47/21 48/1 48/10
49/3 49/5 49/10 49/13
50/6 50/8 50/10 50/15
50/20 52/7 56/6 56/14
56/19 56/25 59/24
60/13 61/10 61/12 62/2
63/23 64/15 64/22
68/20 69/1 71/16 76/16
77/5 77/8 78/12 78/15
78/17 78/21 78/21
78/23 80/9 80/11 80/21
80/23 82/7 83/1 85/7
85/22 89/18 90/6 91/21
94/23 95/11 96/1 96/3
97/17
**Riley [2]** 15/11 16/18
**rise [2]** 29/2 38/23
**River [1]** 51/17
**RMR [2]** 98/2 98/11
**robbery [2]** 34/15
  35/10
**role [2]** 6/3 59/21
**room [6]** 9/3 9/3 9/9
  14/17 27/13 27/17
**roommate [1]** 43/8
**roommates [1]** 43/6
**ROTC [1]** 89/25
**row [1]** 8/15
**rule [4]** 8/23 24/5 24/15
  91/16
**rules [7]** 7/20 9/18 24/3
  24/6 24/7 24/14 24/16

**S**

**safe [2]** 6/16 69/20
**safely [1]** 6/15
**safety [1]** 6/12
**Safeway [1]** 16/22
**said [17]** 6/18 13/23
  28/10 28/16 35/6 35/7
  38/3 39/11 39/14 47/18
  52/7 55/15 56/2 77/21
  90/9 97/13 97/15
**same [7]** 17/8 19/23
  20/7 20/9 20/17 70/9
  87/25
**sat [2]** 55/8 92/6
**satisfied [1]** 25/1
**saw [2]** 55/4 70/14
**say [31]** 32/21 36/23
  38/21 40/12 40/22 41/2
  44/13 44/18 45/17 52/9
  52/20 55/24 56/2 59/14
  62/5 71/14 75/2 75/4
  75/9 76/14 77/20 81/17
  86/17 87/15 88/8 88/12
  88/17 92/13 92/21 93/7
  96/5
**saying [1]** 85/22
**says [1]** 76/10

**schedule [3]** 26/20
  27/7 68/12
**scheduled [1]** 83/16
**school [4]** 22/2 22/6
  30/23 68/15
**science [2]** 78/7 78/8
**scientist [3]** 87/9 90/9
  97/15
**Scott [1]** 85/21
**searched [1]** 53/24
**searching [1]** 26/5
**seat [6]** 3/19 15/21
  29/7 48/13 76/3 76/4
**seated [4]** 10/14 45/8
  70/1 97/22
**second [2]** 52/2 60/13
**Secondly [1]** 84/8
**Secret [2]** 16/15 21/10
**Section [1]** 1/21
**Security [1]** 21/11
**see [8]** 15/7 35/24 36/4
  47/15 51/19 70/16
  81/20 91/16
**seeing [1]** 28/24 64/23
**seeking [1]** 41/3
**seems [1]** 43/11
**seen [12]** 30/17 53/15
  53/18 55/5 71/12 71/13
  71/19 81/10 82/3 86/4
  86/9 86/24
**select [3]** 10/17 10/20
  12/5
**selected [22]** 6/10 7/17
  8/10 8/18 8/25 9/11
  9/13 9/15 10/5 11/15
  12/7 25/8 25/23 30/12
  30/19 44/23 45/5 68/9
  69/24 74/21 87/16 95/6
**selection [9]** 1/9 6/25
  7/1 10/17 11/3 11/14
  11/23 28/9 28/21
**Senate [2]** 62/10 63/5
**sense [3]** 13/22 59/15
  70/22
**sensitive [2]** 8/2 13/8
**sentiment [3]** 91/25
  93/17 97/8
**separate [3]** 7/10 7/11
  9/7
**series [1]** 22/15
**serve [13]** 6/5 19/6
  19/11 19/16 19/21
  46/10 68/9 69/7 78/6
  83/12 83/19 87/16
  87/16
**served [6]** 21/21 21/24
  33/20 34/1 54/11 89/2
**service [17]** 6/2 6/7
  6/21 7/3 8/25 10/5
  16/15 21/10 49/19 60/1
  60/18 69/12 72/11
  77/12 89/10 89/24 90/3
**services [2]** 33/23
  49/24
**serving [9]** 26/22 27/9
  44/5 44/7 47/3 49/16
  64/1 69/22 89/20

**session [2]** 54/2 66/8
**set [9]** 38/5 39/11
  54/20 66/3 82/3 86/24
  88/4 88/17 94/24
**seven [2]** 76/19 81/15
**several [4]** 40/1 49/13
  62/4 78/23
**severely [1]** 54/9
**she [15]** 31/5 39/2
  39/10 39/10 39/11
  39/14 46/9 47/14 47/18
  47/18 48/3 48/17 77/21
  77/21 78/18
**she's [4]** 39/5 39/14
  49/3 49/4
**sheriff's [1]** 21/13
**shifts [2]** 23/1 23/10
**should [14]** 9/21 11/8
  11/13 12/10 19/23
  19/24 20/9 20/10 39/6
  56/10 59/4 84/13 94/16
  96/16
**shoulder [2]** 6/23 6/23
**shouldn't [1]** 95/21
**show [1]** 72/25
**Sialiano [1]** 17/6
**side [3]** 15/24 78/13
  86/24
**sight [1]** 29/8
**silence [3]** 23/18 23/24
  42/22
**silent [1]** 11/11
**simply [3]** 13/10 20/1
  20/12
**since [6]** 6/14 32/20
  40/19 69/11 90/4 90/4
**sir [20]** 3/10 31/17
  48/25 50/9 50/11 50/14
  51/23 52/8 64/9 67/21
  67/23 78/22 80/13
  81/24 82/10 83/1 83/2
  92/16 92/20 96/1
**sister [2]** 30/25 31/5
**sit [6]** 7/12 26/18 27/5
  28/1 28/6 36/2
**sites [2]** 25/17 26/7
**sits [1]** 91/15
**sitting [5]** 15/10 39/6
  47/9 84/9 92/9
**six [1]** 81/15
**sizable [1]** 96/15
**skim [1]** 70/19
**slate [2]** 13/20 93/23
**slight [1]** 36/17
**small [2]** 9/3 82/20
**smaller [1]** 6/22
**smart [1]** 65/20
**smoke [1]** 48/16
**Snapchat [1]** 11/17
**snippets [1]** 81/15
**so [168]**
**so I think [3]** 38/12
  39/13 48/20
**So it's [1]** 85/3
**social [5]** 6/24 25/11
  25/17 25/25 26/7
**sole [2]** 24/1 24/12
**solely [1]** 12/8

**some [32]** 4/18 5/24
  7/6 10/25 11/2 13/2
  13/3 14/16 24/3 24/6
  24/14 24/16 33/11
  37/16 38/4 47/2 52/11
  61/7 70/20 73/15 73/17
  78/9 81/24 85/23 86/18
  86/19 87/4 89/9 91/20
  93/11 94/14 95/5
**somebody [1]** 95/21
**someone [4]** 17/23
  18/2 67/8 95/10
**something [28]** 5/1 8/3
  8/22 13/8 33/16 38/8
  41/2 41/3 45/20 45/22
  45/23 49/25 53/8 53/22
  53/23 53/24 55/1 67/4
  70/3 77/19 83/24 85/4
  85/5 86/9 87/11 94/14
  95/17 95/21
**sometimes [1]** 59/20
**somewhere [1]** 89/21
**sorry [23]** 5/7 31/9
  42/11 42/13 42/17
  45/17 45/21 46/24
  49/22 52/3 52/18 56/10
  56/20 56/21 61/16
  68/16 72/17 73/11
  75/22 77/5 79/24 80/6
  94/15
**sort [24]** 4/17 6/22 7/20
  27/21 30/2 38/5 40/10
  45/24 48/12 53/5 53/10
  53/16 67/18 70/9 71/5
  81/6 83/24 84/20 85/16
  93/17 94/18 97/4 97/15
  97/17
**sought [1]** 86/12
**sounds [1]** 13/6
**source [2]** 26/1 86/13
**sources [8]** 25/12
  53/11 65/2 70/22 71/2
  71/2 71/7 85/11
**South [1]** 50/3
**space [1]** 90/23
**speak [1]** 13/12
**speaking [5]** 9/23 36/1
  38/1 53/17 73/15
**special [6]** 15/11 16/14
  16/15 16/17 16/18 21/7
**specific [2]** 94/20 97/4
**specifically [1]** 97/12
**specifics [1]** 95/25
**speeches [1]** 78/9
**spell [1]** 3/19
**spend [1]** 10/25
**spoken [1]** 79/17
**spot [2]** 51/14 51/15
**spring [3]** 1/18 6/15
  78/10
**squarely [1]** 39/1
**St [1]** 1/18
**staff [9]** 9/22 17/15
  17/19 48/21 57/17
  57/20 62/10
**stand [5]** 10/8 15/6
  15/14 15/24 36/2
**standards [1]** 88/21

**S**

standing [1] 38/18
stands [1] 29/5
start [30] 4/25 11/20
11/25 29/23 32/7 34/13
36/12 40/3 44/4 45/16
45/18 49/15 50/16 57/2
60/16 62/5 62/7 68/7
69/5 70/12 77/10 78/25
83/15 84/21 92/6 93/22
93/24 94/4 94/8 95/7
started [6] 6/1 6/8 9/17
10/7 10/16 14/5
state's [1] 21/8
STATES [13] 1/1 1/3
1/10 3/3 5/9 5/23 14/8
14/21 15/8 16/11 16/12
16/13 16/15
stationed [3] 89/6
89/14 90/4
stay [1] 48/23
stenography [1] 2/12
step [2] 48/22 67/22
steps [3] 44/21 44/22
69/19
still [7] 49/19 51/20
61/3 69/23 79/11 90/8
93/20
stories [6] 25/14 26/3
40/16 59/16 64/23
70/13
story [6] 18/24 19/2
41/4 53/25 54/2 86/10
strangers [1] 7/24
street [3] 1/14 2/3 85/3
stricken [1] 78/17
strike [6] 29/10 29/13
38/19 43/17 46/7 97/16
strong [18] 19/4 19/8
19/14 19/18 20/4 20/14
27/12 27/15 30/17
32/11 32/13 32/25 54/4
84/19 86/15 88/12
93/13 94/13
strongly [2] 92/14
96/11
struggle [3] 79/23
79/25 80/1
stuff [1] 45/15
subject [2] 14/3 98/6
subparts [2] 20/19
21/19
such [20] 19/4 19/5
19/8 19/14 19/18 20/4
20/14 21/8 26/22 27/9
27/11 27/13 27/15
27/17 54/7 71/8 81/10
86/4 86/15 96/12
Suite [2] 1/14 1/18
summer [1] 64/24
Sunday [1] 61/15
supervise [1] 59/21
supplied [2] 74/11
74/12
support [3] 88/13
88/14 88/14
supported [4] 38/6
67/8 91/19 91/24

supporter [1] 36/2
36/11 37/3 39/3 42/2
91/19
supporters [6] 19/15
19/19 32/14 65/15
65/20 87/25
supporting [1] 65/21
supposed [1] 60/23
sure [27] 3/24 35/25
36/20 41/19 43/15 45/5
55/6 75/11 76/19 84/1
84/14 85/10 85/21 87/5
89/3 91/14 91/22 92/10
92/18 92/25 93/25 94/2
94/9 95/9 95/16 96/2
97/21
surf [1] 11/9
surprising [1] 33/10
surprisingly [1] 95/5
surrounding [2] 7/5
32/20
sworn [3] 10/9 10/11
10/21
system [1] 6/3

**T**

tables [1] 7/13
take [25] 9/2 9/8 13/21
17/15 29/17 37/11
37/13 44/11 44/22
46/18 48/13 48/21 50/3
50/18 51/9 56/15 60/9
64/13 67/16 68/15
68/24 76/24 78/19
83/15 97/18
taken [3] 40/10 44/21
94/22
taking [3] 46/13 60/22
69/19
talk [6] 4/11 5/2 5/3
9/12 11/5 28/17
talked [2] 63/8 92/22
talking [3] 47/19 55/17
59/22
tangential [1] 43/11
technological [1] 98/7
teen [2] 36/7 36/8
television [4] 18/16
25/11 25/25 81/21
teleworking [2] 72/15
72/18
tell [45] 30/24 32/15
32/25 33/22 34/1 34/8
34/13 35/8 40/5 44/6
46/20 49/16 50/21
52/15 53/5 53/10 53/16
54/6 57/4 57/8 57/12
57/15 60/18 64/19
64/25 65/7 65/17 67/1
68/8 71/2 76/24 77/11
77/13 77/22 81/9 81/17
81/18 83/11 83/16 84/7
84/21 85/11 86/3 89/2
89/8
ten [3] 30/6 30/7 71/15
tends [2] 84/25 85/23
terms [6] 7/19 8/19
71/11 77/6 77/14 86/12

Terrace [1]
Terrific [4] 4/10 9/20
70/7 84/2
test [1] 96/14
tested [1] 8/18
testify [11] 15/25 23/16
23/17 23/22 23/23 42/9
42/14 42/15 42/18
42/20 42/21
testimony [10] 15/23
19/23 19/24 19/25 20/6
20/9 20/10 20/11 20/16
74/22
text [2] 11/17 47/9
texts [1] 47/14
than [11] 4/18 13/18
37/2 61/12 71/15 71/15
76/7 76/18 81/3 91/13
93/17
thank [52] 3/22 6/7
10/13 17/7 28/22 29/1
29/4 31/17 31/18 38/14
39/8 42/25 43/13 43/15
43/16 44/16 46/5 46/6
49/2 49/7 49/23 50/7
50/8 50/20 56/5 56/6
56/13 60/1 60/2 61/20
61/22 63/24 64/4 64/6
64/7 66/22 67/21 67/22
67/25 68/21 68/23 72/6
72/21 72/24 78/16
80/11 80/14 82/23 83/1
91/4 92/19 96/1
thank you [47] 3/22
6/7 10/13 28/22 29/1
29/4 31/18 38/14 39/8
43/13 43/15 43/16
44/16 46/5 46/6 49/2
49/7 49/23 50/7 50/8
50/20 56/5 56/6 56/13
60/1 60/2 61/20 61/22
63/24 64/4 64/6 64/7
66/22 67/21 67/22
67/25 68/21 68/23 72/6
72/21 78/16 80/11
80/14 82/23 83/1 91/4
96/1
thanks [4] 29/13 38/1
96/17 97/24
that [385]
that'll [2] 9/9 21/18
that's [57] 4/23 4/25
7/7 7/8 8/16 9/5 21/2
27/19 31/3 33/15 39/13
39/14 41/10 44/11
44/25 45/20 47/19 48/8
48/18 50/19 51/9 51/10
54/14 55/19 59/11
59/12 62/3 64/12 67/21
69/2 70/3 74/8 76/11
76/25 77/2 77/3 78/2
79/18 80/22 81/4 81/6
86/21 87/11 88/7 88/12
88/13 88/22 89/22
90/19 92/14 93/10
93/12 93/16 93/17
95/17 96/13 97/3
their [11] 7/13 10/19

than [1]
60/24 61/1 93/5 93/22
96/14
them [12] 24/7 24/17
31/7 45/10 48/14 60/22
63/8 63/11 75/18 82/18
85/16 96/8
then [26] 28/25 32/20
35/6 39/10 40/20 43/3
45/4 45/9 45/16 47/24
54/12 61/2 61/12 65/14
70/8 70/17 71/1 72/4
75/1 78/24 83/9 84/18
84/19 86/2 89/18 97/19
there [34] 4/1 4/12 7/18
7/20 10/6 13/11 24/8
24/18 27/23 28/4 31/2
36/6 38/4 41/10 48/5
58/7 58/8 60/11 60/17
61/6 61/13 78/4 78/12
80/8 82/19 84/25 85/2
85/2 85/3 93/15 94/14
94/16 95/14 96/16
there's [5] 6/24 8/14
9/3 13/8 48/2
therefore [2] 6/6 98/6
these [11] 3/7 5/13
11/22 14/6 15/19 20/19
32/25 56/25 62/4 67/2
83/8
they [29] 8/19 9/11
24/2 24/10 24/13 24/20
31/2 31/8 31/10 32/7
33/1 33/1 40/2 43/10
50/2 50/3 55/15 57/2
68/6 72/3 79/20 84/3
89/10 89/13 91/16 92/7
94/15 94/16 95/20
they're [4] 20/20 66/4
67/2 89/11
they've [2] 54/11 95/22
thing [4] 4/12 7/15 8/5
8/24 9/21 59/23
things [9] 9/5 9/6
37/17 45/19 48/17
60/25 67/17 68/14 97/7
think [77] 4/19 4/22
8/10 8/14 30/3 30/9
30/11 30/11 30/18
30/20 31/3 33/1 33/3
33/16 35/2 35/3 35/19
36/21 36/22 37/6 38/10
38/12 39/5 39/9 39/13
39/14 41/19 43/4 44/12
44/20 44/24 45/10
45/20 45/23 47/20
48/20 48/21 51/2 53/18
58/11 58/14 58/17 61/7
63/11 65/20 66/25
67/18 69/20 70/3 71/12
71/22 72/3 72/14 75/7
77/14 79/21 79/23
79/25 83/24 84/12
85/22 85/23 85/25
86/13 87/4 87/7 88/7
88/16 88/22 93/3 93/16
93/23 94/10 94/12 96/6
96/10 96/25

thinks [1] 97/9

this [172]
THOMAS [7] 1/6 3/3
5/9 5/23 14/8 14/22
15/13
those [39] 6/20 7/2
8/12 9/14 10/3 10/24
16/2 18/19 18/13 31/11
32/25 33/13 37/8 37/16
40/13 48/11 54/21 55/1
58/12 59/16 60/4 61/4
63/8 65/1 65/8 65/25
69/21 71/12 71/18
74/16 74/21 79/14
79/15 79/17 81/15
85/19 86/18 94/16
96/23
thought [6] 27/4 37/24
64/1 76/6 76/12 81/6
thoughts [4] 25/3 25/6
30/16 67/15
three [4] 60/14 60/21
64/15 69/4
through [8] 12/24
17/16 26/18 27/5 28/8
46/10 48/11 70/9
throughout [2] 11/4
70/4
Thursday [6] 49/18
60/22 61/9 61/13 61/14
61/16
ticket [1] 84/4
till [1] 97/19
time [24] 5/21 10/5
10/25 11/2 14/20 18/10
20/8 23/6 24/11 25/22
26/24 29/13 32/18
32/20 32/22 34/24
44/11 45/23 46/2 47/13
58/7 62/15 69/10 89/14
times [10] 30/2 30/6
30/7 30/10 53/13 53/17
65/3 65/8 91/9 96/19
timing [1] 13/15
Tippett [1] 16/22
titled [2] 14/7 98/4
today [14] 4/19 5/22
6/6 6/9 7/8 7/16 8/17
9/15 13/23 26/13 26/24
47/3 60/24 88/17
told [2] 48/17 79/20
tomorrow [1] 4/25
took [10] 18/7 18/11
19/5 19/9 32/12 39/22
53/4 54/4 64/17 67/16
topics [1] 71/4
total [1] 30/2
totally [2] 4/25 96/16
touch [2] 12/1 70/9
touches [1] 71/3
town [2] 50/1 60/23
transcript [3] 1/9 2/12
98/3
transcription [1] 2/12
transition [1] 83/23
transitioning [2] 83/13
90/21
transpired [1] 81/25

**T**

**Transportation [1]** 36/5

**travel [2]** 49/25 84/4

**treat [2]** 20/6 20/16

**treated [3]** 19/23 20/9 34/21

**trial [17]** 7/17 8/6 8/8 8/9 9/6 11/24 11/24 15/9 15/22 16/1 16/10 27/14 27/18 41/18 54/16 55/19 86/20

**trials [1]** 6/13

**triggered [2]** 55/1 55/2

**trouble [10]** 41/24 43/4 61/7 72/2 73/3 73/7 73/20 74/22 80/24 87/19

**true [2]** 11/14 21/18

**Trump [13]** 19/15 19/19 32/14 36/16 36/21 37/2 39/2 42/2 65/15 65/19 67/9 91/19 91/20

**truthfully [1]** 10/23

**try [2]** 11/1 61/3

**trying [4]** 50/2 60/23 60/25 83/14

**turn [8]** 10/24 15/14 16/8 17/2 19/13 42/8 70/8 88/25

**turned [1]** 89/12

**TV [3]** 25/15 26/4 85/14

**tween [1]** 85/23

**tweet [2]** 11/17 85/23

**tweeting [2]** 25/16 26/6

**Twitter [3]** 85/13 85/15 85/25

**two [8]** 7/20 8/12 8/16 10/3 29/22 53/19 61/2 68/13

**twofold [1]** 7/18

**type [1]** 96/15

**typical [1]** 53/11

**typically [1]** 9/1

**U**

**U.S [26]** 1/13 1/17 5/19 14/10 14/24 17/21 17/22 17/25 18/4 18/8 18/12 18/15 18/19 19/5 19/10 21/11 21/12 29/25 32/9 32/13 36/5 50/17 57/3 57/9 62/8 81/8

**U.S. [1]** 21/8

**U.S. Attorney's Office [1]** 21/8

**uh [1]** 57/7

**uh-huh [1]** 57/7

**ultimately [2]** 9/11 39/11

**unanimous [1]** 24/23

**unavoidable [1]** 11/2

**uncle [2]** 49/18 49/24

**uncomfortable [1]** 69/22

**uncommon [1]** 54/14

**understand [11]** 24/5 24/16 47/2 48/10 61/8 91/23 93/4 93/15 94/1 95/9 95/18

**understanding [3]** 54/8 80/24 95/1

**undoubtedly [1]** 86/19

**unequivocally [1]** 97/14

**UNITED [13]** 1/1 1/3 1/10 3/3 5/9 5/23 14/8 14/21 15/8 16/11 16/12 16/13 16/15

**United States [7]** 5/23 14/8 14/21 16/11 16/12 16/13 16/15

**United States of [2]** 3/3 5/9

**unless [2]** 22/24 23/8

**unmasked [3]** 10/2 10/3 10/4

**until [8]** 13/13 22/24 23/9 28/14 61/15 64/24 93/21 95/10

**up [43]** 4/24 7/5 7/6 7/6 7/12 7/14 9/10 13/1 13/2 13/3 13/11 15/6 15/24 28/13 28/14 29/17 31/4 31/13 35/22 38/3 38/18 40/17 40/25 43/18 46/1 53/7 56/16 58/13 60/22 61/14 64/24 66/13 66/23 70/17 72/7 76/23 77/6 78/5 82/8 85/3 85/4 90/6 91/5

**upcoming [1]** 78/9

**upon [9]** 30/17 33/14 33/15 36/18 37/1 41/18 46/8 75/8 79/19

**upsets [1]** 54/12

**urgent [2]** 26/21 27/7

**us [48]** 10/20 13/9 14/4 30/24 32/15 32/25 33/22 34/1 34/8 34/13 35/8 39/1 40/5 44/6 46/20 49/16 50/21 52/15 53/5 53/10 53/16 54/6 57/4 57/8 57/12 57/15 59/15 60/18 64/19 64/25 65/17 68/8 70/22 71/2 77/11 77/13 77/22 81/9 81/17 81/18 83/11 83/16 84/7 84/21 85/11 86/3 89/2 89/8

**usdoj.gov [1]** 1/16 1/20 1/24

**use [4]** 11/8 11/12 13/5 13/25

**using [2]** 6/9 6/11

**usually [3]** 6/21 7/7 53/8

**V**

**vacation [3]** 83/15 83/20 84/3

**various [1]** 69/18

**verdict [5]** 12/8 24/21 24/22 24/23 25/1

**versus [5]** 3/3 5/9 5/23 14/8 14/22

**very [23]** 9/2 25/9 28/22 31/18 31/23 43/13 46/5 50/7 52/22 56/5 56/6 60/1 61/20 63/24 67/22 68/21 72/24 78/16 80/11 83/1 91/2 96/1 97/24

**via [1]** 32/16

**victim [5]** 22/10 22/13 34/7 34/11 35/7

**video [15]** 18/15 18/18 18/22 18/25 29/24 30/3 30/10 30/17 32/8 32/16 53/15 53/15 59/16 65/6 65/13

**videos [17]** 40/19 53/18 53/23 65/8 70/11 71/11 71/12 71/18 75/15 81/8 81/10 81/11 81/24 84/18 86/2 86/4 86/9

**Vietnam [2]** 34/3 34/3

**view [4]** 36/24 86/25 88/5 97/9

**viewed [4]** 53/24 53/25 54/1 65/1

**viewing [1]** 88/9

**views [13]** 30/17 33/8 38/5 39/12 41/15 65/24 86/25 88/4 92/23 94/18 94/20 94/25 95/5

**vigor [1]** 91/13

**violates [1]** 11/22

**Virginia [1]** 16/16

**voice [2]** 29/16 73/21

**voir [4]** 4/3 4/5 97/20 97/22

**vote [3]** 95/15 96/22 97/13

**voted [1]** 88/8

**voting [1]** 88/18

**vs [1]** 1/5

**W**

**Wade [1]** 16/14

**wait [3]** 11/2 29/3 97/24

**waiting [4]** 10/25 11/1 11/3 38/20

**walking [1]** 52/22 85/3

**Walter [5]** 2/2 3/13 3/15 3/16 15/17

**Walter Machnicki [1]** 3/15

**want [26]** 3/12 3/24 4/4 4/22 4/24 5/1 6/1 6/7 6/8 8/5 8/9 8/10 9/11 13/22 37/21 38/21 45/5 55/5 55/24 55/25 67/4 67/6 75/9 91/14 91/17 94/7

**wanted [5]** 3/14 4/24 48/13 48/18 76/14

**warrators [ap]**

**was [85]** 4/3 20/1 20/12 29/24 31/20 31/21 32/19 32/21 33/24 34/10 34/14 34/15 34/17 34/19 34/21 34/23 35/8 35/9 35/11 35/14 37/9 37/18 37/21 38/20 39/2 39/10 39/10 40/3 40/8 41/10 42/1 42/9 42/13 42/19 42/23 47/9 47/10 47/13 47/16 47/17 47/18 47/19 48/15 49/3 50/16 51/14 51/18 52/1 54/1 57/24 58/7 58/8 58/19 60/16 61/7 62/23 63/1 64/1 67/7 67/7 68/8 73/9 73/11 73/12 73/19 77/11 77/21 80/8 80/23 81/2 85/2 86/10 88/9 89/12 89/13 89/16 89/25 91/17 91/18 96/24 97/11

**Washington [5]** 1/5 1/15 1/22 2/10 65/3

**wasn't [3]** 57/24 73/15 75/11

**watch [3]** 59/16 65/13 85/14

**watched [19]** 18/15 18/18 18/21 18/25 29/24 30/3 30/10 32/8 40/7 40/16 40/19 53/15 65/6 65/8 70/11 71/18 75/15 81/8 81/24

**watcher [1]** 84/25

**watching [4]** 25/14 26/4 86/6 86/9

**way [11]** 4/20 8/20 38/12 40/25 47/17 48/5 50/18 54/25 55/8 86/6 87/4

**ways [1]** 96/19

**we [87]** 4/2 4/10 4/11 4/19 4/25 5/25 6/8 6/9 6/10 6/13 6/15 6/19 6/19 7/6 7/23 7/24 7/24 7/25 8/2 8/3 8/8 8/14 9/12 9/17 9/19 10/7 13/5 13/7 13/13 13/13 13/19 14/4 14/17 28/8 28/9 28/10 28/10 28/12 28/14 28/14 28/15 28/24 33/9 38/17 38/25 39/13 40/3 41/7 41/8 44/22 48/16 48/17 48/21 49/15 49/19 52/4 55/17 56/17 57/2 60/15 60/22 62/5 62/7 65/23 65/24 68/7 69/6 68/10 69/5 69/17 70/12 72/14 74/5 74/10 74/11 77/6 77/10 78/25 84/11 84/15 88/1 88/25 91/11 91/11 91/25 92/22 97/18

**W**

**will [6]** 6/9 13/5 13/13 28/10 28/12 28/14 28/24 44/22 84/11

**we'll [13]** 5/3 13/10 14/16 47/24 48/11 49/1 63/23 68/20 80/11 84/15 97/19 97/19 97/22

**we're [18]** 4/20 7/8 7/8 7/10 7/15 7/21 9/5 22/21 26/12 29/7 31/24 46/13 48/23 68/25 69/19 78/15 91/11 97/17

**we've [9]** 6/16 6/18 6/25 9/6 44/21 80/3 86/17 87/4 95/5

**weapon [2]** 14/10 14/24

**wearing [1]** 74/21

**WEBSTER [38]** 1/6 3/3 3/10 5/9 5/23 14/8 14/8 14/11 14/14 14/19 14/22 14/22 14/25 15/2 15/13 15/14 15/16 18/22 22/23 23/1 23/4 23/7 23/10 23/13 23/16 23/22 36/15 37/2 37/21 39/2 41/25 42/15 42/21 66/25 67/7 67/11 91/17 91/18

**week [17]** 26/15 26/15 26/22 27/1 27/2 27/8 49/17 49/17 49/20 49/20 68/12 78/5 78/5 83/12 83/12 83/15 84/10

**weekend [1]** 4/3

**weight [2]** 19/25 20/11

**welcome [5]** 3/18 3/23 5/16 5/20 29/18

**well [21]** 4/9 6/10 6/13 6/17 21/7 44/12 48/5 48/10 49/14 55/3 58/12 61/14 68/23 69/8 75/17 77/14 78/7 80/14 81/20 89/11 93/7

**well-being [1]** 6/13

**went [1]** 86/11

**were [55]** 17/23 18/2 30/12 30/19 33/4 33/4 37/8 37/17 45/5 48/18 51/8 51/8 51/12 51/15 51/20 51/24 52/7 55/8 55/17 57/19 57/19 57/23 58/1 58/3 58/16 62/21 63/2 63/3 63/16 65/10 66/7 68/9 71/25 73/13 74/20 74/21 75/2 75/7 76/13 76/13 79/14 81/11 81/16 83/11 83/19 85/2 85/3 87/16 87/17 89/4 89/9 89/13 93/15 94/13 95/6

**West [2]** 89/21 90/4

**what [94]** 7/25 8/8 10/21 13/23 18/15

**W**

**what...** [89] 18/18 27/20 28/10 29/24 30/3 30/17 31/19 32/9 32/17 32/25 33/12 33/23 34/14 36/5 37/9 37/10 37/12 37/13 37/18 39/14 41/9 41/11 41/13 44/6 44/17 44/21 49/16 52/10 52/15 52/20 54/8 54/11 54/12 55/2 55/4 55/17 55/20 56/20 57/8 57/15 60/16 60/18 63/10 63/17 65/6 66/2 66/15 66/18 67/15 67/16 68/8 68/12 70/18 70/22 71/2 72/4 72/10 73/11 74/9 75/8 75/15 75/22 76/12 77/13 77/22 79/20 79/20 80/4 81/2 81/6 81/8 81/18 81/25 82/3 82/12 82/18 83/11 86/2 86/22 86/24 88/16 93/5 93/7 93/19 95/1 97/5 97/5 97/9 97/15

**what's** [6] 37/14 41/11 54/16 67/15 67/16 76/7

**whatever** [11] 11/6 24/10 24/19 39/11 41/15 48/13 53/7 55/3 71/18 81/21 86/25

**when** [24] 9/23 13/19 14/15 14/17 30/6 32/19 32/22 39/10 48/20 48/21 51/13 51/25 52/11 52/16 52/20 59/14 65/9 70/14 71/14 83/16 88/12 89/15 92/21 97/11

**whenever** [1] 70/15

**where** [13] 7/6 9/2 28/23 51/9 51/10 51/12 51/18 56/1 82/15 84/7 89/21 90/21 95/20

**whether** [32] 9/11 14/18 16/4 30/22 32/8 33/13 33/19 34/5 38/5 39/1 39/3 41/10 41/12 50/2 50/16 50/21 50/22 51/9 53/23 54/18 57/3 57/4 64/16 76/25 78/25 81/7 82/1 85/16 86/14 88/16 89/1 94/6

**which** [31] 6/19 6/22 7/11 8/20 9/3 9/7 9/21 11/24 13/1 13/5 29/24 32/8 40/3 44/4 48/8 49/15 53/11 54/3 55/8 57/9 57/12 60/16 60/17 62/7 62/12 68/8 78/25 83/10 85/11 89/16 94/6

**whichever** [1] 58/18

**while** [9] 11/3 11/10 11/12 29/9 47/9 48/22 68/25 89/14 91/1

**who** [30] 6/20 7/2 7/24 8/2 8/15 9/10 10/18

17/1 33/4 33/22 37/15 38/6 57/15 58/3 58/3 58/15 59/5 59/22 63/3 67/8 71/17 85/19 88/9 89/9 93/15 94/13

**who's** [4] 46/12 46/12 89/5 96/13

**whole** [3] 40/16 65/13 86/20

**whom** [1] 58/23

**why** [20] 7/20 8/4 33/1 33/1 40/2 49/14 57/2 60/15 62/5 62/7 68/7 69/5 70/11 77/9 78/25 88/13 88/25 92/14 93/13 97/18

**WiFi** [1] 11/7

**will** [61] 5/24 6/9 7/3 7/12 7/13 8/17 9/2 9/7 9/7 9/8 9/10 9/15 9/22 9/22 9/24 9/25 10/1 10/2 10/3 10/18 10/20 10/25 11/1 11/14 12/7 12/8 12/15 12/25 13/5 13/11 13/13 23/17 23/23 25/9 25/12 25/15 25/24 26/1 26/4 26/15 26/17 26/18 27/2 27/4 27/5 28/10 28/12 28/14 28/16 28/23 28/24 42/21 44/22 48/3 48/3 49/24 69/23 69/24 72/25 78/17 84/11

**William** [3] 2/7 98/2 98/11

**willing** [1] 92/7

**willingness** [2] 25/20 26/10

**windowless** [1] 9/3

**wish** [5] 11/5 12/5 13/6 29/10 56/15

**within** [1] 7/19

**without** [2] 37/3 37/22

**witness** [21] 10/2 10/2 17/4 17/5 17/5 17/6 17/24 18/3 19/24 20/1 20/1 20/7 20/10 20/12 20/12 20/17 22/10 22/13 34/7 52/10 56/8

**witnessed** [1] 52/15

**witnesses** [5] 9/24 16/9 16/24 27/13 27/17

**won** [1] 88/9

**word** [2] 75/5 75/10

**words** [2] 47/11 77/16

**work** [47] 17/20 17/22 21/1 21/2 21/15 21/15 31/6 31/11 50/17 50/22 52/1 52/7 52/12 52/16 57/3 57/4 57/7 57/9 57/9 57/15 57/16 58/10 58/23 59/1 59/10 59/19 62/8 62/21 62/23 62/24 63/1 63/2 66/16 77/22 77/24 77/25 78/5 79/1 79/6 79/8 79/11 79/15 82/13 82/15 83/17

**worked** [8] 22/2 22/2 22/6 22/7 30/23 30/24 58/6 59/5

**working** [3] 57/20 57/24 58/1

**works** [2] 30/25 31/1

**world** [1] 36/25

**worries** [1] 45/6

**would** [107]

**wouldn't** [1] 35/19

**wounded** [1] 54/11

**write** [10] 12/17 12/19 12/21 12/23 15/3 15/4 21/18 21/25 76/13 76/14

**writer** [1] 78/8

**writing** [3] 12/11 12/12 12/13

**written** [1] 75/20

**wrong** [2] 33/5 94/14

**wrote** [2] 76/11 76/25

**Y**

**yeah** [37] 40/21 42/19 46/1 46/2 51/7 51/11 51/16 51/16 51/21 52/14 53/3 53/8 53/13 54/7 55/6 56/21 58/2 58/8 59/23 69/14 71/10 76/8 81/4 83/13 85/24 86/11 87/3 87/6 87/14 88/7 88/22 91/6 92/13 93/3 95/9 95/18 96/25

**year** [4] 6/11 9/6 68/14 69/10

**years** [4] 63/19 89/13 89/15 89/16

**Yep** [1] 90/20

**yes** [97] 3/20 4/6 12/16 12/17 12/21 13/2 15/3 21/17 21/25 29/20 29/22 30/1 32/1 32/7 32/10 33/17 33/21 34/9 35/23 36/3 37/6 39/5 39/22 40/2 42/6 44/2 44/14 44/19 45/12 48/25 49/9 49/14 50/11 50/13 50/14 51/10 51/23 52/8 56/10 56/23 57/1 57/11 57/22 58/5 58/5 58/18 58/20 58/21 60/8 61/11 61/18 62/5 62/9 62/18 63/5 63/9 64/5 66/6 66/11 68/4 68/6 69/4 73/5 73/9 73/12 74/14 75/14 75/18 75/25 76/4 76/6 76/13 76/14 76/19 76/22 77/9 78/22 78/24 79/5 79/13 79/16 79/18 80/17 80/21 82/6 83/9 84/6 85/18 90/11 91/3 92/3 93/15 96/23

**yesterday** [1] 68/10

**York** [3] 1/22 21/6 65/3

**you** [736]

55/3 56/1 58/9 70/19 95/3

**you'd** [8] 29/17 32/2 46/18 50/18 60/9 62/1 62/25 83/7

**you'll** [5] 7/13 8/10 9/1 16/24 64/3

**you're** [27] 6/22 8/10 29/18 36/1 36/21 38/8 44/13 46/20 56/19 62/2 62/12 62/13 64/5 64/11 67/11 69/16 71/17 74/9 75/24 76/3 76/21 80/16 81/18 83/16 84/7 90/9 97/21

**you've** [38] 30/9 30/17 32/11 32/13 32/24 40/1 41/2 47/2 52/25 53/14 53/23 53/24 55/20 56/25 59/13 60/14 60/17 63/10 63/17 65/1 65/8 67/1 68/6 70/11 71/12 71/19 72/15 72/16 79/17 79/20 81/7 81/24 82/3 83/8 86/24 92/8 93/10 96/25

**younger** [1] 68/11

**your** [164]

**Your Honor** [19] 3/20 4/6 4/12 4/23 5/6 5/8 31/15 31/17 35/23 36/3 58/21 66/14 68/19 72/8 78/14 82/9 90/7 96/18 96/24

**yourself** [2] 6/2 49/6

**yourselves** [1] 11/5

**Z**

**Zaremba** [3] 2/7 98/2 98/11

**zero** [4] 93/24 93/24 94/6 94/6

**zero-zero** [2] 93/24 94/6