```
                  IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA,        )
                                 )
          Plaintiff,             )
                                 )    CR No. 21-208
                                 )    Washington, D.C.
        vs.                      )    April 25, 2022
                                 )    1:00 p.m.
THOMAS WEBSTER,                  )
                                 )    Day 1
          Defendant.             )    Afternoon Session
_____ )
```

```
            TRANSCRIPT OF JURY SELECTION PROCEEDINGS
             BEFORE THE HONORABLE AMIT P. MEHTA
                 UNITED STATES DISTRICT JUDGE
```

APPEARANCES:

For the Government:            Brian P. Kelly
                               U.S. ATTORNEY'S OFFICE
                               555 Fourth Street NW
                               Suite 3816
                               Washington, D.C. 20530
                               (202) 252-7503
                               Email: brian.kelly3@usdoj.gov

                               Hava Arin Levenson Mirell
                               U.S. ATTORNEY'S OFFICE
                               312 N. Spring St.
                               Suite 1200
                               Los Angeles, CA 90012
                               (213) 894-0717
                               Email: hava.mirell@usdoj.gov

                               Katherine Nielsen
                               Fraud Section
                               1400 New York Ave., NW
                               Washington, D.C. 20530
                               (202) 355-5736
                               Email:
                               katherine.nielsen@usdoj.gov

APPEARANCES CONTINUED:

For the Defendant:            James E. Monroe
                             Walter Machnicki
                             DUPEE & MONROE, P.C.
                             211 Main Street
                             PO Box 470
                             Goshen, NY 10924
                             (845) 294-8900
                             Email:
                             marina@dupeemonroelaw.com


Court Reporter:              William P. Zaremba
                             Registered Merit Reporter
                             Certified Realtime Reporter
                             Official Court Reporter
                             E. Barrett Prettyman CH
                             333 Constitution Avenue, NW
                             Washington, D.C. 20001
                             (202) 354-3249


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

```
 1                    P R O C E E D I N G S
 2              COURTROOM DEPUTY:  All rise.  This Honorable Court
 3    is again in session.
 4              THE COURT:  Please be seated, everyone.
 5              Ms. Mirell, did you want to raise something before
 6    we get started?
 7              MR. MIRELL:  Yes, Your Honor.
 8              I just wanted to disclose for the record that I do
 9    recognize someone in the courtroom, I recognize your Law
10    Clerk, David Alpert, I went to high school with him.
11              THE COURT:  Yeah.
12              MR. MIRELL:  I've conferred with Mr. Monroe about
13    this.  I've been very careful not to talk to him about any
14    proceedings before Your Honor or this case, but I want to
15    make the record.
16              THE COURT:  Sure, I appreciate that.
17              We are aware of that.  And Mr. Alpert is not the
18    Law Clerk that's assigned to this case for that -- for one
19    of these reasons.
20              Before we -- Mr. Monroe, let me just ask, because
21    I don't -- I think the question that you've been asking,
22    I understand why you've been asking about disadvantaged, is
23    problematic for the reasons I've identified, it is a little
24    indefinite, and it's not clear to me what you mean by
25    "disadvantaged."
```

1      And so I think I'll just ask you, you know, to the

2 extent that you want to probe bias, keep it within the

3 confines of presumptions and burdens and the like; you know,

4 would you presume this person would have done something

5 wrong, et cetera, I think that's a little bit more precise

6 than just sort of disadvantaged, which I think is a little

7 bit indefinite.

8      MR. MONROE:  I'll adopt the Court's view.

9 Thank you.

10      THE COURT:  Thank you.  I appreciate that.

11      All right.  Let's bring in our next juror.

12      Hi, ma'am.  How are you?

13      PROSPECTIVE JUROR:  I'm okay.

14      THE COURT:  You are juror 1086?

15      PROSPECTIVE JUROR:  Yes.

16      THE COURT:  All right.  Feel free, by the way, to

17 remove your mask if you'd like during this questioning.

18      All right.  So you answered three questions yes,

19 questions 8, 11, and 9 -- excuse me, 8, 11, and 19.  So

20 let's start with 19 and that was the hardship question.  Can

21 you tell me what would cause a hardship if you were asked to

22 serve?

23      PROSPECTIVE JUROR:  Sure.

24      So I'm an elementary school principal at a public

25 charter here in D.C.  We started our PARCC testing today.

1    And they could manage without me, but I did want to include

2    that as something that would be a challenge if I were

3    selected.

4              THE COURT:  Okay.

5              Look, I appreciate that, and thank you for what

6    you're doing for our children, I have two school-age kids

7    myself.  But, you know, absent sort of extraordinary

8    work-related circumstances, I don't excuse people for that

9    reason.

10             PROSPECTIVE JUROR:  Sure.

11             THE COURT:  The other two questions you answered,

12   8 -- were 8 and 11.  8 concerns the video and whether you've

13   watched video of the events of January the 6th.  Can you

14   give us an estimate about how many different videos you may

15   have seen?

16             PROSPECTIVE JUROR:  Maybe only a handful.  I did

17   watch footage the day of January 6th via the news, and have

18   maybe seen a few others via social media --

19             THE COURT:  Okay.

20             PROSPECTIVE JUROR:  -- but none not really since

21   around the time that that happened.

22             THE COURT:  And if I understand you correctly,

23   that's not -- you're not seeking out -- I don't hear you to

24   say that you seek out news or videos of those day's events.

25             PROSPECTIVE JUROR:  That is correct.

```
1              THE COURT:  And then Question 11 concerned your
2    feelings about the former president and his supporters.
3              So let me just preface what I'll say before I ask
4    you to respond, which is, you know, look, everybody has
5    views, political views about the current President, the
6    former President, some are more strongly held than others.
7    But your views about the former President and even his
8    supporters really aren't what is on trial here.  What's on
9    trial is -- Mr. Webster's on trial for his conduct on that
10   day.  Could you set aside your views about the President and
11   give him a fair and impartial review of the evidence?
12             PROSPECTIVE JUROR:  Yes.
13             THE COURT:  And if you were convinced that
14   government had failed to meet its burden of showing him
15   guilty beyond a reasonable doubt, could you return a verdict
16   of not guilty?
17             PROSPECTIVE JUROR:  Yes.
18             THE COURT:  Okay.
19             All right.  On behalf of the government, any
20   follow-up?
21             MR. KELLY:  Just one, Your Honor.
22             Good afternoon.
23             PROSPECTIVE JUROR:  Hi.
24             MR. KELLY:  You mentioned that you had seen some
25   videos, I think, you know, the day of and maybe a few since
```

1   then.  If you're able to, what are sort of some of the news

2   sources where you saw those videos, if you remember?

3            PROSPECTIVE JUROR:  Majority of them I saw on CNN.

4   And if there were any more that I saw, it would most likely

5   be through social media.  So maybe on Facebook or TikTok.

6            MR. KELLY:  Okay.  Thank you.

7            THE COURT:  Mr. Monroe.

8            MR. MONROE:  Could I ask you, what are your views

9   as to what transpired on January the 6th?  Could you share

10  that with us?

11           PROSPECTIVE JUROR:  I believe that what happened

12  was very scary, and I do not agree with the way in which the

13  people at the Capitol on January 6th conducted themselves.

14           MR. MONROE:  Would you view that a strongly held

15  belief?

16           PROSPECTIVE JUROR:  Fairly strong.

17           MR. MONROE:  Would those beliefs in any way

18  undermine the principle that Mr. Webster here who's on

19  trial, without the government having presented evidence

20  against him, enjoys the presumption of innocence?

21           PROSPECTIVE JUROR:  No.

22           MR. MONROE:  You're okay with that?

23           PROSPECTIVE JUROR:  Yes.

24           MR. MONROE:  Whatever views you have about what

25  happened on January 6th, you can set them aside and listen

```
 1   to whatever evidence the government has as to this case?
 2              PROSPECTIVE JUROR:  Yes.
 3              MR. MONROE:  All right.  Thank you for speaking
 4   with me.
 5              THE COURT:  Thank you, Mr. Monroe.
 6              Thank you very much, ma'am.  Mr. Douyon will show
 7   you out of the courtroom.
 8              COURTROOM DEPUTY:  Juror No. 0759.
 9              THE COURT:  Hi, sir.  How are you?
10              PROSPECTIVE JUROR:  I'm sorry?
11              THE COURT:  I said, "How are you?"
12              PROSPECTIVE JUROR:  Doing well.  Thank you.
13              THE COURT:  Feel free to remove your mask if you
14   wish for present purposes.
15              You are juror 0799?
16              PROSPECTIVE JUROR:  Correct.
17              THE COURT:  All right.
18              You answered two questions yes, questions 8 and
19   11.
20              Question 8 concerns having watched video of what
21   happened on the Capitol on January the 6th.  Can you give us
22   a sense of how many such videos you may have seen over time?
23              PROSPECTIVE JUROR:  Well, I mean -- oh, gosh.
24              Well, I mean, I was watching it as it was
25   happening, I was watching the news live.  And I'm seeing,
```

1   you know, random snippets on the news after it happened.

2   I mean, I can't guesstimate.  I mean, I didn't -- I wasn't

3   on, like, YouTube searching videos, just stuff like the

4   news, like, CNN was constantly showing.

5               THE COURT:  Right.

6               So correct me if I am wrong, but it sounds like

7   what you're telling us is that you aren't actively -- have

8   not been actively seeking out --

9               PROSPECTIVE JUROR:  No, I have not.

10              THE COURT:  -- news or video, but, for example, if

11  a video is embedded in a news story, that may be something

12  you may have seen.

13              PROSPECTIVE JUROR:  I may have done it then, but

14  haven't looked at stuff in, like, a year.

15              THE COURT:  Okay.

16              So then you also answered Question 11, which

17  concerns your feelings of the former President and his

18  supporters.

19              So before I ask you my question, let me sort of --

20              PROSPECTIVE JUROR:  Just -- I wasn't a fan of

21  Trump.

22              THE COURT:  Okay.

23              PROSPECTIVE JUROR:  So his supporters, I mean, you

24  know, I've been in D.C. a while, some of them do get a

25  little chaotic, and they're not fun to be around when

1    they're being wild around the streets.  I mean, so...

2              THE COURT:  So a lot of folks have variously held

3    views about the current President, the former President,

4    some strong, not so strong.  Of course, that's not the

5    question here in this trial.  The question in this trial is

6    whether you can be fair and impartial notwithstanding your

7    political views --

8              PROSPECTIVE JUROR:  Right.

9              THE COURT:  -- about this defendant.  Do you think

10   you could do that?

11             PROSPECTIVE JUROR:  Yes.

12             THE COURT:  And if you were instructed -- and you

13   will be instructed that he is presumed to be innocent even

14   before the government presents a shred of evidence.  Is that

15   a presumption you could follow?

16             PROSPECTIVE JUROR:  Yes.

17             THE COURT:  And if the government failed in its

18   burden to demonstrate his guilt beyond a reasonable doubt,

19   would you have any trouble finding the defendant not guilty?

20             PROSPECTIVE JUROR:  I would not.

21             THE COURT:  Any follow-up from the government?

22             MR. KELLY:  Just very briefly, Your Honor.

23             Good afternoon, sir.

24             What do you do for a living?

25             PROSPECTIVE JUROR:  Project management consultant

1    at the FAA.

2              MR. KELLY:  The FAA.

3              What is it that you do, I mean, just generally?

4              PROSPECTIVE JUROR:  Sure.

5              I do, like, data analysis on a computer, and I

6    track programs, like, for costs and schedule.

7              MR. KELLY:  Thank you.

8              THE COURT:  Mr. Monroe, anything further?

9              MR. KELLY:  No follow-up.

10             THE COURT:  Thank you.

11             Sir, thank you very much.  Mr. Douyon will show

12   you out of the courtroom.

13             PROSPECTIVE JUROR:  Thank you.

14             THE COURT:  All right.  Good afternoon, sir.  Feel

15   free to remove your mask if you'd like for present purposes.

16             You are juror 0950; is that right?

17             PROSPECTIVE JUROR:  That's correct.

18             THE COURT:  Okay.  So you answered a handful of

19   these questions yes, 6, 7, 8, 13B, and 13D.

20             PROSPECTIVE JUROR:  Correct.

21             THE COURT:  So let's start with 6, which asked

22   whether you or someone you know was either a participant in

23   or physically present as a witness to the events of January

24   6.  Can you tell us about that?

25             PROSPECTIVE JUROR:  Correct.

1          One of my colleagues was a reporter there that
2    day, like, just kind of rally and stuff beforehand but not
3    involved by any means.
4          THE COURT:  Okay.
5          So when you say your colleagues, I haven't looked
6    at what your occupation is, but you are a member of the
7    media?
8          PROSPECTIVE JUROR:  Yeah, I work for a radio
9    station.
10          THE COURT:  I'm sorry, who?
11          PROSPECTIVE JUROR:  A radio station.
12          THE COURT:  And is it a local radio station or a
13    national radio station?
14          PROSPECTIVE JUROR:  Local.
15          THE COURT:  Can you just identify the station?
16          PROSPECTIVE JUROR:  It's WAMU.
17          THE COURT:  Oh, all right.  Of course.
18          And as part of your work for WAMU, are you a
19    journalist for WAMU or some other capacity?
20          PROSPECTIVE JUROR:  Yes, I cover transportation.
21          THE COURT:  Okay.
22          And -- oh, I'm now putting it all together; I've
23    heard you on the radio more than once.
24          So your regular beat is transportation, but have
25    you done any news story or any news coverage concerning

1   January 6th?

2           PROSPECTIVE JUROR:  I wasn't here.  I was actually

3   coming back from the holiday, so I wasn't physically

4   covering anything.

5           I'm trying to remember.  I think I might have had

6   to call a Congress member later in that night for a story,

7   but I didn't do very much day-of coverage by any means.

8           THE COURT:  Okay.  How about since?

9           PROSPECTIVE JUROR:  I covered a little bit of the

10  fence discussion.  After January 6th, the neighborhood was

11  concerned about the fence.  And a lot of people use that

12  area for recreation or biking or walking through there.

13  So I think that's about the extent that I've kind of had any

14  ancillary coverage around January 6th.

15          THE COURT:  And so you've mentioned one colleague

16  who was there that day, covered the news that day.  Are

17  there other colleagues at WAMU who have sort of continued to

18  cover the events of January the 6th?

19          PROSPECTIVE JUROR:  No.  Since we're, like, the

20  local NPR station, a lot of national NPR, they're

21  congressional reporters, they're public safety, criminal

22  justice reporters.

23          THE COURT:  Right.

24          PROSPECTIVE JUROR:  But our focus is really on the

25  local community.  So what we focused on, you know, Capitol

1    Hill neighbors, staff maybe, that sort of thing, but not so
2    much the particular event but just kind of how it affected
3    other people in the District.
4             THE COURT:  Got you.
5             So given all of that, the fact that you are a
6    journalist, you know folks who have had -- may have done
7    some limited coverage of the events of January the 6th,
8    you've done yourself a little bit of coverage of the sort of
9    impacts of that day, do you think there's any reason that
10   you couldn't be fair and impartial if you were selected as a
11   juror in this case?
12            PROSPECTIVE JUROR:  No, I'm -- you know, I mean,
13   that's my job every day is to be impartial and balanced,
14   look at all the sides, that sort of thing, so I'm pretty
15   used to that, and I don't think it would affect my
16   decision-making in this case.
17            THE COURT:  Okay.
18            So Questions 7 and 8 concern news coverage and
19   viewing of videos of those events.  Can you just give us a
20   sense of how much news and video you've watched and how
21   closely you followed it over the past year plus?
22            PROSPECTIVE JUROR:  Yeah.  I mean, like day of,
23   I was actually at my girlfriend's parents' house down in
24   North Carolina, and so I was watching a lot of kind of the
25   TV coverage of it and that sort of thing as it played out.

1          Like I said, a few local impacts, that sort of

2   thing, but haven't really followed much of -- I mean, you

3   know, that day kind of had so many --

4          THE COURT:  Right.

5          PROSPECTIVE JUROR:  -- tentacles or whatever.

6   It's gotten a lot of -- so I followed it generally but not

7   blow-by-blow coverage by any means.

8          THE COURT:  Got it.

9          So anything about the news coverage or the videos

10  you've seen that might cause you to think you couldn't be

11  fair and impartial to this defendant?

12         PROSPECTIVE JUROR:  No, I don't think so.

13         THE COURT:  Okay.

14         Any doubt in you mind about that?

15         PROSPECTIVE JUROR:  No.

16         THE COURT:  All right.

17         So you also answered Question 13B and 13D yes.

18  So let's talk about the member of the group, friends, family

19  who have served in the Armed Forces.

20         PROSPECTIVE JUROR:  Yeah, my grandpa was a cook

21  during World War II.  One of my old roommates actually just

22  joined the Air Force as a physical therapist, but that's the

23  extent.

24         THE COURT:  Okay.

25         And then Question 13 asked whether any member of

1    the group has been arrested for, charged with, or convicted

2    of a crime or been a victim of or a witness to a crime.  Can

3    you tell us about that?

4             PROSPECTIVE JUROR:  Yeah.

5             I mean, I know multiple people that have witnessed

6    crimes and that sort of thing over time, but I don't know if

7    you want me to expand on that at all.

8             THE COURT:  Well, let me follow up.

9             You know, not surprisingly, you're a D.C.

10   resident --

11            PROSPECTIVE JUROR:  Right.

12            THE COURT:  -- and many of us has been one degree

13   of separation from such things.

14            Based upon your friends' experiences and the

15   things you've talked to them about, have you formed any

16   impressions about the D.C. MPD, for example?

17            PROSPECTIVE JUROR:  No, not particularly.

18            THE COURT:  Any impressions about the

19   U.S. Attorney's Office in this district?

20            PROSPECTIVE JUROR:  No.

21            THE COURT:  Anything about your friends'

22   experiences with having been victims of crimes that would

23   cause you to think you couldn't be fair and impartial in

24   this case?

25            PROSPECTIVE JUROR:  No.

1           And actually the one I was thinking of didn't even

2     happen here.

3           THE COURT:  Okay.

4           PROSPECTIVE JUROR:  So no.

5           THE COURT:  All right.

6           Any follow-up from the government?

7           MR. KELLY:  Briefly, Your Honor.

8           Good afternoon.

9           PROSPECTIVE JUROR:  Good afternoon.

10          MR. KELLY:  Could you just explain just a little

11    bit more the work that you did on covering the Capitol

12    fencing?

13          PROSPECTIVE JUROR:  Yeah.

14          So after -- and I'm trying to remember when this

15    was -- maybe in the months after, I can't remember how long

16    the fencing was up after January the 6th, but there was a

17    group formed, I can't remember the name of it off the top of

18    my head, but basically it was Capitol Hill neighbors that

19    were concerned that that fence would become kind of a

20    permanent part of the complex.  And so Delegate Eleanor

21    Holmes Norton had some hearings on it, so I covered some of

22    that, and interviewed some neighbors about what that would

23    mean for their day-to-day lives if that fence remained.

24          MR. KELLY:  And was that sort of neutral news

25    coverage, as opposed to you doing opinion piece work?

```
 1              PROSPECTIVE JUROR:  Correct, yeah.
 2              MR. KELLY:  And then the last question is, other
 3    than NPR, I guess would be an obvious one, but you mentioned
 4    that you had been following generally some of the media
 5    coverage.  What are some of the general sources of news that
 6    you followed?
 7              PROSPECTIVE JUROR:  Washington Post, different TV,
 8    CNN, different kind of just general national sources.
 9              MR. KELLY:  Thank you very much.  Nothing further.
10              THE COURT:  Mr. Monroe.
11              MR. MONROE:  Good afternoon.
12              PROSPECTIVE JUROR:  Good afternoon.
13              MR. MONROE:  How far do you live from the Capitol?
14              PROSPECTIVE JUROR:  Currently, I live in Tacoma,
15    which is actually about four miles as the crow flies north.
16              MR. MONROE:  Journalists have unique relationships
17    with members of the community.
18              PROSPECTIVE JUROR:  Correct.
19              MR. MONROE:  Could you describe what professional
20    contacts, if any, you have with the Metropolitan Police
21    Department?
22              PROSPECTIVE JUROR:  I mean, I've had to cover
23    crimes before.
24              For instance, on Friday, there was a pretty big
25    shooting, I guess, Friday.  So, you know, I covered their
```

1    press conferences and that sort of stuff.  But I don't have

2    any personal relationships really with members of MPD.

3              MR. MONROE:  How about on the subject of

4    transportation, do you deal with MPD on those issues?

5              PROSPECTIVE JUROR:  Not too much.

6         Metro has their own transit police.  And I've

7    covered their initiatives and stuff in the past, but, again,

8    nothing, personal interactions, that sort of thing.

9              MR. MONROE:  What's your general view as to what

10   transpired on January 6th?  What's your take on it?

11             PROSPECTIVE JUROR:  I mean, it was an

12   unprecedented event.  Certainly was surprising and, I guess,

13   shocking.  I don't know if that's -- I guess I never

14   expected our Capitol to be intruded, I'm not sure what the

15   correct word is.  But, you know, unless you're part of a

16   tour group, there's not too often that you get to go in

17   there.  So I'd say that it was pretty unprecedented.

18             MR. MONROE:  Anything about your knowledge or

19   experience with what happened on January 6th?

20             PROSPECTIVE JUROR:  I'm sorry, I didn't hear you.

21             MR. MONROE:  Anything about your knowledge or

22   experience as to what happened on January 6th would

23   undermine that basic principle that Mr. Webster, before any

24   evidence has been presented by the government, he enjoys the

25   presumption of innocence?

1          PROSPECTIVE JUROR:  Correct.  I mean, facts have

2    to prove what's alleged happened, facts have to prove that.

3          MR. MONROE:  Thanks so much for speaking with me.

4          PROSPECTIVE JUROR:  Thank you.

5          THE COURT:  All right.  Thank you, sir.

6          Mr. Douyon will show out of the courtroom.

7          PROSPECTIVE JUROR:  Thank you.

8          MR. KELLY:  Your Honor, just briefly, I'm sorry

9    for -- before the next juror is brought in --

10         I apologize, Your Honor, my colleagues just raised

11   a good point, hence the delay, that the juror who was just

12   sitting there has knowledge of the fencing issue, I guess,

13   firsthand knowledge of the fencing issue at the Capitol,

14   which is going to be in evidence in this case.  I just

15   wanted to raise that as a possible problem, just him

16   bringing in specific prior knowledge about things that are

17   going to be presented by the government.

18         THE COURT:  Well, I didn't quite understand him to

19   say that.  I understood him to say what he covered was the

20   community's reaction to the fencing, not anything particular

21   about the fencing.

22         And so -- and beyond that, what he's said is that

23   his knowledge about the fencing isn't contemporaneous to the

24   6th, it's the community's reaction afterwards.

25         So I don't think he has any -- unless you have

```
 1    reason to believe that there's going to be some pre-existing
 2    knowledge based upon what he's described that's going to
 3    affect his view of the evidence, I'm not inclined to be too
 4    troubled by that.
 5              MR. KELLY:  I don't think there was anything
 6    further than that, Your Honor.
 7              THE COURT:  Okay.
 8              All right.
 9              All right.  Let's bring in our next juror.
10              COURTROOM DEPUTY:  Juror No. 1343.
11              THE COURT:  Hi, ma'am.  How are you?
12              PROSPECTIVE JUROR:  Good.  Thanks.
13              THE COURT:  Feel free to remove your mask if you
14    wish.
15              You are juror 1343?
16              PROSPECTIVE JUROR:  Yes.
17              THE COURT:  Okay.
18              You've answered three questions, starting with
19    Question 8, and then 13B and 13C.  So let's start with 8,
20    which asked whether you watched -- whether you've seen video
21    of what happened on the Capitol January 6th.
22              Can you give us just a ballpark sense of how many
23    such videos you may have seen in the last year plus?
24              PROSPECTIVE JUROR:  Oh.  I mean, I guess I saw
25    some of the news reports at the time, so that's what I was
```

1    specifically referring to.

2            THE COURT:  Okay.

3            PROSPECTIVE JUROR:  I don't know that I would say

4    in the last year that I've watched anything or thought about

5    it that much.  It was more just that awareness of the

6    initial kind of media reports that came out.

7            THE COURT:  Okay.

8            So is it fair to say that most of what you have

9    seen is sort on that day or shortly after?

10           PROSPECTIVE JUROR:  Yes, definitely.

11           THE COURT:  Anything about the fact that you've

12   seen those videos, do you think it would cause you to think

13   you couldn't be fair and impartial in this case?

14           PROSPECTIVE JUROR:  No, I don't think so.

15           THE COURT:  And any reason to think that you

16   couldn't be -- presume this defendant to be innocent and

17   hold the government to its burden of proof in this case?

18           PROSPECTIVE JUROR:  I don't think there's any

19   reason.

20           THE COURT:  And if you were to conclude that the

21   government had not met its burden of proof, any trouble --

22   any reason to think you would have trouble returning a

23   not-guilty verdict?

24           PROSPECTIVE JUROR:  No.

25           THE COURT:  All right.

1          Questions 13B and C asked whether any member of

2    the group had served in the Armed Forces.  Can you tell us

3    about that?

4          PROSPECTIVE JUROR:  So I understand that group

5    referred to family members.

6          THE COURT:  Yes.

7          PROSPECTIVE JUROR:  My husband, before we met, was

8    an Air Force JAG for about four or five years.

9          THE COURT:  Okay.

10          PROSPECTIVE JUROR:  And my -- his brother, my

11    brother-in-law, was a Green Beret for a period of time.

12          THE COURT:  Okay.

13          PROSPECTIVE JUROR:  And my brother's -- sorry.

14    My husband's sister's husband was in the Navy early on in

15    his career but not while I've known him.

16          THE COURT:  Okay.

17          Question 13C asked whether you know anybody -- or

18    any member of that group has attended law school.  You've

19    just mentioned your husband.  Is there anybody else other

20    than your husband?

21          PROSPECTIVE JUROR:  I couldn't remember if the

22    group involved me.

23          THE COURT:  Yes, that included you.

24          PROSPECTIVE JUROR:  It includes me.

25          As you can probably tell from my accent, I'm

1    Australian born.  I qualified as an attorney in Australia.

2    I practiced for a few years after I graduated.  I haven't

3    practiced for a long time; I work in policy now.  But I did

4    also do the New York Bar in 2006, 2007.

5                   THE COURT:  Okay.

6              So have you done any criminal work?

7                   PROSPECTIVE JUROR:  No.  I did corporate

8    commercial work, intellectual property.

9                   THE COURT:  And your husband was in the JAG for a

10   period of time, although it was before you were married.

11   Did he do any criminal work as a JAG lawyer, to your

12   knowledge?

13                  PROSPECTIVE JUROR:  I -- not to my knowledge.

14   He was in Kuwait and maybe Afghanistan.  So I think when

15   you're there, you kind of do a bit of everything.  But his

16   specialization is procurement and government contracts, so

17   that was primarily the law that he went in to practice and

18   what he practices now.

19                  THE COURT:  Okay.

20             You're a lawyer, or at least trained as a lawyer,

21   your husband is a lawyer.  You may have learned some things

22   about the criminal law in the course of your education, what

23   have you.  Would you be able to put all of that aside and

24   follow the instructions as I give them to you, even if you

25   thought, for example, there was -- they were wrong?

```
1              PROSPECTIVE JUROR:  Yes.

2              THE COURT:  All right.  Any follow-up from the

3    government?

4              MR. KELLY:  Just a few questions, Your Honor.

5              Good afternoon.

6              And apologies if you'd sort of covered some of

7    this, I just want to make sure I've got it straight.

8              So did I hear that you graduated from law school

9    in Australia?

10             PROSPECTIVE JUROR:  Yes.

11             MR. KELLY:  So that's where your accent is from.

12   I probably should have been able to place it.

13             Around when did you move to the United States?

14             PROSPECTIVE JUROR:  So I moved here -- I've been

15   here about 20 years.  So I moved here as a Diplomat in

16   August of -- it's all fuzzy now -- 2004.

17             MR. KELLY:  Okay.

18             Where were you a Diplomat?

19             PROSPECTIVE JUROR:  I was based at the Australian

20   embassy in Washington, D.C.  I worked for the Australian

21   Foreign Service.

22             MR. KELLY:  Did you continue to do that for a

23   number of years after you moved here?

24             PROSPECTIVE JUROR:  No.

25             I did that for about three and a half years.
```

```
1    Then I met my husband while I was based on Washington, D.C.
2    We decided to get married.  And at that point, I left the
3    Foreign Service.  We decided to stay in America.  I became a
4    naturalized U.S. citizen.  And then, because I was staying
5    here, I kind of did the Bar Exam, because I figured I was
6    going to be looking for a job, but then I never practiced
7    and I never had a big interest in practicing.
8              MR. KELLY:  Okay.
9              So after you left the Foreign Service and moved
10   here, you haven't practiced law since then?
11             PROSPECTIVE JUROR:  No, no, I've worked in policy.
12             MR. KELLY:  And what is -- I guess just generally,
13   what do you do in a policy sense?
14             PROSPECTIVE JUROR:  So I work for a bureau of the
15   Department of Treasury called the Alcohol and Tobacco Tax
16   and Trade Bureau.  And my -- I've always worked on
17   international policy issues.  So my specialization is that
18   of international alcohol-related issues.  So I do a lot of
19   work on wine labeling and wine standards and talking to
20   foreign governments about their standards and our standards.
21             MR. KELLY:  And that's a policy, not a legal
22   issue?
23             THE COURT:  Counsel, can we --
24             PROSPECTIVE JUROR:  It's a policy job.  We have
25   counsel in the office, but I'm not -- I don't work with
```

1   counsel.

2          MR. KELLY:  My last question then is, moving on

3   from what you do, you mentioned that you had watched some

4   videos or some news coverage about what happened on

5   January 6th.  To the extent that you know, what are some of

6   the typical news sources that you would have seen that

7   coverage?

8          PROSPECTIVE JUROR:  Oh, where did I watch it?

9          MR. KELLY:  Yeah, like what news source did you

10  see the coverage?

11         PROSPECTIVE JUROR:  You know, I don't remember

12  specifically.  We don't have, like, cable TV.  So I think it

13  was just kind of what I saw on the Internet at the time.

14  It would have been major news, like local news channels.

15         MR. KELLY:  Any particular websites or anything

16  like that that you would have gone to?

17         PROSPECTIVE JUROR:  Nothing -- I don't recall

18  specifically, yeah.

19         MR. KELLY:  Thank you.

20         MR. MONROE:  Good afternoon.

21         PROSPECTIVE JUROR:  Hi.

22         MR. MONROE:  Your dealings with your current

23  position, do they bring you into contact with the

24  U.S. Attorney's Office or the Department of Justice?

25         PROSPECTIVE JUROR:  No.

1          MR. MONROE:  And how far away do you live from the

2    Capitol?

3          PROSPECTIVE JUROR:  Well, that's a good question.

4          I live in Mount Pleasant in Washington, D.C.,

5    Northwest.  So I honestly don't have -- a couple of miles --

6    I don't know how far.  Not close.  Not in the neighborhood.

7          MR. MONROE:  And we're now about more than a year

8    after January 6th.  Looking back, what's your take on what

9    transpired on January 6th?

10          PROSPECTIVE JUROR:  I guess I think it was

11    unfortunate.  You know, it was just unfortunate probably for

12    everyone involved.

13          MR. MONROE:  Thanks so much for speaking to me.

14          PROSPECTIVE JUROR:  Thank you.

15          THE COURT:  All right.  Thank you.  Mr. Douyon

16    will show you out of the courtroom.

17          Counsel, let's be mindful of follow-up questions

18    here; otherwise, we're going to be here all afternoon and

19    into tomorrow, which I'd rather avoid, particularly if a

20    juror has not raised some of the issues that some of the

21    other jurors have, okay?

22          MR. KELLY:  Yes, Your Honor.

23          MR. MONROE:  I'm a having a hard time figuring out

24    where --

25          THE COURT:  No, I wasn't addressing you.  I just

```
 1   was making a general observation.
 2             MR. MONROE:  I'm trying to keep myself tight.
 3             THE COURT:  You're doing great.  You're doing just
 4   fine, Mr. Monroe.
 5             Hi, ma'am.  How are you?
 6             PROSPECTIVE JUROR:  I'm doing well.  Thank you.
 7             THE COURT:  Feel free to take your mask off if you
 8   wish during this for this present purposes.
 9             You're juror 0974?
10             PROSPECTIVE JUROR:  That's what the paper says.
11             THE COURT:  Okay.  I promise you won't be juror
12   0974 forever.
13             All right.  So I've got two sides of this card,
14   one in which you sort of listed all of the numbers, and then
15   a second side of the card has question 8, 10, 13A, B, and C.
16             PROSPECTIVE JUROR:  Correct.
17             I thought we were -- you'd said 21 questions, so I
18   started numbering 21, and I thought I was going to say yes,
19   no, yes, no.
20             THE COURT:  Okay.  Great.  So it's only 8, 10, and
21   13A through C that you answered yes?
22             PROSPECTIVE JUROR:  Correct.
23             THE COURT:  Okay.  Great.
24             So let's start with question 8 that concerns
25   watching video of what happened on January 6th.  Give us a
```

1  sense of how many such videos you may have seen over time?

2          PROSPECTIVE JUROR:  I think at the beginning I saw

3  news coverage.  And I can't think of anything I've seen this

4  last week.  Yeah, I don't know.

5          THE COURT:  I'm sorry, since, you said --

6          PROSPECTIVE JUROR:  So I can't think of anything

7  that I saw this last week.

8          So I think I saw a lot at the beginning just from

9  the news coverage, but, you know, I just watched CNN.

10         I can't even say how many I've seen.  Maybe --

11  I don't know.

12         THE COURT:  Yeah, so let me just ask you this:

13  It sounds like, and tell me if I'm wrong, you're not seeking

14  out news coverage or videos --

15         PROSPECTIVE JUROR:  No.

16         THE COURT:  -- of that day; but, rather, if a news

17  story presents itself, it's something you see.

18         PROSPECTIVE JUROR:  If it's on, like, *New York*

19  *Times* or something, I might see it.

20         THE COURT:  Right.  Okay.

21         And, you know, we all read the news, you've

22  learned some things about that day.  Could you set all of

23  that aside and focus on the evidence that's presented in

24  this case --

25         PROSPECTIVE JUROR:  Yes.

1              THE COURT:  -- and judge the evidence and the

2    defendant based upon the evidence that's presented here?

3              PROSPECTIVE JUROR:  Yes.

4              THE COURT:  Okay.

5              Question 10 concerns strong feelings or opinions

6    about the events that took place that day.  We've talked

7    about that a little bit.

8              Again, you know, everybody's -- well, I shouldn't

9    say everybody, but it's not surprising that people develop

10   views of that -- the events of that day.  The question is

11   whether you could set aside those views and view the

12   evidence in this case against this defendant fairly and

13   honestly.

14             PROSPECTIVE JUROR:  I mean, I'm not very

15   empathetic.  I mean, I feel like I'm more empathetic towards

16   the police.  I don't know if that makes me impartial or not.

17             THE COURT:  Okay.

18             Well, again, let's -- I can understand that

19   sentiment, but let me ask it this way.  You know, this

20   defendant, as you've heard, is accused of assaulting a

21   police officer that day.

22             PROSPECTIVE JUROR:  Correct, yeah.

23             THE COURT:  Could you presume him innocent of that

24   offense as you sit here today?

25             PROSPECTIVE JUROR:  Yeah.  I mean, I don't know

1    anything about the case, so I think I'd start with innocent

2    and then -- yeah.

3              THE COURT:  And if the government, in your view,

4    was unable to prove his guilt beyond a reasonable doubt,

5    would you have any difficulty in acquitting him?

6              PROSPECTIVE JUROR:  Say that again.

7              THE COURT:  If the government was unable to carry

8    its burden of proof and find him -- excuse me, prove him

9    guilty beyond a reasonable doubt, would you have any

10   difficulty in acquitting him?

11             PROSPECTIVE JUROR:  No.

12             THE COURT:  Okay.

13             And so am I correct that you could -- you sort of

14   signaled some general empathy, but would you be able to set

15   that aside and review the evidence in the case objectively

16   and fairly?

17             PROSPECTIVE JUROR:  I could.

18             THE COURT:  Okay.

19             Let's turn to question 13A, B, and C.  13A asked

20   whether members of the group, either now work for or

21   previously worked for law enforcement.

22             PROSPECTIVE JUROR:  Yeah, I work in a job where my

23   friends and my colleagues are -- I can't remember the A.

24   Is it FBI or --

25             THE COURT:  Right.

```
 1              PROSPECTIVE JUROR:  Yeah, I work with FBI
 2   officers, special agents.
 3              THE COURT:  I'm sorry, who?
 4              PROSPECTIVE JUROR:  I work with FBI special agents
 5   in my job.  You know, I consider them work friends.  I don't
 6   know.
 7              THE COURT:  Okay.  So can you tell us what kind of
 8   work you do?
 9              PROSPECTIVE JUROR:  Yeah, I'm an analyst.
10              THE COURT:  And are you employed by the FBI?
11              PROSPECTIVE JUROR:  I am not.
12              THE COURT:  So are you a contractor to the FBI?
13              PROSPECTIVE JUROR:  I am not.
14              THE COURT:  Okay.
15              PROSPECTIVE JUROR:  I work at a sister agency.
16              THE COURT:  You work at a sister agency.
17              Can you just tell us what that agency is?
18              PROSPECTIVE JUROR:  I kind of feel uncomfortable
19   doing so.
20              THE COURT:  All right.  So it's adjacent to law
21   enforcement, it sounds like.
22              PROSPECTIVE JUROR:  Uh-huh.
23              THE COURT:  Okay.
24              So as you heard, there are likely to be FBI agents
25   testifying in this case, also law enforcement agents.
```

```
 1              One of the instructions I will give you is that a
 2   law enforcement officer's testimony can't be given any
 3   greater or lesser weight just because the person is in law
 4   enforcement.
 5              PROSPECTIVE JUROR:  Right.
 6              THE COURT:  Any reason to think you couldn't
 7   follow that instruction given your relationships with FBI
 8   agents?
 9              PROSPECTIVE JUROR:  No.
10              THE COURT:  And could you fairly and honestly
11   evaluate the testimony of an FBI agent?
12              PROSPECTIVE JUROR:  Yeah.
13              THE COURT:  And if you, for whatever reason,
14   disbelieve the testimony of an FBI agent, could you
15   comfortably find that person not to be credible?
16              PROSPECTIVE JUROR:  Yes.
17              THE COURT:  Okay.
18              Any other folks in law enforcement other than
19   those you've identified?
20              PROSPECTIVE JUROR:  That's it.
21              THE COURT:  Okay.
22              Question 13B concerned whether any member of the
23   group has been a -- served in a branch of the Armed Forces.
24   Can you tell us about that?
25              PROSPECTIVE JUROR:  It's the same.  Through work.
```

 1   I work with a lot of ex-military.  One of my good mentors is

 2   ex-military.

 3            THE COURT:  And your mentor, can you just tell us

 4   what branch he or she was in?

 5            PROSPECTIVE JUROR:  I do not know.

 6            THE COURT:  Okay.

 7            PROSPECTIVE JUROR:  Yeah.

 8            THE COURT:  Question 13C concerns member of the

 9   group who has attended law school, worked as a lawyer.

10            PROSPECTIVE JUROR:  Yeah, my husband is an

11   attorney.

12            THE COURT:  And can you tell us what kind of law?

13            PROSPECTIVE JUROR:  Antitrust.

14            THE COURT:  Antitrust.  Okay.

15            And has your cousin done any criminal work?

16            PROSPECTIVE JUROR:  It's my husband.

17            THE COURT:  Oh, your husband.  I'm sorry.

18   I thought you said your cousin.

19            Has your husband -- does he do criminal antitrust?

20            PROSPECTIVE JUROR:  I know he does some, like, pro

21   bono work, and I think it's been mainly immigration.

22            THE COURT:  Okay.

23            PROSPECTIVE JUROR:  But he might have done some

24   criminal; I don't know.

25            THE COURT:  So it sounds like you've been exposed

 1   very little to the criminal law and -- substantively, it

 2   sounds like.

 3               PROSPECTIVE JUROR:  Correct.

 4               THE COURT:  All right.

 5               Any follow-up questions from the government?

 6               MR. KELLY:  Just briefly, Your Honor.

 7               You mentioned that your husband is an attorney.

 8   Where does he work, if you're able to say?

 9               PROSPECTIVE JUROR:  He works at Arnold & Porter.

10               MR. KELLY:  Oh, okay.  Thank you.

11               THE COURT:  Mr. Monroe.

12               MR. MONROE:  Good afternoon.  I represent the

13   defendant in this case.  Could you describe for me how often

14   you're in contact with members of the FBI in connection with

15   your job?

16               PROSPECTIVE JUROR:  Before COVID, I was in contact

17   with them daily.  After COVID, they now sit in a separate

18   office than us.

19               MR. MONROE:  And I mean -- when I say the word

20   "contact," I mean, interact with them either by electronic

21   means or face to face or otherwise.

22               PROSPECTIVE JUROR:  Oh, electronic means.  I mean,

23   I would say once a week.

24               MR. MONROE:  Okay.

25               And --

 1            PROSPECTIVE JUROR:  But that -- I mean, after

 2   COVID, it's more business because they don't sit in the same

 3   office.  Before it was more, you know, what are you having

 4   for lunch, I don't know how to -- yeah, it's more personal.

 5            MR. MONROE:  I take it, at least in part of your

 6   job as an analyst, you're relying upon information being

 7   communicated to you from the FBI?

 8            PROSPECTIVE JUROR:  Correct.

 9            MR. MONROE:  Okay.

10            So here's my concern.  There's going to be at

11   least one FBI agent, if not more, who are going to testify

12   in this case.  Will those witnesses, based upon your job

13   experience, be given greater credence than, say, my client?

14            PROSPECTIVE JUROR:  I mean, I don't think so.

15   I just have to go on what they say, right?  And I think it's

16   your job to say whether what they're saying is correct or

17   not, right?

18            MR. MONROE:  Okay.

19            In your job, do you have dealings with the

20   Department of Justice or U.S. Attorney's Office?

21            PROSPECTIVE JUROR:  Directly, no.

22            MR. MONROE:  Given your position with the Federal

23   Government, do you see yourself more aligned with the

24   attorneys who are here representing the government as

25   opposed to myself who's representing the defendant?  This is

1      a personal question.

2                  PROSPECTIVE JUROR:  I do.  I feel more aligned

3      with them.

4                  MR. MONROE:  It's only natural.

5                  PROSPECTIVE JUROR:  Yeah.

6                  MR. MONROE:  With that in mind, that

7      personal-professional allegiance that you have, would that

8      keep you from being fair and impartial in this case, knowing

9      that you have a duty to be a fair arbiter of the facts and

10     everyone is entitled to a fair trial here?

11                 PROSPECTIVE JUROR:  I don't know.

12                 I mean, I don't want to -- honestly, I don't want

13     to be selected.  But I'm an analyst.  You know, I went

14     through lots of training on how not to be biased, you know.

15     I've worked with a lot of analytical tools.  Yes, I can do

16     it.  But do I have these feelings?  Yes, that's me.  I don't

17     know what else to do.

18                 Am I more empathetic towards the police?  Yes,

19     because, you know, I have special police that protect me

20     every day I go to work.  They protect me when I'm overseas.

21                 You know, do I feel more aligned with the

22     attorneys sitting before me?  Yes.  I mean, it's just who

23     I am.

24                 MR. MONROE:  So is it --

25                 THE COURT:  Let me just -- I mean, if I can

1    interrupt.

2         Look, we understand what your job is and who you

3    come into contact with work-wise.  And you either are an

4    employee of the -- I think you're an employee of the Federal

5    Government as opposed to a contractor.

6         PROSPECTIVE JUROR:  Uh-huh.

7         THE COURT:  But the question really is, can you

8    put all that aside and evaluate the evidence in this case as

9    it's being presented?  And if the government fails to meet

10   its burden of proof, can you honestly and fairly say you

11   would acquit this gentleman of the crimes with which he's

12   accused?

13        PROSPECTIVE JUROR:  Yeah.

14        THE COURT:  Okay.

15        Any follow-up, Mr. Monroe?

16        MR. MONROE:  Not at the moment, Judge.

17        THE COURT:  All right.  Thank you, ma'am.

18        Mr. Monroe.

19        MR. MONROE:  Judge, this is a very unique

20   situation.  I feel hamstrung to protect my client not

21   knowing the extent of this juror's relationship with the

22   Federal Government, the FBI, the U.S. Attorney's Office.

23        This is a deeply interrelated juror.  I can't even

24   inquire as to the level of trust and the reliance she has to

25   have on the FBI in her day-to-day life.  I think she has to

1    be excused for cause.

2            THE COURT:  That's okay.

3            Look, I'm not sure I agree with that

4    characterization.  I mean, she has said she works

5    essentially for an agency that's adjacent to the FBI.  It

6    sounds like, at least pre-COVID, she's physically in

7    proximity to FBI agents, she communicated with them

8    regularly prior to COVID, and does so occasionally now on a

9    week-to-week basis remotely.  So I thought she was candid

10   about that.  I don't think there's any doubt about where the

11   relationship --

12           MR. MONROE:  She wouldn't even tell us what

13   agency -- we don't even know who she works for.

14           THE COURT:  It's not unusual to have people in

15   this town come in and say, I don't want to tell you that

16   I work for the CIA or I work for the NSA.  It's not unusual.

17           But she described what her work is and she

18   described how she's interacted with the FBI.  And, you know,

19   she was repeatedly asked, could you presume him to be

20   innocent, could you acquit him if the government fails to

21   meet its burden of proof, and she said yes.

22           MR. MONROE:  Not to my line of questioning, she

23   didn't.

24           THE COURT:  Well, your line of questioning is,

25   would she have been -- was she "aligned" -- more or less

```
 1    aligned with the government or with you, and that's -- you
 2    know, I'm not sure that's exactly a fair question to ask
 3    somebody who's a government employee.  I mean, I don't know
 4    that anybody's aligned with a defense lawyer.  I was a
 5    defense lawyer for a long time and nobody was aligned with
 6    me.
 7              MR. MONROE:  I guess when you're measuring whether
 8    or not a juror who's not willing to disclose their
 9    professional credentials and contacts with the FBI, it's
10    going to tell you.
11              THE COURT:  Well, you know, I'm going to not
12    strike her for cause.  As I said, I thought she was candid,
13    she explained fully what her relationship was with law
14    enforcement, repeatedly asked, you know, could you be fair,
15    could you be impartial?  She said yes.  Could she acquit the
16    defendant?  She said yes.  That's, at the end of the day,
17    what really matters here, is if a juror says I can acquit
18    this gentleman if the government fails to meet its burden,
19    that's what I'm looking for, and that's what we all should
20    be looking for.
21              All right.  Let's bring in the next juror.
22              Hi, sir.  How are you?
23              PROSPECTIVE JUROR:  Good.  Yourself?
24              THE COURT:  Good.  Thank you.
25              Feel free to remove your mask if you feel
```

1  comfortable doing so.

2          You're juror 1050?

3          PROSPECTIVE JUROR:  Correct.

4          THE COURT:  Okay.

5          So you answered multiple questions yes, 5, 6, 7,

6  8, 13C and 21.

7          So why don't we start with 21, which is sort of

8  the catch-all question, which asked whether there was any

9  reason that you thought you would not be able to be fair and

10  impartial or sit in judgment?

11          PROSPECTIVE JUROR:  Sure.

12          So I think when you opened up the jury process

13  earlier today, you spoke about democracy and the consent of

14  the government.  I'm a U.S. citizen, I live in the District

15  of Columbia, and we don't have representation in the laws

16  that are being made.

17          THE COURT:  Can I ask you to move a little bit

18  closer to the microphone and keep your voice up because I'm

19  having trouble hearing you.

20          PROSPECTIVE JUROR:  Sure.  Let me know if you want

21  me to start over.

22          THE COURT:  No, that's okay, I heard the first

23  part, but -- did everybody else hear him, the first part?

24          MR. KELLY:  Yes, Judge.

25          THE COURT:  Okay.  Great.  Thank you.

1          PROSPECTIVE JUROR:  So as a U.S. citizen living in

2    the District of Columbia, I do not have any representation

3    in Congress.  So that consent of the government, principle

4    of government, where -- which the Revolution was fought on

5    and so forth, is somewhat fractured for residents of the

6    District of Columbia.

7          THE COURT:  Okay.

8          PROSPECTIVE JUROR:  We do have representation at

9    the Presidential level, but that only came through a

10   constitutional amendment.  So we do have some say in the

11   laws that are being passed but not complete.

12         So I think where that puts us -- a bit of an onus

13   on the residents to decide if they have the moral and

14   ethical quandary to pass judgment on the laws.

15         THE COURT:  Okay.

16         PROSPECTIVE JUROR:  And I think that becomes a

17   sliding scale, from my perspective.

18         Where now in this case if it's violence against a

19   police officer or violence against any other citizen or

20   non-citizen, I would have no problem passing judgment on

21   that.

22         THE COURT:  Okay.

23         PROSPECTIVE JUROR:  But I did fill out on my juror

24   form that I have every time before I've been called before

25   this court.  I did want to bring that up.  We can sort of

1    work through that a little bit.

2           THE COURT:  So, you know, a lot of residents in

3    the District are frustrated by the lack of representation in

4    Congress, and you share that view.

5           That said, none of that is really what's before me

6    and you if you were selected as a juror.  The question that

7    would be presented to you is, is the government of the

8    United States able to meet its burden to demonstrate that

9    this gentleman is guilty of the crimes for which he has been

10   charged.

11          So would you be able to evaluate the facts and

12   apply the law as I would instruct you to follow?

13          PROSPECTIVE JUROR:  Yes.

14          THE COURT:  Okay.

15          And you would be able to pass judgment on this

16   defendant based upon the evidence and the law; is that

17   right?

18          PROSPECTIVE JUROR:  Correct.

19          THE COURT:  And if I were to instruct you --

20   I will instruct you that he is presumed to be innocent; that

21   is, he sits here innocent.  Is that a presumption you could

22   follow?

23          PROSPECTIVE JUROR:  Correct, yes.

24          THE COURT:  And if the government, for whatever

25   reason, was unable to meet its burden of proof and not prove

1    him guilty, would you have any difficulty acquitting him of

2    the charges?

3              PROSPECTIVE JUROR:  I would have no difficulty.

4    Sorry, there were a few double negatives in there.

5              THE COURT:  That's okay.  I appreciate that.

6              Okay.  So let's move back up the list.

7              Question 5 concerns whether you live or work at or

8    near the Capitol building.  Can you tell us about that?

9              PROSPECTIVE JUROR:  Sure.

10             So I live about a mile north of here.

11             THE COURT:  Okay.

12             PROSPECTIVE JUROR:  And so the events of

13   January 6th were relevant to where I live.

14             THE COURT:  Okay.

15             PROSPECTIVE JUROR:  But it was during the

16   pandemic, so I did stop work early that day.  But I was

17   working at home and we took some measures around the house

18   to make sure that if the violence spilled off of the Capitol

19   and into the city, we felt safe as a household.

20             THE COURT:  Okay.

21             So can you just tell us which neighborhood?

22             PROSPECTIVE JUROR:  Sure.  Mount Vernon.

23             THE COURT:  You live in Mount Vernon.  Okay.

24             So residents of the District who observed what

25   happened that day and were here that day had various

1    reactions and various proximity.  But could you leave that

2    to the side and judge the case on the facts as it's

3    presented and the evidence that's presented?

4              PROSPECTIVE JUROR:  I would be able to do that.

5              THE COURT:  So question 6 concerns whether you or

6    someone you know was a participant in or physically present

7    as a witness to the events of January 6th?

8              PROSPECTIVE JUROR:  Correct.

9              THE COURT:  And can you tell us who that is?

10             PROSPECTIVE JUROR:  Yes.

11             So one of the top performers on my team attended

12   the rally at the Ellipse that day.

13             THE COURT:  Okay.

14             PROSPECTIVE JUROR:  He reports to someone else who

15   reports to me.

16             THE COURT:  Okay.

17             PROSPECTIVE JUROR:  So I know this secondhand.

18   I believe he didn't go to the event at the Capitol but was

19   certainly at the event at the Ellipse.

20             THE COURT:  Okay.

21             Anything about your knowledge and your

22   relationship, to the extent you have one with this

23   subordinate, that you think might affect your view of this

24   case?

25             PROSPECTIVE JUROR:  No.

1           Like I said, he's one of my top performers.

2    Work-wise, I have a good relationship with him.

3           THE COURT:  Okay.

4           Have you formed any opinions about him, positive

5    or negative, based upon your knowledge that he attended that

6    rally?

7           PROSPECTIVE JUROR:  Maybe sightly negative.

8    But genuinely, I try to keep work and professional life

9    separate.

10          THE COURT:  All right.

11          Questions 7 and 8 are sort of related, asking

12   about media that you've been exposed to and videos that

13   you've been exposed to.

14          Can you just give us a sense of how many news

15   stories you think you may have read or seen about those --

16   about the events of that day?

17          PROSPECTIVE JUROR:  Between -- since January 6th

18   and as of yesterday, I guess?

19          THE COURT:  Yes.

20          PROSPECTIVE JUROR:  Probably a hundred or so.

21          THE COURT:  Okay.

22          Well, let me ask the question a different way,

23   which is, are you someone that seeks out stories about

24   January the 6th, or if such a story happens to be on your

25   newsfeed or on the Internet home page that you land on,

1    that's something you may read?

2              PROSPECTIVE JUROR:  Much more the latter there.

3              THE COURT:  Okay.

4              PROSPECTIVE JUROR:  If it comes up in a

5    newsfeed -- and, you know, it's been a big topic.

6              THE COURT:  And can you tell us some of the

7    sources from which you are getting your news about January

8    the 6th?

9              PROSPECTIVE JUROR:  Sure.

10             So the Apple News aggregation service.  So that

11   spans a lot of stuff from *Wall Street Journal*, *Washington

12   Post*, *BuzzFeed* news, I think, and others like that,

13   *Newsweek*.

14             THE COURT:  Okay.

15             PROSPECTIVE JUROR:  And I do go directly to

16   *Washington Post*.

17             THE COURT:  Okay.

18             All right.  So Question 13C asked whether any

19   member of that group had attended law school, worked as a

20   lawyer or worked in a law office.  Can you tell us about

21   that?

22             PROSPECTIVE JUROR:  Yeah, my sister graduated from

23   NYU law school.

24             THE COURT:  Is she a practicing lawyer?

25             PROSPECTIVE JUROR:  Yeah.  So she's a refugee

```
 1   lawyer, working for the United Nations.

 2              THE COURT:  All right.

 3              Has she done any criminal work during her time as

 4   a lawyer, do you know?

 5              PROSPECTIVE JUROR:  I don't believe so.

 6              THE COURT:  Okay.

 7              All right.  Government counsel, any follow-up?

 8              MR. KELLY:  Yes.

 9              Good afternoon, sir.

10              You mentioned some feelings that you have about

11   the lack of representation in Congress for the District of

12   Columbia.

13              What feelings -- do you have any negative feelings

14   towards Congress or the members of Congress?

15              PROSPECTIVE JUROR:  Negative as in personal or?

16              MR. KELLY:  No, not as in personal, just as in

17   Congress as a body.

18              PROSPECTIVE JUROR:  Oh.  No.

19              I mean, I think we should be represented there.

20   As you can tell, I have a British accent.  I grew up in

21   London, but I am an American citizen.  So I do think the

22   American system of government is probably the best one in

23   the world, I just think that we should be represented there.

24              MR. KELLY:  And I don't want to put words in your

25   mouth.  I think you had also said if this case is about
```

1    whether or not the defendant assaulted an officer, you would

2    have no problem passing judgment one way or another on that.

3              This case does, obviously, though, involve events

4    that happened at the Capitol building on January 6th.

5    To the extent that evidence may come in about what was

6    happening at the Capitol that day, would you have any

7    feelings about any of that beyond just a potential assault

8    that occurred?

9              PROSPECTIVE JUROR:  I mean, I could put aside any

10   feelings, but not 100 percent sure where the question is

11   going.

12             But I mean, I would -- if selected, I would follow

13   the law as it is written and as instructed by the judge to

14   follow.

15             MR. KELLY:  Okay.  Thank you.

16             And then my last question is, you had mentioned a

17   couple times sort of what it is that you do, but I don't

18   think I actually caught what is it that you do for a living.

19             PROSPECTIVE JUROR:  I'm an IT professional for an

20   insurance company.

21             MR. KELLY:  Thank you very much.

22             THE COURT:  Mr. Monroe.

23             MR. MONROE:  Good afternoon, sir.

24             Have the events of January the 6th or the days and

25   weeks later, did they have any direct impact on you, sir?

1                PROSPECTIVE JUROR:  Can you define "direct

2      impact"?

3                MR. MONROE:  Yeah, they changed your bike route or

4      where you went shopping or your work schedule.

5                PROSPECTIVE JUROR:  No.  The most inconsequential

6      thing would be, we would drive by where the fence is gone

7      inactive.  But it didn't change any route that I took.

8                MR. MONROE:  The fence is down now, right?

9                PROSPECTIVE JUROR:  It is.

10               MR. MONROE:  Thanks for speaking with me.

11               THE COURT:  Thank you, sir.  Mr. Douyon will show

12     you out of the courtroom.  Thank you.

13               Hi, sir.  How are you?

14               PROSPECTIVE JUROR:  Well.  Thank you.

15               THE COURT:  Feel free to remove your mask if you

16     wish.

17               You are juror 0709; is that right?

18               PROSPECTIVE JUROR:  Yes.

19               THE COURT:  Okay.

20               You answered, looks like, six of these questions

21     yes, 6, 7, 8, 13A, 13C, and 18.

22               Let's start with 18, which is the question about

23     an instruction to avoid any news stories or commentary on

24     social media about this case.  And I had said that you'll be

25     instructed not to do so, not to follow any such news or not

1   to seek it out.  Can you tell us why you answered that

2   question yes?

3            PROSPECTIVE JUROR:  I work for *ABC News* and I see

4   everything.

5            THE COURT:  Well, when you say you see

6   everything --

7            PROSPECTIVE JUROR:  Whenever there's a January 6th

8   story, I get a report on it in my email.  I could delete it,

9   but I still see subject lines and video links and

10  everything.

11           THE COURT:  All right.

12           So if you got an email about this case, it sounds

13  like you would have the ability to delete it before you ever

14  read a word about it; is that right?

15           PROSPECTIVE JUROR:  Yes.

16           THE COURT:  Now, can I just ask, are you a

17  journalist at *ABC News* or in some other capacity?

18           PROSPECTIVE JUROR:  Yes.  And I was at the Capitol

19  on January the 6th.

20           THE COURT:  So when you say you were "at the

21  Capitol on January 6th," can you elaborate on that?

22           PROSPECTIVE JUROR:  I was there, I saw Ashli

23  Babbitt get her chest pumped and blood coming out her.

24  I saw the guys, men and women, smashing the windows.  I was

25  there.  I was in the Capitol.

1          THE COURT:  You were in the Capitol.  Okay.

2          So let me ask the obvious question, which is,

3   given that you were there that day, given what you observed

4   that day, do you think you could be fair and impartial in

5   this case?

6          PROSPECTIVE JUROR:  I would do my best.

7          THE COURT:  Okay.

8          And could you -- well, let me ask you:  When you

9   say do your best, is there any doubt in your mind that you

10  would not be able to be fair and impartial?

11         PROSPECTIVE JUROR:  I hope not.

12         I mean, I am giving you the right answer that

13  I know is the right -- I don't --

14         THE COURT:  Look, here's the thing.  I don't want

15  you to give me the right answer.

16         PROSPECTIVE JUROR:  Yeah, I understand that.

17         Yes, I would try my best.

18         THE COURT:  Okay.

19         So here's the other question, which is, look, you

20  were a firsthand observer of the things that happened that

21  day.  Do you recognize this defendant?

22         PROSPECTIVE JUROR:  No.

23         THE COURT:  Do you know anything about what he is

24  accused of doing?

25         PROSPECTIVE JUROR:  I don't believe so.

1          THE COURT:  All right.

2          PROSPECTIVE JUROR:  It may have come across my

3    email, but there's so many that I don't know.

4          THE COURT:  Okay.

5          And if the evidence is presented that differs from

6    your recollection of the events that you observed from that

7    day, could you put aside that recollection and focus solely

8    on the evidence that's presented in this courtroom?

9          PROSPECTIVE JUROR:  Yes.

10          THE COURT:  And -- all right.

11          Let's move back into the top of the list, which

12    is, were you or someone you know -- this is Question 6 --

13    physically present, and that's you.  Anyone else?

14          PROSPECTIVE JUROR:  My best friend is the

15    spokesperson for Capitol Police.

16          THE COURT:  Spokesperson for Capitol Police.

17    Okay.

18          And was that person here on that -- was on the

19    Hill that day?

20          PROSPECTIVE JUROR:  Correct.

21          THE COURT:  Okay.

22          Question 7 and 8 concerns news events, video,

23    I think we've heard that already.

24          13A concerns whether you know anybody in law

25    enforcement.  You just mentioned your friend.  Anybody else?

```
1                    PROSPECTIVE JUROR:  My brother-in-law is a cop.

2                    THE COURT:  Okay.  Can you tell us where?

3                    PROSPECTIVE JUROR:  Outside of Philadelphia.

4                    THE COURT:  And how long has he been a police

5      officer?

6                    PROSPECTIVE JUROR:  Ten years.

7                    THE COURT:  The charge in this case is assaulting

8      a police officer.  Do you think the fact that your brother

9      is a police officer might --

10                   PROSPECTIVE JUROR:  Brother-in-law.

11                   THE COURT:  -- brother-in-law, excuse me, might

12     impact your ability to be fair to this defendant?

13                   PROSPECTIVE JUROR:  I don't think so, no.

14                   THE COURT:  Then Question 13C is whether anybody

15     has attended law school?

16                   PROSPECTIVE JUROR:  Yeah, my spouse is a lawyer.

17                   THE COURT:  Your spouse is a lawyer.

18                   And has your spouse done any criminal work?

19                   PROSPECTIVE JUROR:  No.

20                   THE COURT:  All right.

21                   Any objection from either side?

22                   MR. MONROE:  Yes, Your Honor.

23                   THE COURT:  It's not what I'm asking.

24                   Any objection from either side?

25                   MR. KELLY:  No.
```

```
1              THE COURT:  All right.
2              Sir, we're going to excuse you from service.
3  Thank you very much.
4              All right.  So I'm going to exclude juror 0709,
5  I mean -- for the obvious reasons, which is that he was on
6  the Capitol that day, observed firsthand the events.  And
7  given the fact that he is in effect a percipient witness of
8  those events, I don't think it's proper to have him sit as a
9  juror in this case.
10             All right.  Let's bring in the next juror.
11             COURTROOM DEPUTY:  Good afternoon.  Juror 0471.
12             THE COURT:  Hi, sir.  How are you?
13             PROSPECTIVE JUROR:  Good.  Thank you.
14             THE COURT:  Feel free to remove your mask if you
15  wish.
16             You're juror 0471?
17             PROSPECTIVE JUROR:  Yes.
18             THE COURT:  All right.
19             You answered four questions yes, starting with
20  Question 4.  That was the question of whether you recognize
21  any other potential jurors on the panel, courtroom staff, or
22  me?
23             PROSPECTIVE JUROR:  I recognized another potential
24  juror, the gentleman who was just in here, as a member of
25  the media who works at *ABC News*.
```

1              THE COURT:  Okay.

2              And do you know that person personally or just by

3      virtue of --

4              PROSPECTIVE JUROR:  No, just from knowing his

5      reporting.

6              THE COURT:  Okay.

7              Question 7 asked, have you -- 7 and 8 are

8      essentially the same but just different ways of asking how

9      closely you follow media and viewed video of the events of

10     the January 6th.  Can you give us a sense of how frequently

11     you read stories or view videos about the events of

12     January 6th?

13             PROSPECTIVE JUROR:  I would say I'm an avid

14     consumer of news and current events.  So when the events are

15     in the news, I consume that media.  I've seen documentaries

16     about -- that have been produced about January 6th, PBS

17     specials, that sort of thing.

18             THE COURT:  Okay.

19             Would you characterize yourself as somebody that

20     sort of seeks out news about January the 6th?

21             PROSPECTIVE JUROR:  Not specifically about that

22     event.

23             THE COURT:  And given you're a consumer of news,

24     as you've just described, you've watched some documentaries.

25     Is there anything about that coverage and that exposure that

1  would cause you to think you couldn't be fair and impartial

2  in this case?

3          PROSPECTIVE JUROR:  No, I don't think so.

4          THE COURT:  And could you presume this defendant

5  to be innocent as you are required to do if you were called

6  as a juror?

7          PROSPECTIVE JUROR:  Yeah, absolutely.

8          THE COURT:  And if the government had failed in

9  its burden of proof of proving him guilty beyond a

10  reasonable doubt, any concern that you would not be able to

11  find him not guilty?

12          PROSPECTIVE JUROR:  No.

13          THE COURT:  Any concern at all about the fact that

14  you've been exposed in terms of news that would cause you to

15  have your views of this case colored either for the

16  government or favorably to the defendant?

17          PROSPECTIVE JUROR:  No, I think I would be able to

18  separate everything that I've seen and watched and heard

19  from the specifics of this case, the defendant, and the

20  facts as they're presented.

21          THE COURT:  Okay.  Terrific.

22          Question 13B asked whether any member of the group

23  has served in the Armed Forces.  Can you tell us about that?

24          PROSPECTIVE JUROR:  My sister-in-law is a member

25  of the United States Coast Guard.

1          THE COURT:  And can you just tell us how long she

2     served?

3          PROSPECTIVE JUROR:  Oh, I don't know how long she

4     served.

5          As long as I've known her.  I went to her

6     promotion ceremony at the headquarters of the U.S. Coast

7     Guard last summer here in D.C.

8          THE COURT:  Government counsel, any questions?

9          MR. KELLY:  Just one, Your Honor.

10         What is it that you do for a living?

11         PROSPECTIVE JUROR:  I have a new career.  As of

12    about a month ago, I work at a financial services company

13    called Crypto.com in the cryptocurrency space.

14         MR. KELLY:  And what do you do for them, anything

15    news related or anything like that?

16         PROSPECTIVE JUROR:  I am director of digital

17    grassroots mobilization.

18         MR. KELLY:  Okay.

19         And what did you do --

20         PROSPECTIVE JUROR:  It's a government affairs

21    role.

22         MR. KELLY:  Do you work with different government

23    agencies in that role?

24         PROSPECTIVE JUROR:  The department is essentially

25    a lobbying department.

```
1              MR. KELLY:  Okay.

2              And what did you do before your current position?

3    You said it's recent.

4              PROSPECTIVE JUROR:  I worked at a political

5    advocacy group around immigration and criminal justice

6    reform.

7              MR. KELLY:  Was that here in D.C.?

8              PROSPECTIVE JUROR:  It was both here in D.C. and

9    in San Francisco.

10             MR. KELLY:  Okay.

11             THE COURT:  Sir, can I just follow up?

12             PROSPECTIVE JUROR:  Yeah.

13             THE COURT:  In terms of your professional work,

14   do you have or have you lobbied?

15             PROSPECTIVE JUROR:  I'm not a lobbyist.  I'm not

16   registered as a lobbyist.

17             THE COURT:  Do you know people that work on

18   Capitol Hill?

19             PROSPECTIVE JUROR:  I do have friends who work on

20   Capitol Hill, yes.

21             THE COURT:  And were any of those friends present

22   for the events of January the 6th?

23             PROSPECTIVE JUROR:  They were not present.

24             THE COURT:  They were not.  Okay.

25             Anything about the fact that you have friends and
```

1  acquaintances who work on the Hill cause you to think you

2  couldn't be fair and impartial in this case?

3          PROSPECTIVE JUROR:  Again, I think I could

4  separate that from the facts of this case.  But like a lot

5  of people in D.C., I have friends who work in the Congress

6  or work on the Hill.

7          THE COURT:  Okay.

8          MR. KELLY:  Just one follow-up, Your Honor.

9          What were some of the -- what was the criminal

10  justice reform that you were lobbying for?

11          PROSPECTIVE JUROR:  At the state level, changes to

12  bail reform laws.

13          MR. KELLY:  Was it just at the state level or

14  did you also do federal lobbying?

15          PROSPECTIVE JUROR:  No federal lobbying.  State

16  level.

17          MR. KELLY:  So it was bail reform, law reform.

18          PROSPECTIVE JUROR:  Bail reform in certain states:

19  New York, Oklahoma, Louisiana, Arizona.

20          MR. KELLY:  Okay.

21          Anything in the District of Columbia?

22          PROSPECTIVE JUROR:  Nothing in the District.

23          MR. KELLY:  Thank you.

24          THE COURT:  Mr. Monroe.

25          MR. MONROE:  Sir, how long have you lived here in

```
 1   D.C.?
 2              PROSPECTIVE JUROR:  I went to undergrad here.
 3   I moved to San Francisco for seven years.  I returned to
 4   live here in 2020.
 5              MR. MONROE:  Where did you attend undergrad?
 6   What school did you attend?
 7              PROSPECTIVE JUROR:  American University.
 8              MR. MONROE:  Okay.  Thank you so much.
 9              THE COURT:  All right, sir.  Thank you very much
10   for your time.  Mr. Douyon will show you out of the
11   courtroom.
12              PROSPECTIVE JUROR:  Thank you.
13              THE COURT:  Hi, sir.  How are you?
14              PROSPECTIVE JUROR:  Excuse me?
15              THE COURT:  I said "Hi, sir.  How are you?"
16              PROSPECTIVE JUROR:  Oh, I'm fine.  And you?
17              THE COURT:  I'm good.  Thank you.
18              Feel free to remove your mask if you wish for
19   present purposes.
20              All right.  You are juror 0818; is that right?
21              PROSPECTIVE JUROR:  That's right.
22              THE COURT:  All right.
23              You answered six of our questions, starting with
24   Question 5 and then 7, 8, and then 13B, C, and D.
25              So let's start with 5.  That asked whether you
```

1    live or work at or near the U.S. Capitol.  Can you tell us

2    about that?

3              PROSPECTIVE JUROR:  I live at the corner of 6th

4    and D Street, Northeast, near Stanton Park.  It's about five

5    blocks from the Capitol.

6              THE COURT:  How long have you been a resident of

7    Capitol Hill?

8              PROSPECTIVE JUROR:  Oh, since the mid 80s.

9              THE COURT:  All right.

10             And were you present at your house on January the

11   6th?

12             PROSPECTIVE JUROR:  Yes.

13             THE COURT:  Did you -- what if -- can you tell us

14   what, if anything, you observed of the events of that day?

15             PROSPECTIVE JUROR:  Well, I avoided going to the

16   Capitol.

17             It wasn't just on the -- because I live there.

18   I mean, this was on television, radio.  It was pretty hard

19   to avoid.

20             THE COURT:  Right.

21             PROSPECTIVE JUROR:  So I was aware of it, but I

22   didn't go to -- I stayed away from the Capitol.

23             THE COURT:  Okay.

24             Maybe my question should have been more precise;

25   sorry about that.

```
 1              When I say "observe," separate from any television
 2    or media that you were following that day, anything that you
 3    observed from your home about the events of that day?
 4              PROSPECTIVE JUROR:  Well, sirens, of course,
 5    people walking.
 6              THE COURT:  I'm sorry?
 7              PROSPECTIVE JUROR:  Sirens, people walking back
 8    and forth, you know.
 9              You know, it's --
10              THE COURT:  Right.  Got you.  Okay.
11              So does the fact -- this is obviously a case that
12    involves the events of January the 6th, you live on the
13    Capitol, have been a resident of Capitol Hill for some time.
14    Anything about the fact of your residency there that would
15    cause you to think you couldn't be fair and impartial?
16              PROSPECTIVE JUROR:  No.  I like living on the
17    Hill.  I've enjoyed it.
18              I think demonstrations and so forth are part of
19    the ambience of the District.  So, you know, this was
20    exceptional, to say the least, but that's pretty common.
21    And police sirens -- I live on 6th Street, which is a busy
22    street, so we have regularly -- the police use it and
23    ambulances to go to the hospitals.
24              THE COURT:  Okay.
25              So Question 7 concerns -- and Question 8 is
```

1   related -- your exposure to news, media, and videos about

2   the events of January the 6th.  Can you just describe for us

3   what your exposure has been?

4              PROSPECTIVE JUROR:  Mostly newspapers.

5              I don't watch a lot of TV news, but I do -- I

6   listen to the radio and so forth.

7              And I have friends that have followed this in a

8   lot more detail than I have and they're regularly sending

9   me -- with the media of today, they're sending me snippets

10  of things that they find particularly interesting.

11             THE COURT:  Okay.

12             And --

13             PROSPECTIVE JUROR:  I haven't made -- this isn't

14  like a big deal -- it wasn't a big deal to me in terms of

15  the actual event, to be honest with you.  I wasn't one of

16  the people that were watching it 24/7 on the news.

17             THE COURT:  Okay.

18             So it sounds like you're not an active person --

19  you're not actively seeking out news and information about

20  January 6th?

21             PROSPECTIVE JUROR:  Well, that's not exactly

22  accurate.

23             I worked as a reporter for years; I'm semi-retired

24  now.  I do follow news.

25             This isn't something that I do.  I write on

```
1   environmental issues, and I write on energy issues and oil
2   and gas issues and climate change issues.  I follow those
3   things in painstaking detail.  I don't follow events like
4   this, except this was so big.
5             THE COURT:  Okay.
6             And the snippets that you described your friends
7   sending you, are they typically news articles, are they
8   video, both?
9             PROSPECTIVE JUROR:  Both.
10            Well, when you have some guy wearing horns and
11  running through the Capitol, it's pretty -- not too big of a
12  surprise that someone's not going to try to make a copy of
13  that and send it to everybody they know.
14            THE COURT:  Right.
15            PROSPECTIVE JUROR:  So that's the kind of thing
16  I'm talking about.
17            THE COURT:  Okay.
18            PROSPECTIVE JUROR:  If you live here and you live
19  six blocks from the Capitol, you have to be living
20  underground someplace to not realize what's going on, you
21  know.
22            THE COURT:  Right.
23            So the question is, your exposure through the
24  media, through what your friends have sent you, do you think
25  you could still be a fair and impartial juror
```

```
 1    notwithstanding what you've read and seen about those
 2    events?
 3              PROSPECTIVE JUROR:  Yes.
 4              It depends upon -- I don't know how this is going
 5    to be defined, so I don't really know that.  You seem to say
 6    if -- I thought your introduction you gave was really very
 7    helpful, because I was wondering exactly what we were doing.
 8              If we're talking about somebody attacking a
 9    policeman, that's one thing.  If we're talking about
10    somebody attacking the government, that's another thing.
11              And I gather, it's the way you put it, I would
12    have no problems in asking whether someone attacked a police
13    officer and to find out -- to determine whether that took
14    place or not.  That's one thing.  It would be different if I
15    was going to be asked to say -- to try to understand the --
16    I'm sorry to run on like this --
17              THE COURT:  That's okay.
18              PROSPECTIVE JUROR:  -- but to run on and -- an
19    attack on the Federal Government --
20              THE COURT:  Okay.
21              PROSPECTIVE JUROR:  -- that's a bigger question.
22    And I don't think that's what we're supposed to be doing.
23    So I thought if it was limited to the police --
24              THE COURT:  So let me just be precise.
25              And this case does not involve any charge accusing
```

1 this defendant of attacking the Federal Government or

2 impeding the processes of Congress or the government writ

3 large.  And so given that, do you think you would have any

4 trouble standing as a juror in judgment in this case?

5             PROSPECTIVE JUROR:  No.

6             THE COURT:  All right.

7             Let me just ask a few more questions.

8             In terms of the law, this defendant, even though

9 he is accused of events arising out of January the 6th, he

10 is presumed innocent at this point and will remain that way

11 throughout the trial until the government proves his guilt

12 beyond a reasonable doubt.

13            Would you have any trouble presuming this

14 defendant to be innocent?

15            PROSPECTIVE JUROR:  No.

16            THE COURT:  Any trouble putting the government to

17 its burden of proving his guilt beyond a reasonable doubt?

18            PROSPECTIVE JUROR:  No.

19            THE COURT:  And if you determined that the

20 government had failed to meet its burden of proof and had

21 not proven his guilt beyond a reasonable doubt, any

22 trouble -- any reason to believe you would not be able to

23 acquit this gentleman?

24            PROSPECTIVE JUROR:  No.  I think that's the

25 government's burden.

```
 1            THE COURT:  Okay.

 2            Let's just turn to questions 13B, C, and D.

 3   Question 13B concerned whether you know anybody in the armed

 4   services.

 5            PROSPECTIVE JUROR:  Oh, a good friend of mine's

 6   son is a lifeline Marine.  We get together every now and

 7   then.  He doesn't live around here anymore, but we still see

 8   each other every couple of years, and I know his son quite

 9   well.

10            THE COURT:  Okay.

11            13C asked whether any member of the group had

12   attended law school, worked as a lawyer, or worked in a law

13   office.

14            PROSPECTIVE JUROR:  My wife's -- two of my wife's

15   brothers are lawyers.  One teaches law and the other one is

16   a straight-ahead property lawyer.  The one that teaches law

17   has done some interesting work and he's sort of a friend.

18            THE COURT:  Okay.

19            And can you tell us -- let's stay with the

20   professor that -- excuse me, the brother-in-law that's a

21   professor, it sounds like.  Is he involved in the criminal

22   law at all?  Does he write in the criminal law, teach in the

23   criminal law space?

24            PROSPECTIVE JUROR:  Kind of.  But he's sort of

25   semi-retired now.  He's like me, he's getting up there in
```

years.  He makes more money than I do, so he can afford to

really retire.  He's in Maryland and he teaches in the law

school, but he's kind on permanent leave.

THE COURT:  To the extent that you've had

conversations with him about the law, in particular, the

criminal law, the justice system, would you be able to set

all that aside and follow the rules as I give them to you?

PROSPECTIVE JUROR:  Yes.  He's a friend.  He's not

a --

THE COURT:  Okay.

And Question 13C asked whether any member of the

group's been arrested for, charged with, or convicted of a

crime or been a victim of or a witness to a crime.

PROSPECTIVE JUROR:  This is -- most of my friends

have lived in D.C. for a long time.

THE COURT:  Right.

PROSPECTIVE JUROR:  So I've been mugged one time,

stolen from a couple times.

One friend of mine actually got stabbed going to

mail a letter at night.  So we live in Capitol Hill -- I've

lived in Capitol Hill for a long time and it's gone through

a number of changes over the years.  Now it's kind of a

little groovy little place but in the old days it was a lot

tougher.

THE COURT:  So either you or your friends have

1    been -- had sort of direct contact with the Metropolitan

2    Police Department, it sounds like.  Do you have any views

3    about the Metropolitan Police Department that you think

4    could cause you to be fair -- not be fair and impartial?

5              PROSPECTIVE JUROR:  No, no.  It's a tough job;

6    I feel their pain.  I get mad at them sometimes, but I

7    really think they have incredibly difficult jobs.

8              THE COURT:  Okay.

9              What about the Prosecutor's Office for the

10   District of Columbia, U.S. Attorney's Office?

11             PROSPECTIVE JUROR:  It had nothing to do with

12   them.

13             THE COURT:  All right.

14             Government counsel, any questions, follow-up

15   questions?

16             MR. KELLY:  Yes, Your Honor.

17             Good afternoon, sir.

18             Before you said -- without putting words in your

19   mouth -- that if this case was about attacking the police,

20   that's one thing, but if it's about attacking the

21   government, it's another.  Could you just elaborate a little

22   bit on what you meant by that?

23             PROSPECTIVE JUROR:  I don't -- we're going through

24   a difficult time in this country in terms of challenging the

25   election.  All of those kind of things.  That's what I was

1    trying to get at.

2          I have a bias.  I believe in America, this is

3    ridiculous to have this conversation, I'm sort of yelling at

4    you, but I have a bias in favor of our government.  So I

5    care about that.  So I have -- so if that was what this

6    trial was about, I don't think -- it's not, but I would have

7    a harder time with that, is all I'm really trying to say,

8    versus -- the act of attacking a police officer is very --

9    that's a concrete thing that can be measured.  The other

10   thing becomes much more political.  That's all I was trying

11   to say.

12         MR. KELLY:  Thank you.

13         And that makes a lot of sense.  So thank you for

14   elaborating.

15         So my follow-up question is, if there were

16   evidence in this case that the alleged assault on a police

17   officer actually, in some way, did obstruct that officer or

18   other officers from performing their duties at the Capitol

19   that day, up to and including protecting the building,

20   protecting members of Congress, if that sort of evidence

21   came into the case, would that impact your ability to remain

22   fair and impartial and consider all the evidence as it came

23   in?

24         PROSPECTIVE JUROR:  I'm not sure I exactly

25   understand the question.

1          MR. KELLY:  I guess I'm saying -- so we --
2    Judge Mehta told you that this case does involve -- I think
3    the exact words he said was, an assault of an officer with a
4    dangerous weapon on January 6th, 2021, at the U.S. Capitol
5    building.
6          THE COURT:  Counsel, can I just interrupt?
7          Sir, I think what government counsel is trying to
8    get at is that there may be proof and evidence in this case
9    that the alleged assault actually interfered with the duties
10   of the officer in protecting members of Congress and
11   carrying out his duties that day.  With the evidence
12   described in that way, would that change your view about
13   your ability to --
14         PROSPECTIVE JUROR:  No.
15         If the question is going to be defined of
16   attacking an officer, that is something that I think I could
17   measure.  If it's going to be defined as whether he was
18   obstructing his duties in some -- I mean, I don't know --
19   I don't even know quite -- I don't know -- it's hard to talk
20   about something that we're not actually -- I don't know what
21   it is, you know.
22         THE COURT:  If I could --
23         You're right, it's hard to know.
24         On the other hand, I think what we're trying to
25   just get at is you've defined some category of case that you

1   think you would have difficulty sitting in judgment of.  And

2   what we're simply saying is that there may be evidence in

3   this case that the alleged conduct of the defendant did

4   interfere with somebody's duties on that day.

5           Do you think that that kind of evidence would pose

6   difficulty for you in sitting in judgment in this case?

7           PROSPECTIVE JUROR:  No.

8           THE COURT:  All right.

9           Anything further?

10          MR. KELLY:  Just moving on to just a couple of

11  brief follow-ups then.

12          You mentioned, sir, that you are a reporter; is

13  that right?

14          PROSPECTIVE JUROR:  Right.

15          MR. KELLY:  Was that here in D.C.?

16          PROSPECTIVE JUROR:  Huh?

17          MR. KELLY:  Was that here in D.C.

18          PROSPECTIVE JUROR:  I worked for a publication --

19  Bloomberg bought it -- called Bureau of National Affairs.

20  I was a daily reporter covering environmental issues in

21  Congress.  I did that for years and years.  You guys should

22  know it as lawyers.  But so I worked for them.

23          Then I worked for a chemical science magazine

24  covering environmental issues and climate change and also

25  chemical plants that blow up, that kind of issue.

1          MR. KELLY:  And, sir, you mentioned that you are

2     semi-retired-retired.  Do you still work as a journalist?

3          PROSPECTIVE JUROR:  Yeah, I write for them every

4     now and then, but I don't do it all the time.

5          MR. KELLY:  And is that the same general subject

6     area that you --

7          PROSPECTIVE JUROR:  Yeah -- no, no.  Now it's

8     pretty much limited to chemical industry activities.

9          MR. KELLY:  Okay.

10          And then the last question is, you had mentioned

11     that you have followed some of what happened on January 6th;

12     your friends send you things, I think.  If you know, what

13     are some of the sort of typical news sources that you would

14     be getting that information from about January 6th?

15          PROSPECTIVE JUROR:  Oh, I guess CNN, really.  They

16     seem to be covering it more than anybody else.

17          I really don't -- I don't value news -- television

18     news reporting a lot.  I worked as a reporter for a long

19     time and I know some of the things they're driving at so

20     I don't really watch it very often.

21          MR. KELLY:  Understood.

22          PROSPECTIVE JUROR:  I read the newspapers.

23     I'm old-fashioned.

24          THE COURT:  Mr. Monroe.

25          MR. MONROE:  I have no questions for the juror.

1   Thank you, Judge.

2          THE COURT:  All right.

3          Sir, thank you very much.  Mr. Douyon will show

4   you out of the courtroom.

5          Counsel, again, I'll ask you to sort of limit the

6   biographical questions and sort of the follow-up on the

7   biographical questions.  As I said, it's now 2:30 and we've

8   got a long way to go.  So let's bring in the next juror.

9          MR. KELLY:  Yes, Your Honor.

10          THE COURT:  Hi, ma'am.  How are you?

11          PROSPECTIVE JUROR:  Good.  Thank you.

12          THE COURT:  Feel free to remove your mask if you

13   wish.

14          You are juror 0267; is that right?

15          PROSPECTIVE JUROR:  Yes, sir.

16          THE COURT:  Okay.

17          You answered five questions, 7, 8, 13B, C, and D.

18          So let's start with 7 and 8, which are related

19   questions about your media and video exposure to the events

20   of January the 6th.

21          Could you just generally describe for us how much

22   news and video evidence -- or video you've seen of those

23   days -- of the events of that day, excuse me?

24          PROSPECTIVE JUROR:  The day of, I work from home

25   because of COVID, so I had the news on that day, and it was

```
1   on all day.  And then after that for a couple of weeks
2   following, I paid close attention to what took place.  And,
3   you know, just in everyday updates that are provided via the
4   news.
5                 THE COURT:  Okay.
6                 So is it fair to say that you're not somebody
7   who's actively seeking out news about January the 6th.
8                 PROSPECTIVE JUROR:  Not actively, no.
9                 THE COURT:  Okay.
10                 PROSPECTIVE JUROR:  But I'm involved in -- I watch
11   a lot of news just to keep up to date in what's going on,
12   you know, in general.
13                 THE COURT:  Okay.
14                 So you, like many people, follow the news, current
15   events, and you've read and seen things about that day.
16   Could you put all of that aside and evaluate the facts of
17   this case that are presented in this courtroom and put
18   everything you've learned outside the courtroom to the side
19   and judge this case?
20                 PROSPECTIVE JUROR:  Yes, sir.
21                 THE COURT:  Okay.
22                 Can you just tell us what kind of -- where you
23   consume your news from; in other words, what the sort of
24   primary media sources you get your news from?
25                 PROSPECTIVE JUROR:  Typically, it's MSNBC.  That's
```

1   pretty much it, actually.

2            THE COURT:  Okay.

3            So let's turn to 13B, C, and D.  13B asked whether

4   any member of your family or close, personal friends have

5   served in the Armed Forces.

6            PROSPECTIVE JUROR:  My father was in the Air Force

7   in the early '70s.  He got out, I think, in '74.

8            THE COURT:  Okay.

9            And was he -- can you tell us, do you know how

10  long he served in the Air Force?

11           PROSPECTIVE JUROR:  Just four years.  He was a

12  surgery technician.

13           THE COURT:  Okay.

14           Question 13C concerns whether any member of the

15  group's attended law school, worked as a lawyer, or worked

16  in a law office.

17           PROSPECTIVE JUROR:  My mom was a real estate

18  paralegal, and I, in fact, did that, too, out of college.

19           THE COURT:  Have you had any exposure to the

20  criminal law?

21           PROSPECTIVE JUROR:  Not criminal, no.

22           THE COURT:  All right.

23           Question 13D asked whether any member of the group

24  has been arrested for, charged with, or convicted of a crime

25  or been a victim of a crime or a witness to a crime.

1              Can you elaborate on that?

2              PROSPECTIVE JUROR:  Yes, unfortunately, in front

3    of all these people, I did.

4              THE COURT:  I'm sorry, say that again.

5              PROSPECTIVE JUROR:  Well, I got -- when I was 18

6    years old, I actually got a DUI.

7              THE COURT:  Okay.  That's all right.

8              PROSPECTIVE JUROR:  Let everyone know in here.

9              THE COURT:  We all do a lot of things when we're

10   young.

11             PROSPECTIVE JUROR:  20-something years ago, but

12   still, yeah.

13             THE COURT:  Anything about that experience that

14   might cause you to think you couldn't be fair to the

15   government in this case?

16             PROSPECTIVE JUROR:  No, sir.

17             THE COURT:  All right.

18             Any follow-up from the government?

19             MR. KELLY:  No, Your Honor.

20             THE COURT:  Mr. Monroe.

21             MR. MONROE:  Good afternoon.

22             So I take it, at least during the earlier stages

23   following January 6th, you stayed with the coverage?

24             PROSPECTIVE JUROR:  Yes.

25             MR. MONROE:  Did you actually witness yourself any

 1   of the events either during or after January the 6th, the

 2   actual participants?

 3            PROSPECTIVE JUROR:  Witness?

 4            MR. MONROE:  Any of the people that showed up for

 5   January 6th, either going to the event or leaving or

 6   actually there at the Capitol?

 7            PROSPECTIVE JUROR:  No.

 8            In fact, I can't recall a single person that I've

 9   seen.  You know, if I were to see them in person, I wouldn't

10   be able to pick them out of a lineup or...

11            Just more so paying attention to what happened to

12   the Capitol and, you know, just the crowd itself, not

13   necessarily individual people.

14            MR. MONROE:  Is this what you're sharing that you

15   saw on TV, as opposed to in person?

16            PROSPECTIVE JUROR:  I did not -- I wasn't here in

17   person.  I worked from home that day and I had the TV on all

18   day and watched what was going on while I was at home.

19            MR. MONROE:  And what's your view or opinion as to

20   what had transpired on January 6 now that we're more than a

21   year away from the event?

22            PROSPECTIVE JUROR:  Well, it was shocking.  It was

23   shocking to see just the people climbing the walls.  And

24   that's just something I'd never seen before, and I think the

25   majority of us would agree that that was just unexpected.

1          So I think, you know, a peaceful rally is one

2    thing, but, you know.

3          MR. MONROE:  Well, now that you know you're

4    sitting on a criminal trial where one of the individuals

5    there that day are accused of various crimes and taking into

6    account your own personal experience, do you think you could

7    be a fair and impartial juror and weigh in on the facts and

8    not show any bias or prejudice to one side or the other?

9          PROSPECTIVE JUROR:  So I do know that not everyone

10   was climbing the walls and, you know, breaking through the

11   glass, and I do know that not everyone was doing that.

12         So, yes, I think so.  You know, I would have to,

13   you know -- every individual's story, I would imagine, is

14   different, and what they experienced that day.

15         THE COURT:  Okay.

16         Ma'am, just so you're aware, I don't expect there

17   to be any evidence in this case of anyone climbing the

18   walls, particularly this defendant, or engaging in any

19   property destruction, correct?

20         MR. KELLY:  That's correct, Your Honor.

21         THE COURT:  Okay.

22         All right.  Thank you.  Mr. Douyon will show you

23   out of the door.  Thank you very much.

24         COURTROOM DEPUTY:  Good afternoon.  Juror No.

25   1115.

```
 1                THE COURT:  Hi, sir.  How are you?

 2                PROSPECTIVE JUROR:  Hi.

 3                THE COURT:  You are juror 1115; is that right?

 4                PROSPECTIVE JUROR:  Yep.

 5                THE COURT:  Feel free to remove your mask if you

 6    are comfortable doing so.

 7                All right.  You have answered, looks like, six

 8    questions yes, 5, 7, 8, 10, and 13B and C.

 9                Why don't we start with 5, which asked whether you

10    live or work at or near the U.S. Capitol.  Can you tell us

11    about that?

12                PROSPECTIVE JUROR:  Yeah, I work in Cap Gallery.

13    No.  Sorry.  That's wrong.  Gallery Place - Chinatown area.

14    So right near the museums over there.

15                THE COURT:  I'm sorry, right near what?

16                PROSPECTIVE JUROR:  The museums.

17                So not far from the mall, but not quite --

18                THE COURT:  Okay.

19                So you work near the arena; you work in Penn

20    Quarter?

21                PROSPECTIVE JUROR:  Exactly.  Yeah.

22                THE COURT:  And so do you work -- you don't work

23    on Capitol Hill, correct?

24                PROSPECTIVE JUROR:  No.

25                THE COURT:  And do you live on Capitol Hill?
```

```
 1                   PROSPECTIVE JUROR:  No.

 2                   So it's relative, yeah.

 3                   THE COURT:  It's all relative, and it's not a big

 4      town.

 5                   Okay.  So Question 7 and 8 are related, they ask

 6      about your media and video exposure to the events of January

 7      the 6th.  Can you just generally tell us to what extent

 8      you've been exposed to media and video coverage of those

 9      events?

10                   PROSPECTIVE JUROR:  Generally during the

11      work-at-home period, I always had, like, the news on TV.

12                   THE COURT:  I'm sorry, can you speak up?

13                   PROSPECTIVE JUROR:  Generally during the

14      work-at-home period, I had the news on.

15                   THE COURT:  Okay.

16                   And can you tell us what sources from which you're

17      getting your news?

18                   PROSPECTIVE JUROR:  Specifically what networks?

19                   THE COURT:  Yes.

20                   PROSPECTIVE JUROR:  I mean, it was usually MSNBC.

21                   THE COURT:  Okay.

22                   And so would you consider yourself somebody who's

23      actively seeking out news about January the 6th or someone

24      who views it if it happens to be on the television when

25      you're watching the news?
```

```
 1              PROSPECTIVE JUROR:  I mean, it was relevant

 2    because of where I live and various other reasons.  So I was

 3    ingesting the news and it had my interest, yeah.

 4              THE COURT:  All right.

 5              So, you know, there's been some amount of media

 6    coverage about those events, but the question for you is,

 7    could you set aside what you've learned through watching the

 8    news or reading the news and evaluate the evidence that's

 9    presented in this case fair and impartially?

10              PROSPECTIVE JUROR:  Yes.

11              THE COURT:  Okay.

12              And this defendant is presumed to be innocent.

13    Is that a presumption you could apply in this case?

14              PROSPECTIVE JUROR:  Yes.

15              THE COURT:  And if the government, which bears the

16    burden of proving his guilt, failed to prove him guilty

17    beyond a reasonable doubt, is there any doubt in your mind

18    that you would be able to acquit the defendant?

19              PROSPECTIVE JUROR:  No.

20              THE COURT:  And you answered Question 10, which

21    says you have strong feelings or opinions about the events

22    that took place on the 6th, so we've talked about that a

23    little bit.

24              So let me ask you:  Can you tell us what it is

25    that you are concerned about or what may have caused you to
```

1    answer yes to Question 10 in terms of your concern about

2    whether you have -- whether you could sit fairly,

3    impartially in light of your opinions about that day?

4              PROSPECTIVE JUROR:  I mean, I formed opinions

5    about what the events were and what was behind them --

6              THE COURT:  Okay.

7              PROSPECTIVE JUROR:  -- and what the sentiments

8    were.  So -- and I'm sure that was somewhat formed by the

9    media to some extent.

10             THE COURT:  Sure.

11             And can you tell us whether you think you've

12   formed opinions about the people that were there on January

13   the 6th?

14             PROSPECTIVE JUROR:  Yeah, I didn't really want

15   them in town.

16             THE COURT:  Okay.

17             But beyond that general sense --

18             PROSPECTIVE JUROR:  And just the sense that their

19   politics were different from mine and that it would be

20   people causing trouble in town.

21             THE COURT:  Okay.

22             PROSPECTIVE JUROR:  That was my impression.

23             Like, for example, we didn't go into work on that

24   day.  Those of us who were allowed in the office, we still

25   stayed at home because we heard that something might happen.

```
 1              THE COURT:  And so the fact that it sounds like
 2     you were sort of impacted somewhat, you weren't able to go
 3     to work that day, for example, do you think you could set
 4     these opinions aside -- and, again, the question in this
 5     case is the evidence in this case and whether this defendant
 6     committed the offenses that he's accused of.  And so could
 7     you focus on that question and be fair and impartial and sit
 8     in judgment on that question and putting aside everything
 9     that you've learned and thought about otherwise?
10              PROSPECTIVE JUROR:  Yes.
11              THE COURT:  Okay.
12              Question 13B and C asked whether you or any member
13     of that group has served in the Armed Forces.  Can you tell
14     us about that?
15              PROSPECTIVE JUROR:  My brother is in the Air
16     Force.  Well, Air Guard for the Navy, I believe that's what
17     it's called.
18              THE COURT:  I'm sorry?
19              PROSPECTIVE JUROR:  The air unit was in the Navy
20     he worked for.  Yeah, sorry.
21              THE COURT:  Oh, okay.
22              PROSPECTIVE JUROR:  And we're not that close, so I
23     don't know all the details.  I mean, we're family, but
24     I don't -- yeah.  He's retired from that job already, so...
25              THE COURT:  And so Question 13C asked about
```

1    attendance at law school, working as a lawyer, or working in

2    a law office.  Can you tell me about that?

3            PROSPECTIVE JUROR:  My sister was a paralegal for

4    a number of years.

5            THE COURT:  And during her time --

6            PROSPECTIVE JUROR:  Sorry.

7            And my parents both, like, worked as, like,

8    accountants in law firms, but that's really the extent of

9    it.

10           THE COURT:  And any of your relatives, did they

11   work for lawyers who did criminal work, to your knowledge?

12           PROSPECTIVE JUROR:  I don't know.

13           THE COURT:  Okay.

14           Any follow-up from the government?

15           MR. KELLY:  No, Your Honor.

16           THE COURT:  Mr. Monroe.

17           MR. MONROE:  Good afternoon.

18           PROSPECTIVE JUROR:  Hi.

19           MR. MONROE:  Everyone walks in the room with their

20   own set of political beliefs and views.  Obviously you've

21   been following the news, you understand the very general

22   narrative of the events of January the 6th.

23           And I know that you indicated that the folks who

24   came to town, at least from your standpoint, weren't

25   particularly welcome.

1              But now that you're sitting as one of the
2    potential judges of the facts, I have to ask you, let's
3    assume that Mr. Webster here, who you're going to have to
4    preside and judge, is either a Trump supporter or supports
5    Trump's policies.  Knowing that, sir, does that, in your
6    mind, without having heard any evidence, prevent you from
7    being a fair and impartial decider of the facts in this
8    case?
9              PROSPECTIVE JUROR:  No.
10             MR. MONROE:  You could set those strongly held
11   political beliefs that you have and judge this man fairly,
12   even though maybe you may not agree on some major political
13   topics?
14             PROSPECTIVE JUROR:  Yes.
15             MR. MONROE:  Thank you for speaking with me.
16             THE COURT:  All right, sir.  Thank you very much.
17   Mr. Douyon will show you out of the courtroom.
18             COURTROOM DEPUTY:  Juror 0269.
19             THE COURT:  Hi, ma'am.  How are you?
20             PROSPECTIVE JUROR:  Good.  Thank you.
21             THE COURT:  You are free, if you wish, to take
22   your mask off.  For present purpose, you can do that.
23   You are juror 0269; is that right?
24             PROSPECTIVE JUROR:  That's correct.
25             THE COURT:  You answered five questions, 7, 8, and

```
 1   then 13A, B, and C.

 2           So let's start with 7 and 8 and those questions

 3   sort of relate to your exposure to the news media and videos

 4   of the events of January the 6th.  Can you tell us a little

 5   bit about your exposure, ma'am?

 6           PROSPECTIVE JUROR:  Probably like everyone in

 7   America, I watched those events unfold on television and

 8   followed them kind of closely thereafter.

 9           I would say that I read several in-depth articles,

10   watched -- typically if I see a link relating to a

11   prosecution or something relating to those events, I would

12   follow that link.

13           THE COURT:  Okay.

14           PROSPECTIVE JUROR:  So up until probably, like,

15   November of last year, I followed it relatively close.

16           THE COURT:  And it sounds like it's sort of

17   trickled off since November; is that right?

18           PROSPECTIVE JUROR:  Yeah, primarily just because

19   I haven't had time to view it.

20           THE COURT:  Yeah, sure.

21           So can I just ask, sort of what are your primary

22   sources from which you get your news?

23           PROSPECTIVE JUROR:  Typically reading the

24   Associated Press or maybe the nightly news, reading

25   The Washington Post, the New York Times.  Kind of a wide
```

1    variety of print and digital media.

2            THE COURT:  So, you know, most all Americans have

3    been exposed to the events of January the 6th in varying

4    degrees.

5            The question, though, in this case, is with

6    respect -- is whether this defendant is guilty of committing

7    the offenses that he's charged with.

8            Do you think you could put aside what you've read

9    and what you've seen about that day and judge the evidence

10   and the defendant based upon only the evidence that's

11   presented in the courtroom?

12           PROSPECTIVE JUROR:  I believe that I could.

13           THE COURT:  Any reason to doubt that you would not

14   be able to do so?

15           PROSPECTIVE JUROR:  No, I don't believe so, not

16   that I can think of.

17           THE COURT:  Okay.

18           And this defendant, like every defendant, is

19   presumed innocent.  Is that a presumption you would have any

20   trouble applying?

21           PROSPECTIVE JUROR:  No, it is not.

22           THE COURT:  And the government bears the burden of

23   proving guilt beyond a reasonable doubt.  And if you were to

24   determine that the government had not carried its burden, do

25   you think you would have any trouble in returning a

1    not-guilty verdict?

2              PROSPECTIVE JUROR:  I do not.

3              THE COURT:  Okay.

4              Let's turn to questions 13A, B, and C.  First

5    question concerns whether you or anybody you know is in law

6    enforcement.  Can you tell us about that?

7              PROSPECTIVE JUROR:  I have siblings that work for

8    the -- for Customs and Border Protection.

9              THE COURT:  Okay.

10             And anything about the fact that your siblings are

11   in law enforcement, any reason to think that would cause you

12   to not be fair and impartial in this case?

13             PROSPECTIVE JUROR:  I don't think so.

14             THE COURT:  And then Question 13B asked about the

15   Armed Forces.  Can you tell us about any family members or

16   close friends in the Armed Forces?

17             PROSPECTIVE JUROR:  One of my siblings that works

18   for CBP was also in the military, in the Army.

19             THE COURT:  Okay.

20             And 13C asked whether any member of the group has

21   attended law school, worked as a lawyer, or worked in a law

22   office.

23             PROSPECTIVE JUROR:  I have a sister-in-law that's

24   an attorney.

25             THE COURT:  Can you tell us what kind of work she

1    does?

2            PROSPECTIVE JUROR:  She works for government, for,

3    like, Social Security Administration.

4            THE COURT:  Okay.  So she works for Social

5    Security.  She's not a government prosecutor, to your

6    knowledge?

7            PROSPECTIVE JUROR:  No.

8            THE COURT:  Okay.

9            All right.  Any follow-up from the government?

10           MR. KELLY:  No, Your Honor.

11           THE COURT:  Mr. Monroe.

12           MR. MONROE:  No inquiry, Judge.

13           Thank you, sir.

14           THE COURT:  Thank you, ma'am.  Mr. Douyon will

15   show out of the courtroom.

16           PROSPECTIVE JUROR:  Thank you.

17           THE COURT:  We're going to go through one more

18   juror and then we'll take a break, okay?  Give our court

19   reporter a rest and everyone else.

20           COUTROOM DEPUTY:  Juror No. 0245.  Please have a

21   seat.

22           THE COURT:  Hi, ma'am.  How are you?

23           PROSPECTIVE JUROR:  I'm good.  How are you doing?

24           THE COURT:  Good.  Thank you.

25           Feel free to take your mask off if you'd like for

1    present purposes.

2              You are juror 0245; is that right?

3              PROSPECTIVE JUROR:  Yes.

4              THE COURT:  So you've answered several questions

5    yes, 7, 8, 10, 11, 12, 13A, 17, and 21.

6              So let's start with 21, which is this catch-all

7    question that asked whether there were any reasons that it

8    would make it difficult for you to be fair and impartial or

9    sit in judgment of another person.  Can you tell us about

10   that?

11             PROSPECTIVE JUROR:  Well, I try to be very

12   open-minded with a lot of things.  So that's really it.

13   Nothing too big.

14             THE COURT:  Okay.

15             So if -- as you've said, you try to be

16   open-minded.  Can you tell us why you answered yes to

17   question 21?

18             PROSPECTIVE JUROR:  Because with the state of

19   things -- I mean, I'm only 22 years old.  So as young as

20   I am, I try to look at things from a different perspective,

21   especially being born and raised here in D.C.  I feel like a

22   lot of things directly affect me personally in the city.

23   So, you know, when it comes to cases like that, it's like,

24   I've got to, like, really think, you know, about me

25   personally.

1          THE COURT:  Well, when you say you need to think
2     about you personally, how do you mean?
3          PROSPECTIVE JUROR:  Well, because I feel like as a
4     Washingtonian, especially an African-American here, when it
5     comes to different cases and things that happen, especially
6     this case specifically, it just makes me feel like, well, I
7     mean, I've got to think as a whole.  Like, how would I feel
8     if I was in that position or X, Y, Z, how I would feel if I
9     was in that position.
10         THE COURT:  In what position, if you were charged
11    or what do you mean in that position?
12         PROSPECTIVE JUROR:  Like if I was a witness, if
13    I was there.  If, like, the day that it happened, I had to
14    leave home from work.  Like, I had to leave work to go home
15    early, I feel like that affected me, and that's very
16    unfortunate.
17         THE COURT:  So can you just tell us at the time
18    where you worked and sort of how close it was to Capitol
19    Hill?
20         PROSPECTIVE JUROR:  So I was at the Trader Joe's
21    in Eastern Market.
22         THE COURT:  Okay.  So you worked on Capitol Hill
23    that day?
24         PROSPECTIVE JUROR:  Uh-huh.
25         THE COURT:  And so you were sent home that day

1    early; is that right?

2              PROSPECTIVE JUROR:  Yes.

3              THE COURT:  And so let me just sort of step back

4    and ask:  You were working on the Hill that day.  And how

5    much of those events did you see either personally or when

6    you got home on TV?

7              PROSPECTIVE JUROR:  So I saw a little bit of it

8    and I think I got to work around 3:00, 4:00.  And then,

9    like, I think, like, 10, 15 minutes later, they said that we

10   had to go home early.  So I feel like it was a waste of my

11   time.  And then getting an Uber home because of Metro.  And

12   then, like, the city happening to -- what was it?  I believe

13   there was a curfew.  I just felt like, I mean, I wasted time

14   and money and that's not fair.

15             THE COURT:  Yeah.

16             So you've just described the impacts that that day

17   had on you personally.  Let me ask you:  Do you think, given

18   those impacts, do you think you could sit fairly and

19   impartially in this case as a juror?

20             PROSPECTIVE JUROR:  No.

21             THE COURT:  Okay.

22             And even if you were instructed that this

23   defendant is presumed innocent and the government bears the

24   burden of proving guilt beyond a reasonable doubt, would you

25   have difficulty being fair to this defendant?

1          PROSPECTIVE JUROR:  I feel like if -- with the

2    evidence given, if it is -- if he is innocent, then I will

3    say that he is innocent; I would try to separate myself from

4    that.  But at the same time, seeing the events, seeing it on

5    all social media and things like that, it would be hard for

6    me to believe that he is innocent, yeah.

7          THE COURT:  Okay.

8          So let me just follow up on that.  I mean, you've

9    said a couple of things.

10         Look, you've consumed news by social media and

11   otherwise about that day.  But this case is not just about

12   what happened that day generally, it's about this defendant

13   and whether he did the acts that he's accused of.

14         And so the question is whether you could set aside

15   what else you've learned and view the evidence fairly and

16   impartially as to this defendant.  Is that something you

17   think you could do?

18         PROSPECTIVE JUROR:  No.  I'm not even going to sit

19   here and lie and say yes.

20         THE COURT:  All right.  Well, we appreciate your

21   candor.

22         All right.  Ma'am, we're going to excuse you from

23   service.  Thank you for coming down today.

24         PROSPECTIVE JUROR:  Yeah.

25         THE COURT:  Okay.  So it's -- let's take about

```
 1    15 minutes and we'll resume a little bit after 3:05 and
 2    we'll keep going.  So we've made far better progress in this
 3    first half of the afternoon; hopefully it will continue.
 4    Thanks, everyone.
 5              COURTROOM DEPUTY:  All rise.
 6              Court stands in recess.
 7              (Recess from 2:53 p.m. to 3:10 p.m.)
 8              COURTROOM DEPUTY:  All rise.  The Honorable
 9    Amit P. Mehta again presiding.
10              THE COURT:  Please be seated, everyone.
11              Okay.  Everybody ready to proceed?
12              Okay.  Let's bring in our next juror.
13              COURTROOM DEPUTY:  Juror No. 0178.
14              PROSPECTIVE JUROR:  Correct.
15              THE COURT:  Hi, ma'am.  Good afternoon.  How are
16    you?
17              PROSPECTIVE JUROR:  Good afternoon.
18              THE COURT:  Feel free to take your mask off if you
19    feel comfortable doing so.
20              PROSPECTIVE JUROR:  Okay.  Great.
21              THE COURT:  All right.  You are juror 0178;
22    is that correct?
23              PROSPECTIVE JUROR:  Yes, it is.
24              THE COURT:  All right.
25              So you have answered four questions, 1, 8, 13B,
```

1    and 13C.

2          So let's start out with 1, which asked whether you

3    know or heard anything about this particular case or

4    Mr. Webster.

5          PROSPECTIVE JUROR:  I think it must have been just

6    this morning as I was getting dressed, I had my television

7    on, I wasn't watching the news, just in the background, and

8    I did hear that jury selection or something, trial, was

9    starting for a case related to January 6th events.

10         THE COURT:  Okay.

11         Did you hear, as part of that news story, anything

12    more than what you've just described?

13         PROSPECTIVE JUROR:  No, I did not.

14         THE COURT:  Okay.

15         So nothing about the evidence that's expected to

16    be presented or anything like that?

17         PROSPECTIVE JUROR:  No.

18         THE COURT:  Okay.

19         Question 8 concerns video that you have viewed

20    of -- and seen of the events of January the 6th.  Can you

21    tell us, just generally, how much exposure you've had to

22    media and video coverage of the events of January the 6th?

23         PROSPECTIVE JUROR:  Well, I guess like most of the

24    country, I was kind of watching, absolutely watching what

25    was happening, unfolding at the Capitol on that day, as much

1    as the country and the world was watching, and just amazed

2    at what was happening.

3              THE COURT:  Okay.

4              And since then, have you actively sought out news

5    stories and video of the events of that day?

6              PROSPECTIVE JUROR:  Maybe shortly afterward.  But

7    I mean, that was like a year ago.  So my interest in,

8    I guess, has kind of faded, and I certainly haven't followed

9    it subsequent in the last nine months or so.

10             THE COURT:  So to the extent that you were exposed

11   to news stories and video of the events of that day, would

12   you be able to set all of that aside and focus on the

13   evidence as it's presented in this case and be fair and

14   impartial to this defendant?

15             PROSPECTIVE JUROR:  Yes, absolutely.

16             THE COURT:  Okay.

17             Question 13B and C.  13B asked whether any member

18   of the group had served in the Armed Forces.  Can you tell

19   us which branch, ma'am?  I'm sorry, can you tell us who and

20   which branch?  Excuse me.

21             PROSPECTIVE JUROR:  Okay.

22             So my sister and my brother-in-law, her husband,

23   served in the military.  This is back, Vietnam era.

24             THE COURT:  Okay.

25             PROSPECTIVE JUROR:  And I have other, like,

1    cousins that were military.

2            But I don't think I have any relatives now --

3    I know I don't have any relatives now currently in the

4    military.

5            THE COURT:  And can you tell us which branches of

6    the military your relatives have served in?

7            PROSPECTIVE JUROR:  My sister and her husband were

8    Army.  Cousins, Air Force.  One was Navy.

9            THE COURT:  Okay.

10           And then Question 13C asked whether any member of

11   the group has attended law school, worked as a lawyer, or

12   worked in a law office.

13           PROSPECTIVE JUROR:  I live in Washington where

14   there are millions of attorneys, and I have a number of

15   friends that are lawyers, judges.  But not -- the only

16   person that's in my family, that's considered a family

17   member is, I have a cousin who's an attorney, but the others

18   are just friends.

19           THE COURT:  Okay.

20           And so among those friends of yours and your

21   cousin, do any of those folks practice in criminal law, to

22   your knowledge?

23           PROSPECTIVE JUROR:  No.  Most of them are Federal

24   Government lawyers or --

25           THE COURT:  Do you know whether any of them might

```
1   be prosecutors?

2           PROSPECTIVE JUROR:  No, no, none of them are

3   prosecutors.

4           THE COURT:  Okay.

5           Any follow-up from the government?

6           MR. KELLY:  No, Your Honor.

7           THE COURT:  Mr. Monroe.

8           MR. MONROE:  No, sir.  Thank you.

9           THE COURT:  Ma'am, thank you very much.

10  Mr. Douyon will show you out of the courtroom.

11          PROSPECTIVE JUROR:  Okay.  Thank you.

12          THE COURT:  Hi, ma'am.  How are you.

13          PROSPECTIVE JUROR:  Good.  How are you?

14          THE COURT:  Good.  Thank you.

15          You are juror 0571?

16          PROSPECTIVE JUROR:  Yes.

17          THE COURT:  And feel free to take your mask off if

18  you'd like for present purposes.

19          You answered two questions yes, Question 8 and 19.

20          Why don't we jump to 19, which was the hardship

21  question.  And so can you tell us what it is that would

22  cause a hardship or what would cause you a hardship?

23          PROSPECTIVE JUROR:  It's not necessarily a

24  hardship.  I have a scheduled medical exam on Wednesday

25  morning at 8:15.
```

```
1              THE COURT:  This Wednesday?

2              PROSPECTIVE JUROR:  Yes.

3              THE COURT:  And do you have a sense of how long

4    that exam will last?

5              PROSPECTIVE JUROR:  Possibly two hours.

6              THE COURT:  Okay.

7              So you think you could be back at the courthouse

8    by -- if you were selected, by what time?

9              PROSPECTIVE JUROR:  I would say no later than

10   12:30, 1:00, just in case it runs over.

11             THE COURT:  Okay.

12             And sorry to ask but is this an examination that

13   could be rescheduled or -- if you were selected?

14             PROSPECTIVE JUROR:  It's a neurology exam for

15   carpal tunnel.  So it took me, like, two months to schedule

16   this.

17             THE COURT:  All right.

18             All right.  Well, let's move forward, and we'll

19   certainly note your medical appointment.  And if you're

20   selected, we'll figure out what we need to do, okay?

21             PROSPECTIVE JUROR:  Okay.

22             THE COURT:  Question 8 concerns video evidence

23   or -- I shouldn't say evidence -- videos of what you've

24   seen -- that you've seen of the events of January the 6th.

25   Can you give us a sense of sort of the quantity of video
```

```
 1   that you've watched of that day?
 2            PROSPECTIVE JUROR:  It was initially just like the
 3   day of while everything was going on.
 4            THE COURT:  Okay.
 5            And since then, have you read or -- read news
 6   stories about that day?
 7            PROSPECTIVE JUROR:  Every now and then if
 8   something popped up, but not following anything.
 9            THE COURT:  All right.
10            So any doubt -- or let me ask this:  Given what
11   you've seen, read about, would you have any trouble putting
12   that to the side and evaluating the evidence in this case as
13   it's been presented?
14            PROSPECTIVE JUROR:  No.
15            THE COURT:  Okay.
16            Any follow-up from the government?
17            MR. KELLY:  No, Your Honor.
18            MR. MONROE:  Good afternoon, Ms. ███.
19            How far do you live from the Capitol?
20            PROSPECTIVE JUROR:  I live about 10 to 15 minutes
21   away from here, so I'm up in Northwest.  I'm nowhere near
22   the Capitol.
23            MR. MONROE:  Anything about January 6th or its
24   events had any direct impact on you or your immediate
25   family?
```

```
1              PROSPECTIVE JUROR:  No.

2              MR. MONROE:  Thank you for speaking with me.

3              PROSPECTIVE JUROR:  You're welcome.

4              THE COURT:  Thank you, ma'am.

5              Mr. Douyon will show you out of the door.

6              PROSPECTIVE JUROR:  Thank you.

7              THE COURT:  So let's just -- we'll qualify her.

8    And if we find ourselves in the fortunate circumstance where

9    we've qualified enough, we can drop her, given her medical

10   appointment, okay?

11             MR. KELLY:  Yes, Your Honor.

12             COURTROOM DEPUTY:  Juror 1543.

13             THE COURT:  Ma'am, how are you?

14             PROSPECTIVE JUROR:  Doing well.  Thank you.

15             THE COURT:  Feel free to take your mask off if you

16   feel comfortable doing so.

17             You are juror 1543; is that correct?

18             PROSPECTIVE JUROR:  Yes.

19             THE COURT:  All right.

20             You answered one question yes and that was

21   Question 8.  So let me ask you about that.  That was the

22   question concerning your exposure to video evidence or -- I

23   keep saying video evidence -- video of the events of January

24   the 6th.  Can you tell us a little bit about that?

25             PROSPECTIVE JUROR:  Just referring to the fact I
```

1    saw it on the news.  I actually watched it when it occurred.

2    So kind of what's been in the media is what I have seen.

3              THE COURT:  Okay.

4              And would you consider yourself someone who has

5    actively followed news stories about January 6th?

6              PROSPECTIVE JUROR:  Not on an individual basis.

7    I mean, as I'm engaged and watching the news, staying

8    abreast of current events, I see it, but I'm not spending

9    personal time investigating or researching, no.

10             THE COURT:  Okay.

11             Any reason you think you couldn't put aside what

12   you've seen and learned through the media and evaluate the

13   evidence as it's presented in this case?

14             PROSPECTIVE JUROR:  No.

15             THE COURT:  Any reason to doubt that you could be

16   fair and impartial to this defendant?

17             PROSPECTIVE JUROR:  No.

18             THE COURT:  All right.

19             Let me just make sure:  Did you hear all of the

20   questions I asked?

21             PROSPECTIVE JUROR:  Yes.

22             THE COURT:  Okay.

23             Government counsel.

24             MR. KELLY:  Just very quickly, Your Honor.

25             What do you do for a living?

```
 1                PROSPECTIVE JUROR:  Say it again.

 2                MR. KELLY:  What do you do for a living?

 3                PROSPECTIVE JUROR:  I'm a freelance grant writer.

 4                MR. KELLY:  And where do you work?

 5                PROSPECTIVE JUROR:  For myself, from home.

 6                MR. KELLY:  Oh, okay.  Thank you.

 7                Do you do grant writing for any particular company

 8   or is it just freelancing?

 9                PROSPECTIVE JUROR:  For various nonprofit

10   organizations.

11                MR. KELLY:  Understood.  Thank you.

12                THE COURT:  Mr. Monroe.

13                MR. MONROE:  We're now more than a year since

14   January 6th.  What's your view of what transpired on that

15   day?  What's your take on things?

16                PROSPECTIVE JUROR:  What's my view.

17                I thought it was an unfortunate incident.

18   Actually, as I said, as I was watching it unravel -- or as I

19   watched it happening, I couldn't believe I was seeing what

20   I was seeing.

21                But I don't know beyond that what to say.

22                MR. MONROE:  Whatever you feel is appropriate.

23                How long have you lived in D.C?

24                PROSPECTIVE JUROR:  Well, I'm a native

25   Washingtonian.  I spent some time in California, but I've
```

1   been home now for almost 30 years.

2            MR. MONROE:  So you've seen your fair share of

3   protests in town, right?

4            PROSPECTIVE JUROR:  Yes.

5            MR. MONROE:  How far do you live from the Capitol?

6            PROSPECTIVE JUROR:  I live east of the river.

7   So I live in the other side of town.

8            MR. MONROE:  So did any of the events of

9   January 6th have any direct impact on you?

10           PROSPECTIVE JUROR:  No, not living or working

11  there.  So not in that sense, no.

12           MR. MONROE:  All right.  Thanks so much for

13  talking to me.

14           PROSPECTIVE JUROR:  Sure.

15           THE COURT:  Thank, ma'am.  Mr. Douyon will show

16  you out of the courtroom.

17           Sir, how are you?

18           PROSPECTIVE JUROR:  Good.  How are you?

19           THE COURT:  Good.

20           You are juror 0235?

21           PROSPECTIVE JUROR:  Yes.

22           THE COURT:  Okay.

23           Feel free to take your mask off if you feel

24  comfortable doing so.

25           So you answered -- you put down no questions on

1      the notecard; is that right?

2                  PROSPECTIVE JUROR:  Correct.

3                  THE COURT:  Did you have any difficulty hearing or

4      understanding any of the questions?

5                  PROSPECTIVE JUROR:  No.

6                  THE COURT:  So just to be clear, have you watched

7      any video ever of what happened on January the 6th?

8                  PROSPECTIVE JUROR:  I mean, I, like, actively do

9      not watch the news.  So, like, I've heard through friends,

10     you know, about it, so I'm not like unaware of the incident

11     that took place --

12                 THE COURT:  Right.

13                 PROSPECTIVE JUROR:  -- but I don't watch, like,

14     any news sources at all, like, randomly.

15                 THE COURT:  Okay.

16                 And if you're not watching news sources, what

17     about reading news sources, do you read any news source?

18                 PROSPECTIVE JUROR:  Not really.

19                 THE COURT:  And have you formed any opinions one

20     way or another about the events of January 6th?

21                 PROSPECTIVE JUROR:  Just that it was like a

22     disturbance, you know, based on what I've heard from friends

23     and stuff.

24                 But, you know, I haven't looked into it myself,

25     and, again, I haven't watched any news source or read up

1    about it, so I don't have a strong opinion about it.

2              THE COURT:  Any reason to think you couldn't be

3    fair and impartial to either side in this case?

4              PROSPECTIVE JUROR:  No.

5              THE COURT:  All right.

6              Anything from the government?

7              MR. KELLY:  No, Your Honor.

8              THE COURT:  Mr. Monroe.

9              MR. MONROE:  Sir, I saw on the notes that you're a

10   teacher?

11             PROSPECTIVE JUROR:  Yes, sir.

12             MR. MONROE:  What's your subject?

13             PROSPECTIVE JUROR:  I teach elementary physical

14   education.

15             MR. MONROE:  All right.

16             PROSPECTIVE JUROR:  So the little guys, yeah.

17             MR. MONROE:  What's the grade group?

18             PROSPECTIVE JUROR:  Pre-K through fifth grade.

19             MR. MONROE:  All right.  Thanks for talking to me.

20             PROSPECTIVE JUROR:  Uh-huh.

21             THE COURT:  All right, sir.  Thank you very much.

22   Mr. Douyon will show you out of the courtroom.

23             COURTROOM DEPUTY:  Juror No. 0210.

24             THE COURT:  Ma'am, how are you?

25             PROSPECTIVE JUROR:  Fine.  Thanks.

```
 1              THE COURT:  Feel free to take your mask off if
 2   you'd like during the questioning here.
 3              You are juror 0210; is that right?
 4              PROSPECTIVE JUROR:  Yes.
 5              THE COURT:  Okay.
 6              You've answered, it looks like, three of the
 7   questions, so 5, 8, and 10.  So let's talk about question 5
 8   which asked whether you live, work at or near the U.S.
 9   Capitol.
10              PROSPECTIVE JUROR:  I live about nine blocks.
11   I live off of Pennsylvania Avenue.  So nine blocks from the
12   Capitol.  I used to work at the Senate and House.  I do not
13   right now.
14              THE COURT:  I may not have heard you.  So you
15   currently live how far away from the Capitol?
16              PROSPECTIVE JUROR:  About nine blocks.  So within
17   a mile.
18              THE COURT:  Is that on the east side or the west
19   side of the Capitol?
20              PROSPECTIVE JUROR:  It is east side.
21              THE COURT:  East side.  Okay.  So toward the
22   river.
23              PROSPECTIVE JUROR:  I'm in Capitol Hill.
24              THE COURT:  So were you at home?
25              PROSPECTIVE JUROR:  I was, yeah.  I heard
```

1    everything, yeah, all the sirens and things.

2              THE COURT:  Okay.

3              So just real quick, because we have a court

4    reporter, it's hard for him to write things down when we

5    talk over one another.  So if you would just answer after

6    I'm done with my question, I'd appreciate it.

7              So you were at home that day, and I thought I

8    heard you say that you heard the events.

9              PROSPECTIVE JUROR:  Yeah.

10             THE COURT:  Did you observe them from your home?

11             PROSPECTIVE JUROR:  Other than -- I saw police

12   cars and such.  So obviously lots of -- there was

13   helicopters, everything.

14             THE COURT:  All right.

15             And so let me just ask, you've answered 8 as well,

16   which is that you watched video about what happened that

17   day.  Can you tell us about the extent to which you watched

18   video?

19             PROSPECTIVE JUROR:  Yeah, I watched afterwards

20   quite a bit.  I haven't watched -- you know, I haven't

21   followed things recently, but afterwards, I certainly did --

22             THE COURT:  Okay.

23             PROSPECTIVE JUROR:  -- everything with the

24   chambers.

25             THE COURT:  And then question 10 asked about your

1    feelings about what took place on January the 6th.

2              PROSPECTIVE JUROR:  Yeah, as I mentioned, I worked

3    at the Senate and House.  I have a lot of colleagues, former

4    colleagues, who worked -- still work in the House and

5    Senate.  Many, fortunately, were teleworking, but others

6    were in their buildings, not actually in the Capitol itself.

7    I know of people, but not friends.  You know, these are

8    former colleagues.

9              I work also, right now and did at the time, at the

10   Executive Office of the President, so the White House.  So

11   I have former colleague who worked for the Vice President at

12   the time.  So I have a lot of people that I know who are

13   very affected.  I personally, my profession for over 20

14   years, has been working for Senate, House, and the

15   White House.  So it's very personal to me.

16             THE COURT:  Sure.

17             So, look, you've been a Washingtonian for some

18   years and been involved in government, it sounds like, in

19   multiple capacities, and you've talked to people who were

20   either there that day or know people.

21             PROSPECTIVE JUROR:  Yeah.

22             THE COURT:  So do you think that that relationship

23   or those relationships would cause you to think you couldn't

24   be fair and impartial in this case?

25             PROSPECTIVE JUROR:  I do, yeah.  I do.

1           THE COURT:  And even if you were instructed that

2    you'd have to set aside your experiences and what happened

3    outside the courtroom and what you've learned outside the

4    courtroom, do you think you could do that?

5           PROSPECTIVE JUROR:  I think it would be extremely

6    hard, because of my profession, that I've lived for over

7    20 years, and working.  It personally affects me

8    significantly, what happened the day --

9           THE COURT:  All right.

10          Okay, ma'am, thank you very much for your time and

11   your honesty.  We'll dismiss you as a juror, thank you very

12   much.

13          Hi, ma'am, how are you?

14          PROSPECTIVE JUROR:  Hello.

15          THE COURT:  You are juror 1312; is that right?

16          PROSPECTIVE JUROR:  I am, yes.

17          THE COURT:  So feel free to remove your mask for

18   present purposes if you'd like.

19          You have answered five questions, 7, 8, 13A, B,

20   and D.

21          So let's talk about 7 and 8, they're sort of

22   related questions about how much you follow the events of

23   January the 6th in the media and the video you've seen of

24   the episode.  And I should just note, you've written here on

25   the card next to Question 7, "not closely but do follow."

```
 1                    So could you just tell us a little bit about that?
 2                    PROSPECTIVE JUROR:  Just when I see it on the
 3       news, it's interesting, and that's about it.  I mean,
 4       I don't do a whole lot more than that.
 5                    THE COURT:  Okay.
 6                    So is it fair to say that you don't actively seek
 7       out stories about --
 8                    PROSPECTIVE JUROR:  Correct.
 9                    THE COURT:  Okay.
10                    And would you be able to put aside whatever you've
11       either seen on the news or read in the media about those
12       events and evaluate the facts and the evidence in this case
13       as they're presented fairly and impartially?
14                    PROSPECTIVE JUROR:  I think so.  I mean, I'm
15       pretty open-minded.
16                    THE COURT:  I'm sorry, can you say that last part?
17                    PROSPECTIVE JUROR:  I said, I feel like I'm pretty
18       open-minded.  So, yes, I'm very logical, so I can do that.
19                    THE COURT:  Okay.
20                    So let's turn to questions 13A, B, and D.
21                    Question 13A asked whether you or anyone you know
22       personally, closely, is in law enforcement.
23                    PROSPECTIVE JUROR:  Uh-huh.
24                    THE COURT:  Can you tell a little bit about that?
25                    PROSPECTIVE JUROR:  Was in law enforcement.
```

```
1              THE COURT:  Was.  Okay.
2              PROSPECTIVE JUROR:  My nephew.  He's the same one
3    that was in the military.  I think that was the second
4    question.
5              THE COURT:  Right.
6              PROSPECTIVE JUROR:  So I had two nephews in the
7    military and one who came back and was a cop for a brief
8    period, a few years, and he didn't like the way things were
9    moving and he got out.
10             THE COURT:  And can you tell us where he was a
11   police officer?
12             PROSPECTIVE JUROR:  Florida.
13             THE COURT:  And you said he was a police officer
14   for a short time; is that right?
15             PROSPECTIVE JUROR:  For a short time, yeah.  Few
16   years, three, four years, something like that.
17             THE COURT:  Anything about his experience as a
18   police officer that might make you think you wouldn't be
19   able to fairly and honestly assess a police officer's
20   testimony?
21             PROSPECTIVE JUROR:  Oh, no.
22             THE COURT:  And then you said you have two nephews
23   in the Armed Forces, including the one you just talked about
24   or have served in the Armed Forces.  Can you just tell us
25   which branches of the Armed Forces they served in?
```

1          PROSPECTIVE JUROR:  The one who was in the Army,

2     the one that became a cop, he was in the Army in Iraq.  And

3     the other one is a pilot, Navy pilot.

4          THE COURT:  And then 13D asked whether any member

5     of the group has been arrested for, charged with, or

6     convicted of a crime or been the victim of or a witness to a

7     crime.

8          PROSPECTIVE JUROR:  Me.  Victim.

9          THE COURT:  I'm sorry, you?

10         PROSPECTIVE JUROR:  Victim.

11         THE COURT:  And I hate to pry, but can you tell us

12    a little bit about that?

13         PROSPECTIVE JUROR:  Sexual assault and kidnapping.

14         THE COURT:  Okay.  Sorry to hear that.

15         Was there an arrest following that incident?

16         PROSPECTIVE JUROR:  No.

17         THE COURT:  No.  All right.

18         Anything about that incident that could cause you

19    to think you couldn't be fair in this case?

20         PROSPECTIVE JUROR:  No.

21         THE COURT:  All right.  Thank you, ma'am.

22         Anything from the government?

23         MR. KELLY:  Yes, Your Honor.

24         Good afternoon.

25         The crime that you said that you were a victim of,

1    did that happen here in D.C. or somewhere else?

2                PROSPECTIVE JUROR:  No.  Somewhere else.

3                MR. KELLY:  Not in D.C.

4          Earlier you said that your nephew, I think,

5    stopped being a police officer because he didn't like the

6    way things were moving.  Could you just elaborate on what

7    that is?

8                PROSPECTIVE JUROR:  I think, you know, when -- it

9    was pre-pandemic, but he could just see the writing on the

10   wall with all the cameras and everything, and he just -- you

11   know, he felt like people were viewing cops in a way that

12   would eventually be problematic for him.  He just didn't

13   want to deal with it.

14               MR. KELLY:  Okay.

15         Did you and him discuss those concerns a lot or

16   was there --

17               PROSPECTIVE JUROR:  No.  I mean, I don't see him

18   that often.  I got it more from my brother, his father.

19               MR. KELLY:  Okay.

20         And then last question is, you mentioned that you

21   follow some in passing in the news about what happened on

22   January 6th.  What are some of the typical sources where you

23   would get that news?

24               PROSPECTIVE JUROR:  What sources?

25               MR. KELLY:  Yeah.

1          PROSPECTIVE JUROR:  I watch the evening news,

2   usually CBS, PBS, and BBC.

3          MR. KELLY:  Okay.

4          PROSPECTIVE JUROR:  And *Washington Post*.

5          MR. KELLY:  Thank you very much.

6          THE COURT:  All right.  Mr. Monroe.

7          MR. MONROE:  No inquiry, Judge.  Thank you.

8          THE COURT:  Thank you, Mr. Monroe.

9          All right, ma'am.  Mr. Douyon will show you out of

10  the courtroom.

11          PROSPECTIVE JUROR:  Thank you.

12          THE COURT:  Hi, sir.  How are you?

13          PROSPECTIVE JUROR:  Good.  How are you?

14          THE COURT:  Good.  Thank you.

15          You are juror 0030?

16          PROSPECTIVE JUROR:  Yes.

17          THE COURT:  And feel free to remove your mask if

18  you'd like for present purposes.

19          You have answered five questions, 7, 8, 13A, B,

20  and C.  So let's talk about 7 and 8 together.

21          And so those ask about your sort of media exposure

22  and exposure to videos concerning the events of January the

23  6th.  Can you tell us a little bit about that?

24          PROSPECTIVE JUROR:  Sure.

25          Yeah, I mean, I follow the news pretty closely.

1   So just the coverage from normal media services, *New York*

2   *Times*, *Washington Post*.  I live in town, so it's sort of

3   local news.

4               THE COURT:  Okay.

5               And would you say that you sort of follow the news

6   concerning January 6th any more closely or regularly than

7   you would any other topics of the news?

8               PROSPECTIVE JUROR:  No, not at the moment, no.

9               Immediately after the events, I would say so, but,

10  I mean, they were leading headlines for months, but now

11  we're over a year out, so not so much anymore.

12              THE COURT:  Okay.

13              And would you be able to set aside anything that

14  you've read or seen about those events and evaluate the

15  evidence fairly and impartially in this case?

16              PROSPECTIVE JUROR:  Yes.

17              THE COURT:  Questions 13A, B, and C.

18              13A concerns whether you or anybody in that group

19  is a member of or was a member of law enforcement.  Can you

20  tell us about that?

21              PROSPECTIVE JUROR:  Sure.

22              My stepfather is a retired lieutenant for my

23  hometown.

24              THE COURT:  I'm sorry, lieutenant where?

25              PROSPECTIVE JUROR:  In the City of Fayetteville,

1    North Carolina.

2            THE COURT:  In North Carolina?

3            PROSPECTIVE JUROR:  Yeah, he was a lieutenant in

4    the police force there.

5            THE COURT:  I'm sorry, it was your stepfather, you

6    said?

7            PROSPECTIVE JUROR:  Yes.

8            THE COURT:  And so given your relationship with

9    your stepfather, you know, there obviously will be law

10   enforcement testimony in this case, do you think your

11   relationship with your stepfather would impact your ability

12   to evaluate law enforcement testimony favorably or

13   unfavorably?

14           PROSPECTIVE JUROR:  No.

15           THE COURT:  Question 13B concerns whether any

16   member of the group had served or is serving in the Armed

17   Forces.

18           PROSPECTIVE JUROR:  Yeah.

19           THE COURT:  Can you tell us about that?

20           PROSPECTIVE JUROR:  Yeah, both my grandfathers,

21   one was in the Navy, the other one was in the Air Force,

22   obviously, but retired now.

23           THE COURT:  And then Question 13D concerned --

24   excuse me, 13C concerned attendance in law school, working

25   as a lawyer, or working in a law office.

1          PROSPECTIVE JUROR:  Yeah, one of my good friends,

2     he lives in town with me and he is a lawyer, yes.

3          THE COURT:  And does that friend of yours, does he

4     do any kind of criminal work, to your knowledge?

5          PROSPECTIVE JUROR:  No, he does not.

6          THE COURT:  All right.

7          Any follow-up from the government?

8          MR. KELLY:  No, Your Honor.

9          THE COURT:  Mr. Monroe.

10          MR. MONROE:  I see in the paperwork you're an

11     accountant by trade?

12          PROSPECTIVE JUROR:  Yes.

13          MR. MONROE:  What type of accounting work do you

14     do?

15          PROSPECTIVE JUROR:  I do corporate accounting for

16     a publicly traded company here in town.

17          MR. MONROE:  Thanks so much, sir.

18          THE COURT:  All right, sir.  Thank you.

19     Mr. Douyon will show you out of the courtroom.

20          Hi, ma'am.  How are you?

21          PROSPECTIVE JUROR:  Good.

22          THE COURT:  You are juror 1216?

23          PROSPECTIVE JUROR:  Yes.

24          THE COURT:  And feel free to remove your mask if

25     you'd like while you're being questioned.

1              So you answered three questions yes, 8, 11, and

2    13B.

3              So let's start with 8 and that is question about

4    how much video you have watched of the events of January the

5    6th.  Can you give us a sense of that, please?

6              PROSPECTIVE JUROR:  I'm like most people, when

7    it happened, it was on the news, Instagram, on YouTube.  So

8    in the height of all of it, that's when I was watching.

9              But I kind of like tailed off, so I haven't been

10   really focusing on it after -- like, stuff like this, I just

11   haven't been paying attention after the height of it gone

12   away from the news and stuff like that.

13             THE COURT:  Thank you.

14             Do you think, if you were selected to serve, that

15   whatever you saw back then and maybe in the immediate

16   aftermath is something you could put aside and focus on the

17   evidence as it's presented in this case?

18             PROSPECTIVE JUROR:  Yes, because some people did

19   what they did and some people didn't.  So I don't know this

20   individual, so I don't know where that person was during all

21   that.  So yeah.

22             THE COURT:  Question 11 asked whether you have

23   such strong feelings about former-President Trump or his

24   supporters that would make it difficult for you to be fair

25   and impartial in this case.  Can you tell us why you

1    responded yes to that question?

2              PROSPECTIVE JUROR:  Just for being a black woman,

3    at that period of him being President, I just felt unsafe.

4    So it's just the environment it was creating for a person

5    like me.

6              So that's why the question was a little hard for

7    me.  That's why I said yes, because, for me, it just made me

8    feel unsafe.  So I didn't know if that was a -- can be a

9    bias or whatever, but that was the reason why I said yes.

10             THE COURT:  Yeah.

11             No, I appreciate you telling us that.  I think the

12   question is, you know, a lot of -- or -- a lot of people

13   have views about the current President, views about the

14   former President, and that's understandable.  I think the

15   question for you, though, is, would those views and how you

16   felt impact your ability to be fair and impartial in this

17   case?

18             PROSPECTIVE JUROR:  No, because that individual

19   has not put -- hasn't impacted me personally.  Like that's

20   why I say, the environment that was being created during his

21   presidency.  So, you know, that individual didn't personally

22   attack me or find me in the streets or nothing like that or

23   whatever.  But the environment of whatever he was creating

24   as a whole made me feel unsafe.

25             THE COURT:  Okay.

1          And if you were to learn during this trial that

2     the defendant was a supporter of the former President, maybe

3     believed in the former President's policies and politics, do

4     you think you could still judge him fairly?

5          PROSPECTIVE JUROR:  Everyone has their beliefs and

6     their stance in this world as much as I do.  And I don't

7     want nobody to think I am less than or evil for them.

8          So if that individual felt strongly about him that

9     this is why -- as much as I feel about him as well, we both

10    two different people, we live two different type of lives.

11    But I can't expect him to understand where I'm coming from

12    and vice versa.  So I believe I can, but, you know, again,

13    we're two different people, so I'm seeing him as -- this

14    individual as that person and what that person has done.

15         THE COURT:  Okay.

16         All right.  And then 13B asked whether any member

17    of your close, personal friends or family or perhaps

18    yourself has ever served in the Armed Forces?

19         PROSPECTIVE JUROR:  My brother-in-law served in

20    the military.

21         THE COURT:  Served in the military?

22         PROSPECTIVE JUROR:  Yes.

23         THE COURT:  And can you tell us which branch?

24         PROSPECTIVE JUROR:  The ones that's home base.

25    The ones that they at home, they stay at home when war

```
 1   happens.  What do they call it?  I don't remember.
 2            I don't remember.
 3            THE COURT:  That's okay; we won't tell your
 4   brother-in-law.
 5            All right.  Any follow-up from the government?
 6            MR. KELLY:  No, Your Honor.
 7            THE COURT:  Mr. Monroe.
 8            MR. MONROE:  Good afternoon.  I represent the
 9   defendant, Mr. Webster.  I was listening closely about your
10   concerns about your safety as these things were unfolding.
11   But now we're more than a year later and --
12            THE COURT:  Mr. Monroe, I'm sorry to interrupt
13   you.  Just to be clear, I think she was talking about her
14   safety as to that era of that presidency, not specific to
15   January 6th.
16            MR. MONROE:  Is that true?
17            PROSPECTIVE JUROR:  Correct, yes.
18            MR. MONROE:  Then I'm going to sit down.
19            THE COURT:  All right.  Thank you very much,
20   ma'am.
21            Oh, I'm sorry.  Mr. Douyon will show you out of
22   the courtroom.  Thank you.
23            Hi, sir.  How are you?
24            PROSPECTIVE JUROR:  I'm well.  How are you?
25            THE COURT:  Good.  Thank you.
```

1          You are juror 0625?

2          PROSPECTIVE JUROR:  Correct.

3          THE COURT:  And feel free to remove your face

4   mask -- or your mask if you like while we're chatting here.

5          So taking a look at your card, you've got a

6   number -- quite a few numbers on here, but let me make sure

7   I understand how you've done this.  There are five numbers

8   that are circled and then four numbers that are not.  So

9   did you answer yes to all of the numbers regardless of

10  whether they were circled?

11         PROSPECTIVE JUROR:  Yes.

12         THE COURT:  All right.  So --

13         PROSPECTIVE JUROR:  I got tired of circling them

14  toward the end.

15         THE COURT:  All right.  I wanted to make sure.

16         PROSPECTIVE JUROR:  13 had A, B, and C.

17         THE COURT:  Got you.  Okay.

18         All right.  Let's start, you've answered 6, 7, 8,

19  10, 11, 13A, C, and D, and then 19.

20         So let's start with 19, which is the hardship

21  question.  Can you tell us how serving would cause a

22  hardship for you?

23         PROSPECTIVE JUROR:  Well, mostly for the teams I'm

24  working with.  This week, I have meetings every day with

25  analysts that are in Dallas and Atlanta.  And my job is with

1  the Government Accountability Office to facilitate teams of

2  investigators to synthesize the research they've collected

3  and start to turn it into a report.  And so I kind of

4  specialize in this technique for doing that, and I have

5  meetings scheduled every day of the week for this team.

6          THE COURT:  Okay.

7          And if you were unable to -- if you were selected

8  and unable to attend those meetings -- or let me put it

9  differently.  Would you be able to reschedule those meetings

10 until either after your jury service concluded for the day

11 or could those meetings be delayed until after the

12 conclusion of jury service?

13         PROSPECTIVE JUROR:  They would have to be

14 rescheduled for after jury service, yeah.

15         THE COURT:  Okay.

16         PROSPECTIVE JUROR:  And then that would then push

17 out the time frame for them getting their document through

18 the report and review process.

19         THE COURT:  All right.  So it won't surprise

20 you --

21         PROSPECTIVE JUROR:  It is what it is, you know.

22         THE COURT:  Yeah.

23         PROSPECTIVE JUROR:  I work for the government, so

24 they understand jury service.

25         THE COURT:  Right.  Okay.

```
1              Well, I appreciate that.

2              And you'll understand that.

3              PROSPECTIVE JUROR:  My colleagues may not; they'll

4   be bummed.

5              THE COURT:  Okay.

6              So let's go back to the top here, and Question 6

7   asked whether you or someone you know was a participant in

8   or physically present as a witness to the events of

9   January 6th.

10             PROSPECTIVE JUROR:  I thought that was the

11  question about the proximity of living on Capitol Hill and

12  near the Capitol.

13             THE COURT:  Yeah, so that was Question 5, which

14  asked whether you live or work at or near the U.S. Capitol.

15             PROSPECTIVE JUROR:  I got those flip-flopped.

16             It's 5, not 6.

17             THE COURT:  Okay.

18             And can you tell us whether you work at the

19  Capitol or near the Capitol or live there?

20             PROSPECTIVE JUROR:  Well, technically I work for

21  the Congress.  The Government Accountability Office is the

22  research arm of the Congress.  90 percent of our work is

23  done at their request.  They initiate our investigations and

24  tell us what to review.  So we're working with Congress all

25  the time.
```

1              I also coach Capitol Hill Little League, and so
2     I have lots of players, fellow coaches, parents that live on
3     Capitol Hill.
4              My ex-mother-in-law and my kids' grandmother is a
5     member of Congress and was in the Capitol that day.
6              THE COURT:  Your kids' grandmother, you said?
7              PROSPECTIVE JUROR:  Yes.
8              THE COURT:  Okay.
9              So, look, you've got pretty deep ties to Capitol
10    Hill.
11             And let me, before I continue, let me ask, your
12    work for the GAO, does that require you to communicate
13    directly with either members of Congress or Hill staffers?
14             PROSPECTIVE JUROR:  Yes.
15             THE COURT:  And do you know people personally who
16    were on the Hill, either in the Capitol building or
17    elsewhere, on January the 6th?
18             PROSPECTIVE JUROR:  Yes.
19             THE COURT:  And have you spoken to them about the
20    events of that day?
21             PROSPECTIVE JUROR:  A few of them.  Mainly my
22    children's grandmother.
23             THE COURT:  Okay.
24             PROSPECTIVE JUROR:  Like I said, it's kind of
25    weird to say ex-mother-in-law.  I'm divorced from her

1   daughter, so she's my ex-mother-in-law.

2          THE COURT:  And can you tell us, the

3   ex-mother-in-law, your children's grandmother, whether she's

4   on the House or Senate side?

5          PROSPECTIVE JUROR:  She's a member of the House.

6          THE COURT:  She's a member of the House.

7          And is she on the January 6th Committee?

8          PROSPECTIVE JUROR:  She is not.

9          THE COURT:  She is not.  Okay.

10          And have you spoken to her about her experiences

11   that day?

12          PROSPECTIVE JUROR:  Shortly after it happened,

13   yes.

14          THE COURT:  So, look, putting all of this

15   together, all of your exposure to the Hill, people you know,

16   do you think you could be fair and impartial as a juror in

17   this case?

18          PROSPECTIVE JUROR:  Yes.

19          THE COURT:  Okay.

20          So you think you could put aside all of that

21   conversations you've had with people you know, your

22   mother -- ex-mother-in-law, and still be fair and impartial

23   to this defendant?

24          PROSPECTIVE JUROR:  I would just be looking at the

25   evidence before the Court in this particular case.

1          THE COURT:  Okay.

2          PROSPECTIVE JUROR:  I mean, if -- I can tell you

3    I was pretty upset that day.

4          THE COURT:  Okay.

5          Do you think that -- and, look, people have had

6    various reactions to what happened on January the 6th.

7    Do you think your reaction to that day would carry over and

8    affect your view of the evidence in this case and prevent

9    you from being fair and impartial?

10          PROSPECTIVE JUROR:  You know, honestly, I can't

11    say because I don't know what the evidence is.

12          THE COURT:  Okay.

13          PROSPECTIVE JUROR:  Yeah, I mean.

14          THE COURT:  So the defendant in this case is, by

15    law, presumed innocent.

16          PROSPECTIVE JUROR:  Yes.

17          THE COURT:  And that presumption stays with him

18    throughout the trial unless and until the government proves

19    him guilty beyond a reasonable doubt.

20          Is the mere fact that he's charged with an offense

21    arising out of January the 6th, do you think that -- would

22    you have trouble presuming him innocent of those charges?

23          PROSPECTIVE JUROR:  No, not necessarily.

24          I mean, I'm a former academic and college-debate

25    judge, and so we're constantly able to compartmentalize and

1   set things aside and put principle over personal feelings.

2           THE COURT:  And if you were to conclude that the

3   government had not carried its burden of proof in this case,

4   do you think you would have any difficulty in returning a

5   not-guilty verdict?

6           PROSPECTIVE JUROR:  No.

7           THE COURT:  All right.

8           So questions 10 and 11 are a little bit related.

9   We've talked about, a little bit already, your feelings and

10  opinions about what happened at the Capitol.

11          Question 11 concerns your feelings about the

12  President, the former President and his supporters.

13          So let me ask -- a lot of folks have, you know,

14  feelings and views about politics, the current President,

15  the former President, those aren't at issue here.  And so do

16  you think you would be able to put aside those feelings and

17  views --

18          PROSPECTIVE JUROR:  I'm sorry, did you say "those

19  are"?

20          THE COURT:  They are not at issue here.  They are

21  not at issue here.

22          And do you think you would be able to set that

23  aside and view the evidence fairly and impartially in this

24  case?

25          PROSPECTIVE JUROR:  Sure.

1          THE COURT:  Okay.

2          PROSPECTIVE JUROR:  That's less important, my

3    feelings about the former President, than the other things I

4    would be setting aside in terms --

5          THE COURT:  And if you were to learn in this case

6    that the defendant was a supporter of the former President,

7    agreed, perhaps, with his views and policies, et cetera, do

8    you think that would cause you any trouble in being fair and

9    impartial toward him in this case?

10          PROSPECTIVE JUROR:  I spent lunch thinking about

11    that, because I assume he's a Trump supporter.  But, no, I

12    could, you know, again, do my role as a juror and look at

13    the facts that are presented in the courtroom.

14          THE COURT:  All right.

15          Let's turn to Question 13A, C, and D.

16          13A asked whether you know anyone in law

17    enforcement.

18          PROSPECTIVE JUROR:  Yes.

19          THE COURT:  And can you tell us who that might be?

20          PROSPECTIVE JUROR:  How long do you have?

21          THE COURT:  All right.  Well, let me narrow it

22    then perhaps.

23          Do you know any members of the Capitol Hill

24    police?

25          PROSPECTIVE JUROR:  I know one.

```
1              THE COURT:  And how close --
2              PROSPECTIVE JUROR:  I coach Little League with
3    him.
4              THE COURT:  And was that friend of yours or
5    co-coach on the Hill that day?
6              PROSPECTIVE JUROR:  He was, but not at the
7    Capitol.  I mean, not -- he was later mobilized there, but
8    he wasn't kind of in the thick of things, so to speak.
9              THE COURT:  Okay.
10             Anything about your relationship or friendship
11   with him that would cause you to think you couldn't be fair
12   to this defendant?
13             PROSPECTIVE JUROR:  No.
14             THE COURT:  And do you think you would have
15   trouble returning a not-guilty verdict and then sort of
16   talking to him and being in his presence if you were to
17   think that a not-guilty verdict was the correct verdict?
18             PROSPECTIVE JUROR:  No.
19             THE COURT:  Any friends or close family members
20   who are members of the Metropolitan Police Department?
21             PROSPECTIVE JUROR:  No.
22             THE COURT:  How about the FBI?
23             PROSPECTIVE JUROR:  No.
24             THE COURT:  Okay.
25             Any other local law enforcement that I haven't
```

```
 1   mentioned already?
 2              PROSPECTIVE JUROR:  They're all in other states.
 3              THE COURT:  In other states, all right.
 4              Anything about the fact -- it sounds like you know
 5   a fair amount of people in law enforcement.  You know,
 6   I will instruct you that the testimony of law enforcement
 7   officers should not be given any greater or lesser weight
 8   just by virtue of the fact that the person is a law
 9   enforcement officer.  Do you think you can follow that
10   instruction?
11              PROSPECTIVE JUROR:  Absolutely.
12              THE COURT:  And could you fairly and honestly
13   evaluate the testimony of a law enforcement officer
14   notwithstanding your relationships with other people in law
15   enforcement?
16              PROSPECTIVE JUROR:  Yeah, sure.
17              THE COURT:  Okay.
18              Question 13C concerns whether any member of the
19   group has attended law school, worked as a lawyer, or worked
20   in a law office.
21              PROSPECTIVE JUROR:  It's D.C.; I know a few
22   lawyers.
23              THE COURT:  Right.
24              So among the lawyers that you know, are any of
25   them doing criminal work, to your knowledge?
```

1          PROSPECTIVE JUROR:  No.  Actually, no.

2          THE COURT:  Okay.

3          So no one you know is either a prosecutor or a

4    defense lawyer?

5          PROSPECTIVE JUROR:  Definitely not a prosecutor.

6    I'm hesitating on the criminal defense, but I don't think

7    so.

8          THE COURT:  Okay.  That's fine.

9          Question 13D then asked whether any member of the

10   group has been arrested for, charged with, or convicted of a

11   crime or been a victim of or witness to a crime.  Can you

12   tell us about that?

13         PROSPECTIVE JUROR:  I've had friends who have had

14   their homes broken into, a couple robbed at gunpoint, over

15   the last 20 yours.

16         THE COURT:  Okay.

17         Anything about their experiences that would cause

18   you to think you couldn't be fair and impartial in this

19   case?

20         PROSPECTIVE JUROR:  No.  Totally irrelevant.

21         THE COURT:  Anything about their experiences that

22   might cause you to think you would not be -- you have

23   negative views of MPD or the U.S. Attorney's Office?

24         PROSPECTIVE JUROR:  No.

25         THE COURT:  Okay.

1          All right.  Any follow-up from the government?

2          MR. KELLY:  Yes, Your Honor.

3          Good afternoon, sir.

4          PROSPECTIVE JUROR:  Hello.

5          MR. KELLY:  What sorts of research do you do for

6    GAO typically?

7          PROSPECTIVE JUROR:  I'm in a natural resources

8    environment group.  We cover everything from climate change

9    to national parks to food safety and the national nuclear

10   security stockpile.  So it relates to the various agencies

11   that we have oversight over.

12         MR. KELLY:  So have you ever been involved in any

13   research that would in any way be related to what happened

14   on January 6th?

15         PROSPECTIVE JUROR:  No.

16         MR. KELLY:  And you mentioned, as an aside, you

17   were a former academic.  Could you just elaborate on that,

18   please?

19         PROSPECTIVE JUROR:  I taught environmental

20   communication at the University of Cincinnati prior to

21   coming to D.C.  And before that, I taught at the University

22   of Pittsburgh.

23         MR. KELLY:  And what were you teaching?

24         PROSPECTIVE JUROR:  Communication studies and

25   environmental communication.

```
 1              MR. KELLY:  Thank you very much.

 2              PROSPECTIVE JUROR:  Sure.

 3              THE COURT:  Sir, can I just ask you to lean into

 4    that microphone a little bit because I'm having a little bit

 5    of trouble hearing you.

 6              Mr. Monroe.

 7              MR. MONROE:  Good afternoon, sir.

 8              PROSPECTIVE JUROR:  Hello.

 9              MR. MONROE:  I represent the defendant,

10    Mr. Webster.

11              I was listening carefully to your answers.

12    It sounds like you have very deep personal, professional

13    ties with the Capitol, the folks that work there; is that

14    true?

15              PROSPECTIVE JUROR:  I would say that's true.

16              MR. MONROE:  Okay.

17              Now, if you're impaneled as a juror, you preside

18    as the judge of the facts, the judge over my client,

19    Mr. Webster.  And I think you would agree with me, sir,

20    would you not, that everyone has a right to a fair trial and

21    an impartial jury?

22              PROSPECTIVE JUROR:  Absolutely.

23              MR. MONROE:  Okay.

24              Given your personal experience, because we all

25    come here with our own different personal experiences, do
```

1  you think your personal experiences and your relationship

2  with the Capitol would prevent you from being a fair and

3  impartial factfinder in this case?

4         PROSPECTIVE JUROR:  I would like to think not, no.

5         If I were the defendant, I probably wouldn't want

6  me on the trial given everything I've just said.  But I'm

7  being honest when I say that I can.

8         MR. MONROE:  Why do you say that?  Why wouldn't

9  you want yourself as a juror on a trial like this?  Because

10 that's the important part.

11        PROSPECTIVE JUROR:  Given the relationships and --

12 personal and professional that I have that you just pointed

13 out.

14        MR. MONROE:  Yeah.

15        PROSPECTIVE JUROR:  I mean, you would have to, not

16 knowing me, trust that I could actually separate all that

17 and compartmentalize it and base my decision solely on what

18 was presented in the courtroom.

19        MR. MONROE:  I think you said it as well as I can.

20        Thank you, sir.

21        PROSPECTIVE JUROR:  Sure.

22        THE COURT:  All right, sir.  Thank you.

23 Mr. Douyon will show you out of the courtroom.

24        Any motion?

25        MR. MONROE:  Yes, Judge.

1            I would move that this juror be excused for cause.

2    He has deep personal and professional relationships with the

3    Capitol and the staff.

4            I've heard his responses, you know, ultimately, he

5    could be fair and impartial.  But ultimately, he seizes the

6    day by saying, yeah, I wouldn't want me on this trial

7    either.  I think he understands -- whether he totally

8    appreciates the concept of how deeply --

9            THE COURT:  Let me ask the government, is there

10   any objection?

11           MR. KELLY:  Yes, Your Honor.

12           I think until that last comment where he said he

13   wouldn't want himself on the jury, there really wouldn't

14   have been any even arguable basis to strike him for cause.

15   Up till that point, he said he could be fair and impartial.

16   He would look at the evidence before the Court, he would

17   wait to see the evidence, he could return a not-guilty

18   verdict.

19           He did make that comment about not wanting to --

20   wouldn't want to see himself on the jury.  But when

21   Mr. Monroe followed up about why he said that, I think he

22   clearly said because he has been candid about his close

23   personal and professional relationships with people with

24   ties to the Capitol, and that the defendant, Mr. Webster,

25   would sort of have to take on faith that he would be able to

```
1   compartmentalize those relationships and assess the evidence
2   fairly, which he very clearly said he can, in fact, do.
3           THE COURT:  Look, I think this is a close call.
4   And I was with you until that last response.  I'm not quite
5   sure why he characterized the way that he did.  But I think
6   out of an abundance of caution and in consideration of the
7   rights of the defendant, I am going to strike him for cause
8   given that last response to suggest that he wouldn't want --
9   that if he were the defendant, he wouldn't want him on the
10  jury.  And though he clarified that a bit, the better side
11  of caution is to strike him for cause, it seems to me.  So
12  juror 0625 will be stricken for cause.  Let's have the next
13  juror come in.
14          COURTROOM DEPUTY:  Juror No. 0945.
15          THE COURT:  Hi, ma'am.  How are you?
16          PROSPECTIVE JUROR:  Fine.  And yourself?
17          THE COURT:  Good.  Thank you.
18      You are juror 0945; is that right?
19          PROSPECTIVE JUROR:  Yes.
20          THE COURT:  Okay.
21      Feel free to remove your mask if you'd like,
22  that's up to you, while we're chatting.
23      So I have your card here and you didn't put any of
24  the numbers down; is that right?
25          PROSPECTIVE JUROR:  Right.
```

```
 1               THE COURT:  Okay.

 2               Did you have any difficulty hearing anything I

 3   asked?

 4               PROSPECTIVE JUROR:  Just a little bit.

 5               THE COURT:  Okay.

 6               PROSPECTIVE JUROR:  I did.

 7               I think it's because I'm tired.  I'm a caretaker

 8   with my mom and she's been in her dementia now for three

 9   days and hasn't had no sleep and I'm just tired.  I was

10   tired this morning.

11               THE COURT:  Okay.

12               So do I understand correctly that you're the

13   primary caretaker of your mother?

14               PROSPECTIVE JUROR:  No.  It's myself and two other

15   sisters.

16               THE COURT:  Okay.

17               And if you were to serve as a juror in this case,

18   would somebody be able to take care of your mother?

19               PROSPECTIVE JUROR:  One of my sisters could, but

20   we rotate taking care of my mom.

21               THE COURT:  Okay.

22               All right.  So to the extent that you were able to

23   hear or not hear questions, can you give me a sense of the

24   number of questions that you think you didn't hear?

25               PROSPECTIVE JUROR:  Well, I think the one I did
```

1   hear was kind of when you said something about the Air Force

2   or something.

3                THE COURT:  I did ask a question about whether

4   anybody was in the Armed Forces.

5                PROSPECTIVE JUROR:  Yes, my granddaughter.

6                THE COURT:  Okay.

7                What about the other questions, did you hear any

8   of the other questions?

9                PROSPECTIVE JUROR:  Yeah, I heard if you live on

10  Capitol Hill, if you work on Capitol Hill.  Yeah, I got

11  that.

12               THE COURT:  Okay.

13               So do you live anywhere near Capitol Hill?

14               PROSPECTIVE JUROR:  Trinidad Avenue.

15               THE COURT:  You live in Trinidad.

16               Okay, that's close but a little bit away.

17               How about any news or your exposure to the events

18  of January the 6th.  Have you read any news about those

19  events?

20               PROSPECTIVE JUROR:  I didn't read it but I saw it

21  on the news.

22               THE COURT:  You did.  Okay.  So you have seen

23  video images of what happened on that day; is that right?

24               PROSPECTIVE JUROR:  Uh-huh, yes.

25               THE COURT:  And can you give us a sense of how

1    much you've viewed over time?

2              PROSPECTIVE JUROR:  I didn't really get too much

3    into it.  When I saw it, I'm just like, wow, that's

4    terrible.  And I just left it alone, move on.

5              THE COURT:  Okay.

6              Do you have a -- have you formed a view about

7    people who participated in the events of that day?

8              PROSPECTIVE JUROR:  No.

9              THE COURT:  And if you were to find out, for

10   example, in this case that the defendant was a supporter of

11   the former President, do you think you would have any

12   difficulty being able to be fair and impartial to him?

13             PROSPECTIVE JUROR:  I think I would -- I think I

14   could be.

15             THE COURT:  You think you could be.

16             PROSPECTIVE JUROR:  Uh-huh.

17             THE COURT:  So you paused a little bit.  Is there

18   a reason you're hesitating?

19             PROSPECTIVE JUROR:  No.  I'm going to tell you --

20   I think try to do the -- I think I would do best by trying

21   to do right by that person, yes.

22             THE COURT:  Okay.

23             So that means you think you could fairly and

24   honestly judge his conduct; is that right?

25             PROSPECTIVE JUROR:  Yes.

1          THE COURT:  And if the government in this case did

2    not meet its burden of proof, for example, would you be able

3    to return a guilty -- excuse me, a not-guilty verdict?

4          Let me ask the question again because I stumbled

5    over my words.

6          If the government failed to satisfy you that it

7    had met its burden of proof, would you be able to return a

8    not-guilty verdict?

9          PROSPECTIVE JUROR:  Yes.

10         THE COURT:  Okay.

11         So let me just ask also in terms of -- do you have

12   members of your family who are in law enforcement, ma'am?

13         PROSPECTIVE JUROR:  No, not that I know of.

14         THE COURT:  Anybody in your family who is a lawyer

15   or gone to law school?

16         PROSPECTIVE JUROR:  No.

17         THE COURT:  And anybody in your family who's been

18   either charged with a crime or been a victim of a crime?

19         PROSPECTIVE JUROR:  Yes, my brother.

20         THE COURT:  And can you tell us what -- whether

21   he's been charged with or a victim of.

22         PROSPECTIVE JUROR:  He was charged with -- oh,

23   it's been a while.  He was charged with -- they raided the

24   place and -- where they had drugs, it was drugs in there.

25   I think he was all high up.  The young man was stabbed

1    several -- multiple times.  But he was -- I guess they

2    charged him, I guess with accessory of the crime, because --

3    I guess because he was in there.

4              THE COURT:  Got you.

5              PROSPECTIVE JUROR:  But he didn't do it.

6              But he served just as much time of the person who

7    did do it.

8              THE COURT:  Okay.

9              And so did that person go to trial?  I mean, your

10   brother, did he go to trial?

11             PROSPECTIVE JUROR:  Yes.

12             THE COURT:  And so he was convicted; is that

13   right?

14             PROSPECTIVE JUROR:  Uh-huh.

15             THE COURT:  And do you have -- what, if any,

16   feelings do you have about the way your brother was treated

17   by the criminal justice system?

18             PROSPECTIVE JUROR:  Well, I didn't have no bad

19   feelings about it, because you were so worried that you

20   didn't have no business being --

21             THE COURT:  I'm sorry, say that again.

22             PROSPECTIVE JUROR:  At the time, I feel like this

23   world, if you had -- he shouldn't have been at the place

24   that he was, you know, doing the drugs.  So that was -- you

25   know, that was on him.

```
 1              THE COURT:  Okay.

 2              And is your brother, you said he's done some time.

 3   Is he still incarcerated?

 4              PROSPECTIVE JUROR:  No, no.

 5              THE COURT:  So given what your brother's

 6   experience has been, do you think you could still be fair to

 7   the government in this case?

 8              PROSPECTIVE JUROR:  Sure.

 9              THE COURT:  Particularly if you were to -- and

10   I'm going to tell you -- was this in the District, did this

11   happen in the District?

12              PROSPECTIVE JUROR:  Yes.

13              THE COURT:  So the same prosecutors that

14   prosecuted your brother -- not these prosecutors but the

15   same office that prosecuted your brother, they're also --

16   it's the same office that's prosecuting this case.  Do you

17   think the fact that the same office prosecuted your brother

18   would affect your ability to be fair in this case?

19              PROSPECTIVE JUROR:  Yeah, I think I could be fair.

20   I want to be fair and give -- be fair to him.  I want to be

21   fair to that person.  If I felt that that person was right

22   and was wrong -- he was wrong, but if he's right, I'll speak

23   up, I could speak up about it, yeah.

24              THE COURT:  And so my question was a little bit

25   different, which is, could you be fair to the prosecutors in
```

```
 1   this case and the government in this case in their
 2   presentation of evidence?
 3               PROSPECTIVE JUROR:  Yes.
 4               THE COURT:  Okay.
 5               All right.  Let me just ask this, ma'am.  If you
 6   were to serve as a juror, do think you'd have any difficulty
 7   hearing the testimony and evidence?
 8               PROSPECTIVE JUROR:  No.  I hope not to be tired,
 9   but I don't think I'll have no problem.
10               THE COURT:  And do you think you would be able to
11   get coverage for your mother such that you could be here
12   every day and fully attentive and get enough sleep?
13               PROSPECTIVE JUROR:  It's not only with my mother
14   but with myself.  I've been dealing with heart -- with my
15   heart.
16               THE COURT:  Okay.
17               PROSPECTIVE JUROR:  It goes into these
18   palpitations.  I get these fast beating of the heart real
19   bad and then I have to go to the hospital.
20               THE COURT:  Now, is that something that happens --
21               PROSPECTIVE JUROR:  They come on -- frankly, they
22   come on -- every now and then, they'll come on.  What they
23   calls it.  Where the heart takes -- I don't have a
24   fibrillation.
25               THE COURT:  You mean an arhythmia.
```

```
 1              PROSPECTIVE JUROR:  Yeah, arhythmia.

 2              THE COURT:  And is that something that happens

 3    frequently or --

 4              PROSPECTIVE JUROR:  Here lately it's been

 5    happening frequently a little bit, uh-huh.

 6              THE COURT:  Do you think that would affect your

 7    ability to serve as a juror?

 8              PROSPECTIVE JUROR:  No, I don't think so, I don't

 9    think it would.

10              THE COURT:  All right.

11              Okay.  So is there any other reason that you can

12    think of, ma'am, that you think might affect your ability to

13    be a fair and impartial juror in this case?

14              PROSPECTIVE JUROR:  No.

15              THE COURT:  All right.

16              Any follow-up from the government?

17              MR. KELLY:  Just briefly, Your Honor.

18              Good afternoon, ma'am.

19              I understand you take care of your mother.

20    Do you have a job by any chance in addition to that?

21              PROSPECTIVE JUROR:  Do I have?

22              MR. KELLY:  Did you have a job in addition to

23    caring for your mother?

24              PROSPECTIVE JUROR:  A job?

25              MR. KELLY:  Yeah, do you work anywhere?
```

1          PROSPECTIVE JUROR:  No, I'm retired.  Retired for

2    a year now.

3          MR. KELLY:  What did you used to do before you

4    retired?

5          PROSPECTIVE JUROR:  I worked at Gallaudet

6    dispatch.  Gallaudet University as a dispatcher.

7          MR. KELLY:  So did you work with law enforcement

8    people in that job?

9          PROSPECTIVE JUROR:  Did I work with?

10          MR. KELLY:  Did you work with law enforcement in

11    that job?

12          PROSPECTIVE JUROR:  No.  I worked with deaf

13    children.

14          MR. KELLY:  Oh.  Understood.  Thank you.

15          THE COURT:  Mr. Monroe.

16          MR. MONROE:  No inquiry, Judge.  Thank you.

17          THE COURT:  Ma'am, thank you very much.

18    Mr. Douyon will show you out of the door.

19          PROSPECTIVE JUROR:  Okay.  Thank you.

20          MR. KELLY:  Before the next juror comes in, the

21    government would move to strike that juror for cause.

22    She said that she had trouble hearing Your Honor in the

23    Ceremonial Courtroom during voir dire.  She seemed to have

24    trouble hearing some of the questions that were being asked

25    in here today and required some follow-up just when I was

1    asking her a couple questions just now.

2              And the government is just concerned that she

3    didn't actually indicate an affirmative answer to a single

4    question on her card.  And Your Honor did some limited

5    follow-up voir dire with her here, and it turns out she had

6    a number of affirmative answers.

7              THE COURT:  Yeah, okay.

8              Look, I mean, I hear you.  But, you know, I think

9    she explained why she wasn't -- why she didn't hear the

10   questions.  Then when I brought her in here and asked her a

11   series of questions, I didn't think she had any trouble

12   hearing me.  Frankly, if anything, I may have had a little

13   trouble hearing her.  And I think, frankly, that was the

14   reason that you had to follow-up.  It wasn't that she

15   misheard you.

16             And she was asked any number of ways when she did

17   answer questions that might suggest bias, that she said she

18   wouldn't have any.  So I'm going to deny the strike for

19   cause.  So we'll bring the next juror in.  Thank you.

20             Ma'am, how are you?

21             PROSPECTIVE JUROR:  Good.  Hi.  How are you?

22             THE COURT:  Good.

23             You're juror 1194?

24             PROSPECTIVE JUROR:  Yes.

25             THE COURT:  Feel free to remove your mask if you'd

 1   like.

 2           You have answered five questions, 7, 8, 13B, C,

 3   and E.

 4           So let's start with 7 and 8 and we'll sort of

 5   combine them.  That concerns your media exposure, as well as

 6   the extent to which you've seen video of the events of

 7   January the 6th.  Can you elaborate on those two questions

 8   for us, please?

 9           PROSPECTIVE JUROR:  Sure.

10           So I watched the news coverage on the day, on

11   January 6th.  I was actually watching it before it occurred,

12   so I kind of like saw it happen in real-time.  And kept up

13   pretty closely probably for the first couple of months with

14   the events.  Much less so lately.

15           THE COURT:  Okay.

16           And can you tell us sort of from what sources

17   you're viewing and reading your news about the January 6th

18   events?

19           PROSPECTIVE JUROR:  Sure.

20           I think I was watching CBS on the day.

21           THE COURT:  Okay.

22           PROSPECTIVE JUROR:  Usually probably *New York*

23   *Times*, *Washington Post*, CBS, kind of local news, that kind

24   of thing.

25           THE COURT:  Okay.

1          And, you know, given what you've seen and read, do

2    you think you would be able to set all of that aside and

3    focus on the evidence as it's presented in this case?

4          PROSPECTIVE JUROR:  Yes.

5          THE COURT:  And fairly and impartially judge the

6    conduct of this defendant?

7          PROSPECTIVE JUROR:  Yes.

8          THE COURT:  All right.

9          Questions 13B, C, and, I think, E; is that right?

10         PROSPECTIVE JUROR:  Yes, it's kind of --

11   I'll explain it more when we get to it.

12         THE COURT:  Okay.

13         So let's start with 13B.  That is -- asked about

14   members of the group who are in the Armed Forces.

15         PROSPECTIVE JUROR:  Yeah, I have -- both of my

16   grandfathers served, and my cousin is in the Air Force

17   currently.

18         THE COURT:  Okay.

19         Can you tell us what branches your grandfather

20   served in?

21         PROSPECTIVE JUROR:  One was in the Navy and one

22   was in the Army.

23         THE COURT:  All right.

24         Question 13C asked about law school, law firms,

25   and working as a lawyer.

1          PROSPECTIVE JUROR:  Sure.

2          My brother and sister-in-law are both attorneys.

3  And I worked at a law firm as a paralegal for two years

4  between 2015 and 2017.

5          THE COURT:  Okay.

6          Let's start with your relatives.  Do either of

7  them practice criminal law?

8          PROSPECTIVE JUROR:  No.

9          THE COURT:  And the law firm that you worked for

10 as a paralegal, did they do any criminal work?

11         PROSPECTIVE JUROR:  No.

12         THE COURT:  All right.

13         Question 13E concerned whether any member of the

14 group has been involved in a physical altercation with a

15 member of law enforcement.

16         PROSPECTIVE JUROR:  Yeah, this was iffy for me.

17         I got into a car accident with a police officer as

18 a teenager, so that's -- I was like, maybe I should answer

19 that.

20         THE COURT:  All right.

21         Not exactly the kind of altercation we're talking

22 about, but I appreciate you telling us that.

23         Okay.  Anything about that episode, that incident,

24 that might make you think you might have difficulty fairly

25 and honestly assessing an officer's testimony?

```
 1                PROSPECTIVE JUROR:  No.

 2                THE COURT:  All right.

 3                Anything from the government?

 4                MR. KELLY:  Very briefly, Your Honor.

 5                Good afternoon.

 6                What do you do for a living?

 7                PROSPECTIVE JUROR:  I am an analyst at the

 8    U.S. Government Accountability Office.

 9                MR. KELLY:  And what kind of research do you

10    typically do for them?

11                PROSPECTIVE JUROR:  I do tax issues mostly.  But

12    in the past, I've worked on healthcare, environmental issues

13    as well.

14                MR. KELLY:  Any research related to anything that

15    happened on January 6th?

16                PROSPECTIVE JUROR:  No.

17                MR. KELLY:  Thank you.

18                THE COURT:  Mr. Monroe.

19                MR. MONROE:  Good afternoon.

20                PROSPECTIVE JUROR:  Hi.

21                MR. MONROE:  I wanted to know, could you describe

22    for us your personal and professional connections with those

23    people that work on Capitol Hill?

24                PROSPECTIVE JUROR:  On Capitol Hill?  Sure.

25                I interned on the Hill early in my tenure in D.C.
```

1  So 2014 to early 2015.  So from that time, I have several

2  friends who work on the Hill, most of whom I don't speak to

3  much anymore.  But that's about the extent of it.

4           And, of course, GAO is a Legislative Branch

5  agency, so we work frequently with people on the Hill in a

6  professional capacity.

7           MR. MONROE:  How far away do you live from the

8  Capitol?

9           PROSPECTIVE JUROR:  Like three, four miles.

10  Not close.

11           MR. MONROE:  You're far out.  Okay.

12           Anything about the -- would you say was there any

13  direct impact upon you by way of the January 6th event?

14           PROSPECTIVE JUROR:  Could you clarify?

15           MR. MONROE:  Yeah.

16           For that particular day and for the days and weeks

17  following, did that event have any impact on you

18  specifically?

19           PROSPECTIVE JUROR:  Tangibly, no.

20           MR. MONROE:  Okay.

21           That's all I have.  Thank you.

22           THE COURT:  All right, ma'am.  Thank you very

23  much.  Mr. Douyon will show you out of the courtroom.

24           Hi, sir.  How are you?

25           PROSPECTIVE JUROR:  Good.  How are you?

```
 1                THE COURT:  Good.  Thank you.

 2           You are juror 0284?

 3                PROSPECTIVE JUROR:  Yes.

 4                THE COURT:  All right.

 5           You may remove your mask if you wish while we're

 6   having a chat.

 7                You've answered four questions, 7, 8, 13B, and

 8   13C.

 9                Let's start with 7 and 8 and we'll combine those

10   questions, which asked you essentially about your exposure

11   from the media -- to the media and video coverage of the

12   events of January the 6th.  Can you tell us a little bit

13   more about that?

14                PROSPECTIVE JUROR:  Yeah, I was at work at

15   GW Hospital.  And we were sort of on hold because they

16   didn't want anyone to leave the hospital, they were afraid

17   of a mass casualty event.  And so they had all of us who

18   work at the hospital stay.  So we were kind of tuned to the

19   news throughout the day and into the evening.

20                THE COURT:  Okay.

21           And did you -- are you a medical professional?

22                PROSPECTIVE JUROR:  Yeah, I'm a PA, physician

23   assistant.

24                THE COURT:  Okay.

25           And did you treat anybody that day on January 6th?
```

1            PROSPECTIVE JUROR:  We had one person, yeah.

2            THE COURT:  Okay.

3            PROSPECTIVE JUROR:  It was -- I do orthopedic

4    surgery.  It was of someone who had a finger injury and that

5    was it.

6            THE COURT:  I see.

7            And was that person in law enforcement, to your

8    knowledge?

9            PROSPECTIVE JUROR:  No.

10           THE COURT:  And you said that you watched it

11   unfold that day on television, it sounds like.  How about

12   afterwards, what's been your exposure by the media and

13   otherwise?

14           PROSPECTIVE JUROR:  I mean, I read the *New York*

15   *Times*.  That's pretty much it.  I haven't, like, been super

16   involved in following it.

17           THE COURT:  All right.

18           Anything about your exposure to the events of that

19   day that would cause you to think you couldn't be fair and

20   impartial in this case?

21           PROSPECTIVE JUROR:  No.

22           THE COURT:  Any reason to think you couldn't

23   evaluate the evidence fairly and honestly in this case?

24           PROSPECTIVE JUROR:  No.

25           THE COURT:  All right.

1              13B and 13C.

2              13B asked whether any of the member of the group,

3       including yourself, has served in the Armed Forces.

4              PROSPECTIVE JUROR:  My father was in Vietnam, and

5       my grandfather was in World War II.

6              THE COURT:  And can you just tell us which

7       branches of the military they were in?

8              PROSPECTIVE JUROR:  My father was in the Air

9       Force, and my grandfather was in the Army.

10             THE COURT:  Okay.

11             And then 13C asked whether any member of the group

12      attended law school, worked as a lawyer, or worked in a law

13      office.

14             PROSPECTIVE JUROR:  Yeah, two of my best friends

15      are lawyers, but they don't practice.

16             THE COURT:  They don't practice.

17             PROSPECTIVE JUROR:  Yeah.

18             THE COURT:  And do you know whether those friends

19      have ever done any criminal work, even if they don't

20      practice now?

21             PROSPECTIVE JUROR:  They have not.

22             THE COURT:  Any follow-up from the government?

23             MR. KELLY:  No, Your Honor.

24             THE COURT:  Mr. Monroe.

25             MR. MONROE:  No inquiry, Judge.  Thank you.

```
 1              THE COURT:  Sir, thank you very much.  Mr. Douyon
 2   will show you out of the courtroom.
 3              Hi, sir.  How are you?
 4              PROSPECTIVE JUROR:  Good.  How are you doing
 5   today?
 6              THE COURT:  Good.
 7              You are juror 0327?
 8              PROSPECTIVE JUROR:  Yes, sir.
 9              THE COURT:  Feel free to remove your mask if you'd
10   like.
11              All right.  So you have answered a number of
12   questions yes, 7, 8, 10, 11, 13A, B, and C, and 19, and
13   you've written "potentially" next to 19.
14              So let's start there.  Tell us what might cause a
15   hardship for you if you were serving as a juror.
16              PROSPECTIVE JUROR:  From the time I got my summons
17   till today, I have accepted a new job offer that I start on
18   May 9th.  So I'm wrapping up my last week of work, starting
19   a new one on the 9th.
20              THE COURT:  Okay.
21              And the kind of wrap-up work you're doing, is that
22   something you think you could be able to sort of do after
23   jury service or before jury service?
24              PROSPECTIVE JUROR:  Yes.
25              THE COURT:  Okay.
```

1          Question 7 and 8, we'll take them together, they

2    concern sort of your exposure to the events of January 6th

3    either through the media or through video coverage.  Can you

4    tell us a little bit about that?

5          PROSPECTIVE JUROR:  Well, I currently work for

6    Politico, so I have seen a ton of articles, information from

7    various news outlets, obviously on the news, different

8    videos.  I keep myself fairly well-informed, so I've been

9    exposed to a lot of different evidence on that.

10          THE COURT:  So are you a journalist for Politico

11    or what capacity do you work with them?

12          PROSPECTIVE JUROR:  I'm not.  I'm an account

13    manager for their Politico Pro platform.

14          THE COURT:  Okay.

15          So let me just ask, as an account manager that

16    works at Politico, do you think you sort of consume any more

17    news at Politico than, say, the average reader of Politico

18    would?

19          PROSPECTIVE JUROR:  Probably, yes.

20          THE COURT:  And have you formed opinions -- you've

21    answered Question 10 and 11 yes.  That's about your feelings

22    and opinions about January 6th, as well as the former

23    President and his supporters.  So could you tell us about

24    that and why you answered those questions yes?

25          PROSPECTIVE JUROR:  I don't specifically remember

1    the questions that were asked, but in terms of the former

2    President, not somebody whose ideals align with mine in any

3    way, shape, or form.

4              And the events of January 6th were -- I view in a

5    fairly negative light.

6              THE COURT:  Okay.

7              So, look, you know, people have formed opinions

8    about the events of January the 6th, and people obviously

9    come into the courtroom with their own views of the current

10   President, the former President, but none of that is really

11   at issue.

12             What's at issue in this case is the evidence

13   against this defendant and the charges against him.  And so

14   the question is, would you be able to put aside your --

15   whatever opinions you've formed about the events of

16   January 6th and whatever opinions you may have about the

17   former President and view the evidence in this case fairly

18   and impartially?

19             PROSPECTIVE JUROR:  Yes.

20             THE COURT:  And would you be able to be fair and

21   impartial toward this defendant?

22             PROSPECTIVE JUROR:  Yes.

23             THE COURT:  Okay.

24             Now, if you were to learn as part of this case

25   that the defendant was, in fact, a supporter of the former

1    President and perhaps shared views of the former President,

2    would that affect your ability to be fair and impartial?

3              PROSPECTIVE JUROR:  No.

4              THE COURT:  You paused.  Is there any doubt in

5    your mind?

6              PROSPECTIVE JUROR:  I just wanted to make sure I

7    answered correctly.

8              THE COURT:  Okay.

9              And when you say "correctly," you mean that's the

10   genuine answer, as opposed to the answer you --

11             PROSPECTIVE JUROR:  Genuine answer, yes.  The

12   phrasing of the question more so than anything.

13             THE COURT:  No.  That's fair.

14             Let me just ask a few more questions.

15   So this defendant, like any defendant, is presumed innocent.

16   And do you think you would be able to apply that presumption

17   of innocence notwithstanding what he's been charged with?

18             PROSPECTIVE JUROR:  Yes.

19             THE COURT:  And the government bears the burden of

20   proving guilt beyond a reasonable doubt.  And if you

21   determine that they had failed to prove guilt beyond a

22   reasonable doubt, would you have any trouble voting to

23   acquit this defendant?

24             PROSPECTIVE JUROR:  No.

25             THE COURT:  All right.

1          Let's turn to questions 13A, B, and C.

2          13A asked whether you know any members of law

3    enforcement.  Can you tell us about that?

4          PROSPECTIVE JUROR:  Yes.  My dad is a retired

5    police captain for Fairfax County.

6          THE COURT:  Okay.

7          And so, you know, your father is a former law

8    enforcement and perhaps you've met some of his former

9    colleagues.

10          There will be testimony in this case from law

11    enforcement officers, and the question to you is, do you

12    think you could fairly and honestly assess that testimony

13    notwithstanding the relationship -- notwithstanding the fact

14    your father was a longtime police officer?

15          PROSPECTIVE JUROR:  Yes, I believe so.

16          THE COURT:  Okay.

17          And do you think that just because an officer

18    testifies, that that law enforcement officer would be

19    entitled to greater deference or would you give that officer

20    greater deference or credibility in his or her testimony

21    just because the person is a police officer or a member of

22    law enforcement?

23          PROSPECTIVE JUROR:  No, I would not.

24          THE COURT:  Okay.

25          Question 13B asked whether any member of the group

1    has served in the Armed Forces.  Can you tell us about that?

2              PROSPECTIVE JUROR:  My brother is a veteran of the

3    Marines, cousin is a veteran of the Navy, grandpa is a Navy

4    veteran.  So a good amount of close family members that have

5    served.

6              THE COURT:  Okay.

7              And then 13C asked, has any member of the group

8    attended law school, worked as a lawyer, or worked at a law

9    office.

10             PROSPECTIVE JUROR:  My aunt is a lawyer and her

11   daughter is also a lawyer.

12             THE COURT:  Okay.

13             So both your aunt and cousin are lawyers.

14   Do either of them practice criminal law, to your knowledge?

15             PROSPECTIVE JUROR:  Not to my knowledge.

16             THE COURT:  Okay.

17             Any follow-up questions from the government?

18             MR. KELLY:  Just one, Your Honor.

19             Good afternoon, sir.

20             PROSPECTIVE JUROR:  Good afternoon.

21             MR. KELLY:  What is the new job that you'll be

22   starting in a couple of weeks?

23             PROSPECTIVE JUROR:  I will be working as the VP of

24   client and partner success for *MT Newswires*.

25             MR. KELLY:  For *MT Newswires*?

1              PROSPECTIVE JUROR:  Yes.

2              MR. KELLY:  Okay. thank you.

3              THE COURT:  Mr. Monroe.

4              MR. MONROE:  No inquiry, Your Honor.  Thank you.

5              THE COURT:  Thank you, sir.  Thank you very much.

6      Mr. Douyon will show you out of the courtroom.

7              So everybody knows, I've got 28 qualified so far.

8      Hopefully we're all at the same number.

9              JC, is that what you have?

10             COURTROOM DEPUTY:  That's correct, Your Honor.

11             Juror No. 0552.

12             THE COURT:  Hi, sir.  How are you?

13             PROSPECTIVE JUROR:  I'm well.  Thank you.

14             THE COURT:  Are you juror 0552?

15             PROSPECTIVE JUROR:  Yes, sir.

16             THE COURT:  Feel free to remove your mask if you

17     wish.

18             So you've answered four questions yes, Question 7,

19     8, 13C, and D.  Let's start with 7 and 8.  They ask

20     essentially about your exposure to the events of January the

21     6th.  Can you tell us a little bit about that?

22             PROSPECTIVE JUROR:  I mean, I watch the news,

23     I read the newspaper.  I know as much as someone who would

24     be generally informed on this situation.

25             THE COURT:  Okay.

167

1              And do you consider yourself someone who sort of

2    actively goes -- actively seeks out news and information

3    about January 6th?

4              PROSPECTIVE JUROR:  No.

5              THE COURT:  So it sounds like if it's something

6    that is in your newsfeed or --

7              PROSPECTIVE JUROR:  We get *The Washington Post* on

8    Sundays.

9              THE COURT:  Right.  Okay.

10             PROSPECTIVE JUROR:  I read it.

11             So I'm not actively seeking it out, but I'm

12   definitely informed.

13             THE COURT:  Okay.

14             And given what you've read and perhaps what you've

15   seen of those events, do you think you could set all of that

16   aside and judge the evidence in this case based upon --

17   well, judge the facts of this case based on the evidence

18   presented?

19             PROSPECTIVE JUROR:  Yes.

20             THE COURT:  And do you think you could be fair and

21   impartial with respect to this defendant?

22             PROSPECTIVE JUROR:  Yes.

23             THE COURT:  And if you were convinced that the

24   government had not met its burden of proof, would you have

25   any difficulty returning a not-guilty verdict?

```
1              PROSPECTIVE JUROR:  No.

2              THE COURT:  All right.

3              Question 13C and D.  13C asked whether you or any

4     member of the group had attended law school, worked as a

5     lawyer, or worked in a law firm.

6              PROSPECTIVE JUROR:  Uh-huh.

7              THE COURT:  And can you tell us about that?

8              PROSPECTIVE JUROR:  We have friends who are

9     lawyers.

10             THE COURT:  Okay.

11             And those friends who are lawyers, can you just

12    describe how close you are with them?

13             PROSPECTIVE JUROR:  We see them maybe once every

14    few months.  We have kids the same age.

15             THE COURT:  Okay.

16             And do those folks, do they either -- do they

17    practice in criminal law, to your knowledge?

18             PROSPECTIVE JUROR:  No, they don't.

19             THE COURT:  All right.

20             13D asks whether any member of the group has been

21    arrested for, charged with, or convicted of a crime or a

22    victim of or a witness to a crime.

23             PROSPECTIVE JUROR:  Yes.

24             THE COURT:  Can you tell us about that?

25             PROSPECTIVE JUROR:  Myself, I've been convicted of
```

1    a misdemeanor, operating while intoxicated.

2              THE COURT:  Okay.

3              And can you tell us about how long ago that was?

4              PROSPECTIVE JUROR:  Three years.

5              THE COURT:  And anything about that experience

6    that might cause you -- well, let me back up.  Was that in

7    the District of Columbia or elsewhere?

8              PROSPECTIVE JUROR:  District of Columbia, yes.

9              THE COURT:  And anything about that experience --

10   you were presumably pulled over by a Metropolitan Police

11   Department officer; is that right?

12             PROSPECTIVE JUROR:  Park Police.

13             THE COURT:  Park Police.

14             Anything about that experience and your treatment

15   by the government that might cause you to think you couldn't

16   be fair and impartial in this case?

17             PROSPECTIVE JUROR:  No.

18             THE COURT:  All right.

19             Any follow-up from the government?

20             MR. KELLY:  Just briefly, Your Honor.

21             Good afternoon, sir.

22             PROSPECTIVE JUROR:  Good afternoon.

23             MR. KELLY:  The conviction that you mentioned a

24   few moments ago, did that go to trial?

25             PROSPECTIVE JUROR:  No, it did not.

1          MR. KELLY:  So was it as a result of a plea,

2   I suppose?

3          PROSPECTIVE JUROR:  It was, yes.

4          MR. KELLY:  Thank you.

5          MR. MONROE:  Good afternoon.

6          PROSPECTIVE JUROR:  Hi.  Good morning.

7          MR. MONROE:  I'm Jim Monroe; I represent the

8   defendant, Mr. Webster.

9          Could you tell us what grade you teach?

10          PROSPECTIVE JUROR:  11th grade.

11          MR. MONROE:  And what's your subject?

12          PROSPECTIVE JUROR:  English.

13          MR. MONROE:  And we're now more than a year beyond

14   January 6th.  This is a January 6th case, as you've been

15   told.

16          What's your look-back, what's your take on the

17   subject matter?  Looking back at this event, what's your

18   assessment of what happened here?

19          PROSPECTIVE JUROR:  In terms of, like, how I will

20   teach it in a content area?

21          MR. MONROE:  No.  Just your view of things, you

22   individually.

23          PROSPECTIVE JUROR:  So January 6th, I view as an

24   insurrection.  I view that as an attack on the Capitol.

25          MR. MONROE:  And do you think everyone that was

1    there on January 6th were all involved or some of them

2    involved or what's your thought about that?

3              PROSPECTIVE JUROR:  No, I don't believe that

4    everyone was involved in attacking the Capitol.

5              MR. MONROE:  And I would imagine those are

6    strongly held beliefs that you've drawn upon from all of the

7    information you've received collectively since January 6th,

8    correct?

9              PROSPECTIVE JUROR:  Yes, that's correct.

10             MR. MONROE:  So I have to ask you this question.

11   With those strongly held beliefs in mind, do you think you

12   could sit as a judge of the facts as a prospective juror and

13   fairly and impartially deliberate over the evidence of this

14   case, giving favor neither to the government or the

15   defendant?

16             PROSPECTIVE JUROR:  I do.

17             MR. MONROE:  Okay.  Thanks so much for speaking

18   with me.

19             THE COURT:  All right, sir.  Let me just -- if I

20   could follow up.  You, for example, sort of put a descriptor

21   on what you think the events were on January the 6th.

22             Look, the entire day's events are not on trial

23   here, but, rather, just the events as they relate to the

24   defendant before us.  And so whatever opinions you may have

25   formed about the events generally speaking, do you think you

1    could still be fair and impartial as a juror with respect to

2    this defendant?

3              PROSPECTIVE JUROR:  I do, yes.

4              THE COURT:  And fairly and honestly assess his

5    conduct as has been alleged?

6              PROSPECTIVE JUROR:  I do, yes.

7              THE COURT:  Okay.  All right.

8              Thank you, sir.  Mr. Douyon will show you out the

9    door.

10             COURTROOM DEPUTY:  Juror No. 0780.

11             THE COURT:  Hi, sir.  How are you?

12             PROSPECTIVE JUROR:  Good.

13             THE COURT:  You are juror 0780?

14             PROSPECTIVE JUROR:  I am.

15             THE COURT:  Feel free to remove your mask if you'd

16   like while we're having this conversation.

17             All right.  You've answered yes to a number of

18   questions, 2.  And then you've written "maybe" in

19   parentheticals there, 5, 7, 8, 13A, B, C, and D.

20             So let's start with 2 and that was the question

21   whether you know any of the lawyers or any of the people

22   that sort of stood up and associated themselves with the

23   parties in this case.

24             PROSPECTIVE JUROR:  Yeah, and I think it's no, but

25   I worked some years ago in the U.S. Attorney's Office and

1    I know there was an AUSA with the last name "Kelly."

2    I don't know if it's the same Kelly, but I don't have any

3    recollection of meeting.

4              THE COURT:  I'll ask Mr. Kelly to just stand up

5    and remove his mask so the juror can have another look.

6              PROSPECTIVE JUROR:  Yeah, I don't have any

7    recollection of meeting Mr. Kelly.

8              THE COURT:  Okay.

9              So can you just tell us a little bit, it sounds

10   like you do not presently work at the

11   U.S. Attorney's Office; is that right?

12             PROSPECTIVE JUROR:  Correct.

13             THE COURT:  And it was the U.S. Attorney's Office

14   for the District of Columbia.  Can you tell us how long you

15   were there?

16             PROSPECTIVE JUROR:  I was there from 1998 to 2010,

17   except for three years in the middle when I was in the

18   Justice Department Public Integrity Section.

19             THE COURT:  Okay.

20             And do I take it then that you were a criminal

21   prosecutor at the U.S. Attorney's Office?

22             PROSPECTIVE JUROR:  That's correct.

23             THE COURT:  And what kind of work do you do now?

24             PROSPECTIVE JUROR:  I work in a law firm, Arnold &

25   Porter.

1           THE COURT:  Okay.

2           And can you tell us what kind of work you do

3   there?

4           PROSPECTIVE JUROR:  Mostly -- well, Food and Drug

5   Administration related work, because after 2010, I worked in

6   the Food and Drug Administration.

7           THE COURT:  Okay.

8           PROSPECTIVE JUROR:  So that work is mostly helping

9   companies get drugs approved, things like that, but some of

10  it is defending companies and individuals in

11  investigations --

12          THE COURT:  Right.  Okay.

13          PROSPECTIVE JUROR:  -- related to FDA.

14          THE COURT:  Let me ask you, you've had a career,

15  partial career as a prosecutor, you obviously know the

16  criminal law, you understand how the courts and justice

17  system works.

18          Given the fact that you've been employed by the

19  Department of Justice and, in fact, employed by the

20  U.S. Attorney's Office that's prosecuting this case, do you

21  think you could be fair and impartial to the defendant in

22  this case?

23          PROSPECTIVE JUROR:  Yes.

24          THE COURT:  Do you have any reason to think that

25  you might partially -- have partiality toward the government

1  in this case because of your former career?

2          PROSPECTIVE JUROR:  No.

3          THE COURT:  And if you came to the conclusion that

4  the government in this case failed to meet its burden of

5  proof, do you think you would be able to vote to acquit the

6  defendant?

7          PROSPECTIVE JUROR:  Yes.

8          THE COURT:  All right.

9          Question 5 concerns whether you live or work near

10  the Capitol.  Can you tell us about that?

11          PROSPECTIVE JUROR:  Correct.

12          My office is at 6th and Massachusetts, Northwest.

13  So I guess about a mile.

14          THE COURT:  All right.

15          And were you present at your office on

16  January 6th?

17          PROSPECTIVE JUROR:  No.  I was working from home.

18          THE COURT:  All right.

19          And do you live near the Capitol?

20          PROSPECTIVE JUROR:  No.  I live near Glover Park.

21          THE COURT:  Okay.

22          Question 7 and 8 sort of related the concern, your

23  exposure to media or video, of the events of January the

24  6th.  Can you describe first generally what your exposure

25  has been to those events and stories about those events?

```
 1              PROSPECTIVE JUROR:  Yes.
 2              Just generally what I read in the newspaper.
 3    I wouldn't say I pay special attention to it, but I don't
 4    avoid it either.  It's whatever I read.
 5              THE COURT:  Okay.
 6              And can you just share with us what sources of
 7    news?  You mentioned, I think you said, the newspaper and
 8    maybe even The Washington Post, but any other news sources?
 9              PROSPECTIVE JUROR:  Washington Post, the various
10    cable news channels.
11              THE COURT:  And can you tell us which ones?
12              PROSPECTIVE JUROR:  CNN mostly, I would say I
13    mostly watch when I watch that.
14              I -- you know, the Internet, Twitter, you know,
15    what people connect to and stuff.
16              THE COURT:  Right.  Okay.
17              So you've obviously learned some things through
18    the media and your exposure to the events of January the
19    6th.  Do you think you would be able to put all that aside
20    and evaluate the evidence that's presented in this case
21    about this defendant's conduct?
22              PROSPECTIVE JUROR:  Yes.
23              THE COURT:  Any reason to think that what you've
24    learned might affect your ability to be fair and impartial?
25              PROSPECTIVE JUROR:  No.
```

```
 1              THE COURT:  All right.

 2              Questions 13A, B, C, and D, let's go through

 3    those.

 4              13A asks whether you know members of law

 5    enforcement.  And as a U.S. Attorney, you certainly dealt

 6    with them, but let's stick for a moment with those people

 7    who are in your immediate friends and family or close,

 8    personal friends.

 9              PROSPECTIVE JUROR:  Yeah, there's no one in my

10    family that is in law enforcement.  I wouldn't -- I have

11    friends who were former prosecutors.  I probably have --

12    I wouldn't say I have any close friends who are currently

13    prosecutors or in law enforcement.

14              THE COURT:  Okay.

15              PROSPECTIVE JUROR:  I have some friends in the

16    Food and Drug Administration, but they're not really

17    prosecutors, they're more setting food safety standards and

18    things like that.

19              THE COURT:  Right.  Okay.

20              So let me ask this:  As a prosecutor in this

21    office, you would have worked with officers in the

22    Metropolitan Police Department, worked with the FBI

23    presumably, and I assume also sponsored the testimony of law

24    enforcement and FBI agents; is that fair?

25              PROSPECTIVE JUROR:  Correct.
```

1                  And I also investigated them when I was in Public

2        Integrity.

3                  THE COURT:  Right.

4                  And you would have investigated them while you're

5        in Public Integrity.

6                  So to the extent -- well, given those past

7        relationships with MPD officers and your professional

8        capacity and with the FBI, do you think you would favor the

9        testimony of a law enforcement official just because that

10       person is a member of law enforcement?

11                 PROSPECTIVE JUROR:  No.

12                 THE COURT:  And do you think if you doubted the

13       veracity of a law enforcement officer, that you could hold

14       that belief truly that the officer was not telling the truth

15       just as any other witness might not be telling the truth?

16                 PROSPECTIVE JUROR:  Yes.

17                 THE COURT:  All right.

18                 Question 13B asks about service in the Armed

19       Forces.

20                 PROSPECTIVE JUROR:  Just my father's a Korean War

21       veteran.

22                 THE COURT:  Just which branch of the military?

23                 PROSPECTIVE JUROR:  Air Force.

24                 THE COURT:  13C asked about law school.  I think

25       we've gone over that quite a bit, so we'll pass through that

1    question.

2          And then 13C asks whether any member of the

3    group's been arrested for, charged with, or convicted of a

4    crime or been the victim of or a witness to a crime.

5          PROSPECTIVE JUROR:  Yeah, victim of a crime is

6    probably, you know, a bunch of people in the family.

7          I mean, I've had my car broken into.  I've had my

8    credit card number used.  My father was mugged.  My brother

9    was mugged.  I don't know about my sister.  I had -- I was

10   mugged maybe ten years ago.

11         THE COURT:  Okay.

12         Anything about those experiences that might affect

13   your ability to be fair and impartial?

14         PROSPECTIVE JUROR:  No.

15         THE COURT:  All right.

16         Government counsel, any questions?

17         MR. KELLY:  No, Your Honor.

18         THE COURT:  Mr. Monroe.

19         MR. MONROE:  Good afternoon, sir.

20         PROSPECTIVE JUROR:  Hello.

21         MR. MONROE:  How long has it been since you worked

22   for the U.S. Attorney's Office for the District of Columbia?

23         PROSPECTIVE JUROR:  I left in 2010.

24         MR. MONROE:  So about 12 years?

25         PROSPECTIVE JUROR:  Yep, that's right.

1          MR. MONROE:  And obviously once you see me rise to

2    my feet, you understand my concerns.

3          We have three capable U.S. Attorneys here,

4    Assistant U.S. Attorneys, one here back in the gallery, FBI

5    agent.

6          If you were impaneled as a factfinder, both you

7    and I as attorneys, we know what that means.  Is this --

8    could you separate your vast knowledge of the law, your

9    experience with the U.S. Attorney's Office, all of your

10   interactions with the FBI and the Metropolitan Police

11   Department and separate yourself from that vast quantity of

12   information and sit here and listen to this particular case

13   and view it fairly and impartially?

14         I'm asking you a bold and honest question, sir.

15         PROSPECTIVE JUROR:  Sure.

16         Absolutely.  I mean --

17         MR. MONROE:  I know you know how to answer the

18   question, but I need to know the truth that, am I putting a

19   prosecutor in the jury box?

20         PROSPECTIVE JUROR:  You know, I would have no

21   problem doing that.

22         I mean, I investigated FBI misconduct when I was

23   in Main Justice.

24         MR. MONROE:  Yeah.

25         So you understand the next question I'm going to

1    ask you, which is, if you're impaneled as a juror, would you

2    be able to not allow your knowledge and information about

3    the law and maybe the FBI and information about the MPD and

4    let it bleed into your other jurors and let them deliberate

5    based upon their own individual experiences as factfinders?

6            PROSPECTIVE JUROR:  I would follow the oath to

7    follow the law, and I would not try to be a judge.

8            MR. MONROE:  We've been more than a year since

9    January 6th.  This has been your town for a long time.

10   What's your feelings and thoughts about what transpired on

11   January the 6th at the Capitol?

12           PROSPECTIVE JUROR:  I think that it was a terrible

13   thing.

14           MR. MONROE:  In what way?

15           PROSPECTIVE JUROR:  I think -- you know, I think

16   an assault on the Capitol -- first of all, any assault on

17   the Capitol, but then in an effort to interfere with

18   Congress going about its business is something that should

19   not have happened.

20           MR. MONROE:  As you watched -- you watched some of

21   the video, correct?

22           PROSPECTIVE JUROR:  I didn't watch, you know,

23   hours of it.  I watched what I saw.

24           MR. MONROE:  But some of it, correct?

25           PROSPECTIVE JUROR:  Sure.  Absolutely.

1          MR. MONROE:  And as a former prosecutor, I'm sure

2    there were instances where you could say, well, that

3    obviously looks like a crime there.  And this person

4    standing there just looking, she's not doing much of

5    anything.  I mean, were you able to make that separation

6    between individual participants or was this -- is this one

7    event that you see sort of as a collective group?

8          PROSPECTIVE JUROR:  There were hundreds or

9    thousands of people there, and I assume each -- some of them

10   had no role, some had a big role, some had something in

11   between.  It's not my job -- it wasn't my job to assess

12   that, I was just looking at what was on TV.

13         MR. MONROE:  How far do you live from the Capitol?

14         PROSPECTIVE JUROR:  Probably about 5 miles, give

15   or take.

16         MR. MONROE:  You're far out.

17         And did the events of January 6th have any direct

18   impact on you --

19         PROSPECTIVE JUROR:  No.

20         MR. MONROE:  -- or close family members?

21         PROSPECTIVE JUROR:  No.

22         MR. MONROE:  Now, do you know any of the federal

23   staff officers or employees that were present on

24   January 6th?

25         PROSPECTIVE JUROR:  Not to my knowledge, no.

1          MR. MONROE:  All right, sir.  Thank you for

2    speaking with me.

3          THE COURT:  All right.

4          Thank you, sir.  You may step down.  Mr. Douyon

5    will show you out of the courtroom.

6          Mr. Monroe, are you going to strike for cause?

7          MR. MONROE:  Yes, sir.  I'm sure -- do you want me

8    to recite --

9          THE COURT:  Yeah, I don't need you to tell me the

10   basis.

11         Look, I'm not -- I'm going to deny it and I'll

12   tell you why.  In my experience, a prosecutor is actually

13   probably the defense -- juror you could actually have.

14         I've had prosecutors on my panels who are more

15   than happy to acquit when the government fails to meet its

16   burden of proof.  And I've asked -- you know, you asked him

17   repeatedly, I asked him repeatedly whether he could be fair

18   and impartial, and I think he can be.  And the fact that he

19   worked in this office, it's been 12 years, and it won't

20   surprise you, it's not unusual to have former prosecutors

21   come before the Court as potential jurors.

22         MR. MONROE:  I would just offer my respectful

23   exception.

24         THE COURT:  I understand.  Your objection is

25   noted.

1          But like I said, my experience has been that when

2    I was a defense lawyer, I actually had multiple cases where

3    prosecutors ended up on the jury and acquitted, for what

4    that's worth.

5          Hi, ma'am.  Sorry about that.

6          So you are juror 1113; is that right?

7          PROSPECTIVE JUROR:  Yes.

8          THE COURT:  Feel free to remove your mask if you

9    feel comfortable doing so.

10          So you answered questions 6, 8, and you wrote 13A

11    maybe and 13C.

12          So let's start with question 6, whether you or

13    someone you know is a participant in or physically present

14    as a witness to the events of January 6th.

15          PROSPECTIVE JUROR:  Yeah, I know someone who -- my

16    friend's roommate was there.

17          THE COURT:  Okay.  Your friend's roommate.

18          PROSPECTIVE JUROR:  Yeah.

19          THE COURT:  So do you know -- your friend's

20    roommate, when you say "there," was there that day?

21          PROSPECTIVE JUROR:  Was there that day.

22          THE COURT:  And can you tell us in what capacity?

23          PROSPECTIVE JUROR:  She was part of the crowd.

24    Didn't go into the Capitol but was part of the protesting.

25          THE COURT:  Okay.

1          PROSPECTIVE JUROR:  She wasn't violent, but she

2     was part of the protesting.

3          THE COURT:  And have you spoken to her about the

4     events of that day?

5          PROSPECTIVE JUROR:  No.

6          THE COURT:  All right.

7          Anything about the fact that your -- I think you

8     said your roommate's friend was a participant --

9          PROSPECTIVE JUROR:  Sorry, it's my friend's

10    roommate.

11         THE COURT:  Your friend's roommate, excuse me, was

12    a participant in those events.  Any reason to think you

13    couldn't be fair and impartial in this case?

14         PROSPECTIVE JUROR:  No reason to think that.

15    I can be fair.

16         THE COURT:  Question 8 concerns video that you've

17    seen of the events of January the 6th.  Can you tell us a

18    little bit about your exposure to that?

19         PROSPECTIVE JUROR:  Sure.

20         Yeah, just around the time of the events, I saw a

21    few videos on the news like that.

22         THE COURT:  How about since then?

23         PROSPECTIVE JUROR:  Nothing since then.

24         THE COURT:  All right.

25         And so given whatever you may have seen back then,

1 would you be able to put that to the side and view the

2 evidence fairly and impartially as it's presented in this

3 case?

4          PROSPECTIVE JUROR:  Yes, I could.

5          THE COURT:  All right.

6          Question 13A and 13C.

7          13A, and this is the one you said "maybe" with

8 respect to anybody that you know in law enforcement.

9          PROSPECTIVE JUROR:  I have a distant relative, so

10 he's not close family but first cousin once removed, haven't

11 seen in 20 years, but he's a police officer.

12          THE COURT:  Is that person a police officer in the

13 District of Columbia?

14          PROSPECTIVE JUROR:  No.

15          THE COURT:  All right.

16          And then 13C asks whether any member of this group

17 has attended law school, worked as a lawyer, or worked in a

18 law office.

19          PROSPECTIVE JUROR:  My sister is a lawyer.

20          THE COURT:  Okay.

21          And can you tell us, does she practice law?

22          PROSPECTIVE JUROR:  Sure.

23          Yes, she does.  She has a JD and an MBA.

24 She works in London.  She does, like, international business

25 law, helps companies on the IPO, like.  I don't know the

```
 1    details, but she does that.

 2              THE COURT:  No.  That's okay.  I understand.

 3              All right.  Any follow-up questions from the

 4    government?

 5              MR. KELLY:  No, Your Honor.

 6              THE COURT:  Mr. Monroe.

 7              MR. MONROE:  No, sir.  No inquiry.

 8              THE COURT:  All right, ma'am.  Thank you very

 9    much.  Mr. Douyon will show you out of the courtroom.

10              Hi, ma'am.  How are you?

11              PROSPECTIVE JUROR:  Fine.  Thank you.

12              THE COURT:  All right.

13              You are juror 1114?

14              PROSPECTIVE JUROR:  Correct.

15              THE COURT:  Feel free to remove your mask if you

16    would like to do that while you're answering questions.

17              PROSPECTIVE JUROR:  Sure.

18              THE COURT:  So questions that you answered, 7, 8,

19    10, 11, 13C and 13D, as well as 19.

20              So why don't we turn to 19 which is the hardship

21    question.  Can you tell us what would be a hardship if you

22    were to serve?

23              PROSPECTIVE JUROR:  Oh, just that I might have to

24    take a business trip next week.

25              THE COURT:  Okay.
```

```
 1              PROSPECTIVE JUROR:  So I don't know if that
 2   qualifies.  But the 2nd through the 4th, I might need to be
 3   out of town for business.
 4              THE COURT:  All right.  Well, when you say "might
 5   have to take a business trip," is this something that's
 6   already set?
 7              PROSPECTIVE JUROR:  Yes.
 8              THE COURT:  Okay.
 9              And is it something that can be rescheduled?
10              PROSPECTIVE JUROR:  No, because there are other
11   people who invited me to participate in these meetings, so
12   I can't reschedule it.
13              THE COURT:  Okay.
14              All right.  Any objection?
15              MR. KELLY:  No, Your Honor.
16              MR. MONROE:  No, sir.
17              THE COURT:  All right.  Thank you, ma'am.  You'll
18   be excused.
19              Ma'am, you can leave the courtroom; you'll be
20   excused.  Thank you.
21              PROSPECTIVE JUROR:  Oh, I'm done?
22              THE COURT:  You're done.
23              PROSPECTIVE JUROR:  Oh, okay.
24              THE COURT:  She will be struck because of her
25   unavailability.
```

1          Hi, ma'am.  How are you?

2          PROSPECTIVE JUROR:  I'm fine.  Thank you.

3          THE COURT:  You are juror 0176?

4          PROSPECTIVE JUROR:  Yes.

5          THE COURT:  Okay.

6          So you can take your mask off if you'd like while

7    we're chatting.

8          You answered, looks like, two questions yes,

9    question 8 and question 20.

10         Let's start with question 20 which was the

11   question about COVID.  So I described for you what our

12   processes will be and the level of protections that we'll

13   follow.  Given all that, would you still be uncomfortable as

14   a juror -- serving as a juror in this case?

15         PROSPECTIVE JUROR:  Well, with large crowds, yes.

16   But just -- it's mainly because I'm coming back to my

17   children at home.  And it's just my concern for, you know,

18   them.  But it's just with crowds.

19         THE COURT:  Okay.

20         Just to be clear, when you say "crowds," what --

21         PROSPECTIVE JUROR:  Well, just a large of amount

22   of people.

23         THE COURT:  Yeah.

24         So just to sort of be more precise in terms of

25   what you would experience if you were selected, you would be

```
 1    in a courtroom like this, there would be lawyers at one
 2    table and the other table, and then you would be seated in
 3    the jury box with 13 other people.  So everybody would be
 4    masked, as I said, except for the person that's questioning
 5    and the witness.
 6            And so if those were the circumstances, do you
 7    think you could be comfortable about serving as a juror in
 8    this case?
 9            PROSPECTIVE JUROR:  I guess.
10            THE COURT:  I'm sorry?
11            PROSPECTIVE JUROR:  Yeah.
12            THE COURT:  All right.
13            Well, I don't want you to give me an answer that
14    you think I want to hear, I want to sort of elicit the truth
15    from you.  And if you have a discomfort, let us know.
16            PROSPECTIVE JUROR:  No.
17            THE COURT:  No, you wouldn't feel comfortable or,
18    no, you don't have a discomfort?
19            PROSPECTIVE JUROR:  No, I would not feel
20    comfortable.
21            THE COURT:  You wouldn't feel comfortable.
22            And do you think it would -- your level of
23    discomfort would distract you in terms of listening to the
24    evidence and paying attention to the case?
25            PROSPECTIVE JUROR:  A little maybe, yes.
```

```
 1              THE COURT:  I'm sorry?

 2              PROSPECTIVE JUROR:  A little maybe, yes.

 3              THE COURT:  A little maybe.

 4         All right.  Any objections?

 5              MR. KELLY:  No, Your Honor.

 6              MR. MONROE:  No, sir.

 7              THE COURT:  All right, ma'am.  I'm going to

 8    dismiss you.  Thank you very much.

 9              Juror 0176 will be stricken for cause, I keep

10    forgetting to put that on the record, due to her concerns

11    about COVID exposure.

12              All right, ma'am.  You are juror 0735; is that

13    right?

14              PROSPECTIVE JUROR:  Yes, sir, yes.

15              THE COURT:  Feel free to remove your mask if you

16    feel comfortable doing so.

17              All right.  So you've answered questions 8 and 13C

18    and 19.  So let's start with 19 which was the hardship

19    question.  And you've written here in parentheticals

20    "(schedule/standardized testing."

21              PROSPECTIVE JUROR:  Yes.  I just wrote it just to

22    be careful.

23              I'm a teacher, and standardized testing starts

24    tomorrow --

25              THE COURT:  Okay.
```

1              PROSPECTIVE JUROR:  -- and it lasts the rest of

2      the month.

3              So I didn't know if that was a real excuse or not,

4      but I just wanted to be open about that.

5              THE COURT:  Okay.  I appreciate that.

6              I mean, I assume if you were serving, somebody

7      else could cover for you as proctor or for some other

8      reason?

9              PROSPECTIVE JUROR:  Yeah, of course.

10             THE COURT:  Hopefully you'll understand that

11     ordinary work obligations are not a basis for being excused.

12             PROSPECTIVE JUROR:  Yeah.

13             THE COURT:  All right.

14             You also answered 8 and 13C.

15             So Question 8 concerns exposure to video and to

16     the news.  Can you tell us a little bit about your exposure

17     to video and news about the events of January the 6th?

18             PROSPECTIVE JUROR:  Yeah.

19             So as I feel like a lot of people across the whole

20     country, when it happened, we saw -- I saw the news, I saw

21     it on Instagram.

22             I don't watch the news on, like, TV too much, but

23     social media is like my biggest exposure to it.

24             THE COURT:  Okay.

25             PROSPECTIVE JUROR:  I saw the initial events.

1   And then after that, it was just upsetting and kind of -- it
2   was very stressful just since I live here in D.C.  So I
3   tried not to watch too much after that just from the initial
4   stuff, because it was just a stressful time, still working
5   at home, and so it was just not fun to watch.
6           THE COURT:  Sure.  Of course.
7           PROSPECTIVE JUROR:  I saw some, but, after a
8   while, I just...
9           THE COURT:  Can I ask, when you say you saw video
10  on Instagram, was that video that was transmitted by media
11  or were you actually ending up looking at original video
12  that people were posting on the day of or after?
13          PROSPECTIVE JUROR:  It was all, like, through the
14  media.  So just through different news outlets that I
15  follow.  Nothing that I would think was anyone that was
16  there.  But, yeah, all from the news media.
17          THE COURT:  So, look, it's not surprising that
18  people had reactions to the events of January the 6th.  But
19  the question for us today is whether you could put those --
20  what you saw on that day to the side and evaluate the
21  evidence that's presented in this case fairly and
22  impartially?
23          PROSPECTIVE JUROR:  Uh-huh.
24          THE COURT:  Is that a yes?
25          PROSPECTIVE JUROR:  Yes.

1          I mean, I think when the case is said and all the

2    sides are said, I feel like it would be an easy -- once you

3    have all the information, you're able to make that decision.

4          THE COURT:  So it sounds like you -- you know, the

5    defendant in this case is presumed to be innocent.  And so

6    just because he is accused of events of conduct arising out

7    of January the 6th, do you think you would be able to

8    presume him to be innocent?

9          PROSPECTIVE JUROR:  If that's what the case -- the

10   evidence said.

11         THE COURT:  Right.  Well, that's the law, that's

12   the principle of law --

13         PROSPECTIVE JUROR:  Yep.

14         THE COURT:  -- that somebody is presumed innocent.

15         And then another principle of law is that the

16   government bears the burden of proving guilt beyond a

17   reasonable doubt.  And it's the government's burden, it's

18   not the defendant's burden at all.  Would you be able to --

19   if you concluded or developed the belief that the government

20   had not carried its burden of proof, would you be able to

21   advocate for acquittal and vote for acquittal of the

22   defendant?

23         PROSPECTIVE JUROR:  Can you rephrase that?

24         THE COURT:  Yeah, sorry, that was a mouthful.

25         PROSPECTIVE JUROR:  Sorry.

```
 1              THE COURT:  It's okay.
 2              It's another principle of law that the prosecutors
 3    bear the burden of proving guilt beyond a reasonable doubt.
 4    If after all the evidence was in you came to the conclusion
 5    or the view that the government had not met its burden,
 6    would you have any trouble returning a not-guilty verdict in
 7    that case?
 8              PROSPECTIVE JUROR:  I don't think so.
 9              THE COURT:  Okay.
10              Any reason to doubt your ability to do that?
11              PROSPECTIVE JUROR:  No.
12              THE COURT:  Okay.
13              All right.  Let's turn to Question 13C which is
14    whether you know anybody who's attended law school, worked
15    as a lawyer, or worked in a law office.
16              PROSPECTIVE JUROR:  Uh-huh.
17              My aunt is a lawyer, and my uncle is also a
18    lawyer.
19              THE COURT:  Okay.
20              And can you tell us whether either of them
21    practice in criminal law at all?
22              PROSPECTIVE JUROR:  No.
23              THE COURT:  All right.
24              Any questions from the government?
25              MR. KELLY:  No, Your Honor.
```

1          THE COURT:  Mr. Monroe.

2          MR. MONROE:  No inquiry, Judge.

3          THE COURT:  All right.  Thank you.  Mr. Douyon

4    will show you out of the courtroom.

5          PROSPECTIVE JUROR:  Thank you.

6          THE COURT:  So I was reminded that I had a case

7    similar to -- an issue arising in a separate case years ago

8    in which a prosecutor from the U.S. Attorney's Office was on

9    the panel.  That prosecutor came on, gave the answers that

10   would cause me to think that that person could be a fair and

11   impartial juror.

12         Defense counsel in that case objected, and I can't

13   remember whether they cited the case or I did some

14   additional research, but one or the other.  And I'm now --

15   I think this is the case that I remember happening upon at

16   the time.  It's called *United States versus Polichemi*,

17   P-o-l-i-c-h-e-m-i.  It's a Seventh Circuit case from 2000.

18   It's 219 F.3d 698.

19         And I'll just get to the holding of that case,

20   which was -- bottom line is that, you know, during the jury

21   selection process, prospective juror Lorena Nape came up as

22   a potential member of the final jury.  As a result of

23   questioning, the parties learned that she was a 15-year

24   employee of the U.S. Attorney's Office for the Northern

25   District of Illinois, precisely the same office from which

the prosecuting attorneys came.  Based on her affiliation

with the Prosecutor's Office, the defendants moved to strike

her for cause, even though Nape, in response to questions,

stated she could be fair and impartial, the defendants took

the position that, at a minimum, she was excludable on the

ground of implied bias.  The District Court denied their

motion and then used one of their -- they then used one of

their peremptory challenges to remove her from the jury.

The Court there holds that in spite of the

government's arguments to the contrary in its petition for

re-hearing, we continue to be of the view that the Implied

Bias doctrine applies in the particular circumstances of

this case and that it required the disqualification of the

prospective juror.

If she had sat on the final jury, this appeal

would be quite different.  And we note that an earlier case

from the Seventh Circuit rejected the contention that a

defendant is obligated to use a peremptory challenge to cure

the judge's error.

But here, the juror did not sit, and we suspect

that the prudent defense counsel will continue to use

peremptory challenges to protect their clients against

potentially biased jurors, rather than gambling everything

on their ability to show bias after the fact and to obtain

reversal of a conviction on this basis.  This concept of

1    Implied Bias is well-established in the law, et cetera.

2             So, look, this is something that I recall, and,

3    you know, thankfully, my brain has not become so addled that

4    I forget those things.

5             So unless there is contrary case law, I know it's

6    out of Circuit case law, but just out of an abundance of

7    caution, I think I will sort of reverse myself and grant the

8    motion to strike for cause.  This is juror 0780, okay?

9             All right.  Let's bring in the next juror.

10            Hi, ma'am.  How are you?

11            PROSPECTIVE JUROR:  Hi.  Good.

12            THE COURT:  Thank you your patience; I know it's

13   been a long day.

14            You're juror 0634?

15            PROSPECTIVE JUROR:  Correct.

16            THE COURT:  All right.

17            Feel free to remove your mask if you feel

18   comfortable doing so.

19            You answered three question, Question 7, 8, and

20   13A.

21            So let's start -- we'll combine 7 and 8, those

22   concern essentially your media and video exposure to the

23   events of January the 6th.

24            Can you tell us generally what your exposure has

25   been to news coverage and video of that day?

1          PROSPECTIVE JUROR:  I guess I actually saw it live

2   as it was happening.

3          And then just like since then, I've just seen

4   different footage on it.  I haven't watched any footage

5   recently, but I actually saw a lot of it the day that it

6   happened.

7          THE COURT:  Okay.

8          And can you tell us what news sources you were

9   watching on the day of and since then from which you've

10  gathered information?

11         PROSPECTIVE JUROR:  Mostly like MSNBC and CNN.

12         THE COURT:  Okay.

13         Would you consider yourself someone who's sort of

14  actively seeking out news about January the 6th?

15         PROSPECTIVE JUROR:  No.

16         I mean, just like when it comes on, I watch a lot

17  of -- I guess recently I haven't been watching a lot of

18  news.  But back then, I was watching news quite frequently.

19         THE COURT:  Okay.

20         So the question here today is whether you would be

21  able to be a fair and impartial juror with respect to this

22  defendant.

23         And would you be able to put aside what you

24  remember seeing of the events of that day and judge this

25  defendant and the evidence fairly and impartially?

1          PROSPECTIVE JUROR:  Yes.

2          THE COURT:  Okay.

3          And if you were convinced that the government had

4  not met its burden of proof in this case, would you have any

5  difficulty in acquitting this defendant?

6          PROSPECTIVE JUROR:  No.

7          THE COURT:  All right.

8          Question 13A asks whether you know anybody in law

9  enforcement, either yourself or persons who are close to

10 you?

11         PROSPECTIVE JUROR:  Yes.

12         THE COURT:  And can you tell us about that?

13         PROSPECTIVE JUROR:  Okay.

14         So my mom worked in law enforcement; she was,

15 like, a police dispatcher for most of her career.

16         THE COURT:  Okay.

17         PROSPECTIVE JUROR:  And then I have a cousin who's

18 a Texas state trooper currently.

19         THE COURT:  Okay.

20         PROSPECTIVE JUROR:  And then my next-door

21 neighbor's son works for Secret Service.

22         And then my neighbor on the other side, like,

23 formerly worked for the Department of Justice, but more,

24 like in an office type of role.

25         THE COURT:  Okay.

1          So do any of the -- you've named a few folks and
2  did identify their agencies.  Did any of them work for the
3  MPD?
4          PROSPECTIVE JUROR:  No.
5          THE COURT:  Or the FBI?
6          PROSPECTIVE JUROR:  No.
7          THE COURT:  All right.
8          So you've had some relationships with people who
9  are in law enforcement.  There will be law enforcement
10  testimony expected in this case.  You'll be instructed that
11  the testimony of a law enforcement officer should not be
12  given any greater or lesser weight just because the person
13  is in law enforcement.  Is that an instruction you think you
14  could follow?
15          PROSPECTIVE JUROR:  Yes.
16          THE COURT:  Any reason to think that your
17  relationship with people in law enforcement might cause you
18  to not be fair and impartial in this case?
19          PROSPECTIVE JUROR:  No.
20          THE COURT:  All right.
21          Any follow-up from the government?
22          MR. KELLY:  No, Your Honor.
23          MR. MONROE:  No inquiry, Judge.
24          THE COURT:  Ma'am, thank you very much.
25  Mr. Douyon will show you out of the courtroom.  Thank you.

```
 1              PROSPECTIVE JUROR:  Thank you.

 2              THE COURT:  Hi, sir.  How are you?

 3              PROSPECTIVE JUROR:  All right.  And yourself?

 4              THE COURT:  Good.  Thank you.

 5              You're juror 1262?

 6              PROSPECTIVE JUROR:  Yes, sir.

 7              THE COURT:  Feel free to remove your mask if you

 8    feel comfortable doing so.

 9              So I understand that you had your card but have

10    sort of misplaced it.

11              PROSPECTIVE JUROR:  Yeah.  When I went on lunch,

12    I misplaced it.  I was looking for it; I couldn't find it.

13              THE COURT:  Okay.

14              No problem.  Let me ask you, do you recall

15    answering any questions yes?

16              PROSPECTIVE JUROR:  Yes, sir.

17              THE COURT:  And do you remember which questions

18    that you may have put down a yes answer to?

19              PROSPECTIVE JUROR:  Yes, sir.

20              THE COURT:  All right.

21              Can you tell us what you remember answering yes?

22              PROSPECTIVE JUROR:  No. 7 and No. 8.

23              THE COURT:  Okay.

24              Were those the only two?

25              PROSPECTIVE JUROR:  And number -- I believe it was
```

1    the last one, I think No. 21.

2              THE COURT:  Okay.

3              21, that was the catch-all question about,

4    is there any reason that you think you might not be able to

5    sit as a fair and impartial juror in this case.  Did you

6    answer that yes?

7              PROSPECTIVE JUROR:  Yes.

8              THE COURT:  All right.

9              Can you tell us why you answered that yes?

10             PROSPECTIVE JUROR:  For my father's side, he's

11   Muslim.  And then from my mom's side, she's Catholic.

12             THE COURT:  I'm sorry, can you repeat that?

13             PROSPECTIVE JUROR:  I said, from my father's side,

14   he's Muslim, and they don't like to judge people.  And then

15   from my mom's side, they Catholic, so that's interfering

16   with me making a decision.

17             THE COURT:  I see.  Okay.

18             Well, let me ask you this.  I know you've

19   described the religious affiliation of your parents.

20   Is that a religious belief that you share with them?

21             PROSPECTIVE JUROR:  Yes, sir.

22             THE COURT:  Okay.

23             PROSPECTIVE JUROR:  Since I was born; since a

24   little kid.

25             THE COURT:  Say that again.

1          PROSPECTIVE JUROR:  Since I was small, I've been

2    knowing both religions.

3          THE COURT:  I see.

4          And so would you say that it is inconsistent with

5    your religious beliefs to sit in judgment of someone?

6          PROSPECTIVE JUROR:  From my father's side, yes,

7    sir.

8          THE COURT:  Okay.

9          But, again, I'm asking about your religious

10   briefs, not your parents'.

11         PROSPECTIVE JUROR:  Yes, sir.

12         THE COURT:  All right.

13         Any objections?

14         MR. KELLY:  No, Your Honor.

15         MR. MONROE:  No, sir.

16         THE COURT:  All right, sir.  You'll be excused.

17   Thank you very much.

18         PROSPECTIVE JUROR:  Thank you, sir.  You have a

19   good one.

20         THE COURT:  All right, sir.  How are you?

21         PROSPECTIVE JUROR:  Fine.

22         THE COURT:  You are juror 1175?

23         PROSPECTIVE JUROR:  Correct.

24         THE COURT:  Okay.

25         You answered two questions, Questions 7 and 8.

1          PROSPECTIVE JUROR:  Yes.

2          THE COURT:  Those questions we'll take together

3     because they ask about your exposure to the events of

4     January 6th.

5          Can you tell us to what extent you've been exposed

6     to news and video about that day's events?

7          PROSPECTIVE JUROR:  General news media.  You know,

8     the network, regular broadcast networks, print, *Washington*

9     *Post*.  I don't read stuff online, it just -- I don't appeal

10    to that kind of stuff.

11         THE COURT:  Okay.

12         So other than the *Washington Post*, any other print

13    media that you read?

14         PROSPECTIVE JUROR:  Something called *The Week*.

15         THE COURT:  And what about -- sounds like you

16    watch television news.  Can you tell us which networks?

17         PROSPECTIVE JUROR:  NBC.  All the major networks.

18    I don't watch CNN or MSNBC or any of the other ones, though.

19         THE COURT:  Okay.

20         So the question here is, for you, whatever you've

21    learned about the events of that day, what you recall

22    seeing, would you be able to set all of that aside and view

23    the evidence in this case fairly and impartially?

24         PROSPECTIVE JUROR:  I believe I can -- yes, I can.

25    I've served in -- I've been in here eight years.  I did a

1    case eight years ago, so I know the drill.

2              THE COURT:  Okay.  All right.

3              All right.  Well, again, this is more about what

4    your answers are, as opposed to what may have been in the

5    case -- because every case is different.

6              PROSPECTIVE JUROR:  Sure, of course, I understand.

7              THE COURT:  So I want to make sure that you're

8    confident that this defendant who's been accused of offenses

9    arising out of January 6th, that you could be fair and

10   impartial as to him.

11             PROSPECTIVE JUROR:  Uh-huh.

12             THE COURT:  Is that a yes?

13             PROSPECTIVE JUROR:  Yes.

14             THE COURT:  Okay.

15             And if you came to the conclusion that the

16   government had not carried its burden of proof, would you

17   have any trouble voting to acquit him?

18             PROSPECTIVE JUROR:  No, no.

19             THE COURT:  Okay.

20             Any follow-up from the government?

21             MR. KELLY:  Yes, Your Honor, briefly.

22             Good afternoon, sir, or evening.

23             PROSPECTIVE JUROR:  Sure.

24             MR. KELLY:  Sir, what do you do for a living?

25             PROSPECTIVE JUROR:  I'm a retired DNA analyst.

1           MR. KELLY:  Where were you a DNA analyst before
2    you retired?
3           PROSPECTIVE JUROR:  MedStar Washington Hospital
4    Center.
5           MR. KELLY:  And you said that you served on a jury
6    about eight years ago; is that right?
7           PROSPECTIVE JUROR:  Yes.
8           MR. KELLY:  Was that a criminal case?
9           PROSPECTIVE JUROR:  Civil case.
10          MR. KELLY:  Civil case?
11          PROSPECTIVE JUROR:  Yes.
12          MR. KELLY:  Without saying what it was, was the
13   jury able to come to a decision in that civil case?
14          PROSPECTIVE JUROR:  Yes, we did.
15          MR. KELLY:  Thank you.
16          THE COURT:  Okay.
17          Any follow-up?
18          MR. MONROE:  No inquiry, Judge.  Thank you.
19          THE COURT:  All right.
20          Sir, thank you very much.  Mr. Douyon will show
21   you out of the courtroom.
22          I'd like to try and get two more qualified.  We're
23   at 33.  If there's no objection, we can excuse the earlier
24   juror who had the medical appointment on Wednesday, and so
25   that we have a couple of extra to spare.

1          MR. KELLY:  No objection, Your Honor.

2          THE COURT:  Okay.

3          Hello, ma'am.  How are you?

4          PROSPECTIVE JUROR:  Quite well.  How are you?

5          THE COURT:  Good.

6          Thank you for your patience; I know it's been a

7   long day.

8          You are juror 0785; is that right?

9          I'm sorry --

10          PROSPECTIVE JUROR:  0485.

11          THE COURT:  -- 0485.  I misread your 4 as a 7.

12          So you're 0485?

13          PROSPECTIVE JUROR:  Yeah.

14          THE COURT:  Feel free to remove your mask, ma'am,

15   if you'd like, while I'm asking you questions.

16          You answered five questions yes, questions 5, 7,

17   8, 11, and 13A.

18          So let's start with question 5 which asks whether

19   you live near or work on the Capitol -- or at the Capitol.

20          PROSPECTIVE JUROR:  I live near the Capitol.

21          THE COURT:  Okay.

22          And can you tell us just approximately how far

23   away you live from the Capitol?

24          PROSPECTIVE JUROR:  Probably three quarters of a

25   mile.

1          THE COURT:  Three quarters of a mile?

2          PROSPECTIVE JUROR:  Yes.

3          THE COURT:  And were you at your home on January

4     the 6th?

5          PROSPECTIVE JUROR:  Yes, I was.

6          THE COURT:  And can you tell us what, if anything,

7     you observed or heard that day?

8          PROSPECTIVE JUROR:  Once I heard the news,

9     I basically hunkered down in my house.

10         THE COURT:  Okay.

11         And so let me just turn then to that response

12    which is -- I think gets to Question 7 and 8 which you

13    answered, which asks about your media exposure and your

14    exposure to video of the events of that day.

15         Can you tell us a little bit about -- or can you

16    tell us about what your exposure has been?

17         PROSPECTIVE JUROR:  I watched the news, the

18    broadcast news.

19         THE COURT:  Okay.

20         So can you tell us which networks you watch?

21         PROSPECTIVE JUROR:  *PBS NewsHour*.

22         THE COURT:  All right.

23         And so is that -- to the extent that you've heard

24    and seen news about the events that day, it's from PBS;

25    is that right?

1              PROSPECTIVE JUROR:  Yes.

2              And NPR, on the radio.

3              THE COURT:  So let me ask you this.  So the issue

4    here in this case is not sort of generally what happened on

5    that day but, rather, the conduct and the allegations

6    against this defendant.

7              Would you be able to put aside whatever you saw or

8    recall seeing and what you've read from that day and about

9    that day and evaluate the evidence as it's presented in this

10   case?

11             PROSPECTIVE JUROR:  I could.

12             THE COURT:  And could you be fair and impartial to

13   this particular defendant even though his conduct arises out

14   of the events of January the 6th?

15             PROSPECTIVE JUROR:  I could.

16             THE COURT:  All right.

17             You answered Question 11 yes as well, which is, do

18   you have such strong feelings about the President,

19   former-President Trump or his supporters, that would make it

20   difficult for you to be fair and impartial?

21             Can you tell us about that?

22             PROSPECTIVE JUROR:  Well, that goes to the former

23   President.

24             THE COURT:  Okay.

25             So, you know, we all come into the courtroom with

our views, political views.  Those political views are not
on trial here, and it's this defendant that's on trial.

          Now, if you were to learn that this defendant was
a supporter of the former President and perhaps believed in
policies and viewpoints of the former President, do you
think that would affect your ability to be fair and
impartial in this case?

          PROSPECTIVE JUROR:  I think I would be fair.

          THE COURT:  You would be fair?

          PROSPECTIVE JUROR:  Yes.

          THE COURT:  So notwithstanding the fact that Mr.
-- that the defendant here may have supported the former
President, you think you could be fair and impartial as to
him?

          PROSPECTIVE JUROR:  I could.

          THE COURT:  And the law says that you're required
to presume any defendant to be presumed innocent.  Is that
something you could apply in this case?

          PROSPECTIVE JUROR:  I could.

          THE COURT:  And if you were convinced that the
government had failed to carry its burden of proving his
guilt beyond a reasonable doubt, could you return a
not-guilty verdict?

          PROSPECTIVE JUROR:  I could.

          THE COURT:  All right.

1          Question 13A asks whether you know members of law
2    enforcement.  Can you tell us about that?
3          PROSPECTIVE JUROR:  Yeah, it's actually kind of an
4    extended -- my next-door neighbor, her daughter is part of
5    the Sergeant of Arms staff.
6          THE COURT:  Okay.
7          PROSPECTIVE JUROR:  And I know her from growing up
8    together.
9          THE COURT:  Okay.
10         And so this is your neighbor's daughter, you said?
11         PROSPECTIVE JUROR:  Yes.
12         THE COURT:  Okay.
13         And so when you say the Sergeant of Arms staff,
14   you mean the Sergeant of Arms of the U.S. Capitol?
15         PROSPECTIVE JUROR:  Yes.
16         THE COURT:  Okay.
17         And was your neighbor's daughter there on January
18   the 6th?
19         PROSPECTIVE JUROR:  Yes.
20         THE COURT:  And have you spoken to her about those
21   events?
22         PROSPECTIVE JUROR:  No.
23         THE COURT:  All right.
24         Now, anything about the fact that she was there
25   that day, do you think you could still be fair and impartial

1    about judging this defendant's conduct on that day?

2            PROSPECTIVE JUROR:  I could.  They have to prove

3    that he was there.

4            THE COURT:  Right, and among other things.

5            PROSPECTIVE JUROR:  Yeah.

6            THE COURT:  I mean, that's one thing the

7    government would be required to prove, among other things,

8    and you would be able to hold them to their burden of proof;

9    is that correct?

10            PROSPECTIVE JUROR:  Yes.

11            THE COURT:  All right.

12            Anything from the government?

13            MR. KELLY:  Just very briefly, Your Honor.

14            Hello.

15            What is it that you do for a living?

16            PROSPECTIVE JUROR:  I'm retired.  I'm a retired

17    federal civil servant.

18            MR. KELLY:  Okay.

19            What did you do before retiring?

20            PROSPECTIVE JUROR:  I worked in the Defense area.

21    So I'm retired from the Defense department.

22            MR. KELLY:  Okay.

23            Nothing further.  Thank you.

24            THE COURT:  Counsel, anything from the defense?

25            MR. MONROE:  No inquiry, Judge.  Thank you.

```
 1                  THE COURT:  All right.  Thank you, Mr. Webster
 2      [sic].
 3                  So, ma'am, thank you very much.  Mr. Douyon will
 4      show you out of the courtroom.
 5                  Hi, sir.  How are you?
 6                  PROSPECTIVE JUROR:  Hello.
 7                  THE COURT:  I'm sorry?
 8                  PROSPECTIVE JUROR:  Hi.
 9                  THE COURT:  Hi.  How are you?
10                  PROSPECTIVE JUROR:  Good.
11                  THE COURT:  Good.  Thank you.
12                  You're juror 0517?
13                  PROSPECTIVE JUROR:  Yeah, that's me.
14                  THE COURT:  Feel free to remove your mask if you'd
15      like while we're chatting.
16                  You answered three questions yes, they're 5, 6,
17      and 8.
18                  So let's start with 5 and that is whether you work
19      near or live near the Capitol.
20                  PROSPECTIVE JUROR:  Yes, I live near the Capitol.
21                  THE COURT:  Okay.
22                  And can you tell us approximately how far?
23                  PROSPECTIVE JUROR:  I would say a mile away.
24                  THE COURT:  About a mile away.
25                  And so what neighborhood are you in?
```

1               PROSPECTIVE JUROR:  Shaw.

2               THE COURT:  Oh, you're in Shaw.  Okay.  So you're

3    a bit of a distance away.

4               So next question, Question 6, concerns whether you

5    or someone you know was a participant in or physically

6    present as a witness to the events of January the 6th.

7    Can you tell us about that?

8               PROSPECTIVE JUROR:  I would say myself because,

9    like I say, I live in Shaw, but I'm on New Jersey Avenue.

10              THE COURT:  Okay.

11              PROSPECTIVE JUROR:  So it's kind of four mile

12   away, in the Fairmont Triangle.

13              So, yes, I was at home on the day of the event,

14   and so I saw.

15              THE COURT:  Okay.

16              And can you tell us when you say you saw, what did

17   you see that day that -- and just to be clear, not on

18   television, I'm talking about what you may have seen outside

19   your home or in the streets.

20              PROSPECTIVE JUROR:  I just saw some people that

21   was in the event.  Actually they park in front of my house

22   and around my neighborhood, so they walked towards the

23   Capitol.

24              THE COURT:  So you just saw -- it sounds like you

25   just saw people who may have ultimately ended up at the

 1    Capitol that day, but you don't know one way or another.

 2              PROSPECTIVE JUROR:  Exactly.

 3              THE COURT:  Okay.

 4              So Question 8 concerns video you have watched of

 5    the events at the Capitol.  Can you tell us about what video

 6    you may have seen at the Capitol, about the events of

 7    January the 6th?

 8              PROSPECTIVE JUROR:  That would be on TV, yes,

 9    that's what I watched.  Watched it on TV, yes.

10              THE COURT:  And did you watch it on the day of,

11    is that right?

12              PROSPECTIVE JUROR:  Yes.

13              THE COURT:  And have you seen news stories on

14    television about those events?

15              PROSPECTIVE JUROR:  That's true.

16              THE COURT:  Can you tell us which networks you've

17    seen news on?

18              PROSPECTIVE JUROR:  CNN.

19              THE COURT:  So the question for you is -- the

20    question is, this defendant, could you -- notwithstanding

21    what you've seen about the events of that day, could you

22    evaluate the evidence against him fairly and impartially?

23              PROSPECTIVE JUROR:  Sorry, repeat the question.

24              THE COURT:  Could you evaluate the evidence

25    that's -- with respect to this defendant fairly,

```
1    impartially?
2              PROSPECTIVE JUROR:  Yes.
3              THE COURT:  And if this defendant, like all
4    defendants, is presumed to be innocent, could you apply that
5    presumption of innocence to him?
6              PROSPECTIVE JUROR:  Yes.
7              THE COURT:  And if the government bears the burden
8    of proving his guilt beyond a reasonable doubt, if you were
9    convinced that the government had failed to meet its burden,
10   would you have any difficulty in acquitting this defendant?
11             PROSPECTIVE JUROR:  No.
12             THE COURT:  Okay.
13             Any follow-up from the government?
14             MR. KELLY:  No, Your Honor.
15             THE COURT:  Anything from the defense?
16             MR. MONROE:  No, sir.
17             THE COURT:  All right.  Thank you, sir.
18   Mr. Douyon will show you out of the courtroom.
19             So with that, I am at 35.  And so if everybody --
20   if there's no objection, we will strike juror 0571, who is
21   in seat 31, who has the medical appointment on Wednesday.
22             Any objection?
23             MR. KELLY:  No, Your Honor.
24             MR. MONROE:  No, sir.
25             THE COURT:  Okay.
```

218

1          So we've got 34 qualified.  The afternoon went

2     much better than the morning.

3          All right.  So let's transition over to the other

4     courtroom, and be prepared to move immediately to your

5     peremptory strikes.

6          Just a reminder the way we're going to do this,

7     you'll each have peremptory sheets, ten for the defense, six

8     for the government.  You'll write down your peremptories.

9     You can strike either into the box or into the panel,

10    meaning any juror that's coming in.

11         Once you've written down your peremptories, you'll

12    exchange sheets so that each side knows who's been stricken.

13    If there happens to be an overlap in terms of the stricken

14    jurors, you don't get an extra peremptory.

15         You'll hand those sheets up to us, we'll figure

16    out who's been stricken, re-seat everybody -- or I don't

17    know whether we'll re-seat everybody.  But the bottom line

18    is, once we're done with the actual deliberating jurors,

19    then you'll each get one strike afterwards for your

20    alternates, okay?  Any questions about that?

21              MR. MONROE:  Just one round, Judge?

22              THE COURT:  Yes, just one round.  You'll sit down

23    with your sheet and do it; we're not going to alternate.

24              MR. MONROE:  All right.

25              THE COURT:  Okay?

1          Thank you.  We'll see everybody next door shortly.

2          COURTROOM DEPUTY:  All rise.

3          This court stands in recess.

4          (Recess from 5:29 p.m. to 5:41 p.m.)

5          COURTROOM DEPUTY:  All rise.

6          THE COURT:  Please have a seat, everyone.

7          All right.  First and foremost, thank you,

8   everybody.  I know it has been a long day, but I promised

9   you it was going to be a long day.  And I know we're past

10  5:00, but I suspect you all would rather stay a little bit

11  later and get this done, rather than all come back tomorrow

12  morning.  So if you will just be a little bit more patient

13  with us, I would be very grateful.

14         Where we are now is that we've qualified the

15  number of jurors we need to qualify.  The next step in the

16  process is to winnow down the qualified jurors to the number

17  of jurors who will actually be serving on the panel.  That

18  is going to probably take, I hope, no more than 20 to 30

19  minutes.  It shouldn't even be probably 20 minutes is my

20  hope.  So be patient with us and I promise you we will move

21  as quickly as we can.

22         Again, same rules as before, you can talk amongst

23  yourselves, read what you would like to read, be online.

24  But, again, no research about the case and no communications

25  about the case, all right?  Thank you, all, very much.

```
 1                (Pause)
 2                THE COURT:  Government counsel, let's try and wrap
 3    up and provide your sheet to the defense.
 4                (Pause)
 5                THE COURT:  Any questions?  Just pick up the
 6    phone; we can chat.
 7                (Bench conference)
 8                THE COURT:  Any questions or concerns?
 9                MR. MONROE:  No.
10                MS. NIELSON:  We were just trying to figure out
11    how to work it.
12                MR. MONROE:  I was just trying to answer a
13    question about how we selected the alternates.
14                THE COURT:  Oh, okay.
15                So what we're going to do is we'll -- once you've
16    stricken your deliberating jurors and we'll then put a pause
17    on it and we'll know where the alternates are coming in
18    from, what those two numbers are, and then we'll give you
19    one more strike for the alternates.  Make sense?
20                MR. MONROE:  Yes, sir.
21                THE COURT:  Okay.
22                (Open court)
23                THE COURT:  Counsel, are you all done with respect
24    to your sheets, are you ready to hand those up?
25                MS. MIRELL:  Almost done, Your Honor.
```

1          THE COURT:  Okay.  Everybody ready to turn your

2    sheets in?

3          All right, counsel.  Are we about ready to go?

4          Mr. Monroe?

5          (Pause)

6          THE COURT:  Okay.

7          Ladies and gentlemen, we are getting very close.

8          The next step in the process is going to involve a

9    little bit of musical chairs or musical benches, as the case

10   may be.  So please listen to Mr. Douyon and he will provide

11   you with some instructions about moving about, okay?

12         COURTROOM DEPUTY:  So we will be moving.

13         Seat No. 1 will be juror No. 0864.

14         Seat No. 2 will now be juror No. 0269.

15         So juror No. 0269 is now in seat No. 2.

16         Seat No. 3 is juror No. 1419.

17         Seat No. 4 is juror No. 0479.

18         Seat 5, juror No. 0378.

19         Seated 5 is 0378.

20         Seat 6 will be juror No. 0178.

21         Is juror No. 0178 present?  You'll be in seat

22   No. 6.

23         Seat 7, juror No. 0634.

24         Seat 8, juror No. 0799.

25         Seat 9, juror No. 1543.

1                    Seat 10, juror No. 1343.

2                    Seat 11, juror No. 1312.

3                    Seat 12 is juror No. 0030.

4                    Seat 13 is juror No. 1216.

5                    And seat 14 will be juror No. 0284.

6                    THE COURT:  Okay.

7                    So if you are in lucky numbers 1 through 14, you

8    will be part of our jury.

9                    If you are not in seats 1 through 14, you are

10   dismissed for the day.  Please allow me to express my deep

11   gratitude for your service today, for your patience.  I know

12   it's been a long day.  Thank you very much, everyone, you

13   are free to leave.

14                    (Prospective jurors exited the courtroom.)

15                    THE COURT:  All right.

16                    So those of you who remain, you are our jury for

17   this case.  I know -- I suspect none of you woke up this

18   morning and said to yourself, I can't wait to be on this

19   jury, but, nevertheless, here you are.  I appreciate it, and

20   I appreciate your good humor.

21                    You have my word that we will be very sensitive to

22   your time.  We all understand that jury service is an

23   imposition on your lives.  Nevertheless, it is a civic duty,

24   and I'm grateful that you are performing it.

25                    But as I said, we will be mindful of your time.

1    What that means is we will move as efficiently as we can

2    through the day with, hopefully, as few disruptions as

3    possible.

4              With that, we are going to dismiss you for the

5    evening.  Just a few reminders before I do so:

6              You are now on the jury, and the instructions that

7    I've given you to this point apply even more forcefully and

8    more substantially than before.

9              You can obviously now tell your loved ones and

10   your employer that you are on this jury and will be occupied

11   for the next week plus; however, I ask you not to share with

12   them the details or the nature of the case.  So no

13   communications with anyone beyond that limited information,

14   and, importantly, no communications about the case amongst

15   yourselves.  You will have the opportunity to discuss the

16   case when you retire to deliberate.

17             Again, I can't emphasize enough of no reviewing of

18   Internet sources, social media.  Just be very, very careful

19   as you go home this evening and look at the news.  I'm not

20   saying don't look at the news or social media, but it may be

21   that you may run across something about this case.  If you

22   do, please turn away from it immediately, particularly if

23   it's a link to a story; do not press that link and go to

24   that story.  If you do find yourself exposed overnight to

25   anything about this case, and this will be throughout the

224

 1   duration of the case, please let Mr. Douyon know so that we
 2   can talk to you about it separately, okay?
 3          Finally, if at any point in time between now and
 4   tomorrow morning or throughout the course of this trial you
 5   run into the lawyers or anyone else participating in the
 6   case and they walk away from you, it is not because they are
 7   being rude, it is because they are under strict instructions
 8   not to discuss or interact with you all, okay?
 9          If by chance at any point, whether it's when
10   you're outside the courthouse walking into the courtroom or
11   you're out in the hallways, you overhear anybody talking
12   about this case, please turn around and move, go in the
13   other direction, please let Mr. Douyon know that you've
14   overheard something so that we can follow up with you and
15   discuss it with you, okay?
16          Mr. Douyon will give you further instructions
17   about tomorrow morning.  We will start at 9:30 tomorrow
18   morning.  There will be some initial instructions that
19   I will give you, and then we will move into the parties'
20   opening statements.
21          Please be in the other courtroom, which Mr. Douyon
22   will tell you about, by 9:20 tomorrow so that we can get
23   started on time.
24          Thank you very much for your attention, thank you
25   for your service, and we look forward to seeing you all

1    tomorrow morning.

2              Take care.  Thank you, everyone.

3              (Jury exited the courtroom.)

4              THE COURT:  Okay.

5              So 9:20, please be in courtroom 10 by 9:20

6    tomorrow so we can get started on time.  I'll come in a

7    little early just to make sure there are no preliminary

8    matters.

9              Have both sides shared with one another whatever

10   exhibits that you may be showing during the jury -- excuse

11   me, during the opening statements?

12             MR. MONROE:  We have, sir.

13             THE COURT:  No objections as to those exhibits?

14             MS. MIRELL:  I don't believe we've talked

15   informally.  We will follow up after this.

16             MR. MONROE:  I gave you a binder.

17             MS. MIRELL:  In terms of your opening?

18             MR. MONROE:  Oh, I'm sorry.  Yes.  All right.

19             THE COURT:  Yeah.  Just for opening.  I want to

20   make sure there are no objections to anything in opening.

21             I can't remember what else I had to say.

22             I understand it's your birthday, Mr. Monroe.

23   Happy birthday.

24             MR. MONROE:  Thank you.

25             THE COURT:  Happy birthday to you.  I know you

 1    maybe wished to be doing something else on your birthday.

 2            MR. MONROE:  My 54th trip around our planet.

 3            THE COURT:  I'm glad we're able to share it with

 4    you.

 5            MR. MONROE:  Still looking good.

 6            THE COURT:  Okay.

 7            Anything else before we adjourn for the evening?

 8    I'll obviously swear the jurors in tomorrow morning once we

 9    get started.  I've probably got about 10 to 15 minutes'

10    worth of opening instructions, and then we will go right

11    into the government's opening, okay?

12            Oh, has the government disclosed its witnesses

13    that it intends to call tomorrow to Mr. Monroe?

14            MS. NIELSON:  Yes, Your Honor.

15            THE COURT:  Thank you, all.

16            Anything before we adjourn?

17            All right.  Thanks, everybody.  We'll see you

18    tomorrow.

19            (Proceedings concluded at 6:11 p.m.)

20

21

22

23

24

25

C E R T I F I C A T E

        I, William P. Zaremba, RMR, CRR, certify that
the foregoing is a correct transcript from the record of
proceedings in the above-titled matter.


Date:__May 6, 2022_____     

                William P. Zaremba, RMR, CRR

COURTROOM
DEPUTY: [17]  3/2 8/8
21/10 56/11 81/24
88/18 97/5 97/8 97/13
104/12 109/23 141/14
166/10 172/10 219/2
219/5 221/12
COUTROOM DEPUTY:
[1]  92/20
MR. KELLY: [129]
6/21 6/24 7/6 10/22
11/2 11/7 11/9 17/7
17/10 17/24 18/2 18/9
20/8 21/5 25/4 25/11
25/17 25/22 26/8 26/12
26/21 27/2 27/9 27/15
27/19 28/22 36/6 36/10
42/24 49/8 49/16 49/24
50/15 50/21 55/25 59/9
59/14 59/18 59/22 60/1
60/7 60/10 61/8 61/13
61/17 61/20 61/23
71/16 72/12 73/1 74/10
74/15 74/17 75/1 75/5
75/9 75/21 76/9 79/19
81/20 87/15 92/10
101/6 103/17 104/11
105/24 106/2 106/4
106/6 106/11 109/7
116/23 117/3 117/14
117/19 117/25 118/3
118/5 121/8 125/6
137/2 137/5 137/12
137/16 137/23 138/1
140/11 149/17 149/22
149/25 150/3 150/7
150/10 150/14 150/20
155/4 155/9 155/14
155/17 159/23 165/18
165/21 165/25 166/2
169/20 169/23 170/1
170/4 179/17 187/5
188/15 191/5 195/25
201/22 204/14 206/21
206/24 207/1 207/5
207/8 207/10 207/12
207/15 208/1 213/13
213/18 213/22 217/14
217/23
MR. MIRELL: [2]  3/7
3/12
MR. MONROE: [145]
4/8 7/8 7/14 7/17 7/22
7/24 8/3 18/11 18/13
18/16 18/19 19/3 19/9
19/18 19/21 20/3 27/20
27/22 28/1 28/7 28/13
28/23 29/2 36/12 36/19
36/24 37/5 37/9 37/18
37/22 38/4 38/6 38/24
39/16 39/19 40/12
40/22 41/7 50/23 51/3
51/8 51/10 55/22 61/25
62/5 62/8 75/25 79/21
79/25 80/4 80/14 80/19
81/3 87/17 87/19 88/10
88/15 92/12 101/8

106/13 106/22 107/2
107/5 107/8 107/12
109/9 109/12 109/15
109/17 109/19 118/7
121/10 121/13 121/17
125/8 125/16 125/18
138/7 138/9 138/16
138/23 139/8 139/14
139/19 139/25 150/16
155/19 155/21 156/7
156/11 156/15 156/20
159/25 166/4 170/5
170/7 170/11 170/13
170/21 170/25 171/5
171/10 171/17 179/19
179/21 179/24 180/1
180/17 180/24 181/8
181/14 181/20 181/24
182/1 182/13 182/16
182/20 182/22 183/1
183/7 183/22 187/7
188/16 191/6 196/2
201/23 204/15 207/18
213/25 217/16 217/24
218/21 218/24 220/9
220/12 220/20 225/12
225/16 225/18 225/24
226/2 226/5
MS. MIRELL: [3]
220/25 225/14 225/17
MS. NIELSON: [2]
220/10 226/14
PROSPECTIVE
JUROR: [909]
THE COURT: [853]
'
'70s [1]  78/7
'74 [1]  78/7
0
0030 [2]  118/15 222/3
0176 [2]  189/3 191/9
0178 [4]  97/13 97/21
221/20 221/21
0210 [2]  109/23 110/3
0235 [1]  107/20
0245 [2]  92/20 93/2
0267 [1]  76/14
0269 [4]  88/18 88/23
221/14 221/15
0284 [2]  157/2 222/5
0327 [1]  160/7
0378 [2]  221/18 221/19
0471 [2]  56/11 56/16
0479 [1]  221/17
0485 [3]  208/10 208/11
208/12
0517 [1]  214/12
0552 [2]  166/11 166/14
0571 [2]  101/15 217/20
0625 [2]  126/1 141/12
0634 [2]  198/14 221/23
0709 [2]  51/17 56/4
0717 [1]  1/19
0735 [1]  191/12
0759 [1]  8/8

198/8
0785 [1]  208/8
0799 [2]  8/15 221/24
0818 [1]  62/20
0864 [1]  221/13
0945 [2]  141/14 141/18
0950 [1]  11/16
0974 [2]  29/9 29/12

1
10 [19]  29/15 29/20
31/5 82/8 84/20 85/1
93/5 95/9 103/20 110/7
111/25 126/19 132/8
160/12 161/21 187/19
222/1 225/5 226/9
100 [1]  50/10
1050 [1]  42/2
1086 [1]  4/14
10924 [1]  2/4
11 [18]  4/19 4/19 5/12
6/1 8/19 9/16 93/5
122/1 122/22 126/19
132/8 132/11 160/12
161/21 187/19 208/17
210/17 222/2
1113 [1]  184/6
1114 [1]  187/13
1115 [2]  81/25 82/3
1175 [1]  204/22
1194 [1]  151/23
11th [1]  170/10
12 [4]  93/5 179/24
183/19 222/3
1200 [1]  1/18
1216 [2]  121/22 222/4
1262 [1]  202/5
12:30 [1]  102/10
13 [4]  15/25 126/16
190/3 222/4
1312 [2]  113/15 222/2
1343 [3]  21/10 21/15
222/1
13A [31]  29/15 29/21
32/19 32/19 51/21
54/24 89/1 91/4 93/5
113/19 114/20 114/21
118/19 119/17 119/18
126/19 133/15 133/16
160/12 164/1 164/2
172/19 177/2 177/4
184/10 186/6 186/7
198/20 200/8 208/17
212/1
13B [29]  11/19 15/17
21/19 23/1 34/22 58/22
62/24 69/2 69/3 76/17
78/3 78/3 82/8 86/12
91/14 97/25 99/17
99/17 120/15 122/2
124/16 152/2 153/9
153/13 157/7 159/1
159/2 164/25 178/18
13C [33]  21/19 23/17
35/8 42/6 48/18 51/21
55/14 69/11 70/11
78/14 86/25 91/20 98/1

153/24 157/8 159/1
159/11 165/7 166/19
168/3 168/3 178/24
179/2 184/11 186/6
186/16 187/19 191/17
192/14 195/13
13D [8]  11/19 15/17
78/23 116/4 120/23
136/9 168/20 187/19
13E [1]  154/13
14 [3]  222/5 222/7
222/9
1400 [1]  1/22
1419 [1]  221/16
15 [3]  95/9 103/20
226/9
15 minutes [1]  97/1
15-year [1]  196/23
1543 [3]  104/12 104/17
221/25
17 [1]  93/5
18 [3]  51/21 51/22 79/5
19 [12]  4/19 4/20
101/19 101/20 126/19
126/20 160/12 160/13
187/19 187/20 191/18
191/18
1998 [1]  173/16
1:00 [2]  1/6 102/10

2
20 [8]  25/15 112/13
136/15 186/11 189/9
189/10 219/18 219/19
20 years [1]  113/7
20-something [1]
79/11
2000 [1]  196/17
20001 [1]  2/10
2004 [1]  25/16
2006 [1]  24/4
2007 [1]  24/4
2010 [3]  173/16 174/5
179/23
2014 [1]  156/1
2015 [2]  154/4 156/1
2017 [1]  154/4
202 [3]  1/15 1/23 2/10
2020 [1]  62/4
2021 [1]  73/4
2022 [2]  1/5 227/7
20530 [2]  1/15 1/22
208 [1]  1/4
21 [9]  29/17 29/18 42/6
42/7 93/5 93/6 93/17
203/1 203/3
21-208 [1]  1/4
211 [1]  2/3
213 [1]  1/19
219 [1]  196/18
22 [1]  93/19
24/7 [1]  65/16
25 [1]  1/5
252-7503 [1]  1/15
28 [1]  166/7
294-8900 [1]  2/5
2:30 [1]  76/7

2nd [1]  188/2

3
30 [2]  107/1 219/18
31 [1]  217/21
312 [1]  1/18
3249 [1]  2/10
33 [1]  207/23
333 [1]  2/9
34 [1]  217/19
35 [1]  217/19
354-3249 [1]  2/10
355-5736 [1]  1/23
3816 [1]  1/14
3:00 [1]  95/8
3:05 [1]  97/1
3:10 [1]  97/7

4
470 [1]  2/4
4:00 [1]  95/8
4th [1]  188/2

5
54th [1]  226/2
555 [1]  1/14
5736 [1]  1/23
5:00 [1]  219/10
5:29 [1]  219/4
5:41 [1]  219/4

6
698 [1]  196/18
6:11 [1]  226/19
6th [125]  5/13 5/17 7/9
7/13 7/25 8/21 13/1
13/10 13/14 13/18 14/7
17/16 19/10 19/19
19/22 20/24 21/21 27/5
28/8 28/9 29/25 45/13
46/7 47/17 47/24 48/8
50/4 50/24 52/7 52/19
52/21 57/10 57/12
57/16 57/20 60/22 63/3
63/11 64/12 64/21 65/2
65/20 68/9 73/4 75/11
75/14 76/20 77/7 79/23
80/1 80/5 83/7 83/23
84/22 85/13 87/22 89/4
90/3 98/9 98/20 98/22
102/24 103/23 104/24
105/5 106/14 107/9
108/7 108/20 112/1
113/23 117/22 118/23
119/6 122/5 125/15
128/9 129/17 130/7
131/6 131/21 137/14
143/18 152/7 152/11
152/17 155/15 156/13
157/12 157/25 161/2
161/22 162/4 162/8
162/16 166/21 167/3
170/14 170/14 170/23
171/1 171/7 171/21
175/12 175/16 175/24
176/19 181/9 181/11
182/17 182/24 184/14
185/17 192/17 193/18

**6**

6th... [10] 194/7 198/23
199/14 205/4 206/9
209/4 210/14 212/18
215/6 216/7

**7**

7503 [1] 1/15

**8**

80s [1] 63/8
845 [1] 2/5
8900 [1] 2/5
894-0717 [1] 1/19
8:15 [1] 101/25

**9**

90 [1] 128/22
90012 [1] 1/19
9:20 [3] 224/22 225/5
225/5
9:30 [1] 224/17
9th [2] 160/18 160/19

**A**

ABC [3] 52/3 52/17
56/25
ABC News [2] 52/3
56/25
ability [15] 52/13 55/12
72/21 73/13 120/11
123/16 147/18 149/7
149/12 163/2 176/24
179/13 195/10 197/24
211/6
able [56] 7/1 24/23
25/12 32/14 36/8 42/9
44/8 44/11 44/15 46/4
53/10 58/10 58/17
68/22 70/6 80/10 84/18
86/2 90/14 99/12
114/10 115/19 119/13
127/9 131/25 132/16
132/22 140/25 142/18
142/22 144/12 145/2
145/7 148/10 153/2
160/22 162/14 162/20
163/16 175/5 176/19
181/2 182/5 186/1
194/3 194/7 194/18
194/20 199/21 199/23
203/4 205/22 207/13
210/7 213/8 226/3
about [305]
above [10] 227/4
above-titled [1] 227/4
abreast [1] 105/8
absent [1] 5/7
absolutely [7] 58/7
98/24 99/15 135/11
138/22 180/16 181/25
abundance [2] 141/6
198/6
academic [2] 131/24
137/17
accent [3] 23/25 25/11
49/20
accepted [1] 160/17

accessory [1] 19/2
accident [1] 154/17
account [3] 81/6
161/12 161/15
Accountability [3]
127/1 128/21 155/8
accountant [1] 121/11
accountants [1] 87/8
accounting [2] 121/13
121/15
accurate [1] 65/22
accused [9] 31/20
39/12 53/24 68/9 81/5
86/6 96/13 194/6 206/8
accusing [1] 67/25
acquaintances [1]
61/1
acquit [10] 39/11 40/20
41/15 41/17 68/23
84/18 163/23 175/5
183/15 206/17
acquittal [2] 194/21
194/21
acquitted [1] 184/3
acquitting [5] 32/5
32/10 45/1 200/5
217/10
across [3] 54/2 192/19
223/21
act [1] 72/8
active [1] 65/18
actively [14] 9/7 9/8
65/19 77/7 77/8 83/23
99/4 105/5 108/8 114/6
167/2 167/2 167/11
199/14
activities [1] 75/8
acts [1] 96/13
actual [3] 65/15 80/2
218/18
actually [30] 13/2
14/23 15/21 17/1 18/15
50/18 70/19 72/17 73/9
73/20 78/1 79/6 79/25
80/6 105/1 106/18
112/6 136/1 139/16
151/3 152/11 183/12
183/13 184/2 193/11
199/1 199/5 212/3
215/21 219/17
addition [2] 149/20
149/22
additional [1] 196/14
addled [1] 198/3
addressing [1] 28/25
adjacent [2] 33/20 40/5
adjourn [2] 226/7
226/16
Administration [4]
92/3 174/5 174/6
177/16
adopt [1] 4/8
advocacy [1] 60/5
advocate [1] 194/21
affairs [2] 59/20 74/19
affect [12] 14/15 21/3
46/23 93/22 131/8
147/18 149/6 149/12

211/6
affected [3] 14/2 94/15
112/13
affects [1] 113/7
affiliation [2] 197/1
203/19
affirmative [2] 151/3
151/6
afford [1] 70/1
Afghanistan [1] 24/14
afraid [1] 157/16
African [1] 94/4
African-American [1]
94/4
after [32] 9/1 13/10
17/14 17/15 17/16 22/9
24/2 25/23 26/9 28/8
36/17 37/1 77/1 80/1
97/1 111/5 119/9
122/10 122/11 127/10
127/11 127/14 130/12
160/22 174/5 193/1
193/3 193/7 193/12
195/4 197/24 225/15
aftermath [1] 122/16
afternoon [38] 1/7 6/22
10/23 11/14 17/8 17/9
18/11 18/12 25/5 27/20
28/18 36/12 49/9 50/23
56/11 71/17 79/21
81/24 87/17 97/3 97/15
97/17 103/18 116/24
125/8 137/3 138/7
149/18 155/5 155/19
165/19 165/20 169/21
169/22 170/5 179/19
206/22 218/1
afterward [1] 99/6
afterwards [5] 20/24
111/19 111/21 158/12
218/19
again [22] 3/3 19/7
31/8 31/18 32/6 61/3
76/5 79/4 86/4 97/9
106/1 108/25 124/12
133/12 145/4 146/21
203/25 204/9 206/3
219/22 219/24 223/17
against [9] 7/20 31/12
43/18 43/19 162/13
162/13 197/22 210/6
216/22
age [2] 5/6 168/14
agencies [3] 59/23
137/10 201/2
agency [6] 33/15 33/16
33/17 40/5 40/13 156/5
agent [4] 34/11 34/14
37/11 180/5
agents [7] 33/2 33/4
33/24 33/25 34/8 40/7
177/24
aggregation [1] 48/10
ago [10] 59/12 79/11
99/7 169/3 169/24
172/25 179/10 196/7
206/1 207/6

agree [5] 37/22 42/24
80/25 88/12 138/19
agreed [1] 133/7
ahead [1] 69/16
aided [1] 2/12
air [13] 15/22 23/8 78/6
78/10 86/15 86/16
86/19 100/8 120/21
143/1 153/16 159/8
178/23
alcohol [2] 26/15 26/18
alcohol-related [1]
26/18
align [1] 162/2
aligned [7] 37/23 38/2
38/21 40/25 41/1 41/4
41/5
all [244]
all right [27] 47/10
54/1 63/9 76/2 79/7
104/19 109/5 111/14
116/7 121/18 126/15
139/22 153/8 154/12
158/25 172/7 183/1
185/24 187/8 195/23
202/3 204/20 206/2
210/16 213/11 219/25
225/18
allegations [1] 210/5
alleged [5] 20/2 72/16
73/9 74/3 172/5
allegiance [1] 38/7
allow [2] 181/2 222/10
allowed [1] 85/24
almost [1] 107/1
220/25
alone [1] 144/4
Alpert [2] 3/10 3/17
already [5] 54/23 86/24
132/9 135/1 188/6
also [17] 9/16 15/17
24/4 33/25 49/25 61/14
74/24 91/18 112/9
129/1 145/11 147/15
165/11 177/23 178/1
192/14 195/17
altercation [2] 154/14
154/21
alternate [1] 218/23
alternates [4] 218/20
220/13 220/17 220/19
although [1] 24/10
always [2] 26/16 83/11
am [17] 9/6 32/13
33/11 33/13 33/18
38/23 49/21 52/12
59/16 93/20 113/16
124/7 141/7 155/7
172/14 180/18 217/19
amazed [1] 99/1
ambience [1] 64/19
ambulances [1] 64/23
amendment [1] 43/10
AMERICA [4] 1/3 26/3
72/2 89/7
American [4] 49/21
49/22 62/7 94/4
Americans [1] 90/2

229

ARDOT [2] 1/10 97/9
Amit P [1] 97/9
among [4] 100/20
135/24 213/4 213/7
amongst [2] 219/22
223/14
amount [4] 84/5 135/5
165/4 189/21
analysis [1] 11/5
analyst [6] 33/9 37/6
38/13 155/7 206/25
207/1
analysts [1] 126/25
analytical [1] 38/15
ancillary [1] 13/14
Angeles [1] 1/19
another [12] 50/2
56/23 67/10 71/21 93/9
108/20 111/5 173/5
194/15 195/2 216/1
225/9
answer [16] 53/12
53/15 85/1 111/5 126/9
151/3 151/17 154/18
163/10 163/10 163/11
180/17 190/13 202/18
203/6 220/12
answered [49] 4/18
5/11 8/18 9/16 11/18
15/17 21/18 29/21 42/5
51/20 52/1 56/19 62/23
76/17 82/7 84/20 88/25
93/4 93/16 97/25
101/19 104/20 107/25
110/6 111/15 113/19
118/19 122/1 126/18
152/2 157/7 160/11
161/21 161/24 163/7
166/18 172/17 184/10
187/18 189/8 191/17
192/14 198/19 203/9
204/25 208/16 209/13
210/17 214/16
answering [3] 187/16
202/15 202/21
answers [4] 138/11
151/6 196/9 206/4
antitrust [3] 35/13
35/14 35/19
any [233]
anybody [17] 23/17
23/19 54/24 54/25
55/14 69/3 75/16 91/5
119/18 143/4 145/14
145/17 157/25 186/8
195/14 200/8 224/11
anybody's [1] 41/4
anymore [3] 69/7
119/11 156/3
anyone [8] 54/13 81/17
114/21 133/16 157/16
193/15 223/13 224/5
anything [64] 11/8
13/4 15/9 16/21 19/18
19/21 20/20 21/5 22/4
22/11 27/15 30/3 30/6
32/1 46/21 53/23 57/25
59/14 59/15 60/25

**A**

anything... **[44]** 61/21
63/14 64/2 64/14 74/9
79/13 91/10 98/3 98/11
98/16 103/8 103/23
109/6 115/17 116/18
116/22 119/13 134/10
135/4 136/17 136/21
142/2 151/12 154/23
155/3 155/14 156/12
158/18 163/12 169/5
169/9 169/14 179/12
182/5 185/7 209/6
212/24 213/12 213/24
217/15 223/25 225/20
226/7 226/16
anywhere **[2]** 143/13
149/25
apologies **[1]** 25/6
apologize **[1]** 20/10
appeal **[2]** 197/15
205/9
APPEARANCES **[2]**
1/12 2/1
Apple **[1]** 48/10
applies **[1]** 197/12
apply **[6]** 44/12 84/13
163/16 211/18 217/4
223/7
applying **[1]** 90/20
appointment **[4]**
102/19 104/10 207/24
217/21
appreciate **[12]** 3/16
4/10 5/5 45/5 96/20
111/6 123/11 128/1
154/22 192/5 222/19
222/20
appreciates **[1]** 140/8
appropriate **[1]** 106/22
approved **[1]** 174/9
approximately **[2]**
208/22 214/22
April **[1]** 1/5
arbiter **[1]** 38/9
are **[186]** 3/17 4/12
4/14 6/6 7/1 7/8 8/9
8/11 8/15 11/16 12/6
12/18 13/16 14/5 18/5
20/16 21/11 21/15 27/5
29/5 32/23 33/10 33/12
33/24 37/3 37/11 37/24
39/3 41/22 42/16 43/11
44/3 47/11 47/23 48/7
51/13 51/17 52/16
56/12 57/7 57/14 58/5
62/13 62/15 62/20
64/18 66/7 66/7 69/15
74/12 75/1 75/13 76/10
76/14 76/18 77/3 77/17
81/5 82/1 82/3 82/6
83/5 84/25 88/19 88/21
88/23 89/21 91/10
92/22 92/23 93/2 97/15
97/21 100/14 100/15
100/18 100/23 101/2
101/12 101/13 101/15
104/13 104/17 107/17

110/3 112/7 112/12
113/13 113/15 117/22
118/12 118/13 118/15
121/20 121/22 125/23
125/24 126/1 126/7
126/8 126/8 126/25
132/8 132/19 132/20
132/20 133/13 134/20
135/24 141/15 141/18
145/12 151/20 151/21
153/14 154/2 156/24
156/25 157/2 157/21
159/15 160/3 160/4
160/7 161/10 165/13
166/12 166/14 168/8
168/11 168/12 171/5
171/22 172/11 172/13
177/7 177/12 183/6
183/14 184/6 187/10
187/13 188/10 189/1
189/3 191/12 192/11
194/2 198/10 200/9
201/9 202/2 204/20
204/22 206/4 208/3
208/4 208/8 211/1
214/5 214/9 214/25
219/14 220/17 220/18
220/23 220/24 221/3
221/7 222/7 222/9
222/9 222/13 222/16
222/19 222/24 223/4
223/6 223/10 224/6
224/7 225/7 225/20
area **[5]** 13/12 75/6
82/13 170/20 213/20
aren't **[3]** 6/8 9/7
132/15
arena **[1]** 82/19
arguable **[1]** 140/14
arguments **[1]** 197/10
arhythmia **[2]** 148/25
149/1
Arin **[1]** 1/17
arises **[1]** 210/13
arising **[5]** 68/9 131/21
194/6 196/7 206/9
Arizona **[1]** 61/19
arm **[1]** 128/22
armed **[20]** 15/19 23/2
34/23 58/23 69/3 78/5
86/13 91/15 91/16
99/18 115/23 115/24
115/25 120/16 124/18
143/4 153/14 159/3
165/1 178/18
Arms **[3]** 212/5 212/13
212/14
Army **[6]** 91/18 100/8
116/1 116/2 153/22
159/9
Arnold **[2]** 36/9 173/24
around **[13]** 5/21 9/25
10/1 13/14 25/13 45/17
60/5 69/7 95/8 185/20
215/22 224/12 226/2
arrest **[1]** 116/15
arrested **[7]** 16/1 70/12

168/21 179/3
articles **[3]** 66/7 89/9
161/6
as **[200]** 5/2 7/9 8/1
8/24 11/23 12/18 14/10
14/25 15/22 17/25
18/15 19/9 19/22 20/15
23/25 24/1 24/11 24/20
24/24 25/15 31/20
31/24 33/24 35/9 37/6
37/24 39/5 39/8 39/24
41/12 43/1 44/6 44/12
45/19 46/2 46/7 47/18
48/19 49/3 49/15 49/16
49/16 49/17 49/20
50/13 50/13 56/8 56/24
57/19 57/24 58/5 58/6
58/20 59/5 59/5 59/11
60/16 65/23 68/4 69/12
70/7 72/22 73/17 74/22
75/2 75/18 76/7 78/15
80/15 80/19 87/1 87/7
88/1 91/21 93/15 93/19
93/19 94/3 94/7 95/19
96/16 98/6 98/11 98/25
99/1 99/13 100/11
103/12 105/7 105/13
106/18 106/18 106/18
111/15 112/2 113/11
114/13 115/17 120/25
122/17 123/24 124/6
124/6 124/9 124/9
124/9 124/13 124/14
125/10 125/14 128/8
130/16 133/12 135/19
137/16 138/17 138/18
139/9 139/19 139/19
142/17 146/6 148/6
149/7 150/6 152/5
152/5 153/3 153/25
154/3 154/10 154/17
155/13 159/12 160/15
161/15 161/22 161/22
162/24 163/10 165/8
165/23 166/23 166/23
168/4 170/1 170/14
170/23 170/24 171/12
171/12 171/23 172/1
172/5 174/15 177/5
177/20 178/15 180/6
180/7 181/1 181/5
181/20 182/1 182/7
183/21 184/14 186/2
186/17 187/19 187/19
189/13 189/14 190/4
190/7 192/7 192/19
195/15 196/21 196/22
199/2 203/5 206/4
206/10 208/11 210/9
210/17 211/13 215/6
219/21 219/21 219/22
221/9 222/25 223/1
223/1 223/2 223/2
223/19 225/13
Ashli **[1]** 52/22
aside **[35]** 6/10 7/25
24/23 30/23 31/11

70/7 77/16 84/7 86/4
86/8 90/8 96/14 99/12
105/11 113/2 114/10
119/13 122/16 130/20
132/1 132/16 132/23
133/4 137/16 153/2
162/14 167/16 176/19
199/23 205/22 210/7
ask **[48]** 3/20 4/1 6/3
7/8 9/19 30/12 31/19
41/2 42/17 47/22 52/16
53/2 53/8 68/7 76/5
83/5 84/24 88/2 89/21
95/4 95/17 102/12
103/10 104/21 111/15
118/21 129/11 132/13
138/3 140/9 143/3
145/4 145/11 148/5
161/15 163/14 166/19
171/10 173/4 174/14
177/20 181/1 193/9
202/14 203/18 205/3
210/3 223/11
asked **[57]** 4/21 11/21
15/25 21/20 23/1 23/17
32/19 40/19 41/14 42/8
48/18 57/7 58/22 62/25
67/15 69/11 70/11 78/3
78/23 82/9 86/12 86/25
91/14 91/20 93/7 98/2
99/17 100/10 105/20
110/8 111/25 114/21
116/4 122/22 124/16
128/7 128/14 133/16
136/9 142/3 150/24
151/10 151/16 153/13
153/24 157/10 159/2
159/11 162/1 164/2
164/25 165/7 168/3
178/24 183/16 183/16
183/17
asking **[10]** 3/21 3/22
47/11 55/23 57/8 67/12
151/1 180/14 204/9
208/15
asks **[9]** 168/20 177/4
178/18 179/2 186/16
200/8 208/18 209/13
212/1
assault **[7]** 50/7 72/16
73/3 73/9 116/13
181/16 181/16
assaulted **[1]** 50/1
assaulting **[2]** 31/20
55/7
assess **[5]** 115/19
141/1 164/12 172/4
182/11
assessing **[1]** 154/25
assessment **[1]** 170/18
assigned **[1]** 3/18
assistant **[2]** 157/23
180/4
Assistant U.S.
Attorneys **[1]** 180/4
associated **[2]** 89/24
172/22

assume **[1]** 88/3
133/11 177/23 182/9
192/6
Atlanta **[1]** 126/25
attack **[3]** 67/19 123/22
170/24
attacked **[1]** 67/12
attacking **[8]** 67/8
67/10 68/1 71/19 71/20
72/8 73/16 171/4
attend **[3]** 62/5 62/6
127/8
attendance **[2]** 87/1
120/24
attended **[16]** 23/18
35/9 46/11 47/5 48/19
55/15 69/12 78/15
91/21 100/11 135/19
159/12 165/8 168/4
186/17 195/14
attention **[6]** 77/2
80/11 122/11 176/3
190/24 224/24
attentive **[1]** 148/12
attorney **[6]** 24/1 35/11
36/7 91/24 100/17
177/5
ATTORNEY'S **[17]** 1/13
1/17 16/19 27/24 37/20
39/22 71/10 136/23
172/25 173/11 173/13
173/21 174/20 179/22
180/9 196/8 196/24
attorneys **[8]** 37/24
38/22 100/14 154/2
180/3 180/4 180/7
197/1
August **[1]** 25/16
aunt **[3]** 165/10 165/13
195/17
AUSA **[1]** 173/1
Australia **[2]** 24/1 25/9
25/19 25/20
Australian **[3]** 24/1
25/19 25/20
Ave **[1]** 1/22
Avenue **[4]** 2/9 110/11
143/14 215/9
average **[1]** 161/17
avid **[1]** 57/13
avoid **[4]** 28/19 51/23
63/19 176/4
avoided **[1]** 63/15
aware **[3]** 3/17 63/21
81/16
awareness **[1]** 22/5
away **[15]** 28/1 63/22
80/21 103/21 110/15
122/12 143/16 156/7
208/23 214/23 214/24
215/3 215/12 223/22
224/6

**B**

Babbitt **[1]** 52/23
back **[19]** 13/3 28/8
45/6 54/11 64/7 95/3
99/23 102/7 115/7
122/15 128/6 169/6

**B**

back... [7] 170/16 170/17 180/4 185/25 189/16 199/18 219/11
background [1] 98/7
bad [2] 146/18 148/19
bail [3] 61/12 61/17 61/18
balanced [1] 14/13
ballpark [1] 21/22
Bar [2] 24/4 26/5
Barrett [1] 2/9
base [2] 124/24 139/17
based [14] 16/14 21/2 25/19 26/1 31/2 37/12 44/16 47/5 90/10 108/22 167/16 167/17 181/5 197/1
basic [1] 19/23
basically [2] 17/18 209/9
basis [6] 40/9 105/6 140/14 183/10 192/11 197/25
BBC [1] 118/2
be [268]
bear [1] 195/3
bears [6] 84/15 90/22 95/23 163/19 194/16 217/7
beat [1] 12/24
beating [1] 148/18
became [2] 26/3 116/2
because [50] 3/20 26/4 26/5 34/3 37/2 38/19 42/18 63/17 67/7 76/25 84/2 85/25 89/18 93/18 94/3 95/11 111/3 113/6 117/5 122/18 123/7 123/18 131/11 133/11 138/4 138/24 139/9 140/22 142/7 145/4 146/2 146/3 146/19 157/15 164/17 164/21 174/5 175/1 178/9 188/10 188/24 189/16 193/4 194/6 201/12 205/3 206/5 215/8 224/6 224/7
become [2] 17/19 198/3
becomes [2] 43/16 72/10
been [97] 3/13 3/21 3/22 9/8 9/24 16/1 16/2 16/12 16/22 18/4 19/24 25/12 25/14 27/14 34/23 35/21 35/25 40/25 43/24 44/9 47/12 47/13 48/5 55/4 57/16 58/14 63/6 63/24 64/13 65/3 70/12 70/13 70/17 71/1 78/24 78/25 83/8 84/5 87/21 90/3 98/5 103/13 105/2 107/1 112/14 112/17 112/18 116/5 116/6 122/9 122/11 136/10 136/11 142/8 145/17 145/18 145/21 145/23 146/23 147/6 148/14 149/4 154/14 158/12 158/15 161/8 163/17 168/20 168/25 170/14 172/5 174/18 175/25 179/3 179/4 179/21 181/8 181/9 183/19 184/1 198/13 198/25 199/17 204/1 205/5 205/25 206/4 206/8 208/6 209/16 218/12 218/16 219/8 222/12
before [39] 1/10 3/5 3/14 3/20 6/3 9/19 10/14 18/23 19/23 20/9 23/7 24/10 36/16 37/3 38/22 43/24 43/24 44/5 52/13 60/2 71/18 80/24 129/11 130/25 137/21 140/16 150/3 150/20 152/11 160/23 171/24 183/21 207/1 213/19 219/22 223/5 223/8 226/7 226/16
beforehand [1] 12/2
beginning [2] 30/2 30/8
behalf [1] 6/19
behind [1] 85/5
being [24] 10/1 37/6 38/8 39/9 42/16 43/11 88/7 93/21 95/25 117/5 121/25 123/2 123/3 123/20 131/9 133/8 134/16 139/2 139/7 144/12 146/20 150/24 192/11 224/7
belief [4] 7/15 178/14 194/19 203/20
beliefs [7] 7/17 87/20 88/11 124/5 171/6 171/11 204/5
believe [19] 7/11 21/1 46/18 49/5 53/25 68/22 72/2 86/16 90/12 90/15 95/12 96/6 106/19 124/12 164/15 171/3 202/25 205/24 225/14
believed [2] 124/3 211/4
Bench [1] 220/7
benches [1] 221/9
Beret [1] 23/11
best [7] 49/22 53/6 53/9 53/17 54/14 144/20 159/14
better [8] 97/2 141/10 218/2
between [5] 47/17 154/4 182/6 182/11 224/3
beyond [24] 6/15 10/18 20/22 32/4 32/9 50/7 58/9 68/12 68/17 68/21 84/17 85/17 90/23 163/20 163/21 170/13 194/16 195/3 211/22 217/8 223/13
bias [10] 4/2 72/2 72/4 81/8 123/9 151/17 197/6 197/12 197/24 198/1
biased [2] 38/14 197/23
big [10] 18/24 26/7 48/5 65/14 65/14 66/4 66/11 83/3 93/13 182/10
bigger [1] 67/21
biggest [1] 192/23
bike [1] 51/3
biking [1] 13/12
binder [1] 225/16
biographical [2] 76/6 76/7
birthday [4] 225/22 225/23 225/25 226/1
bit [43] 4/5 4/7 13/9 14/8 17/11 24/15 31/7 42/17 43/12 44/1 71/22 84/23 89/5 95/7 97/1 104/24 111/20 114/1 114/24 116/12 118/23 132/8 132/9 138/4 138/4 141/10 142/4 143/16 144/17 147/24 149/5 157/12 161/4 166/21 173/9 178/25 185/18 192/16 209/15 215/3 219/10 219/12 221/9
black [1] 123/2
bleed [1] 181/4
blocks [5] 63/5 66/19 110/10 110/11 110/16
blood [1] 52/23
Bloomberg [1] 74/19
blow [3] 15/7 15/7 74/25
body [1] 49/17
bold [1] 180/14
bono [1] 35/21
Border [1] 91/8
born [3] 24/1 93/21 203/23
both [12] 60/8 66/8 66/9 87/7 120/20 124/9 153/15 154/2 165/13 180/6 204/2 225/9
bottom [2] 196/20 218/17
bought [1] 74/19
box [4] 2/4 180/19 190/3 218/9
brain [1] 198/3
branch [7] 34/23 35/4 99/19 99/20 124/23 156/4 178/22
branches [4] 100/5 115/25 153/19 159/7
break [1] 92/18
breaking [1] 81/10
brian.kelly3 [1] 1/16
brief [2] 74/11 115/7
briefly [9] 10/22 17/7 20/8 36/6 149/17 155/4 169/20 206/21 213/13
briefs [1] 204/10
bring [10] 4/11 21/9 27/23 41/21 43/25 56/10 76/8 97/12 151/19 198/9
bringing [1] 20/16
British [1] 49/20
broadcast [2] 205/8 209/18
broken [2] 136/14 179/7
brother [22] 23/10 23/11 55/1 55/8 55/10 55/11 69/20 86/15 99/22 117/18 124/19 125/4 145/19 146/10 146/16 147/2 147/14 147/15 147/17 154/2 165/2 179/8
brother's [2] 23/13 147/5
brothers [1] 69/15
brought [2] 20/9 151/10
building [5] 45/8 50/4 72/19 73/5 129/16
buildings [1] 112/6
bummed [1] 128/4
bunch [1] 179/6
burden [37] 6/14 10/18 22/17 22/21 32/8 39/10 40/21 41/18 44/8 44/25 58/9 68/17 68/20 68/25 84/16 90/22 90/24 95/24 132/3 145/2 145/7 163/19 167/24 175/4 183/16 194/16 194/17 194/18 194/20 195/3 195/5 200/4 206/16 211/21 213/8 217/7 217/9
burdens [1] 4/3
bureau [3] 26/14 26/16 74/19
business [7] 37/2 146/20 181/18 186/24 187/24 188/3 188/5
busy [1] 64/21
BuzzFeed [1] 48/12

**C**

CA [1] 1/19
cable [2] 27/12 176/10
California [1] 106/25
call [2] 13/6 125/1 141/3 226/13
called [8] 26/15 43/24 58/5 59/13 74/19 86/17 196/16 205/14
calls [2] 148/23
came [12] 22/6 43/9 72/21 72/22 87/24
175/7 175/3 195/4 196/9 196/21 197/1 206/15
cameras [1] 117/10
can [175] 4/20 5/13 7/25 8/21 10/6 11/24 12/15 14/19 16/2 21/22 23/2 23/25 26/23 31/18 33/7 33/17 34/24 35/3 35/12 38/15 38/25 39/7 39/10 41/17 42/17 43/25 45/8 45/21 46/9 47/14 48/6 48/20 49/20 51/1 52/1 52/16 52/21 55/2 57/10 58/23 59/1 60/11 63/1 63/13 65/2 69/19 70/1 72/9 73/6 77/22 78/9 79/1 82/10 83/7 83/12 83/16 84/24 85/11 86/13 87/2 88/22 89/4 89/21 90/16 91/6 91/15 91/25 93/9 93/16 94/17 98/20 99/18 99/19 100/5 101/21 102/25 104/9 104/24 111/17 114/16 114/18 114/24 115/16 115/24 116/11 118/23 119/19 120/19 122/5 122/25 123/8 124/12 124/23 126/21 128/18 130/2 131/2 133/19 135/9 136/11 138/3 139/7 139/19 141/12 142/23 143/25 145/20 149/11 152/7 152/16 153/19 157/12 159/6 161/3 164/3 165/1 166/21 168/7 168/11 168/24 169/3 173/5 173/9 173/14 174/2 175/10 175/24 176/6 176/11 183/18 184/22 185/15 185/17 186/21 187/21 188/9 188/19 189/6 192/16 193/9 194/23 195/20 198/24 199/8 200/12 202/21 203/9 203/12 205/5 205/16 205/24 205/24 207/23 208/22 209/6 209/15 209/15 209/20 210/21 212/2 214/22 215/7 215/16 216/5 216/16 218/9 219/21 219/22 220/6 223/1 223/9 224/2 224/14 224/22 225/6
can you [2] 59/1 215/7
can't [17] 9/2 17/15 17/17 30/3 30/6 30/10 32/23 34/2 39/23 80/8 124/11 131/10 188/12 196/12 222/18 223/17 225/21
candid [3] 40/9 41/12 140/22
candor [1] 96/21

**C**

**Cap [1]** 82/12
**capable [1]** 180/3
**capacities [1]** 112/19
**capacity [6]** 12/19
  52/17 156/6 161/11
  178/8 184/22
**Capitol [97]** 7/13 8/21
  13/25 17/11 17/18
  18/13 19/14 20/13
  21/21 28/2 45/8 45/18
  46/18 50/4 50/6 52/18
  52/21 52/25 53/1 54/15
  54/16 56/6 60/18 60/20
  63/1 63/5 63/7 63/16
  63/22 64/13 64/13
  66/11 66/19 70/20
  70/21 72/18 73/4 80/6
  80/12 82/10 82/23
  82/25 94/18 94/22
  98/25 103/19 103/22
  107/5 110/9 110/12
  110/15 110/19 110/23
  112/6 128/11 128/12
  128/14 128/19 128/19
  129/1 129/3 129/5
  129/9 129/16 132/10
  133/23 134/7 138/13
  139/2 140/3 140/24
  143/10 143/10 143/13
  155/23 155/24 156/8
  170/24 171/4 175/10
  175/19 181/11 181/16
  181/17 182/13 184/24
  208/19 208/19 208/20
  208/23 212/14 214/19
  214/20 215/23 216/1
  216/5 216/6
**captain [1]** 164/5
**car [2]** 154/17 179/7
**card [8]** 29/13 29/15
  113/25 126/5 141/23
  151/4 179/8 202/9
**care [5]** 72/5 142/18
  142/20 149/19 225/2
**career [6]** 23/15 59/11
  174/14 174/15 175/1
  200/15
**careful [3]** 3/13 191/22
  223/18
**carefully [1]** 138/11
**caretaker [2]** 142/7
  142/13
**caring [1]** 149/23
**Carolina [3]** 14/24
  120/1 120/2
**carpal [1]** 102/15
**carried [4]** 90/24 132/3
  194/20 206/16
**carry [3]** 32/7 131/7
  211/21
**carrying [1]** 73/11
**cars [1]** 111/12
**case [160]** 3/14 3/18
  8/1 14/11 14/16 16/24
  20/14 22/13 22/17
  30/24 31/12 32/1 32/15
  33/25 36/13 37/12 38/8

49/25 50/3 51/24 52/12
53/5 55/7 56/9 58/2
58/15 58/19 61/2 61/4
64/11 67/25 68/4 71/19
72/16 72/21 73/2 73/8
73/25 74/3 74/6 77/17
77/19 79/15 81/17 84/9
84/13 86/5 86/5 88/8
90/5 91/12 94/6 95/19
96/11 98/3 98/9 99/13
102/10 103/12 105/13
109/3 112/24 114/12
116/19 119/15 120/10
122/17 122/25 123/17
130/17 130/25 131/8
131/14 132/3 132/24
133/5 133/9 136/19
139/3 142/17 144/10
145/1 147/7 147/16
147/18 148/1 148/1
149/13 153/3 158/20
158/23 162/12 162/17
162/24 164/10 167/16
167/17 169/16 170/14
171/14 172/23 174/20
174/22 175/11 175/4
176/20 180/12 185/13
186/3 189/14 190/8
190/24 193/21 194/1
194/5 194/9 195/7
196/6 196/7 196/12
196/13 196/15 196/17
196/19 197/13 197/16
198/5 198/6 200/4
201/10 201/18 203/5
205/23 206/1 206/5
206/5 207/8 207/9
207/10 207/13 210/4
210/10 211/7 211/18
219/24 219/25 221/9
222/17 223/12 223/14
223/16 223/21 223/25
224/1 224/6 224/12
**cases [3]** 93/23 94/5
  184/2
**casualty [1]** 157/17
**catch [3]** 42/8 93/6
  203/3
**catch-all [3]** 42/8 93/6
  203/3
**category [1]** 73/25
**Catholic [2]** 203/11
  203/15
**caught [1]** 50/18
**cause [39]** 4/21 15/10
  16/23 22/12 40/1 41/12
  58/1 58/14 61/1 64/15
  71/4 79/14 91/11
  101/22 101/22 112/23
  116/18 126/21 133/8
  134/11 136/17 136/22
  140/1 140/14 141/7
  141/11 141/12 150/21
  151/19 158/19 160/14
  169/6 169/15 183/6
  191/9 196/10 197/3
  198/8 201/17

**causing [1]** 85/20
**caution [3]** 141/6
  141/11 198/7
**CBP [1]** 91/18
**CBS [3]** 118/2 152/20
  152/23
**Center [1]** 207/4
**Ceremonial [1]** 150/23
**ceremony [1]** 59/6
**certain [1]** 61/18
**certainly [6]** 19/12
  46/19 99/8 102/19
  111/21 177/5
**Certified [1]** 2/8
**certify [1]** 227/2
**cetera [3]** 4/5 133/7
  198/1
**CH [1]** 2/9
**chairs [1]** 221/9
**challenge [2]** 5/2
  197/18
**challenges [2]** 197/8
  197/22
**challenging [1]** 71/24
**chambers [1]** 111/24
**chance [2]** 149/20
  224/9
**change [5]** 51/7 66/2
  73/12 74/24 137/8
**changed [1]** 51/3
**changes [2]** 61/11
  70/22
**channels [2]** 27/14
  176/10
**chaotic [1]** 9/25
**characterization [1]**
  40/4
**characterize [1]** 57/19
**characterized [1]**
  141/5
**charge [2]** 55/7 67/25
**charged [17]** 16/1
  44/10 70/12 78/24 90/7
  94/10 116/5 131/20
  136/10 145/18 145/21
  145/22 145/23 146/2
  163/17 168/21 179/3
**charges [2]** 45/2
  131/22 162/13
**charter [1]** 4/25
**chat [2]** 157/6 220/6
**chatting [4]** 126/4
  141/22 189/7 214/15
**chemical [3]** 74/23
  74/25 75/8
**chest [1]** 52/23
**children [3]** 5/6 150/13
  189/17
**children's [2]** 129/22
  130/3
**Chinatown [1]** 82/13
**CIA [1]** 40/16
**Cincinnati [1]** 137/20
**circled [2]** 126/8
  126/10
**circling [1]** 126/13
**Circuit [3]** 196/17

**circumstance [1]**
  104/8
**circumstances [3]** 5/8
  190/6 197/12
**cited [1]** 196/13
**citizen [6]** 26/4 42/14
  43/1 43/19 43/20 49/21
**city [4]** 45/19 93/22
  95/12 119/25
**civic [1]** 222/23
**civil [4]** 207/9 207/10
  207/13 213/17
**clarified [1]** 141/10
**clarify [1]** 156/14
**clear [5]** 3/24 108/6
  125/13 189/20 215/17
**clearly [2]** 140/22
  141/2
**Clerk [2]** 3/10 3/18
  37/13 39/20
**client [4]** 37/13 39/20
  138/18 165/24
**clients [1]** 197/22
**climate [3]** 66/2 74/24
  137/8
**climbing [3]** 80/23
  81/10 81/17
**close [22]** 28/6 77/2
  78/4 86/22 89/15 91/16
  94/18 124/17 134/1
  134/19 140/22 141/3
  143/16 156/10 165/4
  168/12 177/7 177/12
  182/20 186/10 200/9
  221/7
**closely [5]** 14/21 57/9
  89/8 113/25 114/22
  118/25 119/6 125/9
  152/13
**closer [1]** 42/18
**CNN [9]** 7/3 9/4 18/8
  30/9 75/15 176/12
  199/11 205/18 216/18
**co [1]** 134/5
**co-coach [1]** 134/5
**coach [2]** 129/1 134/2
  134/5
**coaches [1]** 129/2
**Coast [2]** 58/25 59/6
**colleague [2]** 13/15
  112/11
**colleagues [10]** 12/1
  12/5 13/17 20/10 32/23
  112/3 112/4 112/8
  128/3 164/9
**collected [1]** 127/2
**collective [1]** 182/7
**collectively [1]** 171/7
**college [2]** 78/18
  131/24
**college-debate [1]**
  131/24
**colored [1]** 58/15
**COLUMBIA [12]** 1/1
  42/15 43/2 43/6 49/12
  61/21 71/10 169/7
  169/8 173/14 179/22
  186/13

**combine [3]** 152/5
  157/9 198/21
**come [15]** 39/3 40/15
  50/5 54/2 138/25
  141/13 148/21 148/22
  148/22 162/9 183/21
  207/13 210/25 219/11
  225/6
**comes [5]** 48/4 93/23
  94/5 150/20 199/16
**comfortable [13]** 42/1
  82/6 97/19 104/16
  107/24 184/9 190/7
  190/17 190/20 190/21
  191/16 198/18 202/8
**comfortably [1]** 34/15
**coming [8]** 13/3 52/23
  96/23 124/11 137/21
  189/16 218/10 220/17
**comment [2]** 140/12
  140/19
**commentary [1]** 51/23
**commercial [1]** 24/8
**committed [1]** 86/6
**Committee [1]** 130/7
**committing [1]** 90/6
**common [1]** 64/20
**communicate [1]**
  129/12
**communicated [2]**
  37/7 40/7
**communication [3]**
  137/20 137/24 137/25
**communications [3]**
  219/24 223/13 223/14
**community [2]** 13/25
  18/17
**community's [2]** 20/20
  20/24
**companies [3]** 174/9
  174/10 186/25
**company [4]** 50/20
  59/12 106/7 121/16
**compartmentalize [3]**
  131/25 139/17 141/1
**complete [1]** 43/11
**complex [1]** 17/20
**computer [2]** 2/12 11/5
**computer-aided [1]**
  2/12
**concept [2]** 140/8
  197/25
**concern [9]** 14/18
  37/10 58/10 58/13 85/1
  161/2 175/22 189/17
  198/22
**concerned [10]** 6/1
  13/11 17/19 34/22 69/3
  84/25 120/23 120/24
  151/2 154/13
**concerning [4]** 12/25
  104/22 118/22 119/6
**concerns [30]** 5/12
  8/20 9/17 29/24 31/5
  35/8 45/7 46/5 54/22
  54/24 64/25 78/14 91/5
  98/19 102/22 117/15
  119/18 120/15 125/17

**concerns... [11]**
132/11 135/18 152/5
175/9 180/2 185/16
191/10 192/15 215/4
216/4 220/8
**conclude [2]** 22/20
132/2
**concluded [3]** 127/10
194/19 226/19
**conclusion [4]** 127/12
175/3 195/4 206/15
**concrete [1]** 72/9
**conduct [10]** 6/9 74/3
144/24 153/6 172/5
176/21 194/6 210/5
210/13 213/1
**conducted [1]** 7/13
**conference [1]** 220/7
**conferences [1]** 19/1
**conferred [1]** 3/12
**confident [1]** 206/8
**confines [1]** 4/3
**Congress [18]** 13/6
43/3 44/4 49/11 49/14
49/14 49/17 61/5 68/2
72/20 73/10 74/21
128/21 128/22 128/24
129/5 129/13 181/18
**congressional [1]**
13/21
**connect [1]** 176/15
**connection [1]** 36/14
**connections [1]**
155/22
**consent [2]** 42/13 43/3
**consider [6]** 33/5
72/22 83/22 105/4
167/1 199/13
**consideration [1]**
141/6
**considered [1]** 100/16
**constantly [2]** 9/4
131/25
**Constitution [1]** 2/9
**constitutional [1]**
43/10
**consultant [1]** 10/25
**consume [3]** 57/15
77/23 161/16
**consumed [1]** 96/10
**consumer [2]** 57/14
57/23
**contact [6]** 27/23 36/14
36/16 36/20 39/3 71/1
**contacts [2]** 18/20 41/9
**contemporaneous [1]**
20/23
**content [1]** 170/20
**contention [1]** 197/17
**continue [5]** 25/22
97/3 129/11 197/11
197/21
**continued [2]** 2/1
13/17
**contractor [2]** 33/12
39/5
**contracts [1]** 24/16

contrary [2] 197/20
198/5
**conversation [2]** 72/3
172/16
**conversations [2]** 70/5
130/21
**convicted [9]** 16/1
70/12 78/24 116/6
136/10 146/12 168/21
168/25 179/3
**conviction [2]** 169/23
197/25
**convinced [5]** 6/13
167/23 200/3 211/20
217/9
**cook [1]** 15/20
**cop [3]** 55/1 115/7
116/2
**cops [1]** 117/11
**copy [1]** 66/12
**corner [1]** 63/3
**corporate [2]** 24/7
121/15
**correct [48]** 5/25 8/16
9/6 11/17 11/20 11/25
18/1 18/18 19/15 20/1
29/16 29/22 31/22
32/13 36/3 37/8 37/16
42/3 44/18 44/23 46/8
54/20 81/19 81/20
82/23 88/24 97/14
97/22 104/17 108/2
114/8 125/17 126/2
134/17 166/10 171/8
171/9 173/12 173/22
175/11 177/25 181/21
181/24 187/14 198/15
204/23 213/9 227/3
**correctly [4]** 5/22
142/12 163/7 163/9
**costs [1]** 11/6
**could [119]** 5/1 6/10
6/15 7/8 7/9 10/10
10/15 17/10 18/19
30/22 31/11 31/23
32/13 32/17 34/10
34/14 36/13 40/19
40/20 41/14 41/15
41/15 44/21 46/1 50/9
52/8 53/4 53/8 54/7
58/4 61/3 66/25 71/4
71/21 73/16 73/22
76/21 77/16 81/6 84/7
84/13 85/2 86/3 86/6
88/10 90/8 90/12 95/18
96/14 96/17 102/7
102/13 105/15 113/4
114/1 116/18 117/6
117/9 122/16 124/4
127/11 130/16 130/20
133/12 135/12 137/17
139/16 140/5 140/15
140/17 142/19 144/14
144/15 144/23 147/6
147/19 147/23 147/25
148/11 155/21 156/14
160/22 161/23 164/12
167/15 167/20 170/9

174/21 178/13 180/8
182/2 183/13 183/17
186/4 190/7 192/7
193/19 196/10 197/4
201/14 206/9 210/11
210/12 210/15 211/13
211/15 211/18 211/19
211/22 211/24 212/25
213/2 216/20 216/21
216/24 217/4
**couldn't [23]** 14/10
15/10 16/23 22/13
22/16 23/21 34/6 58/1
61/2 64/15 79/14
105/11 106/19 109/2
112/23 116/19 134/11
136/18 158/19 158/22
169/15 185/13 202/12
**counsel [18]** 26/23
26/25 27/1 28/17 49/7
59/8 71/14 73/6 73/7
76/5 105/23 179/16
196/12 197/21 213/24
220/2 220/23 221/3
**country [4]** 71/24
98/24 99/1 192/20
**County [1]** 164/5
**couple [12]** 28/5 50/17
69/8 70/18 74/10 77/1
96/9 136/14 151/1
152/13 165/22 207/25
**course [9]** 10/4 12/17
24/22 64/4 156/4 192/9
193/6 206/6 224/4
**court [15]** 1/1 2/7 2/8
3/2 43/25 92/18 97/6
111/3 130/25 140/16
183/21 197/6 197/9
219/3 220/22
**Court's [1]** 4/8
**courthouse [2]** 102/7
224/10
**courtroom [47]** 3/9 8/7
11/12 20/6 28/16 51/12
54/8 56/21 62/11 76/4
77/17 77/18 88/17
90/11 92/15 101/10
107/16 109/22 113/3
113/4 118/10 121/19
125/22 133/13 139/18
139/23 150/23 156/23
160/2 162/9 166/6
183/5 187/9 188/19
190/1 196/4 201/25
207/21 210/25 214/4
217/18 218/4 222/14
224/10 224/21 225/3
225/5
**courts [1]** 174/16
**cousin [9]** 35/15 35/18
100/17 100/21 153/16
165/3 165/13 186/10
200/17
**cousins [2]** 100/1
100/8
**cover [5]** 12/20 13/18
18/22 137/8 192/7

coverage [2] 12/5
13/7 13/14 14/7 14/8
14/18 14/25 15/7 15/9
17/25 18/5 27/4 27/7
27/10 30/3 30/9 30/14
57/25 79/23 83/8 84/6
98/22 119/1 148/11
152/10 157/11 161/3
198/25
**covered [7]** 13/9 13/16
17/21 18/25 19/7 20/19
25/6
**covering [5]** 13/4
17/11 74/20 74/24
75/16
**COVID [8]** 36/16 36/17
37/2 40/6 40/8 76/25
189/11 191/11
**CR [1]** 1/4
**created [1]** 123/20
**creating [2]** 123/4
123/23
**credence [1]** 37/13
**credentials [1]** 41/9
**credibility [1]** 164/20
**credible [1]** 34/15
**credit [1]** 179/8
**crime [21]** 16/2 16/2
70/13 70/13 78/24
78/25 78/25 116/6
116/7 116/25 136/11
136/11 145/18 145/18
146/2 168/21 168/22
179/4 179/4 179/5
182/3
**crimes [6]** 16/6 16/22
18/23 39/11 44/9 81/5
**criminal [34]** 13/21
24/6 24/11 24/22 35/15
35/19 35/24 36/1 49/3
55/18 60/5 61/9 69/21
69/22 69/23 70/6 78/20
78/21 81/4 87/11
100/21 121/4 135/25
136/6 146/17 154/7
154/10 159/19 165/14
168/17 173/20 174/16
195/21 207/8
**crow [1]** 18/15
**crowd [2]** 80/12 184/23
**crowds [3]** 189/15
189/18 189/20
**CRR [2]** 227/2 227/8
**Crypto.com [1]** 59/13
**cryptocurrency [1]**
59/13
**cure [1]** 197/18
**curfew [1]** 95/13
**current [10]** 6/5 10/3
27/22 57/14 60/2 77/14
105/8 123/13 132/14
162/9
**currently [7]** 18/14
100/3 110/15 153/17
161/5 177/12 200/18
**Customs [1]** 91/8

**D.C [27]** 1/5 1/15 1/22
2/10 4/25 9/24 16/9
16/16 25/20 26/1 28/4
59/7 60/7 60/8 61/5
62/1 70/15 74/15 74/17
93/21 106/23 117/1
117/3 135/21 137/21
155/25 193/7
**dad [1]** 164/4
**daily [2]** 36/17 74/20
**Dallas [1]** 126/25
**dangerous [1]** 73/4
**data [1]** 11/5
**date [2]** 77/11 227/7
**daughter [5]** 130/1
165/11 212/4 212/10
212/17
**David [1]** 3/10
**day [123]** 1/7 5/17 6/10
6/25 12/2 13/7 13/16
13/16 14/9 14/13 14/22
15/3 17/23 17/23 22/9
30/16 30/22 31/6 31/10
31/21 38/20 39/25
39/25 41/16 45/16
45/25 45/25 46/12
47/16 50/6 53/3 53/4
53/21 54/7 54/19 56/6
63/14 64/2 64/3 72/19
73/11 74/4 76/23 76/24
76/25 77/1 77/15 80/17
80/18 81/5 81/14 85/3
85/24 86/3 90/9 94/13
94/23 94/25 95/4 95/16
96/11 96/12 98/25 99/5
99/11 103/1 103/3
103/6 106/15 111/7
111/17 112/20 113/8
126/24 127/5 127/10
129/5 129/20 130/1
131/3 131/7 134/5
140/6 143/23 144/7
148/12 152/10 152/20
156/16 157/19 157/25
158/11 158/19 184/20
184/21 185/4 193/12
193/20 198/13 198/25
199/5 199/9 199/24
205/21 208/7 209/7
209/14 209/24 210/5
210/8 210/9 212/25
213/1 215/13 215/17
216/1 216/10 216/21
219/8 219/9 222/10
222/12 223/2
**day's [3]** 5/24 171/22
205/6
**day-of [1]** 13/7
**days [5]** 50/24 70/23
76/23 142/9 156/16
**deaf [1]** 150/12
**deal [4]** 19/4 65/14
65/14 117/13
**dealing [1]** 148/14
**dealings [2]** 27/22
37/19
**dealt [1]** 177/5

**debate** [1] 131/24
**decide** [1] 43/13
**decided** [2] 26/2 26/3
**decider** [1] 88/7
**decision** [5] 14/16
139/17 194/3 203/16
207/13
**decision-making** [1]
14/16
**deep** [4] 129/9 138/12
140/2 222/10
**deeply** [2] 39/23 140/8
**defendant** [80] 1/7 2/2
10/9 10/19 15/11 22/16
31/2 31/12 31/20 36/13
37/25 41/16 44/16 50/1
53/21 55/12 58/4 58/16
58/19 68/1 68/8 68/14
74/3 81/18 84/12 84/18
86/5 90/6 90/10 90/18
90/18 95/23 95/25
96/12 96/16 99/14
105/16 124/2 125/9
130/23 131/14 133/6
134/12 138/9 139/5
140/24 141/7 141/9
144/10 153/6 162/13
162/21 162/25 163/15
163/15 163/23 167/21
170/8 171/15 171/24
172/2 174/21 175/6
194/5 194/22 197/18
199/22 199/25 200/5
206/8 210/6 210/13
211/2 211/3 211/12
211/17 216/20 216/25
217/3 217/10
**defendant's** [3] 176/21
194/18 213/1
**defendants** [3] 197/2
197/4 217/4
**defending** [1] 174/10
**defense** [14] 41/4 41/5
136/4 136/6 183/13
184/2 196/12 197/21
213/20 213/21 213/24
217/15 218/7 220/3
**deference** [2] 164/19
164/20
**define** [1] 51/1
**defined** [4] 67/5 73/15
73/17 73/25
**definitely** [3] 22/10
136/5 167/12
**degree** [1] 16/12
**degrees** [1] 90/4
**delay** [1] 20/11
**delayed** [1] 127/11
**Delegate** [1] 17/20
**delete** [2] 52/8 52/13
**deliberate** [3] 171/13
181/4 223/16
**deliberating** [2] 218/18
220/16
**dementia** [1] 142/8
**democracy** [1] 42/13
**demonstrate** [2] 10/18

**demonstrations** [1]
64/18
**denied** [1] 197/6
**deny** [2] 151/18 183/11
**department** [16] 18/21
26/15 27/24 37/20
59/24 59/25 71/2 71/3
134/20 169/11 173/18
174/19 177/22 180/11
200/23 213/21
**depends** [1] 67/4
**depth** [1] 89/9
**describe** [7] 18/19
36/13 65/2 76/21
155/21 168/12 175/24
**described** [10] 21/2
40/17 40/18 57/24 66/6
73/12 95/16 98/12
189/11 203/19
**descriptor** [1] 171/20
**destruction** [1] 81/19
**detail** [2] 65/8 66/3
**details** [3] 86/23 187/1
223/12
**determine** [2] 67/13
90/24 163/21
**determined** [1] 68/19
**develop** [1] 31/9
**developed** [1] 194/19
**did** [88] 3/5 5/1 5/16
17/11 24/3 24/7 24/11
25/8 25/13 25/22 25/25
26/5 27/8 27/9 42/23
43/23 43/25 45/16
50/25 59/19 60/2 61/14
62/5 62/6 63/13 72/17
74/3 74/21 78/18 79/3
79/25 80/16 87/10
87/11 95/5 96/13 98/8
98/11 98/13 105/19
107/8 108/3 111/10
111/21 112/9 117/1
117/15 122/18 122/19
126/9 132/18 140/19
141/5 142/2 142/6
142/25 143/3 143/7
143/22 145/1 146/7
146/9 146/10 147/10
149/22 150/3 150/7
150/9 150/10 151/4
151/16 154/10 156/17
157/21 157/25 169/24
169/25 182/17 196/13
197/20 201/2 201/2
203/5 205/25 207/14
213/19 215/16 216/10
**did you** [17] 25/22
59/19 61/14 62/5 62/6
63/13 79/25 111/10
117/15 126/9 150/3
150/7 150/10 157/21
157/25 203/5 216/10
**didn't** [31] 9/12 13/7
17/1 19/20 20/18 40/23
46/18 51/7 63/22 85/14
85/23 115/8 117/5
117/12 122/19 123/8

**different** [22] 5/14 18/7
18/8 47/22 57/8 59/22
67/14 81/14 85/19
93/20 94/5 124/10
124/10 124/13 138/25
147/25 161/7 161/9
193/14 197/16 199/4
206/5
**differently** [1] 127/9
**differs** [1] 54/5
**difficult** [5] 71/7 71/24
93/8 122/24 210/20
**difficulty** [16] 32/5
32/10 45/1 45/3 74/1
74/6 95/25 108/3 132/4
142/2 144/12 148/6
154/24 167/25 200/5
217/10
**digital** [2] 59/16 90/1
**Diplomat** [2] 25/15
25/18
**dire** [2] 150/23 151/5
**direct** [7] 50/25 51/1
71/1 103/24 107/9
156/13 182/17
**direction** [1] 224/13
**directly** [4] 37/21 48/15
93/22 129/13
**director** [1] 59/16
**disadvantaged** [3]
3/22 3/25 4/6
**disbelieve** [1] 34/14
**disclose** [2] 3/8 41/8
**disclosed** [1] 226/12
**discomfort** [3] 190/15
190/18 190/23
**discuss** [4] 117/15
223/15 224/8 224/15
**discussion** [1] 13/10
**dismiss** [3] 113/11
191/8 223/4
**dismissed** [1] 222/10
**dispatch** [1] 150/6
**dispatcher** [2] 150/6
200/15
**disqualification** [1]
197/13
**disruptions** [1] 223/2
**distance** [1] 215/3
**distant** [1] 186/9
**distract** [1] 190/23
**district** [24] 1/1 1/1
1/10 14/3 16/19 42/14
43/2 43/6 44/3 45/24
49/11 61/21 61/22
64/19 71/10 147/10
147/11 169/7 169/8
173/14 179/22 186/13
196/25 197/6
**disturbance** [1] 108/22
**divorced** [1] 129/25
**DNA** [2] 206/25 207/1
**do** [233]

**do you** [11] 19/4 59/22
75/2 82/22 82/25 106/4
108/17 131/7 155/9
167/1 202/14
**do you have** [11]
37/19 49/13 60/1 71/2
133/20 144/6 145/11
146/15 146/16 149/20
174/24
**do you know** [9] 49/4
53/23 57/2 60/17
100/25 129/15 133/23
182/22 184/19
**Do you recognize** [1]
53/21
**do you remember** [1]
202/17
**do you see** [1] 37/23
**do you think** [1]
112/22
**doctrine** [1] 197/12
**document** [1] 127/17
**documentaries** [2]
57/15 57/24
**does** [19] 35/19 35/20
36/8 40/8 50/3 64/11
67/25 69/22 73/2 88/5
92/1 121/3 121/3 121/5
129/12 186/21 186/23
186/24 187/1
**doesn't** [1] 69/7
**doing** [30] 5/6 8/12
17/25 29/3 29/3 29/6
33/19 42/1 53/24 67/7
67/22 81/11 82/6 92/23
97/19 104/14 104/16
107/24 127/4 135/25
146/24 160/4 160/21
180/21 182/4 184/9
191/16 198/18 202/8
226/1
**don't** [121] 3/21 5/8
5/23 14/15 15/12 16/6
19/1 19/13 20/25 21/5
22/3 22/14 22/18 26/25
27/11 27/12 27/17 28/5
28/6 30/4 30/11 31/16
31/25 33/5 35/24 37/2
37/4 37/14 38/11 38/12
38/12 38/16 40/10
40/13 40/15 41/3 42/7
42/15 49/5 49/24 50/17
53/13 53/14 53/25 54/3
55/13 56/8 58/3 59/3
65/5 66/3 67/4 67/5
67/22 71/23 72/6 73/18
73/19 73/19 73/20 75/4
75/17 75/17 75/20
81/16 82/9 82/22 86/23
86/24 87/12 90/15
91/13 100/2 100/3
101/20 106/21 108/13
109/1 114/4 114/6
117/17 122/19 122/20
124/6 125/1 125/2
131/11 136/6 148/9
148/23 149/8 149/8

**weather** [2] 159/15 159/16
159/19 161/25 168/18
171/3 173/2 173/2
173/6 176/3 179/9
183/9 186/25 187/20
188/1 190/13 190/18
192/22 195/8 203/14
205/9 205/9 205/18
216/1 218/14 218/16
223/20 225/14
**done** [24] 4/4 9/13
12/25 14/6 14/8 24/6
35/15 35/23 49/3 55/18
69/17 111/6 124/14
126/7 128/23 147/2
159/19 188/21 188/22
218/18 219/11 220/23
220/25
**door** [7] 81/23 104/5
150/18 172/9 200/20
212/4 219/1
**double** [1] 45/4
**doubt** [27] 6/15 10/18
15/14 32/4 32/9 40/10
53/9 58/10 68/12 68/17
68/21 84/17 84/17
90/13 90/23 95/24
103/10 105/15 131/19
163/4 163/20 163/22
194/17 195/3 195/10
211/22 217/8
**doubted** [1] 178/12
**Douyon** [35] 8/6 11/11
20/6 28/15 51/11 62/10
76/3 81/22 88/17 92/14
101/10 104/5 107/15
109/22 118/9 121/19
125/21 139/23 150/18
156/23 160/1 166/6
172/8 183/4 187/9
196/3 201/25 207/20
214/3 217/18 221/10
224/1 224/13 224/16
224/21
**down** [14] 14/23 51/8
96/23 107/25 111/4
125/18 141/24 183/4
202/18 209/9 218/8
218/11 218/22 219/16
**drawn** [1] 171/6
**dressed** [1] 98/6
**drill** [1] 206/1
**drive** [1] 51/6
**driving** [1] 75/19
**drop** [1] 104/9
**Drug** [3] 174/4 174/6
177/16
**drugs** [4] 145/24
145/24 146/24 174/9
**due** [1] 191/10
**DUI** [1] 79/6
**DUPEE** [2] 2/3
**dupeemonroelaw.com**
[1] 2/6
**duration** [1] 224/1
**during** [18] 4/17 15/21
29/8 45/15 49/3 79/22
80/1 83/10 83/13 87/5

**D**

during... [8] 110/2
122/20 123/20 124/1
150/23 196/20 225/10
225/11
duties [5] 72/18 73/9
73/11 73/18 74/4
duty [2] 38/9 222/23

**E**

each [5] 69/8 182/9
218/7 218/12 218/19
earlier [5] 42/13 79/22
117/4 197/16 207/23
early [9] 23/14 45/16
78/7 94/15 95/1 95/10
155/25 156/1 225/7
east [4] 107/6 110/18
110/20 110/21
Eastern [1] 94/21
easy [1] 194/2
education [2] 24/22
109/14
effect [1] 56/7
efficiently [1] 223/1
effort [1] 181/17
eight [3] 205/25 206/1
207/6
either [29] 11/22 32/20
36/20 39/3 55/21 55/24
58/15 70/25 80/1 80/5
88/4 95/5 109/3 112/20
114/11 127/10 129/13
129/16 136/3 140/7
145/18 154/6 161/3
165/14 168/16 176/4
195/20 200/9 218/9
elaborate [6] 52/21
71/21 79/1 117/6
137/17 152/7
elaborating [1] 72/14
Eleanor [1] 17/20
election [1] 71/25
electronic [2] 36/20
36/22
elementary [2] 4/24
109/13
elicit [1] 190/14
Ellipse [2] 46/12 46/19
else [16] 23/19 38/17
42/23 46/14 54/13
54/25 75/16 92/19
96/15 117/1 117/2
192/7 224/5 225/21
226/1 226/7
elsewhere [2] 129/17
169/7
email [1] 1/16 1/20
1/23 2/5 52/8 52/12
54/3
embassy [1] 25/20
embedded [1] 9/11
empathetic [3] 31/15
31/15 38/18
empathy [1] 32/14
emphasize [1] 223/17
employed [3] 33/10
174/18 174/19
employee [4] 39/2 40/9
41/1 196/24
employees [1] 182/23
employer [1] 223/10
end [2] 41/16 126/14
ended [2] 184/3 215/25
ending [1] 193/11
energy [1] 66/1
enforcement [48]
32/21 33/21 33/25 34/2
34/4 34/18 41/14 54/25
91/6 91/11 114/22
114/25 119/19 120/10
120/12 133/17 134/25
135/5 135/6 135/9
135/13 135/15 145/12
150/7 150/10 154/15
158/7 164/3 164/8
164/11 164/18 164/22
177/5 177/10 177/13
177/24 178/9 178/10
178/13 186/8 200/9
200/14 201/9 201/9
201/11 201/13 201/17
212/2
engaged [1] 105/7
engaging [1] 81/18
English [1] 170/12
enjoyed [1] 64/17
enjoys [2] 7/20 19/24
enough [3] 104/9
148/12 223/17
entire [1] 171/22
entitled [2] 38/10
164/19
environment [4] 123/4
123/20 123/23 137/8
environmental [6] 66/1
74/20 74/24 137/19
137/25 155/12
episode [2] 113/24
154/23
era [2] 99/23 125/14
error [1] 197/19
especially [3] 93/21
94/4 94/5
essentially [6] 40/5
57/8 59/24 157/10
166/20 198/22
established [1] 198/1
estate [1] 78/17
estimate [1] 5/14
et [3] 4/5 133/7 198/1
et cetera [2] 4/5 133/7
ethical [1] 43/14
evaluate [16] 34/11
39/8 44/11 77/16 84/8
105/12 114/12 119/14
120/12 135/13 158/23
176/20 193/20 210/9
216/22 216/24
evaluating [1] 103/12
even [21] 6/7 10/13
17/1 24/24 30/10 39/23
40/12 40/13 68/8 73/19
88/12 95/22 96/18
113/1 140/14 159/16
176/8 197/3 210/13
evening [6] 118/1
157/19 206/22 223/5
223/19 226/7
event [15] 14/2 19/12
46/18 46/19 57/22
65/15 80/5 80/21
156/13 156/17 157/17
170/17 182/7 215/13
215/21
events [111] 5/13 5/24
11/23 13/18 14/7 14/19
31/6 31/10 45/12 46/7
47/16 50/3 50/24 54/6
54/22 56/6 56/8 57/9
57/11 57/14 57/14
60/22 63/14 64/3 64/12
65/2 66/3 67/2 68/9
76/19 76/23 77/15 80/1
83/6 83/9 84/6 84/21
85/5 87/22 89/4 89/7
89/11 90/3 95/5 96/4
98/9 98/20 98/22 99/5
99/11 102/24 103/24
104/23 105/8 107/8
108/20 111/8 113/22
114/12 118/22 119/9
119/14 122/4 128/8
129/20 143/17 143/19
144/7 152/6 152/14
152/18 157/12 158/18
161/2 162/4 162/8
162/15 166/20 167/15
171/21 171/22 171/23
171/25 175/23 175/25
175/25 176/18 182/17
184/14 185/4 185/12
185/17 185/20 192/17
192/25 193/18 194/6
198/23 199/24 205/3
205/6 205/21 209/14
209/24 210/14 212/21
215/6 216/5 216/6
216/14 216/21
eventually [1] 117/12
ever [5] 52/13 108/7
124/18 137/12 159/19
every [15] 14/13 38/20
43/24 69/6 69/8 75/3
81/13 90/18 103/7
126/24 127/5 148/12
148/22 168/13 206/5
everybody [14] 6/4
31/9 42/23 66/13 97/11
166/7 190/3 217/19
218/16 218/17 219/1
219/8 221/1 226/17
everybody's [1] 31/8
everyday [1] 77/3
everyone [18] 3/4
28/12 38/10 79/8 81/9
81/11 87/19 89/6 92/19
97/4 97/10 124/5
138/20 170/25 171/4
219/6 222/12 225/2
everything [15] 24/15
52/4 52/6 52/10 58/18
77/18 86/8 103/3 111/1
evidence [73] 6/11
7/19 8/1 10/14 19/24
20/14 21/3 30/23 31/1
31/2 31/12 32/15 39/8
44/16 46/3 50/5 54/5
54/8 72/16 72/20 72/22
73/8 73/11 74/2 74/5
76/22 81/17 84/8 86/5
88/6 90/9 90/10 96/2
96/15 98/15 99/13
102/22 102/23 103/12
104/22 104/23 105/13
114/12 119/15 122/17
130/25 131/8 131/11
132/23 140/16 140/17
141/1 148/2 148/7
153/3 158/23 161/9
162/12 162/17 167/16
167/17 171/13 176/20
186/2 190/24 193/21
194/10 195/4 199/25
205/23 210/9 216/22
216/24
evil [1] 124/7
ews [1] 87/21
ex [7] 35/1 35/2 129/4
129/25 130/1 130/3
130/22
ex-military [2] 35/1
35/2
exact [1] 73/3
exactly [7] 41/2 65/21
67/7 72/24 82/21
154/21 216/2
exam [4] 26/5 101/24
102/4 102/14
examination [1]
102/12
example [8] 9/10 16/16
24/25 85/23 86/3
144/10 145/2 171/20
except [2] 66/4 137/17
190/4
exception [1] 183/23
exceptional [1] 64/20
exchange [1] 218/12
excludable [1] 197/5
exclude [1] 56/4
excuse [16] 4/19 5/8
32/8 55/11 56/2 62/14
69/20 76/23 96/22
99/20 120/24 145/3
185/11 192/3 207/23
225/10
excused [6] 40/1 140/1
188/18 188/20 192/11
204/16
Executive [1] 112/10
exhibits [2] 225/10
225/13
existing [1] 21/1
exited [2] 222/14 225/3
expand [1] 16/7
expect [2] 81/16
124/11
expected [3] 19/14
experience [15] 19/19
19/22 37/13 79/13 81/6
115/17 138/24 147/6
169/5 169/9 169/14
180/9 183/12 184/1
189/25
experienced [1] 81/14
experiences [10] 16/14
16/22 113/2 130/10
136/17 136/21 138/25
139/1 179/12 181/5
explain [2] 17/10
153/11
explained [2] 41/13
151/9
exposed [10] 35/25
47/12 47/13 58/14 83/8
90/3 99/10 161/9 205/5
223/24
exposure [35] 57/25
65/1 65/3 66/23 76/19
78/19 83/6 89/3 89/5
98/21 104/22 118/21
118/22 130/15 143/17
152/5 157/10 158/12
158/18 161/2 166/20
175/23 175/24 176/18
185/18 191/11 192/15
192/16 192/23 198/22
198/24 205/3 209/13
209/14 209/16
express [1] 222/10
extended [1] 212/4
extent [19] 4/2 13/13
15/23 27/5 39/21 46/22
50/5 70/4 83/7 85/9
87/8 99/10 111/17
142/22 152/6 156/3
178/6 205/5 209/23
extra [2] 207/25 218/14
extraordinary [1] 5/7
extremely [1] 113/5

**F**

F.3d [1] 196/18
FAA [2] 11/1 11/2
face [3] 36/21 36/21
126/3
Facebook [1] 7/5
facilitate [1] 127/1
fact [27] 14/5 22/11
55/8 56/7 58/13 60/25
64/11 64/14 78/18 80/8
86/1 91/10 104/25
131/20 135/4 135/8
141/2 147/17 162/25
164/13 174/18 174/19
183/18 185/7 197/24
211/11 212/24
factfinder [2] 139/3
180/6
factfinders [1] 181/5
facts [16] 20/1 20/2
38/9 44/11 46/2 58/20
61/4 77/16 81/7 88/2
88/7 114/12 133/13
138/18 167/17 171/12

## F

faded [1] 99/8
failed [10] 6/14 10/17
58/8 68/20 84/16 145/6
163/21 175/4 211/21
217/9
fails [4] 39/9 40/20
41/18 183/15
fair [89] 6/11 10/6
14/10 15/11 16/23 22/8
22/13 38/8 38/9 38/10
41/2 41/14 42/9 53/4
53/10 55/12 58/1 61/2
64/15 66/25 71/4 71/4
72/22 77/6 79/14 81/7
84/9 86/7 88/7 91/12
93/8 95/14 95/25 99/13
105/16 107/2 109/3
112/24 114/6 116/19
122/24 123/16 130/16
130/22 131/9 133/8
134/11 135/5 136/18
138/20 139/2 140/5
140/15 144/12 147/6
147/18 147/19 147/20
147/20 147/21 147/25
149/13 158/19 162/20
163/2 163/13 167/20
169/16 172/1 174/21
176/24 177/24 179/13
183/17 185/13 185/15
196/10 197/4 199/21
201/18 203/5 206/9
210/12 210/20 211/6
211/8 211/9 211/13
212/25
Fairfax [1] 164/5
Fairfax County [1]
164/5
fairly [33] 7/16 31/12
32/16 34/10 39/10 85/2
88/11 95/18 96/15
114/13 115/19 119/15
124/4 132/23 135/12
141/2 144/23 153/5
154/24 158/23 161/8
162/5 162/17 164/12
171/13 172/4 180/13
186/2 193/21 199/25
205/23 216/22 216/25
Fairmont [1] 215/12
faith [1] 140/25
family [19] 15/18 23/5
78/4 86/23 91/15
100/16 100/16 103/25
124/17 134/19 145/12
145/14 145/17 165/4
177/7 177/10 179/6
182/20 186/10
fan [1] 9/20
far [15] 18/13 28/1 28/6
82/17 97/2 103/19
107/5 110/15 156/7
156/11 166/7 182/13
182/16 208/22 214/22
fashioned [1] 75/23
fast [1] 148/18
father [7] 78/6 117/18

164/14 179/8
father's [4] 178/20
203/10 203/13 204/6
favor [3] 72/4 171/14
178/8
favorably [2] 58/16
120/12
Fayetteville [1] 119/25
FBI [27] 32/24 33/1
33/4 33/10 33/12 33/24
34/7 34/11 34/14 36/14
37/7 37/11 39/22 39/25
40/5 40/7 40/18 41/9
134/22 177/22 177/24
178/8 180/4 180/10
180/22 181/3 201/5
FDA [1] 174/13
federal [10] 37/22 39/4
39/22 61/14 61/15
67/19 68/1 100/23
182/22 213/17
feel [66] 4/16 8/13
11/14 21/13 29/7 31/15
33/18 38/2 38/21 39/20
41/25 41/25 51/15
56/14 62/18 71/6 76/12
82/5 92/25 93/21 94/3
94/6 94/7 94/8 94/15
95/10 96/1 97/18 97/19
101/17 104/15 104/16
106/22 107/23 107/23
110/1 113/17 114/17
118/17 121/24 123/8
123/24 124/9 126/3
141/21 146/22 151/25
160/9 166/16 172/15
184/8 184/9 187/15
190/17 190/19 190/21
191/15 191/16 192/19
194/2 198/17 198/17
202/7 202/8 208/14
214/14
feelings [23] 6/2 9/17
31/5 38/16 49/10 49/13
49/13 50/7 50/10 84/21
112/1 122/23 132/1
132/9 132/11 132/14
132/16 133/3 146/16
146/19 161/21 181/10
210/18
feet [1] 180/2
fellow [1] 129/2
felt [7] 45/19 95/13
117/11 123/3 123/16
124/8 147/21
fence [6] 13/10 13/11
17/19 17/23 51/6 51/8
fencing [7] 17/12 17/16
20/12 20/13 20/20
20/21 20/23
few [19] 5/18 6/25 15/1
24/2 25/4 45/4 68/7
115/8 115/15 126/6
129/21 135/21 163/14
168/14 169/24 185/21
201/1 223/2 223/5
fibrillation [1] 148/24

figure [3] 102/20
218/15 220/10
figured [1] 26/5
figuring [1] 28/23
fill [1] 43/23
final [2] 196/22 197/15
Finally [1] 224/3
financial [1] 59/12
find [10] 32/8 34/15
58/11 65/10 67/13
104/8 123/22 144/9
202/12 223/24
finding [1] 10/19
fine [8] 29/4 62/16
109/25 136/8 141/16
187/11 189/2 204/21
finger [1] 158/4
firm [4] 154/3 154/9
168/5 173/24
firms [2] 87/8 153/24
first [9] 42/22 42/23
91/4 97/3 152/13
175/24 181/16 186/10
219/7
firsthand [3] 20/13
53/20 56/6
five [9] 23/8 63/4 76/17
88/25 113/19 118/19
126/7 152/2 208/16
flies [1] 18/15
flip [1] 128/15
flip-flopped [1] 128/15
flopped [1] 128/15
Florida [1] 115/12
focus [7] 13/24 30/23
54/7 86/7 99/12 122/16
153/3
focused [1] 13/25
focusing [1] 122/10
folks [9] 10/2 14/6
34/18 87/23 100/21
132/13 138/13 168/16
201/1
follow [66] 6/20 10/15
10/21 11/9 16/8 17/6
24/24 25/2 28/17 34/7
36/5 39/15 44/12 44/22
49/7 50/12 50/14 51/25
57/9 60/11 61/8 65/24
66/2 66/3 70/7 71/14
72/15 74/11 76/6 77/14
79/18 87/14 89/12 92/9
96/8 101/5 103/16
113/22 113/25 117/21
118/25 119/5 121/7
125/5 135/9 137/1
149/16 150/25 151/5
151/14 159/22 165/17
169/19 171/20 181/6
181/7 187/3 189/13
193/15 201/14 201/21
206/20 207/17 217/13
224/14 225/15
follow-up [33] 6/20
10/21 11/9 17/6 25/2
28/17 36/5 39/15 49/7
61/8 71/14 72/15 76/6

103/16 121/7 125/5
137/1 149/16 150/25
151/5 151/14 159/22
165/17 169/19 187/3
201/21 206/20 207/17
217/13
follow-ups [1] 74/11
followed [12] 14/21
15/2 15/6 18/6 65/7
75/11 89/8 89/15 99/8
105/5 111/21 140/21
following [9] 18/4 64/2
77/2 79/23 87/21 103/8
116/15 156/17 158/16
food [5] 137/9 174/4
174/6 177/16 177/17
footage [5] 5/17 199/4
199/4
force [12] 15/22 23/8
78/6 78/10 86/16 100/8
120/4 120/21 143/1
153/16 159/9 178/23
forcefully [1] 223/7
Forces [19] 15/19 23/2
34/23 58/23 78/5 86/13
91/15 91/16 99/18
115/23 115/24 115/25
120/17 124/18 143/4
153/14 159/3 165/1
178/19
foregoing [1] 227/3
foreign [4] 25/21 26/3
26/9 26/20
foremost [1] 219/7
forever [1] 29/12
forget [1] 198/4
forgetting [1] 191/10
form [2] 43/24 162/3
formed [12] 16/15
17/17 47/4 85/4 85/8
85/12 108/19 144/6
161/20 162/7 162/15
171/25
former [36] 6/2 6/6 6/7
9/17 10/3 112/3 112/8
112/11 122/23 123/14
124/2 124/3 131/24
132/12 132/15 133/3
133/6 137/17 144/11
161/22 162/1 162/10
162/17 162/25 163/1
164/7 164/8 175/1
177/11 182/1 183/20
210/19 210/22 211/4
211/5 211/12
former-President [1]
210/19
former-President
Trump [1] 122/23
formerly [1] 200/23
forth [4] 43/5 64/8
64/18 65/6
fortunate [1] 104/8
fortunately [1] 112/5
forward [2] 102/18
224/25
fought [1] 43/4

103/16 121/7 125/5
137/1 149/16 150/25
151/5 151/14 159/22
165/17 169/19 187/3
201/21 206/20 207/17
217/13
follow-ups [1] 74/11
followed [12] 14/21
15/2 15/6 18/6 65/7
75/11 89/8 89/15 99/8
105/5 111/21 140/21
following [9] 18/4 64/2
77/2 79/23 87/21 103/8
116/15 156/17 158/16
food [5] 137/9 174/4
174/6 177/16 177/17
footage [5] 5/17 199/4
199/4
force [12] 15/22 23/8
78/6 78/10 86/16 100/8
120/4 120/21 143/1
153/16 159/9 178/23
forcefully [1] 223/7
Forces [19] 15/19 23/2
34/23 58/23 78/5 86/13
91/15 91/16 99/18
115/23 115/24 115/25
120/17 124/18 143/4
153/14 159/3 165/1
178/19
foregoing [1] 227/3
foreign [4] 25/21 26/3
26/9 26/20
foremost [1] 219/7
forever [1] 29/12
forget [1] 198/4
forgetting [1] 191/10
form [2] 43/24 162/3
formed [12] 16/15
17/17 47/4 85/4 85/8
85/12 108/19 144/6
161/20 162/7 162/15
171/25
former [36] 6/2 6/6 6/7
9/17 10/3 112/3 112/8
112/11 122/23 123/14
124/2 124/3 131/24
132/12 132/15 133/3
133/6 137/17 144/11
161/22 162/1 162/10
162/17 162/25 163/1
164/7 164/8 175/1
177/11 182/1 183/20
210/19 210/22 211/4
211/5 211/12

## [11]

friends [11] 18/15 23/8
56/19 78/11 97/25
115/16 126/8 156/9
157/7 166/18 215/11
Fourth [1] 1/14
fractured [1] 43/5
frame [1] 127/17
Francisco [2] 60/9
62/3
frankly [3] 148/21
151/12 151/13
Fraud [1] 1/21
free [35] 4/16 8/13
11/15 21/13 29/7 41/25
51/15 56/14 62/18
76/12 82/5 88/21 92/25
97/18 101/17 104/15
107/23 110/1 113/17
118/17 121/24 126/3
141/21 151/25 160/9
166/16 172/15 184/8
187/15 191/15 198/17
202/7 208/14 214/14
222/13
freelance [1] 106/3
freelancing [1] 106/3
frequently [5] 57/10
149/3 149/5 156/5
199/18
Friday [2] 18/24 18/25
friend [9] 54/14 54/25
69/5 69/17 70/8 70/19
121/3 134/4 185/8
friend's [5] 184/16
184/17 184/19 185/9
185/11
friends [35] 15/18
32/23 33/5 60/19 60/21
60/25 61/5 65/7 66/6
66/24 70/14 70/25
75/12 78/4 91/16
100/15 100/18 100/20
108/9 108/22 112/7
121/1 124/17 134/19
136/13 156/2 159/14
159/18 168/8 168/11
177/7 177/8 177/11
177/12 177/15
friends' [2] 16/14
16/21
friendship [1] 134/10
front [2] 79/2 215/21
frustrated [1] 44/3
fully [2] 41/13 148/12
fun [2] 9/25 193/5
further [6] 11/8 18/9
21/6 74/9 213/23
224/16
fuzzy [1] 25/16

## G

Gallaudet [2] 150/5
150/6
gallery [3] 82/12 82/13
180/4
Gallery Place [1] 82/13
gambling [1] 197/23
GAO [3] 129/12 137/6

**G**

GAO... [1] 156/4
gas [1] 66/2
gather [1] 67/11
gathered [1] 199/10
gave [3] 67/6 196/9 225/16
general [10] 18/5 18/8 19/9 29/1 32/14 75/5 77/12 85/17 87/21 205/7
generally [16] 11/3 15/6 18/4 26/12 76/21 83/7 83/10 83/13 96/12 98/21 166/24 171/25 175/24 176/2 198/24 210/4
gentleman [5] 39/11 41/18 44/9 56/24 68/23
gentlemen [1] 221/7
genuine [2] 163/10 163/11
genuinely [1] 47/8
get [29] 3/6 9/24 19/16 26/2 52/8 52/23 69/6 71/6 72/1 73/8 73/25 77/24 89/22 117/23 144/2 148/11 148/12 148/18 153/11 167/7 174/9 196/19 207/22 218/14 218/19 219/11 224/22 225/6 226/9
gets [1] 209/12
getting [8] 48/7 69/25 75/14 83/17 95/11 98/6 127/17 221/7
girlfriend's [1] 14/23
give [24] 5/14 6/11 8/21 14/19 21/22 24/24 29/25 34/1 47/14 53/15 57/10 70/7 92/18 102/25 122/5 142/23 143/25 147/20 164/19 182/14 190/13 220/18 224/16 224/19
given [29] 14/5 34/2 34/7 37/13 37/22 53/3 53/3 56/7 57/23 68/3 95/17 96/2 103/10 104/9 120/8 135/7 138/24 139/6 139/11 141/8 147/5 153/1 167/14 174/14 178/6 185/25 189/13 201/12 223/7
giving [2] 53/12 171/14
glad [1] 226/3
glass [1] 81/11
Glover [1] 175/20
go [25] 19/16 37/15 38/20 46/18 48/15 63/22 64/23 76/8 85/23 86/2 92/17 94/14 95/10 128/6 146/9 146/10 148/19 169/24 177/2 184/24 221/3 223/19 223/23 224/12 226/10
goes [3] 148/17 167/2

going [49] 20/14 20/17 21/1 21/2 26/6 28/18 29/18 37/10 37/11 41/10 41/11 50/11 56/2 56/4 63/15 66/12 66/20 67/4 67/15 70/19 71/23 73/15 73/17 77/11 80/5 80/18 88/3 92/17 96/18 96/22 97/2 103/3 125/18 141/7 144/19 147/10 151/18 180/25 181/18 183/6 183/11 191/7 218/6 218/23 219/9 219/18 220/15 221/8 223/4
gone [6] 27/16 51/6 70/21 122/11 145/15 178/25
good [75] 6/22 10/23 11/14 17/8 17/9 18/11 18/12 20/11 21/12 25/5 27/20 28/3 35/1 36/12 41/23 41/24 47/2 49/9 50/23 56/11 56/13 62/17 69/5 71/17 76/11 79/21 81/24 87/17 88/20 92/23 92/24 97/15 97/17 101/13 101/14 103/18 107/18 107/19 116/24 118/13 118/14 121/1 121/21 125/8 125/25 137/3 137/7 141/17 149/18 151/21 151/22 155/5 155/19 156/25 157/1 160/4 160/6 165/4 165/19 165/20 169/21 169/22 170/5 170/6 172/12 179/19 198/11 202/4 204/19 206/22 208/5 214/10 214/11 222/20 226/5
Good morning [1] 170/6
gosh [1] 8/23
Goshen [1] 2/4
got [29] 14/4 15/8 25/7 29/13 52/12 64/10 70/19 76/8 78/7 79/5 79/6 93/24 94/7 95/6 95/8 115/9 117/18 126/5 126/13 126/17 128/15 129/9 143/10 146/4 154/17 160/16 166/7 218/1 226/9
gotten [1] 15/6
government [114] 1/13 6/14 6/19 7/19 8/1 10/14 10/17 10/21 17/6 19/24 20/17 22/17 22/21 24/16 25/3 32/3 32/7 36/5 37/23 37/24 39/5 39/9 39/22 40/20 41/1 41/3 41/18 42/14 43/3 43/4 44/7 44/24 49/7 49/22 58/8 58/16 59/8 59/20 59/22 67/10

68/16 68/20 71/14 71/21 72/4 73/7 79/15 79/18 84/15 87/14 90/22 90/24 92/2 92/5 92/9 95/23 100/24 101/5 103/16 105/23 109/6 112/18 116/22 121/7 125/5 127/1 127/23 128/21 131/18 132/3 137/1 140/9 145/1 145/6 147/7 148/1 149/16 150/21 151/2 155/3 155/8 159/22 163/19 165/17 167/24 169/15 169/19 171/14 174/25 175/4 179/16 183/15 187/4 194/16 194/19 195/5 195/24 200/3 201/21 206/16 206/20 211/21 213/7 213/12 217/7 217/9 217/13 218/8 220/2 226/12
government's [4] 68/25 194/17 197/10 226/11
governments [1] 26/20
grade [4] 109/17 109/18 170/9 170/10
graduated [3] 24/2 25/8 48/22
granddaughter [1] 143/5
grandfather [3] 153/19 159/5 159/9
grandfathers [2] 120/20 153/16
grandmother [4] 129/4 129/6 129/22 130/3
grandpa [2] 15/20 165/3
grant [3] 106/3 106/7 198/7
grassroots [1] 59/17
grateful [2] 219/13 222/24
gratitude [1] 222/11
great [5] 29/3 29/20 29/23 42/25 97/20
greater [6] 34/3 37/13 135/7 164/19 164/20 201/12
Green [1] 23/11
grew [1] 49/20
groovy [1] 70/23
ground [1] 197/6
group [37] 15/18 16/1 17/17 19/16 23/2 23/4 23/18 23/22 32/20 34/23 35/9 48/19 58/22 60/5 69/11 78/23 86/13 91/20 99/18 100/11 109/17 116/5 119/18 120/16 135/19 136/10 137/8 153/14 154/14 159/1 159/11 164/25 165/7 168/4 168/20

group's [3] 70/12 78/15 179/3
growing [1] 212/7
Guard [3] 58/25 59/7 86/16
guess [21] 18/3 18/25 19/12 19/13 20/12 21/24 26/12 28/10 41/7 47/18 73/1 75/15 98/23 99/8 146/1 146/2 146/3 175/13 190/9 199/1 199/17
guesstimate [1] 9/2
guilt [14] 10/18 32/4 68/11 68/17 68/21 84/16 90/23 95/24 163/20 163/21 194/16 195/3 211/22 217/8
guilty [23] 6/15 6/16 10/19 22/23 32/9 44/9 45/1 58/9 58/11 84/16 90/6 91/1 131/19 132/5 134/15 134/17 140/17 145/3 145/3 145/8 167/25 195/6 211/23
gunpoint [1] 136/14
guy [1] 66/10
guys [5] 52/24 74/21 109/16
GW [1] 157/15
GW Hospital [1] 157/15

**H**

had [88] 6/14 6/24 13/5 13/13 14/6 15/3 17/21 18/4 18/22 22/21 23/2 26/7 27/3 45/25 48/19 49/25 50/16 51/24 58/8 68/20 68/20 69/11 70/4 71/1 71/11 75/10 76/25 78/19 80/17 80/20 83/11 83/14 84/3 89/19 90/24 94/13 94/14 95/10 95/17 98/6 98/21 99/18 103/24 115/6 120/16 126/16 130/21 131/5 132/3 136/13 136/13 142/9 145/7 145/24 146/23 150/22 151/5 151/11 151/12 151/14 157/17 158/1 158/4 163/21 167/24 168/4 174/14 179/7 179/7 179/9 182/10 182/10 182/10 183/14 184/2 193/18 194/20 195/5 196/6 197/15 200/3 201/8 202/9 206/16 207/24 211/21 217/9 225/21
half [2] 25/25 97/3
hallways [1] 224/11
hamstrung [1] 39/20
hand [3] 73/24 218/15 220/24
handful [2] 5/16 11/18

happen [6] 17/2 85/25 94/5 117/1 147/11 152/12
happened [35] 5/21 7/11 7/25 8/21 9/1 19/19 19/22 20/2 21/21 27/4 29/25 45/25 50/4 53/20 75/11 80/11 94/13 96/12 108/7 111/16 113/2 113/8 117/21 122/7 130/12 131/6 132/10 137/13 143/23 155/15 170/18 181/19 192/20 199/6 210/4
happening [9] 8/25 50/6 95/12 98/25 99/2 106/19 149/5 196/15 199/2
happens [6] 47/24 83/24 125/1 148/20 149/2 218/13
happy [3] 183/15 225/23 225/25
hard [8] 28/23 63/18 73/19 73/23 96/5 111/4 113/6 123/6
harder [1] 72/7
hardship [12] 4/20 4/21 101/20 101/22 101/22 101/24 126/20 126/22 160/15 187/20 187/21 191/18
has [62] 6/4 8/1 16/1 16/12 19/6 19/24 20/12 20/25 23/18 28/20 29/15 34/23 35/9 35/15 35/19 39/24 39/25 40/4 44/9 49/3 55/4 55/15 55/18 58/23 65/3 69/17 78/24 86/13 91/20 99/8 100/11 105/4 112/14 116/5 123/19 124/5 124/14 124/18 135/19 136/10 138/20 140/2 140/22 147/6 154/14 159/3 165/1 165/7 168/20 172/5 175/25 179/21 181/9 184/1 186/17 186/23 198/3 198/24 209/16 217/21 219/8 226/12
hasn't [2] 123/19 142/9
hate [1] 116/11
Hava [1] 1/17
hava.mirell [1] 1/20
have [279]
haven't [19] 9/14 12/5 15/2 24/2 26/10 63/15 89/19 99/8 108/24 108/25 111/20 111/20 122/9 122/11 134/25 158/15 186/10 199/4 199/17
having [10] 7/19 8/20 16/22 28/23 37/3 42/19 88/6 138/4 157/6 172/16

**H**

he [106] 10/13 19/24
20/19 20/25 24/11
24/14 24/17 24/18 35/4
35/19 35/20 35/23 36/8
36/9 44/9 44/20 44/21
46/14 46/18 47/5 53/23
55/4 56/5 56/7 68/9
68/9 69/7 69/21 69/22
70/1 70/1 70/2 73/3
73/17 78/7 78/9 78/10
78/11 86/20 96/2 96/3
96/6 96/13 115/8 115/9
115/10 115/13 116/2
117/5 117/9 117/10
117/11 117/12 120/3
121/2 121/2 121/3
121/5 123/23 134/6
134/7 134/8 140/2
140/4 140/5 140/7
140/7 140/12 140/12
140/15 140/15 140/16
140/16 140/17 140/19
140/21 140/21 140/22
140/25 141/2 141/2
141/5 141/5 141/8
141/9 141/9 141/10
145/22 145/23 145/25
146/1 146/3 146/5
146/6 146/10 146/12
146/23 146/24 147/3
147/22 183/17 183/18
183/18 194/6 213/3
221/10
he didn't [2] 46/18
146/5
he said [3] 73/3 140/12
140/21
He was [1] 24/14
he's [27] 20/22 21/2
39/11 47/1 69/17 69/24
69/25 69/25 70/2 70/3
70/8 70/8 86/6 86/24
90/7 96/13 115/2
131/20 133/11 145/21
147/2 147/22 163/17
186/10 186/11 203/10
203/14
head [1] 17/18
headlines [1] 119/10
headquarters [1] 59/6
healthcare [1] 155/12
hear [16] 5/23 19/20
25/8 42/23 98/8 98/11
105/19 116/14 142/23
142/23 142/24 143/1
143/7 151/8 151/9
190/14
heard [20] 12/23 31/20
33/24 42/22 54/23
58/18 85/25 88/6 98/3
108/9 108/22 110/14
110/25 111/8 111/8
140/4 143/9 209/7
209/8 209/23
hearing [10] 42/19
108/3 138/5 142/2
148/7 150/22 150/24

hearings [1] 17/21
heart [4] 148/14 148/15
148/18 148/23
height [2] 122/8 122/11
held [6] 6/8 71/4 10/2
88/10 171/6 171/11
helicopters [1] 111/13
Hello [7] 113/14 137/4
138/8 179/20 208/3
213/14 214/6
helpful [1] 67/7
helping [1] 174/8
helps [1] 186/25
hence [1] 20/11
her [38] 39/25 40/17
41/12 41/13 49/3 52/23
52/23 59/5 59/5 87/5
99/22 100/7 104/7
104/9 104/9 125/13
129/25 130/10 130/10
142/8 151/1 151/4
151/5 151/10 151/10
151/13 164/20 165/10
185/3 188/24 191/10
197/1 197/3 197/8
200/15 212/4 212/7
212/20
here [73] 4/25 6/8 7/18
10/5 13/2 17/2 25/14
25/15 25/15 25/23 26/5
26/10 28/18 28/18 31/2
31/24 37/24 38/10
41/17 44/21 45/10
45/25 54/18 56/24 59/7
60/7 60/8 61/25 62/2
62/4 66/18 69/7 74/15
74/17 79/8 80/16 88/3
93/21 94/4 96/19
103/21 110/2 113/24
117/1 121/16 126/4
126/6 128/6 132/15
132/20 132/21 138/25
141/23 148/11 149/4
150/25 151/5 151/10
170/18 171/23 180/3
180/4 180/12 191/19
193/2 197/20 199/20
205/20 205/25 210/4
211/2 211/12 222/19
here's [3] 37/10 53/14
53/19
hesitating [2] 136/6
144/18
Hi [40] 4/12 6/23 8/9
21/11 27/21 29/5 41/22
51/13 56/12 62/13
62/15 76/10 82/1 82/2
87/18 88/19 92/22
97/15 101/12 113/13
118/12 121/20 125/23
141/15 151/21 155/20
156/24 160/3 166/12
170/6 172/11 184/5
187/10 189/1 198/10
198/11 202/2 214/5
214/8 214/9
high [2] 3/10 145/25

54/19 60/18 60/20 61/1
61/6 63/7 64/13 64/17
70/20 70/21 82/23
82/25 94/19 94/22 95/4
110/23 128/11 129/1
129/3 129/10 129/13
129/16 130/15 133/23
134/5 143/10 143/10
143/13 155/23 155/24
155/25 156/2 156/5
him [60] 3/10 3/13 6/11
6/14 7/20 20/15 20/18
20/19 23/15 31/23 32/5
32/8 32/8 32/10 40/19
40/20 42/23 45/1 45/1
47/2 47/4 56/8 58/9
58/11 70/5 84/16 111/4
117/12 117/15 117/17
123/3 124/4 124/8
124/9 124/11 124/13
131/17 131/19 131/22
133/9 134/3 134/11
134/16 140/14 141/7
141/9 141/11 144/12
146/2 146/25 147/20
162/13 183/16 183/17
194/8 206/10 206/17
211/14 216/22 217/5
himself [2] 140/13
140/20
his [39] 6/2 6/7 6/9
9/17 9/23 10/18 20/23
21/3 23/10 23/15 24/15
32/4 57/4 68/11 68/17
68/21 69/8 73/11 73/18
84/16 115/17 117/18
122/23 123/20 132/12
133/7 134/16 140/4
140/22 144/24 161/23
164/8 164/20 172/4
173/5 210/13 210/19
211/21 217/8
hold [4] 22/17 157/15
178/13 213/8
holding [1] 196/19
holds [1] 197/9
holiday [1] 13/3
Holmes [1] 17/21
home [30] 45/17 47/25
64/3 76/24 80/17 80/18
83/11 83/14 85/25
94/14 94/14 94/25 95/6
95/10 95/11 106/5
107/1 110/24 111/7
111/10 124/24 124/25
124/25 175/17 189/17
193/5 209/3 215/13
215/19 223/19
homes [1] 136/14
hometown [1] 119/23
honest [3] 65/15 139/7
180/14
honestly [13] 28/5
31/13 34/10 38/12
39/10 115/19 131/10
135/12 144/24 154/25
158/23 164/12 172/4

honesty [2] 208/3 208/4
Honor [53] 3/7 3/14
6/21 10/22 17/7 20/8
20/10 21/6 25/4 28/22
36/6 55/22 59/9 61/8
71/16 76/9 79/19 81/20
87/15 92/10 101/6
103/17 104/11 105/24
109/7 116/23 121/8
125/6 137/2 140/11
149/17 150/22 151/4
155/4 159/23 165/18
166/4 166/10 169/20
179/17 187/5 188/15
191/5 195/25 201/22
204/14 206/21 208/1
213/13 217/14 217/23
220/25 226/14
HONORABLE [3] 1/10
3/2 97/8
hope [4] 53/11 148/8
219/18 219/20
hopefully [4] 97/3
166/8 192/10 223/2
horns [1] 66/10
hospital [5] 148/19
157/15 157/16 157/18
207/3
hospitals [1] 64/23
hours [2] 102/5 181/23
house [14] 14/23 45/17
63/10 110/12 112/3
112/4 112/10 112/14
112/15 130/4 130/5
130/6 209/9 215/21
household [1] 45/19
how [112] 4/12 5/14
8/9 8/11 8/22 13/8 14/2
14/20 14/20 17/15
18/13 19/3 21/11 21/22
28/1 28/6 29/5 30/1
30/10 36/13 37/4 38/14
40/18 41/22 47/14
51/13 55/4 56/12 57/8
57/10 59/1 59/3 61/25
62/13 62/15 63/6 67/4
76/10 76/21 78/9 82/1
88/19 92/22 92/23 94/2
94/7 94/8 94/18 95/4
97/15 98/21 101/12
101/13 102/3 103/19
104/13 106/23 107/5
107/17 107/18 109/24
110/15 113/13 113/22
118/12 118/13 121/20
122/4 123/15 125/23
125/24 126/7 126/21
133/20 134/1 134/22
140/8 141/15 143/17
143/25 151/20 151/21
156/7 156/24 156/25
158/11 160/3 160/4
166/12 168/12 169/3
170/19 172/11 173/14
174/16 179/21 180/17
182/13 185/22 187/10
189/1 198/10 202/2
202/20 208/3 208/4

honesty [2] 266/22 214/5 214/9
however [1] 223/11
huh [14] 33/22 39/6
74/16 94/24 109/20
114/23 143/24 144/16
146/14 149/5 168/6
193/23 195/16 206/11
humor [1] 222/20
hundred [1] 47/20
hundreds [1] 182/8
hunkered [1] 209/9
husband [14] 23/7
23/14 23/19 23/20 24/9
24/21 26/1 35/10 35/16
35/17 35/19 36/7 99/22
100/7
husband's [1] 23/14

**I**

I also [1] 129/1
I am [9] 38/23 49/21
53/12 59/16 93/20
124/7 141/7 172/14
217/19
I assume [3] 133/11
177/23 182/9
I basically [1] 209/9
I believe [9] 7/11 46/18
72/2 86/16 90/12 95/12
124/12 202/25 205/24
I can [11] 31/18 38/15
41/17 90/16 114/18
131/2 139/7 139/19
185/15 205/24 205/24
I can't [7] 9/2 30/10
39/23 124/11 188/12
222/18 223/17
I could [1] 139/16
I did [14] 5/1 5/16 24/3
24/7 43/23 43/25 45/16
80/16 98/8 142/6
142/25 143/3 196/13
205/25
I didn't [7] 9/2 13/7
19/20 85/14 143/20
144/2 181/22
I didn't know [1] 192/3
I don't [44] 3/21 5/8
5/23 14/15 20/25 21/5
22/18 26/25 27/11
30/11 33/5 38/16 40/10
50/17 53/13 53/25 56/8
65/5 66/3 67/5 71/23
73/19 75/4 75/17 75/20
81/16 86/24 100/2
108/13 114/4 125/2
148/9 149/8 156/2
161/25 171/3 173/2
176/3 183/9 192/22
205/9 205/9 205/18
225/14
I don't have [5] 100/3
109/1 148/23 173/2
173/6
I don't recall [1] 27/17
I feel [2] 71/6 93/21
I got [1] 154/17

**I**

I guess [13]  19/12
19/13 20/12 26/12 73/1
75/15 98/23 99/8 146/2
146/3 175/13 199/1
199/17
I have [39]  5/6 38/16
38/19 43/24 47/2 49/20
59/11 65/7 72/2 72/4
72/5 75/25 88/2 91/7
99/25 100/2 100/14
100/17 101/24 105/2
112/3 112/11 112/12
127/4 129/2 139/12
141/23 148/19 149/21
153/15 156/1 156/21
160/17 161/6 171/10
177/10 177/12 177/15
186/9
I haven't [6]  24/2 65/13
89/19 108/25 111/20
158/15
I hope [3]  53/11 148/8
219/18
I just [9]  3/8 25/7 37/15
95/13 144/4 163/6
191/21 192/4 215/20
I know [25]  16/5 35/20
46/17 53/13 75/19
87/23 100/3 112/7
133/25 135/21 145/13
166/23 173/1 180/17
184/15 198/12 203/18
206/1 208/6 212/7
219/8 219/9 222/11
222/17 225/25
I live [1]  110/11
I mean [48]  9/2 9/2
10/1 11/3 14/12 14/22
15/2 16/5 18/22 31/15
31/25 36/19 36/20
36/22 37/1 37/14 38/12
38/22 38/25 40/4 41/3
49/19 50/9 50/12 53/12
56/5 63/18 83/20 84/1
85/4 86/23 93/19 95/13
96/8 105/7 114/3
118/25 131/13 146/9
151/8 158/14 166/22
180/16 180/22 192/6
194/1 199/16 213/6
I misplaced [1]  202/12
I moved [1]  62/3
I probably [1]  25/12
I read [1]  166/23
I recall [1]  198/2
I saw [1]  52/24
I say [2]  123/20 215/9
I should [2]  113/24
154/18
I suppose [1]  170/2
I think [74]  3/21 4/5 4/6
6/25 13/5 24/14 27/12
28/10 30/2 30/8 32/1
35/21 37/15 39/4 39/25
43/12 43/16 48/12
49/19 49/25 54/23
58/17 61/3 64/18 68/24

75/12 78/7 80/24 95/8
95/9 98/5 113/5 114/14
115/3 117/4 117/8
123/11 123/14 125/13
138/19 139/19 140/7
140/12 140/21 141/3
141/5 142/7 142/25
144/13 144/13 144/20
144/20 145/25 147/19
151/8 152/20 153/9
172/24 176/7 178/24
181/12 181/15 181/15
183/18 185/7 194/1
196/15 203/1 209/12
211/8
I thought [9]  29/17
29/18 35/18 40/9 67/6
67/23 106/17 111/7
128/10
I understand [10]  3/22
23/4 53/16 126/7
142/12 149/19 187/2
202/9 206/6 225/22
I want [5]  3/14 190/14
190/14 206/7 225/19
I wanted [1]  155/21
I was [43]  8/24 8/25
13/2 14/23 14/24 25/19
26/1 29/18 36/16 41/4
45/16 52/18 52/24
52/25 63/21 67/7 71/25
72/10 74/20 80/18 84/2
94/13 94/20 98/6 98/24
106/18 106/19 106/20
110/25 131/3 141/4
142/9 152/11 152/20
157/14 173/16 175/17
179/9 196/6 199/18
204/1 215/13 220/12
I watch [1]  118/1
I went [3]  38/13 59/5
62/2
I will [7]  34/1 44/20
96/2 135/6 170/19
198/7 224/19
I work [12]  12/8 24/3
26/14 33/4 40/16 40/16
82/12 112/9 127/23
128/20 150/9 173/24
I worked [6]  25/20 60/4
74/22 80/17 150/12
213/20
I would [2]  22/3 219/13
I wouldn't [4]  140/6
176/3 177/10 177/12
I'd [6]  19/17 28/19 32/1
80/24 111/6 207/22
I'll [12]  4/1 4/8 6/3 76/5
147/22 148/9 153/11
173/4 183/11 196/19
225/6 226/8
I'll explain [1]  153/11
I'm [139]  4/13 4/24
8/10 8/25 12/10 12/22
13/5 14/12 14/14 17/14
19/14 19/20 20/8 21/3
23/25 26/25 28/23 29/2

31/15 33/3 33/9 35/17
38/13 38/20 40/3 41/2
41/11 41/19 42/14
42/18 50/19 55/23 56/4
57/13 60/15 60/15
62/16 62/17 64/6 65/23
66/16 67/16 72/3 72/7
72/24 73/1 75/23 77/10
79/4 82/15 83/12 85/8
86/18 92/23 93/19
96/18 99/19 103/21
103/21 105/7 105/8
106/3 106/24 108/10
110/23 111/6 114/14
114/16 114/17 114/18
116/9 119/24 120/5
122/6 124/11 124/13
125/12 125/18 125/21
125/24 126/23 129/25
131/24 132/18 136/6
137/7 138/4 139/6
141/4 142/7 142/7
142/9 144/3 144/19
146/21 147/10 150/1
151/18 157/22 160/18
161/12 161/12 166/13
167/11 167/11 170/7
180/14 180/25 182/1
183/7 183/11 183/11
188/21 189/2 189/16
190/10 191/1 191/7
191/23 196/14 203/12
204/9 206/25 208/9
208/15 213/16 213/16
213/21 214/7 215/9
215/18 222/24 223/19
225/18 226/3
I'm going [5]  41/11
125/18 147/10 151/18
180/25
I'm just [2]  142/9 144/3
I'm not [11]  21/3 26/25
60/15 60/15 96/18
105/8 108/10 141/4
167/11 183/11 223/19
I'm not sure [3]  19/14
40/3 41/2
I'm old-fashioned [1]
75/23
I'm sorry [20]  8/10
12/10 19/20 20/8 30/5
35/17 67/16 79/4 83/12
86/18 99/19 120/5
125/12 125/21 146/21
190/10 191/1 208/9
214/7 225/18
I'm sure [3]  85/8 182/1
183/7
I've [50]  3/12 3/13 3/23
9/24 12/22 13/13 18/22
19/6 22/4 23/15 25/7
25/14 26/11 26/16
29/13 30/3 30/10 38/15
43/24 57/15 58/18 59/5
64/17 70/17 70/20 80/8
93/24 94/7 106/25
108/9 108/22 113/6

148/14 155/12 161/8
166/7 168/25 179/7
179/7 183/14 183/16
199/3 204/1 205/25
205/25 223/7 226/9
ideals [1]  162/2
identified [2]  3/23
34/19
identify [2]  12/15 201/2
iffy [1]  154/16
II [2]  15/21 159/5
Illinois [1]  196/25
images [1]  143/23
imagine [2]  81/13
171/5
immediate [3]  103/24
122/15 177/7
immediately [3]  119/9
218/4 223/22
immigration [2]  35/21
60/5
impact [11]  50/25 51/2
55/12 72/21 103/24
107/9 120/11 123/16
156/13 156/17 182/18
impacted [2]  86/2
123/19
impacts [4]  14/9 15/1
95/16 95/18
impaneled [2]  138/17
180/6 181/1
impartial [63]  6/11
10/6 14/10 14/13 15/11
16/23 22/13 31/16 38/8
41/15 42/10 53/4 53/10
58/1 61/2 64/15 66/25
71/4 72/22 81/7 86/7
88/7 91/12 93/8 99/14
105/16 109/3 112/24
122/25 123/16 130/16
130/22 131/9 133/9
136/18 138/21 139/3
140/5 140/15 144/12
149/13 158/20 162/21
163/2 167/21 169/16
172/1 174/21 176/24
179/13 183/18 185/13
196/11 197/4 199/21
201/8 203/5 206/10
210/12 210/20 211/7
211/13 212/25
impartially [17]  84/9
85/3 95/19 96/16
114/13 119/15 132/23
153/5 162/18 171/13
180/13 186/2 193/22
199/25 205/23 216/22
217/1
impeding [1]  68/2
implied [3]  197/6
197/11 198/1
important [2]  133/2
139/10
importantly [1]  223/14
imposition [1]  222/23
impression [1]  85/22
impressions [2]  16/16

inactive [1]  51/7
incarcerated [1]  147/3
incident [5]  106/17
108/10 116/15 116/18
154/23
inclined [1]  21/3
include [1]  5/1
included [1]  23/23
includes [1]  23/24
including [3]  72/19
115/23 159/3
inconsequential [1]
51/5
inconsistent [1]  204/4
incredibly [1]  71/7
indefinite [2]  3/24 4/7
indicate [1]  151/3
indicated [1]  87/23
individual [9]  80/13
105/6 122/20 123/18
123/21 124/8 124/14
181/5 182/6
individual's [1]  81/13
individually [1]  170/22
individuals [2]  81/4
174/10
industry [1]  75/8
informally [1]  225/15
information [12]  37/6
65/19 75/14 161/6
167/2 171/7 180/12
181/2 181/3 194/3
199/10 223/13
informed [3]  161/8
166/24 167/12
ingesting [1]  84/3
initial [4]  22/6 192/25
193/3 224/18
initially [1]  103/2
initiate [1]  128/23
initiatives [1]  19/7
injury [1]  158/4
innocence [4]  7/20
19/25 163/17 217/5
innocent [24]  10/13
22/16 31/23 32/1 40/20
44/20 44/21 58/5 68/10
68/14 84/12 90/19
95/23 96/2 96/3 96/6
131/15 131/22 163/15
194/5 194/8 194/14
211/17 217/4
inquire [1]  39/24
inquiry [10]  92/12
118/7 150/16 159/25
166/4 187/7 196/2
201/23 207/18 213/25
Instagram [3]  122/7
192/21 193/10
instance [1]  18/24
instances [1]  182/2
instruct [4]  44/12
44/19 44/20 135/6
instructed [7]  10/12
10/13 50/13 51/25
95/22 113/1 201/10
instruction [4]  34/7

240

instruction... [3] 51/23 135/10 201/13
instructions [8] 24/24 34/1 221/11 223/6 224/7 224/16 224/18 226/10
insurance [1] 50/20
insurrection [1] 170/24
Integrity [3] 173/18 178/2 178/5
intellectual [1] 24/8
intends [1] 226/13
interact [2] 36/20 224/8
interacted [1] 40/18
interactions [2] 19/8 180/10
interest [3] 26/7 84/3 99/7
interesting [3] 65/10 69/17 114/3
interfere [2] 74/4 181/17
interfered [1] 73/9
interfering [1] 203/15
international [3] 26/17 26/18 186/24
interned [1] 155/25
Internet [4] 27/13 47/25 176/14 223/18
interrelated [1] 39/23
interrupt [3] 39/1 73/6 125/12
interviewed [1] 17/22
intoxicated [1] 169/1
introduction [1] 67/6
intruded [1] 19/14
investigated [3] 178/1 178/4 180/22
investigating [1] 105/9
investigations [2] 128/23 174/11
investigators [1] 127/2
invited [1] 188/11
involve [4] 50/3 67/25 73/2 221/8
involved [12] 12/3 23/22 28/12 69/21 77/10 112/18 137/12 154/14 158/16 171/1 171/2 171/4
involves [1] 64/12
IPO [1] 186/25
Iraq [1] 116/2
irrelevant [1] 136/20
is [341]
Is it [1] 32/24
is that [3] 84/13 203/20 209/25
is that correct [3] 97/22 104/17 213/9
is that fair [1] 177/24
is that right [5] 52/14 76/14 95/1 144/24 216/11
is there [9] 23/19 53/9 57/25 84/17 140/9

203/4
isn't [3] 20/23 65/13 65/25
issue [11] 20/12 20/13 26/22 74/25 132/15 132/20 132/21 162/11 162/12 196/7 210/3
issues [12] 19/4 26/17 26/18 28/20 66/1 66/1 66/2 66/2 74/20 74/24 155/11 155/12
it [286]
it happened [5] 9/1 94/13 122/7 130/12 192/20
It sounds [2] 30/13 138/12
It was [1] 158/3
It would [1] 27/14
it would be [3] 67/14 113/5 194/2
it's [108] 3/24 12/16 15/6 20/24 25/16 26/24 29/20 30/17 30/18 31/9 33/20 34/25 35/16 35/21 37/2 37/4 37/15 38/4 38/22 39/9 40/14 40/16 41/9 43/18 46/2 48/5 55/23 56/8 59/20 60/3 63/4 64/9 66/11 67/11 70/21 70/22 71/5 71/20 71/21 72/6 73/17 73/19 73/23 75/7 76/7 77/25 83/2 83/3 83/3 86/17 89/16 93/23 96/12 96/25 99/13 101/23 102/14 103/13 105/13 111/4 112/15 114/3 119/2 122/17 123/4 128/16 129/24 135/21 142/7 142/14 145/23 147/16 148/13 149/4 153/3 153/10 167/5 172/24 173/2 176/4 182/11 183/19 183/20 185/9 186/2 189/16 189/17 189/18 193/17 194/17 194/17 195/1 195/2 196/16 196/17 196/18 198/5 198/12 208/6 209/24 210/9 211/2 212/3 215/11 222/12 223/23 224/9 225/22
its [30] 6/14 10/17 22/17 22/21 32/8 39/10 40/21 41/18 44/8 44/25 58/9 68/17 68/20 90/24 103/23 132/3 145/2 145/7 167/24 175/4 181/18 183/15 194/20 195/5 197/10 200/4 206/16 211/21 217/9 226/12
itself [3] 30/17 80/12 112/6

JAG [3] 23/8 24/9 24/11
James [1] 2/2
January [122] 5/13 5/17 7/9 7/13 7/25 8/21 11/23 13/1 13/10 13/14 13/18 14/7 17/16 19/10 19/19 19/22 21/21 27/5 28/8 28/9 29/25 45/13 46/7 47/17 47/24 48/7 50/4 50/24 52/7 52/19 52/21 57/10 57/12 57/16 57/20 60/22 63/10 64/12 65/2 65/20 68/9 73/4 75/11 75/14 76/20 77/7 79/23 80/1 80/5 80/20 83/6 83/23 85/12 87/22 89/4 90/3 98/9 98/20 98/22 102/24 103/23 104/23 105/5 106/14 107/9 108/7 108/20 112/1 113/23 117/22 118/22 119/6 122/4 125/15 128/9 129/17 130/7 131/6 131/21 137/14 143/18 152/7 152/11 152/17 155/15 156/13 157/12 157/25 161/2 161/22 162/4 162/8 162/16 166/20 167/3 170/14 170/14 170/23 171/1 171/7 171/21 175/16 175/23 176/18 181/9 181/11 182/17 182/24 184/14 185/17 192/17 193/18 194/7 198/23 199/14 205/4 206/9 209/3 210/14 212/17 215/6 216/7
January 6th [18] 21/21 27/5 29/25 45/13 57/12 65/20 73/4 107/9 128/9 162/16 175/16 182/24 184/14
JC [1] 166/9
JD [1] 186/23
Jersey [1] 215/9
Jim [1] 170/7
job [23] 14/13 26/6 26/24 32/22 33/5 36/15 37/6 37/12 37/16 37/19 39/2 71/5 86/24 126/25 149/20 149/22 149/24 150/8 150/11 160/17 165/21 182/11 182/11
jobs [1] 71/7
Joe's [1] 94/20
joined [1] 15/22
Journal [1] 48/11
journalist [5] 12/19 14/6 52/17 75/2 161/10
Journalists [1] 18/16
judge [35] 1/10 31/1 39/16 39/19 42/24 46/2 50/13 73/2 76/1 77/19 88/4 88/11 90/9 92/12

138/18 138/18 139/25 144/24 150/16 153/5 159/25 167/16 167/17 171/12 181/7 196/2 199/24 201/23 203/14 207/18 213/25 218/21
Judge Mehta [1] 73/2
judge's [1] 197/19
judges [2] 88/2 100/15
judging [1] 213/1
judgment [11] 42/10 43/14 43/20 44/15 50/2 68/4 74/1 74/6 86/8 93/9 204/5
jump [1] 101/20
juror [127] 4/11 4/14 8/8 8/15 11/16 14/11 20/9 20/11 21/9 21/10 21/15 28/20 29/9 29/11 39/23 41/8 41/17 41/21 42/2 42/23 44/6 51/17 56/4 56/9 56/10 56/11 56/16 56/24 58/6 62/20 66/25 68/4 75/25 76/8 76/14 81/7 81/24 82/3 88/18 88/23 92/18 92/20 93/2 95/19 97/12 97/13 97/21 101/15 104/12 104/17 107/20 109/23 110/3 113/11 113/15 118/15 121/22 126/1 130/16 133/12 138/17 139/9 140/1 141/12 141/13 141/14 141/18 142/17 148/6 149/7 149/13 150/20 150/21 151/19 151/23 157/2 160/7 160/15 166/11 166/14 171/12 172/1 172/10 172/13 173/5 181/1 183/13 184/6 187/13 189/3 189/14 189/14 190/7 191/9 191/12 196/11 196/21 197/14 197/20 198/8 198/9 198/14 199/21 202/5 203/5 204/22 207/24 208/8 214/12 217/20 218/10 221/13 221/14 221/15 221/16 221/17 221/18 221/20 221/21 221/23 221/24 221/25 222/1 222/2 222/3 222/4 222/5
juror's [1] 39/21
jurors [13] 28/21 56/21 181/4 183/21 197/23 218/14 218/18 219/15 219/16 219/17 220/16 222/14 226/8
jury [30] 1/9 42/12 98/8 127/10 127/12 127/14 127/24 138/21 140/13 140/20 141/10 160/23 160/23 180/19 184/3 190/3 196/20 196/22

197/8 197/15 207/5 207/13 222/8 222/16 222/19 222/22 223/6 223/10 225/3 225/10
just [210] 3/8 3/20 4/1 4/6 6/3 6/21 9/3 9/20 10/22 11/3 12/2 12/15 14/2 14/19 15/21 17/10 17/10 18/8 20/8 20/10 20/11 20/14 20/15 21/22 22/5 23/19 25/4 25/7 26/12 27/13 28/11 28/25 29/3 30/8 30/9 30/12 33/17 34/3 35/3 36/7 37/15 38/22 38/25 45/21 47/14 49/16 49/23 50/7 52/16 54/25 56/24 57/2 57/4 57/8 57/24 59/1 59/9 60/11 61/8 61/13 63/17 65/2 67/24 68/7 69/2 71/21 73/6 73/25 74/10 74/10 76/21 77/3 77/11 77/22 78/11 80/11 80/12 80/23 80/24 80/25 81/16 83/7 85/18 89/18 89/21 94/6 94/17 95/3 95/13 95/16 96/8 96/11 98/5 98/7 98/12 98/21 99/1 100/18 102/10 103/2 104/7 104/25 105/19 105/24 106/8 108/6 108/21 111/3 111/5 111/15 113/24 114/1 114/2 115/23 115/24 117/6 117/9 117/10 117/12 119/1 122/10 123/2 123/3 123/4 123/7 125/13 130/24 135/8 137/17 138/3 139/6 139/12 142/4 142/9 144/3 144/4 145/11 146/6 148/5 149/17 150/25 151/1 151/2 159/6 161/15 163/6 163/14 164/17 164/21 165/18 168/11 169/20 170/21 171/19 171/23 173/4 173/9 176/2 176/6 178/9 178/15 178/20 178/22 182/4 182/12 183/22 185/20 187/23 189/16 189/17 189/18 189/20 189/21 189/24 191/21 191/21 192/4 193/1 193/2 193/3 193/4 193/5 193/8 193/14 194/6 196/19 198/6 199/3 199/3 199/16 201/12 205/9 208/22 209/11 213/13 215/17 215/20 215/24 215/25 218/6 218/21 218/22 219/12 220/5 220/10 220/12 223/5 223/18 225/7 225/19
justice [12] 13/22

**J**

justice... [11] 27/24 37/20 60/5 61/10 70/6 146/17 173/18 174/16 174/19 180/23 200/23

**K**

Katherine [1] 1/21
katherine.nielsen [1] 1/24
keep [10] 4/2 29/2 38/8 42/18 47/8 77/11 97/2 104/23 161/8 191/9
Kelly [5] 1/13 173/1 173/2 173/4 173/7
kept [1] 152/12
kid [1] 203/24
kidnapping [1] 116/13
kids [2] 5/6 168/14
kids' [2] 129/4 129/6
kind [48] 12/2 13/13 14/2 14/24 15/3 17/19 18/8 22/6 24/15 26/5 27/13 33/7 33/18 35/12 66/15 69/24 70/3 70/22 71/25 74/5 74/25 77/22 89/8 89/25 91/25 98/24 99/8 105/2 121/4 122/9 127/3 129/24 134/8 143/1 152/12 152/23 152/23 153/10 154/21 155/9 157/18 160/21 173/23 174/2 193/1 205/10 212/3 215/11
know [208] 4/1 4/3 5/7 6/4 6/25 9/1 9/24 11/22 13/25 14/6 14/12 15/3 16/5 16/6 16/9 18/25 19/13 19/15 22/3 23/17 27/5 27/11 28/6 28/11 31/8 31/16 31/19 31/25 33/5 33/6 35/5 35/20 35/24 37/3 37/4 38/11 38/13 38/14 38/17 40/18 41/2 41/3 41/11 41/14 42/20 44/2 46/6 46/17 48/5 49/4 53/13 53/23 54/3 54/12 54/24 57/2 59/3 60/17 64/8 64/9 64/19 66/13 66/21 67/4 67/5 69/3 69/8 73/18 73/19 73/19 73/20 73/21 73/23 74/22 75/12 75/19 77/3 77/12 78/9 79/8 80/9 80/12 81/1 81/2 81/3 81/9 81/10 81/11 81/12 81/13 84/5 86/23 87/12 87/23 90/2 91/5 93/23 93/24 98/3 100/3 100/25 106/21 108/10 108/22 108/24 111/20 112/7 112/7 112/12 112/20 114/21 117/8 117/11 120/9 122/19 122/20 123/8 123/12

128/7 129/15 130/15 130/21 131/10 131/11 132/13 133/12 133/16 133/23 133/25 135/4 135/5 135/21 135/24 136/3 140/4 145/13 146/24 146/25 151/8 153/1 155/21 159/18 162/7 164/2 164/7 166/23 172/21 173/1 173/2 174/15 176/14 176/14 177/4 179/6 179/9 180/7 180/17 180/17 180/18 180/20 181/15 181/22 182/22 183/16 184/13 184/15 184/19 186/8 186/25 188/1 189/17 190/15 192/3 194/4 195/14 196/20 198/3 198/5 198/12 200/8 203/18 205/7 206/1 208/6 210/25 212/1 212/7 215/5 216/1 218/17 219/8 219/9 220/17 222/11 222/17 224/1 224/13 225/25
knowing [6] 38/8 39/21 57/4 88/5 139/16 204/2
knowledge [23] 19/18 19/21 20/12 20/13 20/16 20/23 21/2 24/12 24/13 46/21 47/5 87/11 92/6 100/22 121/4 135/25 158/8 165/14 165/15 168/17 180/8 181/2 182/25
known [2] 23/15 59/5
knows [2] 166/7 218/12
Korean [1] 178/20
Kuwait [1] 24/14

**L**

labeling [1] 26/19
lack [2] 44/3 49/11
Ladies [1] 221/7
land [1] 47/25
large [3] 68/3 189/15 189/21
last [21] 18/2 21/23 22/4 27/2 30/4 30/7 50/16 59/7 75/10 89/15 99/9 102/4 114/16 117/20 136/15 140/12 141/4 141/8 160/18 173/1 203/1
lasts [1] 192/1
lately [2] 149/4 152/14
later [7] 13/6 50/25 95/9 102/9 125/11 134/7 219/11
latter [1] 48/2
law [144] 3/9 3/18 23/11 23/18 24/17 24/22 25/8 26/10 32/21 33/20 33/25 34/2 34/3

41/13 44/12 44/16 48/19 48/20 48/23 50/13 54/24 55/1 55/10 55/11 55/15 58/24 61/17 68/8 69/12 69/12 69/15 69/16 69/20 69/22 69/22 69/23 70/2 70/5 70/6 78/15 78/16 78/20 87/1 87/2 87/8 91/5 91/11 91/21 91/21 91/23 99/22 100/11 100/12 100/21 114/22 114/25 119/19 120/9 120/12 120/24 120/25 124/19 125/4 129/4 129/25 130/1 130/3 130/22 131/15 133/16 134/25 135/5 135/6 135/8 135/13 135/14 135/19 135/20 145/12 145/15 150/7 150/10 153/24 153/24 154/2 154/3 154/7 154/9 154/15 158/7 159/12 159/12 164/2 164/7 164/10 164/18 164/22 163/8 165/14 168/4 168/5 168/17 173/24 174/16 177/4 177/10 177/13 177/23 178/9 178/10 178/13 178/24 180/8 181/3 181/7 186/8 186/17 186/18 186/21 186/25 194/11 194/12 194/15 195/2 195/14 195/15 195/21 198/1 198/5 198/6 200/8 200/14 201/9 201/9 201/11 201/13 201/17 211/16 212/1
laws [4] 42/15 43/11 43/14 61/12
lawyer [36] 24/11 24/20 24/20 24/21 35/9 41/4 41/5 48/20 48/24 49/1 49/4 55/16 55/17 69/12 69/16 78/15 87/1 91/21 100/11 120/25 121/2 135/19 136/4 145/14 153/25 159/12 165/8 165/10 165/11 168/5 184/2 186/17 186/19 195/15 195/17 195/18
lawyers [14] 69/15 74/22 87/11 100/15 100/24 135/22 135/24 159/15 165/13 168/9 168/11 172/21 190/1 224/5
leading [1] 119/10
League [2] 129/1 134/2
lean [1] 138/3
learn [4] 124/1 133/5 162/24 211/3
learned [12] 24/21

96/15 105/12 113/3 176/17 176/24 196/23 205/21
least [7] 24/20 37/5 37/11 40/6 64/20 79/22 87/24
leave [7] 46/1 70/3 94/14 94/14 157/16 188/19 222/13
leaving [1] 80/5
left [4] 26/2 26/9 144/4 179/23
legal [1] 26/21
Legislative [1] 156/4
less [4] 40/25 124/7 133/2 152/14
lesser [3] 34/3 135/7 201/12
let [47] 3/20 6/3 9/19 16/8 30/12 31/19 38/25 42/20 47/22 53/2 53/8 67/24 68/7 79/8 84/24 95/3 95/17 96/8 103/10 104/21 105/19 111/15 126/6 127/8 129/11 129/11 132/13 133/21 140/9 145/4 145/11 148/5 161/15 163/14 169/6 171/19 174/14 177/20 181/4 181/4 190/15 202/14 203/18 209/11 210/3 224/1 224/13
let's [60] 4/11 4/20 11/21 15/18 21/9 21/19 28/17 29/24 31/18 32/19 41/21 45/6 51/22 54/11 56/10 62/25 69/2 69/19 76/8 76/18 78/3 88/2 89/2 91/4 93/6 96/25 97/12 98/2 102/18 104/7 110/7 113/21 114/20 118/20 122/3 126/18 126/20 128/6 133/15 141/12 152/4 153/13 154/6 157/9 160/14 164/1 166/19 172/20 177/2 177/6 184/12 189/10 191/18 195/13 198/9 198/21 208/18 214/18 218/3 220/2
letter [1] 70/20
level [7] 39/24 43/9 61/11 61/13 61/16 189/12 190/22
Levenson [1] 1/17
lie [1] 96/19
lieutenant [3] 119/22 119/24 120/3
life [2] 39/25 47/8
lifeline [1] 69/6
light [2] 85/3 162/5
like [156] 4/3 4/17 9/3 9/3 9/4 9/6 9/14 11/5 11/6 11/15 12/2 13/19 14/21 15/1 27/9 27/12

30/18 31/15 33/21 35/20 35/25 36/2 40/6 47/1 48/12 51/20 52/13 59/15 61/4 64/16 65/14 65/18 66/3 67/16 69/21 69/25 71/2 77/14 82/7 83/11 85/23 86/1 87/7 87/7 89/6 89/14 89/16 90/18 92/3 92/25 93/21 93/23 93/23 93/24 94/3 94/6 94/7 94/12 94/13 94/14 94/15 95/9 95/9 95/10 95/12 95/13 96/1 96/5 98/16 98/23 99/7 99/25 101/18 102/15 103/2 108/8 108/9 108/10 108/13 108/14 108/21 110/2 110/6 112/18 113/18 114/17 115/8 115/16 117/5 117/11 118/18 121/25 122/6 122/9 122/10 122/10 122/12 123/5 123/19 123/22 126/4 129/24 135/4 138/12 139/4 139/9 141/21 144/3 146/22 152/1 152/12 154/18 156/9 158/11 158/15 160/10 163/15 167/5 170/19 172/16 173/10 174/9 177/18 182/3 184/1 185/21 186/24 186/25 187/16 189/6 189/8 190/1 192/19 192/22 192/23 193/13 194/2 194/4 199/3 199/11 199/16 200/15 200/22 200/24 203/14 205/15 207/22 208/15 214/15 215/9 215/24 217/3 219/23
likely [2] 7/4 33/24
limit [1] 76/5
limited [5] 14/7 67/23 75/8 151/4 223/13
line [4] 40/22 40/24 196/20 218/17
lines [1] 52/9
lineup [1] 80/10
link [4] 89/10 89/12 223/23 223/23
links [1] 52/9
list [2] 45/6 54/11
listed [1] 29/14
listen [1] 7/25 65/6 180/12 221/10
listening [3] 125/9 138/11 190/23
little [52] 3/23 4/5 4/6 9/25 13/9 14/8 17/10 31/7 36/1 42/17 44/1 70/23 70/23 71/21 84/23 89/4 95/7 97/1 104/24 109/16 114/1 114/24 116/12 118/23 123/6 129/1 132/8

**L**

little... [25] 132/9 134/2
138/4 138/4 142/4
143/16 144/17 147/24
149/5 151/12 157/12
161/4 166/21 173/9
185/18 190/25 191/2
191/3 192/16 203/24
209/15 219/10 219/12
221/9 225/7
live [54] 8/25 18/13
18/14 28/1 28/4 42/14
45/7 45/10 45/13 45/23
62/4 63/1 63/3 63/17
64/12 64/21 66/18
66/18 69/7 70/20 82/10
82/25 84/2 100/13
103/19 103/20 107/5
107/6 107/7 110/8
110/10 110/11 110/15
119/2 124/10 128/14
128/19 129/2 143/9
143/13 143/15 156/7
175/9 175/19 175/20
182/13 193/2 199/1
208/19 208/20 208/23
214/19 214/20 215/9
lived [5] 61/25 70/15
70/21 106/23 113/6
lives [4] 17/23 121/2
124/10 222/23
living [13] 10/24 43/1
50/18 59/10 64/16
66/19 105/25 106/2
107/10 128/11 155/6
206/24 213/15
lobbied [1] 60/14
lobbying [4] 59/25
61/10 61/14 61/15
lobbyist [2] 60/15
60/16
local [9] 12/12 12/14
13/20 13/25 15/1 27/14
119/3 134/25 152/23
logical [1] 114/18
London [2] 49/21
186/24
long [26] 17/15 24/3
41/5 55/4 59/1 59/3
59/5 61/25 63/6 70/15
70/21 75/18 76/8 78/10
102/3 106/23 133/20
169/3 173/14 179/21
181/9 198/13 208/7
219/8 219/9 222/12
longtime [1] 164/14
look [58] 5/5 6/4 14/14
39/2 40/3 53/14 53/19
93/20 96/10 112/17
126/5 129/9 130/14
131/5 133/12 140/16
141/3 151/8 162/7
170/16 171/22 173/5
183/11 193/17 198/2
223/19 223/20 224/25
look-back [1] 170/16
looked [3] 9/14 12/5
108/24

looking [4] 26/6
41/19 41/20 130/24
170/17 182/4 182/12
193/11 202/12 226/5
looks [5] 51/20 82/7
110/6 182/3 189/8
Lorena [1] 196/21
Los [1] 1/19
lot [33] 10/2 13/11
13/20 14/24 15/6 26/18
30/8 35/1 38/15 44/2
48/11 61/4 65/5 65/8
70/23 72/13 75/18
77/11 79/9 93/12 93/22
112/3 112/12 114/4
117/15 123/12 123/12
132/13 161/9 192/19
199/5 199/16 199/17
lots [3] 38/14 111/12
129/2
Louisiana [1] 61/19
loved [1] 223/9
lucky [1] 222/7
lunch [2] 37/4 133/10
202/11

**M**

ma'am [47] 4/12 8/6
21/11 29/5 39/17 76/10
81/16 88/19 89/5 92/14
92/22 96/22 97/15
99/19 101/9 101/12
104/4 104/13 107/15
109/24 113/10 113/13
116/21 118/9 121/20
125/20 141/15 145/12
148/5 149/12 149/18
150/17 151/20 156/22
184/5 187/8 187/10
188/17 188/19 189/1
191/7 191/12 198/10
201/24 208/3 208/14
214/3
Machnicki [1] 2/2
mad [1] 71/6
made [5] 42/16 65/13
97/2 123/7 123/24
magazine [1] 74/23
mail [1] 70/20
Main [2] 2/3 180/23
mainly [3] 35/21
129/21 189/16
major [3] 27/14 88/12
205/17
majority [2] 7/3 80/25
make [20] 3/15 25/7
45/18 66/12 93/8
105/19 115/18 122/24
126/6 126/15 140/19
154/24 163/6 182/5
194/3 206/7 210/19
220/19 225/7 225/20
makes [4] 31/16 70/1
72/13 94/6
making [3] 14/16 29/1
203/16
mall [1] 82/17
man [2] 88/11 145/25

management [1] 10/25
manager [2] 161/13
161/15
many [11] 5/14 8/22
15/3 16/12 21/22 30/1
30/10 47/14 54/3 77/14
112/5
marina [1] 2/6
Marine [1] 69/6
Marines [1] 165/3
Market [1] 94/21
married [2] 24/10 26/2
Maryland [1] 70/2
mask [38] 4/17 8/13
11/15 21/13 29/7 41/25
51/15 56/14 62/18
76/12 82/5 88/22 92/25
97/18 101/17 104/15
107/23 110/1 113/17
118/17 121/24 126/4
126/4 141/21 151/25
157/5 160/9 166/16
172/15 173/5 184/8
187/15 189/6 191/15
198/17 202/7 208/14
214/14
masked [1] 190/4
mass [1] 157/17
Massachusetts [1]
175/12
matter [2] 170/17
227/4
matters [2] 41/17
225/8
may [37] 5/14 8/22
9/11 9/12 9/13 14/6
21/23 24/21 30/1 47/15
48/1 50/5 54/2 73/8
74/2 84/25 88/12
110/14 128/3 151/12
157/5 160/18 162/16
171/24 183/4 185/25
202/18 206/4 211/12
215/18 215/25 216/6
221/10 223/20 223/21
225/10 227/7
maybe [27] 5/16 5/18
6/25 7/5 14/1 17/15
24/14 30/10 47/7 63/24
88/12 89/24 99/6
122/15 124/2 154/18
168/13 172/18 176/8
179/10 181/3 184/11
186/7 190/25 191/2
191/3 226/1
MBA [1] 186/23
me [122] 3/20 3/24
4/19 4/21 5/1 6/3 8/4
9/6 9/19 16/7 16/8 20/3
23/22 23/24 28/13
30/12 30/13 31/16
31/19 32/8 36/13 38/16
38/19 38/20 38/22
38/25 41/6 42/20 42/21
44/5 46/15 47/22 51/10
52/3 53/8 53/15 55/11
56/22 62/14 65/9 65/9

69/25 76/23 84/24 87/2
88/15 93/22 93/24 94/6
94/15 95/3 95/17 96/6
96/8 99/20 102/15
103/10 104/2 104/21
105/19 107/13 109/19
111/15 112/15 113/7
116/8 120/24 121/2
123/5 123/7 123/7
123/7 123/19 123/22
123/22 123/24 126/6
127/8 129/11 129/11
132/13 133/21 138/19
139/6 139/16 140/6
140/9 141/11 142/23
145/3 145/4 145/11
148/5 151/12 154/16
161/15 163/14 169/6
171/18 171/19 174/14
177/20 180/1 183/2
183/7 183/9 185/11
188/11 190/13 196/10
202/14 203/16 203/18
209/11 210/3 214/13
222/10 225/11
mean [75] 3/24 8/23
8/24 9/2 9/2 9/23 10/1
11/3 14/12 14/22 15/2
16/5 17/23 18/22 19/11
20/1 21/24 31/14 31/15
31/25 36/19 36/20
36/22 37/1 37/14 38/12
38/22 38/25 40/4 41/3
49/19 50/9 50/12 53/12
56/5 63/18 73/18 83/20
84/1 85/4 86/23 93/19
94/2 94/7 94/11 95/13
96/8 99/7 105/7 108/8
114/3 114/14 117/17
118/25 119/10 131/2
131/13 131/24 134/7
139/15 146/9 148/25
151/8 158/14 163/9
166/22 179/7 180/16
180/22 182/5 192/6
194/1 199/16 212/14
213/6
meaning [1] 218/10
means [8] 12/3 13/7
15/7 36/21 36/22
144/23 180/7 223/1
meant [1] 71/22
measure [1] 73/17
measured [1] 72/9
measures [1] 45/17
measuring [1] 41/7
mechanical [1] 2/12
media [48] 5/18 7/5
12/7 18/4 22/6 47/12
51/24 56/25 57/9 57/15
64/2 65/1 65/9 66/24
76/19 77/24 83/6 83/8
84/5 85/9 89/3 90/1
96/5 96/10 98/22 105/2
105/12 113/23 114/11
118/21 119/1 152/5
157/11 157/11 158/12

69/25 76/23 84/24 87/2
88/15 93/93 94/2 87/2
88/15 95/3 95/17 96/6
96/8 99/20 102/15
103/10 104/12 104/21
105/19 107/13 109/19
111/15 112/15 113/7
116/8 120/24 121/2
123/5 123/7 123/7
123/7 123/19 123/22
123/22 123/24 126/6
127/8 129/11 129/11
132/13 133/21 138/19
139/6 139/16 140/6
140/9 141/11 142/23
145/3 145/4 145/11
148/5 151/12 154/16
161/15 163/14 169/6
171/18 171/19 174/14
177/20 180/1 183/2
183/7 183/9 185/11
188/11 190/13 196/10
202/14 203/16 203/18
209/11 210/3 214/13
222/10 225/11
medical [6] 101/24
102/19 104/9 157/21
207/24 217/21
MedStar [1] 207/3
meet [11] 6/14 39/9
40/21 41/18 44/8 44/25
68/20 145/2 175/4
183/15 217/9
meeting [2] 173/3
173/7
meetings [6] 126/24
127/5 127/8 127/9
127/11 188/11
MEHTA [3] 1/10 73/2
97/9
member [45] 12/6 13/6
15/18 15/25 23/1 23/18
34/22 35/8 48/19 56/24
58/22 58/24 69/11
70/11 78/4 78/14 78/23
86/12 91/20 99/17
100/10 100/17 116/4
119/19 119/19 120/16
124/16 129/5 130/5
130/6 135/18 136/9
154/13 154/15 159/2
159/11 164/21 164/25
165/7 168/4 168/20
178/10 179/2 186/16
196/22
members [20] 18/17
19/2 23/5 32/20 36/14
49/14 72/20 73/10
91/15 129/13 133/23
134/19 134/20 145/12
153/14 164/2 165/4
177/4 182/20 212/1
men [1] 52/24
mentioned [18] 6/24
13/15 18/3 23/19 27/3
36/7 49/10 50/16 54/25
74/12 75/11 75/10 112/2
117/20 135/1 137/16
169/23 176/7
mentor [1] 35/3
mentors [1] 35/1
mere [1] 131/20
Merit [1] 2/7
met [8] 22/21 23/7 26/1
145/7 164/8 167/24
195/5 200/4
Metro [1] 19/6 95/11
Metropolitan [7] 18/20
71/1 71/3 134/20
169/10 177/22 180/10
microphone [2] 42/18
138/4
mid [1] 63/8
middle [1] 173/17
might [29] 13/5 15/10
30/19 35/23 46/23 55/9
55/11 79/14 85/25
100/25 115/18 133/19

**might...** [17] 136/22
149/12 151/17 154/24
154/24 160/14 169/6
169/15 174/25 176/24
178/15 179/12 187/23
188/2 188/4 201/17
203/4
**mile** [8] 45/10 110/17
175/13 208/25 209/1
214/23 214/24 215/11
**miles** [4] 18/15 28/5
156/9 182/14
**military** [13] 35/1 35/2
91/18 99/23 100/1
100/4 100/6 115/3
115/7 124/20 124/21
159/7 178/22
**millions** [1] 100/14
**mind** [7] 15/14 38/6
53/9 84/17 88/6 163/5
171/11
**minded** [4] 93/12 93/16
114/15 114/18
**mindful** [2] 28/17
222/25
**mine** [3] 70/19 85/19
162/2
**mine's** [1] 69/5
**minimum** [1] 197/5
**minutes** [5] 95/9 97/1
103/20 219/19 219/19
**minutes'** [1] 226/9
**Mirell** [2] 1/17 3/5
**misconduct** [1] 180/22
**misdemeanor** [1]
169/1
**misheard** [1] 151/15
**misplaced** [2] 202/10
202/12
**misread** [1] 208/11
**mobilization** [1] 59/17
**mobilized** [1] 134/7
**mom** [4] 78/17 142/8
142/20 200/14
**mom's** [2] 203/11
203/15
**moment** [3] 39/16
119/8 177/6
**moments** [1] 169/24
**money** [2] 70/1 95/14
**Monroe** [40] 2/2 2/3
3/12 3/20 7/7 8/5 11/8
18/10 29/4 36/11 39/15
39/18 50/22 61/24
75/24 79/20 87/16
92/11 101/7 106/12
109/8 118/6 118/8
121/9 125/7 125/12
138/6 140/21 150/15
155/18 159/24 166/3
170/7 179/18 183/6
187/6 196/1 221/4
225/22 226/13
**month** [2] 59/12 192/2
**months** [6] 17/15 99/9
102/15 119/10 152/13
168/14

**more** [51] 4/5 6/6 7/4
12/23 17/11 22/5 28/7
31/15 37/2 37/3 37/4
37/11 37/23 38/2 38/18
38/21 40/25 48/2 63/24
65/8 68/7 70/1 72/10
75/16 80/11 80/20
92/17 98/12 106/13
114/4 117/18 119/6
125/11 153/11 157/13
161/16 163/12 163/14
170/13 177/17 181/8
183/14 189/24 200/23
206/3 207/22 219/12
219/18 220/19 223/7
223/8
**morning** [12] 98/6
101/25 142/10 170/6
218/2 219/12 222/18
224/4 224/17 224/18
225/1 226/8
**most** [10] 7/4 22/8 51/5
70/14 90/2 98/23
100/23 122/6 156/2
200/15
**mostly** [8] 65/4 126/23
155/11 174/4 174/8
176/12 176/13 199/11
**mother** [12] 129/4
129/25 130/1 130/3
130/22 130/22 142/13
142/18 148/11 148/13
149/19 149/23
**motion** [3] 139/24
197/7 198/8
**Mount** [3] 28/4 45/22
45/23
**mouth** [2] 49/25 71/19
**mouthful** [1] 194/24
**move** [13] 25/13 42/17
45/6 54/11 102/18
140/1 144/4 150/21
218/4 219/20 223/1
224/12 224/19
**moved** [6] 25/14 25/15
25/23 26/9 62/3 197/2
**moving** [6] 27/2 74/10
115/9 117/6 221/11
221/12
**MPD** [7] 16/16 19/2
19/4 136/23 178/7
181/3 201/3
**Mr** [1] 211/11
**Mr.** [86] 3/12 3/17 3/20
6/9 7/7 7/18 8/5 8/6
11/8 11/11 18/10 19/23
20/6 28/15 29/4 36/11
39/15 39/18 50/22
51/11 61/24 62/10
75/24 76/3 79/20 81/22
87/16 88/3 88/17 92/11
92/14 98/4 101/7
101/10 104/5 106/12
107/15 109/8 109/22
118/6 118/8 118/9
121/9 121/19 125/7
125/9 125/12 125/21

139/23 140/21 140/24
150/15 150/18 155/18
156/23 159/24 160/1
166/3 166/6 170/8
172/8 173/4 173/7
179/18 183/4 183/6
187/6 187/9 196/1
196/3 201/25 207/20
214/1 214/3 217/18
221/4 221/10 224/1
224/13 224/16 224/21
225/22 226/13
**Mr. Alpert** [1] 3/17
**Mr. Douyon** [35] 8/6
11/11 20/6 28/15 51/11
62/10 76/3 81/22 88/17
92/14 101/10 104/5
107/15 109/22 118/9
121/19 125/21 139/23
150/18 156/23 160/1
166/6 172/8 183/4
187/9 196/3 201/25
207/20 214/3 217/18
221/10 224/1 224/13
224/16 224/21
**Mr. Kelly** [2] 173/4
173/7
**Mr. Monroe** [37] 3/12
3/20 7/7 8/5 11/8 18/10
29/4 36/11 39/15 39/18
50/22 61/24 75/24
79/20 87/16 92/11
101/7 106/12 109/8
118/6 118/8 121/9
125/7 125/12 138/6
140/21 150/15 155/18
159/24 166/3 179/18
183/6 187/6 196/1
221/4 225/22 226/13
**Mr. Webster** [10] 7/18
19/23 88/3 98/4 125/9
138/10 138/19 140/24
170/8 214/1
**Mr. Webster's** [1] 6/9
**Ms** [1] 103/18
**Ms.** [1] 3/5
**Ms. Mirell** [1] 3/5
**MSNBC** [4] 77/25
83/20 199/11 205/18
**MT** [2] 165/24 165/25
**much** [65] 8/6 11/11
13/7 14/2 14/20 15/2
18/9 19/5 20/3 22/5
28/13 48/2 50/21 56/3
62/8 62/9 72/10 75/8
76/3 76/21 78/1 81/23
88/16 95/5 98/21 98/25
101/9 107/12 109/21
113/10 113/12 113/22
118/5 119/11 121/17
122/4 124/6 124/9
125/19 138/1 144/1
144/2 146/6 150/17
152/14 156/3 156/23
158/15 160/1 166/5
166/23 171/17 182/4
187/9 191/8 192/22

207/20 214/3 218/2
219/25 222/12 224/24
**mugged** [4] 70/17
179/8 179/9 179/10
**multiple** [5] 16/5 42/5
112/19 146/1 184/2
**museums** [2] 82/14
82/16
**musical** [2] 221/9
221/9
**Muslim** [2] 203/11
203/14
**must** [1] 98/5
**my** [151] 9/19 12/1
14/13 14/15 14/23
15/20 15/21 17/18
20/10 23/7 23/10 23/10
23/13 23/14 23/25
24/13 26/1 26/16 26/17
27/2 32/22 32/23 33/5
35/1 35/10 35/16 37/10
37/13 39/20 40/22
43/17 43/23 46/11 47/1
48/22 50/16 52/8 53/6
53/17 54/2 54/14 55/1
55/16 58/24 63/24
69/14 69/14 70/14
72/15 78/6 78/17 84/3
85/22 86/15 87/3 87/7
91/17 95/10 98/6 99/7
99/22 99/22 100/7
100/16 106/16 111/6
112/13 113/6 115/2
117/18 119/22 119/22
120/20 121/1 124/19
126/25 128/3 129/4
129/4 129/21 130/1
133/2 133/12 138/18
139/17 142/8 142/19
142/20 143/5 145/5
145/19 147/24 148/13
148/14 153/15 153/16
154/2 155/25 159/4
159/5 159/8 159/9
159/14 160/16 160/18
164/4 165/2 165/10
165/15 175/12 177/9
178/20 179/7 179/7
179/8 179/8 179/9
180/2 180/2 182/11
182/11 182/25 183/12
183/14 183/22 184/1
184/15 185/9 186/19
189/16 189/17 192/23
195/17 195/17 198/3
200/14 200/20 200/22
203/10 203/11 203/13
203/15 204/6 209/9
212/4 215/21 215/22
219/19 222/10 222/21
226/2
**My husband's** [1]
23/14
**myself** [12] 5/7 29/2
37/25 96/3 106/5
108/24 142/14 148/14
161/8 168/25 198/7

**name** [2] 17/17 173/1
**named** [1] 201/1
**Nape** [2] 196/21 197/3
**narrative** [1] 87/22
**narrow** [1] 133/21
**national** [6] 12/13
13/20 18/8 74/19 137/9
137/9
**Nations** [1] 49/1
**native** [1] 106/24
**natural** [2] 38/4 137/7
**naturalized** [1] 26/4
**nature** [1] 223/12
**Navy** [9] 23/14 86/16
86/19 100/8 116/3
120/21 153/21 165/3
165/3
**NBC** [1] 205/17
**near** [21] 45/8 63/1
63/4 82/10 82/14 82/15
82/19 103/21 110/8
128/12 128/14 128/19
143/13 175/9 175/19
175/20 208/19 208/20
214/19 214/19 214/20
**necessarily** [3] 80/13
101/23 131/23
**need** [6] 94/1 102/20
180/18 183/9 188/2
219/15
**negative** [6] 47/5 47/7
49/13 49/15 136/23
162/5
**negatives** [1] 45/4
**neighbor** [2] 200/22
212/4
**neighbor's** [3] 200/21
212/10 212/17
**neighborhood** [5]
13/10 28/6 45/21
214/25 215/22
**neighbors** [3] 14/1
17/18 17/22
**neither** [1] 171/14
**nephew** [2] 115/2
117/4
**nephews** [1] 115/6
115/22
**network** [1] 205/8
**networks** [6] 83/18
205/8 205/16 205/17
209/20 216/16
**neurology** [1] 102/14
**neutral** [1] 17/24
**never** [4] 19/13 26/6
26/7 80/24
**nevertheless** [2]
222/19 222/23
**new** [13] 1/22 24/4
30/18 59/11 61/19
89/25 119/1 152/22
158/14 160/17 160/19
165/21 215/9
**New Jersey** [1] 215/9
**New York** [7] 24/4

**N**

New York... [6] 30/18 61/19 89/25 119/1 152/22 158/14
**news [135]** 5/17 5/24 7/1 8/25 9/1 9/4 9/10 9/11 12/25 12/25 13/16 14/18 14/20 15/9 17/24 18/5 21/25 27/4 27/6 27/9 27/14 27/14 30/3 30/9 30/14 30/16 30/21 47/14 48/7 48/10 48/12 51/23 51/25 52/3 52/17 54/22 56/25 57/14 57/15 57/20 57/23 58/14 59/15 65/1 65/5 65/16 65/19 65/24 66/7 75/13 75/17 75/18 76/22 76/25 77/4 77/7 77/11 77/14 77/23 77/24 83/11 83/14 83/17 83/23 83/25 84/3 84/8 84/8 89/3 89/22 89/24 96/10 98/7 98/11 99/4 99/11 103/5 105/1 105/5 105/7 108/9 108/14 108/16 108/17 108/17 108/25 114/3 114/11 117/21 117/23 118/1 118/25 119/3 119/5 119/7 122/7 122/12 143/17 143/18 143/21 152/10 152/17 152/23 157/19 161/7 161/7 161/17 166/22 167/2 176/7 176/8 176/10 185/21 192/16 192/17 192/20 192/22 193/14 193/16 198/25 199/8 199/14 199/18 199/18 205/6 205/7 205/16 209/8 209/17 209/18 209/24 216/13 216/17 223/19 223/20
**newsfeed [3]** 47/25 48/5 167/6
**NewsHour [1]** 209/21
**newspaper [3]** 166/23 176/2 176/7
**newspapers [2]** 65/4 75/22
**Newsweek [1]** 48/13
**Newswires [2]** 165/24 165/25
**next [22]** 4/11 20/9 21/9 41/21 56/10 76/8 97/12 113/25 141/12 150/20 151/19 160/13 180/25 187/24 198/9 200/20 212/4 215/4 219/1 219/15 221/8 223/11
**next-door [2]** 200/20 212/4
**Nielsen [1]** 1/21
**night [2]** 13/6 70/20
**nightly [1]** 89/24
**nine [4]** 99/9 110/10

**no [262]**
**No. [1]** 221/22
**No. 6 [1]** 221/22
**nobody [2]** 41/5 124/7
**non [1]** 43/20
**non-citizen [1]** 43/20
**none [5]** 5/20 44/5 101/2 162/10 222/17
**nonprofit [1]** 106/9
**normal [1]** 119/1
**north [5]** 14/24 18/15 45/10 120/1 120/2
**North Carolina [3]** 14/24 120/1 120/2
**Northeast [1]** 63/4
**Northern [1]** 196/24
**Northwest [3]** 28/5 103/21 175/12
**Norton [1]** 17/21
**not [222]** 3/13 3/17 3/24 5/20 5/23 5/23 6/16 7/12 9/8 9/9 9/25 10/4 10/4 10/19 10/20 12/2 14/1 15/6 16/9 16/17 19/5 19/14 19/16 20/20 21/3 22/21 22/23 23/15 24/13 26/21 26/25 28/6 28/6 28/20 30/13 31/9 31/14 31/16 33/11 33/13 34/15 35/5 37/11 37/17 38/14 39/16 39/20 40/3 40/14 40/16 40/22 41/2 41/8 41/8 41/11 42/9 43/2 43/11 44/25 49/16 50/1 50/10 51/25 51/25 51/25 53/10 53/11 55/23 57/21 58/10 58/11 60/15 60/15 60/23 60/24 65/18 65/19 65/21 66/11 66/12 66/20 67/14 67/25 68/21 68/22 70/8 71/4 72/6 72/24 73/20 77/6 77/8 78/21 80/12 80/16 81/8 81/9 81/11 82/17 82/17 83/3 86/22 88/12 90/13 90/15 90/21 90/24 91/1 91/2 91/12 92/5 95/14 96/11 96/18 98/13 100/15 101/23 103/8 105/6 105/8 107/10 107/11 108/9 108/10 108/16 108/18 110/12 110/14 112/6 112/7 113/25 117/3 119/8 119/11 121/5 123/19 125/14 126/8 128/3 128/16 130/8 130/9 131/23 132/3 132/5 132/20 132/21 134/6 134/7 134/15 134/17 135/7 136/5 136/22 138/20 139/4 139/15 140/17 140/19 141/4 142/23 145/2 145/3 145/8
**Not close [1]** 156/10
**not-guilty [11]** 22/23 91/1 132/5 134/15 134/17 140/17 145/3 145/8 167/25 195/6 211/23
**note [3]** 102/19 113/24 197/16
**notecard [1]** 108/1
**noted [1]** 183/25
**notes [1]** 109/9
**nothing [11]** 18/9 19/8 27/17 61/22 71/11 93/13 98/15 123/22 185/23 193/15 213/23
**notwithstanding [8]** 10/6 67/1 135/14 163/17 164/13 164/13 211/11 216/20
**November [2]** 89/15 89/17
**now [51]** 12/22 24/3 24/18 25/16 28/7 32/20 36/17 40/8 43/18 51/8 52/16 65/24 69/6 69/25 70/22 75/4 75/7 76/7 80/20 81/3 88/1 100/2 100/3 103/7 106/13 107/1 110/13 112/9 119/10 120/22 125/11 138/17 142/8 148/20 148/22 150/2 151/1 159/20 162/24 170/13 173/23 182/22 196/14 211/3 212/24 219/14 221/14 221/15 223/6 223/9 224/3
**nowhere [1]** 103/21
**NPR [4]** 13/20 13/20 18/3 210/2
**NSA [1]** 40/16
**nuclear [1]** 137/9
**number [15]** 25/23 70/22 87/4 100/14 126/6 142/24 151/6 151/16 160/11 166/8 172/17 179/8 202/25 215/19/16

**numbers [8]** 29/14 126/6 126/7 126/8 126/9 141/24 220/18 222/7
**NW [3]** 1/14 1/22 2/9
**NY [1]** 2/4
**NYU [1]** 48/23

**O**

**oath [1]** 181/6
**objected [1]** 196/12
**objection [9]** 55/21 55/24 140/10 183/24 188/14 207/23 208/1 217/20 217/22
**objections [4]** 191/4 204/13 225/13 225/20
**objectively [1]** 32/15
**obligated [1]** 197/18
**obligations [1]** 192/11
**observation [1]** 29/1
**observe [2]** 64/1 111/10
**observed [7]** 45/24 53/3 54/6 56/6 63/14 64/3 209/7
**observer [1]** 53/20
**obstruct [1]** 72/17
**obstructing [1]** 73/18
**obtain [1]** 197/24
**obvious [3]** 18/3 53/2 56/5
**obviously [14]** 50/3 64/11 87/20 111/12 120/9 120/22 161/7 162/8 174/15 176/17 180/1 182/3 223/9 226/8
**occasionally [1]** 40/8
**occupation [1]** 12/6
**occupied [1]** 223/10
**occurred [3]** 50/8 105/1 152/11
**off [14]** 17/17 29/7 45/18 88/22 89/17 92/25 97/18 101/17 104/15 107/23 110/1 110/11 122/9 189/6
**offense [2]** 31/24 131/20
**offenses [3]** 86/6 90/7 206/8
**offer [2]** 160/17 183/22
**office [48]** 1/13 1/17 16/19 26/25 27/24 36/18 37/3 37/20 39/22 48/20 69/13 71/9 71/10 78/16 85/24 87/2 91/22 100/12 112/10 120/25 127/1 128/21 135/20 136/23 147/15 147/16 147/17 155/8 159/13 165/9 172/25 173/11 173/13 173/21 174/20 175/12 175/15 177/21 179/22 180/9 181/5 186/18 195/15 196/8

**number [1]** 196/25 197/2 200/24
**officer [31]** 31/21 43/19 50/1 55/5 55/8 55/9 67/13 72/8 72/17 72/17 73/3 73/10 73/16 115/11 115/13 115/18 115/7 135/9 135/13 154/17 164/14 164/17 164/18 164/19 164/21 169/11 178/13 178/14 186/11 186/12 201/11
**officer's [1]** 34/2 115/19 154/25
**officers [7]** 33/2 72/18 135/7 164/11 177/21 178/7 182/23
**official [2]** 2/8 178/9
**often [4]** 19/16 36/13 75/20 117/18
**oh [27]** 8/23 12/17 12/22 21/24 27/8 35/17 36/10 36/22 49/18 59/3 62/16 63/8 69/5 75/15 86/21 106/6 115/21 125/21 145/22 150/14 187/23 188/21 188/23 215/2 220/14 225/18 226/12
**oil [1]** 66/1
**okay [346]**
**Oklahoma [1]** 61/19
**old [5]** 15/21 70/23 75/23 79/6 93/19
**once [11]** 12/23 36/23 168/13 180/1 186/10 194/2 209/8 218/11 218/18 220/15 226/8
**one [73]** 3/18 6/21 12/1 13/15 15/21 16/12 17/1 18/3 29/14 34/1 35/1 37/11 46/11 46/22 47/1 49/22 50/2 59/9 61/8 65/15 67/9 67/14 69/15 69/15 69/16 70/17 70/19 71/20 81/1 81/4 81/8 88/1 91/17 92/17 100/8 104/20 108/19 111/5 115/2 115/7 115/23 116/1 116/2 116/3 120/21 120/21 121/1 133/25 136/3 142/19 142/25 153/21 153/21 158/1 160/19 165/18 177/9 180/4 182/6 186/7 190/1 196/14 197/7 197/7 203/1 204/19 213/6 216/1 218/19 218/21 218/22 220/19 225/9
**ones [5]** 124/24 124/25 176/11 205/18 223/9
**online [2]** 205/9 219/23
**only [9]** 5/16 29/20 38/4 43/9 90/10 93/19 100/15 148/13 202/24
**onus [1]** 43/12
**open [6]** 93/12 93/16

**O**

open... [4] 114/15 114/18 192/4 220/22
open-minded [4] 93/12 93/16 114/15 114/18
opened [1] 42/12
opening [7] 224/20 225/11 225/17 225/19 225/20 226/10 226/11
operating [1] 169/1
opinion [3] 17/25 80/19 109/11
opinions [15] 31/5 47/4 84/21 85/3 85/4 85/12 86/4 108/19 132/10 161/20 161/22 162/7 162/15 162/16 171/24
opportunity [1] 223/15
opposed [6] 17/25 37/25 39/5 80/15 163/10 206/4
ordinary [1] 192/11
organizations [1] 106/10
original [1] 193/11
orthopedic [1] 158/3
other [53] 5/11 12/19 13/17 14/3 18/2 23/19 28/21 34/18 34/18 43/19 52/17 53/19 56/21 69/8 69/15 72/9 72/18 73/24 77/23 81/8 84/2 99/25 107/7 111/11 116/3 119/7 120/21 133/3 134/25 135/2 135/3 135/14 142/14 143/7 143/8 149/11 176/8 178/15 181/4 188/10 190/2 190/3 192/7 196/14 200/22 205/12 205/12 205/18 213/4 213/7 218/3 224/13 224/21
others [5] 5/18 6/6 48/12 100/17 112/5
otherwise [5] 28/18 36/21 86/9 96/11 158/13
our [19] 4/11 4/25 5/6 13/24 19/14 21/9 26/20 62/23 72/4 92/18 97/12 128/22 128/23 138/25 189/11 211/1 222/8 222/16 226/2
ourselves [1] 104/8
out [77] 5/23 5/24 8/7 9/8 11/12 14/25 20/6 22/6 28/16 28/23 30/14 43/23 47/23 51/12 52/1 52/23 57/20 62/10 65/19 67/13 68/9 73/11 76/4 77/7 78/7 78/18 80/10 81/23 83/23 88/17 92/15 98/2 99/4 101/10 102/20 104/5 107/16 109/22 114/7 115/9 118/9 119/11

131/21 139/13 139/23 141/6 144/9 150/18 151/5 156/11 156/23 160/2 166/6 167/2 167/11 172/8 182/16 183/5 187/9 188/3 194/6 196/4 198/6 198/6 199/14 201/25 206/9 207/21 210/13 214/4 217/18 218/16 220/10 224/11
outlets [2] 161/7 193/14
outside [6] 55/3 77/18 113/3 113/3 215/18 224/10
over [23] 8/22 14/21 16/6 30/1 42/21 70/22 82/14 102/10 111/5 112/13 113/6 119/11 131/7 132/1 136/14 137/11 138/18 144/1 145/5 169/10 171/13 178/25 218/3
overhear [1] 224/11
overheard [1] 224/14
overlap [1] 218/13
overnight [1] 223/24
overseas [1] 38/20
oversight [1] 137/11
own [6] 19/6 81/6 87/20 138/25 162/9 181/5

**P**

P-o-l-i-c-h-e-m-i [1] 196/17
P.C [1] 2/3
p.m [6] 1/6 97/7 97/7 219/4 219/4 226/19
PA [1] 157/22
page [1] 47/25
paid [1] 71/6
pain [1] 71/6
painstaking [1] 66/3
palpitations [1] 148/18
pandemic [2] 45/16 117/9
panel [4] 56/21 196/9 218/9 219/17
panels [1] 183/14
paper [1] 29/10
paperwork [1] 121/10
paralegal [4] 78/18 87/3 154/3 154/10
PARCC [1] 4/25
parentheticals [2] 172/19 191/19
parents [3] 87/7 129/2 203/19
parents' [2] 14/23 204/10
park [5] 63/4 169/12 169/13 175/20 215/21
parks [1] 137/9
part [16] 12/18 17/20 19/15 37/5 42/23 42/23

139/10 162/24 184/23 184/24 185/2 212/4 222/8
partial [1] 174/15
partiality [1] 174/25
partially [1] 174/25
participant [7] 11/22 46/6 128/7 184/13 185/8 185/12 215/5
participants [2] 80/2 182/6
participate [1] 188/11
participated [1] 144/7
participating [1] 224/5
particular [11] 14/2 20/20 27/15 70/5 98/3 106/7 130/25 156/16 180/12 197/12 210/13
particularly [7] 16/17 28/19 65/10 81/18 87/25 147/9 223/22
parties [2] 172/23 196/23
parties' [1] 224/19
partner [1] 165/24
pass [3] 43/14 44/15 178/25
passed [1] 43/11
passing [3] 43/20 50/2 117/21
past [5] 14/21 19/7 155/12 178/6 219/9
patience [3] 198/12 208/6 222/11
patient [2] 219/12 219/20
pause [4] 220/1 220/4 220/16 221/5
paused [2] 144/17 163/4
pay [1] 176/3
paying [3] 80/11 122/11 190/24
PBS [4] 57/16 118/2 209/21 209/24
peaceful [1] 81/1
Penn [1] 82/19
Pennsylvania [1] 110/11
people [59] 5/8 7/13 13/11 14/3 16/5 31/9 40/14 60/17 61/5 64/5 64/7 65/16 77/14 79/3 80/4 80/13 80/23 85/12 85/20 112/7 112/12 112/19 112/20 117/11 122/6 122/18 122/19 123/12 124/10 124/13 129/15 130/15 130/21 131/5 135/5 135/14 140/23 144/7 150/8 155/23 156/5 162/7 162/8 172/21 176/15 177/6 179/6 182/9 188/11 189/22 190/3 192/19 193/12 193/18 201/8 201/17 203/14

percent [2] 50/10 128/22
percipient [1] 56/7
peremptories [2] 218/8 218/11
peremptory [6] 197/8 197/18 197/22 218/5 218/7 218/14
performers [2] 46/11 47/1
performing [2] 72/18 222/24
perhaps [7] 124/17 133/7 133/22 163/1 164/8 167/14 211/4
period [6] 23/11 24/10 83/11 83/14 115/8 123/3
permanent [2] 17/20 70/3
person [31] 4/4 34/3 34/15 54/18 57/2 65/18 80/8 80/9 80/15 80/17 93/9 100/16 122/20 123/4 124/14 124/14 135/8 144/21 146/6 146/9 147/21 147/21 158/1 158/7 164/21 178/10 182/3 186/12 190/4 196/10 201/12
personal [22] 19/2 19/8 37/4 38/1 38/7 49/15 49/16 78/4 81/6 105/9 112/15 124/17 132/1 138/12 138/24 138/25 139/1 139/12 140/2 140/23 155/22 177/8
personal-professional [1] 38/7
personally [12] 57/2 93/22 93/25 94/2 95/5 95/17 112/13 113/7 114/22 123/19 123/21 129/15
persons [1] 200/9
perspective [2] 43/17 93/20
petition [1] 197/10
Philadelphia [1] 55/3
phone [1] 220/6
phrasing [1] 163/12
physical [3] 15/22 109/13 154/14
physically [8] 11/23 13/3 40/6 46/6 54/13 128/8 184/13 215/5
physician [1] 157/22
pick [2] 80/10 220/5
piece [1] 17/25
pilot [2] 116/3 116/3
Pittsburgh [1] 137/22
place [11] 25/12 31/6 67/14 70/23 77/2 82/13 84/22 108/11 112/1 145/24 146/23
Plaintiff [1] 1/4

planet [1] 226/2
plants [1] 74/25
platform [1] 161/13
played [1] 14/25
players [1] 129/2
plea [1] 170/1
Pleasant [1] 28/4
please [15] 3/4 92/20 97/10 122/5 137/18 152/8 219/6 221/10 222/10 223/22 224/1 224/12 224/13 224/21 225/5
plus [3] 14/21 21/23 223/11
PO [1] 2/4
point [7] 20/11 26/2 68/10 140/15 223/7 224/3 224/9
pointed [1] 139/12
police [42] 18/20 19/6 31/16 31/21 38/18 38/19 43/19 54/15 54/16 55/4 55/8 55/9 64/21 64/22 67/12 67/23 71/2 71/3 71/9 72/8 72/16 111/11 115/11 115/13 115/18 115/19 117/5 120/4 133/24 134/20 154/17 164/5 164/14 164/21 169/10 169/12 169/13 177/22 180/10 186/11 186/12 200/15
policeman [1] 67/9
Polichemi [1] 196/16
policies [4] 88/5 124/3 133/7 211/5
policy [6] 24/3 26/11 26/13 26/17 26/21 26/24
political [9] 6/5 10/7 60/4 72/10 87/20 88/11 88/12 211/1 211/1
Politico [6] 161/6 161/10 161/13 161/16 161/17 161/17
politics [3] 85/19 124/3 132/14
popped [1] 103/8
Porter [2] 36/9 173/25
pose [1] 74/5
position [8] 27/23 37/22 60/2 94/8 94/9 94/10 94/11 197/5
positive [1] 47/4
possible [2] 20/15 223/3
Possibly [1] 102/5
Post [12] 18/7 48/12 48/16 89/25 118/4 119/2 152/23 167/7 176/8 176/9 205/9 205/12
posting [1] 193/12
potential [6] 50/7 56/21 56/23 88/2 183/21 196/22

**P**

**potentially [2]** 160/13 197/23
**practice [10]** 24/17 100/21 154/7 159/15 159/16 159/20 165/14 168/17 186/21 195/21
**practiced [4]** 24/2 24/3 26/6 26/10
**practices [1]** 24/18
**practicing [2]** 26/7 48/24
**pre [4]** 21/1 40/6 109/18 117/9
**pre-COVID [1]** 40/6
**pre-existing [1]** 21/1
**Pre-K [1]** 109/18
**pre-pandemic [1]** 117/9
**precise [4]** 4/5 63/24 67/24 189/24
**precisely [1]** 196/25
**preface [1]** 6/3
**prejudice [1]** 81/8
**preliminary [1]** 225/7
**prepared [1]** 218/4
**presence [1]** 134/16
**present [21]** 8/14 11/15 11/23 29/8 46/6 54/13 60/21 60/23 62/19 63/10 88/22 93/1 101/18 113/18 118/18 128/8 175/15 182/23 184/13 215/6 221/21
**presentation [1]** 148/2
**presented [29]** 7/19 19/24 20/17 30/23 31/2 39/9 44/7 46/3 46/3 54/5 54/8 58/20 77/17 84/9 90/11 98/16 99/13 103/13 105/13 114/13 122/17 133/13 139/18 153/3 167/18 176/20 186/2 193/21 210/9
**presently [1]** 173/10
**presents [2]** 10/14 30/17
**preside [2]** 88/4 138/17
**presidency [2]** 123/21 125/14
**president [35]** 6/2 6/5 6/6 6/7 6/10 9/17 10/3 10/3 112/10 112/11 122/23 123/3 123/13 123/14 124/2 132/12 132/12 132/14 132/15 133/3 133/6 144/11 161/23 162/2 162/10 162/10 162/17 163/1 163/1 210/18 210/19 210/23 211/4 211/5 211/13
**President's [1]** 124/3
**Presidential [1]** 43/9
**presiding [1]** 97/9
**press [3]** 19/1 89/24 223/23
**presumably [2]** 169/10

**presume [7]** 4/4 22/16 31/23 40/19 58/4 194/8 211/17
**presumed [12]** 10/13 44/20 68/10 84/12 90/19 95/23 131/15 163/15 194/5 194/14 211/17 217/4
**presuming [2]** 68/13 131/22
**presumption [9]** 7/20 10/15 19/25 44/21 84/13 90/19 131/17 163/16 217/5
**presumptions [1]** 4/3
**pretty [15]** 14/14 18/24 19/17 63/18 64/20 66/11 75/8 78/1 114/15 114/17 118/25 129/9 131/3 152/13 158/15
**Prettyman [1]** 2/9
**prevent [3]** 88/6 131/8 139/2
**previously [1]** 32/21
**primarily [2]** 24/17 89/18
**primary [1]** 77/24 89/21 142/13
**principal [1]** 4/24
**principle [7]** 7/18 19/23 43/3 132/1 194/12 194/15 195/2
**print [3]** 90/1 205/8 205/12
**prior [3]** 20/16 40/8 137/20
**pro [2]** 35/20 161/13
**probably [19]** 23/25 25/12 28/11 47/20 49/22 89/6 89/14 139/5 152/13 152/22 161/19 177/11 179/6 182/14 183/13 208/24 219/18 219/19 226/9
**probe [1]** 4/2
**problem [6]** 20/15 43/20 50/2 148/9 180/21 202/14
**problematic [2]** 3/23 117/12
**problems [1]** 67/12
**proceed [1]** 97/11
**proceedings [5]** 1/9 2/12 3/14 226/19 227/4
**process [5]** 42/12 127/18 196/21 219/16 221/8
**processes [2]** 68/2 189/12
**proctor [1]** 192/7
**procurement [1]** 24/16 57/16
**produced [2]** 2/12 57/16
**profession [2]** 112/13 113/6
**professional [14]** 18/19 38/7 41/9 47/8

139/12 140/2 140/23 155/22 156/6 157/21 178/7
**professor [2]** 69/20 69/21
**programs [1]** 11/6
**progress [1]** 97/2
**Project [1]** 10/25
**promise [2]** 29/11 219/20
**promised [1]** 219/8
**promotion [1]** 59/6
**proof [19]** 22/17 22/21 32/8 39/10 40/21 44/25 58/9 68/20 73/8 132/3 145/2 145/7 167/24 175/5 183/16 194/20 200/4 206/16 213/8
**proper [1]** 56/8
**property [3]** 24/8 69/16 81/19
**prosecuted [3]** 147/14 147/15 147/17
**prosecuting [3]** 147/1 174/20 197/1
**prosecution [1]** 89/11
**prosecutor [11]** 92/5 136/3 136/5 173/21 174/15 177/20 180/19 182/1 183/12 196/8 196/9
**Prosecutor's [2]** 71/9 197/2
**prosecutors [12]** 101/1 101/3 147/13 147/14 147/25 177/11 177/13 177/17 183/14 183/20 184/3 195/2
**prospective [4]** 171/12 196/21 197/14 222/14
**protect [4]** 38/19 38/20 39/20 197/22
**protecting [1]** 72/19 72/20 73/10
**Protection [1]** 91/8
**protections [1]** 189/12
**protesting [2]** 184/24 185/2
**protests [1]** 107/3
**prove [9]** 20/2 20/2 32/4 32/8 44/25 84/16 163/21 213/2 213/7
**proven [2]** 68/21 131/18
**proves [2]** 68/11 131/18
**provide [2]** 220/3 221/10
**provided [1]** 77/3
**proving [10]** 58/9 68/17 84/16 90/23 95/24 163/20 194/16 195/3 211/21 217/8
**proximity [3]** 40/7 46/1 128/11
**prudent [1]** 197/21
**pry [1]** 116/11
**public [5]** 4/24 13/21

**publication [1]** 74/18
**publicly [1]** 121/16
**pulled [1]** 169/10
**pumped [1]** 52/23
**purpose [1]** 88/22
**purposes [8]** 8/14 11/15 29/8 62/19 93/1 101/18 113/18 118/18 186/6 187/21 189/9 189/9 189/10 189/11 191/19 192/15 193/19 195/13 198/19 198/19 199/20 200/8 203/3 205/20 208/18 209/12 210/17 212/1 215/4 215/4 216/4 216/19 216/20 216/23 220/16
**puts [1]** 43/12
**putting [7]** 12/22 68/16 71/18 86/8 103/11 130/14 180/18

**Q**

**qualified [7]** 24/1 104/9 166/7 207/22 218/1 219/14 219/16
**qualifies [1]** 188/2
**qualify [2]** 104/7 219/15
**quandary [1]** 43/14
**quantity [2]** 102/25 180/11
**Quarter [1]** 82/20
**quarters [2]** 208/24 209/1
**question [157]** 3/21 4/20 6/1 8/20 9/16 9/19 10/5 10/5 15/17 15/25 18/2 21/19 23/17 27/2 28/3 29/15 29/24 31/5 31/10 32/19 34/22 35/8 38/1 39/7 41/2 42/8 44/6 45/7 46/5 47/22 48/18 50/10 50/16 51/22 52/2 53/2 53/19 54/12 54/22 55/14 56/20 56/20 57/7 58/22 62/24 63/24 64/25 64/25 66/23 67/21 69/3 70/11 72/15 72/25 73/15 75/10 78/14 78/23 83/5 84/6 84/20 85/1 86/4 86/7 86/8 86/12 86/25 90/5 91/5 91/14 93/7 93/17 96/14 98/19 99/17 100/10 101/19 101/21 102/22 104/20 104/21 104/22 110/7 111/6 111/25 113/25 114/21 115/4 117/20 120/15 120/23 122/3 122/22 123/1 123/6 123/12 123/15 126/21 128/6 128/11 128/13 132/11 133/15

136/18 136/9 143/3 145/4 147/24 151/4 153/24 154/13 161/1 161/21 162/14 163/12 164/11 164/25 166/18 168/3 171/10 172/20 175/9 175/22 178/18 179/1 180/14 180/18 180/25 184/12 185/16 186/6 187/21 189/9 189/9 189/10 189/11 191/19 192/15 193/19 195/13 198/19 198/19 199/20 200/20 203/3 205/20 208/18 209/12 210/17 212/1 215/4 215/4 216/4 216/19 216/20 216/23 220/16
**Question 10 [4]** 31/5 84/20 85/1 161/21
**Question 11 [5]** 6/1 9/16 122/22 132/11 210/17
**Question 13 [1]** 15/25
**Question 13A [5]** 114/21 133/15 186/6 200/8 212/1
**Question 13B [8]** 15/17 69/3 86/12 91/14 99/17 120/15 164/25 178/18
**Question 13C [12]** 23/17 35/8 48/18 55/14 70/11 78/14 86/25 100/10 135/18 153/24 168/3 195/13
**Question 13D [2]** 120/23 136/9
**Question 13E [1]** 154/13
**Question 4 [1]** 56/20
**Question 5 [3]** 45/7 62/24 128/13
**Question 6 [3]** 54/12 128/6 215/4
**Question 7 [9]** 54/22 64/25 83/5 113/25 161/1 166/18 175/22 198/19 209/12
**question 8 [11]** 8/20 21/19 64/25 98/19 101/19 102/22 104/21 185/16 189/9 192/15 216/4
**questioned [1]** 121/25
**questioning [6]** 4/17 40/22 40/24 110/2 190/4 196/23
**questions [90]** 4/18 4/19 5/11 8/18 8/18 11/19 14/18 21/18 23/1 25/4 28/17 29/17 36/5 42/5 47/11 51/20 56/19 59/8 62/23 68/7 69/2 71/14 71/15 75/25 76/6 76/7 76/17 76/19 82/8 88/25 89/2 91/4 93/4 97/25 101/19 105/20

**Q**

questions... [54]
107/25 108/4 110/7
113/19 113/22 114/20
118/19 119/17 122/1
132/8 142/23 142/24
143/7 143/8 150/24
151/1 151/10 151/11
151/17 152/2 152/7
153/9 157/7 157/10
160/12 161/24 162/1
163/14 164/1 165/17
166/18 172/18 177/2
179/16 184/10 187/3
187/16 187/18 189/8
191/17 195/24 197/3
202/15 202/17 204/25
204/25 205/2 208/15
208/16 208/16 214/16
218/20 220/5 220/8
Questions 7 [3] 14/18
47/11 204/25
quick [1] 111/3
quickly [2] 105/24
219/21
quite [11] 20/18 69/8
73/19 82/17 111/20
126/6 141/4 178/25
197/16 199/18 208/4

**R**

radio [8] 12/8 12/11
12/12 12/13 12/23
63/18 65/6 210/2
raided [1] 145/23
raise [2] 3/5 20/15
raised [3] 20/10 28/20
93/21
rally [4] 12/2 46/12
47/6 81/1
random [1] 9/1
randomly [1] 108/14
rather [7] 28/19 30/16
171/23 197/23 210/5
219/10 219/11
re [3] 197/11 218/16
218/17
re-hearing [1] 197/11
re-seat [2] 218/16
218/17
reaction [3] 20/20
20/24 131/7
reactions [3] 46/1
131/6 193/18
read [31] 30/21 47/15
48/1 52/14 57/11 67/1
75/22 77/15 89/9 90/8
103/5 103/5 103/11
108/17 108/25 114/11
119/14 143/18 143/20
153/1 158/14 166/23
167/10 167/14 176/2
176/4 205/9 205/13
210/8 219/23 219/23
reader [1] 161/17
reading [5] 84/8 89/23
89/24 108/17 152/17
ready [4] 97/11 220/24

real [5] 78/17 111/3
148/18 152/12 192/3
real-time [1] 152/12
realize [1] 66/20
really [26] 5/20 6/8
13/24 15/2 19/2 39/7
41/17 44/5 67/5 67/6
70/2 71/7 72/7 75/15
75/17 75/20 85/14 87/8
93/12 93/24 108/18
122/10 140/13 144/2
162/10 177/16
Realtime [1] 2/8
reason [29] 5/9 14/9
21/1 22/15 22/19 22/22
34/6 34/13 42/9 44/25
68/22 90/13 91/11
105/11 105/15 109/2
123/9 144/18 149/11
151/14 158/22 174/24
176/23 185/12 185/14
192/8 195/10 201/16
203/4
reasonable [18] 6/15
10/18 32/4 32/9 58/10
68/12 68/17 68/21
84/17 90/23 95/24
131/19 163/20 163/22
194/17 195/3 211/22
217/8
reasons [5] 3/19 3/23
56/5 84/2 93/7
recall [6] 27/17 80/8
198/2 202/14 205/21
210/8
received [1] 171/7
recent [1] 60/3
recently [3] 111/21
199/5 199/17
recess [4] 97/6 97/7
219/3 219/4
recite [1] 183/8
recognize [4] 3/9 3/9
53/21 56/20
recognized [1] 56/23
recollection [4] 54/6
54/7 173/3 173/7
record [4] 3/8 3/15
191/10 227/3
recorded [1] 2/12
recreation [1] 13/12
referred [1] 23/5
referring [2] 22/1
104/25
reform [6] 60/6 61/10
61/12 61/17 61/17
61/18
refugee [1] 48/25
regardless [1] 126/9
registered [2] 2/7
60/16
regular [2] 12/24 205/8
regularly [4] 40/8
64/22 65/8 119/6
rejected [1] 197/17
relate [2] 89/3 171/23
related [15] 5/8 26/18

83/5 98/9 113/22 132/8
137/13 155/14 174/5
174/13 175/22
relates [1] 137/10
relating [2] 89/10
89/11
relationship [12] 39/21
40/11 41/13 46/22 47/2
112/22 120/8 120/11
134/10 139/1 164/13
201/17
relationships [11]
18/16 19/2 34/7 112/23
135/14 139/11 140/2
140/23 141/1 178/7
201/8
relative [1] 83/2 83/3
186/9
relatively [1] 89/15
relatives [5] 87/10
100/2 100/3 100/6
154/6
relevant [2] 45/13 84/1
reliance [1] 39/24
religions [1] 204/2
religious [4] 203/19
203/20 204/5 204/9
relying [1] 37/6
remain [3] 68/10 72/21
222/16
remained [1] 17/23
remember [17] 7/2
13/5 17/14 17/15 17/17
23/21 27/11 32/23
125/1 125/2 161/25
196/13 196/15 199/24
202/17 202/21 225/21
reminded [1] 196/6
reminder [1] 218/6
reminders [1] 223/5
remotely [1] 40/9
remove [29] 4/17 8/13
11/15 21/13 41/25
51/15 56/14 62/18
76/12 82/5 113/17
118/17 121/24 126/3
141/21 151/25 157/5
160/9 166/16 172/15
173/5 184/8 187/15
191/15 197/8 198/17
202/7 208/14 214/14
removed [1] 186/10
repeat [2] 203/12
216/23
repeatedly [4] 40/19
41/14 183/17 183/17
rephrase [1] 194/23
report [3] 52/8 127/3
127/18
reporter [11] 2/7 2/7
2/8 2/8 12/1 65/23
74/12 74/20 75/18
92/19 111/4
reporters [2] 13/21
13/22
reporting [1] 57/5
75/18

reports [4] 36/12
46/14 46/15
represent [4] 36/12
125/8 138/9 170/7
representation [5]
42/15 43/2 43/8 44/3
49/11
represented [2] 49/19
49/23
representing [2] 37/24
37/25
request [1] 128/23
require [1] 129/12
required [5] 58/5
150/25 197/13 211/16
213/7
reschedule [2] 127/9
188/12
rescheduled [3]
102/13 127/14 188/9
research [8] 127/2
128/22 137/5 137/13
155/9 155/14 196/14
219/24
researching [1] 105/9
residency [1] 64/14
resident [5] 16/10 63/6
64/13
residents [4] 43/5
43/13 44/2 45/24
resources [1] 137/7
respect [7] 90/6 167/21
172/1 186/8 199/21
216/25 220/23
respectful [1] 183/22
respond [1] 6/4
responded [1] 123/1
response [4] 141/4
141/8 197/3 209/11
responses [1] 140/4
rest [2] 92/19 192/1
result [2] 170/1 196/22
resume [1] 97/1
retire [2] 70/2 223/16
retired [16] 65/23
69/25 75/2 75/2 86/24
119/22 120/22 150/1
150/1 150/4 164/4
206/25 207/2 213/16
213/16 213/21
retiring [1] 213/19
return [5] 6/15 140/17
145/3 145/7 211/22
returned [1] 62/3
returning [6] 22/22
90/25 132/4 134/15
167/25 195/6
reversal [1] 197/25
reverse [1] 198/7
review [4] 6/11 32/15
127/18 128/24
reviewing [1] 223/17
Revolution [1] 43/4
ridiculous [1] 72/3
right [236]
rights [1] 141/7
rise [6] 3/2 97/5 97/8
180/1 219/2 219/5

river [2] 107/6 110/22
RMR [2] 227/2 227/8
robbed [1] 136/14
role [6] 59/21 59/23
133/12 182/10 182/10
200/24
room [1] 87/19
roommate [6] 184/16
184/17 184/20 185/10
185/11
roommate's [1] 185/8
roommates [1] 15/21
rotate [1] 142/20
round [2] 218/21
218/22
route [2] 51/3 51/7
rude [1] 224/7
rules [2] 70/7 219/22
run [4] 67/16 67/18
223/21 224/5
running [1] 66/11
runs [1] 102/10

**S**

safe [1] 45/19
safety [5] 13/21 125/10
125/14 137/9 177/17
said [59] 8/11 15/1
20/22 29/17 30/5 35/18
40/4 40/21 41/12 41/15
41/16 44/5 47/1 49/25
51/24 60/3 62/15 71/18
73/3 76/7 93/15 95/9
96/9 106/18 114/17
115/13 115/22 116/25
117/4 120/6 123/7
123/9 129/6 129/24
139/6 139/19 140/12
140/15 140/21 140/22
141/2 143/1 147/2
150/22 151/17 158/10
176/7 184/1 185/8
186/7 190/4 194/1
194/2 194/10 203/13
207/5 212/10 222/18
222/25
same [15] 34/25 37/2
57/8 75/5 96/4 115/2
147/13 147/15 147/16
147/17 166/8 168/14
173/2 196/25 219/22
San [2] 60/9 62/3
San Francisco [2] 60/9
62/3
sat [1] 197/15
satisfy [1] 145/6
saw [36] 7/2 7/3 7/4
21/24 27/13 30/2 30/7
30/8 52/22 52/24 80/15
95/7 105/1 109/9
111/11 122/15 143/20
144/3 152/12 181/23
185/20 192/20 192/20
192/20 192/25 193/7
193/9 193/20 199/1
199/5 210/7 215/14
215/16 215/20 215/24
215/25

**say [73]** 5/24 6/3 12/5
19/17 20/19 20/19 22/3
22/8 29/18 30/10 31/9
32/6 36/8 36/19 36/23
37/13 37/15 37/16
39/10 40/15 43/10 52/5
52/20 53/9 57/13 64/1
64/20 67/5 67/15 72/7
72/11 77/6 79/4 89/9
94/1 96/3 96/19 102/9
102/23 106/1 106/21
111/8 114/6 114/16
119/5 119/9 123/20
129/25 131/11 132/18
138/15 139/7 139/8
146/21 156/12 161/17
163/9 176/3 176/12
177/12 182/2 184/20
188/4 189/20 193/9
203/25 204/4 212/13
214/23 215/8 215/9
215/16 225/21
**saying [7]** 37/16 73/1
74/2 104/23 140/6
207/12 223/20
**says [4]** 29/10 41/17
84/21 211/16
**scale [1]** 43/17
**scary [1]** 7/12
**schedule [4]** 11/6 51/4
102/15 191/20
**schedule/standardized
[1]** 191/20
**scheduled [2]** 101/24
127/5
**school [26]** 3/10 4/24
5/6 23/18 25/8 35/9
48/19 48/23 55/15 62/6
69/12 70/3 78/15 87/1
91/21 100/11 120/24
135/19 145/15 153/24
159/12 165/8 168/4
178/24 186/17 195/14
**school-age [1]** 5/6
**science [1]** 74/23
**searching [1]** 9/3
**seat [21]** 92/21 217/21
218/16 218/17 219/6
221/13 221/14 221/15
221/16 221/17 221/18
221/20 221/21 221/23
221/24 221/25 222/1
222/2 222/3 222/4
222/5
**seated [4]** 3/4 97/10
190/2 221/19
**seats [1]** 222/9
**second [2]** 29/15 115/3
**secondhand [1]** 46/17
**Secret [1]** 200/21
**Section [2]** 1/21
173/18
**security [3]** 92/3 92/5
137/10
**see [28]** 27/10 30/17
30/19 37/23 52/3 52/5
52/9 69/7 80/9 80/23
117/9 117/17 121/10
140/17 140/20 158/6
168/13 180/1 182/7
203/17 204/3 215/17
219/1 226/17
**seeing [10]** 8/25 96/4
96/4 106/19 106/20
124/13 199/24 205/22
210/8 224/25
**seek [3]** 5/24 52/1
114/6
**seeking [8]** 5/23 9/8
30/13 65/19 77/7 83/23
167/11 199/14
**seeks [3]** 47/23 57/20
167/2
**seem [2]** 67/5 75/16
**seemed [1]** 150/23
**seems [1]** 141/11
**seen [48]** 5/15 5/18
6/24 8/22 9/12 15/10
21/20 21/23 22/9 22/12
27/6 30/1 30/3 30/10
47/15 57/15 58/18 67/1
76/22 77/15 80/9 80/24
90/9 98/20 102/24
102/24 103/11 105/2
105/12 107/2 113/23
114/11 119/14 143/22
152/6 153/1 161/6
167/15 185/17 185/25
186/11 199/3 209/24
215/18 216/6 216/13
216/17 216/21
**seizes [1]** 140/5
**selected [12]** 5/3 14/10
38/13 44/6 50/12 102/8
102/13 102/20 122/14
127/7 189/25 220/13
**selection [3]** 1/9 98/8
196/21
**semi [3]** 65/23 69/25
75/2
**semi-retired [2]** 65/23
69/25
**semi-retired-retired [1]**
75/2
**Senate [5]** 110/12
112/3 112/5 112/14
130/4
**send [2]** 66/13 75/12
**sending [3]** 65/8 65/9
66/7
**sense [17]** 8/22 14/20
21/22 26/13 30/1 47/14
57/10 72/13 85/17
85/18 102/3 102/25
107/11 122/5 142/23
143/25 220/19
**sensitive [1]** 222/21
**sent [2]** 66/24 94/25
**sentiment [1]** 31/19
**sentiments [1]** 85/7
**separate [10]** 36/17
47/9 58/18 61/4 64/1
96/3 139/16 180/8
180/11 196/7
**separately [1]** 24/17
**separation [2]** 16/13
182/5
**Sergeant [3]** 212/5
212/13 212/14
**series [1]** 151/11
**servant [1]** 213/17
**serve [6]** 4/22 122/14
142/17 148/6 149/7
187/22
**served [26]** 15/19 23/2
34/23 58/23 59/2 59/4
78/5 78/10 86/13 99/18
99/23 100/6 115/24
115/25 120/16 124/18
124/19 124/21 146/6
153/16 153/20 159/3
165/1 165/5 205/25
207/5
**service [17]** 25/21 26/3
26/9 48/10 56/2 96/23
127/10 127/12 127/14
127/24 160/23 160/23
178/18 200/21 222/11
222/22 224/25
**services [3]** 59/12 69/4
119/1
**serving [7]** 120/16
126/21 160/15 189/14
190/7 192/6 219/17
**session [2]** 1/7 3/3
**set [20]** 6/10 7/25
30/22 31/11 32/14 70/6
84/7 86/3 87/20 88/10
96/14 99/12 113/2
119/13 132/1 132/22
153/2 167/15 188/6
205/22
**setting [1]** 133/4
177/17
**seven [1]** 62/3
**Seventh [2]** 196/17
197/17
**several [4]** 89/9 93/4
146/1 156/1
**Sexual [1]** 116/13
**shape [1]** 162/3
**share [7]** 7/9 44/4
107/2 176/6 203/20
223/11 226/3
**shared [2]** 163/1 225/9
**sharing [1]** 80/14
**Shaw [3]** 215/1 215/2
215/9
**she [62]** 35/4 39/24
39/25 40/4 40/4 40/7
40/9 40/12 40/13 40/17
40/17 40/19 40/21
40/22 40/25 40/25
41/12 41/13 41/15
41/15 41/16 48/24 49/3
59/1 59/3 91/25 92/2
92/4 125/13 130/7
130/8 130/9 150/22
150/22 150/23 151/2
151/5 151/9 151/9
151/9 151/11 151/14
151/16 151/16 151/17
**She said [1]** 150/22
**She works [1]** 186/24
**she's [11]** 40/6 40/18
48/25 92/5 130/1 130/3
130/5 130/6 142/8
182/4 203/11
**sheet [2]** 218/23 220/3
**sheets [5]** 218/7
218/12 218/15 220/24
221/2
**shocking [3]** 19/13
80/22 80/23
**shooting [1]** 18/25
**shopping [1]** 51/4
**short [2]** 115/14
115/15
**shortly [4]** 22/9 99/6
130/12 219/1
**should [11]** 25/12
41/19 49/19 49/23
63/24 74/21 113/24
135/7 154/18 181/18
201/11
**shouldn't [4]** 31/8
102/23 146/23 219/19
**show [32]** 8/6 11/11
20/6 28/16 51/11 62/10
76/3 81/8 81/22 88/17
92/15 101/10 104/5
107/15 109/22 118/9
121/19 125/21 139/23
150/18 156/23 160/2
166/6 172/8 183/5
187/9 196/4 197/24
201/25 207/20 214/4
217/18
**showed [1]** 80/4
**showing [5]** 6/14 9/4
225/10
**shred [1]** 10/14
**siblings [3]** 91/7 91/10
91/17
**sic [1]** 214/2
**side [24]** 29/15 46/2
55/21 55/24 77/18 81/8
103/12 107/7 109/3
110/18 110/19 110/20
110/21 130/4 141/10
186/1 193/20 200/22
203/10 203/11 203/13
203/15 204/6 218/12
**sides [4]** 14/14 29/13
194/2 225/9
**sightly [1]** 47/7
**signaled [1]** 32/14
**significantly [1]** 113/8
**similar [1]** 196/7
**simply [1]** 74/2
**since [23]** 5/20 6/25
13/8 13/19 26/10 30/5
47/17 63/8 89/17 99/4
103/5 106/13 171/7
...181/8 185/22
185/23 193/2 199/3
199/9 203/23 203/23
204/1
**single [2]** 80/8 151/3
**sir [86]** 8/9 10/23 11/11
11/14 20/5 41/22 49/9
50/23 50/25 51/11
51/13 56/2 56/12 60/11
61/25 62/9 62/13 62/15
71/17 73/7 74/12 75/1
76/3 76/15 77/20 79/16
82/1 88/5 88/16 92/13
101/8 107/17 109/9
109/11 109/21 118/12
121/17 121/18 125/23
137/3 138/3 138/7
138/19 139/20 139/22
156/24 160/1 160/3
160/8 165/19 166/5
166/12 166/15 169/21
171/19 172/8 172/11
179/19 180/14 183/1
183/4 183/7 187/7
188/16 191/6 191/14
202/2 202/6 202/16
202/19 203/21 204/7
204/11 204/15 204/16
204/18 204/20 206/22
206/24 207/20 214/5
217/16 217/17 217/24
220/20 225/12
**sirens [4]** 64/4 64/7
64/21 111/1
**sister [11]** 33/15 33/16
48/22 58/24 87/3 91/23
99/22 100/7 154/2
179/9 186/19
**sister's [1]** 23/14
142/19
**sisters [2]** 142/15
142/19
**sit [17]** 31/24 36/17
37/2 42/10 56/8 85/2
86/7 93/9 95/18 96/18
125/18 171/12 180/12
197/20 203/5 204/5
218/22
**sits [1]** 44/21
**sitting [6]** 20/12 38/22
74/1 74/6 81/4 88/1
**situation [2]** 39/20
166/24
**six [5]** 51/20 62/23
66/19 82/7 218/7
**sleep [2]** 142/9 148/12
**sliding [1]** 43/17
**small [1]** 204/1
**smashing [1]** 52/24
**snippets [3]** 9/1 65/9
66/6
**so [472]**
**So I [1]** 107/7
**So I think [3]** 13/13
42/12 81/1
**so it's [5]** 29/20 83/2
96/25 119/2 123/4
**So let's [1]** 15/18
**So this defendant [1]**

**S**

So this defendant... [1]
163/15

so this is [1] 212/10

social [10] 5/18 7/5
51/24 92/3 92/4 96/5
96/10 192/23 223/18
223/20

solely [2] 54/7 139/17

some [72] 6/6 6/24 7/1
9/24 10/4 12/19 14/7
17/21 17/21 17/22 18/4
18/5 21/1 21/25 24/21
25/6 27/3 27/4 27/5
28/20 28/20 30/22
32/14 35/20 35/23
43/10 45/17 48/6 49/10
52/17 57/24 61/9 64/13
66/10 69/17 72/17
73/18 73/25 75/11
75/13 75/19 84/5 85/9
88/12 106/25 112/17
117/21 117/22 122/18
122/19 147/2 150/24
150/25 151/4 164/8
171/1 172/25 174/9
176/17 177/15 181/20
181/24 182/9 182/10
182/10 192/7 193/7
196/13 201/8 215/20
221/11 224/18

somebody [10] 41/3
57/19 67/8 67/10 77/6
83/22 142/18 162/2
192/6 194/14

somebody's [1] 74/4

someone [18] 3/9
11/22 46/6 46/14 47/23
54/12 67/12 83/23
105/4 128/7 158/4
166/23 167/1 184/13
184/15 199/13 204/5
215/5

someone's [1] 66/12

someplace [1] 66/20

something [35] 3/5 4/4
5/2 9/11 30/17 30/19
48/1 65/25 73/16 73/20
79/11 80/24 85/25
89/11 96/16 98/8 103/8
115/16 122/16 143/1
143/2 148/20 149/2
160/22 167/5 181/18
182/10 188/5 188/9
198/2 205/14 211/18
223/21 224/14 226/1

sometimes [1] 71/6

somewhat [3] 43/5
85/8 86/2

somewhere [2] 117/1
117/2

son [2] 69/6 69/8
200/21

sorry [41] 8/10 12/10
19/20 20/8 23/13 30/5
33/3 35/17 45/4 63/25
64/6 67/16 79/4 82/13
82/15 83/12 86/18

102/12 114/16 116/9
116/14 119/24 120/5
125/12 125/21 132/18
146/21 184/5 185/9
190/10 191/1 194/24
194/25 203/12 208/9
214/7 216/23 225/18

sort [63] 4/6 5/7 7/1
9/19 13/17 14/1 14/8
14/14 14/25 15/1 16/6
17/24 19/1 19/8 22/9
25/6 29/14 32/13 42/7
43/25 47/11 50/17
57/17 57/20 69/17
69/24 71/1 72/3 72/20
75/13 76/5 76/6 77/23
86/2 89/3 89/16 89/21
94/18 95/3 102/25
113/21 118/21 119/2
119/5 134/15 140/25
152/4 152/16 157/15
160/22 161/2 161/16
167/1 171/20 172/22
175/22 182/7 189/24
190/14 198/7 199/13
202/10 210/4

sorts [1] 137/5

sought [1] 99/4

sounds [21] 9/6 30/13
33/21 35/25 36/2 40/6
52/12 65/18 69/21 71/2
86/1 89/16 112/18
135/4 138/12 158/11
167/5 173/9 194/4
205/15 215/24

source [3] 27/9 108/17
108/25

sources [19] 7/2 18/5
18/8 27/6 48/7 75/13
77/24 83/16 89/22
108/14 108/16 108/17
117/22 117/24 152/16
176/6 176/8 199/8
223/18

space [2] 59/13 69/23

spans [1] 48/11

spare [1] 207/25

speak [5] 83/12 134/8
147/22 147/23 156/2

speaking [9] 8/3 20/3
28/13 51/10 88/15
104/2 171/17 171/25
183/2

special [4] 33/2 33/4
38/19 176/3

specialization [2]
24/16 26/17

specialize [1] 127/4

specials [1] 57/17

specific [2] 20/16
125/14

specifically [8] 22/1
27/12 27/18 57/21
83/18 94/6 156/18
161/25

specifics [1] 58/19

spending [1] 105/8

spend [1] 106/25
133/10

spilled [1] 45/18

spite [1] 197/9

spoke [1] 42/13

spoken [4] 129/19
130/10 185/3 212/20

spokesperson [2]
54/15 54/16

sponsored [1] 177/23

spouse [3] 55/16 55/17
55/18

Spring [1] 1/18

St [1] 1/18

stabbed [2] 70/19
145/25

staff [6] 14/1 56/21
140/3 182/23 212/5
212/13

staffers [1] 129/13

stages [1] 79/22

stance [1] 124/6

stand [1] 173/4

standardized [2]
191/20 191/23

standards [4] 26/19
26/20 26/20 177/17

standing [2] 68/4
182/4

standpoint [1] 87/24

stands [2] 97/6 219/3

Stanton [1] 63/4

start [33] 4/20 11/21
21/19 29/24 32/1 42/7
42/21 51/22 62/25
76/18 82/9 89/2 93/6
98/2 122/3 126/18
126/20 127/3 152/4
153/13 154/6 157/9
160/14 160/17 166/19
172/20 184/12 189/10
191/18 198/21 208/18
214/18 224/17

started [6] 3/6 4/25
29/18 224/23 225/6
226/9

starting [6] 21/18
56/19 62/23 98/9
160/18 165/22

starts [1] 191/23

state [5] 61/11 61/13
61/15 93/18 200/18

stated [1] 197/4

statements [2] 224/20
225/11

states [10] 1/1 1/3 1/10
25/13 44/8 58/25 61/18
135/2 135/3 196/16

station [2] 12/9 12/11
12/12 12/13 12/15
13/20

stay [5] 26/3 69/19
124/25 157/18 219/10

stayed [3] 63/22 79/23
85/25

staying [2] 26/4 105/7

stays [1] 131/17

stenography [1] 2/12

step [2] 106/25
219/15 221/8

stepfather [4] 119/22
120/5 120/9 120/11

stick [1] 177/6

still [16] 52/9 66/25
69/7 75/2 79/12 85/24
112/4 124/4 130/22
147/3 147/6 172/1
189/13 193/4 212/25
226/5

stockpile [1] 137/10

stolen [1] 70/18

stood [1] 172/22

stop [1] 45/16

stopped [1] 117/5

stories [11] 47/15
47/23 51/23 57/11 99/5
99/11 103/6 105/5
114/7 175/25 216/13

story [10] 9/11 12/25
13/6 30/17 47/24 52/8
81/13 98/11 223/23
223/24

straight [2] 25/7 69/16

straight-ahead [1]
69/16

street [6] 1/14 2/3
48/11 63/4 64/21 64/22

streets [3] 10/1 123/22
215/19

stressful [2] 193/2
193/4

stricken [6] 141/12
191/9 218/12 218/13
218/16 220/16

strict [1] 224/7

strike [13] 41/12
140/14 141/7 141/11
150/21 151/18 183/6
197/2 198/8 217/20
218/9 218/19 220/19

strikes [1] 218/5

strong [8] 7/16 10/4
10/4 31/5 84/21 109/1
122/23 210/18

strongly [6] 6/6 7/14
88/10 124/8 171/6
171/11

struck [1] 188/24

studies [1] 137/24

stuff [13] 9/3 9/14 12/2
19/1 19/7 48/11 108/23
122/10 122/12 176/15
193/4 205/9 205/10

stumbled [1] 145/4

subject [6] 19/3 52/9
75/5 109/12 170/11
170/17

subordinate [1] 46/23

subsequent [1] 99/9

substantially [1] 223/8

substantively [1] 36/1

success [1] 165/24

such [10] 8/22 16/13
21/23 30/1 47/24 51/25
111/12 122/23 148/11
210/18

suggest [2] 141/8
151/17

Suite [2] 1/14 1/18

summer [1] 59/7

summons [1] 160/16

Sundays [1] 167/8

super [1] 158/15

supported [1] 211/12

supporter [7] 88/4
124/2 133/6 133/11
144/10 162/25 211/4

supporters [8] 6/2 6/8
9/18 9/23 122/24
132/12 161/23 210/19

supports [1] 88/4

suppose [1] 170/2

supposed [1] 67/22

sure [50] 3/16 4/23
5/10 11/4 19/14 25/7
40/3 41/2 42/11 42/20
45/9 45/18 45/22 48/9
50/10 72/24 85/8 85/10
89/20 105/19 107/14
112/16 118/24 119/21
126/6 126/15 132/25
135/16 138/2 139/21
141/5 147/8 152/9
152/19 154/1 155/24
163/6 180/15 181/25
182/1 183/7 185/19
186/22 187/17 193/6
206/6 206/7 206/23
225/7 225/20

surgery [2] 78/12
158/4

surprise [3] 66/12
127/19 183/20

surprising [3] 19/12
31/9 193/17

surprisingly [1] 16/9

suspect [3] 197/20
219/10 222/17

swear [1] 226/8

synthesize [1] 127/2

system [4] 49/22 70/6
146/17 174/17

---

**T**

table [2] 190/2 190/2

Tacoma [1] 18/14

tailed [1] 122/9

take [28] 19/10 28/8
29/7 37/5 79/22 88/21
92/18 92/25 96/25
97/18 101/17 104/15
106/15 107/23 110/1
140/25 142/18 149/19
161/1 170/16 173/20
182/15 187/24 188/5
189/6 205/2 219/18
225/2

takes [1] 148/23

taking [3] 81/5 126/5
142/20

talk [9] 3/13 15/18
73/19 110/7 111/5
113/21 118/20 219/22
224/2

**T**

talked [7] 16/15 31/6
84/22 112/19 115/23
132/9 225/14
talking [11] 26/19
66/16 67/8 67/9 107/13
109/19 125/13 134/16
154/21 215/18 224/11
Tangibly [1] 156/19
taught [2] 137/19
137/21
tax [2] 26/15 155/11
teach [4] 69/22 109/13
170/9 170/20
teacher [2] 109/10
191/23
teaches [3] 69/15
69/16 70/2
teaching [1] 137/23
team [2] 46/11 127/5
teams [2] 126/23 127/1
technically [1] 128/20
technician [1] 78/12
technique [1] 127/4
teenager [1] 154/18
television [10] 63/18
64/1 75/17 83/24 89/7
98/6 158/11 205/16
215/18 216/14
teleworking [1] 112/5
tell [119] 4/21 11/24
16/3 23/2 23/25 30/13
33/7 33/17 34/24 35/3
35/12 40/12 40/15
41/10 45/8 45/21 46/9
48/6 48/20 49/20 52/1
55/2 58/23 59/1 63/1
63/13 69/19 77/22 78/9
82/10 83/7 83/16 84/24
85/11 86/13 87/2 89/4
91/6 91/15 91/25 93/9
93/16 94/17 98/21
99/18 99/19 100/5
101/21 104/24 111/17
114/1 114/24 115/10
115/24 116/11 118/23
119/20 120/19 122/25
124/23 125/3 126/21
128/18 128/24 130/2
131/2 133/19 136/12
144/19 145/20 147/10
152/16 153/19 157/12
159/6 160/14 161/4
161/23 164/3 165/1
166/21 168/7 168/24
169/3 170/9 173/9
173/14 174/2 175/10
176/11 183/9 183/12
184/22 185/17 186/21
187/21 192/16 195/20
198/24 199/8 200/12
202/21 203/9 205/5
205/16 208/22 209/6
209/15 209/16 209/20
210/21 212/2 214/22
215/7 215/16 216/5
216/16 223/9 224/22
telling [5] 9/7 123/11

ten [3] 55/6 179/10
218/7
tentacles [1] 15/5
tenure [1] 155/25
terms [14] 58/14 60/13
65/14 68/8 71/24 85/1
133/4 145/11 162/1
170/19 189/24 190/23
218/13 225/17
terrible [2] 144/4
181/12
Terrific [1] 58/21
testifies [1] 164/18
testify [1] 37/11
testifying [1] 33/25
testimony [17] 34/2
34/11 34/14 115/20
120/10 120/12 135/6
135/13 148/7 154/25
164/10 164/12 164/20
177/23 178/9 201/10
201/11
testing [3] 4/25 191/20
191/23
Texas [1] 200/18
than [34] 4/6 6/6 12/23
18/3 21/6 23/20 28/7
34/18 36/18 37/13 65/8
70/1 75/16 80/20 98/12
102/9 106/13 111/11
114/4 119/6 124/7
125/11 133/3 161/17
163/12 170/13 181/8
183/15 197/23 205/12
218/2 219/11 219/18
223/8
thank [134] 4/9 4/10
5/5 7/6 8/3 8/5 8/6 8/12
11/7 11/10 11/11 11/13
18/9 20/4 20/5 20/7
27/19 28/14 28/15 29/6
36/10 39/17 41/24
42/25 50/15 50/21
51/11 51/12 51/14 56/3
56/13 61/23 62/8 62/9
62/12 62/17 72/12
72/13 76/1 76/3 76/11
81/22 81/23 88/15
88/16 88/20 92/13
92/14 92/16 92/24
96/23 101/8 101/9
101/11 101/14 104/2
104/4 104/6 104/14
106/6 106/11 107/15
109/21 113/10 113/11
116/21 118/5 118/7
118/8 118/11 118/14
121/18 122/13 125/19
125/22 125/25 138/1
139/20 139/22 141/17
150/14 150/16 150/17
150/19 151/19 155/17
156/21 156/22 157/1
159/25 160/1 166/2
166/4 166/5 166/5
166/13 170/4 172/8
183/1 183/4 187/8

189/2 191/8 196/3
196/5 198/12 201/24
201/25 202/1 202/4
204/17 204/18 207/15
207/18 207/20 208/6
213/23 213/25 214/1
214/3 214/11 217/17
219/1 219/7 219/25
222/12 224/24 224/24
225/2 225/24 226/15
thank you [103] 4/9
4/10 5/5 8/3 8/5 8/6
8/12 11/7 11/11 11/13
18/9 20/4 20/5 20/7
28/14 29/6 39/17 42/25
50/15 50/21 51/14
56/13 61/23 62/9 62/12
72/13 76/3 76/11 81/22
81/23 88/15 88/16
88/20 92/24 96/23
101/8 101/9 101/11
101/14 104/2 104/6
104/14 106/6 106/11
109/21 113/11 116/21
118/5 118/7 118/11
118/14 121/8 122/13
125/19 125/22 125/25
138/1 139/20 139/22
150/14 150/16 150/17
150/19 151/19 156/21
156/22 157/1 159/25
160/1 166/2 166/4
166/5 166/5 166/13
170/4 183/1 183/4
187/8 187/11 188/20
189/2 191/8 196/3
196/5 198/12 201/24
202/1 204/17 207/18
207/20 208/6 213/23
214/11 217/17 219/1
222/12 224/24 225/2
225/24 226/15
thankfully [1] 198/3
Thanks [11] 20/3 21/12
28/13 51/10 97/4
107/12 109/19 109/25
121/17 171/17 226/17
that [913]
that right [1] 153/9
that's [110] 3/18 4/5
5/23 10/4 11/17 13/13
14/13 15/22 19/13 21/2
21/25 25/11 26/21 28/3
29/10 30/23 31/2 34/20
38/16 40/2 40/5 41/1
41/2 41/16 41/19 41/19
42/22 45/5 46/3 48/1
54/8 54/13 62/21 64/20
65/21 66/15 67/9 67/10
67/14 67/17 67/21
67/22 68/24 69/20
71/20 71/25 72/9 72/10
77/25 79/7 80/24 81/20
82/13 84/8 86/16 87/8
88/24 90/10 91/23
93/12 94/15 95/14

114/3 122/8 123/6
123/7 123/14 123/19
124/24 125/3 133/2
136/8 138/15 139/10
141/22 143/16 144/3
147/16 154/18 156/3
156/21 158/15 161/21
163/9 163/13 166/10
171/9 173/22 174/20
176/20 179/25 184/4
187/2 188/5 190/4
193/21 194/9 194/11
194/11 203/15 211/2
213/6 214/13 216/9
216/15 216/25 218/10
their [29] 17/23 18/25
19/6 19/7 26/20 41/8
71/6 72/18 85/18 87/19
112/6 124/5 124/6
127/17 128/23 136/14
136/17 136/21 148/1
161/13 162/9 181/5
197/6 197/7 197/8
197/22 197/24 201/2
213/8
them [51] 7/3 7/25 9/24
16/15 24/24 33/5 36/17
36/20 38/3 40/7 59/14
70/7 71/6 71/12 74/22
75/3 80/9 80/10 85/5
85/15 89/8 100/23
100/25 101/2 111/10
124/7 126/13 127/17
129/19 129/21 135/25
152/5 154/7 155/10
161/1 161/11 165/14
168/12 168/13 171/1
177/6 178/1 178/4
181/4 182/9 189/18
195/20 201/2 203/20
213/8 223/12
themselves [2] 7/13
172/22
then [83] 6/1 7/1 9/13
9/16 15/25 18/2 21/19
26/1 26/4 26/6 26/10
27/2 29/14 32/2 50/16
55/14 62/24 62/24 69/7
74/11 74/23 75/4 75/10
77/1 89/1 91/14 92/18
95/8 95/11 95/12 96/2
99/4 100/10 103/5
103/7 111/25 115/22
116/4 117/20 120/23
122/15 124/16 125/18
126/8 126/19 127/16
127/16 133/22 134/15
136/9 148/19 148/22
151/10 159/11 165/7
172/18 173/20 179/2
181/17 185/22 185/23
185/25 186/16 190/2
193/1 194/15 197/7
197/7 199/3 199/3
199/9 199/18 200/17
200/20 200/22 203/11
203/14 209/11 218/19

115/2 116/25 220/18 224/19
226/10
Then I [1] 26/1
therapist [1] 15/22
there [91] 7/4 12/1
13/12 13/16 13/17
17/16 18/24 19/17
20/12 21/5 23/19 24/15
24/25 33/24 42/8 45/4
45/4 48/2 49/19 49/23
52/22 52/25 53/3 53/9
57/25 63/17 64/14
69/25 72/15 73/8 74/2
80/6 81/5 81/16 82/14
84/17 85/12 93/7 94/13
95/13 100/14 107/11
111/12 112/20 116/15
117/16 120/4 120/9
126/7 128/19 134/7
138/13 140/9 140/13
144/17 145/24 146/3
149/11 156/12 160/14
163/4 164/10 171/1
172/19 173/1 173/15
173/16 174/3 182/2
182/3 182/4 182/8
182/9 184/16 184/20
184/20 184/21 188/10
190/1 193/16 197/9
198/5 201/9 203/4
212/17 212/24 213/3
218/13 224/18 225/7
225/20
there's [12] 14/9 19/16
21/1 22/18 37/10 40/10
52/7 54/3 84/5 177/9
207/23 217/20
thereafter [1] 89/8
these [12] 3/19 11/19
38/16 51/20 79/3 86/4
112/7 125/10 147/14
148/17 148/18 188/11
they [67] 5/1 24/25
27/23 36/17 37/2 37/15
38/20 43/13 50/25 51/3
60/23 60/24 65/10 66/7
66/7 66/13 71/7 75/15
81/14 83/5 87/10 95/9
115/25 119/10 122/19
124/25 124/25 125/1
126/10 127/13 127/24
128/23 132/20 132/20
145/23 145/24 146/1
148/21 148/21 148/22
154/10 157/15 157/16
157/17 159/7 159/15
159/16 159/19 159/21
161/1 163/21 166/19
168/16 168/16 168/18
171/23 196/13 197/7
203/14 203/15 205/3
213/2 215/21 215/22
224/6 224/6 224/7
they'll [2] 128/3 148/22
they're [16] 9/25 10/1
13/20 13/21 37/16
58/20 65/8 65/9 75/19
113/21 114/13 135/2

**they're... [4]** 147/15
177/16 177/17 214/16

**they've [1]** 127/2

**thick [1]** 134/8

**thing [20]** 14/1 14/14
14/25 15/2 16/6 19/8
51/6 53/14 57/17 66/15
67/9 67/10 67/14 71/20
72/9 72/10 81/2 152/24
181/13 213/6

**things [37]** 16/13 16/15
20/16 24/21 30/22
53/20 65/10 66/3 71/25
75/12 75/19 77/15 79/9
93/12 93/19 93/20
93/22 94/5 96/5 96/9
106/15 111/1 111/4
111/21 115/8 117/6
125/10 132/1 133/3
134/8 170/21 174/9
176/17 177/18 198/4
213/4 213/7

**think [220]** 3/21 4/1 4/5
4/6 6/25 10/9 13/5
13/13 14/9 14/15 15/10
15/12 16/23 20/25 21/5
22/12 22/12 22/14
22/15 22/18 22/22
24/14 27/12 28/10 30/2
30/3 30/6 30/8 32/1
34/6 35/21 37/14 37/15
39/4 39/25 40/10 42/12
43/12 43/16 46/23
47/15 48/12 49/19
49/21 49/23 49/25
50/18 53/4 54/23 55/8
55/13 56/8 58/1 58/3
58/17 61/1 61/3 64/15
64/18 66/24 67/22 68/3
68/24 71/3 71/7 72/6
73/2 73/7 73/16 73/24
74/1 74/5 75/12 78/7
79/14 80/24 81/1 81/6
81/12 85/11 86/3 90/8
90/16 90/25 91/11
91/13 93/24 94/1 94/7
95/8 95/9 95/17 95/18
96/17 98/5 100/2 102/7
105/11 109/2 112/22
112/23 113/4 113/5
114/14 115/3 115/18
116/19 117/4 117/8
120/10 122/14 123/11
123/14 124/4 124/7
125/13 130/16 130/20
131/5 131/7 131/21
132/4 132/16 132/22
133/8 134/11 134/14
134/17 135/9 136/6
136/18 136/22 138/19
139/1 139/4 139/19
140/7 140/12 140/21
141/3 141/5 142/7
142/24 142/25 144/11
144/13 144/13 144/15
144/20 144/20 144/23
145/25 147/6 147/17

148/10 149/6 149/8
149/9 149/12 149/12
151/8 151/11 151/13
152/20 153/2 153/9
154/24 158/19 158/22
160/22 161/16 163/16
164/12 164/17 167/15
167/20 169/15 170/25
171/11 171/21 171/25
172/24 174/21 174/24
175/5 176/7 176/19
176/23 178/8 178/12
178/24 181/12 181/15
181/15 183/18 185/7
185/12 185/14 190/7
190/14 190/22 193/15
194/1 194/7 195/8
196/10 196/15 198/7
201/13 201/16 203/1
203/4 209/12 211/6
211/8 211/13 212/25

**thinking [2]** 17/1
133/10

**this [284]**

**THOMAS [1]** 1/6

**those [74]** 5/24 7/2
7/17 14/19 19/4 22/12
31/11 34/19 37/12
47/15 56/8 60/21 66/2
67/1 71/25 76/22 83/8
84/6 85/24 88/10 89/2
89/7 89/11 95/5 95/18
100/20 100/21 112/23
114/11 117/15 118/21
119/14 123/15 127/8
127/9 127/11 128/15
131/22 132/15 132/16
132/18 141/1 143/18
152/7 155/22 157/9
159/18 161/24 167/15
168/11 168/16 171/5
171/11 175/25 175/25
177/3 177/6 178/6
179/12 185/12 190/6
193/19 198/4 198/21
202/24 205/2 211/1
212/20 216/14 218/15
218/20 220/24 222/16
225/13

**though [9]** 50/3 68/8
88/12 90/5 123/15
141/10 197/3 205/18
210/13

**thought [15]** 22/4
24/25 29/17 29/18
35/18 40/9 41/12 42/9
67/6 67/23 86/9 106/17
111/7 128/10 171/2

**thoughts [1]** 181/10

**thousands [1]** 182/9

**three [15]** 4/18 21/18
25/25 110/6 115/16
122/1 142/8 156/9
169/4 173/17 180/3
198/19 208/24 209/1
214/16

**through [30]** 7/5 13/12

44/1 66/11 66/23 66/24
70/21 71/23 81/10 84/7
92/17 105/12 108/9
109/18 127/17 161/3
161/3 176/17 177/2
178/25 188/2 193/13
193/14 222/7 222/9
223/2

**throughout [5]** 68/11
131/18 157/19 223/25
224/4

**ties [3]** 129/9 138/13
140/24

**tight [1]** 29/2

**TikTok [1]** 7/5

**till [2]** 140/15 160/17

**time [54]** 5/21 8/22
16/6 21/25 23/11 24/3
24/10 27/13 28/23 30/1
41/5 43/24 49/3 62/10
64/13 70/15 70/17
70/21 71/24 72/7 75/4
75/19 87/5 89/19 94/17
95/11 95/13 96/4 102/8
105/9 106/25 112/9
112/12 113/10 115/14
115/15 127/17 128/25
144/1 146/6 146/22
147/2 152/12 156/1
160/16 181/9 185/20
193/4 196/16 222/22
222/25 224/3 224/23
225/6

**times [8]** 30/19 50/17
70/18 89/25 119/2
146/1 152/23 158/15

**tired [5]** 126/13 142/7
142/9 142/10 148/8

**titled [1]** 227/4

**Tobacco [2]** 26/15

**today [11]** 4/25 31/24
42/13 65/9 96/23
150/25 160/5 160/17
193/19 199/20 222/11

**together [7]** 12/22 69/6
118/20 130/15 161/1
205/2 212/8

**told [2]** 73/2 170/15

**tomorrow [12]** 28/19
191/24 219/11 224/4
224/17 224/17 224/22
225/1 225/6 226/8
226/13 226/18

**ton [1]** 161/6

**too [9]** 19/5 19/16 21/3
66/11 78/18 93/13
144/2 192/22 193/3

**took [10]** 31/6 45/17
51/7 67/13 77/2 84/22
102/15 108/11 112/1
197/4

**tools [1]** 38/15

**top [5]** 17/17 46/11
47/1 54/11 128/6

**topic [1]** 48/5

**topics [2]** 88/13 119/7

**totally [2]** 136/20 140/7

**tougher [1]** 70/24

**tour [1]** 19/16

**toward [5]** 110/21
126/14 133/9 162/21
174/25

**towards [4]** 31/15
38/18 49/14 215/22

**town [12]** 40/15 83/4
85/15 85/20 87/24
107/3 107/17 119/2
121/2 121/16 181/9
188/3

**track [1]** 11/6

**trade [2]** 26/16 121/11

**traded [1]** 121/16

**Trader [1]** 94/20

**trained [1]** 24/20

**training [1]** 38/14

**transcript [3]** 1/9 2/12
227/3

**transcription [1]** 2/12

**transit [1]** 19/6

**transition [1]** 218/3

**transmitted [1]** 193/10

**transpired [6]** 7/9
19/10 28/9 80/20
106/14 181/10

**transportation [3]**
12/20 12/24 19/4

**Treasury [1]** 26/15

**treat [1]** 157/25

**treated [1]** 146/16

**treatment [1]** 169/14

**trial [24]** 6/8 6/9 6/9
7/19 10/5 10/5 38/10
68/11 72/6 81/4 98/8
124/1 131/18 138/20
139/6 139/9 140/6
146/9 146/10 169/24
171/22 211/2 211/2
224/4

**Triangle [1]** 215/12

**trickled [1]** 89/17

**tried [1]** 193/3

**Trinidad [2]** 143/14
143/15

**trip [3]** 187/24 188/5
226/2

**trooper [1]** 200/18

**trouble [23]** 10/19
22/21 22/22 42/19 68/4
68/13 68/16 68/22
85/20 90/20 90/25
103/11 131/22 133/8
134/15 138/5 150/22
150/24 151/11 151/13
163/22 195/6 206/17

**troubled [1]** 21/4

**true [4]** 125/16 138/14
138/15 216/15

**truly [1]** 178/14

**Trump [5]** 9/21 88/4
122/23 133/11 210/19

**Trump's [1]** 88/5

**trust [2]** 39/24 139/16

**truth [4]** 178/14 178/15
180/18 190/14

**tough [7]** [12] 47/8 53/17
66/12 67/15 93/11
93/15 93/20 96/3
144/20 181/7 207/22
220/2

**trying [11]** 13/5 17/14
29/2 72/1 72/7 72/10
73/7 73/24 144/20
220/10 220/12

**tuned [1]** 157/18

**tunnel [1]** 102/15

**turn [14]** 32/19 69/2
78/3 91/4 114/20 127/3
133/15 164/1 187/20
195/13 209/11 221/1
223/22 224/12

**turns [1]** 151/5

**TV [12]** 14/25 18/7
27/12 65/5 80/15 80/17
83/11 95/6 182/12
192/22 216/8 216/9

**Twitter [1]** 176/14

**two [22]** 5/6 5/11 8/18
29/13 69/14 101/19
102/5 102/15 115/6
115/22 124/10 124/10
124/13 142/14 152/7
154/3 159/14 189/8
202/24 204/25 207/22
220/18

**type [3]** 121/13 124/10
200/24

**typical [3]** 27/6 75/13
117/22

**typically [6]** 66/7 77/25
89/10 89/23 137/6
155/10

**U**

**U.S [3]** 1/13 1/17 26/4
59/6 63/1 71/10 73/4
82/10 110/8 128/14
180/3 196/24 212/14

**U.S. [18]** 16/19 27/24
37/20 39/22 42/14 43/1
136/23 155/8 172/25
173/11 173/13 173/21
174/20 177/5 179/22
180/4 180/9 196/8

**U.S. Attorney [1]** 177/5

**U.S. Attorney's Office
[13]** 16/19 27/24 37/20
39/22 136/23 172/25
173/11 173/13 173/21
174/20 179/22 180/9
196/8

**U.S. citizen [2]** 42/14
43/1

**U.S. Government [1]**
155/8

**Uber [1]** 95/11

**uh [13]** 33/22 39/6
94/24 109/20 114/23
143/24 144/16 146/14
149/5 168/6 193/23
195/16 206/11

**uh-huh [13]** 33/22 39/6
94/24 109/20 114/23

**U**

uh-huh... [8] 143/24
144/16 146/14 149/5
168/6 193/23 195/16
206/11
ultimately [3] 140/4
140/5 215/25
unable [5] 32/4 32/7
44/25 127/7 127/8
unavailability [1]
188/25
unaware [1] 108/10
uncle [1] 195/17
uncomfortable [2]
33/18 189/13
under [1] 224/7
undergrad [2] 62/2
62/5
underground [1] 66/20
undermine [2] 7/18
19/23
understand [26] 3/22
5/22 20/18 23/4 31/18
39/2 53/16 67/15 72/25
87/21 124/11 126/7
127/24 128/2 142/12
149/19 174/16 180/2
180/25 183/24 187/2
192/10 202/9 206/6
222/22 225/22
understandable [1]
123/14
understanding [1]
108/4
understands [1] 140/7
understood [4] 20/19
75/21 106/11 150/14
unexpected [1] 80/25
unfavorably [1] 120/13
unfold [2] 89/7 158/11
unfolding [2] 98/25
125/10
unfortunate [4] 28/11
28/11 94/16 106/17
unfortunately [1] 79/2
unique [2] 18/16 39/19
unit [1] 86/19
UNITED [8] 1/1 1/3
1/10 25/13 44/8 49/1
58/25 196/16
United States [3]
25/13 44/8 58/25
University [4] 62/7
137/20 137/21 150/6
unless [4] 19/15 20/25
131/18 198/5
unprecedented [2]
19/12 19/17
unravel [1] 106/18
unsafe [3] 123/3 123/8
123/24
until [7] 68/11 89/14
127/10 127/11 131/18
140/12 141/4
unusual [3] 40/14
40/16 183/20
up [78] 6/20 10/21 11/9
16/8 17/6 17/16 25/2

42/18 43/25 45/6 48/4
49/7 49/20 60/11 61/8
69/25 71/14 72/15
72/19 74/25 76/6 77/11
79/18 80/4 83/12 87/14
89/14 92/9 96/8 101/5
103/8 103/16 103/21
108/25 121/7 125/5
137/1 140/15 140/21
141/22 145/25 147/23
147/23 149/16 150/25
151/5 151/14 152/12
159/22 160/18 160/21
165/17 169/6 169/19
171/20 172/22 173/4
184/3 187/3 193/11
196/21 201/21 206/20
207/17 212/7 215/25
217/13 218/15 220/3
220/5 220/24 222/17
224/14 225/15
updates [1] 77/3
upon [14] 16/14 21/2
31/2 37/6 37/12 44/16
47/5 67/4 90/10 156/13
167/16 171/6 181/5
196/15
ups [1] 74/11
upset [1] 131/3
upsetting [1] 193/1
us [134] 5/14 7/10 8/21
9/7 11/24 14/19 16/3
16/12 21/22 23/2 29/25
33/7 33/17 34/24 35/3
35/12 36/18 40/12
43/12 45/8 45/21 46/9
47/14 48/6 48/20 52/1
55/2 57/10 58/23 59/1
63/1 63/13 65/2 69/19
76/21 77/22 78/9 80/25
82/10 83/7 83/16 84/24
85/11 85/24 86/14 89/4
91/6 91/15 91/25 93/9
93/16 94/17 98/21
99/19 99/19 100/5
101/21 102/25 104/24
111/17 114/1 115/10
115/24 116/11 118/23
119/20 120/19 122/5
122/25 123/11 124/23
126/21 128/18 128/24
130/2 133/19 136/12
143/25 145/20 152/8
152/16 153/19 154/22
155/22 157/12 157/17
159/6 160/14 161/4
161/23 164/3 165/1
166/21 168/7 168/24
169/3 170/9 171/24
173/9 173/14 174/2
175/10 176/6 176/11
184/22 185/17 186/21
187/21 190/15 192/16
193/19 195/20 198/24
199/8 200/12 202/21
203/9 205/5 205/16
208/22 209/6 209/15

212/2 214/22 215/7
215/16 216/5 216/16
218/15 219/13 219/20
**usdoj.gov [3]** 1/16
1/20 1/24
use [4] 13/11 64/22
197/18 197/21
used [6] 14/15 110/12
150/3 179/8 197/7
197/7
usually [3] 83/20 118/2
152/22

**V**

value [1] 75/17
variety [1] 90/1
various [9] 45/25 46/1
81/5 84/2 106/9 131/6
137/10 161/7 176/9
variously [1] 10/2
varying [1] 90/3
vast [2] 180/8 180/11
veracity [1] 178/13
verdict [13] 6/15 22/23
91/1 132/5 134/15
134/17 134/17 140/18
145/3 145/8 167/25
195/6 211/23
Vernon [2] 45/22 45/23
versa [1] 124/12
versus [2] 72/8 196/16
very [56] 3/13 7/12 8/6
10/22 11/11 13/7 18/9
31/14 36/1 39/19 50/21
56/3 62/9 67/6 72/8
75/20 76/3 81/23 87/21
88/16 93/11 94/15
101/9 105/24 109/21
112/13 112/15 113/10
113/11 114/18 118/5
125/19 138/1 138/12
141/2 150/17 155/4
156/22 160/1 166/5
187/8 191/8 193/2
201/24 204/17 207/20
213/13 214/3 219/13
219/25 221/7 222/12
222/21 223/18 223/18
224/24
veteran [4] 165/2 165/3
165/4 178/21
via [3] 5/17 5/18 77/3
vice [2] 112/11 124/12
victim [13] 16/2 70/13
78/25 116/6 116/8
116/10 116/25 136/11
145/18 145/21 168/22
179/4 179/5
victims [1] 16/22
video [49] 5/12 5/13
8/20 9/10 9/11 14/20
21/20 29/25 52/9 54/22
57/9 66/8 76/19 76/22
76/22 83/6 83/8 98/19
98/22 99/5 99/11
102/22 102/25 104/22
104/23 104/23 108/7

122/4 143/23 152/6
157/11 161/3 175/23
181/21 185/16 192/15
192/17 193/9 193/10
193/11 198/22 198/25
205/6 209/14 216/4
216/5
videos [21] 5/14 5/24
6/25 7/2 8/22 9/3 14/19
15/9 21/23 22/12 27/4
30/1 30/14 47/12 57/11
65/1 89/3 102/23
118/22 161/8 185/21
Vietnam [2] 99/23
159/4
view [28] 4/8 7/14 19/9
21/3 31/11 32/3 44/4
46/23 57/11 73/12
80/19 89/19 96/15
106/14 106/16 131/8
132/23 144/6 162/4
162/17 170/21 170/23
170/24 180/13 186/1
195/5 197/11 205/22
viewed [3] 57/9 98/19
144/1
viewing [3] 14/19
117/11 152/17
viewpoints [1] 211/5
views [26] 6/5 6/5 6/7
6/10 7/8 7/24 10/3 10/7
31/10 31/11 58/15 71/2
83/24 87/20 123/13
123/13 123/15 132/14
132/17 133/7 136/23
162/9 163/1 211/1
211/1 211/1
violence [3] 43/18
43/19 45/18
violent [1] 185/1
virtue [2] 57/3 135/8
voice [1] 42/18
voir [2] 150/23 151/5
vote [2] 175/5 194/21
voting [2] 163/22
206/17
VP [1] 165/23
vs [1] 1/5

**W**

wait [2] 140/17 222/18
walk [1] 224/6
walked [1] 215/22
walking [4] 13/12 64/5
64/7 224/10
walks [1] 87/19
wall [2] 48/11 117/10
walls [3] 80/23 81/10
81/18
Walter [1] 2/2
WAMU [4] 12/16 12/18
12/19 13/17
want [32] 3/5 3/14 4/2
5/1 16/7 25/7 38/12
38/12 40/15 42/20
43/25 49/24 53/14
85/14 117/13 124/7

135/9 139/6 140/6
140/13 140/20 141/8
141/9 147/20 147/20
157/16 183/7 190/13
190/14 190/14 206/7
225/19
wanted [6] 3/8 20/15
126/15 155/21 163/6
192/4
wanting [1] 140/19
war [4] 15/21 124/25
159/5 178/20
was [306]
Washington [21] 1/5
1/15 1/22 2/10 18/7
25/20 26/1 28/4 48/11
48/16 89/25 100/13
118/4 119/12 152/23
167/7 176/8 176/9
205/8 205/12 207/3
Washingtonian [3]
94/4 106/25 112/17
wasn't [15] 9/2 9/20
13/2 13/3 28/25 63/17
65/14 65/15 80/16 98/7
134/8 151/9 151/14
182/11 185/1
waste [1] 95/13
wasted [1] 95/13
watch [20] 5/17 27/8
65/5 75/20 77/10 108/9
108/13 118/1 166/22
176/13 176/13 181/22
192/22 193/3 193/5
199/16 205/16 205/18
209/20 216/10
watched [32] 5/13 8/20
14/20 21/20 22/4 27/3
30/9 57/24 58/18 80/18
89/7 89/10 103/1 105/1
106/19 108/6 108/25
111/16 111/17 111/19
111/20 122/4 152/10
158/10 181/20 181/20
181/23 199/4 209/17
216/4 216/9 216/9
watching [20] 8/24
8/25 14/24 29/25 65/16
83/25 84/7 98/7 98/24
98/24 99/1 105/7
106/18 108/16 122/8
152/11 152/20 199/9
199/17 199/18
way [23] 4/16 7/12
7/17 31/19 47/22 50/2
67/11 68/10 72/17
73/12 76/8 108/20
115/8 117/6 117/11
137/13 141/5 146/16
156/13 162/3 181/14
216/1 218/6
ways [2] 57/8 151/16
we [102] 3/6 3/17 3/20
4/25 13/25 23/7 26/2
26/3 26/23 26/24 27/12
29/17 30/21 39/2 40/13
41/19 42/7 42/15 43/8
43/10 43/25 45/17

**W**

we... [80] 45/19 49/19
49/23 51/6 64/22 67/7
69/6 69/7 70/20 73/1
79/9 82/9 85/23 85/24
85/25 95/9 96/20
101/20 102/20 104/8
104/9 111/3 111/4
124/9 124/10 125/3
137/8 137/11 138/24
142/20 153/11 156/5
157/15 157/18 158/1
167/7 168/8 168/13
168/14 180/3 180/7
187/20 192/20 197/11
197/16 197/20 207/14
207/23 207/25 210/25
217/20 219/14 219/15
219/20 219/21 220/6
220/10 220/13 221/3
221/7 221/12 222/21
222/22 222/25 223/1
223/1 223/4 224/1
224/14 224/17 224/19
224/22 224/25 225/6
225/12 225/15 226/7
226/8 226/10 226/16

**we will [10]** 217/20
219/20 221/12 222/21
222/25 223/1 224/17
224/19 225/15 226/10

**we'll [23]** 92/18 97/1
97/2 102/18 102/20
104/7 113/11 151/19
152/4 157/9 161/1
178/25 189/12 198/21
205/2 218/15 218/17
219/1 220/15 220/16
220/17 220/18 226/17

**we're [39]** 13/19 28/7
28/18 56/2 67/8 67/9
67/22 71/23 73/20
73/24 74/2 79/9 80/20
86/22 86/23 92/17
96/22 106/13 119/11
124/13 125/11 126/4
128/24 131/25 141/22
154/21 157/5 166/8
170/13 172/16 189/7
207/22 214/15 218/6
218/18 218/23 219/9
220/15 226/3

**we've [12]** 31/6 54/23
76/7 84/22 97/2 104/9
132/9 178/25 181/8
218/1 219/14 225/14

**weapon [1]** 73/4

**wearing [1]** 66/10

**websites [1]** 27/15

**WEBSTER [11]** 1/6
7/18 19/23 88/3 98/4
125/9 138/10 138/19
140/24 170/8 214/11

**Webster's [1]** 6/9

**Wednesday [4]** 101/24
102/1 207/24 217/21

**week [11]** 30/4 30/7
36/23 40/9 40/9 126/24

205/14 223/11

**weeks [4]** 50/25 77/1
156/16 165/22

**weigh [1]** 81/7

**weight [3]** 34/3 135/7
201/12

**weird [1]** 129/25

**welcome [2]** 87/25
104/3

**well [66]** 8/12 8/23
8/24 16/8 20/18 28/3
29/6 31/8 31/18 40/24
41/11 47/22 51/14 52/5
53/8 63/15 64/4 65/21
66/10 69/9 79/5 80/22
81/3 86/16 93/11 94/1
94/3 94/6 96/20 98/23
102/18 104/14 106/24
111/15 124/9 125/24
126/23 128/1 128/20
133/21 139/19 142/25
146/18 152/5 155/13
161/5 161/8 161/22
166/13 167/17 169/6
174/4 178/6 182/2
187/19 188/4 189/15
189/21 190/13 194/11
198/1 203/18 206/3
208/4 210/17 210/22

**well-established [1]**
198/1

**well-informed [1]**
161/8

**went [8]** 3/10 24/17
38/13 51/4 59/5 62/2
202/11 218/1

**were [120]** 4/21 5/2
5/12 6/13 7/4 10/12
14/10 17/19 22/20
24/10 24/25 25/18
29/17 44/6 44/19 45/4
45/13 45/25 52/20 53/1
53/3 53/20 54/12 58/5
60/21 60/23 60/24 61/9
61/10 63/10 64/2 65/16
67/7 72/15 80/9 85/5
85/8 85/12 85/19 85/24
86/2 90/23 93/7 94/10
94/25 95/4 95/22 99/10
100/1 100/7 102/8
102/13 110/24 111/7
112/5 112/6 112/19
113/1 115/8 116/25
117/6 117/11 119/10
122/14 124/1 125/10
126/10 127/7 127/7
129/16 132/2 133/5
134/16 137/17 137/23
139/5 141/9 142/17
142/22 144/9 146/19
147/9 148/6 150/24
157/15 157/16 157/18
159/7 160/15 162/1
162/4 162/24 167/23
169/10 171/1 171/21
173/15 173/20 175/15
177/11 180/6 182/2

187/22 189/25 190/6
192/6 193/11 193/12
199/8 200/3 202/24
207/1 209/3 211/3
211/20 217/8 220/10

**weren't [2]** 86/2 87/24

**west [1]** 110/18

**what [227]** 3/24 4/21
5/5 6/3 6/8 7/1 7/8 7/9
7/11 7/24 8/20 9/7
10/24 11/3 12/6 13/25
17/22 18/5 18/19 19/9
19/14 19/19 19/22
20/19 20/22 21/2 21/21
21/25 22/8 24/18 24/22
26/12 26/13 27/3 27/4
27/5 27/9 27/13 28/8
29/10 29/25 33/7 33/17
35/4 35/12 37/3 37/15
37/16 38/17 39/2 40/12
40/17 41/3 41/17
41/19 41/19 45/24
49/13 50/5 50/17 50/18
53/3 53/23 55/23 59/10
59/14 59/19 60/2 61/9
61/9 62/6 63/13 63/14
65/3 66/24 67/1 67/7
67/22 71/9 71/22 71/25
72/5 73/7 73/20 73/24
74/2 75/11 75/12 77/2
77/22 77/23 80/11
80/14 80/18 80/20
81/14 82/15 83/7 83/16
83/18 84/7 84/24 84/25
85/5 85/5 85/7 86/16
89/21 90/8 90/9 91/25
94/10 94/11 95/12
96/12 96/15 98/12
98/24 99/2 101/21
101/22 102/8 102/20
102/23 103/10 105/2
105/11 105/25 106/2
106/14 106/19 106/21
108/7 108/16 108/22
111/16 112/1 113/2
113/3 113/8 117/6
117/21 117/22 117/24
121/13 122/19 124/14
125/1 127/21 128/24
131/6 131/11 132/10
137/5 137/13 137/23
139/17 143/7 143/23
145/20 146/15 147/5
148/22 150/3 152/16
153/1 153/19 155/6
155/9 160/14 161/11
163/17 165/21 166/9
167/14 167/14 170/9
170/18 171/21 173/23
174/2 175/24 176/2
176/6 176/15 176/23
180/7 181/10 181/14
181/23 182/12 184/3
184/22 187/21 189/11
189/20 189/25 193/20
194/9 198/24 199/8
199/23 202/21 205/5

206/4 206/24 207/12
209/6 209/16 210/4
210/8 213/15 213/19
214/25 215/16 215/18
216/5 216/9 216/21
219/23 220/15 220/18
223/1 225/21

**What school [1]** 62/6

**what's [23]** 6/8 19/9
19/10 20/22 28/8 44/5
66/20 77/11 80/19
105/2 106/14 106/15
106/16 109/12 109/17
158/12 162/12 170/11
170/16 170/16 170/17
171/2 181/10

**whatever [19]** 7/24 8/1
15/5 34/13 44/24
106/22 114/10 122/15
123/9 123/23 123/23
162/15 162/16 171/24
176/4 185/25 205/20
210/7 225/9

**when [56]** 9/25 12/5
17/14 24/14 25/13
36/19 38/20 41/7 42/12
52/5 52/20 53/8 57/14
64/1 66/10 79/5 79/9
83/24 93/23 94/1 94/4
95/5 105/1 111/4 114/2
117/8 122/6 122/8
124/25 139/7 140/20
143/1 144/3 150/25
151/10 151/16 153/11
163/9 173/17 176/13
178/1 180/22 183/15
184/1 184/20 188/4
189/20 192/20 193/9
194/1 199/16 202/11
212/13 215/16 223/16
224/9

**Whenever [1]** 52/7

**where [37]** 7/2 25/11
25/18 27/8 28/24 32/22
36/8 40/10 43/4 43/12
43/18 45/13 50/10 51/4
51/6 55/2 62/5 77/22
81/4 84/2 94/18 100/13
104/8 106/4 115/10
117/22 119/24 122/20
124/11 140/12 145/24
148/23 182/2 184/2
207/1 219/14 220/17

**whether [93]** 5/12 10/6
11/22 15/25 21/20
21/20 23/1 23/17 31/11
32/20 34/22 37/16 41/7
42/8 45/7 46/5 48/18
50/1 54/24 55/14 56/20
58/22 62/25 67/12
67/13 69/3 69/11 70/11
73/17 78/3 78/14 78/23
82/9 85/2 85/2 85/11
86/5 86/12 90/6 91/5
91/20 93/7 96/13 96/14
98/2 99/17 100/10
100/25 110/8 114/21

155/4 119/18 120/15
122/22 124/16 126/10
128/7 128/14 128/18
130/3 133/16 135/18
136/9 140/7 143/3
145/20 154/13 159/2
159/11 159/18 164/2
164/25 168/3 168/20
172/21 175/9 177/4
179/2 183/17 184/12
186/16 193/19 195/14
195/20 196/13 199/20
200/8 208/18 212/1
214/18 215/4 218/17
224/9

**which [69]** 4/6 6/4 7/12
9/16 11/21 18/15 20/14
21/20 28/19 29/14
39/11 42/7 42/8 43/4
44/9 45/21 47/23 48/7
51/22 53/2 53/19 54/11
56/5 64/21 76/18 82/9
83/16 84/15 84/20
89/22 93/6 98/2 99/19
99/20 100/5 101/20
110/8 111/16 111/17
115/25 124/23 126/20
128/13 141/2 147/25
152/6 157/10 159/6
176/11 178/22 181/1
187/20 189/10 191/18
195/13 196/8 196/20
196/25 199/9 202/17
205/16 208/18 209/12
209/12 209/13 209/20
210/17 216/16 224/21

**while [18]** 9/24 23/15
26/1 80/18 103/3
121/25 126/4 141/22
145/23 157/5 169/1
172/16 178/4 187/16
189/6 193/8 208/15
214/15

**White [2]** 112/10
112/15

**White House [2]**
112/10 112/15

**who [64]** 12/10 13/16
13/17 14/6 15/19 20/11
33/3 35/9 37/11 37/24
38/22 39/2 40/13 45/24
46/9 46/14 56/24 56/25
60/19 61/1 61/5 83/24
85/24 87/11 87/23 88/3
99/19 105/4 112/4
112/11 112/12 112/19
115/7 116/1 129/15
133/19 134/20 136/13
144/7 145/12 145/14
146/6 153/14 156/2
157/17 158/4 166/23
167/1 168/8 168/11
177/7 177/11 177/12
183/14 184/15 188/11
200/9 201/8 207/24
215/25 217/20 217/21
219/17 222/16

**who's [14]** 7/18 37/25

**W**

who's... **[12]** 41/3 41/8
77/7 83/22 100/17
145/17 195/14 199/13
200/17 206/8 218/12
218/16
whole **[4]** 94/7 114/4
123/24 192/19
whom **[1]** 156/2
whose **[1]** 162/2
why **[22]** 3/22 42/7
52/1 82/9 93/16 101/20
122/25 123/6 123/7
123/9 123/20 124/9
139/8 139/8 140/21
141/5 151/9 151/9
161/24 183/12 187/20
203/9
wide **[1]** 89/25
wife's **[2]** 69/14 69/14
wild **[1]** 10/1
will **[75]** 8/6 10/13
11/11 20/6 28/16 34/1
37/12 44/20 51/11
62/10 68/10 76/3 81/22
88/17 92/14 96/2 97/3
101/10 102/4 104/5
107/15 109/22 118/9
120/9 121/19 125/21
135/6 139/23 141/12
150/18 156/23 160/2
164/10 165/23 166/6
170/19 172/8 183/5
187/9 188/24 189/12
191/9 196/4 197/21
198/7 201/9 201/25
207/20 214/3 217/18
217/20 219/12 219/17
219/20 221/10 221/12
221/13 221/14 221/20
222/5 222/8 222/21
222/25 223/1 223/10
223/15 223/25 224/16
224/17 224/18 224/19
224/19 224/22 225/15
226/10
William **[3]** 2/7 227/2
227/8
willing **[1]** 41/8
windows **[1]** 52/24
wine **[2]** 26/19 26/19
winnow **[1]** 219/16
wise **[2]** 39/3 47/2
wish **[10]** 8/14 21/14
29/8 51/16 56/15 62/18
76/13 88/21 157/5
166/17
wished **[1]** 226/1
within **[2]** 4/2 110/16
without **[5]** 5/1 7/19
71/18 88/6 207/12
witness **[18]** 11/23
16/2 46/7 56/7 70/13
78/25 79/25 80/3 94/12
116/6 128/8 136/11
168/22 178/15 179/4
184/14 190/5 215/6
witnessed **[1]** 16/5
witnesses **[2]** 3/12
226/12
woke **[1]** 222/17
woman **[1]** 123/2
women **[1]** 52/24
won't **[4]** 29/11 125/3
127/19 183/19
wondering **[1]** 67/7
word **[4]** 19/15 36/19
52/14 222/21
words **[5]** 49/24 71/18
73/3 77/23 145/5
work **[111]** 5/8 12/8
12/18 17/11 17/25 24/3
24/6 24/8 24/11 26/14
26/19 26/25 32/20
32/22 33/1 33/4 33/5
33/8 33/15 33/16 34/25
35/1 35/15 35/21 36/8
38/20 39/3 40/16 40/16
40/17 44/1 45/7 45/16
47/2 47/8 49/3 51/4
52/3 55/18 59/12 59/22
60/13 60/17 60/19 61/1
61/5 61/6 63/1 69/17
75/2 76/24 82/10 82/12
82/19 82/19 82/22
82/22 83/11 83/14
85/23 86/3 87/11 87/11
91/7 91/25 94/14 94/14
95/8 106/4 110/8
110/12 112/4 112/9
121/4 121/13 127/23
128/14 128/18 128/20
128/22 129/12 135/25
138/13 143/10 149/25
150/7 150/9 150/10
154/10 155/23 156/2
156/5 157/14 157/18
159/19 160/18 160/21
161/5 161/11 173/10
173/23 173/24 174/2
174/5 174/8 175/9
192/11 201/2 208/19
214/18 220/11
work-related **[1]** 5/8
work-wise **[1]** 39/3
47/2
worked **[56]** 25/20
26/11 26/16 32/21 35/9
38/15 48/19 48/20 60/4
65/23 69/12 69/12
74/18 74/22 74/23
75/18 78/15 78/15
80/17 86/20 87/7 91/21
91/21 94/18 94/22
100/11 100/12 112/2
112/4 112/11 135/19
135/19 150/5 150/12
154/3 154/9 155/12
159/12 159/12 165/8
165/8 168/4 168/5
172/25 174/5 177/21
177/22 179/21 183/19
186/17 186/17 195/14
195/15 200/14 200/23
213/20
working **[16]** 45/17

107/10 112/14 113/7
120/24 120/25 126/24
128/24 153/25 165/23
175/17 193/4
works **[11]** 36/9 40/4
40/13 56/25 91/7 92/2
92/4 161/16 174/17
186/24 200/21
world **[6]** 15/21 49/23
99/1 124/6 146/23
159/5
World War II **[2]** 15/21
159/5
worried **[1]** 146/19
worth **[2]** 184/4 226/10
would **[210]** 4/4 4/4
4/21 5/2 7/4 7/14 7/17
10/19 10/20 14/15
16/22 17/19 17/22 18/3
19/22 22/3 22/12 22/22
24/23 27/6 27/14 27/16
32/5 32/9 32/14 36/23
38/7 39/11 40/25 42/9
43/20 44/7 44/11 44/12
44/15 45/1 45/3 46/4
50/1 50/6 50/12 50/12
51/6 51/6 52/13 53/6
53/10 53/17 57/13
57/19 58/1 58/10 58/14
58/17 64/14 67/11
67/14 68/3 68/13 68/22
70/6 72/6 72/21 73/12
74/1 74/5 75/13 80/25
81/12 81/13 83/22
84/18 85/19 89/9 89/11
90/13 90/19 90/25
91/11 93/8 94/7 94/8
95/24 96/3 96/5 99/11
101/21 101/22 102/9
103/11 105/4 111/5
112/23 113/5 114/10
117/12 117/23 119/5
119/7 119/9 119/13
120/11 122/24 123/15
126/21 127/9 127/13
127/16 130/24 131/7
131/21 132/4 132/16
132/22 133/4 133/8
134/11 134/14 136/17
136/22 137/13 138/15
138/19 138/20 139/2
139/4 139/15 140/1
140/16 140/16 140/25
140/25 142/18 144/11
144/13 144/20 145/2
145/7 147/18 148/10
149/6 149/9 150/21
153/2 156/12 158/19
161/18 162/14 162/20
163/2 163/16 163/22
164/18 164/19 164/23
166/23 167/24 171/5
175/5 176/12 176/19
177/21 178/4 178/8
180/20 181/1 181/6
187/7 183/22 186/1
187/16 187/21 189/13

190/2 190/3 190/19
190/22 190/23 193/15
194/2 194/7 194/18
194/20 195/6 196/10
197/16 199/13 199/20
199/23 200/4 204/4
205/22 206/16 210/7
210/19 211/6 211/8
211/9 213/7 213/8
214/23 215/8 216/8
217/10 219/10 219/13
219/23
wouldn't **[17]** 40/12
80/9 115/18 139/5
139/8 140/6 140/13
140/13 140/20 141/8
141/9 151/18 176/3
177/10 177/12 190/17
190/21
wow **[1]** 144/3
wrap **[2]** 160/21 220/2
wrap-up **[1]** 160/21
wrapping **[1]** 160/18
writ **[1]** 68/2
write **[6]** 65/25 66/1
69/22 75/3 111/4 218/8
writer **[1]** 106/3
writing **[2]** 106/7 117/9
written **[6]** 50/13
113/24 160/13 172/18
191/19 218/11
wrong **[7]** 4/5 9/6
24/25 30/13 82/13
147/22 147/22
wrote **[2]** 184/10
191/21

**Y**

yeah **[106]** 3/11 12/8
14/22 15/20 16/4 17/13
18/1 27/9 27/18 30/4
30/12 31/22 31/25 32/2
32/22 33/1 33/9 34/12
35/7 35/10 37/4 38/5
39/13 48/22 48/25 51/3
53/16 55/16 58/7 60/12
75/3 75/7 79/12 82/12
82/21 83/2 84/3 85/14
86/20 86/24 89/18
89/20 95/15 96/6 96/24
109/16 110/25 111/1
111/9 111/19 112/2
112/21 112/25 115/15
117/25 118/25 120/3
120/18 120/20 121/1
122/21 123/10 127/14
127/22 128/13 131/13
135/16 139/14 140/6
143/9 143/10 147/19
147/23 149/1 149/25
151/7 153/15 154/16
156/15 157/14 157/22
158/1 159/14 159/17
172/24 173/6 177/9
179/5 180/24 183/9
184/15 184/18 185/20
189/23 190/11 192/9

254/12 192/18 193/16
194/24 202/11 208/13
212/3 213/5 214/13
225/19
year **[15]** 9/14 14/21
21/23 22/4 28/7 80/21
89/15 99/7 106/13
119/11 125/11 150/2
170/13 181/8 196/23
years **[37]** 23/8 24/2
25/15 25/23 25/25 55/6
62/3 65/23 69/8 70/1
70/22 74/21 74/21
78/11 79/6 79/11 87/4
93/19 107/1 112/14
112/18 113/7 115/8
115/16 115/16 154/3
169/4 172/25 173/17
179/10 179/24 183/19
186/11 196/7 205/25
206/1 207/6
yelling **[1]** 72/3
Yep **[3]** 82/4 179/25
194/13
yes **[218]** 3/7 4/15 4/18
6/12 6/17 7/23 8/2 8/18
10/11 10/16 11/19
12/20 15/17 21/16
22/10 23/6 23/23 25/1
25/10 28/22 29/18
29/19 29/21 30/25 31/3
34/16 38/15 38/16
38/18 38/22 40/21
41/15 41/16 42/5 42/24
44/13 44/23 46/10
47/19 49/8 51/18 51/21
52/2 52/15 52/18 53/17
54/9 55/22 56/17 56/19
60/20 63/12 67/3 70/8
71/16 76/9 76/15 77/20
79/2 79/24 81/12 82/8
83/19 84/10 84/14 85/1
86/10 88/14 93/3 93/5
93/16 95/2 96/19 97/23
99/15 101/16 101/19
102/2 104/11 104/18
104/20 105/21 107/4
107/21 109/11 110/4
113/16 114/18 116/23
118/16 119/16 120/7
121/2 121/12 121/23
122/1 122/18 123/1
123/7 123/9 124/22
125/17 126/9 126/11
129/7 129/14 129/18
130/13 130/18 131/16
133/18 137/2 139/25
140/11 141/19 143/5
143/24 144/21 144/25
145/9 145/19 146/11
147/12 148/3 151/24
153/4 153/7 153/10
157/3 160/8 160/12
160/24 161/19 161/21
161/24 162/19 162/22
163/11 163/18 164/4
164/15 166/1 166/15
166/18 167/19 167/22

**Y**

**yes... [72]** 168/23
169/8 170/3 171/9
172/3 172/6 172/17
174/23 175/7 176/1
176/22 178/16 183/7
184/7 186/4 186/23
188/7 189/4 189/8
189/15 190/25 191/2
191/14 191/14 191/21
193/24 193/25 200/1
200/11 201/15 202/6
202/15 202/16 202/18
202/19 202/21 203/6
203/7 203/9 203/21
204/6 204/11 205/1
205/24 206/12 206/13
206/21 207/7 207/11
207/14 208/16 209/2
209/5 210/1 210/17
211/10 212/11 212/15
212/19 213/10 214/16
214/20 215/13 216/8
216/9 216/12 217/2
217/6 218/22 220/20
225/18 226/14
**yesterday [1]** 47/18
**York [8]** 1/22 24/4
30/18 61/19 89/25
119/1 152/22 158/14
**you [1484]**
**You are [1]** 88/23
**you know [2]** 14/6 90/2
**you understand [4]**
87/21 174/16 180/2
180/25
**you'd [19]** 4/17 11/15
25/6 29/17 92/25
101/18 110/2 113/2
113/18 118/18 121/25
141/21 148/6 151/25
160/9 172/15 189/6
208/15 214/14
**you'll [15]** 51/24 128/2
165/21 188/17 188/19
192/10 201/10 204/16
218/7 218/8 218/11
218/15 218/19 218/22
221/21
**you're [61]** 5/6 5/23 7/1
7/22 9/7 16/9 19/15
24/15 24/20 29/3 29/3
29/9 30/13 36/8 36/14
37/6 39/4 41/7 42/2
56/16 57/23 65/18
65/19 73/23 77/6 80/14
81/3 81/16 83/16 83/25
88/1 88/3 102/19 104/3
108/16 109/9 121/10
121/25 138/17 142/12
144/18 151/23 152/17
156/11 160/21 178/4
181/1 182/16 187/16
188/22 194/3 198/14
202/5 206/7 208/12
211/16 214/12 215/2
215/2 224/10 224/11
**you've [98]** 3/21 3/22

15/10 16/15 21/18
21/20 22/11 23/18
30/21 31/20 34/19
35/25 47/12 47/13
57/24 57/24 58/14 67/1
70/4 73/25 76/22 77/15
77/18 83/8 84/7 85/11
86/9 87/20 90/8 90/9
93/4 93/15 95/16 96/8
96/10 96/15 98/12
98/21 102/23 102/24
103/1 103/11 105/12
107/2 110/6 111/15
112/17 112/19 113/3
113/23 113/24 114/10
119/14 126/5 126/7
126/18 129/9 130/21
144/1 152/6 153/1
157/7 160/13 161/20
162/15 164/8 166/18
167/14 167/14 170/14
171/6 171/7 172/17
172/18 174/14 174/18
176/17 176/23 185/16
191/17 191/19 199/9
201/1 201/8 203/18
205/5 205/20 209/23
210/8 216/16 216/21
218/11 220/15 224/13
**young [3]** 79/10 93/19
145/25
**your [356]**
**Your Honor [51]** 3/7
3/14 6/21 10/22 17/7
20/8 20/10 21/6 25/4
28/22 36/6 55/22 59/9
61/8 71/16 76/9 79/19
81/20 87/15 92/10
101/6 103/17 104/11
105/24 109/7 116/23
121/8 125/6 137/2
140/11 149/17 151/4
155/4 159/23 165/18
166/4 166/10 169/20
179/17 187/5 188/15
191/5 195/25 201/22
204/14 208/1 213/13
217/14 217/23 220/25
226/14
**yours [4]** 100/20 121/3
134/4 136/15
**yourself [18]** 14/8
37/23 41/23 57/19
79/25 83/22 105/4
124/18 139/9 141/16
159/3 167/1 180/11
199/13 200/9 202/3
222/18 223/24
**yourselves [2]** 219/23
223/15
**YouTube [2]** 9/3 122/7

**Z**

**Zaremba [3]** 2/7 227/2
227/8