IN THE UNITED STATES DISTRICT COURT
                      FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA,           )
                                    )
            Plaintiff,              )
                                    )        CR No. 21-208
                                    )        Washington, D.C.
        vs.                         )        April 29, 2022
                                    )        9:30 a.m.
THOMAS WEBSTER,                     )
                                    )        Day 5
            Defendant.              )        Morning Session
_____)


                 TRANSCRIPT OF JURY TRIAL PROCEEDINGS
                 BEFORE THE HONORABLE AMIT P. MEHTA
                    UNITED STATES DISTRICT JUDGE


APPEARANCES:

For the Government:          Brian P. Kelly
                             U.S. ATTORNEY'S OFFICE
                             555 Fourth Street NW
                             Suite 3816
                             Washington, D.C. 20530
                             (202) 252-7503
                             Email: brian.kelly3@usdoj.gov

                             Hava Arin Levenson Mirell
                             U.S. ATTORNEY'S OFFICE
                             312 N. Spring St.
                             Suite 1200
                             Los Angeles, CA 90012
                             (213) 894-0717
                             Email: hava.mirell@usdoj.gov

                             Katherine Nielsen
                             Fraud Section
                             1400 New York Ave., NW
                             Washington, D.C. 20530
                             (202) 355-5736
                             Email:
                             katherine.nielsen@usdoj.gov

APPEARANCES CONTINUED:

For the Defendant:          James E. Monroe
                            Walter Machnicki
                            DUPEE & MONROE, P.C.
                            211 Main Street
                            PO Box 470
                            Goshen, NY 10924
                            (845) 294-8900
                            Email:
                            marina@dupeemonroelaw.com


Court Reporter:             William P. Zaremba
                            Registered Merit Reporter
                            Certified Realtime Reporter
                            Official Court Reporter
                            E. Barrett Prettyman CH
                            333 Constitution Avenue, NW
                            Washington, D.C. 20001
                            (202) 354-3249


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

```
                              _  _  _

                         WITNESS INDEX

                              _  _  _

WITNESSES            DIRECT CROSS REDIRECT RECROSS

DEFENDANT'S:

THOMAS WEBSTER                   6         9
LAURA MORITZ           12       16
BRIAN GALLO            17.      19
FRANK SIALIANO         21       24
```

```
1                    P R O C E E D I N G S
2             COURTROOM DEPUTY:  All rise.
3             The Court is in session.  The Honorable Amit P.
4    Mehta presiding.
5             THE COURT:  Please have a seat, everyone.
6    Good morning.
7             COURTROOM DEPUTY:  Good morning, Your Honor.
8    This is Criminal Case No. 21-208, United States of America
9    versus Thomas Webster.
10            Brian Kelly, Hava Mirell, and Katherine Nielsen
11   for the government.
12            James Monroe and Walter Machnicki for the
13   defendant.
14            The defendant is appearing in person for those
15   proceedings.
16            THE COURT:  Okay.  Counsel, good morning; I hope
17   everybody is well.
18            All right.  I understand there's a preliminary
19   issue that somebody would like to raise.
20            Hi, Ms. Mirell.
21            MS. MIRELL:  Just a quick matter, Your Honor.
22            I know there's supposed to be three character
23   witnesses today.  I just conferred with defense counsel.
24   I want to confirm on the record.  The only character traits
25   he wants to elicit are character for law abidingness and
```

1    peacefulness or lack of aggression, I suppose, but we've

2    clarified with defense counsel and I think he understands

3    that we are not allowed to go into specific instances of

4    conduct regarding any of those traits.

5              THE COURT:  Right.  Okay.

6              MR. MONROE:  I think I did take another look at

7    404 last night, and that's exactly what I'm going to cover,

8    Judge.

9              THE COURT:  All right.

10             Yeah.  Look, my view on this has always been that

11   it's fairly limited in what you can elicit.

12             MR. MONROE:  Yeah.

13             THE COURT:  And, you know, I'll take it from

14   there.

15             MR. MONROE:  I don't think it's ever a good idea

16   to belabor a character witness.  I just like to make a

17   couple points and move on.

18             THE COURT:  Okay.

19             MS. NIELSEN:  And, Your Honor --

20             COURTROOM DEPUTY:  Jury panel.

21             (Jury entered the courtroom.)

22             THE COURT:  Okay.  Please be seated, everyone.

23   And welcome back, ladies and gentlemen; it's nice to see you

24   all again.  I hope everybody had a nice evening.

25             All right.  So we are ready to proceed with the

```
1   continued examination -- cross-examination of Mr. Webster.
2            Mr. Webster, why don't you come on back up.
3            Ms. Nielsen, ready to go when you are.
4            MS. NIELSEN:  Thank you, Your Honor.
5                            - - -
6                        THOMAS WEBSTER
7   Called as a witness on behalf of the Defendant,
8   having been previously duly sworn, resumed the stand and
9   testified further as follows:
10               CROSS-EXAMINATION (CONTINUED)
11  BY MS. NIELSEN:
12       Q    Good morning, Mr. Webster.
13       A    Good morning, ma'am.
14       Q    Just a few more questions for you.
15            I'm going to put up on the screen what has been
16  previously admitted as Government's Exhibit 217.
17            All right.  I'm showing you what has been
18  previously marked as Government's Exhibit 217.1.  You were
19  located within the yellow circle in this image;
20  is that correct.
21       A    Yes.
22       Q    And could you please read the time stamp in the
23  lower right corner.
24       A    14:22:53:10.
25       Q    And for civilians, do you know what time that is?
```

1          A     That would be 2:22 p.m.

2          Q     And that's on January 6th of 2021?

3          A     Yes, ma'am.

4          Q     I'm going to take this down and bring up another

5     image.  What's been previously marked as Government's

6     Exhibit -- or previously admitted as Government's Exhibit

7     217.3.

8                And are you at this point located within the green

9     circle?

10         A     Yes.

11         Q     Can you please read the time stamp on this image,

12    please?

13         A     14:28:23:23.

14         Q     And this image is taken just before the

15    interaction with Officer Rathbun; is that correct?

16         A     Yes, ma'am.

17         Q     I'm going to take this down and bring up what's

18    been previously admitted as Government's Exhibit 205.5.

19               And, Mr. Webster, is this image taken just after

20    the police line was broken on the afternoon of January 6,

21    2021?

22         A     Yes, ma'am.

23         Q     And what's the time stamp on this image?

24               And I'll just direct you to the upper left --

25         A     Upper left?

1      Q    Yes, upper left corner, please.

2      A    That's going to be 2:29:02 p.m.

3      Q    I'm going to take this down and pull up

4  Government's Exhibit 309.

5           Mr. Webster, is this the image from the Capitol on

6  January 6th that was taken with your phone?

7      A    It appears to be.  Without the documentation

8  there, it does appear to be the one in the pictures that was

9  in the discovery.

10     Q    And I'll scroll down to the metadata.

11          Can you please read the date and time that this

12 image was created?

13     A    January 6th, 2021, at 3:43 p.m., 54 seconds.

14     Q    And moving back up to the actual image, this image

15 was taken when you were on the inaugural stage that

16 afternoon, correct?

17     A    Yes.

18     Q    So based on the time stamps of the images that we

19 have just viewed, is it fair to say that you are on Capitol

20 grounds from -- for over an hour after the altercation with

21 Mr. Rathbun?

22     A    Yes.

23          MS. NIELSEN:  Take this down, please.

24 BY MS. NIELSEN:

25     Q    And I'm showing you what's been admitted as

1    Government's Exhibit 111.

2           Yesterday, you testified that you had your hands

3    on Officer Rathbun's face or shield to show that you were

4    not going to hurt him.  Is this what you're doing in this

5    image?

6    A    Yes.

7           MS. NIELSEN:  Thank you.  No further questions,

8    Your Honor.

9                        -  -  -

10                   REDIRECT EXAMINATION

11   BY MR. MONROE:

12   Q    Mr. Webster, I'm going to show you what was just

13   shown -- presented to you by the government.  It's

14   Government's Exhibit 217.1.

15          There, you just identified your presence on the

16   Capitol grounds at approximately 2:22 and 53 seconds?

17   A    Yes.

18   Q    And by indication, by location of the flag?

19   A    Yes.

20   Q    Now, do you recall Special Agent Palmertree's

21   discussion about the landscape wall that was in front of you

22   in this area?

23   A    Yes.

24   Q    About how high was it?

25   A    About hip high, I would call it.

1    Q    Okay.

2         And how did you it get past that wall?

3    A    I tried to explain just to clarify what wall that

4    was, but there was quite a bit of building debris around the

5    area and there was like a makeshift ramp that was from one

6    level to the next level.  Like, basically like a big piece

7    of plywood with wood on it and there were people just

8    assisting people to go up that ramp.

9    Q    And as you were walking over this landscape wall

10   using a wooden ramp, were there people in front of you?

11   A    Oh, it was like you wait in line like you were

12   going on a ride pretty much.

13   Q    Were there people behind you?

14   A    Yes.

15   Q    And you followed the people that was moving in

16   front of you towards the Capitol?

17   A    Yes.

18        I mean, they were yelling that there was another

19   way to go if you didn't want to go this way.  And if you

20   wanted to try to risk going -- you know, go up the ramp,

21   just, you know, wait in line, and there were people that

22   will grab your arm and pull you up and assist you, I guess.

23   Q    You recall back in February a meeting with the FBI

24   for the first time about this incident?

25   A    I don't really recall having that discussion with

1   them.

2        Q    Well, no, I'm not talking about this time.

3        A    Oh.

4        Q    Do you recall being at the FBI office in Hudson

5   Valley, New York?

6        A    Yes.

7        Q    Okay.

8             And when discussing what happened with the agents,

9   did you tell the agents that Officer Rathbun had punched

10  you?

11       A    Oh, absolutely, yes.

12       Q    Okay.

13            MR. MONROE:  That's all I have, Judge.  Thanks.

14            THE COURT:  Okay.  Mr. Webster, you may step down.

15            THE WITNESS:  All right.  Thank you.

16            THE COURT:  Okay.  Mr. Monroe.

17            MR. MONROE:  Yes, Your Honor, if it should please

18  the Court, we would call Laura Moritz to the stand.

19            If I could, I'll get her from the lobby.

20            COURTROOM DEPUTY:  Please raise your right hand.

21            (Witness placed under oath.)

22            COURTROOM DEPUTY:  Thank you.

23            THE COURT:  All right, Ms. Moritz, welcome, and

24  have a seat.

25            And if you're comfortable with your mask off, you

```
 1    may testify with your mask off.  Thank you.

 2                            - - -

 3    LAURA MORITZ, WITNESS FOR THE DEFENSE, SWORN

 4                       DIRECT EXAMINATION

 5                            - - -

 6    BY MR. MONROE:

 7         Q    Good morning.

 8         A    Good morning.

 9         Q    Could you introduce yourself to the jury.

10         A    Yes.  Good morning.  My name is Laura Moritz.

11         Q    Now, how long have you known Tom Webster?

12              Sorry.  Would you spell your name for the court

13    reporter, please.

14         A    Laura, L-a-u-r-a.  Moritz, M-o-r-i-t-z.

15         Q    Okay.

16              How long have you known Tom Webster?

17         A    More than 40 years.

18         Q    And how did you first meet Tom?

19         A    We grew up in the same town, Suffern, New York,

20    and we have family and friend ties since we were children.

21         Q    And did he live in the same neighborhood with you?

22         A    Yes, he did.

23         Q    And you had some siblings?

24         A    Yes.

25         Q    And your siblings were friends with Tom?
```

```
 1        A     That's correct.

 2        Q     These were your brothers?

 3        A     Yes.

 4        Q     And over the 40 years, have you remained in

 5   contact with Tom?

 6        A     Yes, I have.

 7        Q     And could you share with the jury the extent of

 8   that contact with Tom?

 9        A     I was lucky enough later in life to become Tom's

10   neighbor and reconnect as adult friends.

11        Q     And for how many years were you Tom's neighbor

12   once you were an adult?

13        A     More than ten.

14        Q     And what town was this when the two of you were

15   neighbors later in life?

16        A     Monroe, New York.

17        Q     I'm sorry?

18        A     The town was called Monroe, New York.

19        Q     Okay.

20        A     Yes.

21        Q     My ears.

22              And you raised children next to Tom's house in

23   Monroe, New York?

24        A     That's correct.

25        Q     And if you could, would you share with the jury
```

1    your opinion as to Tom's characteristics for peacefulness?

2        A    We lived in a lake community where we spent a lot

3    of time together as families.  I watched Tom interact very

4    closely with not only the parents but the children in the

5    neighborhood, in our beach community, and Tom was like an

6    example of peacefulness.  The children gravitated to him,

7    the parents all looked up to him.  He was just a really

8    stellar person in our community.

9             We spent time together socially and working on

10   community projects, and I never saw Tom be anything other

11   than just a stellar example of a man.

12       Q    Did you ever see Tom become upset in your

13   presence?

14       A    Never.

15       Q    Did you ever see Tom engage in any acts of

16   violence?

17       A    Never.

18       Q    Did you ever see Tom engage in any type of

19   unlawful behavior?

20       A    Absolutely not.

21       Q    What's your opinion of Tom Webster?

22       A    Tom Webster --

23            THE COURT:  Hang on.

24            Can we be more specific about what you mean?

25

BY MR. MONROE:

    Q    Okay.  What's your opinion of Tom Webster as a person who's -- as to a peaceful person?

        THE COURT:  I think you already asked that question.

        MR. MONROE:  Yeah.

BY MR. MONROE:

    Q    And you moved from Monroe, New York, to another location?

    A    That's correct.

    Q    And you remained in touch with Tom after you moved?

    A    Yes, that's true.

    Q    How about in the neighborhood area when you lived next to him for about ten years, did you witness Tom engage in any acts of violence?

    A    I've never seen Tom in any way other than peaceful and really just kind, gentle, a gentleman, an example of what a gentleman really is.

        MR. MONROE:  Thank you for coming down and speaking.

        That's all I have, Judge.

        THE WITNESS:  Thank you.

        THE COURT:  Okay.  Any cross-examination?

```
 1                          - - -

 2                      CROSS-EXAMINATION

 3   BY MS. MIRELL:

 4        Q    Good morning.

 5        A    Good morning.

 6        Q    So you said you've known Tom for 40 years, right?

 7        A    40 plus.

 8        Q    40 plus.  Okay.

 9             And you've never seen him engaged in any acts of

10   violence, right?

11        A    Never.

12        Q    And you called him an example of peacefulness,

13   right?

14        A    Yes.

15        Q    Okay.  I'm showing you what's been admitted into

16   evidence as Exhibit 204.7, and we can publish that.

17             Do you see an example -- if you look at your

18   screen, do you see an example for peacefulness in this

19   photo?

20        A    I don't see an example of non-peacefulness.  I see

21   a photograph with a lot of people.  It's out of context.

22             MS. MIRELL:  No further questions.

23             THE COURT:  Okay.  Any redirect?

24             MR. MONROE:  No redirect, Judge.

25             THE COURT:  All right.  Ms. Moritz, thank you for
```

```
 1    your time and testimony.  You may step down.
 2              THE WITNESS:  Thank you.
 3              MR. MONROE:  Your Honor, the defense would call
 4    next Brian Gallo to the stand.
 5              COURTROOM DEPUTY:  Please raise your right hand.
 6              (Witness is placed under oath.)
 7              COURTROOM DEPUTY:  Thank you.
 8              THE COURT:  Mr. Gallo, good morning, and welcome.
 9                              - - -
10    BRIAN GALLO, WITNESS FOR THE DEFENDANT, SWORN
11                        DIRECT EXAMINATION
12                              - - -
13    BY MR. MONROE:
14        Q    Good morning, Mr. Gallo.  Would you please spell
15    your name for the court reporter.
16        A    B-r-i-a-n, G-a-l-l-o.
17        Q    Okay.
18              Would you introduce yourself to the jury.
19        A    Good morning.  Brian Gallo.
20        Q    So, Mr. Gallo, you know Tom Webster?
21        A    Yes.
22        Q    Would you share with the jury how you know Tom?
23        A    I've known Tom Webster for a little over ten
24    years.  Our sons are very good friends, they met in
25    kindergarten, and they've been friends ever since.
```

1          Tom was one of the first parents I allowed my son

2   to take on a camping trip when he was six years old.

3       Q    So over the ten years, how much time have you had

4   to spend with Mr. Webster?

5       A    Mr. Webster and I became even closer friends and,

6   with the rest of the Webster family, we've done a lot of

7   camping trips together and holidays and weekend barbecues,

8   and we've become very close friends.

9       Q    So you consider yourself one of Tom's close

10  friends?

11      A    Yes, sir.

12      Q    Friend of the family?

13      A    Yes.

14      Q    All right.

15          And you've seen Tom in various social settings?

16      A    Yes.  Tom, numerous times, has taken care of me.

17  I got hurt at work one day and Tom came and helped out the

18  family and mowed our lawn.

19          THE COURT:  Counsel.

20          THE WITNESS:  He's just --

21          MS. MIRELL:  Objection.

22          THE COURT:  Sustained.

23          THE WITNESS:  Oh, I'm sorry.

24          THE COURT:  That's okay.

25

```
 1    BY MR. MONROE:
 2         Q    Let me ask you this, direct to the point, sir.
 3         A    Yes.
 4         Q    Over the ten years you've known Tom, have you ever
 5    seen this gentleman engage in any acts of violence?
 6         A    No.
 7         Q    Have you ever seen him become boisterous or upset
 8    in your presence?
 9         A    No, he's always very calm and soothing.  He always
10    took --
11         Q    You ever see him be present when he's cursing and
12    swearing?
13         A    No.
14         Q    Have you ever been present where this man's
15    committed anything that you believe to have been unlawful?
16         A    No.
17              MR. MONROE:  Okay.  Thanks for speaking to me,
18    Mr. Gallo.
19                             - - -
20                        CROSS-EXAMINATION
21    BY MS. MIRELL:
22         Q    Good morning, Mr. Gallo.
23         A    Good morning.
24         Q    You have not been in the courtroom the past three
25    days, have you?
```

```
1        A    No.
2        Q    And you haven't seen all of the evidence and heard
3   all the testimony that's been presented to this jury?
4        A    No.
5        Q    And you've not seen the exhibits in this case,
6   correct?
7        A    Correct.
8        Q    And you've not heard the testimony of Officer Noah
9   Rathbun, of what your friend, Mr. Webster, did to him on
10  January 6th?
11       A    No.
12       Q    And you've not watched at least four different
13  angles of your friend Thomas Webster attacking
14  Officer Rathbun, right?
15       A    No.
16            MS. MIRELL:  No further questions.
17            THE COURT:  Any redirect?
18            MR. MONROE:  No redirect, Your Honor.
19            THE COURT:  Okay.  Mr. Gallo, thank you for your
20  time and testimony.  You may step down.
21            MR. MONROE:  As the defendant's last witness, we
22  would call Frank Sialiano to the stand, Judge.  I'll
23  retrieve him from the lobby.
24            COURTROOM DEPUTY:  Please raise your right hand.
25            (Witness is placed under oath.)
```

```
 1              COURTROOM DEPUTY:  Thank you.

 2              THE COURT:  All right.  Mr. Sialiano, welcome.

 3              THE WITNESS:  Good morning, Your Honor.

 4              THE COURT:  Good morning to you, sir.

 5              If you are comfortable with your mask off, you can

 6   remove it for the purpose of your testimony.

 7              THE WITNESS:  Okay.  Thank you.

 8                           -  -  -

 9   FRANK SIALIANO, WITNESS FOR THE DEFENDANT, SWORN

10                      DIRECT EXAMINATION

11                           -  -  -

12   BY MR. MONROE:

13       Q    Mr. Sialiano, for the benefit of the court

14   reporter, would you please spell your name.

15       A    S, as in Sam, i-a-l-i-a-n-o.

16       Q    Would you introduce yourself to the jury.

17       A    My name is Frank Sialiano.

18       Q    Okay.

19            I understand you know Tom Webster?

20       A    Yes, I do.

21       Q    Would you share with the jury how you know Tom?

22       A    I know Tom -- I met Tom back in 1991 after we

23   graduated from the New York City Police Academy.

24       Q    And were you -- did you work together with Tom for

25   a time?
```

```
1      A    Yes, we had worked together for a short time.

2      Q    How many years did you work together with Tom?

3      A    Approximately a year.

4      Q    And where were the two of you assigned?

5      A    We were assigned to PSA 8.

6      Q    What is that?

7      A    That's a police service area which covers the

8  New York City Housing Authority, which is low-income

9  housing, and that's what we were in charge of, providing

10 protection and police service.

11     Q    Okay.

12          And what borough was this?

13     A    This is the borough of the Bronx.

14     Q    Now, after that year working together, did you

15 remain friends with Tom?

16     A    Well, we worked together for a year, but we knew

17 each other.  I was in the command with him for approximately

18 six years.

19     Q    So you were also his supervisor at one time?

20     A    Negative.  I was never his supervisor.

21     Q    Okay.

22          Did you work in the same precinct with him?

23     A    Yes, I did.

24     Q    Okay.

25          So in those years, you had a chance to observe Tom
```

1   and his conduct?

2          A    Yes, I have.

3          Q    Both during times of inactivity and times when

4   he's engaged in making arrests?

5          A    Yes.

6          Q    Did you ever observe Tom engage in any acts of

7   violence while working with him as a police officer?

8          A    As a police officer, no, I have not.  I always saw

9   Tom as being a calm, collected officer.  He conducted

10  himself in a professional manner, and he always treated

11  everybody with integrity and respect.  Everybody he

12  arrested, whether it was an arrest --

13              MS. MIRELL:  Objection.

14              THE WITNESS:  -- or even for a summons.

15              THE COURT:  That's sustained, Counsel.

16  BY MR. MONROE:

17         Q    Now, beyond working with Tom, the two of you also

18  remained personal friends?

19         A    Very good, close, personal friends.

20         Q    And for how many years have you shared a

21  friendship with Tom?

22         A    Since 1991.

23         Q    And up until today, have you been present where

24  you've witnessed Tom engage in any acts of violence against

25  another person?

```
 1        A     No.

 2        Q     Have you been present where Tom has cursed someone

 3   out in your presence?

 4        A     No.

 5        Q     Has Tom ever committed anything that you believe

 6   to have been unlawful in your presence?

 7              MS. MIRELL:  Objection.

 8              THE COURT:  That's overruled.

 9              THE WITNESS:  No.

10              MR. MONROE:  Thanks for speaking with me.

11                            -  -  -

12                       CROSS-EXAMINATION

13   BY MS. MIRELL:

14        Q     Good morning.

15        A     Good morning.

16        Q     So you know the Defendant Tom Webster from the

17   New York City Police Department, that's right?

18        A     Yes.

19        Q     And you've had an opportunity to observe him as a

20   police officer, you said; right?

21        A     Yes, quite closely.

22        Q     You worked in the same precinct?

23        A     Yes.

24        Q     And you described him as a calm and collected

25   officer?
```

```
1        A     Yes.

2        Q     That he treated people with respect?

3        A     Yes.

4        Q     Okay.  I'm going to show you what's been admitted

5   into evidence as Government's Exhibit 111.

6              Do you have that photo in front of you?

7        A     Yes.

8        Q     And you don't see your friend Tom Webster treating

9   anyone with respect in this photo, do you?

10       A     I'm wondering what caused this incident to happen.

11             MS. MIRELL:  No further questions.

12             MR. MONROE:  No redirect, Judge.  Thank you.

13             THE COURT:  Mr. Sialiano, thank you for coming to

14  Washington and for your time and testimony, sir.  You may

15  step down.

16             All right.  If you can pick up the phone real

17  quick?

18             (Bench conference)

19             THE COURT:  All right.  So, Mr. Monroe, are you

20  prepared to rest?

21             MR. MONROE:  Yes, sir.

22             THE COURT:  Okay.

23             Does the government intend to put on a rebuttal

24  case?

25             MS. NIELSEN:  No, Your Honor.
```

```
1              THE COURT:  Okay.
2              So are you all prepared to close this afternoon?
3              MS. NIELSEN:  Yes, Your Honor.
4              MR. MONROE:  I'm not.  I'd like some time to go
5   through those charges that seem to be changing and prepare a
6   closing.
7              THE COURT:  I don't know what you mean about the
8   charges being changed.
9              MR. MONROE:  Our own -- we're not going to have a
10  charge conference, Your Honor?
11             THE COURT:  No.  We will.  That's why I said this
12  afternoon, and we can discuss the jury and come back after
13  lunch.
14             MR. MONROE:  My concern is, with all that in mind,
15  including the time to close, I would -- you know, I do not
16  want to give the jury a verdict sheet at 4:00 in the
17  afternoon.
18             THE COURT:  Well, I'm not going to give them one
19  at 4:00 in the afternoon.  You'll close after lunch, and
20  we'll get a jury sheet either later today or first thing
21  Monday morning, depending on how long your closings are.
22             MR. MONROE:  Yeah.
23             THE COURT:  Look, you know, this jury has been
24  told that they're going to get this case.  I'm not going to
25  have them sit here for 30 minutes and then go home.  So I'll
```

```
 1    give you the time you think you need to prepare for closing
 2    this afternoon, but we did talk about possibly closing on
 3    Friday afternoon.  You know, I thought the examination
 4    Mr. Webster was going to go longer than it did today, but
 5    evidently -- it obviously did not, so we're here and the
 6    jury is here, so let's go ahead and do that.
 7              So, Mr. Monroe, I'll ask you to rest, and then
 8    I'll ask the government whether it has rebuttal, and then
 9    we'll dismiss the jury until 1:00.
10              Let me ask this:  How long do you think your
11    closings will be?
12              MR. KELLY:  Your Honor, the government anticipates
13    approximately 45 minutes, possibly a bit longer, for our
14    initial closing.
15              THE COURT:  And then, Mr. Monroe?
16              MR. MONROE:  It all depends on how much time
17    I have to prepare.
18              THE COURT:  I mean, well, as I said, how long do
19    you think you'll need?
20              MR. MONROE:  I was thinking about 20 to 30
21    minutes, Judge, to go through the proof.
22              MS. NIELSEN:  And, Your Honor, the government
23    would expect to have a rebuttal after that.
24              MR. MONROE:  I want to do the best job I can for
25    this man.  I don't want to feel like I'm rushing through
```

1  this closing argument.  There's a lot of documents exchanged

2  in this case.  I thought we'd go through the charging

3  conference and I'd have the weekend to prepare my closing.

4  I'd like some time to be ready and do a good job for this

5  guy.

6          THE COURT:  Well, you know, Mr. Monroe, we talked

7  about this.  We said we'd close Friday afternoon.

8          MR. MONROE:  I know, but the schedule, it was

9  moving back and forth depending upon how these witnesses

10 were moving along.

11         THE COURT:  Well --

12         MR. MONROE:  Judge, I'm more than capable of doing

13 closing, but I'd like to do the best job I'm capable of

14 doing.

15         THE COURT:  Well, look, I think, you know,

16 Mr. Monroe, from what I've seen, you can do this closing in

17 ten minutes, so I'm not too worried about your level of

18 preparation.  And let's figure out what time the charge

19 conference -- you know, I don't think the charge conference

20 is going to take more than, hopefully, 30 minutes.

21         MR. MONROE:  Yes, sir.

22         THE COURT:  And then, you know, you'll have at

23 least two plus hours before I call these folks back and

24 we'll get them here at 1:00.  We'll go through the closings,

25 we can get them started on deliberations, maybe, maybe not,

1   depending on the time of the day, and we'll take it from

2   there.  Okay?

3          MR. MONROE:  Yeah.  I just -- I'm a little

4   hesitant because I've seen defendants in this position where

5   it's a Friday afternoon and the verdict sheets gets to them

6   late in the day and they pay a penalty for that.

7          THE COURT:  I can assure you either we're going to

8   be late in the day and we'll kick it to Monday before they

9   start deliberations, and I've -- you know, at most, they're

10  going to do nothing more than, you know, get organized and

11  pick a foreperson, if we are going to send them out late in

12  the afternoon, okay?

13         MR. MONROE:  All right.  Judge, thanks, that's all

14  I need.

15         (Open court)

16         THE COURT:  Mr. Monroe, do you have any other

17  evidence or witnesses?

18         MR. MONROE:  Judge, the defense has no further

19  witnesses, and we rest.

20         THE COURT:  Okay.

21         Does the government intend to put on a rebuttal

22  case?

23         MS. NIELSEN:  No, Your Honor.

24         THE COURT:  Okay.

25         Ladies and gentlemen, what all of this now means

1    and what you have just heard is that the evidence has come

2    to a close, the evidentiary part of this case has come to an

3    end, and what now remains is for you to be instructed by me

4    and to hear the closing arguments of the lawyers.

5            Counsel and I have a little bit of work to do

6    before we can get to the instructions and to the closings.

7    So we're going to take -- we're going to take the rest of

8    the morning, and we're going to have to -- you know, bottom

9    line is I've sort of expected we'd be at this a little bit

10   longer this morning, but things moved more quickly than

11   I thought, but at the end of the day, that's all right.

12           So it's now 5 after 10:00.  I'm going to ask you

13   all to be back in the other courtroom by 12:55, so after the

14   lunch hour, and we'll resume at 1:00.  At 1:00 we'll start

15   with my instructions and then we'll move into parties'

16   closing arguments at that point.

17           Particularly important at this point to be mindful

18   of all the instructions I've given you about not discussing

19   the case and the like as we proceed over this next couple of

20   hours, and then we'll see you all after lunch.

21           Thank you very much.  We'll see you shortly.

22           Folks, sorry, before you leave, I've got to make

23   that starting at 1:15.  So if you all would just be back no

24   later than about 5 after 1:00.  I forgot I got a 12:30

25   hearing.  Thank you, everybody.

```
 1                    (Jury exited the courtroom.)

 2              THE COURT:  Have a seat, everyone.

 3              All right.  So let's talk instructions.  Everybody

 4    should have received the draft instructions that were

 5    circulated, I think -- what's today, Friday?  I think we

 6    circulated them Wednesday evening.  So hopefully you've had

 7    a chance to look at them.  I know the government has because

 8    we received their proposed edits.

 9              So why don't we at least just start off with just

10    the standard instructions and --

11              MR. MONROE:  We're just cuing up our laptop to get

12    to the instructions.  We have it, Judge.  The Clerk did an

13    excellent job sending it to us.  We're ready to go.  I just

14    want to get it up and loaded.

15              THE COURT:  Okay.

16              MR. MONROE:  Judge, we're ready.

17              We're ready, Your Honor.

18              THE COURT:  Okay.  Hang on one second.

19              All right.  So I'm just going through starting

20    with page 1, and just anybody let me know whether we've got

21    any objections or concerns with these standard instructions,

22    page 1, 2, 3, 4, 5, 6.

23              We have a standard instruction -- an instruction

24    that I give from time to time on page 7.

25              Anybody have any comments or concerns about
```

```
 1    anything before page 7?
 2              MS. MIRELL:  If you give me one moment,
 3    Your Honor.
 4              THE COURT:  Sure.
 5              MS. MIRELL:  Are you talking about the
 6    preparation?
 7              THE COURT:  Right.
 8              MS. MIRELL:  That works for the government,
 9    thank you.
10              THE COURT:  Okay.
11              So, Mr. Webster, any concerns about the
12    preparation of witness proposed instruction that's on
13    page 7?
14              MR. MONROE:  No, Judge.
15              THE COURT:  Okay.
16              So page 8, we will obviously remove the right of
17    defendant not to testify given that Mr. Webster has
18    testified, and we'll include the defendant as a witness
19    instruction.
20              I'll have to change the header of transcript of
21    tape recording.  That obviously shows how old these
22    instructions are.  We'll just turn that into transcript of
23    recording.
24              I think we do have redacted documents that are
25    going to go back.
```

```
1                MS. MIRELL:  Yes.

2                THE COURT:  So we'll include that.

3                I also -- before we get to the aiding and abetting

4      instruction on page 9 and 10, I just realized that we have

5      not included, and you all may have requested it, but we did

6      not include a Red Book instruction 2.213 which is concerning

7      character of defendant, standard instruction with respect to

8      character witnesses.  And so we'll include that as part of

9      these instructions.

10               MR. MONROE:  Yes, Judge.

11               Just that being said, I'll just formally request

12     it.  That's all.

13               THE COURT:  I'm sorry?

14               MR. MONROE:  That being said, I'll make the

15     request for it.

16               THE COURT:  You're going to ask for that

17     instruction.

18               MR. MONROE:  Yes, sir.

19               THE COURT:  Yeah, so, you know, that instruction

20     is 2.213.  And I think we can just insert that.  We'll

21     figure out the appropriate place to insert that.

22               And then I'm not going to give 2.214, which is

23     titled "cross-examination of character witness," because

24     what this says is that so-and-so, "who is a character

25     witness, was questioned regarding previous arrest
```

1   convictions, prior acts of the defendant.  These questions

2   were permitted only to test the basis for and reliability of

3   the witness's testimony in order to establish that those

4   events took place."

5            You know, I think that instruction is for

6   cross-examination of events or bad acts that are different

7   than the case itself, so I'm not -- unless somebody thinks

8   I'm wrong about that, I wasn't intending to include that

9   instruction, because I think it will just confuse the jury.

10           All right.  I think -- hang on.

11           (Pause)

12           THE COURT:  Oh, I see.  Okay.  So we do have --

13   all right.

14           So I'm mistaken.  I have to confess that I was a

15   little confused about something.

16           So if we just quickly go to page 24, the character

17   of the defendant actually is in there.  What we're going to

18   do is we'll move that up into closer to standard

19   instruction.  Right now, they're embedded in the -- after

20   Count 6.  So I think we'll take that out and move that up.

21           The evaluation of a prior inconsistent statement

22   of a witness also will be moved up.  We'll amend that right

23   now.  It only proposes that "You've heard evidence that

24   Officer Rathbun made a statement on an earlier occasion."

25   I think what we probably should say is that "You have heard

1    evidence that Officer Rathbun and Mr. Webster made a

2    statement on an earlier occasion."  So we'll include both of

3    those witnesses since he was cross-examined about his

4    omissions to the FBI.

5             So just continuing on, statement of the defendant

6    as substantive evidence, I don't think we should give that

7    instruction, and I don't think --

8             MS. MIRELL:  I'm sorry, Judge.  Which page are you

9    on?

10            THE COURT:  I'm sorry, bottom of page 26.

11            So I don't think we need to give any of the

12   bracketed language in sentences 2 and 3.  There's no real

13   dispute here that he made the statement.  And then we can

14   just start by, "You must decide about how much weight to

15   give to the statement" and continue from there.  And I

16   include the bracketed language about -- and whether the

17   police recorded some or all of the conversations, if you

18   want that, Mr. Monroe.

19            MR. MONROE:  Yes, Judge.

20            THE COURT:  Okay.

21            All right.  So then let's jump back up to the top.

22   So those that we've just discussed, we'll move those up into

23   before the substantive instructions on the counts.

24            And we'll also move the multiple counts

25   instruction that's on page 24, we'll move that up as well,

1    instead of having that come after all of the counts.

2              MR. MONROE:  What page are we heading back to,

3    Your Honor?

4              THE COURT:  So let's go back to page 7, which is

5    where I think we jumped off from.  Page 8, we on page 8,

6    redacted documents.  Page 9, proof of state of mind.

7              All right.  So that brings us to the aiding and

8    abetting instruction.

9              So I think that was something that was proposed by

10   the parties in your Joint Pretrial, and I'm wondering

11   whether you still want it and, if so, as to what count you

12   think it applies.

13             MS. MIRELL:  Yes, Your Honor, I think the

14   government is still requesting it with respect to count --

15   the 1752(a)(2) count, I think that's Count 4.

16             (Pause)

17             THE COURT:  Mr. Monroe, your thoughts.

18             MR. MONROE:  Yeah, I would object to the aiding

19   and abetting charge being given to the jury.  There's no

20   contention that Mr. Webster did the acts he's accused of in

21   conjunction with anyone else or that he there was any

22   planning for him to do the accused acts with anyone else or

23   in their collaboration.  I don't even think the aiding and

24   abetting charge fits with these facts, so I would

25   respectfully object it to being given to the jury.

1              THE COURT:  Ms. Mirell.

2              MS. MIRELL:  Yes, Your Honor.

3              Count 4 requires that the defendant knowingly and

4    with intent to impede and disrupt the orderly conduct of

5    government business, engaged in disorderly and disruptive

6    conduct, when and so that such conduct did, in fact, impeach

7    and disrupt the orderly conduct of government business.

8              The jury may think that one person's actions that

9    day didn't disrupt or disturb the orderly conduct of

10   government business, so that's why we're requesting the

11   aiding and abetting charge because certainly the mob's

12   conduct would have disrupted the government business.

13             (Pause)

14             THE COURT:  Sorry, I'm just thinking this over.

15             MR. MONROE:  I'm sorry, Judge, I didn't hear you.

16             THE COURT:  Sorry.  I just said, I'm thinking it

17   over.

18             MR. MONROE:  Oh, okay.  Yeah, I know.  Sorry.

19             THE COURT:  So I guess, is the government's theory

20   that -- to the extent you're arguing that he could be found

21   guilty of aiding and abetting, the violation of 1752(a)(2),

22   that he, by his conduct, aided and abetted others in

23   engaging in disorderly and disruptive conduct?

24             MS. MIRELL:  That is one of our theories, too, and

25   that when he pushed the gate open, he enabled others to

1    engage in disorderly and disruptive conduct.

2              THE COURT:  Okay.

3              Mr. Webster, your thoughts?

4              MR. MONROE:  I'm sorry, Judge?

5              THE COURT:  I'm sorry, Mr. Monroe.  Ms. Mirell

6    sort of spelled this out in a way that I don't know I had

7    understood it before.  Do you have a response to that?

8              What she said is that the government's theory with

9    respect to aiding and abetting is that when Mr. Webster

10   pushed open the gates, that enabled other people to move

11   forward and for them to engage in disorderly and disruptive

12   conduct.

13             MR. MONROE:  The gate goes forward and back into

14   position.  It's only till the rest of the participants get

15   involved that these gates fall apart.

16             There's just no evidence that he's -- of him

17   collaborating with anyone.

18             THE COURT:  He doesn't have to.

19             MR. MONROE:  Yeah.

20             THE COURT:  I mean, that's not, as you know,

21   required for aiding and abetting.  He just needs to provide

22   support.  He doesn't have to "collaborate."  And, in fact,

23   the instruction says, you know, the government is not

24   required to prove that anyone discussed or agreed upon a

25   specific time or method of committing the crime, not

1   required to prove that the crime was committed in a

2   particular way, planned, or agreed upon.

3            MR. MONROE:  Yeah.

4            THE COURT:  Nor that -- nor need to prove that

5   they directly communicated with one another.

6            All right.  So I'll give it as to Count 4, and

7   we'll embed the aiding and abetting instruction, we'll pick

8   it up out of here and drop it into Count 4.  Okay?

9            MR. MONROE:  I was just offering my exception,

10  Judge, to the charge.

11           THE COURT:  Understood.

12           All right.  So then let's move to the substantive

13  instructions.

14           All right.  So we've supplied them to you here.

15  And let me just ask first, we've included as count -- you

16  know, let's start with Count 1.  This is 18 U.S.C. 1,001 --

17  excuse me, 111(a)(1) and (b).  The fifth element is:  Fifth,

18  the defendant made physical contact with the officer or

19  employee of the United States who was then engaged in the

20  performance of his duties.

21           I guess I'm wondering where that element comes

22  from, particularly -- particularly since, you know, you've

23  asked for sort of all of the verbs from the statute to be

24  included, maybe we missed one or two, to include assaulting,

25  resisting, opposing, impeding, intimidating, et cetera, or

 1    interfering.  Some of those verbs don't require any physical

 2    touching at all.

 3              MS. MIRELL:  Your Honor, I'm looking at the

 4    statute, 111(a), under 2, it says, "And where the acts in

 5    violation of this section constitute only a simple assault,

 6    then it's one year.  Where such acts involve physical

 7    contact with the victim of the assault or the intent to

 8    commit another felony," then it's 8 years.  So that, to me,

 9    is an *Apprendi* element.

10              THE COURT:  Okay.

11              (Pause)

12              THE COURT:  I guess I don't understand the

13    statute.

14              MS. MIRELL:  We agree.  It's a befuddling statute.

15              THE COURT:  I'm sorry?

16              MS. MIRELL:  We agree.  It's a befuddling statute

17    sometimes.

18              THE COURT:  Well, I guess -- well, here's why

19    I don't understand it.  I mean, it says, where -- "shall

20    where the acts in violation of this section constitute only

21    simple assault," it's a one year max.  "And where such acts

22    involve physical contact of the victim of that assault."

23              (Pause)

24              THE COURT:  Okay.

25              So I guess this is a little easier if the

1    government is not seeking the lesser included one year as

2    part of this.

3          MS. MIRELL:  We are only include -- only seeking

4    the lesser-included that includes the eight year, so not the

5    simple assault.

6          THE COURT:  Right.

7          MS. MIRELL:  Right.

8          THE COURT:  Okay.

9          So I think that makes it a little easier to try

10   and structure this if we're not asking the jury to sort of

11   consider the one year if they don't convict on the greater

12   counts or the greater offenses.

13         All right.  So I guess the question then becomes,

14   the fifth element.  "The defendant made physical contact

15   with the officer or employee of the United States who was

16   then engaged in the performance of his official duties."

17         Here's the question I have, which is, is the

18   eight-year felony only applicable to somebody who commits an

19   assault that involves physical contact?  You can assault

20   somebody without physical contact, but it's not clear to me

21   that if, for example, the jury were to conclude that while

22   there was no assault but, instead, he resisted, imposed,

23   impeded, intimidated -- in other words -- I mean, I guess

24   assault in this statute essentially is shorthand for all of

25   the different types -- the different verbs that are included

 1    in (a)(1).  Is that --

 2              MS. MIRELL:  I think "such acts" refers back to

 3    there where the acts in violation, which in turn refers back

 4    to all the verbs there.

 5              THE COURT:  Right.

 6              MS. MIRELL:  Which is assault, resist, oppose,

 7    impede, intimidate, or interfere.  And whenever any one of

 8    those verbs or actions involves physical contact, then the

 9    eight year applies.

10              THE COURT:  But then it goes on to say, "shall

11    where the acts in violation constitute only a simple assault

12    defined by no more than," and then "where such acts involve

13    physical contact with the victim of that assault."

14              I guess the question I have is, does the jury need

15    to conclude that there was an assault?

16              MS. MIRELL:  I think our position is that they do

17    not, but I can provide you with case law after this

18    conference to suggest that or to back that up.

19              THE COURT:  Okay.

20              So you think there's case law that basically says

21    that assault here doesn't just mean assault, it means --

22              MS. MIRELL:  Well, I may be incorrect.  I don't

23    want to misspeak.  So if Your Honor would indulge me and

24    allow me to do a little bit of research.

25              THE COURT:  Yeah, that's fine.  Okay.  We'll take

1    a look.

2            All right.  That still leaves the other question

3    in my mind of the second part, or any -- sorry, "or act with

4    the intent to commit another felony."

5            MS. MIRELL:  That we intend to the 231.

6            THE COURT:  Okay.

7            Then I think we need to spell that out.

8            So we would include, at the end of element 5, the

9    "another felony in this case is the count of civil disorder

10   charged in Count 2."

11           Is that okay to -- we need have some clarification

12   because the jury doesn't know where these are felonies or

13   misdemeanors, or what they are.

14           MS. MIRELL:  Are you saying that you prefer not to

15   instruct them about what a felony or specifically just the

16   count?

17           THE COURT:  No.  I'm saying I think we need to say

18   at the end of paragraph 5 there that, for purposes of this

19   element, another felony refers to the offense charged in

20   Count 2; or we could make this easier and just say, or acted

21   with the intent to commit the offense charged in Count 2,

22   and just be very specific about it.

23           MS. MIRELL:  I'd want to double-check that again

24   because I also know that we're charging the 752s as

25   felonies.  So theoretically those could apply as well.

```
1              THE COURT:  Well, the problem is that, you're
2    right, they're charged as felonies but only if they conclude
3    that he has the dangerous weapon and is using it as such.
4    You know, that gets very complicated.
5              MS. MIRELL:  Right.
6              THE COURT:  You know, maybe -- I think we have to
7    clarify this in some way.  And what are your thoughts about
8    how we do that?  Because if you're going to limit it to just
9    to Count 2, that makes it easier; on the other hand, if you
10   want the other felony to be the greater included -- or the
11   charged counts in 3 and 4 and even 5, all of which are
12   felonies, if they conclude with a dangerous or deadly
13   weapon.
14             MS. MIRELL:  If I can take a moment after this
15   conference to confirm with some of my superiors and just get
16   back to you.  I'm inclined to say that we just stick with
17   the one felony and not unnecessarily complicate this, but I
18   just want to confirm.
19             THE COURT:  All right.
20             So go ahead and do that, but, you know, I guess we
21   just need to know sooner rather than later.
22             MS. MIRELL:  Of course.
23             THE COURT:  So then, is everybody okay then with
24   how we've structured the elements of the lesser included
25   offense?  And then we've included the order of considering
```

```
1    the charges?

2              MS. MIRELL:  Yes.

3              THE COURT:  Mr. Monroe?

4              MR. MONROE:  Just give me a second to read, Judge.

5              (Pause)

6              MR. MONROE:  Yes, Judge, the language of the

7    lesser included is fine.

8              THE COURT:  Okay.

9              MS. MIRELL:  And, Your Honor, the only comment

10   with respect to the order of considering the charges and the

11   lesser-included is that, I guess, once we decide about them

12   making physical contact and with the intent to commit

13   another felony, to add that clause after the deadly or

14   dangerous weapon.

15             THE COURT:  Say that again.

16             MS. MIRELL:  So it would read, for example, if we

17   were doing order of considering the charges, that we'd list

18   out all of the different verbs and say, "with any person

19   assisting officers of the United States who are engaged in

20   the performance of their official duties while using a

21   deadly or dangerous weapon and while making physical contact

22   with a person or acting with the intent to commit another

23   felony."

24             THE COURT:  And you are --

25             MS. MIRELL:  I would just -- the draft
```

1    instructions we received did not have that final clause.

2    We would recommend adding it, but --

3            And then just omitting the deadly or dangerous

4    weapon for the lesser-included.

5            THE COURT:  All right, Ms. Mirell, you're going to

6    have to forgive me.  Can you repeat it?  I just didn't

7    follow what you're saying.

8            MS. MIRELL:  I'm sorry.

9            THE COURT:  No, it's my --

10           MS. MIRELL:  On page -- if I'm looking at the

11   correct page -- page 14, where it says order of considering

12   the charges, it says, "Now I'm going to instruct you as to

13   the order in which you should consider these offenses.  You

14   should consider first whether Mr. Webster is guilty of

15   assaulting, resisting, opposing, impeding," the government

16   would recommend then saying, "intimidating or interfering

17   with any person assisting officers of the United States who

18   are engaged in their performance of their official duties

19   while using a deadly or dangerous weapon and while making

20   physical contact with a person or acting with the intent to

21   commit another felony."

22           THE COURT:  Oh, okay.

23           Okay.  Sorry, Ms. Mirell.  I did not appreciate

24   that your Red Line that you had sent us contains additional

25   edits to what was filed on ECF.

1          MS. MIRELL:  Yeah, we just wanted to streamline

2     the language about or a person -- the person assisting part

3     since there's only evidence that Officer Rathbun was

4     assisting federal officers.

5          THE COURT:  All right.

6          Is there any objection to that, Mr. Monroe?

7          MR. MONROE:  Can I hear that one more time, Judge,

8     just with the language.

9          THE COURT:  So what Ms. Mirell has proposed is

10    that the order of considering the charges would read as

11    follows:  "Now, I'm going to instruct you as to the order in

12    which you should consider," it probably should be "the above

13    offenses."  "You should consider first whether Mr. Webster's

14    guilty of assaulting, resisting, opposing, impeding,

15    intimidating or interfering with any person assisting

16    officers of the United States who were engaged in the

17    performance of their official duties while using a deadly or

18    dangerous weapon and while making physical contact with the

19    person or acting with the intent to commit another felony.

20         "If you find Mr. Webster guilty, do not go on to

21    the other charge.  If you find Mr. Webster not guilty, go on

22    to considering assaulting, resisting, opposing, impeding

23    intimidating," so on and so forth.  "And if after" -- then

24    she's also suggested, I think maybe this was already in

25    there, but after that sentence, "and if after making all

1   reasonable efforts to reach a verdict on the charge, you're

2   allowed to consider the other assault charge."

3            MR. MONROE:  I guess we're just mapping out the

4   cadence of considerations for the jury.  I think it's fine,

5   Judge.

6            THE COURT:  Okay.

7            So just moving forward then, the definition of

8   dangerous -- deadly or dangerous weapon.  We edited to

9   basically follow what the Court in *Arrington*, the

10  D.C. Circuit said in *Arrington*.  I haven't deviated from

11  that language at all.

12           MS. MIRELL:  The government agrees with that.

13           THE COURT:  Okay.

14           Any objection to those edits, Mr. Monroe?

15           MR. MONROE:  No objection from the defense.

16           But let me ask this question if I can, Judge.

17  I want, for clarification purposes, to make sure that the

18  Court intends to give the jury the affirmative defense of

19  self-defense as to each of these assault counts so that it's

20  clear to the jury that if they believe that he was in his

21  right to defend himself at the time he's alleged --

22           THE COURT:  That comes at the end.

23           MR. MONROE:  At the end of each one of these,

24  yeah.

25           THE COURT:  No.  It's at the end in total; in

1    other words, if you look at what self-defense presently --

2    at least this is what how our Red Book suggests it be done.

3    So at the end of -- if you go to page 27 of the Red Line, it

4    sort of sets forth self-defense instruction.

5            MR. MONROE:  So it's my request that it be given

6    following both counts -- the assault salt count and Count 5.

7    So it's clear to the jury that defendant's conduct can be

8    excused if the government fails to prove beyond a reasonable

9    doubt that Mr. Webster was not engaged in acts of

10   self-defense.  So I'm asking that it be read to the jury so

11   they understand that applies to each of the charges where

12   he's being accused of assaultive behavior.

13           THE COURT:  So here's the question.  This is

14   something we -- it wasn't clear -- right now, if you look at

15   page 28, the top of page 28, it says, "Self-defense is a

16   defense to the charges in Count 1, 2, 3, 4, 5, and 6."

17           I guess one of the questions I had is whether you

18   think self-defense applies as a defense to Counts 3 and 4.

19           Here's the question.  Ms. Mirell, your thoughts?

20           MS. MIRELL:  Oh, the government's position is it

21   only applies to counts 1, 2, 5, and 6, the counts that

22   involved the physical violent conduct.

23           THE COURT:  So here's a question.  The

24   self-defense -- is self-defense a defense to the charged

25   offense of with a deadly or dangerous weapon.  I would agree

1    with you, for example, for Count 3, entering and remaining

2    in a restricted buildings or grounds, the lesser included

3    offense, right, I agree, self-defense is not a defense as to

4    that.

5            But what about the greater offense with respect to

6    a deadly or dangerous weapon; in other words, the jury

7    could -- all right.  So, look, he's charged with entering

8    and remaining on restricted grounds with a deadly or

9    dangerous weapon.  The weapon is a flagpole and, you know --

10   in order for it to be a dangerous weapon, you not only have

11   to possess it but you have to use it as a dangerous weapon.

12           And if that weapon is being used for purposes of

13   self-defense, then I wonder whether it qualifies as a

14   dangerous weapon.

15           MS. MIRELL:  Well, there's actually a second verb

16   there, which is carrying a deadly or dangerous weapon.

17           THE COURT:  Right.

18           MS. MIRELL:  So it doesn't necessarily have to be

19   used.

20           THE COURT:  No, it does have to be used.

21           MS. MIRELL:  For the 1752 counts?

22           THE COURT:  Well, I think -- I mean, anything

23   that's with a dangerous weapon, right, that's what the case

24   law says, it has to be -- in order it to be a dangerous

25   weapon, it has to be carried and used, I think.

1          MS. MIRELL:  Just pulling up the language of

2    18 U.S.C. 1752 for one moment.

3          MR. MONROE:  I think in earlier papers, Judge, the

4    flagpole is like a lot of other examples.  This is not a per

5    se weapon like a gun or an ammo.

6          THE COURT:  Right, exactly.

7          MR. MONROE:  It goes to a transitionary moment

8    where it goes from a person holding their flag and flagpole,

9    so I think self-defense has to be given in conjunction with

10   the serious weapon charge.

11         THE COURT:  So --

12         MS. MIRELL:  So, Your Honor, and just directing

13   your attention to (b)(1)(A) of 18 United States Code Section

14   1752, it says, the person during and in relation to the

15   offense uses or carries a deadly or dangerous weapon.

16         THE COURT:  But I don't think you, just by merely

17   carrying a flagpole, it can be considered a dangerous

18   weapon; in other words, the definition of dangerous

19   weapon -- unless it's an inherently dangerous weapon, right.

20   If it's a gun, sure, everybody would agree --

21         MS. MIRELL:  Right.

22         THE COURT:  -- that the carrying of such a weapon

23   would be enough.  But when it's not an inherently dangerous

24   and deadly weapon, you know, what the Court in *Arrington*

25   says is, and I think the government agrees with this, that

an object is a deadly or dangerous weapon if it is capable
of causing serious bodily injury or death to another person
and the defendant used it in a manner capable --
I'm sorry -- oh, and the defendant used it in that manner;
in other words, object is a dangerous -- deadly or dangerous
weapon is capable of causing serious bodily injury or death
to another person and the defendant used it in that manner.
In determining whether the object is a deadly or dangerous
weapon, you may consider both physical capabilities of the
object used and the manner in which the object is used.  And
that second sentence is something we got from the standard
jury instruction on dangerous or deadly weapon, the
definition.

        So back to my original question is, is
self-defense a defense to the greater charge of, you know,
entering and remaining in a restricted building or grounds
with a deadly or dangerous weapon.  Same thing with
disorderly and disruptive conduct in a restricted building
or grounds with a deadly or dangerous weapon.

        In other words, you know, if the definition of
dangerous weapon includes the element of use, how it's being
used, it seems to me that if the weapon that's not
inherently dangerous is being used for purposes of
self-defense, it's not -- it doesn't qualify as a deadly or
dangerous weapon.  I don't know if there's any case law that

1    says that; but just logically, in other words, I don't think

2    he could be -- say hypothetically what happens here is the

3    jury acquits him on Counts 1 and 2, 3 and 4, all on a theory

4    that he -- the government failed to prove that he acted in

5    self-defense, right?  I don't think he could then be

6    convicted of entering and remaining in a restricted building

7    or grounds with a deadly or dangerous weapon.

8          MS. MIRELL:  Well, I suppose if the question then

9    becomes, was the deadly or dangerous weapon necessary as

10   part of the self-defense?  Because he could still enter and

11   remain and use that deadly or dangerous weapon without the

12   assault.

13         Like, for example, if he swung the metal

14   flagpole -- if they don't find an assault, they found that

15   he swung the metal flagpole at a gate and consider that a

16   use.

17         THE COURT:  Right, but if that use is -- I mean,

18   the testimony was that -- I guess it was sort -- the

19   testimony was that he swung it down as a signal to back off,

20   don't hit him again.  I think the jury could, in theory,

21   interpret that to mean he was swinging the flagpole in

22   self-defense.  I mean, that's going to be the argument.

23         So I go back to where I was before, which is,

24   I'm not sure -- I'm having a hard time understanding how he

25   could be acquitted of Counts 1, 2, 4 -- excuse me, 5, and 6,

```
 1    but not then also be acquitted on the greater counts in 3
 2    and 4.
 3            So I mean, if -- I think I understand the
 4    defense's position, I think your views are consistent with
 5    mine.  As I said, we kind of looked for this.  I don't see
 6    any case law on it, but from a logical standpoint, I
 7    don't --
 8            MR. MONROE:  I would add this, Judge.
 9            I think we can all agree, from the evidence that
10    we've seen before the Court, that the use of the flagpole
11    initially obviously was to hold the flag, and he's carrying
12    the flag forward.  And it only comes into play, at least
13    from the defense version, taking the defense position, when
14    he's trying to defend himself from being punched again.
15            So if he's engaging in the acts of self-defense
16    and in that using the bottom portion of that flagpole, he
17    cannot be convicted of the additional charge.
18            So I would adopt and embrace the Court's position.
19    It's not a per se weapon, Judge.  It's a transition area by
20    virtue of having been punched by this officer.
21            MS. MIRELL:  I don't know if this offers much
22    clarity, but I'm looking at the jury instructions that were
23    offered in the Robertson trial, a January 6th trial that
24    happened last week, where the defendant was only charged
25    with carrying the deadly or dangerous weapon.
```

1              THE COURT:  That was a gun though, wasn't it?

2              MS. MIRELL:  No, it was a large wooden stick.

3              THE COURT:  Oh, okay.

4              MS. MIRELL:  And so the jury was instructed, the

5    last element the government must -- and this was for the --

6    I'm just trying to figure out which count it was for --

7    entering or remaining in a restricted building or grounds,

8    1752(a)(1), jury was instructed, "The last element the

9    government must prove beyond a reasonable doubt is that the

10   defendant carried a deadly or dangerous weapon during and in

11   relation to the offense.

12             "Whether the object specified in the indictment,

13   that is, a large wooden stick, is a deadly or dangerous

14   weapon depends on the facts of the particular case.  It is

15   for you to decide on the facts of this case whether the

16   large wooden stick allegedly carried by the defendant was,

17   in fact, a deadly or dangerous weapon.

18             "An object is a deadly or dangerous weapon if the

19   object is capable of causing serious bodily injury or death

20   to another person and the defendant intends that it be used

21   in that manner."

22             That was the instruction.

23             THE COURT:  I guess I don't understand that

24   instruction to -- in other words, if we all agree that part

25   of the question of whether something is defined as a

1    dangerous weapon or not is how the object is used, okay, if

2    the object is used in furtherance of self-defense, doesn't

3    that then negate its use as a dangerous weapon, such that

4    even if you're carrying something -- well, in other words,

5    there's no conceivable way, I think, in which you could only

6    simply carry something that's then used in self-defense.

7    So in that case where the allegation, it's only carried for

8    that purpose, I don't know that self-defense would really

9    apply.

10           But when it's used as it is here, doesn't the jury

11   have to -- shouldn't the jury be instructed that if he acted

12   in self-defense, the government failed -- fails to prove he

13   acted in self-defense in his use of the flagpole, that

14   that's a complete defense to the charge?

15           MS. MIRELL:  If we look at the Robertson language

16   about just carrying and even if we were to assume

17   hypothetically that the jury says, okay, well, we find that

18   he acted in self-defense, we acquit on that basis, there

19   could still arguably be evidence that the defendant intended

20   to use it outside of that one incident, given the evidence

21   that the defendant came with a bulletproof vest, with the

22   MREs, battle ready, as the government has argued, and came

23   to a situation that was inherently dangerous and felt

24   like -- and he testified that he knew that it could be a

25   dangerous event, hence why he was wearing the bulletproof

1   vest.

2           THE COURT:  I mean, it's a bit of a stretch.

3   I'm not saying it's without some evidentiary foundation, but

4   also would create serious confusion in how we -- but even

5   then, look, you haven't suggested what I've said, which is

6   that at least as to some -- your primary theory, which is he

7   assaulted him with the flagpole, right, that's the

8   government's primary theory.  I don't know if you're going

9   to get up and suggest this alternative theory as a basis for

10  conviction, but the primary theory is he used the flagpole

11  and assaulted the officer, and now -- and by virtue of using

12  the flagpole as -- in furtherance of that, that's what made

13  it a dangerous or deadly weapon, right.  That's the

14  government's theory.

15          So it just -- I haven't heard anything yet that

16  would suggest that if, in fact, what the jury concludes is

17  that that flagpole was used in self-defense or the

18  government has failed to prove it wasn't used in

19  self-defense, that that's not a complete defense to the

20  greater charge; in other words, that you can't then conclude

21  that he was using or carrying a dangerous and deadly weapon,

22  at least on the government's primary theory.  I mean, if you

23  want to suggest to them, look, even if you conclude that he

24  was -- it might be a little messy, but I just think we've

25  got to tell them that, because, as I said, I don't think you

1    could consistently -- I don't think the jury could

2    consistently -- well, I'll just leave it at that.

3            I think what I'm going to say -- so this all began

4    because Mr. Monroe had suggested that we include something

5    about self-defense at the end of each count, and I just

6    don't think I'm going to do that because I think, A, it

7    becomes repetitive and it becomes unduly messy.

8            MR. MONROE:  So I would say this then, Judge.

9            If the Court could reference each of the charges

10   as they apply to the defense of self-defense, that's

11   certainly not what we're looking for, but, you know, just

12   so it's clear to the jury that if they believe that

13   Mr. Webster was engaged in acts of self-defense and that the

14   government can't prove beyond a reasonable doubt that that

15   wasn't the case, then this man is not guilty of those

16   counts.

17           THE COURT:  That's what it says later on.

18           MR. MONROE:  That's -- you know.

19           THE COURT:  That's what --

20           MR. MONROE:  I'll stand by my original request.

21   I think.

22           THE COURT:  I understand what you're asking for.

23   I'm just trying to figure out a way to include it here that

24   doesn't just make what's already a fairly cumbersome set of

25   instruction already more so.

1    MR. MONROE:  They're going to hear the first

2 assault count and then after all these instructions are

3 included as to the lesser included, I think they need to

4 know right there and then that, hey, if you believe his

5 conduct, though, and that conduct was -- occurred at a time

6 when he was engaged in self-defense and the government

7 hasn't proved beyond a reasonable doubt otherwise, then he's

8 not guilty of that charge.  It has to -- I think it has to

9 follow each of those --

10    THE COURT:  No, it doesn't.

11    MR. MONROE:  -- measures.

12    THE COURT:  Here's the problem.

13    To simply just include a sentence like that that's

14 divorced from what the elements are is problematic.  Here's

15 what we can do, okay?

16    (Pause)

17    MR. MONROE:  I'm just trying to make -- you

18 know -- yeah, okay, I'll sit down.

19    (Pause)

20    THE COURT:  Okay.  Here's what I propose to do to

21 just sort of try and meet you halfway.

22    So at the top of page 12 right now, it just says,

23 "Ladies and gentlemen, I would now like to talk with you

24 about the specific offense charged in this case."  What I

25 would propose to say -- Mr. Monroe, are you listening?

1           MR. MONROE:  Yes, sir.

2           THE COURT:  "Ladies and gentlemen, I would now

3    like to talk with you about the specific offenses charged in

4    this case.  Mr. Webster asserts that he acted in

5    self-defense and, therefore, is not guilty of any of the

6    charges.

7           "After I have instructed you on each of the counts

8    with which he is charged, I will instruct you on the defense

9    of self-defense that applies to each of the counts."

10           MR. MONROE:  That's perfect, Judge.  At least the

11   jury understands that there's an affirmative defense as to

12   that charge, and then the Court will then give the

13   full-blown charge after reading all the other ones.

14           MS. MIRELL:  I'm sorry, Your Honor, I missed the

15   second half.  Can you re-read the --

16           THE COURT:  I'll re-read the whole thing.

17           "Ladies and gentlemen, I would now like to talk

18   with you about the specific offenses charged in this case.

19   Mr. Webster asserts that he acted in self-defense and,

20   therefore, is not guilty of any of the charges.

21           "After I have instructed you on each of the counts

22   with which he is charged, I will instruct you on the defense

23   of self-defense that applies to each of the counts."

24           MS. MIRELL:  Okay.

25           THE COURT:  Is that okay with everybody?

1          So that sort of previews it, but leaves it such

2    that I don't need to talk about self-defense after each one

3    of these counts.

4          And then what I think we need to say on page 27,

5    where it says, "Self-defense is a defense to the charges in

6    Count 1, 2, 3, 4, 5, and 6," then we say, "It is not,

7    however, a defense to the lesser --" maybe add a paragraph

8    at the end there, say, "Self-defense is not, however, a

9    defense to the lesser included offenses in Counts 3 and 4.

10   If you reach the lesser included offenses in Counts 3 and 4,

11   the government need not prove beyond a reasonable doubt that

12   Mr. Webster did not act in self-defense."

13         It's confusing, but I think that's what the law

14   is.

15         Everybody okay with that?

16         MR. MONROE:  Fine by the defense, Judge.

17         THE COURT:  Ms. Mirell.

18         MS. MIRELL:  Yes.

19         THE COURT:  Okay.

20         Things get complicated when you have

21   lesser-includes.  It's just harder.

22         All right.  So I think we've taken care of

23   Count 1.

24         Count 2.  All right.  Any changes other than what

25   the government has suggested, which is just specifying the

```
1    name of the officer?
2             MS. MIRELL:  In Count 2?
3             THE COURT:  Right.
4             MS. MIRELL:  Oh, yes.
5             To conform it to the language in the superseding
6    indictment, we've clarified that it's just Officer Rathbun
7    and not to other officers.
8             THE COURT:  Right.  Right.
9             MS. MIRELL:  Okay.
10            THE COURT:  Okay.  Anything else as to Count 2?
11   We'll accept the changes that the government has proposed,
12   essentially changing -- specifying that this is
13   Officer Rathbun.
14            Count 3.  The government has suggested, I think
15   rightly, that the term -- we should add the term deadly or
16   dangerous weapon has the same meaning as described in
17   Count 1.
18            Count 4.  Mr. Monroe, chime in if you've got any
19   issues with any of this.
20            Count 6.  The government has asked for a
21   definition of the term United States Capitol grounds and
22   asked essentially for a legal instruction that the front
23   west of the U.S. Capitol grounds, as part of the U.S.
24   Capitol grounds.  I think that's appropriate.  There was a
25   stipulation to that effect, so it is an undisputed fact.
```

1          And then, finally, the government has asked that I

2    insert in the self-defense instruction at the very beginning

3    in that introductory paragraph that a person who was the

4    initial aggressor does not act in self-defense, and I'm

5    happy to include that and it's stated later, too.

6          MS. MIRELL:  Yeah.

7          I guess the government's -- that would satisfy the

8    government's concern.  I think the government's concern was

9    just, as a matter of speaking logically and explaining it to

10   the jury in closing, we could say to the jury, if you find

11   that the defendant is an initial aggressor, you don't have

12   to consider anything else.

13         THE COURT:  Right.

14         MS. MIRELL:  Now, I know the Red Book switches the

15   order of those.  Ideally, like, thinking logically, the

16   order of those would be switched in the instructions.  Of

17   course, we can argue it however it makes sense for us, but

18   that was our thinking on that instruction.

19         THE COURT:  That's fine.

20         That's fine.

21         Okay.  Anything else?

22         Oh, I know one thing we needed to change, and my

23   Law Clerk will correct me if I have forgotten anything.

24         So we currently have, as the elements of

25   self-defense, "Every person has the right to use a

1    reasonable amount of force in self-defense, if, one, he has

2    a reasonable belief that the use of force was necessary to

3    defend himself or another against the immediate use of

4    unlawful force."  I think that's sort of quoted directly

5    from *Urena*.

6            I would propose changing "unlawful" to

7    "excessive," because I don't know what -- if the jury reads

8    this, I think the first question we're going to get is

9    "What's the definition of unlawful force?"  And I think we

10   can hopefully avoid that by just simply using excessive.

11           I think self-defense instruction in the

12   Red Book -- self-defense instruction doesn't really use --

13   the Red Book doesn't use that because it's sort of tailored

14   to self-defense between two civilians.

15           Is that an okay change for everybody?

16           MS. MIRELL:  Yes.

17           MR. MONROE:  Yes, Judge.

18           THE COURT:  So we'll change unlawful to excessive,

19   and at least that by the jury can be in a position to

20   determine whether Officer Rathbun used excessive force, as

21   opposed to the nebulous concept for them at least of

22   unlawful force.

23           Okay.  Have I forgotten anything?

24           MS. MIRELL:  Just the last point, death or serious

25   bodily harm, Your Honor, I think that was highlighted by

1    your Law Clerk in the instructions provided.  I don't think

2    that there's been any evidence to suggest that Mr. Webster

3    believed he was in imminent danger of death.

4                 THE COURT:  Right.

5                 So just leave serious bodily harm?

6                 MS. MIRELL:  Yes.

7                 THE COURT:  Is that the issue?

8                 Okay.  All right.

9                 So we'll just leave that as serious bodily harm.

10                All right, Mr. Monroe?

11                MR. MONROE:  Yes, Judge.

12                THE COURT:  All right.  I think that gets us to

13   the end.  Is there anything else?

14                MS. MIRELL:  I can get back to you as soon as

15   possible about the assault confusion.  I just need maybe

16   15 minutes, if that's okay.

17                THE COURT:  Okay.  All right.

18                Mr. Monroe.

19                MR. MONROE:  So I did, in our original proposal,

20   offer --

21                THE COURT:  Oh, yeah.  Right.

22                MR. MONROE:  -- two additional charges.

23                THE COURT:  Forgot about those.

24                MR. MONROE:  And I will admit, Judge, in my

25   career, I've been a First Amendment voluptuary, but I always

1  thought there was a First Amendment issue in this case.  And

2  I thought as good of job of covering what that issue was.

3  You have a protester, he's holding a flag, then he's

4  uttering some profane words, and we're all very disciplined

5  and knowledgable about where the law stands on this issue.

6         I think the jury should be instructed as to

7  Mr. Webster's First Amendment right not to be punished by an

8  officer like Officer Rathbun for his own acts of expression,

9  even if it's expression that rises to the low level of

10 cursing.

11        THE COURT:  Okay.  So I'm not going to give it,

12 because, one, I don't want to sort of give the imprimatur of

13 the First Amendment here.  We've heard, one, from multiple

14 folks that police officers have to sort of accept more abuse

15 than others.  That doesn't need to be an instruction.  But

16 most importantly, the self-defense instruction on page 31

17 will include the following language:  "Mere words without

18 more by Mr. Webster, however, do not constitute aggression."

19 So in defining whether he was the aggressor, the jury will

20 be instructed that his mere words can't, by themselves,

21 constitute aggression, which I think gets to the point

22 you're looking at in a more concise way.

23        Okay, Mr. Monroe?

24        And I guess the last thing, and I did forget to

25 deal with this, and that is, your proposal for a defense

1    theory, and we haven't included it because I thought your

2    defense theory was a little over the top for what something

3    a judge should deliver.  So if you want to come up with

4    something that's a little bit more judicial in terms of a

5    defense theory, I'll consider it; but, you know, what you've

6    proposed as instruction 50 or defendant's theory of the

7    case, I think, is more than I ought to be telling them.

8              MR. MONROE:  Are you asking me for a condensed

9    version of defense theory?

10             THE COURT:  Yeah, I'll consider giving a condensed

11   version of this but not in its current form.

12             MR. MONROE:  All right, Judge, I'll do my best --

13             THE COURT:  Okay.

14             MR. MONROE:  -- to take a look at it.

15             THE COURT:  All right.

16             So on those two outstanding issues, the one

17   Ms. Mirell is going to look at over the break and then your

18   defense theory, just email us during the break.

19             MS. MIRELL:  Just to give you a quick preview of

20   what I anticipate the answer will be, I think it's an open

21   question in the D.C. Circuit.  *Arrington* seems to suggest

22   that you should consider all of the verbs, and I think

23   that's the Sixth and Seventh Circuit have held this way.

24             THE COURT:  Okay.

25             MS. MIRELL:  But I will get you the pincites after

```
 1    the break.
 2            THE COURT:  When you say consider all the verbs,
 3    you mean that --
 4            MS. MIRELL:  Well, you should suggest the full
 5    scope of 111.
 6            THE COURT:  Right.
 7            MS. MIRELL:  And should -- so all the 111 verbs
 8    should be used, but it hasn't decided that squarely.
 9            THE COURT:  Right:  Okay.
10            Like I said, it's a strangely written statute.
11    Okay.  It wouldn't be the first time.  All right.
12            So anything else, everyone?
13            All right.  So send us whatever you think you need
14    to send us and we will get you a revised and final set
15    before the closings.  And the sooner you can get it to us,
16    the sooner we can get the final out so you all can take a
17    look at it before I deliver those instructions, okay?
18            All right.  Anything else before we adjourn?
19            MR. MONROE:  No, Judge.
20            MS. MIRELL:  No.
21            THE COURT:  All right.  Thanks, everybody.  Don't
22    wait for me.
23            COURTROOM DEPUTY:  This Court stands in recess.
24            (Recess from 11:13 a.m. to 1:15 p.m.)
25
```

C E R T I F I C A T E

       I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.

Date:__April 29, 2022_____        

                    William P. Zaremba, RMR, CRR

BY MR. MONROE: [8]
9/11 12/6 14/25 15/7
17/13 18/25 21/12
23/16
BY MS. MIRELL: [3]
16/3 19/21 24/13
BY MS. NIELSEN: [2]
6/11 8/24
COURTROOM
DEPUTY: [10] 4/2 4/7
5/20 11/20 11/22 17/5
17/7 20/24 21/1 68/23
MR. KELLY: [1] 27/12
MR. MONROE: [72]
MS. MIRELL: [67]
4/21 16/22 18/21 20/16
23/13 24/7 25/11 32/2
32/5 32/8 33/1 35/8
36/13 37/2 37/24 40/3
40/14 40/16 41/3 41/7
42/2 42/6 42/16 42/22
43/5 43/14 43/23 44/5
44/14 44/22 45/2 45/9
45/16 45/25 46/8 46/10
47/1 48/12 49/20 50/15
50/18 50/21 51/1 51/12
51/21 53/8 54/21 55/2
55/4 56/15 60/14 60/24
61/18 62/2 62/4 62/9
63/6 63/14 64/16 64/24
65/6 65/14 67/19 67/25
68/4 68/7 68/20
MS. NIELSEN: [8]
5/19 6/4 8/23 9/7 25/25
26/3 27/22 29/23
THE COURT: [145]
THE WITNESS: [9]
11/15 15/23 17/2 18/20
18/23 21/3 21/7 23/14
24/9

0
0717 [1] 1/19

1
1,001 [1] 39/16
10 [1] 33/4
10924 [1] 2/4
10:00 [1] 30/12
111 [6] 9/1 25/5 39/17
40/4 68/5 68/7
11:13 [1] 68/24
12 [1] 59/22
1200 [1] 1/18
12:30 [1] 30/24
12:55 [1] 30/13
14 [1] 46/11
1400 [1] 1/22
14:22:53:10 [1] 6/24
14:28:23:23 [1] 7/13
15 minutes [1] 65/16
1752 [6] 36/15 37/21
50/21 51/2 51/14 55/8
18 [1] 51/13
18 U.S.C [2] 39/16 51/2
1991 [2] 21/22 23/22
1:00 [5] 27/9 28/24

1:15 [2] 30/23 68/24

2
2.213 [2] 33/6 33/20
2.214 [1] 33/22
20 [1] 27/20
20001 [1] 2/10
202 [3] 1/15 1/23 2/10
2021 [3] 7/2 7/21 8/13
2022 [2] 1/5 69/7
204.7 [1] 16/16
205.5 [1] 7/18
20530 [2] 1/15 1/22
208 [2] 1/4 4/8
21-208 [2] 1/4 4/8
211 [1] 2/3
213 [1] 1/19
217 [1] 6/16
217.1 [2] 6/18 9/14
217.3 [1] 7/7
231 [1] 43/5
24 [2] 34/16 35/25
252-7503 [1] 1/15
26 [1] 35/10
27 [2] 49/3 61/4
28 [2] 49/15 49/15
29 [2] 1/5 69/7
294-8900 [1] 2/5
2:22 [2] 7/1 9/16
2:29:02 [1] 8/2

3
30 [3] 26/25 27/20
28/20
309 [1] 8/4
31 [1] 66/16
312 [1] 1/18
3249 [1] 2/10
333 [1] 2/9
354-3249 [1] 2/10
355-5736 [1] 1/23
3816 [1] 1/14
3:43 [1] 8/13

4
40 [5] 12/17 13/4 16/6
16/7 16/8
404 [1] 5/7
45 [1] 27/13
470 [1] 2/4
4:00 [2] 26/16 26/19

5
50 [1] 67/6
53 [1] 9/16
54 [1] 8/13
555 [1] 1/14
5736 [1] 1/23

6
6th [5] 7/2 8/6 8/13
20/10 54/23

7
7503 [1] 1/15
752s [1] 43/24

845 [1] 2/5
8900 [1] 2/5
894-0717 [1] 1/19

9
90012 [1] 1/19
9:30 [1] 1/6

A
a.m [2] 1/6 68/24
abetted [1] 37/22
abetting [9] 33/3 36/8
36/19 36/24 37/11
37/21 38/9 38/21 39/7
abidingness [1] 4/25
about [38] 9/21 9/24
9/25 10/24 11/2 14/24
15/14 15/15 26/7 27/2
27/20 28/7 28/17 30/18
30/24 31/25 32/5 32/11
34/8 34/15 35/3 35/14
35/16 43/15 43/22 44/7
45/11 47/2 50/5 56/16
58/5 59/24 60/3 60/18
61/2 65/15 65/23 66/5
above [2] 47/12 69/4
above-titled [1] 69/4
absolutely [2] 11/11
14/20
abuse [1] 66/14
Academy [1] 21/23
accept [2] 62/11 66/14
accused [2] 36/20
36/22 49/12
acquit [1] 56/18
acquits [1] 53/3
acquitted [2] 53/25
54/1
act [3] 43/3 61/12 63/4
acted [7] 43/20 53/4
56/11 56/13 56/18 60/4
60/19
acting [3] 45/22 46/20
47/19
actions [2] 37/8 42/8
acts [22] 14/15 15/16
16/9 19/5 23/6 23/24
34/1 34/6 36/20 36/22
40/4 40/6 40/20 40/21
42/2 42/3 42/11 42/12
49/9 54/15 58/13 66/8
actual [1] 8/14
actually [2] 34/17
50/15
add [4] 45/13 54/8 61/7
62/15
adding [1] 46/2
additional [3] 46/24
54/17 65/22
adjourn [1] 68/18
admit [1] 65/24
admitted [6] 6/16 7/6
7/18 8/25 16/15 25/4
adopt [1] 54/18
adult [2] 13/10 13/12
affirmative [2] 48/18
60/11

15/11 21/22 22/14
26/12 26/19 27/23
30/12 30/13 30/20
30/24 34/19 36/1 42/17
44/14 45/13 47/23
47/25 47/25 59/2 60/7
60/13 60/21 61/2 67/25
afternoon [11] 7/20
8/16 26/2 26/12 26/17
26/19 27/2 27/3 28/7
29/5 29/12
again [5] 5/24 43/23
45/15 53/20 54/14
against [2] 23/24 64/3
Agent [1] 9/20
agents [2] 11/8 11/9
aggression [3] 5/1
66/18 66/21
aggressor [3] 63/4
63/11 66/19
agree [7] 40/14 40/16
49/25 50/3 51/20 54/9
55/24
agreed [2] 38/24 39/2
agrees [2] 48/12 51/25
ahead [2] 27/6 44/20
aided [2] 2/12 37/22
aiding [9] 33/3 36/7
36/18 36/23 37/11
37/21 38/9 38/21 39/7
all [79]
all right [11] 6/17
11/23 29/13 30/11
34/13 46/5 47/5 65/8
65/10 67/12 68/11
allegation [1] 56/7
alleged [1] 48/21
allegedly [1] 55/16
allow [1] 42/24
allowed [3] 5/3 18/1
48/2
along [1] 28/10
already [4] 15/4 47/24
58/24 58/25
also [9] 22/19 23/17
33/3 34/22 35/24 43/24
47/24 54/1 57/4
altercation [1] 8/20
alternative [1] 57/9
always [6] 5/10 19/9
19/9 23/8 23/10 65/25
amend [1] 34/22
Amendment [4] 65/25
66/1 66/7 66/13
AMERICA [2] 1/3 4/8
AMIT [2] 1/10 4/3
ammo [1] 51/5
amount [1] 64/1
Angeles [1] 1/19
angles [1] 20/13
another [18] 5/6 7/4
10/18 15/8 23/25 39/5
40/8 43/4 43/9 43/19
45/13 45/22 46/21
47/19 52/2 52/7 55/20
64/3
answer [1] 67/20

anticipate [1] 67/20
anticipates [1] 27/12
any [34] 5/4 14/15
14/18 15/16 15/17
15/24 16/9 16/23 19/5
20/17 23/6 23/24 29/16
31/21 31/25 32/11
35/11 36/21 40/1 42/7
43/3 45/18 46/17 47/6
47/15 48/14 52/25 54/6
60/5 60/20 61/24 62/18
62/19 65/2
anybody [1] 31/20
31/25
anyone [5] 25/9 36/21
36/22 38/17 38/24
anything [14] 14/10
19/15 24/5 32/1 50/22
57/15 62/10 63/12
63/21 63/23 64/23
65/13 68/12 68/18
apart [1] 38/15
appear [1] 8/8
APPEARANCES [2]
1/12 2/1
appearing [1] 4/14
appears [1] 8/7
applicable [1] 41/18
applies [7] 36/12 42/9
49/11 49/18 49/21 60/9
60/23
apply [3] 43/25 56/9
58/10
appreciate [1] 46/23
Apprendi [1] 40/9
appropriate [2] 33/21
62/24
approximately [4] 9/16
22/3 22/17 27/13
April [2] 1/5 69/7
are [33] 4/25 5/3 5/25
6/3 7/8 8/19 17/24 21/5
25/19 26/2 26/21 29/11
32/5 32/22 32/24 34/6
35/8 36/2 41/3 41/25
43/12 43/13 43/14 44/7
44/11 45/19 45/24
46/18 54/4 59/2 59/14
59/25 67/8
area [5] 9/22 10/5
15/14 22/7 54/19
arguably [1] 56/19
argue [1] 63/17
argued [1] 56/22
arguing [1] 37/20
argument [2] 28/1
53/22
arguments [2] 30/4
30/16
Arin [1] 1/17
arm [1] 10/22
around [1] 10/4
arrest [2] 23/12 33/25
arrested [1] 23/12
arrests [1] 23/4
Arrington [4] 48/9
48/10 51/24 67/21
as [73]

**A**

ask [8]  19/2 27/7 27/8 27/10 30/12 33/16 39/15 48/16
asked [5]  15/4 39/23 62/20 62/22 63/1
asking [4]  41/10 49/10 58/22 67/8
assault [22]  40/5 40/7 40/21 40/22 41/5 41/19 41/19 41/22 41/24 42/6 42/11 42/13 42/15 42/21 42/21 48/2 48/19 49/6 53/12 53/14 59/2 65/15
assaulted [2]  57/7 57/11
assaulting [4]  39/24 46/15 47/14 47/22
assaultive [1]  49/12
asserts [2]  60/4 60/19
assigned [2]  22/4 22/5
assist [1]  10/22
assisting [6]  10/8 45/19 46/17 47/2 47/4 47/15
assume [1]  56/16
assure [1]  29/7
attacking [1]  20/13
attention [1]  51/13
ATTORNEY'S [2]  1/3 1/17
Authority [1]  22/8
Ave [1]  1/22
Avenue [1]  2/9
avoid [1]  64/10

**B**

back [23]  5/23 6/2 8/14 10/23 21/22 26/12 28/9 28/23 30/13 30/23 32/25 35/21 36/2 36/4 38/13 42/2 42/3 42/18 44/16 52/14 53/19 53/23 65/14
bad [1]  34/6
barbecues [1]  18/7
Barrett [1]  2/9
based [1]  8/18
basically [3]  10/6 42/20 48/9
basis [3]  34/2 56/18 57/9
battle [1]  56/22
be [59]  4/22 5/22 7/1 8/2 8/7 8/8 14/10 14/24 19/11 26/5 27/11 28/4 29/8 30/3 30/9 30/13 30/17 30/23 34/22 37/20 39/23 42/22 43/22 44/10 47/12 49/2 49/5 49/7 49/10 50/10 50/18 50/20 50/24 50/24 50/25 51/9 51/17 51/23 53/2 53/5 53/22 53/25 54/1 54/17 55/20 56/11 56/19 56/24 57/24 63/16 64/19 66/6

beach [1]  14/5
became [1]  18/5
because [16]  29/4 31/7 33/23 34/9 37/11 43/12 43/24 44/8 53/10 57/25 58/4 58/6 64/7 64/13 66/12 67/1
become [4]  13/9 14/12 18/8 19/7
becomes [4]  41/13 53/9 58/7 58/7
been [5]  5/10 6/8 6/15 6/17 7/5 7/18 8/25 16/15 17/25 19/14 19/15 19/24 20/3 23/23 24/2 24/6 25/4 26/23 54/20 65/2 65/25
before [15]  1/10 7/14 28/23 29/8 30/6 30/22 32/1 33/3 35/23 38/7 53/23 54/10 68/15 68/17 68/18
befuddling [2]  40/14 40/16
began [1]  58/3
beginning [1]  63/2
behalf [1]  6/7
behavior [2]  14/19 49/12
behind [1]  10/13
being [12]  11/4 23/9 26/8 33/11 33/14 36/19 36/25 49/12 50/12 52/21 52/23 54/14
belabor [1]  5/16
belief [1]  64/2
believe [5]  19/15 24/5 48/20 58/12 59/4
believed [1]  65/3
Bench [1]  25/18
benefit [1]  21/13
best [3]  27/24 28/13 67/12
between [1]  64/14
beyond [6]  23/17 49/8 55/9 58/14 59/7 61/11
big [1]  10/6
bit [7]  10/4 27/13 30/5 30/9 42/24 57/2 67/4
blown [1]  60/13
bodily [6]  52/2 52/6 55/19 64/25 65/5 65/9
boisterous [1]  19/7
Book [5]  33/6 49/2 63/14 64/12 64/13
borough [2]  22/12 22/13
both [4]  23/3 35/2 49/6 52/9
bottom [3]  30/8 35/10 54/16
Box [1]  2/4
bracketed [2]  35/12 35/16
break [3]  67/17 67/18 68/1

67/20 68/8 68/11
brain [1]  17/4 17/10 17/19
brian.kelly3 [1]  1/16
bring [2]  7/4 7/17
brings [1]  36/7
broken [1]  7/20
Bronx [1]  22/13
brothers [1]  13/2
building [5]  10/4 52/16 52/18 53/6 55/7
buildings [1]  50/2
bulletproof [2]  56/21 56/25
business [4]  37/5 37/7 37/10 37/12

**C**

CA [1]  1/19
cadence [1]  48/4
call [5]  9/25 11/18 17/3 20/22 28/23
called [3]  6/7 13/18 16/12
calm [3]  19/9 23/9 24/24
came [3]  18/17 56/21 56/22
camping [2]  18/2 18/7
can [33]  5/11 7/11 8/11 14/24 16/16 21/5 25/16 26/12 27/24 28/16 28/25 29/7 30/6 33/20 35/13 41/19 42/17 44/14 46/6 47/7 48/16 49/7 51/17 54/9 59/15 60/15 63/17 64/10 64/19 65/14 68/15 68/16 68/16
can't [3]  57/20 58/14 66/20
cannot [1]  54/17
capabilities [1]  52/9
capable [6]  28/12 28/13 52/1 52/3 52/6 55/19
Capitol [7]  8/5 8/19 9/16 10/16 62/21 62/23 62/24
care [2]  18/16 61/22
career [1]  65/25
carried [4]  50/25 55/10 55/16 56/7
carries [1]  51/15
carry [1]  56/6
carrying [6]  50/16 51/17 51/22 54/11 54/25 56/4 56/16 57/21
case [24]  4/8 20/5 25/24 26/24 28/2 29/22 30/2 30/19 34/7 42/17 42/20 43/9 50/23 52/25 54/6 55/14 55/15 56/7 58/15 59/24 60/4 60/18 66/1 67/7
caused [1]  25/10
causing [3]  52/2 52/6 55/19
certainly [2]  37/11

Brent [1]  2/1
Certified [1]  2/8
certify [1]  69/2
cetera [1]  39/25
CH [1]  2/9
chance [2]  22/25 31/7
change [4]  32/20 63/22 64/15 64/18
changed [1]  26/8
changes [2]  61/24 62/11
changing [3]  26/5 62/12 64/6
character [9]  4/22 4/24 4/25 5/16 33/7 33/8 33/23 33/24 34/16
characteristics [1]  14/1
charge [19]  22/9 26/10 28/18 28/19 36/19 36/24 37/11 39/10 47/21 48/1 48/2 51/10 52/15 54/17 56/14 57/20 59/8 60/12 60/13
charged [13]  43/10 43/19 43/21 44/2 44/11 49/24 50/7 54/24 59/24 60/3 60/8 60/18 60/20
charges [14]  26/5 26/8 45/1 45/10 45/17 46/12 47/10 49/11 49/16 58/9 60/6 60/20 61/5 65/22
charging [2]  28/2 43/24
check [1]  43/23
children [4]  12/20 13/22 14/4 14/6
chime [1]  62/18
circle [2]  6/19 7/9
Circuit [3]  48/10 67/21 67/23
circulated [2]  31/5 31/6
City [3]  21/23 22/8 24/17
civil [1]  43/9
civilians [6]  6/25 64/14 65/1
clarification [2]  43/11 48/17
clarified [1]  5/2 62/6
clarify [2]  10/3 44/7
clarity [1]  54/22
clause [2]  45/13 46/1
clear [5]  41/20 48/20 49/7 49/14 58/12
Clerk [3]  31/12 63/23 65/1
close [8]  18/8 18/9 23/19 26/2 26/15 26/19 28/7 30/2
closely [2]  14/4 24/21
closer [2]  18/5 34/18
closing [11]  26/6 27/1 27/2 27/14 28/1 28/3 28/13 28/16 30/4 30/16 63/10
closings [5]  26/21 27/11 28/24 30/6 68/15

Code [1]  51/13
collaborate [1]  38/22
collaborating [1]  38/17
collaboration [1]  36/23
collected [2]  23/9 24/24
COLUMBIA [1]  1/1
come [6]  6/2 26/12 30/1 30/2 36/1 67/3
comes [3]  39/21 48/22 54/12
comfortable [2]  11/25 21/5
coming [1]  15/20 25/13
command [1]  22/17
comment [1]  45/9
comments [1]  31/25
commit [7]  40/8 43/4 43/21 45/12 45/22 46/21 47/19
commits [1]  41/18
committed [3]  19/15 24/5 39/1
committing [1]  38/25
communicated [1]  39/5
community [4]  14/2 14/5 14/8 14/10
complete [2]  56/14 57/19
complicate [1]  44/17
complicated [2]  44/4 61/20
computer [1]  2/12
computer-aided [1]  2/12
conceivable [1]  56/5
concept [1]  64/21
concern [3]  26/14 63/8 63/8
concerning [1]  33/6
concerns [3]  31/21 31/25 32/11
concise [1]  66/22
conclude [6]  41/21 42/15 44/2 44/12 57/20 57/23
concludes [1]  57/16
condensed [2]  67/8 67/10
conduct [17]  5/4 23/1 37/4 37/6 37/6 37/7 37/9 37/12 37/22 37/23 38/1 38/12 49/7 49/22 52/18 59/5 59/5
conducted [1]  23/9
conference [7]  25/18 26/10 28/3 28/19 28/19 42/18 44/15
conferred [1]  4/23
confess [1]  34/14
confirm [3]  4/24 44/15 44/18
conform [1]  62/5
confuse [1]  34/9
confused [1]  34/15
confusing [1]  61/13
confusion [2]  57/4

# C

**confusion...** [1] 65/15
**conjunction** [2] 36/21 51/9
**consider** [14] 18/9 41/11 46/13 46/14 47/12 47/13 48/2 52/9 53/15 63/12 67/5 67/10 67/22 68/2
**considerations** [1] 48/4
**considered** [1] 51/17
**considering** [6] 44/25 45/10 45/17 46/11 47/10 47/22
**consistent** [1] 54/4
**consistently** [2] 58/1 58/2
**constitute** [5] 40/5 40/20 42/11 66/18 66/21
**Constitution** [1] 2/9
**contact** [14] 13/5 13/8 39/18 40/7 40/22 41/14 41/19 41/20 42/8 42/13 45/12 45/21 46/20 47/18
**contains** [1] 46/24
**contention** [1] 36/20
**context** [1] 16/21
**continue** [1] 35/15
**continued** [3] 2/1 6/1 6/10
**continuing** [1] 35/5
**conversations** [1] 35/17
**convict** [1] 41/11
**convicted** [2] 53/6 54/17
**conviction** [1] 57/10
**convictions** [1] 34/1
**corner** [2] 6/23 8/1
**correct** [11] 6/20 7/15 8/16 13/11 13/24 15/10 20/6 20/7 46/11 63/23 69/3
**could** [21] 6/22 11/19 12/9 13/7 13/25 37/20 43/20 43/25 50/7 53/2 53/5 53/10 53/20 53/25 56/5 56/19 56/24 58/1 58/1 58/9 62/10
**counsel** [6] 4/16 4/23 5/2 18/19 23/15 30/5
**count** [32] 34/20 36/11 36/14 36/15 36/15 37/3 39/6 39/8 39/15 39/16 43/9 43/10 43/16 43/20 43/21 44/9 49/6 49/6 49/16 50/1 55/6 58/5 59/2 61/6 61/23 61/24 62/2 62/10 62/14 62/17 62/18 62/20
**Count 1** [5] 39/16 49/16 61/6 61/23 62/17
**Count 2** [7] 43/10 43/20 43/21 44/9 61/24 62/2 62/10

**Count 4** [5] 36/15 37/3 39/6 39/8 62/18
**Count 5** [1] 49/6
**Count 6** [2] 34/20 62/20
**counts** [22] 35/23 35/24 36/1 41/12 44/18 48/19 49/6 49/18 49/21 49/21 50/21 53/3 53/25 54/1 58/16 60/7 60/9 60/21 60/23 61/3 61/9 61/10
**Counts 1** [2] 53/3 53/25
**couple** [2] 5/17 30/19
**course** [4] 44/22 63/17
**court** [16] 1/1 2/7 2/8 4/3 11/18 12/12 17/15 21/13 29/15 48/9 48/18 51/24 54/10 58/9 60/12 68/23
**court reporter** [1] 17/15
**Court's** [1] 54/18
**courtroom** [4] 5/21 19/24 30/13 31/1
**cover** [1] 5/7
**covering** [1] 66/2
**covers** [1] 22/7
**CR** [1] 1/4
**create** [1] 57/4
**created** [1] 8/12
**crime** [2] 38/25 39/1
**Criminal** [1] 4/8
**cross** [10] 3/4 6/1 6/10 15/24 16/2 19/20 24/12 33/23 34/6 35/3
**cross-examination** [8] 6/1 6/10 15/24 16/2 19/20 24/12 33/23 34/6
**cross-examined** [1] 35/3
**CRR** [2] 69/2 69/8
**cuing** [1] 31/11
**cumbersome** [1] 58/24
**current** [1] 67/11
**currently** [1] 63/24
**cursed** [1] 24/2
**cursing** [2] 19/11 66/10

# D

**D.C** [5] 1/5 1/15 1/22 2/10 67/21
**D.C.** [1] 48/10
**D.C. Circuit** [1] 48/10
**danger** [1] 65/3
**dangerous** [48] 44/3 44/12 45/14 45/21 46/3 46/19 47/18 48/8 48/8 49/25 50/6 50/9 50/10 50/11 50/14 50/16 50/23 50/24 51/15 51/17 51/18 51/19 51/23 52/1 52/5 52/5 52/8 52/12 52/17 52/19 52/21 52/23 52/25 53/7

55/13 55/17 55/18 56/1 56/3 56/23 56/25 57/13 57/21 62/16
**date** [2] 8/11 69/7
**day** [7] 1/7 18/17 29/1 29/6 29/8 30/11 37/9
**days** [1] 19/25
**deadly** [31] 44/12 45/13 45/21 46/3 46/19 47/17 48/8 49/25 50/6 50/8 50/16 51/15 51/24 52/1 52/5 52/8 52/12 52/17 52/19 52/24 53/7 53/9 53/11 54/25 55/10 55/13 55/17 55/18 57/13 57/21 62/15
**deal** [1] 66/25
**death** [5] 52/2 52/6 55/19 64/24 65/3
**debris** [1] 10/4
**decide** [3] 35/14 45/11 55/15
**decided** [1] 68/8
**defend** [3] 48/21 54/14 64/3
**defendant** [27] 1/7 2/2 4/13 4/14 6/7 17/10 21/9 24/16 32/17 32/18 33/7 34/1 34/17 35/5 37/3 39/18 41/14 52/3 52/4 52/7 54/24 55/10 55/16 55/20 56/19 56/21 63/11
**defendant's** [4] 3/5 20/21 49/7 67/6
**defendants** [1] 29/4
**defense** [74]
**defense's** [1] 54/4
**defined** [2] 42/12 55/25
**defining** [1] 66/19
**definition** [6] 48/7 51/18 52/13 52/20 62/21 64/9
**deliberations** [2] 28/25 29/9
**deliver** [2] 67/3 68/17
**Department** [1] 24/17
**depending** [3] 26/21 28/9 29/1
**depends** [2] 27/16 55/14
**described** [2] 24/24 62/16
**determine** [1] 64/20
**determining** [1] 52/8
**deviated** [1] 48/10
**did** [29] 5/6 10/2 11/9 12/18 12/21 12/22 14/12 14/15 14/18 15/15 20/9 21/24 22/2 22/14 22/22 22/23 23/6 27/2 27/4 27/5 31/12 33/5 36/20 37/6 46/1 46/23 61/12 65/19 66/24
**did you** [6] 12/18 15/15 21/24 22/2 22/22

37/15 46/6
**different** [5] 20/12 34/6 41/25 41/25 45/18
**direct** [6] 3/4 7/24 12/4 17/11 19/2 21/10
**directing** [1] 51/12
**directly** [2] 39/5 64/4
**disciplined** [1] 66/4
**discovery** [1] 8/9
**discuss** [1] 26/12
**discussed** [2] 35/22 38/24
**discussing** [2] 11/8 30/18
**discussion** [2] 9/21 10/25
**dismiss** [1] 27/9
**disorder** [1] 43/9
**disorderly** [5] 37/5 37/23 38/1 38/11 52/18
**dispute** [1] 35/13
**disrupt** [3] 37/4 37/7 37/9
**disrupted** [1] 37/12
**disruptive** [5] 37/5 37/23 38/1 38/11 52/18
**DISTRICT** [3] 1/1 1/1 1/10
**disturb** [1] 37/9
**divorced** [1] 59/14
**do** [34] 6/25 9/20 11/4 16/17 16/18 21/20 25/6 25/9 26/15 27/6 27/10 27/18 27/24 28/4 28/13 28/16 29/10 29/16 30/5 32/24 34/12 34/18 36/22 38/7 42/16 42/24 44/8 44/20 47/20 58/6 59/15 59/20 66/18 67/12
**do you** [3] 9/20 11/4 25/9
**Do you have** [2] 25/6 38/7
**do you know** [1] 6/25
**do you see** [2] 16/17 16/18
**documentation** [1] 8/7
**documents** [3] 28/1 32/24 36/6
**does** [6] 8/8 25/23 29/21 42/14 50/20 63/4
**doesn't** [13] 38/18 38/22 42/21 43/12 50/18 52/24 56/2 56/10 58/24 59/10 64/12 64/13 66/15
**doing** [4] 9/4 28/12 28/14 45/17
**don't** [40] 5/15 6/2 10/25 16/20 25/8 26/7 27/25 28/19 31/9 35/6 35/7 35/11 36/23 38/6 40/1 40/12 40/19 41/11 42/22 51/16 52/25 53/1 53/5 53/14 53/20 54/5 54/7 54/21 55/23 56/8

57/8 57/25 58/1 58/6 61/2 63/11 64/7 65/1 66/12 68/21
**done** [2] 18/6 49/2
**double** [1] 43/23
**double-check** [1] 43/23
**doubt** [5] 49/9 55/9 58/14 59/7 61/11
**down** [12] 7/4 7/17 8/3 8/10 8/23 11/14 15/20 17/1 20/20 25/15 53/19 59/18
**draft** [2] 31/4 45/25
**drop** [1] 39/8
**duly** [1] 6/8
**DUPEE** [1] 2/3
**dupeemonroelaw.com** [1] 2/6
**during** [4] 23/3 51/14 55/10 67/18
**duties** [5] 39/20 41/16 45/20 46/18 47/17

# E

**each** [12] 22/17 48/19 48/23 49/11 58/5 58/9 59/9 60/7 60/9 60/21 60/23 61/2
**earlier** [3] 34/24 35/2 51/3
**ears** [1] 13/21
**easier** [4] 40/25 41/9 43/20 44/9
**ECF** [1] 46/25
**edited** [1] 48/8
**edits** [3] 31/8 46/25 48/14
**effect** [1] 62/25
**efforts** [1] 48/1
**eight** [3] 41/4 41/18 42/9
**eight-year** [1] 41/18
**either** [2] 26/20 29/7
**element** [9] 39/17 39/21 40/9 41/14 43/8 43/19 52/21 55/5 55/8 59/14 63/24
**elements** [3] 44/24 59/14 63/24
**elicit** [2] 4/25 5/11
**else** [8] 36/21 36/22 62/10 63/12 63/21 65/13 68/12 68/18
**email** [5] 1/16 1/20 1/23 2/5 67/18
**embed** [1] 39/7
**embedded** [1] 34/19
**embrace** [1] 54/18
**employee** [2] 39/19 41/15
**enabled** [2] 37/25 38/10
**end** [11] 30/3 30/11 43/8 43/18 48/22 48/23 48/25 49/3 58/5 61/8 65/13
**engage** [8] 14/15 14/18 15/15 19/5 23/6 23/24

**E**

**engage... [2]** 38/1 38/11
**engaged [11]** 16/9 23/4 37/5 39/19 41/16 45/19 46/18 47/16 49/9 58/13 59/6
**engaging [2]** 37/23 54/15
**enough [2]** 13/9 51/23
**enter [1]** 53/10
**entered [1]** 5/21
**entering [5]** 50/1 50/7 52/16 53/6 55/7
**essentially [3]** 41/24 62/12 62/22
**establish [1]** 34/3
**et [1]** 39/25
**evaluation [1]** 34/21
**even [9]** 18/5 23/14 36/23 44/11 56/4 56/16 57/4 57/23 66/9
**evening [2]** 5/24 31/6
**event [1]** 56/25
**events [2]** 34/4 34/6
**ever [11]** 5/15 14/12 14/15 14/18 17/25 19/4 19/7 19/11 19/14 23/6 24/5
**Every [1]** 63/25
**everybody [12]** 4/17 5/24 23/11 23/11 30/25 31/3 44/23 51/20 60/25 61/15 64/15 68/21
**everyone [4]** 4/5 5/22 31/2 68/12
**evidence [14]** 16/16 20/2 25/5 29/17 30/1 34/23 35/1 35/6 38/16 47/3 54/9 56/19 56/20 65/2
**evidentiary [2]** 30/2 57/3
**evidently [1]** 27/5
**exactly [2]** 5/7 51/6
**examination [14]** 6/1 6/1 6/10 9/10 12/4 15/24 16/2 17/11 19/20 21/10 24/12 27/3 33/23 34/6
**examined [1]** 35/3
**example [11]** 14/6 14/11 15/18 16/12 16/17 16/18 16/20 41/21 45/16 50/1 53/13
**examples [1]** 51/4
**excellent [1]** 31/13
**exception [1]** 39/9
**excessive [4]** 64/7 64/10 64/18 64/20
**exchanged [1]** 28/1
**excuse [2]** 39/17 53/25
**excused [1]** 49/8
**Exhibit [10]** 6/16 6/18 7/6 7/6 7/18 8/4 9/1 9/14 16/16 25/5
**exhibits [1]** 20/5
**exited [1]** 31/1

**expected [2]** 30/9
**expected [1]** 30/9
**explain [1]** 10/3
**explaining [1]** 63/9
**expression [2]** 66/8 66/9
**extent [2]** 13/7 37/20

**F**

**face [1]** 9/3
**fact [5]** 37/6 38/22 55/17 57/16 62/25
**facts [3]** 36/24 55/14 55/15
**failed [3]** 53/4 56/12 57/18
**fails [1]** 49/8 56/12
**fair [1]** 8/19
**fairly [2]** 5/11 58/24
**fall [1]** 38/15
**families [1]** 14/3
**family [4]** 12/20 18/6 18/12 18/18
**FBI [3]** 10/23 11/4 35/4
**February [1]** 10/23
**federal [1]** 47/4
**feel [1]** 27/25
**felonies [4]** 43/12 43/25 44/2 44/12
**felony [12]** 40/8 41/18 43/4 43/9 43/15 43/19 44/10 44/17 45/13 45/23 46/21 47/19
**felt [1]** 56/23
**few [1]** 6/14
**fifth [3]** 39/17 39/17 41/14
**figure [4]** 28/18 33/21 55/6 58/23
**filed [1]** 46/25
**final [3]** 46/1 68/14 68/16
**finally [1]** 63/1
**find [5]** 47/20 47/21 53/14 56/17 63/10
**fine [6]** 42/25 45/7 48/4 61/16 63/19 63/20
**first [14]** 10/24 12/18 18/1 26/20 39/15 46/14 47/13 59/1 64/8 65/25 66/1 66/7 66/13 68/11
**First Amendment [4]** 65/25 66/1 66/7 66/13
**fits [1]** 36/24
**flag [5]** 9/18 51/8 54/11 54/12 66/3
**flagpole [14]** 50/9 51/4 51/8 51/17 53/14 53/15 53/21 54/10 54/16 56/13 57/10 57/10 57/12 57/17
**folks [3]** 28/23 30/22 66/14
**follow [3]** 46/7 48/9 59/9
**followed [1]** 10/15
**following [2]** 49/6 66/17

**force [6]** 64/1 64/2 64/4 64/9 64/20 64/22
**foregoing [1]** 69/3
**foreperson [1]** 29/11
**forget [1]** 66/24
**forgive [1]** 46/6
**forgot [2]** 30/24 65/23
**forgotten [1]** 63/23 64/23
**form [1]** 67/11
**formally [1]** 33/11
**forth [3]** 28/9 47/23 49/4
**forward [4]** 38/11 38/13 48/7 54/12
**found [2]** 37/20 53/14
**foundation [1]** 57/3
**four [1]** 20/12
**Fourth [1]** 1/14
**Frank [3]** 20/22 21/9 21/17
**Fraud [1]** 1/21
**Friday [4]** 27/3 28/7 29/5 31/5
**friend [5]** 12/20 18/12 20/9 20/13 25/8
**friends [10]** 12/25 13/10 17/24 17/25 18/5 18/8 18/10 22/15 23/18 23/19
**friendship [1]** 23/21
**front [5]** 9/21 10/10 10/16 25/6 62/22
**full [2]** 60/13 68/4
**full-blown [1]** 60/13
**further [6]** 6/9 9/7 16/22 20/16 25/11 29/18
**furtherance [2]** 56/2 57/12

**G**

**G-a-l-l-o [1]** 17/16
**Gallo [9]** 17/4 17/8 17/10 17/14 17/19 17/20 19/18 19/22 20/19
**gate [3]** 37/25 38/13 53/15
**gates [2]** 38/10 38/15
**gentle [1]** 15/18
**gentleman [3]** 15/18 15/19 19/5
**gentlemen [5]** 5/23 29/25 59/23 60/2 60/17
**get [21]** 10/2 11/19 16/20 26/24 28/24 28/25 29/10 30/6 31/11 31/14 33/3 38/14 44/15 57/9 61/20 64/8 65/14 67/25 68/14 68/15 68/16
**gets [2]** 29/5 44/4 65/12 66/21
**give [16]** 26/16 26/18 27/1 31/24 32/2 33/22 35/6 35/11 35/15 39/6

**given [7]** 30/18 32/17 36/19 36/25 49/5 51/9 56/20
**giving [1]** 67/10
**go [22]** 5/3 6/3 10/8 10/19 10/19 10/20 26/4 26/25 27/4 27/6 27/21 28/2 28/24 31/13 32/25 34/16 36/4 44/20 47/20 47/21 49/3 53/23
**go ahead [2]** 27/6 44/20
**goes [4]** 38/13 42/10 51/7 51/8
**going [41]** 5/7 6/15 7/4 7/17 8/2 8/3 9/4 9/12 10/12 10/20 25/4 26/9 26/18 26/24 26/24 27/4 28/20 29/7 29/10 29/11 30/7 30/7 30/8 30/12 31/19 32/25 33/16 33/22 34/17 44/8 46/5 46/12 47/11 53/22 57/8 58/3 58/6 59/1 64/8 66/11 67/17
**good [24]** 4/6 4/7 4/16 5/15 6/12 6/13 12/7 12/8 12/10 16/4 16/5 17/8 17/14 17/19 17/24 19/22 19/23 21/3 21/4 23/19 24/14 24/15 28/4 66/2
**good morning [17]** 4/6 4/16 6/13 12/7 12/8 12/10 16/4 16/5 17/8 17/14 17/19 19/22 19/23 21/3 21/4 24/14 24/15
**Goshen [1]** 2/4
**got [7]** 18/17 30/22 30/24 31/20 52/11 57/25 62/18
**government [35]** 1/13 4/11 9/13 25/23 27/8 27/12 27/22 29/21 31/7 32/8 36/14 37/5 37/7 37/10 37/12 38/23 41/1 46/15 48/12 49/8 51/25 53/4 55/5 55/9 56/12 56/22 57/18 58/14 59/6 61/11 61/25 62/11 62/14 62/20 63/1
**government's [18]** 6/16 6/18 7/5 7/6 7/18 8/4 9/1 9/14 25/5 37/19 38/8 49/20 57/8 57/14 57/22 63/7 63/8 63/8
**grab [1]** 10/22
**graduated [1]** 21/23
**gravitated [1]** 14/6
**greater [7]** 41/11 41/12 44/10 50/5 52/15 54/1 57/20
**green [1]** 7/8
**grew [1]** 12/19
**grounds [11]** 8/20 9/16

**732**

**/2** 50/8 52/16 52/19 53/7 55/7 62/21 62/23 62/24
**guess [17]** 10/22 37/19 39/21 40/12 40/18 40/25 41/13 41/23 42/14 44/20 45/11 48/3 49/17 53/18 55/23 63/7 66/24
**guilty [9]** 37/21 46/14 47/14 47/20 47/21 58/14 59/8 60/5 60/20
**gun [3]** 51/5 51/20 55/1
**guy [1]** 28/5

**H**

**had [13]** 5/24 9/2 11/9 12/23 18/3 22/1 22/25 24/19 31/6 38/6 46/24 49/17 58/4
**half [1]** 60/15
**halfway [1]** 59/21
**hand [4]** 11/20 17/5 20/24 44/9
**hands [1]** 9/2
**hang [3]** 14/23 31/18 34/10
**happen [1]** 25/10
**happened [2]** 11/8 54/24
**happens [1]** 53/2
**happy [1]** 63/5
**hard [1]** 53/24
**harder [1]** 61/21
**harm [3]** 64/25 65/5 65/9
**has [30]** 5/10 6/15 6/17 18/16 24/2 24/5 26/23 27/8 29/18 30/1 30/2 31/7 32/17 44/3 47/9 50/24 50/25 51/9 56/22 57/18 59/8 59/8 61/25 62/11 62/14 62/16 62/20 63/1 63/25 64/1
**hasn't [2]** 59/7 68/8
**Hava [2]** 1/17 4/10
**hava.mirell [1]** 1/20
**have [71]**
**haven't [5]** 20/2 48/10 57/5 57/15 67/1
**having [6]** 8/6 10/25 36/1 53/24 54/20
**he [53]** 4/25 5/2 12/21 12/22 14/7 18/2 19/9 23/9 23/10 23/11 25/2 35/3 35/13 36/21 37/20 37/22 37/25 37/25 38/18 38/21 38/22 41/22 44/3 48/20 53/22 53/4 53/4 53/5 53/10 53/13 53/15 53/19 53/21 53/24 54/16 56/11 56/12 56/18 56/24 56/24 56/25 57/6 57/10 57/21 57/23 59/6 60/4 60/8 60/19 60/22 64/1 65/3 66/19
**he's [15]** 18/20 19/9

**H**

he's... **[13]** 19/11 23/4
36/20 38/16 48/21
49/12 50/7 54/11 54/14
54/15 59/7 66/3 66/3
**header [1]** 32/20
**heading [1]** 36/2
**hear [4]** 30/4 37/15
47/7 59/1
**heard [7]** 20/2 20/8
30/1 34/23 34/25 57/15
66/13
**hearing [1]** 30/25
**held [1]** 67/23
**helped [1]** 18/17
**hence [1]** 56/25
**her [1]** 11/19
**here [12]** 26/25 27/5
27/6 28/24 35/13 39/8
39/14 42/21 53/2 56/10
58/23 66/13
**here's [8]** 40/18 41/17
49/13 49/19 49/23
59/12 59/14 59/20
**hesitant [1]** 29/4
**hey [1]** 59/4
**Hi [1]** 4/20
**high [2]** 9/24 9/25
**highlighted [1]** 64/25
**him [20]** 9/4 14/6 14/7
15/15 16/9 16/12 19/7
19/11 20/9 20/23 22/17
22/22 23/7 24/19 24/24
36/22 38/16 53/3 53/20
57/7
**himself [4]** 23/10 48/21
54/14 64/3
**hip [1]** 9/25
**his [12]** 22/19 22/20
23/1 35/3 37/22 39/20
41/16 48/20 56/13 59/4
66/8 66/20
**hit [1]** 53/20
**hold [1]** 54/11
**holding [2]** 51/8 66/3
**holidays [1]** 18/7
**home [1]** 26/25
**Honor [26]** 4/7 4/21
5/19 6/4 9/8 11/17 17/3
20/18 21/3 25/25 26/3
26/10 27/12 27/22
29/23 31/17 32/3 36/3
36/13 37/2 40/3 42/23
45/9 51/12 60/14 64/25
**HONORABLE [2]** 1/10
4/3
**Honorable Amit [1]** 4/3
**hope [2]** 4/16 5/24
**hopefully [3]** 28/20
31/6 64/10
**hour [2]** 8/20 30/14
**hours [2]** 28/23 30/20
**house [1]** 13/22
**housing [2]** 22/8 22/9
**how [26]** 9/24 10/2
12/11 12/16 12/18
13/11 15/14 17/22 18/3
21/21 22/2 23/20 26/21

32/21 35/14 44/8 44/24
49/2 52/21 53/24 56/1
57/4
**however [4]** 61/7 61/8
63/17 66/18
**Hudson [1]** 11/4
**hurt [2]** 9/4 18/17
**hypothetically [2]** 53/2
56/17

**I**

**I also [2]** 33/3 43/24
**I always [1]** 65/25
**I can [4]** 27/24 29/7
42/17 65/14
**I did [4]** 5/6 46/23
65/19 66/24
**I didn't [1]** 37/15
**I don't [15]** 10/25 28/19
35/6 35/7 35/11 36/23
40/19 51/16 53/1 53/5
55/23 57/25 58/1 61/2
65/1
**I got [1]** 30/24
**I guess [16]** 10/22
39/21 40/12 40/18
40/25 41/13 41/23
42/14 44/20 45/11 48/3
49/17 53/18 55/23 63/7
66/24
**I have [8]** 11/13 15/22
27/17 34/14 41/17
42/14 60/7 60/21
**I haven't [2]** 48/10
57/15
**I hope [2]** 4/16 5/24
**I just [8]** 4/23 5/16 29/3
31/13 33/4 37/16 46/6
57/24
**I know [7]** 4/22 21/22
28/8 31/7 37/18 63/14
63/22
**I mean [8]** 10/18 38/20
40/19 41/23 50/22
53/17 53/22 54/3
**I think [53]** 5/2 5/6 15/4
28/15 31/5 31/5 32/24
33/20 34/5 34/9 34/10
34/25 36/5 36/13 36/15
42/2 42/16 43/7 43/17
44/6 47/24 48/4 50/22
50/25 51/3 51/9 51/25
53/20 54/3 54/4 54/9
56/5 58/3 58/6 58/21
59/3 59/8 61/4 61/13
62/14 62/24 63/8 64/4
64/8 64/9 64/11 64/25
65/12 66/6 66/21 67/7
67/20 67/22
**I thought [5]** 27/3 28/2
30/11 66/2 67/1
**I understand [3]** 4/18
21/19 58/22
**I want [3]** 4/24 27/24
48/17
**I was [6]** 13/9 22/17
22/20 27/20 34/14

**I will [4]** 60/8 60/22
65/24 67/25
**I'd [5]** 26/4 28/3 28/4
28/13 43/23
**I'll [19]** 5/13 7/24 8/10
11/19 20/22 26/25 27/7
27/8 32/20 33/11 33/14
39/6 58/2 58/20 59/18
60/16 67/5 67/10 67/12
**I'm [60]** 5/7 6/15 6/17
7/4 7/17 8/3 8/25 9/12
11/2 13/17 16/15 18/23
25/4 25/10 26/4 26/18
26/24 27/25 28/12
28/13 28/17 29/3 30/12
31/19 33/13 33/22 34/7
34/8 34/14 35/8 35/10
36/10 37/14 37/15
37/16 38/4 38/5 39/21
40/3 40/15 43/17 44/16
46/8 46/10 46/12 47/11
49/10 52/4 53/24 53/24
54/22 55/6 57/3 58/3
58/6 58/23 59/17 60/14
63/4 66/11
**I'm going [6]** 5/7 6/15
30/12 46/12 58/3 58/6
**I'm just [5]** 31/19 37/14
55/6 58/23 59/17
**I'm not [8]** 11/2 26/4
26/24 28/17 33/22 34/7
57/3 66/11
**I'm not sure [1]** 53/24
**I'm sorry [8]** 13/17
18/23 33/13 37/15 38/4
40/15 46/8 52/4
**I've [10]** 15/17 17/23
28/16 29/4 29/9 30/9
30/18 30/22 57/5 65/25
58/25 62/22 63/2 63/18
64/11 64/12 66/15 66/15
66/16 67/6
**i-a-l-i-a-n-o [1]** 21/15
**idea [1]** 5/15
**Ideally [1]** 63/15
**identified [1]** 9/15
**image [11]** 6/19 7/5
7/11 7/14 7/19 7/23 8/5
8/12 8/14 8/14 9/5
**images [1]** 8/18
**immediate [1]** 64/3
**imminent [1]** 65/3
**impeach [1]** 37/4
**impede [2]** 37/4 42/7
**impeded [1]** 41/23
**impeding [4]** 39/25
46/15 47/14 47/22
**important [1]** 30/17
**importantly [1]** 66/16
**imposed [1]** 41/22
**imprimatur [1]** 66/12
**inactivity [1]** 23/3
**inaugural [1]** 8/15
**incident [3]** 10/24
25/10 56/20
**inclined [1]** 44/16
**include [15]** 32/18 33/2
33/6 33/8 34/8 35/2
35/16 39/24 41/3 43/8
58/4 58/23 59/13 63/5

**included [18]** 33/5
39/15 39/24 41/1 41/4
41/25 44/10 44/24
44/25 45/7 45/11 46/4
50/2 59/3 59/3 61/9
61/10 67/1
**includes [3]** 41/4 52/21
61/21
**including [1]** 26/15
**income [1]** 22/8
**inconsistent [1]** 34/21
**incorrect [1]** 42/22
**INDEX [1]** 3/2
**indication [1]** 9/18
**indictment [2]** 55/12
62/6
**indulge [1]** 42/23
**inherently [4]** 51/19
51/23 52/23 56/23
**initial [3]** 27/14 63/4
63/11
**initially [1]** 54/11
**injury [3]** 52/2 52/6
55/19
**insert [1]** 33/20 33/21
63/2
**instances [1]** 5/3
**instead [2]** 36/1 41/22
**instruct [5]** 43/15
46/12 47/11 60/8 60/22
**instructed [8]** 30/3
55/4 55/8 56/11 60/7
60/21 66/6 66/20
**instruction [30]** 31/23
31/23 32/12 32/19 33/4
33/6 33/7 33/17 33/19
34/5 34/9 34/19 35/7
35/25 36/8 38/23 39/7
49/4 52/12 55/22 55/24
58/25 62/22 63/2 63/18
64/11 64/12 66/15 66/15
66/16 67/6
**instructions [18]** 30/6
30/15 30/18 31/3 31/4
31/10 31/12 31/21
32/22 33/9 35/23 39/13
46/1 54/22 59/2 63/16
65/1 68/17
**integrity [1]** 23/11
**intend [3]** 25/23 29/21
43/5
**intended [1]** 56/19
**intending [1]** 34/8
**intends [2]** 48/18 55/20
**intent [8]** 37/4 40/7
43/4 43/21 45/12 45/22
46/20 47/19
**interact [1]** 14/3
**interaction [1]** 7/15
**interfere [1]** 42/7
**interfering [3]** 40/1
46/16 47/15
**interpret [1]** 53/21
**intimidate [1]** 42/7
**intimidated [1]** 41/23
**intimidating [4]** 39/25
46/16 47/15 47/23

**introduce [3]** 12/9
17/18 21/16
**introductory [1]** 63/2
**involve [3]** 40/6 40/22
42/12
**involved [2]** 38/15
49/22
**involves [2]** 41/19 42/8
**is [128]**
**is that correct [2]** 6/20
7/15
**Is there [1]** 47/6
**issue [3]** 4/19 65/7
66/1 66/2 66/5
**issues [2]** 62/19 67/16
**it [120]**
**it's [40]** 5/11 5/15 5/23
9/13 16/21 29/5 30/12
38/14 40/6 40/8 40/14
40/16 40/21 41/20 46/9
48/4 48/19 48/25 49/5
49/7 51/19 51/20 51/23
52/21 52/24 54/19
54/19 56/7 56/10 57/2
57/3 58/12 61/13 61/21
62/6 63/5 64/13 66/9
67/20 68/10
**its [2]** 56/3 67/11
**itself [1]** 34/7

**J**

**James [2]** 2/2 4/12
**January [6]** 7/2 7/20
8/6 8/13 20/10 54/23
**job [5]** 27/24 28/4
28/13 31/13 66/2
**Joint [1]** 36/10
**judge [37]** 1/10 5/8
11/13 15/22 16/24
20/22 25/12 27/21
28/12 29/13 29/18
31/12 31/16 32/14
33/10 35/8 35/19 37/15
38/4 39/10 45/4 45/6
47/7 48/5 48/16 51/3
54/8 54/19 58/8 60/10
61/16 64/17 65/11
65/24 67/3 67/12 68/19
**judicial [1]** 67/4
**jump [1]** 35/21
**jumped [1]** 36/5
**jury [51]** 1/9 5/20 5/21
12/9 13/7 13/25 17/18
17/22 20/3 21/16 21/21
26/12 26/16 26/20
26/23 27/6 27/9 31/1
34/9 36/19 36/25 37/8
41/10 41/21 42/14
43/12 48/4 48/18 48/20
49/7 49/10 50/6 52/12
53/3 53/20 54/22 55/4
55/8 56/10 56/11 56/17
57/16 58/1 58/12 60/11
63/10 63/10 64/7 64/19
66/6 66/19
**just [87]**

# K

**katherine.nielsen [1]** 1/24
**Kelly [2]** 1/13 4/10
**kick [1]** 29/8
**kind [2]** 15/18 54/5
**kindergarten [1]** 17/25
**knew [2]** 22/16 56/24
**know [55]** 4/22 5/13 6/25 10/20 10/21 17/20 17/22 21/19 21/21 21/22 24/16 26/7 26/15 26/23 27/3 28/6 28/8 28/15 28/19 28/22 29/9 29/10 30/8 31/7 31/20 33/19 34/5 37/18 38/6 38/20 38/23 39/16 39/22 43/12 43/24 44/4 44/6 44/20 44/21 50/9 51/24 52/15 52/20 52/25 54/21 56/8 57/8 58/11 58/18 59/4 59/18 63/14 63/22 64/7 67/5
**knowingly [1]** 37/3
**knowledgable [1]** 66/5
**known [5]** 12/11 12/16 16/6 17/23 19/4

# L

**L-a-u-r-a [1]** 12/14
**lack [1]** 5/1
**ladies [5]** 5/23 29/25 59/23 60/2 60/17
**lake [1]** 14/2
**landscape [2]** 9/21 10/9
**language [10]** 35/12 35/16 45/6 47/2 47/8 48/11 51/1 56/15 62/5 66/17
**laptop [1]** 31/11
**large [3]** 55/2 55/13 55/16
**last [7]** 5/7 20/21 54/24 55/5 55/8 64/24 66/24
**late [3]** 29/6 29/8 29/11
**later [7]** 13/9 13/15 26/20 30/24 44/21 58/17 63/5
**Laura [4]** 11/18 12/3 12/10 12/14
**law [10]** 4/25 42/17 42/20 50/24 52/25 54/6 61/13 63/23 65/1 66/5
**lawn [1]** 18/18
**lawyers [1]** 30/4
**least [10]** 20/12 28/23 31/9 49/2 54/12 57/6 57/22 60/10 64/19 64/21
**leave [4]** 30/22 58/2 65/5 65/9
**leaves [2]** 43/2 61/1
**left [3]** 7/24 7/25 8/1
**legal [1]** 62/22
**lesser [12]** 41/1 41/4 44/24 45/7 45/11 46/4 50/2 59/3 61/7 61/9

**lesser-included [3]** 41/4 45/11 46/4
**lesser-includes [1]** 61/21
**let [5]** 19/2 27/10 31/20 39/15 48/16
**let's [7]** 27/6 28/18 31/3 35/21 36/4 39/12 39/16
**level [4]** 10/6 10/6 28/17 66/9
**Levenson [1]** 1/17
**life [2]** 13/9 13/15
**like [24]** 4/19 5/16 10/5 10/6 10/6 10/11 10/11 14/5 26/4 27/25 28/4 28/13 30/19 51/4 51/5 53/13 56/24 59/13 59/23 60/3 60/17 63/15 66/8 68/10
**limit [1]** 44/8
**limited [1]** 5/11
**line [6]** 7/20 10/11 10/21 30/9 46/24 49/3
**list [1]** 45/17
**listening [1]** 59/25
**little [11]** 17/23 29/3 30/5 30/9 34/15 40/25 41/9 42/24 57/24 67/2 67/4
**live [1]** 12/21
**lived [2]** 14/2 15/14
**loaded [1]** 31/14
**lobby [2]** 11/19 20/23
**located [2]** 6/19 7/8
**location [2]** 9/18 15/9
**logical [1]** 54/6
**logically [3]** 53/1 63/9 63/15
**long [5]** 12/11 12/16 26/21 27/10 27/18
**longer [3]** 27/4 27/13 30/10
**look [16]** 5/6 5/10 16/17 26/23 28/15 31/7 43/1 49/1 49/14 50/7 56/15 57/5 57/23 67/14 67/17 68/17
**looked [2]** 14/7 54/5
**looking [5]** 40/3 46/10 54/22 58/11 66/24
**Los [1]** 1/19
**lot [5]** 14/2 16/21 18/6 28/1 51/4
**low [2]** 22/8 66/9
**low-income [1]** 22/8
**lower [1]** 6/23
**lucky [1]** 13/9
**lunch [4]** 26/13 26/19 30/14 30/20

# M

**M-o-r-i-t-z [1]** 12/14
**ma'am [4]** 6/13 7/3 7/16 7/22
**Machnicki [2]** 2/2 4/12
**made [1]** 34/24 35/1

**Main [1]** 2/3
**make [7]** 5/16 30/22 33/14 43/20 48/17 58/24 59/17
**makes [3]** 41/9 44/9 63/17
**makeshift [1]** 10/5
**making [6]** 23/4 45/12 45/21 46/19 47/18 47/25
**man [3]** 14/11 27/25 58/15
**man's [1]** 19/14
**manner [6]** 23/10 52/3 52/4 52/7 52/10 55/21
**many [3]** 13/11 22/2 23/20
**mapping [1]** 48/3
**marina [1]** 2/6
**marked [2]** 6/18 7/5
**mask [3]** 11/25 12/1 21/5
**matter [3]** 4/21 63/9 69/4
**max [1]** 40/21
**may [8]** 11/14 12/1 17/1 20/20 25/14 33/5 37/8 42/22 52/9
**maybe [7]** 28/25 28/25 39/24 44/6 47/24 61/7 65/15
**me [22]** 18/16 19/2 19/17 24/10 27/10 30/3 31/20 32/2 39/15 39/17 40/8 41/20 42/23 42/24 45/4 46/6 48/16 52/22 53/25 63/23 67/8 68/22
**mean [16]** 10/18 14/24 26/7 27/18 38/20 40/19 41/23 42/21 50/22 53/17 53/21 53/22 54/3 57/2 57/22 68/3
**meaning [1]** 62/16
**means [2]** 29/25 42/21
**measures [1]** 59/11
**mechanical [1]** 2/12
**meet [2]** 12/18 59/21
**meeting [1]** 10/23
**MEHTA [2]** 1/10 4/4
**mere [6]** 66/17 66/20
**merely [1]** 51/16
**Merit [1]** 2/7
**messy [5]** 57/24 58/7 met [2]** 17/24 21/22
**metadata [1]** 8/10
**metal [2]** 53/13 53/15
**method [1]** 38/25
**might [1]** 57/24
**mind [3]** 26/14 36/6 43/3
**mindful [1]** 30/17
**mine [1]** 54/7
**minutes [6]** 26/25 27/13 27/21 28/17 28/20 65/16
**Mirell [11]** 1/17 4/10

**46/23 47/9 49/19 61/17 67/17**
**misdemeanors [1]** 43/13
**missed [2]** 39/24 60/14
**misspeak [1]** 42/23
**mistaken [1]** 34/14
**mob's [1]** 37/11
**moment [4]** 32/2 44/14 51/2 51/7
**Monday [2]** 26/21 29/8
**Monroe [26]** 2/2 2/3 4/12 11/16 13/16 13/18 13/23 15/8 25/19 27/7 27/15 28/6 28/16 29/16 35/18 36/17 38/5 45/3 47/6 48/14 58/4 59/25 62/18 65/10 65/18 66/23
**more [16]** 6/14 12/17 13/13 14/24 28/12 28/20 29/10 30/10 42/12 47/7 58/25 66/14 66/18 66/22 67/4 67/7
**Moritz [6]** 11/18 11/23 12/3 12/10 12/14 16/25 morning [23]** 1/7 4/6 4/7 4/16 6/12 6/13 12/7 12/8 12/10 16/4 16/5 17/8 17/14 17/19 19/22 19/23 21/3 21/4 24/14 24/15 26/21 30/8 30/10
**most [2]** 29/9 66/16
**move [9]** 5/17 30/15 34/18 34/20 35/22 35/24 35/25 38/10 39/12
**moved [4]** 15/8 15/22 30/10 34/22
**moving [5]** 8/14 10/15 28/9 28/10 48/7
**mowed [1]** 18/18
**Mr. [58]** 6/1 6/2 6/12 7/19 8/5 8/21 9/12 11/14 11/16 17/8 17/14 17/20 18/4 18/5 19/18 19/22 20/9 20/19 21/2 21/13 25/13 25/19 27/4 27/7 27/15 28/6 28/16 29/16 32/11 32/17 35/1 35/18 36/17 36/20 38/3 38/5 38/9 45/3 46/14 47/6 47/13 47/20 47/21 48/14 49/9 58/4 58/13 59/25 60/4 60/19 61/10 65/18 66/7 66/18 66/23
**Mr. Gallo [6]** 17/8 17/14 17/20 19/18 19/22 20/19
**Mr. Monroe [19]** 11/16 25/19 27/7 27/15 28/6 28/16 29/16 35/18 36/17 38/5 45/3 47/6 48/14 58/4 59/25 62/18 65/10 65/18 66/23
**Mr. Rathbun [1]** 8/21

**Mr. Sialiano [3]** 21/2 21/13 25/13
**Mr. Webster [27]** 6/1 6/2 6/12 7/19 8/5 9/12 11/14 18/4 18/5 20/9 27/4 32/11 32/17 35/1 36/20 38/3 38/9 46/14 47/20 47/21 49/9 58/13 60/4 60/19 61/12 65/2 66/18
**Mr. Webster's [2]** 47/13 66/7
**MREs [1]** 56/22
**Ms. [12]** 4/20 6/3 11/23 16/25 37/1 38/5 46/5 46/23 47/9 49/19 61/17 67/17
**Ms. Mirell [9]** 4/20 37/1 38/5 46/5 46/23 47/9 49/19 61/17 67/17
**Ms. Moritz [2]** 11/23 16/25
**Ms. Nielsen [1]** 6/3
**much [6]** 10/12 18/13 27/16 30/21 35/14 54/21
**multiple [1]** 35/24 66/13
**must [3]** 35/14 55/5 55/9
**my [18]** 5/10 12/10 13/21 18/1 21/17 26/14 28/3 30/15 33/9 43/3 44/15 46/9 49/5 52/14 58/20 63/22 65/24 67/12

# N

**name [6]** 12/10 12/12 17/15 21/14 21/17 62/1
**nebulous [1]** 64/21
**necessarily [1]** 50/18
**necessary [2]** 53/9 64/2
**need [17]** 27/1 27/19 29/14 35/11 39/4 42/14 43/7 43/11 43/17 44/21 59/3 61/2 61/4 61/11 65/15 66/15 68/13
**needed [1]** 63/22
**needs [1]** 38/21
**negate [1]** 56/3
**Negative [1]** 22/20
**neighbor [2]** 13/10 13/11
**neighborhood [3]** 12/21 14/5 15/14
**neighbors [1]** 13/15
**never [7]** 14/10 14/14 14/17 15/17 16/9 16/11 22/20
**New [10]** 1/22 11/5 12/19 13/16 13/18 13/23 15/8 21/23 22/8 24/17
**New York [8]** 12/19 13/16 13/18 13/23 15/8 21/23 22/8 24/17

Case 1:21-cr-00208-APM Document 119 Filed 09/30/22 Page 76 of 79

**N**

next [5] 10/6 13/22 15/15 17/4 30/19
nice [2] 5/23 5/24
Nielsen [3] 1/21 4/10 6/3
night [1] 5/7
no [43] 1/4 4/8 9/7 11/2 16/22 16/24 19/6 19/9 19/13 19/16 20/1 20/4 20/11 20/15 20/16 20/18 23/8 24/1 24/4 24/9 25/11 25/12 25/25 26/11 29/18 29/23 30/23 32/14 35/12 36/19 38/16 41/22 42/12 43/17 46/9 48/15 48/25 50/20 55/2 56/5 59/10 68/19 68/20
Noah [1] 20/8
non [1] 16/20
non-peacefulness [1] 16/20
not [66] 5/3 9/4 11/2 14/4 14/20 19/24 20/5 26/9 26/15 26/18 26/24 27/5 28/17 28/25 30/18 32/17 33/5 33/6 33/22 34/7 38/20 38/23 38/25 41/1 41/4 41/10 41/20 42/17 43/14 44/17 46/1 46/23 47/20 47/21 49/9 50/3 50/10 51/4 51/23 52/22 52/24 53/24 54/1 54/19 56/1 57/3 57/19 58/11 58/15 59/8 60/5 60/20 61/6 61/8 61/11 61/12 62/7 63/4 66/7 66/11 66/18 67/11
nothing [1] 29/10
now [18] 9/20 12/11 22/14 23/17 29/25 30/3 30/12 34/19 34/23 46/12 47/11 49/14 57/11 59/22 59/23 60/2 60/17 63/14
numerous [1] 18/16
NW [3] 1/14 1/22 2/9
NY [1] 2/4

**O**

oath [3] 11/21 17/6 20/25
object [12] 36/18 36/25 52/1 52/5 52/8 52/10 52/10 55/12 55/18 55/19 56/1 56/2
objection [6] 18/21 23/13 24/7 47/6 48/14 48/15
objections [1] 31/21
observe [3] 22/25 23/6 24/19
obviously [4] 27/5 32/16 32/21 54/11
occasion [2] 34/24 35/2

off [6] 11/25 12/1 21/5 31/9 36/5 53/19
offense [9] 43/19 43/21 44/25 49/25 50/3 50/5 51/15 55/11 59/24
offenses [7] 41/12 46/13 47/13 60/3 60/18 61/9 61/10
offer [1] 65/20
offered [1] 54/23
offering [1] 39/9
offers [1] 54/21
office [1] 1/13 1/17 11/4
officer [23] 7/15 9/3 11/9 20/8 20/14 23/7 23/8 23/9 24/20 24/25 34/24 35/1 39/18 41/15 47/3 54/20 57/11 62/1 62/6 62/13 64/20 66/8 66/8
Officer Rathbun [9] 7/15 11/9 20/14 35/1 47/3 62/6 62/13 64/20 66/8
Officer Rathbun's [1] 9/3
officers [6] 45/19 46/17 47/4 47/16 62/7 66/14
official [5] 2/8 41/16 45/20 46/18 47/17
oh [13] 10/11 11/3 11/11 18/23 34/12 37/18 46/22 49/20 52/4 55/3 62/4 63/22 65/21
okay [79]
old [2] 18/2 32/21
omissions [1] 35/4
omitting [1] 46/3
once [2] 13/12 45/11
one [30] 8/8 10/5 18/1 18/9 18/17 22/19 26/18 31/18 32/2 37/8 37/24 39/5 39/24 40/6 40/21 41/1 41/11 42/7 44/17 47/7 48/23 49/17 51/2 56/20 61/2 63/22 64/1 66/12 66/13 67/16
ones [1] 60/13
only [20] 4/24 14/4 34/2 34/23 38/14 40/5 40/20 41/3 41/3 41/18 42/11 44/2 45/9 47/3 49/21 50/10 54/12 54/24 56/5 56/7
open [4] 29/15 37/25 38/10 67/20
opinion [3] 14/1 14/21 15/2
opportunity [1] 24/19
oppose [1] 42/6
opposed [1] 64/21
opposing [4] 39/25 46/15 47/14 47/22
order [12] 34/3 44/25 45/10 45/17 46/11

50/10 50/24 63/15 63/16
orderly [3] 37/4 37/7 37/9
organized [1] 29/10
original [3] 52/14 58/20 65/19
other [25] 14/10 15/17 22/17 29/16 30/13 38/10 41/23 43/2 44/9 44/10 47/21 48/2 49/1 50/6 51/4 51/18 52/5 52/20 53/1 55/24 56/4 57/20 60/13 61/24 62/7
others [3] 37/22 37/25 66/15
otherwise [1] 59/7
ought [1] 67/7
our [12] 14/5 14/8 17/24 18/18 26/9 27/13 31/11 37/24 42/16 49/2 63/18 65/19
out [15] 16/21 18/17 24/3 28/18 29/11 33/21 34/20 38/6 39/8 43/7 45/18 48/3 55/6 58/23 68/16
outside [1] 56/20
outstanding [1] 67/16
over [11] 8/20 10/9 13/4 17/23 18/3 19/4 30/19 37/14 37/17 67/2 67/17
overruled [1] 24/8
own [2] 26/9 66/8

**P**

P.C [1] 2/3
p.m [4] 7/1 8/2 8/13 68/24
page [25] 31/20 31/22 31/24 32/1 32/13 32/16 33/4 34/16 35/8 35/10 35/25 36/2 36/4 36/5 36/5 36/6 46/10 46/11 46/11 49/3 49/15 49/15 59/22 61/4 66/16
page 7 [1] 32/13
Palmertree's [1] 9/20
panel [1] 5/20
papers [1] 51/3
paragraph [3] 43/18 61/7 63/3
parents [3] 14/4 14/7 18/1
part [8] 30/2 33/8 41/2 43/3 47/2 53/10 55/24 62/23
participants [1] 38/14
particular [2] 39/2 55/14
particularly [3] 30/17 39/22 39/22
parties [1] 36/10
parties' [1] 30/15
past [2] 10/2 19/24
Pause [8] 34/11 36/16

59/16 59/19
pay [1] 29/6
peaceful [2] 15/3 15/17
peacefulness [6] 5/1 14/1 14/6 16/12 16/18 16/20
penalty [1] 29/6
people [9] 10/7 10/8 10/10 10/13 10/15 10/21 16/21 25/2 38/10
per [2] 51/4 54/19
perfect [1] 60/10
performance [5] 39/20 41/16 45/20 46/18 47/17
permitted [1] 34/2
person [20] 4/14 14/18 15/3 15/3 23/25 45/18 45/22 46/17 46/20 47/2 47/2 47/15 47/19 51/8 51/14 52/2 52/7 55/20 63/3 63/25
person's [1] 37/8
personal [2] 23/18 23/19
phone [2] 8/6 25/16
photo [3] 16/19 25/6 25/9
photograph [1] 16/21
physical [5] 39/18 40/1 40/6 40/22 41/14 41/19 41/20 42/8 42/13 45/12 45/21 46/20 47/18 49/22 52/9
pick [3] 25/16 29/11 39/7
pictures [1] 8/8
piece [1] 10/6
pincites [1] 67/25
place [2] 33/21 34/4
placed [3] 11/21 17/6 20/25
Plaintiff [1] 1/4
planned [1] 39/2
planning [1] 36/22
play [1] 54/12
please [15] 4/5 5/22 6/22 7/11 7/12 8/1 8/11 8/23 11/17 11/20 12/13 17/5 17/14 20/24 21/14 21/14
plus [3] 16/7 16/8 28/23
plywood [1] 10/7
PO [1] 2/4
point [5] 7/8 19/2 30/16 30/17 64/24 66/21
points [1] 5/17
police [10] 7/20 21/23 22/7 22/10 23/7 23/8 24/17 24/20 35/17 66/14
portion [1] 54/16
position [8] 29/4 38/14 42/16 49/20 54/4 54/13 54/18 64/19
possess [1] 50/11

possible [1] 65/15
possibly [2] 27/2 27/13
precinct [1] 22/22 24/22
prefer [1] 43/14
preliminary [1] 4/18
preparation [3] 28/18 32/6 32/12
prepare [4] 26/5 27/1 27/17 28/3
prepared [2] 25/20 26/2
presence [5] 9/15 14/13 19/8 24/3 24/6
present [4] 19/11 19/14 23/23 24/2
presented [2] 9/13 20/3
presently [1] 49/1
presiding [1] 4/4
Pretrial [1] 36/10
pretty [1] 10/12
Prettyman [1] 2/9
preview [1] 67/19
previews [1] 61/1
previous [1] 33/25
previously [6] 6/8 6/16 6/18 7/5 7/6 7/18
primary [4] 57/6 57/8 57/10 57/22
prior [2] 34/1 34/21
probably [2] 34/25 47/12
problem [2] 44/1 59/12
problematic [1] 59/14
proceed [2] 5/25 30/19
proceedings [4] 1/9 2/12 4/15 69/4
produced [1] 2/12
produced [6] 31/8 32/12 36/9 47/9 62/11 67/6
proposes [1] 34/23
protection [2] 22/10 22/10
protester [1] 66/3
prove [4] 38/20 39/1 39/4 49/8 53/4 55/9 56/12 57/18 58/14 61/11
proved [1] 59/7
provide [2] 38/21 42/17
provided [1] 65/1
providing [1] 22/9
PSA [1] 22/5
publish [1] 16/16
pull [2] 8/3 10/22
pulling [1] 51/1
punched [3] 11/9 54/14 54/20

**P**

punished [1] 66/7
purpose [2] 21/6 56/8
purposes [4] 43/18
48/17 50/12 52/23
pushed [2] 37/25 38/10
put [3] 6/15 25/23
29/21

**Q**

qualifies [1] 50/13
qualify [1] 52/24
question [14] 15/5
41/13 41/17 42/14 43/2
48/16 49/13 49/19
49/23 52/14 53/8 55/25
64/8 67/21
questioned [1] 33/25
questions [7] 6/14 9/7
16/22 20/16 25/11 34/1
49/17
quick [3] 4/21 25/17
67/19
quickly [2] 30/10 34/16
quite [2] 10/4 24/21
quoted [1] 64/4

**R**

raise [4] 4/19 11/20
17/5 20/24
raised [1] 13/22
ramp [4] 10/5 10/8
10/10 10/20
Rathbun [7] 7/15 8/21
11/9 20/9 20/14 34/24
35/1 47/3 62/6 62/13
64/20 66/8
Rathbun's [1] 9/3
rather [1] 44/21
re [2] 60/15 60/16
re-read [2] 60/15 60/16
reach [2] 48/1 61/10
read [9] 6/22 7/11 8/11
45/4 45/16 47/10 49/10
60/15 60/16
reading [1] 60/13
reads [1] 64/7
ready [7] 5/25 6/3 28/4
31/13 31/16 31/17
56/22
real [2] 25/16 35/12
realized [1] 33/4
really [6] 10/25 14/7
15/18 15/19 56/8 64/12
Realtime [1] 2/8
reasonable [8] 48/1
49/8 55/9 58/14 59/7
61/11 64/1 64/2
rebuttal [4] 25/23 27/8
27/23 29/21
recall [4] 9/20 10/23
10/25 11/4
received [3] 31/4 31/8
46/1
recess [2] 68/23 68/24
recommend [2] 46/2
46/16
reconnect [1] 13/10

recorded [2] 2/12
35/17
recording [2] 32/21
32/23
RECROSS [1] 3/4
Red [7] 33/6 46/24 49/2
49/3 63/14 64/12 64/13
Red Book [5] 33/6 49/2
63/14 64/12 64/13
redacted [2] 32/24
36/6
redirect [7] 3/4 9/10
16/23 16/24 20/17
20/18 25/12
reference [1] 58/9
refers [3] 42/2 42/3
43/19
regarding [2] 5/4 33/25
Registered [1] 2/7
relation [2] 51/14
55/11
reliability [1] 34/2
remain [2] 22/15 53/11
remained [3] 13/4
15/11 23/18
remaining [5] 50/1
50/8 52/16 53/6 55/7
remains [1] 30/3
remove [2] 21/6 32/16
repeat [1] 46/6
repetitive [1] 58/7
reporter [7] 2/7 2/7 2/8
2/8 12/13 17/15 21/14
request [2] 33/11
33/15 49/5 58/20
requested [1] 33/5
requesting [2] 36/14
37/10
require [1] 40/1
required [2] 38/21
38/24 39/1
requires [1] 37/3
research [1] 42/24
resist [1] 42/6
resisted [1] 41/22
resisting [4] 39/25
46/15 47/14 47/22
respect [8] 23/11 25/2
25/9 33/7 36/14 38/9
45/10 50/5
respectfully [1] 36/25
response [1] 38/7
rest [6] 18/6 25/20 27/7
29/19 30/7 38/14
restricted [6] 50/2 50/8
52/16 52/18 53/6 55/7
resume [1] 30/14
resumed [1] 6/8
retrieve [1] 20/23
revised [1] 68/14
ride [1] 10/12
right [84]
rightly [1] 62/15
rise [1] 4/2
rises [1] 66/9
risk [1] 10/20
RMR [2] 69/2 69/8

56/15
rushing [1] 27/25

**S**

said [14] 16/6 24/20
26/11 27/18 28/7 33/11
33/14 37/16 38/8 48/10
54/5 57/5 57/25 68/10
salt [1] 49/6
Sam [1] 21/15
same [6] 12/19 12/21
22/22 24/22 52/17
62/16
satisfy [1] 63/7
saw [2] 14/10 23/8
say [17] 8/19 34/25
42/10 43/17 43/20
44/16 45/15 45/18 53/2
58/3 58/8 59/25 61/4
61/6 61/8 63/10 68/2
saying [5] 43/14 43/17
46/7 46/16 57/3
says [16] 33/24 38/23
40/4 40/19 42/20 46/11
46/12 49/15 50/24
51/14 51/25 53/1 56/17
58/17 59/22 61/5
schedule [1] 28/8
scope [1] 68/5
screen [2] 6/15 16/18
scroll [1] 8/10
se [2] 51/5 54/19
seat [3] 4/5 11/24 31/2
seated [1] 5/22
second [6] 31/18 43/3
45/4 50/15 52/11 60/15
seconds [2] 8/13 9/16
section [1] 1/21 40/5
40/20 51/13
see [14] 5/23 14/12
14/15 14/18 16/17
16/18 16/20 16/20
19/11 25/8 30/20 30/21
34/12 54/5
seeking [2] 41/1 41/3
seem [1] 26/5
seems [2] 52/22 67/21
seen [10] 15/17 16/9
18/15 19/15 19/7 20/2
20/5 28/16 29/4 54/10
self [45] 48/19 49/1
49/4 49/10 49/15 49/18
49/24 49/24 50/3 50/13
51/9 52/15 52/24 53/5
53/10 53/22 54/15 56/2
56/6 56/8 56/12 56/13
56/18 57/17 57/19 58/5
58/10 58/13 59/6 60/5
60/9 60/19 60/23 61/2
61/5 61/8 61/12 63/2
63/4 63/25 64/1 64/11
64/12 64/14 66/16
self-defense [45]
48/19 49/1 49/4 49/10
49/15 49/18 49/24
49/24 50/3 50/13 51/9
52/15 52/24 53/5 53/10

56/8 56/12 56/13 56/18
57/17 57/19 58/5 58/10
58/13 59/6 60/5 60/9
60/19 60/23 61/2 61/5
61/8 61/12 63/2 63/4
63/25 64/1 64/11 64/12
64/14 66/16
send [3] 29/11 68/13
68/14
sending [1] 31/13
sense [1] 63/17
sent [1] 46/24
sentence [3] 47/25
52/11 59/13
sentences [1] 35/12
serious [8] 51/10 52/2
52/6 55/19 57/4 64/24
65/5 65/9
service [2] 22/7 22/10
session [2] 1/7 4/3
set [2] 58/24 68/14
sets [1] 49/4
settings [1] 18/15
Seventh [1] 67/23
shall [2] 40/19 42/10
share [4] 13/7 13/25
17/22 21/21
shared [1] 23/20
she [1] 38/8
she's [1] 47/24
sheet [2] 26/16 26/20
sheets [1] 29/5
shield [1] 9/3
short [1] 22/1
shorthand [1] 44/24
shortly [1] 30/21
should [16] 11/17 31/4
34/25 35/6 46/13 46/14
47/12 47/12 47/13
62/15 66/6 67/3 67/22
68/4 68/7 68/8
shouldn't [1] 56/11
show [3] 9/3 9/12 25/4
showing [5] 6/17 8/25
16/15
shown [1] 9/13
shows [1] 32/21
Sialiano [6] 20/22 21/2
21/9 21/13 21/17 25/13
siblings [1] 12/23
12/25
signal [1] 53/19
simple [4] 40/5 40/21
41/5 42/11
simply [3] 56/6 59/13
64/10
since [6] 12/20 17/25
23/22 35/3 39/22 47/3
sir [8] 18/11 19/2 21/4
25/14 25/21 28/21
33/18 60/1
sit [2] 26/25 59/18
situation [1] 56/23
six [2] 18/2 22/18
Sixth [1] 67/23
so [110]
So I think [4] 34/20

56/9 41/9 61/22
So in [1] 56/7
so it's [3] 49/5 49/7
58/12
so this all [1] 58/3
social [1] 18/15
socially [1] 14/9
some [11] 12/23 26/4
28/4 35/17 40/1 43/11
44/7 44/15 57/3 57/6
66/4
somebody [4] 4/1
34/7 41/18 41/20
someone [1] 24/2
something [10] 34/15
36/9 49/14 52/11 55/25
56/4 56/6 58/4 67/2
67/4
sometimes [1] 40/17
son [1] 18/1
sons [1] 17/24
soon [1] 65/14
sooner [3] 44/21 68/15
68/16
soothing [1] 19/9
sorry [19] 12/12 13/17
18/23 30/22 33/13 35/8
35/10 37/14 37/15
37/16 37/18 38/4 38/5
40/15 43/3 46/8 46/23
52/4 60/14
sort [12] 30/9 38/6
39/23 41/10 49/4 53/18
59/21 61/1 64/4 64/13
66/12 66/14
speaking [4] 15/21
19/17 24/10 63/9
Special [1] 9/20
specific [7] 5/3 14/24
38/25 43/22 59/24 60/3
60/18
specifically [1] 43/15
specified [1] 55/12
specifying [2] 61/25
62/12
spell [4] 12/12 17/14
21/14 43/7
spelled [1] 38/6
spend [1] 18/9
spent [2] 14/2 14/9
Spring [1] 1/18
squarely [1] 68/8
St [1] 1/18
stage [1] 8/15
stamp [3] 6/22 7/11
7/23
stamps [1] 8/18
stand [5] 6/8 11/18
17/4 20/22 58/20
standard [5] 31/10
31/21 31/23 33/7 34/18
52/11
standpoint [1] 54/6
stands [2] 66/5 68/23
start [5] 29/9 30/14
31/9 35/14 39/16
started [1] 28/25
starting [2] 30/23

## S

**starting... [1]** 31/19
**state [1]** 36/6
**stated [1]** 63/5
**statement [6]** 34/21
34/24 35/2 35/5 35/13
35/15
**STATES [11]** 1/1 1/3
1/10 4/8 39/19 41/15
45/19 46/17 47/16
51/13 62/21
**statute [7]** 39/23 40/4
40/13 40/14 40/16
41/24 68/10
**stellar [2]** 14/8 14/11
**stenography [1]** 2/12
**step [4]** 11/14 17/1
20/20 25/15
**stick [4]** 44/16 55/2
55/13 55/16
**still [5]** 36/11 36/14
43/2 53/10 56/19
**stipulation [1]** 62/25
**strangely [1]** 68/10
**streamline [1]** 47/1
**Street [2]** 1/14 2/3
**stretch [1]** 41/10
**structure [1]** 41/10
**structured [1]** 44/24
**substantive [3]** 35/6
35/23 39/12
**such [9]** 37/6 40/6
40/21 42/2 42/12 44/3
51/22 56/3 61/11
**Suffern [1]** 12/19
**suggest [7]** 42/18 57/9
57/16 57/23 65/2 67/21
68/4
**suggested [5]** 47/24
57/5 58/4 61/25 62/14
**suggests [1]** 49/2
**Suite [2]** 1/14 1/18
**summons [1]** 23/14
**superiors [1]** 44/15
**superseding [1]** 62/5
**supervisor [2]** 22/19
22/20
**supplied [1]** 39/14
**support [1]** 38/22
**suppose [2]** 5/1 53/8
**supposed [1]** 4/22
**sure [4]** 32/4 48/17
51/20 53/24
**sustained [2]** 18/22
23/15
**swearing [1]** 19/12
**swinging [1]** 53/21
**switched [1]** 63/16
**switches [1]** 63/14
**sworn [4]** 6/8 12/3
17/10 21/9
**swung [3]** 53/13 53/15
53/19

## T

**tailored [1]** 64/13
**take [16]** 5/6 5/13 7/4
7/17 8/3 8/23 18/2

34/20 42/25 44/14
67/14 68/16
**taken [6]** 7/14 7/19 8/6
8/15 18/16 61/22
**taking [1]** 54/13
**talk [6]** 27/2 31/3 59/23
60/3 60/17 61/2
**talked [1]** 28/6
**talking [2]** 11/2 32/5
**tape [1]** 32/21
**tell [2]** 11/9 57/25
**telling [1]** 67/7
**ten [6]** 13/13 15/15
17/23 18/3 19/4 28/17
**term [2]** 62/15 62/15
62/21
**terms [1]** 67/4
**test [1]** 34/2
**testified [4]** 6/9 9/2
32/18 56/24
**testify [2]** 12/1 32/17
**testimony [9]** 17/1
20/3 20/8 20/20 21/6
25/14 34/3 53/18 53/19
**than [16]** 12/17 13/13
14/11 15/17 27/4 28/12
28/20 29/10 30/10
30/24 34/7 42/12 44/21
61/24 66/15 67/7
**thank [18]** 6/4 9/7
11/15 11/22 12/1 15/20
15/23 16/25 17/2 17/7
20/19 21/1 21/7 25/12
25/13 30/21 30/25 32/9
**thank you [16]** 6/4 9/7
11/15 11/22 12/1 15/20
15/23 16/25 17/7 21/1
21/7 25/12 25/13 30/21
30/25 32/9
**thanks [5]** 11/13 19/17
24/10 29/13 68/21
**that [281]**
**that's [50]** 5/7 7/2 8/2
11/13 13/1 13/24 15/10
15/13 15/22 18/24 20/3
22/7 22/9 23/15 24/8
24/17 26/11 29/13
30/11 32/12 33/12
35/25 36/15 37/10
38/20 42/25 50/23
50/23 52/22 53/22 56/6
56/14 57/7 57/12 57/13
57/19 58/10 58/17
58/18 58/19 59/13
60/10 61/13 62/24
63/19 63/20 64/4 65/16
67/4 67/23
**their [7]** 31/8 36/23
45/20 46/18 46/18
47/17 51/8
**them [17]** 11/1 26/18
26/25 28/24 28/25 29/5
29/11 31/6 31/7 38/11
39/14 43/15 45/11
57/23 57/25 64/21 67/7
**themselves [1]** 66/20
**then [47]** 26/25 27/7

30/20 33/22 35/13
35/21 39/12 39/19 40/6
40/8 41/13 41/16 42/8
42/10 42/12 43/7 44/23
44/23 44/25 46/3 46/16
47/23 48/7 50/13 53/5
53/8 54/1 56/3 56/6
57/5 57/20 58/8 58/15
59/2 59/4 59/7 60/12
60/12 61/4 61/6 63/1
66/3 67/17
**theoretically [1]** 43/25
**theories [1]** 37/24
**theory [16]** 37/19 38/8
53/3 53/20 57/6 57/8
57/9 57/10 57/14 57/22
67/1 67/2 67/5 67/6
67/9 67/18
**there [28]** 5/14 8/8 9/15
10/4 10/5 10/7 10/10
10/13 10/18 10/21 29/2
34/17 35/15 36/21
41/22 42/3 42/4 42/15
43/18 47/6 47/25 50/16
56/18 59/4 61/8 62/24
65/13 66/1
**there's [13]** 4/18 4/22
28/1 35/12 36/19 38/16
42/20 47/3 50/15 52/25
56/5 60/11 65/6
**therefore [2]** 60/5
60/20
**these [15]** 13/2 28/9
28/23 31/21 32/21 33/9
34/1 36/24 38/15 43/12
46/13 48/19 48/23 59/2
61/3
**they [17]** 10/18 17/24
29/6 29/8 39/5 41/11
42/16 43/13 44/2 44/12
48/20 49/11 53/14
53/14 58/10 58/12 59/3
**they're [5]** 26/24 29/9
34/19 44/2 59/1
**they've [1]** 17/25
**thing [5]** 26/20 52/17
60/16 63/22 66/24
**things [2]** 30/10 61/20
**think [79]**
**thinking [5]** 27/20
37/14 37/16 63/15
63/18
**thinks [1]** 34/7
**this [97]**
**This is [1]** 4/8
**THOMAS [4]** 1/6 4/9
6/6 20/13
**those [19]** 4/14 5/4
22/25 26/5 34/3 35/3
35/22 35/22 40/1 42/8
43/25 48/14 58/15 59/9
63/15 63/16 65/23
67/16 68/17
**though [2]** 55/1 59/5
**thought [6]** 27/3 28/2
30/11 66/1 66/2 67/1
**thoughts [4]** 36/17

**three [2]** 4/22 19/24
**through [6]** 26/5 27/21
27/25 28/2 28/24 31/19
**ties [1]** 12/20
**till [1]** 38/14
**time [32]** 6/22 6/25
7/11 7/23 8/11 8/18
10/24 11/2 14/3 14/9
17/1 18/3 20/20 21/25
22/1 22/19 25/14 26/4
26/15 27/1 27/16 28/4
28/18 29/1 31/24 31/24
38/25 47/7 48/21 53/24
59/5 68/11
**times [3]** 18/16 23/3
23/3
**titled [2]** 33/23 69/4
**today [5]** 4/23 23/23
26/20 27/4 31/5
**together [8]** 14/3 14/9
18/7 21/24 22/1 22/2
22/14 22/16
**told [2]** 26/24
**Tom [44]** 12/11 12/16
12/18 12/25 13/5 13/8
14/3 14/5 14/10 14/12
14/15 14/18 14/21
14/22 15/2 15/11 15/15
15/17 16/6 17/20 17/22
17/23 18/1 18/15 18/16
18/17 19/4 21/19 21/21
21/22 21/22 21/24 22/2
22/15 22/25 23/6 23/9
23/17 23/21 23/24 24/2
24/5 24/16 25/8
**Tom's [5]** 13/9 13/11
13/22 14/1 18/9
**too [3]** 28/17 37/24
63/5
**took [2]** 19/10 34/8
**top [4]** 35/21 49/15
59/22 67/2
**total [1]** 48/25
**touch [1]** 15/11
**touching [1]** 42/20
**towards [1]** 10/16
**town [3]** 12/19 13/14
13/18
**traits [2]** 4/24 5/4
**transcript [5]** 1/9 2/12
32/20 32/22 69/3
**transcription [1]** 2/12
**transition [1]** 54/19
**transitionary [1]** 51/7
**treated [2]** 23/10 25/2
**treating [1]** 25/8
**trial [3]** 1/9 54/23 54/23
**tried [1]** 10/3
**trip [1]** 18/2
**trips [1]** 18/7
**true [1]** 15/13
**try [3]** 10/20 41/9 59/21
**trying [4]** 54/14 55/6
58/23 59/17
**turn [2]** 32/22 42/3
**two [8]** 13/14 22/4
23/17 28/23 39/24

**type [1]** 14/18
**types [1]** 41/25

## U

**U.S [4]** 1/13 1/17 62/23
62/23
**U.S.C [2]** 39/16 51/2
**under [4]** 11/21 17/6
20/25 40/4
**understand [8]** 4/18
21/19 40/12 40/19
49/11 54/3 55/23 58/22
**understanding [1]**
53/24
**understands [2]** 5/2
60/11
**understood [2]** 38/7
39/11
**undisputed [1]** 62/25
**unduly [1]** 58/7
**UNITED [11]** 1/1 1/3
1/10 4/8 39/19 41/15
45/19 46/17 47/16
51/13 62/21
**United States [7]**
39/19 41/15 45/19
46/17 47/16 51/13
62/21
**United States of [1]**
4/8
**unlawful [8]** 14/19
19/15 24/6 64/4 64/6
64/9 64/18 64/22
**unless [2]** 34/7 51/19
**unnecessarily [1]**
44/17
**until [2]** 23/23 27/9
**up [26]** 6/2 6/15 7/4
7/17 8/3 8/14 10/8
10/20 10/22 12/19 14/7
23/23 25/16 31/11
31/14 34/18 34/20
34/22 35/21 35/22
35/25 39/8 42/18 51/1
57/9 67/3
**upon [3]** 28/9 38/24
39/2
**upper [3]** 7/24 7/25 8/1
**upset [2]** 14/12 19/7
**Urena [1]** 64/5
**us [9]** 31/13 36/7 46/24
63/17 65/12 67/18
68/13 68/14 68/15
**usdoj.gov [3]** 1/16
1/20 1/24
**use [14]** 50/11 52/21
53/11 53/16 53/17
54/10 56/13 56/13 56/20
63/25 64/2 64/3 64/12
64/13
**used [21]** 50/12 50/19
50/20 50/25 52/3 52/4
52/7 52/10 52/10 52/22
52/23 55/20 56/1 56/2
56/6 56/10 57/10 57/17
57/18 64/20 68/8
**uses [1]** 51/15

**U**

using [9] 10/10 44/3
45/20 46/19 47/17
54/16 57/11 57/21
64/10
uttering [1] 66/4

**V**

Valley [1] 11/5
various [1] 18/15
verb [1] 50/15
verbs [9] 39/23 40/1
41/25 42/4 42/8 45/18
67/22 68/2 68/7
verdict [3] 26/16 29/5
48/1
version [3] 54/13 67/9
67/11
versus [1] 4/9
very [10] 14/3 17/24
18/8 19/9 23/19 30/21
43/22 44/4 63/2 66/4
vest [2] 56/21 57/1
victim [3] 40/7 40/22
42/13
view [1] 5/10
viewed [1] 8/19
views [1] 54/4
violation [5] 37/21 40/5
40/20 42/3 42/11
violence [6] 14/16
15/16 16/10 19/5 23/7
23/24
violent [1] 49/22
virtue [2] 54/20 57/11
voluptuary [1] 65/25
vs [1] 1/5

**W**

wait [3] 10/11 10/21
68/22
walking [1] 10/9
wall [4] 9/21 10/2 10/3
10/9
Walter [2] 2/2 4/12
want [16] 4/24 10/19
26/16 27/24 27/25
31/14 35/18 36/11
42/23 43/23 44/10
44/18 48/17 57/23
66/12 67/3
wanted [2] 10/20 47/1
wants [1] 4/25
was [81]
Washington [5] 1/5
1/15 1/22 2/10 25/14
wasn't [5] 34/8 49/14
55/1 57/18 58/15
watched [2] 14/3 20/12
way [10] 10/19 10/19
15/17 38/6 39/2 44/7
56/5 58/23 66/22 67/23
we [93]
we will [3] 26/11 32/16
68/14
We would [1] 46/2
we'd [4] 28/2 28/7 30/9
45/17

28/24 28/24 29/1 29/8
30/14 30/14 30/15
30/20 30/21 32/18
32/22 33/2 33/8 33/20
34/18 34/20 34/22 35/2
35/22 35/24 35/25 39/7
39/7 42/25 62/11 64/18
65/9
we're [18] 26/9 27/5
29/7 30/7 30/7 30/8
31/11 31/13 31/16
31/17 34/17 37/10
41/10 43/24 48/3 58/11
64/8 66/4
we've [14] 5/1 18/6
18/8 31/20 35/22 39/14
39/15 44/24 44/25
54/10 57/24 61/22 62/6
66/13
weapon [50] 44/3
44/13 45/14 45/21 46/4
46/19 47/18 48/8 49/25
50/6 50/9 50/9 50/10
50/11 50/12 50/14
50/16 50/23 50/25 51/5
51/10 51/15 51/18
51/19 51/19 51/22
51/24 52/1 52/6 52/9
52/12 52/17 52/19
52/21 52/22 52/25 53/7
53/9 53/11 54/19 54/25
55/10 55/14 55/17
55/18 56/1 56/3 57/13
57/21 62/16
wearing [1] 56/25
WEBSTER [42] 1/6 4/9
6/1 6/2 6/6 6/12 7/19
8/5 9/12 11/14 12/11
12/16 14/21 14/22 15/2
17/20 17/23 18/4 18/5
18/6 20/9 20/13 21/19
24/16 25/8 27/4 32/11
32/17 35/1 36/20 38/3
38/9 46/14 47/20 47/21
49/9 58/13 60/4 60/19
61/12 65/2 66/18
Webster's [2] 47/13
66/7
Wednesday [1] 31/6
week [1] 54/24
weekend [2] 18/7 28/3
weight [1] 35/14
welcome [4] 5/23
11/23 17/8 21/2
well [21] 4/17 11/2
22/16 26/18 27/18 28/6
28/11 28/15 35/25
40/18 40/18 42/22
43/25 44/1 50/15 50/22
53/8 56/4 56/17 58/2
68/4
were [29] 6/18 8/15 9/3
10/7 10/9 10/10 10/11
10/13 10/18 10/21
12/20 12/25 13/2 13/11
13/12 13/14 21/24 22/4
22/5 22/9 22/19 28/10

47/16 54/22 56/16
west [1] 62/23
what [62] 5/7 5/11 6/15
6/17 6/25 9/4 9/12 10/3
11/8 13/14 14/24 15/19
20/9 22/6 22/9 22/12
25/10 26/7 28/16 28/18
29/25 30/1 30/3 33/24
34/17 34/25 36/2 36/11
38/8 43/13 43/15 44/7
46/7 46/25 47/9 48/9
49/1 49/2 50/5 50/23
51/24 53/2 57/5 57/12
57/16 58/3 58/11 58/17
58/19 58/22 59/14
59/15 59/20 59/24 61/4
61/13 61/24 64/7 66/2
67/2 67/5 67/20
what's [11] 7/5 7/17
7/23 8/25 14/21 15/2
16/15 25/4 31/5 58/24
64/9
whatever [1] 68/13
when [17] 6/3 8/15
11/8 13/14 15/14 18/2
19/11 23/3 37/6 37/25
38/9 51/23 54/13 56/10
59/6 61/20 68/2
whenever [1] 42/7
where [25] 14/2 19/14
22/4 23/23 24/2 29/4
36/5 39/21 40/4 40/6
40/19 40/20 40/21 42/3
42/11 42/12 43/12
46/11 49/11 51/8 53/23
54/24 56/7 61/5 66/5
whether [15] 23/12
27/8 31/20 35/16 36/11
46/14 47/13 49/17
50/13 52/8 55/12 55/15
55/25 64/20 66/19
which [23] 22/7 22/8
33/6 33/22 35/8 36/4
41/17 42/3 42/6 44/11
46/13 47/12 50/16
52/10 53/23 55/6 56/5
57/5 57/6 60/8 60/22
61/25 66/21
while [8] 23/7 41/21
45/20 45/21 46/19
46/19 47/17 47/18
who [8] 33/24 39/19
41/15 41/18 45/19
46/17 47/16 63/3
who's [1] 15/3
whole [1] 60/16
why [6] 6/2 26/11 31/9
37/10 40/18 56/25
will [16] 10/22 26/11
27/11 32/16 34/9 34/22
60/8 60/12 60/22 63/23
65/24 66/17 66/19
67/20 67/25 68/14
William [3] 2/7 69/2
69/8
within [2] 6/19 7/8
without [5] 8/7 41/20

witness [16] 3/2 5/16
6/7 11/21 12/3 15/15
17/6 17/10 20/21 20/25
21/9 32/12 32/18 33/23
33/25 34/22
witness's [1] 34/3
witnessed [1] 23/24
witnesses [7] 3/4 4/23
28/9 29/17 29/19 33/8
35/3
wonder [1] 50/13
wondering [3] 25/10
36/10 39/21
wood [1] 10/7
wooden [4] 10/10 55/2
55/13 55/16
words [13] 41/23 49/1
50/6 51/18 52/5 52/20
53/1 55/24 56/4 57/20
66/4 66/17 66/20
work [5] 18/17 21/24
22/2 22/22 30/5
worked [3] 22/1 22/16
24/22
working [4] 14/9 22/14
23/7 23/17
works [1] 32/8
worried [1] 28/17
would [43] 4/19 7/1
9/25 11/18 12/12 13/25
17/3 17/14 17/18 17/22
20/22 21/14 21/16
21/21 26/15 27/23
30/23 36/18 36/24
37/12 42/23 43/8 45/16
45/25 46/2 46/16 47/10
49/25 51/20 51/23 54/8
54/18 56/8 57/4 57/16
58/8 59/23 59/25 60/2
60/17 63/7 63/16 64/8
wouldn't [1] 68/11
written [1] 68/10
wrong [1] 34/8

**Y**

yeah [17] 5/10 5/12
15/6 26/22 29/3 33/19
36/18 37/18 38/19 39/3
42/25 47/1 48/24 59/18
63/6 65/21 67/10
year [10] 22/3 22/14
22/16 40/6 40/21 41/1
41/4 41/11 41/18 42/9
years [14] 12/17 13/4
13/11 15/15 16/6 17/24
18/2 18/3 19/4 22/2
22/18 22/25 23/20 40/8
yelling [1] 10/18
yellow [1] 6/19
yes [59] 6/21 7/3 7/10
7/16 7/22 8/1 8/17 8/22
9/6 9/17 9/19 9/23
10/14 10/17 11/6 11/11
11/17 12/10 12/22
12/24 13/3 13/6 13/20
15/13 16/14 17/21
18/11 18/13 18/16 19/3

19/20 22/1 22/23 23/2
23/5 24/18 24/21 24/23
25/1 25/3 25/21 25/21
26/3 28/21 33/1 33/10
33/18 35/19 36/13 37/2
45/2 45/6 60/1 61/18
62/4 64/16 64/17 65/6
65/11
Yesterday [1] 9/2
yet [1] 57/15
York [10] 1/22 11/5
12/19 13/16 13/18
13/23 15/8 21/23 22/8
24/17
you [268]
you know [1] 17/20
you'll [3] 26/19 27/19
28/22
you're [13] 9/4 11/25
33/16 37/20 40/1 44/8
46/5 46/7 48/1 56/4
57/8 58/22 66/22
you've [14] 16/6 16/9
18/15 19/4 20/5 20/8
20/12 23/24 24/19 31/6
34/23 39/22 62/18 67/5
your [72]
Your Honor [22] 4/7
5/19 6/4 9/8 11/7 17/3
20/18 25/25 26/3 26/10
27/12 27/22 29/23 32/3
36/13 37/2 40/3 42/23
45/9 51/12 60/14 64/25
yourself [2] 12/9 17/18
18/9 21/16

**Z**

Zaremba [3] 2/7 69/2
69/8