**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| | * |
| *v* | *   **Criminal No. 21-208** |
| | * |
| **Thomas Webster** | * |

### MOTION TO RELEASE SEALED TRANSCRIPT TO APPELLATE COUNSEL

Defendant, through undersigned counsel, respectfully moves this Court for the entry of an *Order* releasing to appellate counsel the portion of the pretrial conference held on April 21, 2022 related to a sealed bench conference on that date so that the court reporter who covered this hearing can prepare the transcript of the sealed proceedings and make them available to Mr. Webster's appellate counsel of record, Elizabeth A. Brandenburg. Appellate counsel is not a member of this Court, so undersigned counsel, who served as trial counsel, is filing this motion. Accordingly, counsel believes that a full transcript of the proceedings in Mr. Webster's case should be prepared so that it can be reviewed by appellate counsel, and cited as needed, in support of any arguments made on appeal.

**WHEREFORE**, for the foregoing reasons, Defendant Thomas Webster requests the Court grant this motion allowing the court reporter to release the sealed transcript to appellate counsel with or without restrictions as this Court may deem appropriate.

Respectfully submitted,

DUPEE & MONROE, P.C.

James E. Monroe, Esq.
211 Main Street, P.O. Box 470
Goshen, NY 10924
845-294-8900

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v | * | **Criminal No. 21-208** |
| | * | |
| **Thomas Webster** | * | |

## ORDER

Upon consideration of Defendant Thomas Webster's *Motion to Release Sealed Portion of Transcript to Appellate Counsel,* and for good cause shown, it is hereby **ORDERED** that the motion is granted, and the Pretrial Conference hearing transcript dated April 21, 2022 shall be made available to appellate counsel of record, Elizabeth A. Brandenburg.

**SO ORDERED** this ___ day of March, 2023.

Honorable Amit P. Mehta
U.S. District Judge